**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                    Tel: (212) 571-5500
Jeremy Schneider                                       Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

## MEMO ENDORSED

August 14, 2020

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  United States v. Yasmil Fertides, et al,
            Including CHRISTIAN PABON
            18 Cr. 319 (LTS)

Dear Judge Swain:

    Elizabeth Macedonio and I are the attorneys for Christian Pabon, a defendant in the above-referenced matter. I write on behalf of all defendants, with the consent of the government, by AUSA Jamie Bagliebter, to respectfully request an adjournment of the pretrial conference that is presently scheduled for September 10, 2020 at 3:30 p.m.

    Due to the ongoing Covid-19 pandemic and the current limitations on courtroom proceedings, it is proposed that the conference be adjourned to November 12, 2020 at 10:00 a.m., a date and time that I understand is convenient to the Court.

    All defendants consent to the exclusion of time under the Speedy Trial Act.

    The Court's time and attention to this matter is appreciated.

                              Respectfully submitted,
                                     /s/
                              Jeremy Schneider

The application is granted.  The conference is adjourned to November 12, 2020 at 10:00am.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 11/12/2020 outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.
SO ORDERED.
8/14/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ