**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| _____ | |
| Rachel Perillo | |

December 21, 2020

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street                                                  **MEMO ENDORSED**
New York, New York 10007

  Re: United States v. Fertides et al.,
     Including CHRISTIAN PABON
     18 Cr. 319 (LTS)

Dear Judge Swain:

  Elizabeth Macedonio, Carla Sanderson and I are the attorneys for Christian Pabon, a defendant in the above-referenced matter. This letter is respectfully submitted on behalf of all defendants, and with the consent of the government, by AUSA Jamie Bagliebter, to request an adjournment of the pretrial conference that is presently scheduled for January 12, 2021. The parties are continuing to engage in plea negotiations, and given the ongoing COVID-19 pandemic and the related limitations on court proceedings, I respectfully propose an adjournment to April 8, 2021, a date that I understand is convenient for the Court.

  The defendants consent to the exclusion of time under the Speedy Trial Act.

                Respectfully submitted,

                /s/

                Jeremy Schneider

cc: All counsel (by ECF)

The application is granted.  The conference is adjourned to April 8, 2021, at 2:00 p.m..  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 8, 2021,outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  DE# 344 resolved.
SO ORDERED.
Dated: 12/21/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ