# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

April 6, 2021

*Via ECF and E-Mail*
Honorable Laura Taylor Swain                        MEMO ENDORSED
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Yasmil Fertides, et.al.*
       18 Cr. 319 (LTS)

Dear Judge Swain:

As Your Honor is aware, I represent Mr. Yasmil Fertides in the above-referenced matter. This correspondence is submitted on behalf of all the remaining defendants to respectfully request an adjournment of the next status conference, which is currently scheduled for April 8, 2021.

Defense counsel in this matter are still in the process of reviewing the discovery in this matter, which is voluminous. Thus, to allow time for the continued review of discovery, client communications and plea negotiations, we respectfully request an adjournment of the upcoming status conference. We additionally note that, in light of the ongoing health crisis, there are numerous limitations on court proceedings and the requested adjournment is a sensible precaution to reduce the possibility of exposure to the COVID-19 virus and is consistent with Chief Judge McMahon's Fourth Standing Order, *In re Coronavirus/COVID-19 Pandemic*, 21 Misc.164. Based upon my communications with A.U.S.A. Maureen Comey and co-counsel, the parties consent to this request. Finally, in the event that the Court grants this request, the Government requests that time be excluded, with no objection from defense counsel.

As such, we respectfully request an adjournment of the status conference, to June 8, 2021, or thereafter.

Thank you.  Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Yasmil Fertides

cc via e-mail:  A.U.S.A. Maureen Comey
Elizabeth Macedonio, Esq.
Carla Sanderson, Esq.
Kristen Santillo, Esq.
Jeremy Schneider, Esq.

The application is granted.  The conference is adjourned to June 9, 2021, at 3:00 p.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 9, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  DE# 374 resolved.

SO ORDERED.
Dated: April 6, 2021
/s/ Laura Taylor Swain, U.S.D.J.