

July 27, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Yasmil Fertides, et al.*, 18-cr-319-LTS
      Joint Adjournment Request

Dear Judge Swain:

On behalf of defendants Juan Calderon and Christian Pabon, the only remaining defendants in this action, we write to request an adjournment of the status conference, currently scheduled for Thursday, August 12, 2021, until September. This adjournment is requested to give the parties additional time to discuss a resolution of this matter. Additionally, our clients wish to participate in person, and we understand from prior correspondence with the Court that this may not be possible on August 12. All parties can be available on Monday, September 27; Tuesday, September 28; or Wednesday, September 29.

The Government consents to this adjournment. All parties consent to the exclusion of time until the next conference.

Application granted.  The conference currently scheduled for August 12, 2021, at 2:00 p.m., is adjourned to September 28, 2021, at 11:00 a.m., in Courtroom 17C.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 28, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  DE#404 resolved.
SO ORDERED.
Dated: July 27, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for Juan Calderon*

Elizabeth Edwards Macedonio
Jeremy Schneider
Carla Marie Sanderson
*Attorneys for Christian Pabon*

Cc:   AUSA Jamie Bagliebter
      AUSA Maurene Comey

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371