UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                         No.  18 CR 319 (LTS)

CHRISTIAN PABON,

        Defendant.

--------------------------------------------------------x

<u>ORDER</u>

        A pretrial conference is scheduled in the above captioned case on **September 30, 2021, at 9:00 a.m.**  To access the call, the parties must dial **888-363-4734**, enter the access code **1527005**#, and the security code **1866#.**  (Members of the press and public may call the same number, but will not be permitted to speak during the hearing.)  Counsel should adhere to the following rules and guidelines during the conference:

1.  Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2.  Counsel should dial in from a quiet, stationary, non-public location, use a landline whenever possible, use a headset instead of a speakerphone, and mute themselves whenever they are not speaking, to minimize background noise and service interruptions.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3.  To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

4.  If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 30, 2021, outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated in the Court's endorsement dated July 27, 2021 (docket entry no. 405), and in order to accommodate defendant's request to participate in the pretrial conference.

SO ORDERED.

Dated: New York, New York
       September 20, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge