UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No. 18-CR-319-LTS

CHRISTIAN PABON,                             ORDER

        Defendant.

-------------------------------------------------------x

The pretrial conference in this case is scheduled to proceed on **November 30, 2021, at 9:00 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
       November 23, 2021

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge