UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-319 (SHS) |
| -against- | : | ORDER |
| CHRISTIAN PABON, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

This action having been reassigned to this Court's docket,

IT IS HEREBY ORDERED that:

1. The last day for the parties to file pretrial motions is January 24, 2022; responses are due by January 31, 2022;

2. The conference scheduled for January 27, 2022, at 3:30 p.m. is moved up to 11:30 a.m. on that day and will take place in Courtroom 23A;

3. The trial of this matter is scheduled for May 16, 2022, at 9:30 a.m.; and

4. The parties should be aware that although the Court is submitting the jury request for this trial to begin on May 16, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the second quarter of 2022. The Court will notify the parties as soon as the second quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
January 4, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.