UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-319 (SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
Christian Pabon,  :  TELECONFERENCE

Defendant.  :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant **Christian Pabon** hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

_____
Defense Counsel's Signature

Christian Pabon
Print Defendant's Name

Elizabeth Macedonio
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

2/1/2022
Date

_____
Sidney H. Stein, U.S.D.J.