UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        18-Cr-319 (SHS)

      -against-                                          :
                                                                     ORDER
CHRISTIAN PABON,                                   :

               Defendant.               :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Monday, May 2, 2022.

        IT IS HEREBY ORDERED that the dates in the Order dated February 1, 2022 [Doc. No. 467], are modified as follows:

        1. The last day for the parties to file proposed jury charges, proposed *voir dire*, and any motions *in limine* is April 11, 2022;

        2. Responses to any motions are due by April 18, 2022;

        3. There will be a final pretrial conference on April 26, 2022, at 2:30 p.m.; and

        4. The trial of this matter will begin on May 2, 2022, at 9:30 a.m.

Dated: New York, New York
           March 3, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.