UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　:　　18-Cr-319 (SHS)

　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　ORDER
CHRISTIAN PABON,　　　　　　　　　　　:

　　　　　　　　Defendant.　　　　　　　:

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

　　　　IT IS HEREBY ORDERED that Carla Marie Sanderson, one of the CJA attorneys appointed in this matter, is relieved.

Dated: New York, New York
　　　　April 26, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.