UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CHRISTIAN PABON,

               Defendant.

18 Cr. 319 (SHS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JURY VERDICT

Please indicate each of your verdicts with a check mark (✓)

**Count 1: Racketeering Conspiracy**

As to Count 1, how do you find the defendant?

    Guilty ✓      Not Guilty ___

If and only if you find the defendant guilty of Count 1, which types of racketeering crimes do you find were involved in the offense?

    Acts Involving Murder Under New York Law

        Proven ✓      Not Proven ___

    Acts Involving Robbery Under New York Law

        Proven ✓      Not Proven ___

    Acts Involving Robbery Under Federal Law

        Proven ✓      Not Proven ___

    Acts Involving Narcotics Trafficking Under Federal Law

        Proven ✓      Not Proven ___

If and only if you find the defendant guilty of Count 1, did the pattern of racketeering activity that the defendant agreed would be committed involve the murder of Orlando Rivera?

    Proven ✓      Not Proven ___

## Count 2: Murder in Aid of Racketeering

As to Count 2, how do you find defendant?

    Guilty ✓     Not Guilty \_\_\_\_\_

 Date: New York, New York.
   May 11, 2022