455

M55Wpab1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------x
 3   UNITED STATES OF AMERICA,
 4              v.                    18 Cr. 319 (SHS)
 5   CHRISTIAN PABON,
 6              Defendant.
 7   ------------------------------x      Trial
 8                                    New York, N.Y.
 9                                    May 5, 2022
                                      9:30 a.m.
10
11   Before:
12              HON. SIDNEY H. STEIN,
13              District Judge
                              and a Jury
14
15              APPEARANCES
16   DAMIAN WILLIAMS
          United States Attorney for the
17        Southern District of New York
     BY:  ADAM S. HOBSON
18        RUSHMI BHASKARAN
          ELIZABETH A. ESPINOSA
19        Assistant United States Attorneys
20   ELIZABETH E. MACEDONIO, P.C.
          Attorneys for Defendant
21   BY:  ELIZABETH E. MACEDONIO
22   ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
          Attorneys for Defendant
23   BY:  JEREMY SCHNEIDER
24
     Also Present:  Emily Abrams, Paralegal Specialist, USAO
25                  Dylan Schneider, Defense Paralegal
```

---

456

M55Wpab1

```
 1              (Trial resumed; jury not present)
 2              THE COURT:  Good morning.  Everyone is here, including
 3   the defendant.
 4              Mr. Schneider, everything OK?
 5              MR. SCHNEIDER:  Thank you.  Yes, your Honor.
 6              THE COURT:  Excellent.
 7              All right.  Let's put your next witness on, sir.  How
 8   long is the next government witness going to be?
 9              MS. BHASKARAN:  Your Honor, I expect not longer than
10   30 to 45 minutes.
11              THE COURT:  And it's your witness, Ms. Bhaskaran.
12              MS. BHASKARAN:  Yes.
13              THE COURT:  All right.  Let's go.
14              Oh, we need a jury.  Let's bring the jury in.
15              (Continued on next page)
16
17
18
19
20
21
22
23
24
25
```

---

457

M55Wpab1                    LaCova - Direct

```
 1              THE COURT:  Good morning, ladies and gentlemen of the
 2   jury, and thank you for being here in a timely fashion.  I
 3   appreciate the fact that you remembered that we're switching
 4   courtrooms today.
 5              Government, call your next witness, please.
 6              MS. BHASKARAN:  Your Honor, the government calls Det.
 7   Sal LaCova.
 8    SALVATORE LACOVA,
 9        called as a witness by the government,
10        having been duly sworn, testified as follows:
11              THE COURT:  Good morning, Mr. LaCova.  Welcome.
12              THE WITNESS:  Good morning, your Honor.
13              THE COURT:  Please speak loudly, slowly, and clearly
14   and into that microphone.  The problem with these directional
15   mikes is when you're too far away the jury can't hear you, and
16   when you're too close there's some reverberation.  So you'll
17   find the sweet spot.
18              Ms. Bhaskaran, your witness.
19   DIRECT EXAMINATION
20   BY MS. BHASKARAN:
21   Q.  Good morning, Det. LaCova.
22   A.  Good morning.
23   Q.  Detective, where do you currently work?
24   A.  I work for, I'm a subcontractor for Homeland Security and I
25   work Plum Island animal research center.
```

---

458

M55Wpab1                    LaCova - Direct

```
 1   Q.  Where did you work before that?
 2   A.  I was a detective in the New York City Police Department.
 3   Q.  For how long did you work with the New York City Police
 4   Department?
 5   A.  24 years.
 6   Q.  What was your rank when you left the NYPD?
 7   A.  I was a second grade detective.
 8   Q.  For how many years were you a detective?
 9   A.  15.
10   Q.  What was the last unit or section that you were assigned to
11   when you worked at the NYPD?
12   A.  I worked in the firearms analysis section.
13   Q.  And for how long were you working with the firearms
14   analysis section?
15   A.  12 years.
16   Q.  What type of work did you do in the firearms analysis
17   section?
18   A.  I was a firearms examiner.
19   Q.  What does it mean to be a firearms examiner?
20   A.  I utilize a comparison microscope, and I compared fired
21   ballistic evidence, which consists of bullets, bullet fragments
22   and cartridge casings.
23   Q.  And we'll get to those terms in just a moment.
24        You mentioned you used -- what type of tools did you use in
25   the firearms analysis section?
```

459

M55Wpab1                LaCova - Direct

1    A.  We utilized a comparison microscope.
2    Q.  What does that allow you to do?
3    A.  It has one set of oculars that you can look through, and it
4    has two stages, with a zoom lens above each stage, which allows
5    us to look at two fired pieces of evidence at the same time,
6    side by side.
7    Q.  When you look at two pieces of fired evidence at the same
8    time, what types of conclusions can you make?
9    A.  We can determine if the two pieces of evidence were from
10   the same source, which means fired from the same firearm or
11   from different sources.
12   Q.  Can you --
13   A.  Go ahead.  Yeah.
14   Q.  Can you describe the training you received in firearms
15   analysis?
16   A.  So, when I first got there, I received a six-month training
17   program, and that was for firearms identification and
18   operability.  And then the second course I received was for
19   firearms identification, which is, would utilize the comparison
20   microscope.  That course ends in what's called a ten-barrel
21   test.  So in order to complete the course and do microscopic
22   comparisons, you have to successfully complete this ten-barrel
23   test.
24       The ten-barrel test is given to us by the Ruger firearms
25   company.  We have ten barrels that are made simultaneously, one

460

M55Wpab1                LaCova - Direct

1    after another, with the same tools.  There's two test-fired
2    bullets fired down each barrel; those are our known sources.
3    And then we have 15 unknown bullets.  We have to successfully
4    match those bullets back to the original source in order to
5    complete the course and do microscopic work.
6    Q.  Did you successfully pass that test?
7    A.  That one, and several others.
8    Q.  Was your proficiency to conduct microscopic examinations
9    tested on a regular basis when you were employed by the NYPD?
10   A.  Yes, we had mandatory yearly proficiency tests.
11   Q.  What was the nature of those tests?
12   A.  They -- we were given microscopic evidence.  They had
13   known answers, and we had to successfully, you know, we had to
14   success -- we had to get 100.  There's no, even in the
15   ten-barrel test, like, 95 is a good score.  You had to get 100,
16   or else you either had to go back to retraining or you had to
17   be taken off the microscope itself.
18   Q.  Did you pass those tests as well?
19   A.  Yes.
20   Q.  How many firearms have you analyzed in your career?
21   A.  Thousands.
22   Q.  How many bullets or fragments or casings have you examined
23   in your career?
24   A.  Tens of thousands.
25   Q.  Have you testified in court before as a ballistics expert?

461

M55Wpab1                LaCova - Direct

1    A.  Yes.
2    Q.  About how many times?
3    A.  Over 350 times.
4    Q.  Which courts?
5    A.  All state Supreme Court in all five boroughs of New York
6    City.  I testified in Westchester Supreme Court, Nassau County,
7    and Atlanta, Georgia.
8        MS. BHASKARAN:  Your Honor, the government asks --
9    A.  Oh, and all the federal courts, Southern and Eastern
10   District.
11       THE WITNESS:  Sorry, your Honor.  I didn't mean to
12   leave you guys out.
13       MS. BHASKARAN:  Your Honor, the government asks that
14   Det. LaCova be qualified as an expert in ballistics analysis.
15       MS. MACEDONIO:  No objection.
16       THE COURT:  All right.  I grant the motion.
17       Ladies and gentlemen, just as you saw the other day,
18   what I've done is simply allow this witness to answer opinion
19   questions in his area of expertise, which is firearms analysis,
20   nothing more, nothing less than that.
21       Proceed.
22   BY MS. BHASKARAN:
23   Q.  Now, Det. LaCova, I'd like to go over some basic ballistics
24   terminology with you.
25       So first, what is ammunition?

462

M55Wpab1                LaCova - Direct

1    A.  Ammunition -- could I utilize this prop?
2    Q.  Yes, please.  Did you bring a model to help explain these
3    matters to the jury?
4    A.  I did.
5    Q.  OK.
6    A.  So, a unit of ammunition is intact four components.  So
7    this would be a cartridge casing intact.  So we have a shell
8    casing here.  This would be the base of the casing; we call the
9    headstamp.  Generally, you have caliber written on there by the
10   manufacturer, also the manufacturer's name.  It could either be
11   abbreviated -- we have abbreviated terms -- or the whole name
12   itself.
13       This portion here is called the primer.  The primer is
14   pressure sensitive.  It has an explosive in it, and when it's
15   crushed, it explodes.  It sends a flame through what's called
16   the flash hole of this cartridge casing, which ignites
17   gunpowder which is inside the cartridge casing.  When the
18   pressure builds up inside the cartridge casing to its maximum,
19   it will force the bullet off the cartridge casing and out of
20   weapon.
21       So there's four basic components to a unit of ammunition.
22       THE COURT:  Do that again.  Name the four and show the
23   jury each of the four.
24       THE WITNESS:  OK.  So this would be the entire
25   cartridge casing intact.

1   This would be just the shell casing. So generally, if
2   you have a semiautomatic weapon or an automatic weapon or a
3   pump or a lever-action weapon, these expended shell casings get
4   ejected from the firearm. So this is what you would see
5   typically on the street if there was one of those weapons
6   utilized.
7       THE COURT: How far away from the weapon is the shell
8   casing ejected?
9       THE WITNESS: Well, it depends, because of the -- it
10   would depend on the nature of the weapon, and it also would
11   depend on what the surface that it falls on.
12       So if it falls on cement, generally it will bounce
13   around. If it's in an urban setting, where there's people,
14   they get kicked. They could be many feet away from the
15   original setting.
16       Some weapons eject to the right and rear of the
17   shooter. Some are forward. So we don't really have a --
18   there's no real -- they've done studies for ejection patterns,
19   but there's not -- there's a lot of selectivity to it. So we
20   don't really get into where the shooter was standing often.
21       THE COURT: I'm sorry. I didn't mean to speak over
22   you, sir.
23       THE WITNESS: No. We don't really get into where the
24   shooting was standing too often because of the variables
25   involved.

---

1       THE COURT: All right. Why don't you continue showing
2   the four.
3       THE WITNESS: So this would be the base of the shell
4   casing. Again, we call it the headstamp. That's the area
5   where you would have manufacturer's printing on here, such as
6   the name of the manufacturer and the caliber of a weapon.
7       This silver thing is the primer that -- again, that's
8   that pressure-sensitive high-explosion portion.
9       THE COURT: Show me. Let me see it.
10       All right. Thank you.
11       THE WITNESS: You're welcome.
12       Then inside of the shell casing, there's gunpowder.
13   So when the primer is struck, it crushes into something, what's
14   called an anvil. That causes the explosion. This is the flash
15   hole. A jet flame goes through that flash hole into the
16   cartridge casing.
17       The cartridge casing is seated in what's called a
18   chamber of the firearm, and it's very, very tight. If there
19   was a lot of space, this cartridge casing would expand rapidly,
20   and it would cause an explosion. So it's very, very tightly
21   fitted into the chamber. When the gunpowder, burning in the
22   shell casing -- now, when we talk about it, it seems like
23   there's time. It's instantaneously it reached its pressure
24   limit and then forces the bullet off of the shell casing down
25   the barrel and out of the weapon.

---

1       THE COURT: In your right hand you're holding the
2   bullet?
3       THE WITNESS: Yes, sir.
4       THE COURT: Show the jury what direction it would be
5   ejected from the shell casing.
6       THE WITNESS: Well, the bullet doesn't get ejected
7   from the shell -- well, the bullet gets forced off the shell
8   casing down the barrel and out of the weapon.
9       Ejection happens depending on the type of weapon. So
10   if it was a revolver, these cartridge casings would stay in the
11   weapon and they're in what's called a rotating cylinder. So
12   every time you pull the trigger, the bullet will fire out of
13   the weapon, but the next pull of the trigger would cause that
14   cylinder to rotate away from the barrel. It could go either --
15   it could rotate left or right, depending on what the
16   manufacturer chose and how they meant to make the barrel. So
17   there are some weapons that eject fire cartridges from them and
18   there are others that, they remain inside the weapon.
19       THE COURT: Thank you.
20       THE WITNESS: You're welcome, your Honor.
21  BY MS. BHASKARAN:
22  Q. Det. LaCova, what types of weapons eject the shell casing?
23  A. Well, some are automatic, and automatic weapons do. They
24  use the, they utilize pressure from the cartridge casing to
25  automatically eject fire cartridge casings. And then we

---

1  have pump-action weapons, or lever-action weapons. That uses
2  manual manipulation of the weapon to eject, to extract and
3  eject the cartridge casing after it's been fired from the
4  weapon. Absent of that manual manipulation, those cartridge
5  casings would also stay in the weapon.
6  Q. I believe before you mentioned the term "caliber."
7  A. Yes.
8  Q. Can you explain to the jury what that term means?
9  A. Well, caliber -- caliber is the measurement of the inside
10  of the barrel. So they take measurements from land to land and
11  groove to groove, which is the rifling, and that's the
12  measurements inside the barrel. Caliber of ammunition is the
13  corresponding ammunition that goes with the weapon that it was
14  meant to be fired from.
15  Q. When you use the terms "land to land" and "groove to
16  groove," can you explain to the jury, at a high level, what
17  you're referring to?
18  A. So, when a barrel is made -- and that's what the bullet
19  gets forced down and out of -- they cut spiral grooves inside
20  the barrel, and what happens is the bullet starts off very
21  slightly larger than the barrel. It has -- generally it has
22  some sort of metallic case around it, and then it's filled with
23  lead. The lead gives it its weight and its stability, and the
24  copper jacket -- or there could be other materials used -- is
25  soft, and it forces this bullet into the barrel. Those spiral

M55Wpab1                LaCova - Direct

1    grooves, they have high spots and low spots. We call them
2    lands and grooves, and they rotate either right and left,
3    depending on the manufacturer, the weight of the bullet and the
4    preference of the manufacturer, they also will either spiral
5    right or left. Typically, we see six -- five and six rights in
6    revolvers, but there are others.
7        What happens with this bullet is when it's forced in the
8    barrel and during the manufacturing process, when they're
9    cutting those lands and grooves, they're removing material from
10   inside the barrel with different types of tools. It could be
11   button broaches. And what happens, they leave microscopic
12   striations inside the barrel, and when the bullet's forced down
13   the barrel, it picks up the mirror image of those microscopic
14   striations.
15   Q. Let me ask you some follow-up questions on that. So, you
16   described how -- well, let me actually take a step back.
17       Describe to the jury, please, what happens when the shooter
18   depresses the trigger of the gun.
19   A. So, when the trigger is pressed -- well, when the -- the
20   unit of ammunition or cartridge is loaded into what's called
21   the chamber. So whether it's a revolver or a semiautomatic
22   weapon, it's kind of in a similar circumstance.
23       Now, when the trigger is depressed on a revolver, generally
24   what happens, there's a hammer with a firing pin on it. The
25   hammer goes back to a certain point, and then it's tripped by a

M55Wpab1                LaCova - Direct

1    sear and it falls forward. When it falls forward, the firing
2    pin strikes the primer. We get this chain reaction, where we
3    have the explosion of the primer, the burning of the gunpowder,
4    the pressure buildup, and the bullet's forced out of the
5    weapon.
6        In a semiautomatic pistol, they could have a hammer also,
7    or it could be hammerless, what's called a striker. But in any
8    event, a firing pin strikes, strikes the primer, we have that
9    same chain reaction. But what happens in a semiautomatic is
10   pressure is forcing the bullet this way, forward of the weapon,
11   and pressure is forcing the cartridge casing, what's called to
12   the breech of the weapon, which opens the weapon, allows for
13   extraction and ejection. It also reloads the weapon from the
14   next, next cartridge that's in a magazine, where they're kept,
15   generally in the handle of the weapon. And then it forces it
16   back into the chamber, closes the weapon and cocks it. So it's
17   doing that with the leftover pressure from the cartridge
18   casing.
19   Q. What, if any, distinguishing marks does the firearm leave
20   on the shell casing after it's been fired?
21   A. So, during the manufacturing process, there's a number of
22   different tools that are utilized to create these weapons, and
23   those tools change on the microscopic level from weapon to
24   weapon. They leave marks that we really can't see
25   macroscopically. If we hold them up to the light, we can see

M55Wpab1                LaCova - Direct

1    some scratches that look like something. But generally what
2    happens is under magnification, those machining marks are
3    pressed into the cartridge casing, the primer, from that force
4    rearward into the weapon, you know, into the breech of the
5    weapon. And that also happens on the -- it also happens on the
6    revolvers as well. So we pick up, again, the mirror image.
7    It's pressed into the base of the cartridge, or the headstamp
8    area.
9        Typically, let's say on your tire, it's measured in PSI.
10   It's 35, 32, depending, 40-something pounds PSI. And then they
11   write on the tire that if you exceed a certain limit of this,
12   you could cause bodily harm to yourself. Well, typically in a
13   chamber, pressure's also measured in PSI, and it could be
14   anywhere from 30,000 PSI up until 50,000 or even more. So you
15   could imagine the pressure that's happening in these weapons.
16   And that's what causes these breech face impressions to be
17   pressed into the softer metal.
18       So the firearm is a harder metal and the cartridge casings
19   are softer metal, and they leave those -- those impressions.
20   Q. And Det. LaCova, I think you used the term "breech face
21   impressions." Are those the impressions that are formed on the
22   shell casing when it's fired?
23   A. Yes, they're pressed into the shell casing from the
24   firearm.
25   Q. And are those impressions, are they unique to the

M55Wpab1                LaCova - Direct

1    particular gun that fired that cartridge?
2    A. Yes, they are.
3    Q. And then with respect to the bullet that is expelled from
4    the gun, are there distinguishing marks that are left on the
5    bullet?
6    A. Yes, there are.
7    Q. Could you describe that for the jury?
8    A. So, we discussed a little bit the high spots and low spots,
9    or lands and grooves. So if I turn this this way and kind of
10   manipulate it, you can kind of see this low spot here and this
11   high spot here.
12       Well, the low spot represents the high spot in the barrel,
13   which we call the land, and the high spot represents the low
14   spot in the barrel, which we call the groove. So it's opposite
15   of -- on the bullet, it's the opposite.
16       So if you look at a typical firearm, you look at it as a
17   singular tool. We look at it as multiple tools. So in the
18   case of a typical barrel that might be five right or six right,
19   there were six distinct broaches that touch the inside of the
20   barrel, and they change. The sharpness changes, when they're
21   pulling that material out of the barrel, from barrel to barrel.
22       That's -- when I spoke earlier about the ten-barrel test,
23   that's how we're able to identify barrel 1 to barrel 2 to
24   barrel 3, and so on, to 10, or if we have a singular gun at a
25   particular crime scene or multiple guns at a particular crime

471

M55Wpab1                LaCova - Direct

1    scene.  And typically, let's say with a police shooting, we
2    would generally have multiple of the same model firearm, which
3    you don't generally see in a, in a crime-type of a situation,
4    which would make it even more difficult, because you'll have  --
5    the spatial recognition from land to land and groove to groove
6    on the same model firearm is exactly the same.  But when you
7    have different model firearms, they could also be six right or
8    five right or six left.  But they're -- each manufacturer is
9    going to use a different spatial relationship to, to those
10   barrels.  So that would be considered, what we consider to be
11   class characteristic.  Or individual characteristics is, again,
12   the ten-barrel test, where all the, you can distinguish from
13   barrel to barrel, but the class is exactly the same.
14   Q.  Just to summarize, is it true that when a gun  fires a
15   bullet, there are unique markings left on that bullet that are
16   unique to the gun that fired the bullet?
17   A.  That is correct.
18   Q.  And what do you call those unique markings?
19   A.  Individual characteristics.
20   Q.  And based on the unique markings that are left on shell
21   casings and on bullets, what kind of conclusions can you make ?
22   A.  Well, we could determine how many guns might have been at a
23   scene.  If we have test-fires, we can determine if those
24   bullets are consistent with the test-fire, meaning that they
25   match the test-fires.  And we can also determine, even without

472

M55Wpab1                LaCova - Direct

1    test-fires, how many bullets match each other or how many
2    bullets are made -- they might be bullets that don't match each
3    other, so that would give us an indication that there was
4    multiple guns at a scene.
5    Q.  Det. LaCova, when you worked at the firearm analysis
6    section, how did you receive crime scene evidence?
7    A.  All the crime scene evidence is brought into what's called
8    the evidence control room, where it's cataloged and given its
9    own, unique firearms identification number.
10   Q.  What do you do once you get the crime scene evidence?
11   A.  We bring it back to our desk and we do what's called an
12   inventory.  So, the vouchering officers, they do a voucher, and
13   they tell us what they're vouchering.  And then what we'll do
14   is we'll do what's called an inventory to make sure that
15   everything that they say is on that voucher is what we have in
16   front of us.
17   Q.  What type of paperwork do you ordinarily prepare when you
18   analyze ballistics evidence?
19   A.  Well, we do handwritten notes, and then we also do a
20   summary that's generated on the computer.
21          MS. BHASKARAN:  Your Honor, I'm now going to read
22   portions of a previously admitted stipulation.  It's Government
23   Exhibit S2.
24          THE COURT:  Go ahead.
25          MS. BHASKARAN:  I'll start with paragraph 1:

473

M55Wpab1                LaCova - Direct

1          "On October 2, 2014, a detective from the crime scene
2    unit of the New York City Police Department, the CSU detective,
3    responded to the area of 1653 St. Nicholas Avenue in Manhattan
4    to process the scene of a murder of Orlando Rivera, the
5    decedent.  Government Exhibit 601 is the ballistics evidence
6    that the CSU detective recovered from the scene, which was
7    vouchered under NYPD property clerk invoice No. 1000558841. "
8          Ms. Abrams, I'm now going to read from paragraph 3 of
9    the stipulation.
10          "Government Exhibit 602 is a report prepared by New
11   York City Police Department Det. Salvatore LaCova on October 3,
12   2014, regarding his analysis of Government Exhibit 601."
13          Ms. Abrams, you can take that down.
14          And could you please publish Government Exhibit 602,
15   which was previously received into the evidence.
16   Q.  Det. LaCova, do you see that document on your screen ?
17   A.  Yes, I do.
18   Q.  Do you recognize it?
19   A.  Yes, I do.
20   Q.  And do you recognize the signature on that page?
21   A.  Yes.
22   Q.  Is this a report that you prepared in connection with your
23   work at the firearm analysis section?
24   A.  It is.
25   Q.  I'd like to ask you some questions about your analysis.

474

M55Wpab1                LaCova - Direct

1          Starting with the first page, what types of ballistics were
2    you given to examine in this lab report?
3    A.  Fired cartridge casings and deformed fired bullets.
4    Q.  Generally speaking, what were you analyzing this evidence
5    for?
6    A.  We were trying to determine if the evidence was fired from
7    a common source or multiple sources.
8          MS. BHASKARAN:  Ms. Abrams, can you -- there's a table
9    in the report.  Can you blow up the upper portion so we can see
10   the first 13 items.
11          All right.
12   Q.  Now, Det. LaCova, do you see where it says description on
13   the document?
14   A.  Yes.
15   Q.  Did you fill out this portion of the report?
16   A.  Yes, I did.
17   Q.  And just at a high level, what do you do in order to
18   populate this section of the report?
19   A.  Well, in this particular section, if we go to the left,
20   you'll see that you, that that lab number that's given to the
21   evidence, and then that voucher number is the voucher number
22   that was, voucher filled out by the crime scene detective.  And
23   then we -- they gave them item numbers on the voucher, and we
24   generally try to use their item numbers.  If we got multiple
25   vouchers from this, then our item numbers would go in

475

M55Wpab1                    LaCova - Direct

1   chronological order, but it would be different from their --
2   their voucher numbers.
3        Now, the description of the cartridge casings is just that.
4   So it's one cartridge casing for each item number.  It's .40
5   Smith & Wesson caliber.  That's the caliber of the ammunition,
6   and the Wolf is from the manufacturer of the ammunition.
7   Q.  And is this analysis based on your visual inspection?
8   A.  Yeah, that would be generally written on the headstamp area
9   that we discussed earlier of the bottom base of the cartridge
10  casing.  So that's where that information was taken off.
11  Q.  So how many cartridge cases did you have in this particular
12  voucher?
13  A.  12.
14  Q.  And you wrote .40 Smith & Wesson caliber.  Could you
15  describe again what that means for the jury?
16  A.  So it's .40 caliber.  Smith & Wesson was the company that
17  originally designed that caliber.  It was taken off of --
18  originally it was a 10 millimeter.  It was designed for the FBI
19  specifically and then later adopted by law enforcement
20  throughout the country and also civilians.  So it's a 10
21  millimeter cartridge case that was cut down to make it a little
22  bit smaller to fit in the frame of the firearm.
23       So it's .40 Smith & Wesson, Smith & Wesson firearms
24  manufacturer was the one that started that caliber of
25  ammunition, and now Wolf is a manufacturer of ammunition and

476

M55Wpab1                    LaCova - Direct

1   they were manufacturing this ammunition under the caliber .40
2   caliber.
3   Q.  What kind of firearm would fire a .40 caliber shell casing?
4   A.  Typically, it would be a semiautomatic pistol.
5   Q.  Of .40 caliber?
6   A.  Yes.
7        MS. BHASKARAN:  Ms. Abrams, can you now blow up a
8   portion of page 1 that covers items 16 and 19.
9   Q.  Det. LaCova, it looks like you described items 16 and 19 as
10  deformed bullets, is that correct?
11  A.  That is correct.
12  Q.  What does that mean?
13  A.  That means -- so when a bullet starts off in a cartridge
14  casing, it is pristine.  Once it engages the rifling and is
15  forced into the barrel, we determine it to be deformed, meaning
16  that it's taken on a different shape than when it was
17  originally manufactured.
18  Q.  So is a deformed bullet basically a fired bullet?
19  A.  It's a fired bullet, yes.
20  Q.  You wrote that these particular deformed bullets, items 16
21  and 19, are .40 caliber class.  Could you describe for the jury
22  what that means?
23  A.  So, .40 caliber class, we -- I determine that to be from a
24  couple of different measurements.  So we use a caliper and we
25  measure the base of the caliber.  I believe somewhere on my

477

M55Wpab1                    LaCova - Direct

1   handwritten notes, we may have base measurements, and they fall
2   into the range of .40 caliber.  And also the weight of the
3   bullet is -- at a -- this is two weights here that are
4   consistent with .40 caliber.
5        So, generally, I like to have two different measurements.
6   That's a subjective nature of my examinations.  There are some
7   people that, some examiners just automatically notice that I've
8   examined thousands of these bullets and this is a .40 caliber
9   bullet.  I like to have the measurements to go along with my
10  findings.
11  Q.  So, Det. LaCova, it sounds like you had two measurements
12  that allowed you to conclude that these were .40 caliber class
13  bullets?
14  A.  That is correct.
15  Q.  What kind of firearm would expel a .40 caliber class
16  bullet?
17  A.  Typically .40 caliber bullets, or ammunition, is fired from
18  semiautomatic pistols.
19       MS. BHASKARAN:  Ms. Abrams, can you take down those
20  enlargements and then enlarge the section of the report dealing
21  with items 15 and 17.
22  Q.  Det. LaCova, it looks like you described these again as
23  deformed bullets or fired bullets?
24  A.  Correct.
25  Q.  And here, it looks like you described them as .38/9

478

M55Wpab1                    LaCova - Direct

1   millimeter caliber class?
2   A.  That is correct.
3   Q.  First, can you tell us what you mean by caliber class?
4   A.  Caliber class is a class of firearms that are capable of
5   firing a bullet with that base measurement but not particularly
6   the weight of the bullet.  So in this particular case, .38
7   caliber class is measured in hundredths of an inch, and it goes
8   from .353 to about .359.  And the class of weapons that have
9   that barrel, barrel measurements would be a .380 auto; .38
10  caliber; .38 special; nine millimeter; .357 magnum, which is
11  .357, which is where that comes from; and .357 sig, which is a
12  semiautomatic pistol firing a hybrid cartridge casing.
13       So in this particular case, when I just mentioned .380
14  auto, a typical .380 auto bullet is about 95 grains, and this
15  one is 139.7, in item 15, which would be too large to be fired
16  out of a .380 pistol.  But it does still form -- fit into that
17  class of weapons.
18  Q.  How did you determine that these particular deformed
19  bullets were .38/9 millimeter caliber class?
20  A.  That would be from the base measurement, utilizing
21  calipers, and also from the weight of the bullet.
22       MS. BHASKARAN:  Ms. Abrams, can you please take down
23  those enlargements and blow up the section of the report
24  dealing with items 6 and 14.
25  Q.  So, let's start with item 6.  You describe this as a

479

M55Wpab1                LaCova - Direct

1   deformed bullet, is that correct?
2   A.  That is correct.
3   Q.  So that's another fired bullet?
4   A.  Yes.
5   Q.  You wrote unknown caliber class.  Can you describe for the
6   jury why you wrote that?
7   A.  So, because we're missing some crucial measurements.  So I
8   have weight, which is 136.3 grains, which is great, but I'm
9   missing the full bullet.  So I have "question mark right,"
10  which means I do not have an entire bullet to count all the
11  rifling; something's missing.  And I also have -- because I
12  don't have that full bullet, I won't have my base measurements,
13  so that's why in that particular case it's an unknown caliber
14  class bullet.
15  Q.  Det. LaCova, even though you weren't able to determine the
16  caliber class of the bullet from base measurements, were you
17  still able to examine this bullet under your comparison
18  microscope?
19  A.  Yes.
20  Q.  And would you still be able to determine whether there were
21  any matches between this bullet and some of the other ballistic
22  evidence that you analyzed?
23  A.  Yes.
24  Q.  Let's now look at item 14.  You describe that as a deformed
25  piece of copper jacket.  Can you describe for the jury, at a

480

M55Wpab1                LaCova - Direct

1   high level, what that means?
2   A.  So, generally what they do is -- again, the core of the
3   bullet is lead, and that gives it its weight.  And generally,
4   what they'll do is they'll put some sort of metallic around the
5   bullet.  And what that does is that allows that bullet to fly,
6   to go through the barrel, and it doesn't leave any residue
7   inside of the barrel, which would cause -- over time, if you
8   shot just lead bullets through the barrel, it would clog up
9   those lands and grooves, again, because the lead is soft and it
10  gets heated up and it'll stay in the barrel.  So, what the
11  copper does is it allows that bullet to go down the barrel
12  without it leaving any residue behind.
13      So if a bullet strikes something harder than itself, it may
14  fracture or fragment or break up, and we're left with lead and
15  copper jackets.  Now, the lead itself, the lead core, they
16  don't -- it doesn't touch anything inside the barrel if it's
17  only a core.  If it's a full lead bullet, yes.  But if it's
18  only a core, you wouldn't see any rifling characteristics left
19  on that lead core.  But the fragments of copper jacket, we may
20  get some.
21  Q.  So the copper jacket essentially then is a fragment of the
22  bullet that was fired; is that fair?
23  A.  Correct.  In this particular case.
24  Q.  And you again wrote unknown caliber class.  Is that for the
25  same reasons that you described for the previous item that

481

M55Wpab1                LaCova - Direct

1   we --
2   A.  Well, I don't have a full bullet here.  I have only 14
3   grains.  I don't have -- I only have "question mark right," and
4   I have -- so yes, I don't have a full bullet to make, I don't
5   have a base to take any measurements off of.
6   Q.  In this case, however, were you still able to look at this
7   item under a microscope and determine whether it had any unique
8   markings that matched some of the other ballistics evidence
9   that you analyzed?
10  A.  Yes.
11      MS. BHASKARAN:  Ms. Abrams, can you please take that
12  down, and let's go to the second page of the report.
13      And Ms. Abrams, can you enlarge the first conclusion
14  that begins with "cartridge casings."
15  Q.  Det. LaCova, could you please read that conclusion to the
16  jury?
17  A.  So, "cartridge casings 1 through 5 and 7 through 13 were
18  fired from the same gun based on sufficient agreement of breech
19  face impressions."
20  Q.  So, Det. LaCova, could you describe for the jury how you
21  were able to conclude that these cartridge casings were fired
22  from the same gun?
23  A.  Yeah, so, during the manufacturing process, they -- the
24  manufacturer utilizes a number of different tools -- polishing
25  tools, sanding tools -- on the breech face to get off any

482

M55Wpab1                LaCova - Direct

1   inconsistencies in the metal and clean it up.  And when --
2   during the firing of that, the weapon , and what we term the
3   pressure that's built up in the cartridge casing, and when it
4   strikes -- it starts off, it's right up against the breech of
5   the firearm, and it utilizes that pressure to push the top of
6   the weapon open and it picks up those machining marks that are
7   left behind by the manufacturer.
8       So generally, like I said, those machining marks are not
9   real visible to the naked eye, but they are visible under
10  microscopic, under microscopic magnification.  So when they're
11  pressed in there, they -- they're unique to that weapon because
12  during the manufacturing process, as those tools are utilized
13  over and over again, until they break, and they become dull or
14  a little bit duller with each, with each firearm that it's
15  utilized against, and they change on the microscopic level.  So
16  that's how we're able to determine that those cartridge casings
17  were fired from the same firearm.
18  Q.  And Det. LaCova, I believe you testified that you measured
19  the cartridge cases to be .40 caliber?
20  A.  No, no.  Cartridge casings I didn't measure.  That was
21  written on the headstamp by the manufacturer.
22  Q.  So based on the fact that the cartridge casings have that
23  .40 caliber stamp, what kind of gun would expel these cartridge
24  cases?
25  A.  Typically, a .40 caliber firearm.

483
M55Wpab1    LaCova - Direct

1   MS. BHASKARAN: Ms. Abrams, can you now take down that
2   enlargement and skip down a bit to the third conclusion
3   regarding deformed bullets 6, 19.
4   Q. Det. LaCova, can you please read this conclusion for the
5   jury?
6   A. "Deformed bullets 16 and 19 and deformed fragment 14 were
7   fired from the same firearm -- or the same gun based on
8   sufficient agreement of class and individual characteristics in
9   land and groove impressions."
10  Q. So, Det. LaCova, these three items were fired from the same
11  gun, is that correct?
12  A. That is correct.
13  Q. And you testified that items 16 and 19 were .40 caliber
14  class deformed bullets based on your base measurements, is that
15  correct?
16  A. Base and weight.
17  Q. And based on the fact that item 14 was fired from the same
18  gun as items 16 and 19, what conclusions, if any, can you make
19  about the caliber of gun that fired these bullets?
20  A. It was also fired from a .40 caliber.
21  Q. Now, based on the evidence that you were given to analyze
22  in this case, can you determine whether the .40 caliber shell
23  casings and the .40 caliber deformed bullets were fired from
24  the same gun?
25  A. Absent of a firearm to create test-fires in, no, we cannot.

484
M55Wpab1    LaCova - Direct

1   MS. BHASKARAN: Ms. Abrams, can you please take down
2   that enlargement, and let's go to the conclusions, the second
3   one, regarding deformed bullets 6, 15 and 17.
4   MS. ABRAMS, it's actually the second conclusion in the
5   report. Thank you very much.
6   Q. Det. LaCova, could you please read this for the jury?
7   A. "Deformed bullets 6, 15, and 17 were fired from the same
8   gun based on sufficient agreement of class and individual
9   characteristics in land and groove impressions."
10  Q. Det. LaCova, you previously testified that items 15 and 17
11  were .38/9 millimeter caliber class, correct?
12  A. Correct.
13  Q. Now, based on your -- and I think you also testified that
14  you weren't able to determine the caliber class of item 6,
15  correct?
16  A. That is correct.
17  Q. So based on your conclusion that items 6, 15, and 17 were
18  fired from the same gun, can you reach any conclusions about
19  what caliber of gun shot these deformed bullets?
20  A. They were also fired from a .38/9 millimeter caliber class
21  firearm.
22  Q. And can you remind the jury what are the types of firearms
23  fall within that class?
24  A. Well, caliber class of .38/9 millimeter could be as small
25  as a .380 automatic, 9 millimeter; .38 caliber, .38 special,

485
M55Wpab1    LaCova - Direct

1   .357 magnum and .357 sig.
2   MS. BHASKARAN: Ms. Abrams, can you take down that
3   enlargement and go to the third conclusion on the report -- I'm
4   sorry. The fourth conclusion.
5   Q. Det. LaCova, could you please read this conclusion for the
6   jury?
7   A. "Deformed bullets 6, 15, and 17 and 14, 16, and 19 were
8   fired from different guns based on sufficient disagreement of
9   class characteristics."
10  Q. So Det. LaCova, based on the ballistic evidence that you
11  reviewed in this report, at least how many firearms were used?
12  A. So, what we would say, again, absence of a firearm for test
13  fires, we have a minimum of two guns and a maximum of three
14  guns. And that would be that, assuming that the .40 caliber
15  bullets and .40 caliber cartridge casings were not fired from
16  the same gun.
17  Q. And as, I believe, you previously testified, am I right
18  that you were not able to conclude whether the .40 caliber
19  shell casings and .40 caliber bullets were shot from the same
20  gun absent a test-fire?
21  A. Right, because they touch different parts of the weapon.
22  The bullets go out of the barrel. The cartridge casings are
23  touching the breech face, firing pin, extractor, extractor
24  claw. So they touch different parts of the weapon and they
25  come apart. So if we had an example test-fire firearm that we

486
M55Wpab1    LaCova - Direct

1   can create test-fires with, we would have bullets from that
2   firearm and cartridge casings from that firearm, so those would
3   be our knowns, and then we would be able to look at them up
4   against our unknowns, which would be the evidence. And then
5   we'd be able to make a determination as if they were fired from
6   the same firearm or different ones.
7   MS. BHASKARAN: Ms. Abrams, can you go back to the
8   first page of the report, and if you could just blow up the
9   middle section from items 1 through 19.
10  Q. Det. LaCova, in light of your analysis in this case, what's
11  the minimum number of shots that were fired?
12  A. Minimum number of shots? So, what do we have five
13  cartridge casings? We have 12 cartridge casings, is that
14  correct? And we had three deformed or two deformed bullets.
15  We had 12 .40 caliber cartridge casings. Let me get a little
16  bit more specific. And then we had three deformed bullets that
17  were consistent with .40 caliber cartridge casings or two
18  deformed bullets and one bullet fragment.
19  So that would be -- if we said that they were all fired
20  from the same gun, that would be a minimum of 12 and a maximum
21  of 15, I believe, in the .40 caliber. And then -- then if we
22  had -- then we have the three .38 or two .38 caliber class and
23  one .38/9 millimeter caliber class bullet fragment, and that
24  would bring it up to about 15 -- 18, I believe.
25  Q. Assuming that the .40 caliber class shell casings and

**487**

M55Wpab1                LaCova - Cross

1  bullets were fired from the same gun, is it fair to say that
2  there's a minimum of 15 shots that were fired?
3  A.  In .40 caliber, yes.
4  Q.  Between the two guns?
5  A.  Yes, that's correct.
6        MS. BHASKARAN:   One moment, your Honor.
7        No further questions.
8        THE COURT:   Any cross-examination?
9  CROSS-EXAMINATION
10 BY MS. MACEDONIO:
11 Q.  Good morning, Det. LaCova.
12    Can you see me over here?
13 A.  Yeah, I can see you.
14 Q.  OK.  I just have a few questions for you.
15    You testified that it was your conclusion that some of the
16 evidence that you reviewed came from a .40 caliber gun, is that
17 correct?
18 A.  That is correct.
19 Q.  And you also testified that you had been a detective in the
20 New York City Police Department -- I think you said for 24
21 years, is that right?
22 A.  Well, I was a police officer when I got out of the police
23 academy, but all totaled, between police officer and detective,
24 yes, 24 years.
25 Q.  OK.  In your experience as a police officer, is it fair to

**488**

M55Wpab1                LaCova - Cross

1  say that a .40 caliber gun was a common gun in New York City?
2  A.  .40 caliber gun is something that we see a lot in the
3  firearms analysis section, but as a police officer, I did not
4  see a lot of those.
5  Q.  OK.  So in the firearms analysis section of your work, the
6  .40 caliber gun is not something that's unusual, correct?
7  A.  It is not.
8  Q.  And in your experience and expertise, even throughout the
9  country, the .40 caliber gun is a common gun, fair to say?
10 A.  Well, I don't really have much experience outside of the
11 state of New York.
12 Q.  I understand.  Perhaps I didn't word my question carefully .
13    You're testifying here as an expert, correct?
14 A.  That is correct.
15 Q.  OK.  And as part of your expertise, you have an
16 understanding of weapons, correct?
17 A.  That is correct.
18 Q.  And the manufacturing of weapons, correct?
19 A.  Correct.
20 Q.  And as part of your knowledge, are you aware, sir, that the
21 .40 caliber gun has been produced for years?
22 A.  Yes.
23 Q.  For decades?
24 A.  Yes.
25 Q.  And testifying as an expert, how many .40 caliber guns

**489**

M55Wpab1                LaCova - Cross

1  would you say have been manufactured in this country ?
2  A.  Oh, they're manufactured by multiple companies.  So I
3  couldn't -- I would be guessing on a number, but a lot.
4  Q.  A lot?
5  A.  Yes.
6  Q.  It's not rare, correct?
7  A.  It is not.
8  Q.  And you testified that when you were working with the New
9  York City Police Department doing ballistics evidence, the .40
10 caliber gun was also something that was common that you had to
11 review, right?
12 A.  It is.
13 Q.  And with respect to the .38 caliber conclusions that you
14 testified to, about today, you said there were multiple guns
15 that could have ejected those shell casings, is that right?
16 A.  Well, no.  I didn't -- I didn't mention anything about
17 shell casings with the .38/9 millimeter caliber class.
18 Q.  OK.  Perhaps I have it wrong.
19 A.  Yeah.  I said there was multiple guns in the caliber class
20 of .38/9 millimeter, multiple different because of the base
21 measurements that accompany those weapons.  So a .380 auto is
22 generally -- in hundredths of an inch, it's about .353.  A .357
23 magnum is a caliber class, and they're actually using the
24 barrel -- the barrel measurements in the title of that weapon,
25 which is .357.  So caliber class for those range of bullets go

**490**

M55Wpab1                LaCova - Cross

1  from .353 to about .359 in hundredths of an inch.  But in --
2  with the .380 auto, that's generally a 95, never really going
3  past 100 grains.  So we had, I believe, almost 140-grain
4  bullets, the ones that were intact, so we could determine that
5  there are some guns that aren't -- even though they're in that
6  class of guns, there are some guns that are not capable of
7  firing a bullet of that size.
8  Q.  OK.
9  A.  I believe I said that earlier.
10 Q.  OK.  Your expertise is well beyond my knowledge.  I just
11 have one simple question for you.
12 A.  Yeah.
13 Q.  With respect to the .38 caliber evidence that you testified
14 about, is it fair to say that that -- the evidence that you
15 looked at could have come from any number of thousands of
16 weapons in New York City; it's not coming from a specific
17 weapon, correct?
18 A.  Well, those -- well, now you're talking about brand name
19 specific weapon?  The ones that I had, the .38 caliber/9
20 millimeter caliber class, all came from the same weapon.
21 Q.  Understood.
22 A.  They didn't come from multiple weapons.
23 Q.  The evidence didn't come from multiple weapons --
24 A.  Right.
25 Q.  -- right?

Case 1:18-cr-00319-SHS   Document 540   Filed 05/20/22   Page 10 of 189

1   A. But brand of weapon, I do not, I couldn't tell you which
2   brand.
3   Q. OK. But backing up a little bit, right, it came from the
4   same gun, but in your expertise, can you tell us, generally
5   speaking, how many guns have been manufactured that could have
6   ejected a bullet of that caliber?
7   A. Well, discharge a bullet.
8   Q. Discharge it.
9   A. Ejection, we're talking about cartridge casings --
10  Q. OK.
11  A. -- and we didn't have cartridge casings in that respect.
12      So typically, absent of cartridge casings and bullets of
13  that size, we're probably looking at a revolver of some kind.
14      THE COURT:  Here's the question.  Can you tell us,
15  generally speaking, how many guns have been manufactured that
16  use .38 caliber --
17      MS. MACEDONIO:  Have the capacity to produce that
18  piece of evidence.
19  A. Multiple models within a specific gun company or a brand,
20  and multiple brands produce that.  So if you're talking about
21  how many guns over the course of however long that, that
22  caliber class has been around -- probably 75 years or more --
23  millions.
24      MS. MACEDONIO:  Thank you.  I have no further
25  questions.

1       THE COURT:  Anything?
2       MS. BHASKARAN:  No redirect, your Honor.
3       THE COURT:  All right.  Thank you.  You're excused,
4   Detective.  You may step down.  Please put your mask on.
5       THE WITNESS:  Thank you, your Honor.  Have a nice day.
6       (Witness excused)
7       THE COURT:  Next witness for the government, please.
8       MS. ESPINOSA:  The next witness is in custody, your
9   Honor.  The government calls Peter Lopez.
10      THE COURT:  I apologize for the delay, ladies and
11  gentlemen.
12  PETER LOPEZ,
13      called as a witness by the government,
14      having been duly sworn, testified as follows:
15      THE COURT:  Good morning, Mr. Lopez.  If you would be
16  seated there, sir.
17      THE WITNESS:  Good morning, your Honor.
18      THE COURT:  And speak slowly, clearly, and directly
19  into the microphone.  The microphone, as I've told others, is a
20  bit sensitive, so when you get too close, there's a
21  reverberation.  When you move too far back, you can't be heard.
22  So you'll find the right spacing.
23      Your witness, Ms. Espinosa.
24      MS. ESPINOSA:  Thank you, your Honor.
25  DIRECT EXAMINATION

1   BY MS. ESPINOSA:
2   Q. Good morning, Mr. Lopez.
3   A. Good morning.
4   Q. Do you go by any nicknames?
5   A. Yes.
6   Q. What nicknames?
7   A. P-Mula.
8   Q. How old are you?
9   A. I just turned 36.
10      THE COURT:  Can the jury hear the witness?
11      No.  So move the microphone -- that's right -- see if
12  that works.
13      What's your nickname, sir?
14      THE WITNESS:  P-Mula.
15      THE COURT:  And how old are you?
16      THE WITNESS:  Just turned 36 years old.
17  BY MS. ESPINOSA:
18  Q. Where were you born?
19  A. New York City.
20  Q. And where did you grow up?
21  A. The Inwood area, also known as Dyckman.
22  Q. Where do you live right now?
23  A. Putnam County Correctional Facility.
24  Q. And is that a jail?
25  A. Yes.

1   Q. How long have you been in jail?
2   A. 59 months.
3   Q. And what are you in jail for?
4   A. For a gun, gun charge, discharging of firearms, a RICO,
5   RICO charge.
6   Q. And we'll talk a bit more about some of those later, but
7   have you pled guilty to those crimes?
8   A. Yes.
9   Q. Have you been sentenced yet?
10  A. No.
11  Q. Before you pled guilty, did you enter into a cooperation
12  agreement with the government?
13  A. Yes.
14  Q. What do you understand that you have to do under that
15  agreement?
16  A. I have to be truthful and assist the government with
17  anything they need assistance with.
18  Q. And what are you hoping to gain by cooperating?
19  A. At sentencing, I'm hoping to gain a 5K1 letter.
20  Q. All right.  We'll talk more about that in a minute.
21      So, you mentioned that you pled guilty to a RICO
22  conspiracy, right?
23  A. Yes, ma'am.
24  Q. Is that also known as a racketeering conspiracy?
25  A. Yes.

495

M55Wpab1                    Lopez - Direct

1    Q. What racketeering conspiracy did you plead guilty to
2    participating in?
3    A. The 200 Enterprise.
4    Q. And what is the 200?
5    A. Like, a street gang that's part of, that's in the Dyckman
6    area, also known as Inwood.
7    Q. Why is it called the 200?
8    A. Because Dyckman Street is 200 Street.
9    Q. Were you a member of the 200?
10   A. No, ma'am.
11   Q. What was your involvement with the 200?
12   A. Well, I would say I was, like, an associate. I committed
13   crimes with the 200s, orchestrated crimes also.
14   Q. What types of crimes did you commit with the 200s?
15   A. Robberies of drug dealers by force or by something called
16   breaking. That's where you sell drugs, fake drugs to drug
17   dealers.
18          THE COURT:  That's where you sell fake drugs to drug
19   dealers; that's what you said?
20          THE WITNESS:  Yes, your Honor.
21   BY MS. ESPINOSA:
22   Q. And any other crimes that you committed with the 200,
23   categories of crimes?
24   A. The selling of drugs, assaults.
25   Q. Did the 200 have a particular territory?

496

M55Wpab1                    Lopez - Direct

1    A. Well, originally, the 200 started in a block that's Academy
2    and Post, between Post and Nagle. But then they spread out,
3    like, to different parts around the Inwood area, also known as
4    Dyckman.
5    Q. Who founded the 200?
6    A. Milton.
7    Q. How do you know Milton?
8    A. I grew up with him. He was, like, my best friend
9    Q. Do you know Milton's last name?
10   A. Chardon.
11   Q. Did Milton have any nicknames?
12   A. Yes, he had two nicknames. The one was Blanquito. The
13   other one was Maybach.
14   Q. What was Milton's role in the 200s?
15   A. Well, he was the leader. Like, you would call him, like,
16   the Big 200.
17          MS. ESPINOSA:  Ms. Abrams, could you pull up
18   Government Exhibit 203, which is already in evidence.
19   Q. Mr. Lopez, do you recognize the person in this photograph ?
20   A. Yes, ma'am.
21   Q. Who is it?
22   A. Milton.
23          MS. ESPINOSA:  All right. Ms. Abrams, you can take
24   that down.
25   Q. Mr. Lopez, did you associate with any gang other than the

497

M55Wpab1                    Lopez - Direct

1    200?
2    A. Yes.
3    Q. Which gang?
4    A. I used to be Trinitario member.
5    Q. Did members of the 200 also associate with or join other
6    gangs?
7    A. Yes. Some of the members of the 200s were either neutral
8    that means when you're not affiliated with other gangs. Some
9    were Blood members and some were Trinitario members.
10   Q. Besides Milton, did you know other members of the 200 ?
11   A. Yes.
12   Q. Can you name some of the other members of the 200 that you
13   associated with the most?
14   A. Associated with the most, I would say Yasmil. He wasn't a
15   member. He was an associate.
16      Banga.
17      BY. And a couple more members I don't remember at the
18   moment.
19   Q. You mentioned Banga. How long have you known him ?
20   A. I would say more than ten years.
21   Q. Did you ever know him by a name other than Banga ?
22   A. Yes.
23   Q. What name?
24   A. Chris.
25   Q. When did you know him as Chris?

498

M55Wpab1                    Lopez - Direct

1    A. I would say probably, like, 2010, either a couple years
2    after or a couple years before that.
3          MS. ESPINOSA:  OK. Your Honor, I'd now like to ask
4    the witness to do an identification in court.
5          THE COURT:  All right.
6          Would those in the well take their masks off, please.
7    BY MS. ESPINOSA:
8    Q. Mr. Lopez, do you see Banga anywhere in the courtroom
9    today?
10   A. Yes, ma'am.
11   Q. Could you please identify him by an article of clothing or
12   where he is sitting?
13   A. He's directly in front of me, to my right of the computer
14   that's in front of me. He has a black dress shirt on.
15          THE COURT:  All right. The witness has identified the
16   defendant.
17          You may put your masks back on, please.
18          MS. ESPINOSA:  Thank you, your Honor.
19   Q. Mr. Lopez, did you know Banga to be a part of any gang ?
20   A. Yes.
21   Q. What gang?
22   A. He was a Blood, a Blood member. Specifically, he was part
23   of the Sex Money Murder set.
24   Q. And was he a member of any other gang as well?
25   A. Well, he was a 200 member also.

M55Wpab1                    Lopez - Direct                    499

1  Q. How did you know that Banga was a member of the 200?
2  A. He's actually one of the original members, and being,
3  like -- I used to be all the time with Milton and hang out with
4  Banga also as well, I seen him throw up the 200 sign.  That's,
5  like, when you do, like, a handshake with other 200 members.
6  Q. You said throwing the 200 sign.  Could you just explain
7  again what that means?
8  A. Basically, like, where your hands, you throw up the sign
9  that stands for 200, like, letting it be known, like, that's
10 your affiliation.
11 Q. Mr. Lopez, are you familiar with Instagram?
12 A. Yes.
13 Q. Have you personally used Instagram?
14 A. Yes, ma'am.
15 Q. When you were using Instagram, did you post photographs?
16 A. Yes.
17 Q. Did you review other people's posts on Instagram?
18 A. Yes.
19 Q. Did you include texts or captions with your posts?
20 A. Yes.
21 Q. Did you review other people's texts or captions?
22 A. Yes.
23 Q. Are you familiar with hashtags?
24 A. Yes.
25 Q. Have you seen or used hashtags on Instagram posts?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1                    Lopez - Direct                    500

1  A. I might have used hashtags, but I seen them all the time
2  and I know what they are.
3  Q. OK.  And are you familiar with slang terms used by gang
4  members?
5  A. Yes.
6         MS. BHASKARAN:  Ms. Abrams, can you please pull up
7  what's in evidence as Government Exhibit 304.
8         And Ms. Abrams, could you please go to the next page
9  and then call out, or highlight, the username.
10 Q. Mr. Lopez, can you read that username there?
11 A. Prettiestgangsta200.
12 Q. Are you familiar with that Instagram account?
13 A. Yes.
14 Q. Do you know whose it is?
15 A. Yes.
16 Q. Whose is it?
17 A. Banga's.  I had him as a friend on Instagram.
18         MS. BHASKARAN:  Ms. Abrams, you can take that down, and please go back
19 to the prior page of that exhibit.  I apologize.  304.
20
21 Q. All right.  Mr. Lopez, do you recognize any of the people
22 in that photo?
23 A. Yes.
24 Q. Going from left to right, can you please identify them?
25 A. Going from left to right, on -- the person on the left is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1                    Lopez - Direct                    501

1  Milton.  The second one is Banga.  The third one is Chris.  The
2  fourth one is Necio.  And the fifth one is Tito.
3  Q. All right.  So just focusing on Milton right now, what is
4  he doing with his hand?
5  A. Specifically with his left hand, he's throwing up the 200
6  sign.
7  Q. And what -- turning now to Banga, what is he doing with his
8  hands?
9  A. He's holding two imaginary guns on both hands.
10         MS. ESPINOSA:  You can take that down, Ms. Abrams.
11 Thank you.
12 Q. Mr. Lopez, you testified that you committed crimes with the
13 200, right?
14 A. Yes, ma'am.
15 Q. And I think you said robbery, breaking, drug dealing, and
16 assault, is that right?
17 A. Yes.
18 Q. All right.  Let's take those one at a time.  What is
19 breaking?
20 A. Well, breaking is when you convince a drug dealer to buy
21 fake drugs off of you.  So an example is a guy could want
22 cocaine and you give him fake cocaine, where it would be soap,
23 flour, anything you could make a fake kilo out of.
24 Q. Approximately how many times did you break?
25 A. A lot of times.  Too many times to count.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1                    Lopez - Direct                    502

1  Q. Did you break with other people?
2  A. Yes, ma'am.
3  Q. And were any of those people members of the 200?
4  A. Yes.
5  Q. Which 200 members did you break with?
6  A. Milton; Banga; Yasmil, who is an associate, not a member;
7  Little Jeremy.  I'm pretty sure there's more people I can't
8  remember at the moment.
9         MS. ESPINOSA:  All right.  Ms. Abrams, can you show to
10 the witness, Court, and counsel Government Exhibit 510.
11 Q. Mr. Lopez, do you recognize this person?
12 A. Yes, ma'am.
13 Q. Who is it?
14 A. Yasmil.
15         MS. ESPINOSA:  The government offers Government
16 Exhibit GX510 into evidence.
17         MR. SCHNEIDER:  No objection.
18         THE COURT:  Admitted.
19         (Government Exhibit 510 received in evidence)
20         MS. ESPINOSA:  Ms. Abrams, can you please publish.
21         All right.  Ms. Abrams, you can take that down.  Thank
22 you.
23 Q. Mr. Lopez, you said that you broke with Banga, right?
24 A. Yes, ma'am.
25 Q. Do you remember any particular times that you broke with

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1          Lopez - Direct          503

Banga?
1
2    A.  I remember one specific time I broke with him.
3    Q.  When, approximately, did that happen?
4    A.  I specifically remember the date because it was Yasmil
5    mother's funeral.
6    Q.  And how -- what happened when you and Banga broke?
7    A.  I remember I was at the funeral, and he called me and told
8    me he had a guy from Sunset, Brooklyn, that wanted, like, five
9    or six pounds of weed.
10   Q.  And so what did you do next after he told you that?
11   A.  I left the funeral and picked him up and I made five or six
12   fake pounds of weed with rabbit chow, and we drove to Brooklyn
13   and we ended up selling the guys the fake weed, and the guy
14   gave us, like, 10- to $12,000.
15   Q.  Did Banga go to Brooklyn with you for this transaction?
16   A.  Yes, ma'am.
17   Q.  When you were breaking, did those transactions ever turn
18   violent?
19   A.  Most of the time, no, but I think I remember one specific
20   time where it kind of turned violent.
21   Q.  Can you tell us what happened that time?
22   A.  I was -- in this one Banga was not with me.  I was in North
23   Carolina and some guy was sitting in the car with his boy's
24   money for a kilo of cocaine.  He had, like, $35,000 on him, and
25   his boy was in the house checking the fake kilo, and the guy --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1          Lopez - Direct          504

1    after we had the money in our hands, I'm in the driver's seat,
2    he, he says he's going to check if his boy's all right, but
3    he's going to take the money with him.  So he had one foot out
4    the car and one foot in.  So my boy that was in the back seat
5    kicked him out the car, and I drove off and we basically, like,
6    slammed into a parked car.
7    Q.  And when you say your boy in the back seat, who was that?
8    A.  I specifically can't remember at the moment.
9    Q.  OK.  Mr. Lopez, did you ever use weapons while you were
10   breaking?
11   A.  No.
12   Q.  Did you ever hurt anyone while you were breaking, other
13   than the occasion you just described of throwing someone out of
14   the car?
15   A.  No.
16   Q.  You said you committed robberies with members of the 200,
17   right?
18   A.  Yes, ma'am.
19   Q.  Approximately how many robberies did you do with the 200?
20   A.  Give or take, like, five.
21   Q.  Which members of the 200 did you do robberies with?
22   A.  Specifically, one of them is Banga.
23   Q.  Can you tell us about that time?  When did that happen?
24   A.  Well, one time we were going to rob a guy we used to be
25   cool with for his Rolex.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1          Lopez - Direct          505

1    Q.  And who did you do that -- who were you going to do that
2    robbery with, just Banga, or were there other people involved?
3    A.  No.  Me, Banga, Raymito, and one of Raymito's girls.
4            MS. ESPINOSA:  All right.  Ms. Abrams, can you please
5    show for the witness, Court, and counsel Government Exhibit
6    506.
7    Q.  Mr. Lopez, do you recognize this person?
8    A.  Yes, ma'am.
9    Q.  Who is it?
10   A.  Raymito.
11           MS. ESPINOSA:  The government moves to admit
12   Government Exhibit 506.
13           MR. SCHNEIDER:  No objection.
14           THE COURT:  Admitted.
15           (Government Exhibit 506 received in evidence)
16           MS. ESPINOSA:  May we publish, please?
17           THE COURT:  Yes.
18           Next question.
19           MS. ESPINOSA:  Thank you, your Honor.
20           Ms. Abrams, you can take that down.
21   Q.  Where was this robbery to take place, Mr. Lopez?
22   A.  I believe it was on Riverside Drive between, like, 135th
23   and 136th Street.
24   Q.  All right.  And can you describe what the plan was?
25   A.  The plan was to -- well, the guy -- his name was Alski.  He

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab1          Lopez - Direct          506

1    was on federal probation, so we knew what time he had to come
2    back because he had a ankle bracelet.  And me and Raymito
3    stayed in the car, and I told Banga where to stand and wait for
4    him.  And he waited for him in the front of the building but
5    Alski ended up coming through the back, and we missed the
6    opportunity.  It wasn't successful.
7    Q.  Did anyone bring a gun to that robbery?
8    A.  Yes.
9    Q.  Who brought a gun?
10   A.  Banga.
11   Q.  How do you know he had a gun?
12   A.  Because I seen him when he was in the car.
13   Q.  Did you and Banga ever attempt or do any other robberies?
14   A.  Yes, we had another robbery, but it was not successful as
15   well.
16   Q.  When did that one happen?
17   A.  That one I would say happened before the robbery that I
18   just spoke about.
19   Q.  And who was involved in that robbery?
20   A.  Me; Raymito; again, one of his girls, but not the same one.
21   And there was another driver in that robbery.  I don't remember
22   the person that was driving the car.
23   Q.  And Mr. Lopez, where was this robbery going to happen?
24   A.  It was going to happen in, I believe, like, around 215 and
25   Nagle, around where the sanitation, like, the garbage trucks

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

507

M55Wpab1                    Lopez - Direct

1    park, and across from there is, like, a little bar, like, a
2    hookah lounge-type thing.
3    Q.  And what was the plan for this robbery?
4    A.  The girl was on a date with the guy and the guy was
5    supposed to come out with a big chain on him , and the plan was
6    to relieve him of the chain.
7    Q.  When you say the girl was on a date with the guy, which guy
8    are you referring to?
9    A.  Well, I don't know the guy, but supposedly the guy was from
10   the Bronx.  But I guess the guy kind of didn't trust the girl,
11   so he came with his friend so it was like a third wheel as a
12   date.
13   Q.  And is the guy, is that the person you were intending to
14   rob?
15   A.  Yes, ma'am.
16   Q.  Did anyone bring a gun to this robbery?
17   A.  Yes, ma'am.
18   Q.  Who brought a gun?
19   A.  Banga.
20   Q.  How do you know he had a gun?
21   A.  Because he was in the back seat with me while we was
22   planning out the robbery and talking about it, and I seen it.
23   It was a big black automatic gun.
24   Q.  And what happened during this robbery?
25   A.  Well, Raymito stayed in the car with the driver.  Me and

508

M55Wpab1                    Lopez - Direct

1    him get out, and we waited, like, at the entrance, like a, like
2    where there's, like, stairs leading up to the 215 train
3    station.  And the girl had already texted him and said that,
4    that they was about to come out.  So we waited literally in
5    front of the car.  The guy's friend got in the driver's seat.
6    The girl got in behind him, and the guy with the chain went
7    around the car to get in the passenger's seat.  And I tried to
8    grab him, and Banga pulls out the gun on him , but the guy was
9    fast and he ran off, so we didn't get to rob him.
10   Q.  All right.  And I just want to clarify a couple of things.
11        You said that you and one other person got out of the car
12   to wait for the guy.  Who was the person that got out of the
13   car with you?
14   A.  Banga.
15   Q.  Now, let's talk a little bit about home invasions.
16        Did you do any home invasions with members of the 200 ?
17   A.  One home invasion I remember was with Yasmil -- well, two,
18   and he's not a member.  He's an associate.
19   Q.  Are you familiar with a person known as Epps?
20   A.  Yes, ma'am.
21   Q.  Who is Epps?
22   A.  A guy that lives on Academy between Post and Sherman that ,
23   he's known to, like, hold drugs for drug dealers.
24   Q.  And Academy between Post and Sherman, is that part of the
25   200's territory?

509

M55Wpab1                    Lopez - Direct

1    A.  Yes, because it's on Academy and Post.
2    Q.  All right.  So did you do a home invasion of Epps?
3    A.  Yes.
4    Q.  Who was involved in that?
5    A.  The first time it was me and Yasmil .  And he brought a guy
6    that didn't speak English from the Bronx, a light-skinned guy.
7    Q.  What happened when you got to Epps's home?
8    A.  Well, we waited inside, and when he got to his door, we
9    pushed him in, and his mother ended up getting tied up , and
10   him.
11   Q.  Did anyone get hurt on that occasion?
12   A.  I know the mother didn't get hurt, but I'm pretty sure Epps
13   got roughed up.
14   Q.  Did you or anyone else you were with carry a weapon to the
15   home invasion?
16   A.  Yes.
17   Q.  Who had a weapon?
18   A.  Me and Yasmil didn't have a gun on us , but I know there was
19   a gun in the equation.  I know the other guy had one.
20   Q.  Did you steal anything during that home invasion ?
21   A.  Well, what we was looking for wasn't there, so, like, we
22   ended up, like, taking a whole bunch of, like, petty things.
23   Q.  What were you looking for?
24   A.  Like, 20 or 30 pounds of marijuana.
25   Q.  Did you ever do a second home invasion of Epps?

510

M55Wpab1                    Lopez - Direct

1    A.  Yes.
2    Q.  And who was involved that time?
3    A.  Me, Yasmil, and two guys that he brang along that I didn't
4    know.
5    Q.  What was your role in that home invasion?
6    A.  I provided the gun.  It was a compact .45.  Me and Yasmil
7    stayed in the car while the other two guys went upstairs .
8    Q.  What happened when the other two guys went upstairs ?
9    A.  Well, when I saw Epps going in, Yasmil called him and let
10   him know he was going upstairs, and again, he got pushed
11   inside.  He got tied up, and this time we was looking for,
12   like, three or four kilos of cocaine.  And they couldn't find
13   it, but we were sure it was there.  So the guys ended up -- his
14   mother was already tied up.  We ended up burning his
15   ear with a iron, and basically the robbery was unsuccessful,
16   but, like, I would say between 50 and a hundred grams of
17   cocaine was found and a .25 two-shot Dillinger gun was found
18   and I ended up keeping the gun , and the two guys that went
19   upstairs kept the cocaine.
20   Q.  Mr. Lopez, you said you committed assaults with members of
21   the 200, right?
22   A.  Yes.
23   Q.  Which members of the 200 did you commit assaults with?
24   A.  I can't remember right now.
25        (Continued on next page)

1  Q. Did you ever commit any assaults with Banga?
2  A. No.
3  Q. Are you familiar with a person known as Skrilla?
4  A. Yes.
5  Q. Who is Skrilla?
6  A. Now I remember an assault I committed with the 200s.
7  Q. Go ahead.
8  A. Skrilla is a guy that was part of that robbery. He ended
9  up getting slashed in the face and getting his jewelry robbed .
10 And my part in the robbery is we was drunk, we came out of the
11 club and we seen him, and I backed down the bouncers with a
12 gun, I believe it was a .25 caliber pistol, while the other
13 guys beat him up and cut him up and took his jewelry .
14 Q. And who were the other guys that were involved?
15 A. Milton, Yasmil was there but he wasn't involved. It was
16 definitely more people. I can't remember at the moment.
17 Q. Okay.
18 A. Probably like two or three more people. Raymito was
19 involved, too, sorry.
20 Q. Let's take a step back. What was your understanding of the
21 200's reputation when they were first founded?
22         MR. SCHNEIDER:   Objection.
23         THE COURT:   Just a moment. Sustained as phrased.
24         MS. ESPINOSA:  May I have one moment, your Honor?
25         THE COURT:   Yes.

1          (Counsel confer)
2  BY MS. ESPINOSA:
3  Q. Mr. Lopez, did you have an understanding of the 200's
4  reputation?
5         MR. SCHNEIDER:   Objection.
6         THE COURT:   I will allow that.
7  Q. You can answer.
8         Did you have an understanding -- I'm not asking what
9  understanding was yet. I'm saying did you have an
10 understanding of the 200's reputation?
11 A. Yes, ma'am.
12 Q. What was your understanding of that reputation in
13 2012-2013?
14         MR. SCHNEIDER:   Objection.
15         THE COURT:   Yes, if you had one at that time.
16 A. Yes. My understanding was I personally felt like they were
17 a joke, they wasn't really like anything to be worried about
18 during those years.
19 Q. And did there come a time when your view of the 200
20 changed?
21 A. Yes.
22 Q. When was that?
23         MR. SCHNEIDER:   Again --
24         THE COURT:   I understand the objection. I'm going to
25 permit it.

1  Q. When did your view of the 200 change?
2  A. My view changed when I was released from jail, from prison.
3  Q. When were you released from prison?
4  A. 2014.
5  Q. You were released 2014?
6  A. Oh, sorry, I was released 2015. I went in 2014.
7  Q. Why were you in jail that time?
8  A. For a weapons charge.
9  Q. And how much time were you sentenced to?
10 A. One and a half to three years, but I was eligible for the
11 SHOCK program. It's like a boot camp like jail alternative .
12 So I ended up doing a total, with the time I waited in Rikers
13 Island and in reception, like eight months.
14 Q. And you said you got out in 2015, is that right?
15 A. Yes, ma'am.
16 Q. While you were in the SHOCK program, were you able to
17 communicate with anybody outside of the SHOCK program?
18 A. In SHOCK you are allowed a five-minute phone call once a
19 month and that's like after like your third month, I believe.
20 Q. After you got out of the SHOCK program in 2015, did you see
21 any members of the 200?
22 A. Yes, ma'am.
23 Q. Who did you see first from the 200?
24 A. Well, the first person I saw was Milton.
25 Q. When did you see Milton?

1  A. Like literally the second day I was released.
2  Q. What did you and Milton do at that time?
3  A. Drive around and like talk about a whole bunch of stuff,
4  like girls and what's been going on in the neighborhood.
5  Q. Did Milton tell you at all about what was going on with the
6  200?
7  A. Yes.
8  Q. What did Milton tell you about the 200 during that
9  conversation?
10 A. Well, the first thing we talked about was Ito, how he's in
11 jail for a murder he didn't commit.
12 Q. And who is Ito?
13 A. Like one of the first members from the 200.
14 Q. Ms. Abrams, can you please pull up Government Exhibit 502,
15 which is already in evidence.
16         Mr. Lopez, do you recognize this person?
17 A. Yes.
18 Q. Who is it?
19 A. Ito.
20 Q. All right. So Ms. Abrams, you can take that down. Thank
21 you. You can take it down.
22         All right, Mr. Lopez, you said that Milton told you that
23 Ito was in jail for a murder that he didn't commit, is that
24 right?
25 A. Yes.

**515**

M552Pab2          Lopez - Direct

1  Q.  Did Milton tell you anything else about that murder?
2  A.  Yes.  He told me that it was there -- I mean that he was
3  there and that him and Banga were shooting.
4  Q.  Who and Banga were shooting?
5  A.  Ito and Banga, not Milton.
6  Q.  And what else did he tell you about what happened during
7  the murder?
8  A.  An innocent bystander ended up getting killed.
9  Q.  Did Milton tell you where the murder happened?
10 A.  Yes.
11 Q.  Where did he say it happened?
12 A.  Up the hill, which is the Washington Heights area.
13 Q.  Mr. Lopez, are you aware of any other gangs operating in
14 the Washington Heights area?
15 A.  Well, it's mostly Trinitario members.  There might be some
16 other gang members, but mostly Trinitario.
17 Q.  Did Milton tell you anything else about the murder?
18 A.  Well, basically that Ito is in jail fighting the case and
19 he didn't do it, so he most likely will go to trial.  But if he
20 goes to trial and wins, all of them are going to get
21 indicted -- I mean, sorry, if he goes to trial -- yeah, if he
22 goes to trial and wins, all of them will get indicted .  But if
23 he pleads guilty, he is taking one for the team, he said.
24 Q.  And who did Milton say did the murder?
25 A.  Banga.

**516**

M552Pab2          Lopez - Direct

1  Q.  Did you talk to Milton about the murder more than once?
2  A.  Yes.
3  Q.  How many times did you talk to Milton about the murder?
4  A.  I can't specifically remember how many times, but I was
5  always with him in New York and out of state breaking, so,
6  like, Ito would call him all the time from Rikers Island and
7  then the conversation would pop up.
8  Q.  Did you ever talk to Banga directly about the murder?
9  A.  I can't specifically remember him talking to me, like,
10 about that murder with any details.
11 Q.  Okay.
12 A.  But I might have brought up, like, why he cut his hair when
13 I came out, because I noticed he cut his hair.
14 Q.  All right.  We will get to that in a second.
15        Mr. Lopez, did you have an understanding of what Ito's
16 reputation was in the 200 when you -- before you went to jail
17 in 2014?
18 A.  Yes.  I would say he didn't have a reputation.
19 Q.  Do you know whether Ito's reputation changed after the
20 murder?
21 A.  Yeah.  I would say his reputation got better.  By "better"
22 I mean like basically he got gangster points.  Whether he did
23 the murder or not, he is in Rikers Island fighting a murder
24 case.
25 Q.  Mr. Lopez, did you know what Banga's reputation in the 200

**517**

M552Pab2          Lopez - Direct

1  was?
2  A.  Before that murder, he had a good reputation, like, he had
3  his respect in the neighborhood.
4  Q.  Did Banga's reputation change after the murder?
5  A.  Yes.
6  Q.  How did it change?
7  A.  Well, basically, like, when he was seen in the neighborhood
8  you would see him and know that he, like, basically had a
9  murder and he wasn't in jail for it, he is free.
10 Q.  And what was Banga's role in the 200?  What did he do with
11 the 200?
12 A.  I wouldn't say he had a specific role, but like different
13 members was known, like, some tougher than others, some, like,
14 you know, I would say that he was known for , like, carrying
15 guns, carrying blades, like basically he is one of the few that
16 I would say that didn't play.
17 Q.  And when you say "didn't play," what do you mean by that?
18 A.  Like, by that I mean, like, basically , like I said earlier,
19 he had his respect, and like basically if you crossed the line,
20 like, he would do something to you.
21 Q.  Mr. Lopez, you said that Banga was known for having guns.
22 Did you ever see him with guns other than the two occasions
23 that you described earlier?
24 A.  I can't specifically remember, but it's possible, but I
25 can't specifically remember.  But I know there was a video

**518**

M552Pab2          Lopez - Direct

1  floating around Instagram where he was pistol-whipping a little
2  kid.
3  Q.  And did you personally see that video?
4  A.  Yes, ma'am.
5  Q.  Did you ever see Banga with a type of weapon other than a
6  gun?
7  A.  Yes.
8  Q.  What type of weapon?
9  A.  A blade, specifically a gemstar, like the box cutter.
10 Q.  And where would Banga keep the blade?
11 A.  Under his tongue.
12 Q.  And what's your understanding of why someone would keep a
13 blade in that location?
14 A.  Well, that originates from jail.  It's like you could spit
15 it out fast and cut somebody.  And also, like, if you are
16 getting searched by a officer, whether it be a corrections
17 officer or an NYPD officer, they probably won't find it.
18 Q.  All right.  Ms. Abrams, can you please pull up Government
19 Exhibit 317B and play the video.
20        (Video played)
21 Q.  Mr. Lopez, do you recognize the person in that video?
22 A.  Yes.
23 Q.  Who is it?
24 A.  Banga.
25 Q.  What, if anything, do you see in his mouth?

**M552Pab2            Lopez - Direct**                          519

1    A.  Razor, gemstar razor.

2    Q.  Did you ever personally see Banga with a gemstar razor in

3    his mouth like that?

4    A.  Yes, all the time.

5    Q.  All right.  Ms. Abrams, you can take that down.

6         Mr. Lopez --

7         THE COURT:   Is that an exhibit or no?

8         MS. ESPINOSA:  Yes, your Honor.

9         THE COURT:  Were you just showing it to him?

10        MS. ESPINOSA:  Yes.  Were you able to see it, your

11   Honor?

12        THE COURT:   Play it again, please

13        MS. ESPINOSA:  It is Government Exhibit 317B.  And you

14   can show it to the jury as well.

15        (Video played)

16        THE COURT:  All right.  Proceed.

17        How much longer do you have with this witness?

18        MS. ESPINOSA:  I probably have another 20 to 30

19   minutes, your Honor.

20        THE COURT:  All right.  Why don't we take our

21   mid-morning break if this is a logical time.

22        MS. ESPINOSA:  Yes.

23        THE COURT:  Because the jury's been here an hour and a

24   half.  Why don't we take a mid-morning break.  Take 15 minutes,

25   ladies and gentlemen.

---

**M552Pab2            Lopez - Direct**                          520

1         (Jury not present)

2         THE COURT:   All right.  15 minutes.  You may step

3    down, sir.

4         (Recess)

5         THE COURT:  Okay.  Bring the jury in.

6         You may be seated in the courtroom.  Sir, you may be

7    seated until the jury enters.

8         (Continued on next page)

---

**M552Pab2            Lopez - Direct**                          521

1         (Jury present)

2         THE COURT:  Jury entering.  Please rise.

3         You may be seated in the courtroom.

4         You may continue with your direct examination,

5    Ms. Espinosa.

6         MS. ESPINOSA:   Thank you, your Honor.

7    BY MS. ESPINOSA:

8    Q.  Mr. Lopez, we were talking before the break about Banga's

9    reputation in the 200.  Do you remember that?

10   A.  Yes, ma'am.

11   Q.  And how did his reputation change after the murder?

12   A.  I would say it got better.

13   Q.  And what about the 200s as a whole?  Did their reputation

14   change after the murder?

15   A.  Yeah, I would say definitely, yes.

16   Q.  How did it change?

17   A.  Well, basically, you are not looking at them anymore like a

18   fake street gang.  You are seeing them as like some kids that

19   possibly can kill you.

20   Q.  And did the 200's territory change after the murder?

21   A.  I would say yes.

22   Q.  How did it change?

23   A.  Well, once I was released from prison, I noticed they

24   weren't -- I noticed they weren't just at Academy and

25   Post.  They were like basically all over the Inwood Dyckman

---

**M552Pab2            Lopez - Direct**                          522

1    area.

2    Q.  And did the number of people in the 200 change after the

3    murder?

4    A.  Yes.

5    Q.  How did that change?

6    A.  Basically multiplied.

7    Q.  Before you went to jail in 2014, what did Banga's hair look

8    like?

9    A.  He had long dreadlocks.

10   Q.  Ms. Abrams, can you pull up what is in evidence as

11   Government Exhibit 303.

12        Mr. Lopez, do you recognize the person in this photo?

13   A.  Yes.

14   Q.  Who is it?

15   A.  Banga.

16   Q.  Can you describe his hair in this photo?

17   A.  He has long dreadlocks to his shoulders.

18   Q.  And Ms. Abrams, can you please go to the next page.  And

19   please highlight -- actually this is the wrong -- you can take

20   this down.

21        Mr. Lopez, when you got out of jail in 2015, what was

22   Banga's hair like?

23   A.  Short with waves.

24   Q.  Ms. Abrams, can you please pull up Government Exhibit 305.

25        Mr. Lopez, do you recognize anyone in this photo ?

523

M552Pab2          Lopez - Direct

```
1    A.  Yes.
2    Q.  Who do you recognize?
3    A.  To the left I notice that's a guy named Smiley.
4    Q.  Can you describe what Smiley's wearing?
5    A.  A red Skully hat.  That's like a winter cap.
6    Q.  And do you recognize anyone else?
7    A.  Nah.  I don't recognize the other guy.
8    Q.  What about --
9    A.  He looks familiar, but I don't know the name.
10   Q.  Do you recognize the person in the center of the photo?
11   A.  Yes, ma'am.
12   Q.  Who is that?
13   A.  Banga.
14   Q.  And can you describe his hair in this photo?
15   A.  Short with waves.
16   Q.  Did you see him with his hair like this?
17   A.  Yes, ma'am.
18   Q.  When?
19   A.  After I was released in 2015.
20   Q.  What is your understanding of why Banga cut his hair?
21           MR. SCHNEIDER:  Objection.
22           THE COURT:  Just a moment.
23           Sustained.
24   BY MS. ESPINOSA:
25   Q.  Mr. Lopez, did you ever talk to a member of the 200 about
```

524

M552Pab2          Lopez - Direct

```
1    Banga cutting his hair?
2    A.  Yes.
3    Q.  Who did you talk to?
4    A.  Milton.
5    Q.  What did Milton tell you about Banga's hair?
6    A.  That he cut his hair after the murder because there was a
7    picture floating around of him wearing a Burberry shirt with
8    long dreadlocks like accusing him of murder.
9    Q.  And so did Milton say why Banga cut his hair after that
10   picture was floating around?
11   A.  To change his appearance.
12   Q.  All right.  Ms. Abrams, can we go to the next page of
13   Government Exhibit 305.  Could you please highlight the top
14   portion.  Thank you.  And could you highlight the user name,
15   the handle, I apologize.
16           Mr. Lopez, could you read that, please?
17   A.  PrettiestGangsta.
18   Q.  Could you read the whole thing, please?
19   A.  "(1532866412) [Pretty Boy Banga a/k/a The Bang Man]."
20   Q.  Ms. Abrams, could you please highlight the text following
21   the word "text" at the bottom of this portion.
22           And before we do that, Mr. Lopez, could you remind us
23   whose Instagram account this is?
24   A.  Banga's Instagram.
25   Q.  Could you please read the highlighted text?
```

525

M552Pab2          Lopez - Direct

```
1    A.  "Me and big bro bouta eat swell @cucaracha6530 #topgoonz
2    #tripleM #200Gz #SF."
3    Q.  Now, Mr. Lopez, you testified earlier that you were
4    familiar with the use of hashtags on Instagram, right?
5    A.  Yes, ma'am.
6    Q.  And you testified as well that you are familiar with the
7    slang used by gang members?
8    A.  Yes.
9    Q.  Are you familiar with hashtags used by gang members?
10   A.  Yes.
11   Q.  And what is your understanding of what #TopGoonz means?
12   A.  Well TopGoonz means, like, top gangsters.
13   Q.  And what is your understanding of what #200Gz means?
14   A.  That means 200 gangsters.
15   Q.  Thank you, Ms. Abrams.  You can put this down, and please
16   pull up Government Exhibit 307.
17           Mr. Lopez, do you recognize anyone in this photo?
18   A.  Yes.
19   Q.  Who do you recognize?
20   A.  His cousin -- Banga's cousin Tito to the left, and to the
21   right Banga.
22   Q.  And could you please describe what they are each doing with
23   their right hands?
24   A.  With their right hand, they are both holding imaginary
25   guns.
```

526

M552Pab2          Lopez - Direct

```
1    Q.  And what are they doing with their left hands?
2    A.  Throwing up the 200 sign.
3    Q.  All right.  Ms. Abrams, can you please go to the next page
4    of this exhibit and could you please highlight or call out the
5    text of the top comment.
6           And Mr. Lopez, could you please read the words that
7    follow the word "text" in this portion.
8    A.  Yes.  "We gon chase this chicken till the sun comes out
9    #RIPChiki #FreeIto, #FreeDrotty @MrFuckYourBitch."  Excuse my
10   language.
11   Q.  All right.  Mr. Lopez, what is your understanding of what
12   "we gon chase this chicken till the sun comes out" means?
13   A.  Basically going to chase this money until the sun comes up.
14   Q.  So does chasing chicken mean chasing money?
15   A.  Yes, ma'am.
16   Q.  What is your understanding of what #FreeIto means?
17   A.  That they are wishing for him to get released; not like
18   they are physically going to bring him out of jail, but they
19   are wishing for his release.
20   Q.  When you say "his," who do you mean?
21   A.  Ito.
22   Q.  Ms. Abrams, you could take that down and please pull up
23   Government Exhibit 312.
24           Mr. Lopez, do you recognize the person in this photo?
25   A.  Yes, ma'am.
```

527

M552Pab2          Lopez - Direct

1   Q. Who is it?
2   A. Ito.
3   Q. And Ms. Abrams, could you please go to the next page and
4   call out the caption on this post. Could you please highlight
5   the user name.
6        Mr. Lopez, could you read the highlighted text?
7   A. PrettiestGangsta200.
8   Q. And now, Ms. Abrams, could you please highlight the caption
9   itself after the word "text."
10       Could you please read that, Mr. Lopez?
11  A. "Free my lil bro #FreeIto #RIPChiki."
12  Q. Ms. Abrams, you can take that down. Could you please pull
13  up Government Exhibit 322.
14       Mr. Lopez, do you recognize the person in this photo?
15  A. Yes, ma'am.
16  Q. Who is it?
17  A. Banga.
18  Q. And can you please describe Banga's hair in this photo ?
19  A. He has long dreadlocks.
20  Q. And what kind of shirt is he wearing?
21  A. Long sleeve Burberry shirt with the Burberry print on it.
22  Q. Do you know earlier you told us that there was a photo
23  floating around of Banga in a Burberry shirt?
24  A. Yes, ma'am.
25  Q. And to your -- did you see that photo?

528

M552Pab2          Lopez - Direct

1   A. Yes, I saw that photo myself.
2   Q. And is this photo similar to that photo?
3   A. It's the same exact photo.
4   Q. All right. Ms. Abrams, can you please go to the next page
5   of this exhibit and call out the text at the top.
6        Mr. Lopez, can you please read what follows the word
7   "text"?
8   A. "TBT".
9   Q. What is your understanding of what "TBT" means?
10  A. That means "throw back Thursday," like an old picture.
11  Q. So you said that means that it's an old picture?
12  A. Yes, a picture from the past.
13  Q. And Mr. Lopez, could you please read the "date created on"
14  just above the letters TBT?
15  A. Yes, 2018 February 9.
16  Q. Ms. Abrams, can you take that down and put up Government
17  Exhibit 324. And could you just zoom in on the photograph.
18       Mr. Lopez, do you recognize anyone in this photo?
19  A. Couple people, yes, ma'am.
20  Q. Could you please point out ones you recognize starting on
21  the left of the photo and working towards the right .
22  A. To the left I recognize Smiley.
23  Q. And what's Smiley wearing? Could you just tell us which
24  one or, actually, you should be able to circle with your finger
25  on the screen, could you circle Smiley? It appears that's not

529

M552Pab2          Lopez - Direct

1   working, so you can just describe him by an article of
2   clothing.
3   A. He has his arms crossed and he is wearing a black T-shirt
4   and red shorts.
5   Q. And then do you recognize anyone else?
6   A. Yes, kneeling down I recognize Kev.
7   Q. Anyone else?
8   A. Next to him Banga.
9   Q. And do you recognize anyone else in this photo ?
10  A. That's it.
11  Q. All right. Ms. Abrams, you can take down the callout and
12  then please go to the next page of this exhibit and could you
13  please highlight the text at the top, in the top comment.
14       All right. Mr. Lopez, could you please read the text
15  that follows the word "text."
16  A. Yes. "I was up on da block with a Glock in my hand making
17  sure niggaz made it home safe. #10Toez #TailorMade."
18  Q. What was your understanding of what "I was up on da block
19  with a Glock in my hand" means?
20  A. Basically he was on the block strapped.
21  Q. When you say "strapped," what do you mean by that?
22  A. You have a gun on you, on your person.
23  Q. And what is your understanding of what #10Toez means?
24  A. Well, #10Toez, I would say, like, that means, like, 10Toez
25  down, like, staying firm, not snitching or cooperating .

530

M552Pab2          Lopez - Direct

1   Q. And looking at the user name at the top of this portion,
2   could you please read just the user name.
3        Could you highlight that Ms. Abrams? Thank you .
4   A. PrettiestGangsta200.
5   Q. Ms. Abrams, you can take that down.
6        Could you please pull up Government Exhibit 325 and go to
7   the next page. Could you please call out the top portion of
8   that page. And Mr. Lopez, could you please read the text
9   following "body"?
10  A. Yes. "If anybody jacking my 2hunnit shit and not doing
11  right by Georgy daughter a dub and to stop jacking my shit
12  gangsta."
13  Q. What is your understanding of what "if anybody jacking my
14  2hunnit shit" means?
15  A. Like anybody claiming 200.
16  Q. What is your understanding of what "jacking" means in this
17  context?
18  A. "Jacking" is like claiming or repping.
19  Q. And when you say "repping," you mean representing?
20  A. Yeah.
21  Q. What is your understanding of who Georgy is?
22  A. That's somebody named BY that's a 200 member, as well. He
23  is currently incarcerated.
24  Q. What's your understanding of what "not doing right by
25  Georgy daughter a dub" means?

531

M552Pab2          Lopez - Direct

1   A.  Basically it's like a loyalty thing, like if you --  you
2   claim you 200, like your brother's your family, and he is in
3   jail.  So that basically if whoever is claiming they 200 and
4   it's not helping out his daughter, it's like basically --
5   excuse me language -- like some funny shit, like basically you
6   are disloyal, so you are a dub.  That means, like, you are a
7   dub, like, you are not 200, and they're there for you, like it
8   means basically you got problems.
9   Q.  All right.  So just to clarify that, am I understanding you
10  correctly to say that if anyone is not doing right by Georgy's
11  daughter while Georgy is incarcerated, they are a dub ?
12  A.  Yes, ma'am.
13  Q.  And can you explain again what a dub means?
14  A.  A dub means like basically you are not 200 no more.  You
15  are a dub.  It's like basically don't say you are 200 anymore
16  or something's going to happen to you.
17  Q.  Okay.  And what's your understanding of what "to stop
18  jacking my shit gangsta" means?
19  A.  "Stop jacking my shit gangsta" means stop claiming 200, my
20  shit, because he's a 200 member.  And when you say gangsta,
21  it's like that means when you really mean something, like, at
22  the end of whatever you say if you say gangsta, it means you
23  are not playing, you mean it.
24  Q.  When you say you are not playing, you mean that you are
25  serious.

532

M552Pab2          Lopez - Direct

1   A.  Yes, ma'am.
2   Q.  All right.  Ms. Abrams, you can take down the callout.  And
3   then could you please call out the fifth message from the
4   bottom -- from the top, so the second to last message.
5   Mr. Lopez, can you please read the user name that follows the
6   word "author"?
7   A.  Yes.
8   Q.  Could you read it for us?
9   A.  PrettiestGangsta200.
10  Q.  All right.  Can you now read the body of the message that
11  follows the word "body"?
12  A.  "Gangsta don't wanna hear nobody saying they gang and not
13  doing nothing for bro #Original200Steppa."  That's an emoji
14  like the 100 sign.  That means, like, basically you are
15  official.  And "RIP J6."
16  Q.  What is your understanding of what  "Gangsta don't wanna
17  hear nobody saying they gang" means?
18  A.  Like I said earlier, like before or after a phrase , when
19  you say "gangsta," that means that you really mean it.  You are
20  not playing.
21  Q.  And what about "don't wanna hear nobody saying they gang "?
22  A.  Basically that means he doesn't want to hear anybody
23  claiming they are 200 if they are not doing nothing for bro,
24  meaning Georgy.
25  Q.  And what is your understanding of what #Original200Steppa

533

M552Pab2          Lopez - Direct

1   means?
2   A.  That means like he is one of the first 200 members but,
3   when he is saying Original200Steppa that means like shooter.
4   That's like slang.
5   Q.  I would now like to turn to your criminal history and I am
6   going to ask you a few questions about crimes you have
7   committed.  So you already talked about -- are you okay?
8   A.  Yeah, sorry.
9   Q.  Just try to sit back a little bit close to the mic , but not
10  too close.
11  A.  Okay.
12  Q.  You have told the jury about a number of crimes that you
13  have committed today and I just want to review those categories
14  of crimes, okay?
15  A.  Yes.
16  Q.  So you talked about racketeering conspiracy, right?
17  A.  Yes, ma'am.
18  Q.  Robberies?
19  A.  Yes, ma'am.
20  Q.  Home invasions?
21  A.  Yes, ma'am.
22  Q.  Assaults?
23  A.  Yes, ma'am.
24  Q.  And breaking or selling drugs?
25  A.  Yes, ma'am.

534

M552Pab2          Lopez - Direct

1   Q.  And other than the crimes you talked about to the jury
2   already today, have you committed other crimes?
3   A.  Yes.
4   Q.  What crimes -- what categories of crimes have you committed
5   other than the ones we have talked about today?
6   A.  Discharging of firearms, probably some more Hobbs Acts.
7   Q.  When you say Hobbs Acts, what do you mean?
8   A.  Like robberies.
9   Q.  And when you say discharging a firearm, do you mean firing
10  a gun?
11  A.  Yes.
12  Q.  And have you engaged in drug dealing?
13  A.  Yes.
14  Q.  What types of drugs did you sell?
15  A.  Cocaine, weed, crack.
16  Q.  Of the crimes you just talked about, were you arrested for
17  all of them or just some of them?
18  A.  Just some of them.
19  Q.  For the crimes that you were not arrested for, what is your
20  understanding of how the government learned about those crimes?
21  A.  I admitted to them.
22  Q.  Did you plead guilty to some of the crimes that you just
23  talked about?
24  A.  Yes, I specifically pleaded guilty to seven counts.
25  Q.  Did you plead guilty to drug dealing?

1  A. Yes.
2  Q. Shooting a gun, discharging a firearm?
3  A. Yes.
4  Q. Did you plead guilty to assault in aid of racketeering?
5  A. Yes, ma'am.
6  Q. And possessing a gun after a felony conviction?
7  A. Yes, ma'am.
8  Q. All right. Let's talk about some of those categories of
9  crime in a little more detail. Did you commit any gunpoint
10 robberies other than the robberies we talked about involving
11 the 200?
12 A. Yes.
13 Q. When approximately did you do that?
14 A. Before my incarceration, before 2017.
15 Q. How many gunpoint robberies do you recall committing during
16 that time?
17 A. I would say like five. It could be more. It could be
18 less.
19 Q. In particular, do you recall a robbery in 2009?
20 A. I -- I don't remember the date, but it's possible it
21 happened.
22 Q. And do you recall doing a robbery where you attempted to
23 steal oxys from someone?
24 A. Oh, yes, the money for the oxys, not the oxys.
25 Q. Yes. Could you please tell us about that?

1  A. Yes. It was me, Raymito, Yasmil, and I thought it was
2  another person.
3  Q. Did you bring any weapons to that robbery?
4  A. Yes, a gun and a machete.
5  Q. Who had the gun?
6  A. Yasmil had the gun.
7  Q. And who had the machete?
8  A. Raymito.
9  Q. And what happened after the robbery?
10 A. Well, I had a customer that wanted to buy some oxys, and it
11 was two people, and both of them didn't have the money. They
12 had a customer. So it was like a chain to get to the money.
13 And once they came in the building, I told them that the pills
14 are in the building. They came in and we stuck 'em up. And
15 they said, oh, we don't even have the money. The customer is
16 outside. So we left one of the customers with Raymito and the
17 other person, and Raymito had him held with a machete . Then me
18 and Yasmil walked the customer, and Yasmil had a gun to the
19 guy's back, so the other guy can't see him coming, and it
20 didn't look like he had a gun on him. And basically when we
21 got to that guy's customer, we took the money and ran.
22 Q. And Mr. Lopez, were you ever robbed?
23 A. Yes, one time.
24 Q. What happened?
25 A. I was coming through the back of my mom's building and two

1  guys—one holding a taser and one holding a gun —like, rushed me.
2  And I'm fighting with them in the lobby of my mom's building,
3  and they didn't get to take nothing but one chain that flew
4  over my head, and I pulled the Jesus piece off, and they
5  basically made away with, like, a $15,000 chain.
6  Q. Now, after that robbery, did anyone attempt to rob you a
7  second time?
8  A. Yes.
9  Q. And --
10 A. About less than a week after, I bought the chain again and
11 I was shot, being I came through the back of my mom's building,
12 and the same guys, they had a ski mask and under the ski mask
13 they had like pantyhose over their face, a stocking cap, and
14 one of them pulled out the gun and the other one had a taser
15 that was already on. And then I pulled out my gun and I
16 started shooting at them, and they ran off. They didn't get to
17 rob me.
18 Q. To your knowledge, was anyone hit during that shooting?
19 A. To my knowledge nobody was hit.
20 Q. After these robberies or attempted robberies, who did you
21 think set you up or did you think someone set you up?
22 A. Well, the people around me was blaming it on someone named
23 A1 Henny, but he didn't really have anything to do with it.
24 Q. After you learned that A1 Henny might have had something to
25 do with it, what did you do?

1  A. I caught him slipping in a jewelry shop at 145 and
2  Broadway.
3  Q. When you say you caught him sleeping -- is that what you
4  said?
5  A. Slipping.
6  Q. Slipping. What do you mean by that?
7  A. Basically he already had heard that I was looking for him,
8  and basically I caught him not being on point at the jewelry
9  shop.
10 Q. And what happened.
11 A. It led to a chain of events. First, in the jewelry shop, I
12 took his -- I took his chain and his two cell phones. Then ,
13 like three days later, he thought I was slipping, and he was --
14 and he thought he had to drop -- he basically had me and I
15 wasn't aware of my surroundings, and he tried to hit me with
16 like a lead pipe in the head, but I pulled out a gun and I
17 started shooting at him. And he went to the 34th Precinct and
18 pressed charges on me, so I had to go on the run after that.
19 Q. To your knowledge, when you started shooting that day, did
20 anyone get hit?
21 A. No, just his car and his window, and he jumped in through
22 the window that was shot out and went straight to the precinct .
23 Q. Did you later learn whether or not Henny was actually
24 involved in those robberies?
25 A. Yes. I later learned that he was falsely accused.

**539**

M552Pab2            Lopez - Direct

1   Q. And who actually set you up?
2   A. Raymito and Yasmil. Because I was talking to his
3   ex-girlfriend, and Milton I believe didn't have anything to do
4   with the robbery, but he had knowledge of that robbery and he
5   was the one that said a girl told him it was Henny, but Henny
6   had nothing to do with it.
7   Q. So after that, do you get along with Raymito?
8   A. No.
9   Q. When is the last time you talked to Raymito?
10  A. When we was both in a facility called GEO.
11  Q. And what's GEO?
12  A. A private facility in Queens.
13  Q. And what was the nature of your conversations with Raymito
14  when you saw him in GEO?
15  A. Well, we had government separations, but we was always
16  trying to like pop the door open and fight each other, and we
17  would invite each other to our private parts and stuff.
18  Q. So just to make sure I understand correctly, were you
19  having substantive conversations with Raymito or were you
20  essentially fighting with him?
21  A. Yeah, fighting.
22  Q. Did you ever talk about your case or any other case with
23  Raymito --
24  A. No, not at all.
25  Q. -- other than the occasions that we --

**540**

M552Pab2            Lopez - Direct

1        THE COURT: You mentioned GEO, and you said it's a
2   private facility in Queens. GEO is a jail, correct?
3        THE WITNESS: Yes. Yes, your Honor.
4        THE COURT: And it's a government jail, correct? I
5   mean you are there because you are incarcerated by order of a
6   court.
7        THE WITNESS: Yes. It's actually a private facility
8   that has a contract with the government to hold federal
9   cooperators.
10       THE COURT: I see. So if I understand you correctly,
11  it's a facility that is run by a private corporation under
12  contract with the government to hold people who are detained by
13  the government, is that correct?
14       THE WITNESS: Yes, your Honor.
15       THE COURT: All right. Thank you.
16  BY MS. ESPINOSA:
17  Q. Mr. Lopez, while you were in prison, have you had any
18  disciplinary issues?
19  A. Yes.
20  Q. What types of issues?
21  A. Fights.
22  Q. Have you had any drug-related disciplinary issues?
23  A. No, not one, but I have admitted to the government I smoked
24  weed while incarcerated as well as K2.
25  Q. And you mentioned GEO. As a result of disciplinary issues,

**541**

M552Pab2            Lopez - Direct

1   did you get kicked out of GEO?
2   A. Yes.
3   Q. Mr. Lopez, since you have been in jail, other than Raymito,
4   have you had any conversations with anyone you have committed
5   crimes with?
6   A. Yes.
7   Q. Who?
8   A. Lefty.
9   Q. And Ms. Abrams, could you please -- actually we will move
10  on.
11       When did you have this conversation with Lefty?
12  A. Approximately a couple weeks ago.
13  Q. And what was the nature of your conversation?
14  A. Well, somebody I know, somebody mess with him at another
15  facility, and basically through a third party or fourth party,
16  how you want to say, we spoke like on a video visit, but we
17  couldn't see each other, and he asked me -- we was asking each
18  other when we getting out. We basically air the situation. We
19  have separations with each other. We wasn't supposed to be
20  talking with each other. And he asked me if I have to testify
21  on Banga because he does, and I said yeah. He said yeah. And
22  we didn't talk about anything, like, specifically with the
23  case. I didn't even know actually it was Lefty --
24  Q. Did you talk to Lefty at all about the substance of your
25  testimony?

**542**

M552Pab2            Lopez - Direct

1   A. No, not at all.
2   Q. Did Lefty tell you what he going to say?
3   A. No, not at all.
4   Q. Mr. Lopez, how did you come to begin cooperating with the
5   federal government?
6   A. Well, I was on the run from the state for a gun possession
7   charge I pled guilty to but I wasn't sentenced on. I was out
8   on bail. Then I caught the shooting against the kid Henny who
9   snitched on me. And basically I was stressed for like two,
10  three weeks. I think I was almost a month on the run, maybe
11  less. And I had to pay a lawyer, and basically he is telling
12  me I'm facing two consecutive sentences on two violent charges.
13  And nobody coerced me or nothing. I made a decision that I was
14  going to cooperate --
15  Q. So --
16  A. -- to help myself out.
17  Q. So what were the circumstances of your first meeting with
18  the government? When you first met with the government, were
19  you under arrest?
20  A. No. I surrendered myself, but I didn't -- I didn't have
21  any handcuffs placed on me.
22  Q. So when you first came in to meet with the government, did
23  you speak to law enforcement agents and government attorneys?
24  A. Yes, ma'am.
25  Q. What were the topics of your conversation during that

543

M552Pab2          Lopez - Direct

1    initial meeting?
2    A.  Crimes I have committed, crimes that I have committed with
3    other people, a couple crimes I knew about or heard about that
4    I wasn't a part of.
5    Q.  During that initial meeting, did you talk to the government
6    about the 200?
7    A.  Yes.
8    Q.  Did you also talk to the government about things unrelated
9    to the 200?
10   A.  Yes.
11   Q.  And during that initial meeting, did you tell the
12   government about the murder we have been discussing today?
13   A.  Yes, ma'am.
14   Q.  Did you talk to the government during --
15          MR. SCHNEIDER:  Objection. Leading.
16          THE COURT:  Sustained.
17          MS. ESPINOSA:  I apologize.
18   BY MS. ESPINOSA:
19   Q.  After your arrest, Mr. Lopez, did you meet with prosecutors
20   and law -- rather, can you tell us how you came to get
21   arrested?
22   A.  I surrendered myself to the federal government .
23   Q.  And was that -- when did you surrender yourself to the
24   federal government?
25   A.  I believe it's either June 15 or June 16, 2017.

544

M552Pab2          Lopez - Direct

1    Q.  And what were you initially arrested for?
2    A.  Gun possession and discharge.
3    Q.  After your arrest, were you taken into federal custody?
4    A.  Yes, ma'am.
5    Q.  Did you meet with prosecutors and law enforcement agents
6    again after your arrest?
7    A.  Yes.
8    Q.  Did you meet on one occasion or many occasions?
9    A.  Many occasions.
10   Q.  Was your attorney present for your initial meetings with
11   the government?
12   A.  Yes, all the way until I had a cooperation agreement.
13   Q.  When you were meeting with the government, did you ever lie
14   or hold back information?
15   A.  Yes, two times before my cooperation agreement.
16   Q.  Let's talk about the first one.  What did you do on that
17   occasion?
18   A.  Well, the first one that was literally the first meeting I
19   held back information on a person that I was incarcerated with
20   at MCC.
21   Q.  And who was that person?
22   A.  Santana.
23   Q.  What information did you hold back?
24   A.  Well, basically I didn't -- well, I did held back
25   information.  They asked me about him what I know about him and

545

M552Pab2          Lopez - Direct

1    I said he changed his life.  I'm happy for him.  He is about to
2    go home.  And when I surrendered myself, I surrendered myself
3    with an ounce of marijuana, and I said he changed his life
4    because we used to smoke a lot in the street, but in jail he
5    refused to smoke.  I even tried to make him smoke, and he
6    didn't want to.  So basically that's all I said, and I didn't
7    mention any crimes I committed with him.
8    Q.  And why did you hold back the information about crimes with
9    Santana?
10   A.  Well, two reasons is I felt bad for him because he was
11   about to go home and I didn't want to get him in any more
12   trouble, and on top of that I was worried, like, how I'm going
13   to cooperate on somebody that I'm basically living with in the
14   same unit.
15   Q.  Did you ultimately tell the government the truth about
16   Santana?
17   A.  Yes, that same day.  They left the room, my lawyer came
18   back and told me that I'm holding back, and as soon as they sat
19   down, I told them the crimes I committed with him.
20   Q.  You mentioned that there was a second occasion where you
21   held back information, is that right?
22   A.  Yes, ma'am.
23   Q.  What was that occasion?
24   A.  Well, the second occasion was about another murder that
25   Milton told me he was a part of and basically I told them

546

M552Pab2          Lopez - Direct

1    exactly what Milton told me but left one person out.  And with
2    that murder, there's a whole bunch of different theories with
3    that murder, but after that meeting when I got back to the
4    unit, like I was thinking about it, I'm like, damn, I left this
5    guy out.  So I reached out to my lawyer and my lawyer set up
6    another meeting, like literally the next day, and I brought up
7    the person that I didn't mention.
8    Q.  And why did you leave that person out?
9    A.  Well, I left that person out because his -- they just had a
10   baby -- for my own reasons.  They just had a baby and the
11   mother of the baby was incarcerated for a different murder and
12   basically I was -- I felt bad.  But I didn't get caught in the
13   lie.  I fessed up to that lie.
14   Q.  Did you enter into a cooperation agreement with the
15   government?
16   A.  Yes, ma'am.
17   Q.  Was that agreement oral or in writing?
18   A.  In writing.
19   Q.  Did you review that agreement with your attorney ?
20   A.  Yes.
21   Q.  Did you sign it?
22   A.  Yes, ma'am.
23   Q.  After you signed it, did you plead guilty to the crimes we
24   discussed earlier?
25   A.  Yes, ma'am.

547

M552Pab2                Lopez - Direct

1   Q.  Have you been sentenced?
2   A.  No, ma'am.
3   Q.  What is the maximum possible -- what is the maximum
4   possible sentence you could receive for the crimes you have
5   pled guilty to?
6   A.  Life.
7   Q.  And what's your understanding of whether or not there is a
8   mandatory minimum sentence?
9   A.  My understanding is that the minimum is 30 years.
10  Q.  Now, who will sentence you?
11  A.  The judge and the judge only.
12  Q.  So who will decide what your sentence is going to be?
13  A.  The judge and the judge only.
14  Q.  Will anyone else have any role in that decision?
15  A.  No, ma'am.
16  Q.  What is your understanding of what you have promised to do
17  under your cooperation agreement with the government?
18  A.  Well, I promised to be truthful and assist the government
19  with whatever they need me for.
20  Q.  If you live up to your side of the agreement, what's your
21  understanding of what the government will do?
22  A.  My understanding is that the government will issue me a 5K1
23  letter at sentencing.
24  Q.  And what's your understanding of what information will be
25  in the 5K1 letter?

548

M552Pab2                Lopez - Direct

1   A.  It would have on it my assistance to the government as well
2   as the crimes I committed and pled guilty to.
3   Q.  And to your understanding, will that letter also include
4   any information about disciplinary issues or other crimes?
5   A.  Yes, ma'am.
6   Q.  Since you pled guilty, have you continued to meet with the
7   government as part of your cooperation?
8   A.  Yes.
9   Q.  In general terms, what have been the topics of your
10  meetings with the government?
11  A.  About crimes I committed and about -- well, I would say
12  mostly about the 200s actually.
13  Q.  Have you also talked about other topics?
14  A.  Yes.
15  Q.  Have your meetings with the government included preparation
16  to testify today?
17  A.  Yes, ma'am.
18  Q.  Did the government make any promises to you about what
19  sentence you will receive if you cooperate fully?
20  A.  No, ma'am.
21  Q.  Has anyone made any promises to you about what your
22  sentence will be?
23  A.  No, ma'am.
24  Q.  As far as you understand, will the government recommend a
25  specific sentence for you?

549

M552Pab2                Lopez - Direct

1   A.  No, ma'am.
2   Q.  Are you hoping to get a lower sentence because you
3   cooperated?
4   A.  Yes, ma'am.
5   Q.  What sentence are you hoping to get?
6   A.  I'm hoping to get time served.  Doesn't mean it's going to
7   happen, though.
8   Q.  Do you know one way or another whether you will actually
9   get a lower sentence because you cooperated?
10  A.  I won't know anything until I get sentenced.
11  Q.  As you understand it, just because the judge gets the 5K1
12  letter, does the judge have to sentence you to less time?
13  A.  No.  The judge can do whatever he or she wants.
14  Q.  As you understand it, what would happen if you were to lie
15  here today?
16  A.  That's lying after the cooperation agreement, and I would
17  be in breach of that cooperation agreement and all bets are off
18  basically.
19  Q.  And what's your understanding of what would happen to that
20  agreement if you lied today?
21  A.  It would be broken and I would be doing 30 years to life.
22  Q.  And would you get a 5K1 letter?
23  A.  No.
24  Q.  If you lose your cooperation agreement, will you be able to
25  withdraw your guilty plea?

550

M552Pab2                Lopez - Cross

1   A.  No.
2   Q.  To your understanding, does the verdict in this trial have
3   any effect on whether you get a 5K1 letter?
4   A.  No.
5           MS. ESPINOSA:   One moment, your Honor.
6           (Counsel confer)
7           MS. ESPINOSA:   No further questions.
8           THE COURT:   Thank you.  Cross-examination.
9           We will break for lunch just before 1 p.m.
10  CROSS-EXAMINATION
11  BY MR. SCHNEIDER:
12  Q.  Do you consider yourself a truthful person?
13  A.  Yes, sir.
14  Q.  And when you make a statement, you know the difference
15  between if it's a truthful statement or if it's a lie, right?
16  A.  Yes, sir.
17  Q.  So when you lie, you are doing that intentionally, aren't
18  you?
19  A.  Yes, sir.
20  Q.  And in fact, you have lied through most of your adult life,
21  have you not?
22  A.  I have lied to drug dealers most of my adult life, yes,
23  sir.
24  Q.  You have also lied to arresting officers when they have
25  arrested you, haven't you?

M552Pab2          Lopez - Cross          551

1   A. Yes.
2   Q. You have also lied to assistant United States attorneys
3   when you have met with them, haven't you?
4   A. Yes, twice, sir.
5   Q. You have also lied to parole officers when you were on
6   parole, right?
7   A. Yes, sir.
8   Q. You have also lied to probation officers when you were on
9   probation, right?
10  A. Yes, sir.
11  Q. And you have also lied to judges, have you not?
12  A. No, sir.
13  Q. Well, when you were released on bail on your cases, didn't
14  you promise to come back?
15  A. Yes, I did.
16  Q. So wasn't that one of your conditions of getting bail that
17  I promise to come back, so you lied because you didn't go back,
18  did you?
19  A. Actually I didn't bail jump. I surrendered myself before
20  the court date for that gun charge, sir.
21  Q. Did I ask you that? I didn't ask you that, did I?
22          THE COURT:   Next question.
23  Q. So the fact is, when you were released, you were on the run
24  and you didn't go to court when you were supposed to, did you?
25  A. I surrendered myself before I was going to court before I

M552Pab2          Lopez - Cross          552

1   had to go to court, sir.
2   Q. Now, you have spent most of your adult life committing
3   crimes, have you not?
4   A. Yes, sir.
5   Q. And you have committed dozens, if not hundreds, of crimes,
6   more than we can even count here today, right?
7   A. Yes, sir.
8   Q. And most of the crimes you committed you got away with,
9   didn't you?
10  A. Yes, sir.
11  Q. And most of the crimes you committed you were very
12  successful in getting money or property, were you not?
13  A. Yes, sir.
14  Q. And the crime you have committed are assaults, shootings,
15  possession of weapons, possession of guns, knives, robberies,
16  home invasions, drug dealing, fraud, scamming. Are those all
17  crimes you have committed?
18  A. Yes, sir.
19  Q. And can you tell us about how much money you think you have
20  gotten over the years from the crimes?
21  A. I would say over a million dollars.
22  Q. And where is that money now?
23  A. It's gone.
24  Q. Spent?
25  A. Yes, sir.

M552Pab2          Lopez - Cross          553

1   Q. On fancy cars, right?
2   A. That's part of it, sir.
3   Q. And expensive jewelry?
4   A. Yes, sir.
5   Q. Fancy clothes?
6   A. Yes, sir.
7   Q. You had a good life going out to the clubs and the lounges,
8   right?
9   A. Yes, sir.
10  Q. Getting to go to bottle tables, bottle service, right?
11  A. Yes, sir.
12  Q. And you kind of liked that life, didn't you?
13  A. Yes, sir.
14  Q. You miss it?
15  A. Yes, sir.
16  Q. You want to get back to it, don't you?
17  A. No, sir.
18  Q. You got a whole different life planned when you get out?
19  A. I definitely do, sir.
20  Q. Now, I just want to talk a little bit if we can about -- I
21  don't want to talk about your crimes because we don't
22  really have enough time, but I want to --
23          THE COURT:   The jury will disregard the comments of
24  the lawyers. That you know.
25  Q. So --

M552Pab2          Lopez - Cross          554

1          THE COURT:   Ask a question.
2   Q. -- in February 2008 was when you were first arrested for
3   criminal sale of a controlled substance, right?
4   A. Yes, sir.
5   Q. That was in a state case, was it not?
6   A. Yes, sir.
7   Q. That was a class B felony where you were facing potentially
8   25 years in jail, right?
9   A. I don't remember, but it's possible, sir.
10  Q. And you were also arrested for resisting arrest, right?
11  A. Yes, sir.
12  Q. That's at the time -- that's when you were selling on the
13  street, what's called hand to hand, and you sold to somebody
14  else and then the police arrested you, didn't they?
15  A. Yes, sir.
16  Q. When they arrested you, they found 21 bags of crack on you
17  and some marijuana, right?
18  A. Yes, sir.
19  Q. And then sometime after that, a number of months later, you
20  were indicted in New York County Supreme Court for those
21  charges, right?
22  A. Yes, sir.
23  Q. And at the time that you were indicted, you then ultimately
24  were offered to plead guilty to a reduced charge.
25  A. Yes, sir.

555

M552Pab2       Lopez - Cross

1   Q. And you pled to what's called attempted possession -- I'm

2   sorry, attempted sale of a controlled substance, a class C, as

3   in Charlie, felony, right?

4   A. Yes, sir.

5   Q. And at that time you were promised if you plead guilty and

6   if you do certain things, the judge will give you a sentence of

7   probation, right?

8   A. Yes, sir.

9   Q. Like state court is different than federal court.  In

10   federal court there is no promises.  In state court you are

11   told a promise before you plead guilty, right?

12   A. Yes, sir.

13   Q. That's if you follow what you are supposed to do in terms

14   of prior to being sentenced, correct?

15   A. Yes, sir.

16   Q. And when you pled guilty in September of 2008, the judge

17   said, Mr. Lopez, I will give you probation if you do three

18   things.  Do you remember him saying that?  Was it him or her,

19   the judge?  Do you remember?

20   A. I don't remember, but I'm leaning more toward as him.

21   Q. Me, too.

22       So at that time, when the judge spoke to you, he said, I

23   will give you probation if you return to court on the

24   appropriate date, right?

25   A. Yes, sir.

556

M552Pab2       Lopez - Cross

1   Q. If you cooperate with the probation department to prepare

2   the presentence report, right?

3   A. Yes, sir.

4   Q. And then if you don't commit any new crimes.  Isn't that

5   right?

6   A. Yes, sir.

7   Q. And then when you came back, you got a sentence of five

8   years probation, right?

9   A. Yes.

10   Q. By the way, during that time, between the -- were you still

11   involved in selling drugs in 2008 and 2009?

12   A. I probably was.

13   Q. Okay.  So at the time that you were supposedly entering

14   this plea and coming back for sentence, you were still

15   committing crimes in the street, right?

16   A. Yes, sir.

17   Q. And you just hadn't gotten caught, right?

18   A. Yes, sir.

19   Q. So at that time, so you come back and the judge gives you a

20   sentence of five years probation, right?

21   A. Yes, sir.

22   Q. And the probation department had certain conditions that

23   you, as a convicted felon, must abide by, right?

24   A. Yes, sir.

25   Q. You were required to report to the probation department on

557

M552Pab2       Lopez - Cross

1   a regular basis.  Right?

2   A. Yes.

3   Q. You were required to not commit crimes, right?

4   A. Yes.

5   Q. You were required to not hang out with other convicted

6   felons, right?

7   A. Yes.

8   Q. You were required to not being a gang member, right?

9   A. Yes.

10       (Continued on next page)

558

M55Wpab3       Lopez - Cross

1   BY MR. SCHNEIDER:

2   Q. You're required to not go out on the street and cause

3   mayhem in the world, right?

4   A. Yes.

5   Q. You're required to report and try to get a job, if you

6   could, right?

7   A. Yes, I --

8   Q. OK.

9   A. I did that.

10   Q. OK.  And you did that -- and when you went to see the

11   probation officer -- was it a man or woman, your probation

12   officer, do you remember?

13   A. A female.

14   Q. And when you went to go see her, she would ask you, OK, how

15   you doing today, right?

16   A. Yes.

17   Q. And you would tell her what you were doing, didn't you?

18   A. Yes.

19   Q. And you didn't tell her that you were committing crimes

20   while you were on the street, did you?

21   A. No.

22   Q. You didn't tell her I was selling drugs, did you?

23   A. No.

24   Q. You didn't tell her you were breaking or robbing,

25   assaulting, carrying guns, you didn't tell her any of that, did

559

M55Wpab3                    Lopez - Cross

1   you?
2   A.  No.
3   Q.  And in fact, she asked you, are you leading a straight and
4   narrow life, didn't she?
5   A.  Yes.
6   Q.  And you lied to her, didn't you?
7   A.  Yes, sir.
8   Q.  And you told her, and she believed you, didn't she?
9   A.  Yes.
10  Q.  Right?  Because you sounded believable when you spoke to
11  her, right?
12  A.  Yes.
13  Q.  You told her I'm not committing any crimes, she said OK;
14  she said OK, I'll see you, come back whenever your next
15  appointment was, right?
16  A.  Yes.
17  Q.  But at that time, turns out you ultimately got caught for
18  violating your probation, didn't you?
19  A.  Yes.
20  Q.  And a few years later, about three years into your
21  five-year probationary sentence, your probation was what's
22  called revoked, taken away, right?
23  A.  Yes.
24  Q.  You were no longer on probation, right?
25  A.  Yes.

560

M55Wpab3                    Lopez - Cross

1   Q.  And tell us what that violation was.
2   A.  I know I got arrested for -- I violated a couple, with a
3   couple arrests.  I don't remember.  If you could remind me,
4   sir?
5   Q.  Well, the fact is, over the years, in addition to the major
6   arrests we have, you committed a number of minor crimes, didn't
7   you?
8   A.  Yes.
9   Q.  Criminal trespass, right?
10  A.  Yes.
11  Q.  Possession and sale of small amounts of marijuana, correct?
12  A.  Yes.
13  Q.  Reckless endangerment, right?
14  A.  Yes.
15  Q.  You were driving a car and having a police officer have to
16  jump out of the way, almost hit him on the Major Deegan.
17  Remember that?
18  A.  That wasn't on the Major Deegan, sir.  It was in the Bronx,
19  so --
20  Q.  OK.
21  A.  I remember, though.
22  Q.  Forget the street.  You remember you drove in a way the cop
23  had to jump out of the way before you got arrested, right?
24  A.  Yeah, that's what he told me when he arrested me.
25  Q.  OK.  But there were a number of resisting arrest charges,

561

M55Wpab3                    Lopez - Cross

1   right?
2   A.  Well, they add that arrest to you when you run away from
3   them.
4   Q.  Well, that's because --
5   A.  That's resisting arrest, sir.
6   Q.  Now -- so, then -- so while your probation was revoked you
7   were then sentenced to go to Rikers Island for six months,
8   correct?
9   A.  Yes.
10  Q.  Actually, during some of these times when you, let's say,
11  had marijuana, did you try to destroy evidence also that the
12  police couldn't find?
13  A.  Probably, yes.
14  Q.  You know, like swallowing the drugs so they wouldn't find
15  it, right?
16  A.  Yes, sir.
17  Q.  You did that in a way to make sure that you could try to
18  keep the case against you weak, right; help yourself out so you
19  wouldn't get in trouble?
20  A.  Yes.
21  Q.  And by the way, didn't you, on a number of occasions,
22  threaten police officers when they arrested you?
23  A.  No.  I actually don't remember that, sir.
24  Q.  On June 8 of 2011, when you got arrested on the Major
25  Deegan and Fordham Road for possession of a weapon, marijuana,

562

M55Wpab3                    Lopez - Cross

1   and tampering, didn't you say to the cop:  I'm going to kill
2   you, when I get out I'm going to blast you, you know who you're
3   messing with?
4   A.  I don't recall saying that, sir.
5   Q.  OK.
6   A.  I wasn't charged with making threats to an officer.
7   Q.  I didn't ask you if you were charged with it.  I asked you
8   if you did it.  Two different things.
9   A.  My answer is I don't remember that, sir.
10  Q.  OK.  Well, does it kind of sound like you, that you would
11  say something like that?
12  A.  I would, I would -- not to a police officer.
13  Q.  No?  You never spoke poorly against -- to a police officer?
14  A.  Oh, yeah, curse them out.
15  Q.  All the time, right?
16  A.  Yeah.
17  Q.  As often as you can?
18  A.  Yeah, but not threaten.
19  Q.  Fair enough.  You would curse them out, whether they be
20  police officers or even corrections officers in jail too ; you
21  cursed at them too, right?
22  A.  I have, yes.
23  Q.  Now, I just want to move up a little bit to October of
24  2013, when you got arrested for a weapon.  Remember that ?
25  A.  Yes.

M55Wpab3    Lopez - Cross    563

1    Q. And you got indicted for that crime a number of months
2    later, right?
3    A. Yes.
4    Q. And you ultimately, once again -- by the way, you were
5    arrested for possession of a weapon in the third degree, which
6    is a class D felony, right?
7    A. Yes.
8    Q. And you were facing custody, seven years in jail --
9    actually, no. You were a predicate felon, because you had the
10   probationary case, so you were facing a sentence of three and a
11   half to seven years in state prison, right?
12   A. Yes, sir.
13   Q. Then you were able to get a reduced plea and the judge
14   promised, again, if you do certain things, he will give you a
15   reduced sentence of one and a half to three years, right?
16   A. Yes, sir.
17   Q. And that one and a half to three years means you have to go
18   serve the time upstate and not in Rikers Island, correct?
19   A. Yes, sir.
20   Q. Now, were you out on bail in that case, or were you stuck
21   in on no bail?
22   A. No. I was out on bail, probably.
23   Q. And that time when you were out on bail, you were again
24   told if you come back to court, I'll give you the one and a
25   half to three, but if you violate, all bets are off, right?

M55Wpab3    Lopez - Cross    564

1    A. Yes, sir.
2    Q. And if you violate, you can get three and a half to seven
3    years, correct?
4    A. Yes, sir.
5    Q. And at the time you were still going out and selling drugs,
6    breaking, robbing, doing home invasions, doing all that stuff,
7    while, between the time of your plea and your sentence in 2013,
8    right?
9    A. I wouldn't say during that time I did any home invasions.
10   Q. You got me. I apologize.
11       You kept selling drugs, you kept getting involved in
12   robberies, but you didn't do any home invasions during that
13   period of time; fair to say?
14   A. Fair to say.
15   Q. OK. So when you ended up doing your time, I think you said
16   earlier on direct that you got shock incarceration, like boot
17   camp, so you ultimately did a total of eight months upstate,
18   right?
19   A. Yes.
20   Q. And you ended up being released to parole on May 7 of 2015,
21   sound right?
22   A. Yes.
23   Q. And that means you had to be on parole for another year.
24   Your ultimate discharge date would have been May of 2016, so
25   you had one year where you had to report to a parole officer,

M55Wpab3    Lopez - Cross    565

1    right?
2    A. Yes.
3    Q. Now, a parole officer is similar to a probation officer, is
4    that right?
5    A. Yes, sir.
6    Q. I mean the parole officer deals with you after you're
7    already out of jail serving a sentence; fair to say?
8    A. Yes, sir.
9    Q. By the way, was this parole officer a female or a male, if
10   you remember?
11   A. I had two. They were both female.
12   Q. And at that time, when you were on parole supervision for a
13   year, you also had to report to this parole officer, or both of
14   them, on a regular basis, right?
15   A. Yes, sir.
16   Q. And you also, before you were on parole, you had to sign a
17   list of conditions that you had to follow, didn't you ?
18   A. Yes, sir.
19   Q. And you were informed -- you didn't just have to sign the
20   list, but you were informed about what you had to do to make
21   sure you don't violate parole, correct?
22   A. Yes, sir.
23   Q. And those list of conditions included, among other things,
24   working or going to school or getting a trade, right ?
25   A. Yes, sir.

M55Wpab3    Lopez - Cross    566

1    Q. Not associating with felons, correct?
2    A. Yes, sir.
3    Q. Not committing any crimes, correct?
4    A. Yes, sir.
5    Q. Not carrying any weapons, correct?
6    A. Yes, sir.
7    Q. And you had to lead a law-abiding life, right?
8    A. Yes, sir.
9    Q. And as you would go every time to go meet with your parole
10   officer, either in person or on the telephone, they would ask
11   you if you were meeting all those conditions, right?
12   A. Yes, sir.
13   Q. And you were lying to that parole officer every single time
14   you went to talk to her, right?
15   A. Yes, sir.
16   Q. And every time she asked you if you're leading a
17   law-abiding life, you said yes and she believed you, didn't
18   she?
19   A. Yes, sir.
20   Q. Now, I just want to be very clear so there 's no confusion.
21   On October 2 of 2014, you were still upstate in jail, correct?
22   A. October 2?
23   Q. Just -- don't hurt yourself. You were in jail September 3,
24   2014, right, when you got sentenced? Correct?
25   A. Probably, yes.

**M55Wpab3          Lopez - Cross          567**

1   Q.  September 3, 2014, is when you were sentenced, and you were
2   released to parole May 7 of 2015, correct?
3   A.  Yes.
4   Q.  So that means you were in the custody of the department of
5   corrections in New York State on the date of October 2, 2014,
6   right?
7   A.  Yes.
8   Q.  That is the date of this crime, the murder, do you know
9   that?
10  A.  I don't know the date.
11  Q.  OK.  Well, that's the date.
12      Now, let's talk about, on June 18, 2016, once again you got
13  caught with a loaded firearm, correct?
14  A.  Yes, sir.
15  Q.  And when you got arrested for that, ultimately some --
16  maybe the next year, you were, once again, offered a reduced
17  plea to a reduced charge, right?
18  A.  Yes, sir.
19  Q.  And you were released on bail, right?
20  A.  Yes, sir.
21  Q.  And do you remember what sentence you were promised if you
22  came back to court?
23  A.  Yes, three and a half years.
24  Q.  OK.  For that bid, right?  Three and a half flat, correct?
25  A.  Yes.

**M55Wpab3          Lopez - Cross          568**

1   Q.  There's no -- but you were also told that if you didn't
2   come back you could get a flat seven years, right?
3   A.  Yes.  I believe the judge even said ten years.
4   Q.  My mistake.
5      So at that time you knew that if you violated any of the
6   conditions of your release, you could get a ten-year sentence
7   just for that one charge that you pled guilty to, right?
8   A.  Yes.
9   Q.  And again, you had to return to court, right?
10  A.  Yes, sir.
11  Q.  You had to cooperate with the probation department, right?
12  A.  Yes.
13  Q.  And you had to not commit any new crimes, right?
14  A.  Yes, sir.
15  Q.  And carrying a weapon, as far as you know, in New York
16  State, without a license, is a crime, is it not?
17  A.  Yes, sir.
18  Q.  And especially if you have a felony conviction, it's even a
19  more serious crime, is it not?
20  A.  Yes, sir.
21  Q.  Now, you didn't live up to your end of the bargain, did
22  you, when you told the judge I promise to do all those things?
23  A.  No, sir.
24  Q.  And because you had an illegal gun with you, didn't you?
25  A.  Yes, sir.

**M55Wpab3          Lopez - Cross          569**

1   Q.  And in fact, you used that gun, didn't you?
2   A.  Yes, sir.
3   Q.  You shot -- you didn't just use it ; you shot at this kid
4   who you thought had done something to you, right, this Henny
5   kid, right?
6   A.  Yes, sir.
7   Q.  And by the way, that was a mistake, wasn't it?  Henny
8   wasn't the guy who did it, right?
9   A.  No.
10  Q.  So you shot -- and by the way --
11  A.  I shot at him because he tried to hit me with a bat, sir.
12  Q.  OK.  So you were protecting yourself?
13  A.  Yes, sir.
14  Q.  And you, in this attempt to protect yourself, you shot at
15  this kid Henny because, you had gone after him because you
16  thought he had done something to you, right?
17  A.  Yes, sir.
18  Q.  So what happens is you then figured, oh, my goodness, I'm
19  now in trouble, I'd better not go back to court, right?
20  A.  I was weighing my options.  I had, I had approximately,
21  like, two months before my court date.
22  Q.  Right.  So it wasn't like a last decision; you had plenty
23  of time to think about what the right thing for you to do was,
24  right?
25  A.  Yes, sir.

**M55Wpab3          Lopez - Cross          570**

1   Q.  You didn't just run away in a panic.  You sat, you thought,
2   you figured out, OK, on the one hand, I can do this, on the
3   other hand, I can do that, correct?
4   A.  Actually, I was in a panic from the very day I started
5   being on the run until I surrendered myself three weeks later.
6   Q.  Yeah, I understand that, but you were making efforts to
7   kind of control your panic by speaking to a professional, a
8   lawyer, right?
9   A.  Yes, sir.
10  Q.  You had a private lawyer, didn't you?
11  A.  But, I was -- yes.  Yes, sir, but he wasn't easing my
12  panic.  I was panicked the whole time while I was on the run.
13  Q.  OK.  Well, you were panicking, but were you able to make
14  rational decisions?
15  A.  Yes.
16  Q.  And I guess I don't blame you for panicking because you
17  were facing state prison, right?
18  A.  Not because of the prison.  I was also panicking because I
19  had the fugitive task force after me and stuff.
20  Q.  Well, yes.  That would have added to your prison time,
21  wouldn't it?
22  A.  Yes.
23  Q.  OK.  So you say you had the fugitive task force after you
24  because you had shot at this kid and he went to the 34th
25  Precinct, right?

571
M55Wpab3                    Lopez - Cross

1   A. Yes, sir.
2   Q. So they knew who they were looking for, right?
3   A. Yes, sir.
4   Q. So they were looking -- so you had this possible ten-year
5   plea on the case you already pled to, the gun case, right?
6   A. Yes, sir.
7   Q. You also had the potential for getting charged, arrested
8   and indicted for shooting at this kid, which could have been
9   attempted murder, correct?
10  A. Yes, sir.
11  Q. So you ended up deciding to skip bail, and you went on the
12  run, right?
13  A. Skipping bail is after your court date. I didn't skip
14  bail.
15  Q. Fair enough.
16     You decided to go to the feds rather than go to state
17  court?
18  A. Yes, sir.
19  Q. OK. Now, is it fair to say that basically every day,
20  all -- most every day from the year 2014 until you got
21  arrested, until you walked into the feds, you were carrying a
22  gun on you?
23  A. Yes, sir.
24  Q. Now, so, when you decide to speak to your lawyer, you had
25  to decide, OK, what should I do now going forward, right; and

572
M55Wpab3                    Lopez - Cross

1   you talked to your lawyer about that? Right?
2   A. He, he told me it's my decision.
3   Q. It's always your decision. I understand that, but I'm
4   talking about you and he discussed what your options were.
5   Right?
6   A. My options was fight it or --
7          THE COURT:  No, no. The question is -- I don't want
8   to know what your lawyer told you or you told your lawyer. The
9   question was did you discuss with your lawyer what your options
10  were? Yes or no.
11         THE WITNESS:  Yes, sir.
12  BY MR. SCHNEIDER:
13  Q. And in fact, on direct examination you said that he told
14  you what you were facing, didn't he?
15  A. Yes, sir.
16  Q. And tell us how many years you were facing, what your
17  understanding to be at that time, before you surrendered to the
18  feds.
19  A. 20 years and better.
20  Q. And that would be, you can get ten years for the gun charge
21  you already pled to, right?
22  A. Yes, sir.
23  Q. You can get significantly more time for this attempted,
24  potential attempted murder, right?
25  A. Yes, sir.

573
M55Wpab3                    Lopez - Cross

1   Q. And those sentences could run what's called consecutive,
2   one after the other, isn't that right?
3   A. Yes, sir.
4   Q. Now, you talked earlier about liking the life you led. I
5   assume you don't like being in jail, do you?
6   A. No, sir.
7   Q. And you kind of like the life you had of being a free man,
8   making free choice, right?
9   A. Yes, sir.
10  Q. And because now when you're in jail, you're told what to
11  do, right?
12  A. Yes, sir.
13  Q. Told when to eat?
14  A. Yes, sir.
15  Q. When to sleep?
16  A. Yes, sir.
17  Q. When to shower?
18  A. Yes, sir.
19  Q. When to get food?
20  A. Yes, sir.
21  Q. Can't have money?
22  A. Yes.
23  Q. I mean you can have money in the commissary, but you can't
24  have money in your pocket, right?
25  A. Yes, sir.

574
M55Wpab3                    Lopez - Cross

1   Q. So it's a whole different life sitting in jail than it is,
2   that you're used to from being on the street, right?
3   A. Yes, sir.
4   Q. You don't get conjugal visits in any of the jails you're in
5   now, do you?
6   A. No, sir.
7   Q. You would like to have woman companionship, wouldn't you?
8          MS. ESPINOSA:  Objection.
9          THE COURT:  Sustained.
10  BY MR. SCHNEIDER:
11  Q. Now, after you and your lawyer are deciding what you should
12  do, you realize that at the time when you're talking to your
13  lawyer, you had not committed a federal crime that they knew
14  about, right?
15  A. Yes, sir.
16  Q. You only had state charges lodged against you, right?
17  A. Yes, sir.
18  Q. And in fact, you and your lawyer tried to set up a deal
19  with the state prosecutors to try to see if they could work out
20  a deal for you, right?
21  A. Yes, sir.
22  Q. And they basically told you, without the specifics, that it
23  wasn't going to happen; the state D.A. said no, right?
24  A. Not exactly, no. That's not what happened.
25  Q. Well, the state D.A. said that they couldn't --

THE COURT:   Jury, can you hear the witness?

OK. Your hearing is better than mine.

Go ahead, sir.

MR. SCHNEIDER:   Thank you.

Q. Well, you knew that the state D.A. couldn't help you on
your state case, but she -- it was a she in this case --

A. Yes, sir.

Q. She could act as a middleman or middle person between your
lawyer, you, and the federal government, right?

A. Yes, sir. She brokered the deal with the feds, and she was
present for the beginning, for the first couple meetings .

Q. Exactly. So at that point, you had to figure out -- you
and your lawyer had to figure out a way to get the federal,
have the federal authorities have jurisdiction over you, right?

A. Yes, sir.

Q. And at that time you had given your lawyer some information
that you had, he gave it to the state D.A. and she brought it
to the federal prosecutors, correct?

A. Yes, sir.

Q. And as a result of that, then the federal prosecutors said,
OK, I'll, we'll be happy to listen to you, right?

A. Yes, sir.

Q. But you were concerned because at that point if you spoke
to them you still would not be able to get what's called
immunity from the statements that you  made, right?

A. Yes, sir.

Q. So the statements that you -- you could only get immunity
if you had a federal case, so you had to figure out a way to
get a federal case, right?

A. Yes, sir.

Q. And doesn't really matter who, but there was a decision
made that if they found a gun that you admitted was yours,
there's a federal crime called being a felon in possession.

MS. ESPINOSA:   Objection, your Honor.

THE COURT:   Well, I don't have a question yet.

BY MR. SCHNEIDER:

Q. Did that happen?  Did you tell the government about a gun
or guns?

THE COURT:   What is the question?  Did he tell the
federal authorities that he had a gun?

MR. SCHNEIDER:   Yes.

THE COURT:   All right.

You can answer that question.

A. Yes, sir.

Q. In fact, what happened was you told them where you had
stashed two of your guns, right?

A. Yes, sir.

Q. And those two guns were stashed in a parking lot in
Manhattan, correct?

A. Yes, sir.

Q. And you told them where they were specifically hidden,
right?

A. Yes, sir.

Q. Told them how they can get those guns, right?

A. Yes, sir.

Q. And then as you're there, the agents went and ultimately
found those two guns just where you said they were, right?

A. Yes, sir.

Q. And once they were recovered, you were then charged
federally, on June 15 of 2017, with a federal crime of being a
felon in possession of a weapon, right?

A. Yes, sir.

Q. And at that time, is it fair to say that you then
characterized yourself as being, quote, federal property ?

A. Yes, sir.

Q. So once you decided that you were going to be within
federal custody -- and by the way, you then got remanded and
went to MCC, the Metropolitan Correctional Center, downtown
Manhattan, right?

A. Yes, sir.

Q. And so then you began to what's called proffer, which is go
in and talk to the government about the crimes, right?

A. Yes, sir.

Q. And during your proffer sessions, they tell you what's
expected of you, right?

A. Yes, sir.

Q. They tell you what your obligations are and also what your
rights are, right?

A. Yes, sir.

Q. And the fact is the stuff you tell them can't be used
against you unless you lie, right?

A. Yes.

Q. Or unless you go to trial and say something different,
right?

A. Yes, sir.

Q. But they can use the evidence to try to find other evidence
as an investigative means, correct?

A. Yes, sir.

Q. And they specifically tell you that these proffer sessions
are not cooperation agreements, right?

A. Yes, sir.

Q. They're just basically tryouts, you know, to see if you
like them, if they like you and if it's going to be a good
match, right?

A. Yes, sir.

Q. So when you proffer, you don't know if they're going to
sign you up after one meeting, five, ten; you have no idea how
long the process is going to take, do you?

A. Yes, sir.

Q. So they tell you we have to see if we believe what you say,

579

M55Wpab3                    Lopez - Cross

1   right?
2   A.  Yes, sir.
3   Q.  They want to find -- they tell you we have to see if the
4   information you give us is valuable, right?
5   A.  Yes, sir.
6   Q.  And they want to see if -- they tell you they want to see
7   if there's something they can do with the information that you
8   gave them, right?
9   A.  Yes, sir.
10  Q.  They want to possibly investigate further, right?
11  A.  Yes, sir.
12  Q.  Possibly charge other people who were not charged, right?
13  A.  Yes, sir.
14  Q.  Substantiate what they already know about other
15  perpetrators, right?
16  A.  Yes, sir.
17  Q.  Maybe even add charges to people who are already in
18  custody, correct?
19  A.  Yes, sir.
20  Q.  And at that time they tell you you must tell us everything
21  you have done, right?
22  A.  Yes, sir.
23  Q.  Tell us everything you know about other people who may be
24  committing crimes, right?
25  A.  Yes, sir.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

580

M55Wpab3                    Lopez - Cross

1   Q.  And you signed what's called a proffer agreement, also
2   sometimes occasionally called a queen for a day, right?
3   A.  Yes, sir.
4   Q.  And that's an agreement that gives you protection as long
5   as you don't lie and do the other things we talked about,
6   right?
7   A.  Yes, sir.
8   Q.  And it says that what you say during these meetings cannot
9   be used against you if you tell the truth, right?
10  A.  Yes, sir.
11  Q.  Now, is it fair to say that you proffered for over 16
12  months before you got a cooperation agreement?
13  A.  Yes, sir.
14  Q.  And that was over ten separate meetings, give or take?
15  A.  Yes, sir.
16  Q.  And on October 12 of 2018, that's ultimately when you pled
17  guilty to the crimes you spoke about on direct examination,
18  right?
19  A.  Yes, sir.
20  Q.  Now, during your proffers, you didn't speak about all the
21  same things every time, did you?
22  A.  No.
23  Q.  I mean sometimes they asked you specific questions  --
24  A.  Sometimes yes, sometimes no.
25  Q.  Yes.  You'd answer everything they asked you as best you

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

581

M55Wpab3                    Lopez - Cross

1   could, right?
2   A.  Yes.
3   Q.  And during these proffers, you did discuss about your
4   crimes and -- your crimes, right?
5   A.  Yes, sir.
6   Q.  The crimes you did alone, right?
7   A.  Yes, sir.
8   Q.  The crimes you did with others?
9   A.  Yes, sir.
10  Q.  The crimes of other people that you know about that you
11  didn't do?
12  A.  Yes, sir.
13  Q.  They also showed you photographs, right?
14  A.  Yes, sir.
15  Q.  They showed you videos, right?
16  A.  Yes, sir.
17  Q.  They showed you some Instagram accounts, right; text
18  message?  Didn't they?
19  A.  Yes, sir.
20  Q.  And during these hours and hours of meetings, you saw that
21  there were prosecutors and agents present, and they would take
22  notes, as far as you could tell, right?
23  A.  Yes, sir.
24  Q.  Now, during any of your meetings, the government never once
25  told you who else was cooperating, did they?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

582

M55Wpab3                    Lopez - Cross

1   A.  No, sir.
2   Q.  They never told you the names of other people who they'd
3   been speaking to, did they?
4   A.  No, sir.
5   Q.  And they also would tell you if not at every meeting, at
6   least periodically, that you should  not talk to any other
7   people about your cooperation, right?
8   A.  Yes, sir.
9   Q.  They specifically told you not to ask anybody else if they
10  are cooperating, right?
11  A.  Yes, sir.
12  Q.  They specifically said don't talk in person, don't talk on
13  the phone, don't write letters, don't talk at all to mention
14  cooperation to anybody at all, right?
15  A.  Yes, sir.
16  Q.  They also said you got to stay out of trouble, right?
17  A.  Yes, sir.
18  Q.  Because we all -- withdrawn.
19      Because crimes do still happen while you're in jail, don't
20  they?
21  A.  Yes, sir.
22  Q.  So they told you specifically do not commit any crimes in
23  jail, right?
24  A.  Yes, sir.
25  Q.  They said do not break any of the jail's rules while you're

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

583

M55Wpab3                    Lopez - Cross

1   in jail?
2   A.  Yes, sir.
3   Q.  They said do not get in trouble while you're in jail,
4   right?
5   A.  Yes, sir.
6   Q.  Now, you also know about when you're speaking to them the
7   information you give them has to be kind of important, serious
8   stuff, doesn't it?
9   A.  Yes.
10  Q.  And again, I mean they're not going to be proffering you to
11  ask about people who were shoplifting, are they?  I mean, in
12  your experience.
13  A.  Uh -- well, I've been shown pictures before of people that
14  really don't commit crimes and --
15  Q.  And you told them that?
16  A.  Yeah.
17  Q.  Yeah, right, but -- exactly.  So if there's someone that
18  you saw who you thought didn't commit a crime, you would say
19  either I don't know that guy or he didn't do it, he's a real
20  civilian, right?
21  A.  Yes, sir.
22  Q.  OK.  But what I'm asking is that you were charged with
23  serious crimes, right?
24  A.  Yes, sir.
25  Q.  So in order for you to get the government interested, they

584

M55Wpab3                    Lopez - Cross

1   would be asking you about other crimes of violence, guns,
2   assaults; they're asking about other serious crimes, right?
3   A.  They were asking about specific people, and I would let
4   them know what crimes I knew, not the other way around.
5   Q.  Well, didn't at some point, in addition to them asking you
6   specific things, they say do you know anything else about
7   anyone else crime-wise?
8   A.  No.
9   Q.  Never once?
10  A.  If they didn't show me the picture, that person didn't get
11  brought up.
12  Q.  OK.  Now, you know  what the word "contraband" is, don't
13  you?
14  A.  Yes, sir.
15  Q.  And you know what you can or can't do while you 're in jail,
16  right?
17  A.  Yes, sir.
18  Q.  You can't have cigarettes in jail, can you?
19  A.  No, sir.
20  Q.  Not allowed to have marijuana?
21  A.  No, sir.
22  Q.  Not allowed to have K2?
23  A.  No, sir.
24  Q.  By the way, for us older people, K2 is like synthetic
25  marijuana, right?

585

M55Wpab3                    Lopez - Cross

1   A.  Yes, sir.
2   Q.  And it has a much different effect on people than marijuana
3   does, doesn't it?
4   A.  All depends.
5   Q.  OK.  You also can't have any other kind of other, any kind
6   of drugs in jail unless it's given to you by the medical
7   personnel, right?
8   A.  Yes, sir.
9   Q.  There's no --
10          THE COURT:  Mr. Schneider, how much longer do you
11  have, sir?
12          MR. SCHNEIDER:  Oh, yeah.  I have more, Judge.
13          THE COURT:  How much longer do you have, sir?
14          MR. SCHNEIDER:  I don't know the answer to that, your
15  Honor.  I'm going quickly, but I don't know the answer.  It's
16  definitely good time to break, if that's what you're asking,
17  Judge.
18          THE COURT:  I'm sorry?
19          MR. SCHNEIDER:  It's a Good time to break, if that's
20  what you're asking.
21          THE COURT:  No.  I was asking the question I asked.
22          Ladies and gentlemen, let's give you your lunch break.
23  Please be back at ten after two.  Remember we're now in
24  courtroom 23B.  Ten after two, we'll begin then.
25          (Continued on next page)

586

M55Wpab3                    Lopez - Cross

1           (Jury not present)
2           THE COURT:   Ten after two.
3           You may step down, sir.
4           (Witness not present)
5           (Luncheon recess)

587

M55Wpab3                    Lopez - Cross

1              AFTERNOON SESSION
2                   2:10 p.m.
3          (Jury not present)
4          THE COURT:  You may be seated in the courtroom.
5      Mr. Schneider, my deputy tells me you want to put
6  something on the record, sir.
7          MR. SCHNEIDER:  Yes.  This morning, when I was coming
8  into the courtroom, about 9:15 or so, I was in the elevator,
9  and all of a sudden, the door was about to close, it opened up,
10  juror No. 11 walked in.  I didn't realize it at the time.  I
11  didn't say anything to him.  He didn't say anything to me.  We
12  didn't make eye contact.  As we were leaving to get off at the
13  same floor, I held the door, and I pushed the button.  And he
14  walked out and I walked out.
15          I just wanted to put that on the record, your Honor.
16          THE COURT:  All right.  Thank you.
17          Do you have a sense now approximately how much longer
18  you're going to take with this witness?
19          MR. SCHNEIDER:  The bad news is no.  The good news is
20  that I cut out a lot, so it's going to be quicker than I'd
21  planned.  I just don't know how to judge the time of it, your
22  Honor.  I apologize for that.  But it's going to be quicker.  I
23  cut out -- a lot of Xs and cross-outs.
24          MS. MACEDONIO:  Your Honor, do you want any
25  interaction at all with a juror on the record?

588

M55Wpab3                    Lopez - Cross

1          THE COURT:  I don't think it's necessary unless you
2  want it.
3          Government.
4          MS. ESPINOSA:  No, I don't think so, your Honor.
5          THE COURT:  I accept the representation of
6  Mr. Schneider that there was no contact.
7          MS. MACEDONIO:  No.  I'm asking for myself.
8          THE COURT:  No.
9          MS. MACEDONIO:  OK.
10          THE COURT:  I don't need it.
11          MS. MACEDONIO:  Thank you.
12          THE COURT:  You're not asking for it and the
13  government's not asking for it.
14          MS. MACEDONIO:  Thank you.
15          (Continued on next page)
16
17
18
19
20
21
22
23
24
25

589

M55Wpab3                    Lopez - Cross

1          (Jury present)
2          THE COURT:  You may be seated in the courtroom.
3          Mr. Schneider, you may continue and conclude with the
4  cross-examination of Mr. Lopez.
5          MR. SCHNEIDER:  Thank you, your Honor.
6  Q.  When we broke, before lunch, we were talking about what
7  contraband is in prison.  You can't have cell phones in prison,
8  can you?
9  A.  No.
10  Q.  You can't have any kind of weapons, either homemade or
11  store bought, can you?
12  A.  No.
13  Q.  You're not allowed to have or make three-way calls, are
14  you?
15  A.  No.
16  Q.  Now, after all of your proffers with the government, they
17  ultimately agreed to offer you what's called a cooperation
18  agreement, right?
19  A.  Yeah.
20  Q.  And you were required to plead guilty to all the charges
21  that you spoke about earlier, right?
22  A.  Yes.
23  Q.  And you would be asked -- if asked to testify, you would
24  have to testify truthfully, right?
25  A.  Yes, sir.

590

M55Wpab3                    Lopez - Cross

1  Q.  And if the government believed that you were truthful, they
2  would ultimately write you what's called a 5K letter to the
3  judge?
4  A.  Yes, sir.
5  Q.  And if the government believed that you did not violate any
6  of these conditions, the government would write the letter to
7  the judge for you, right?
8  A.  Yes, sir.
9  Q.  Now, the government wouldn't recommend a sentence, would
10  they?
11  A.  No, sir.
12  Q.  The judge would hear about all the good and bad things that
13  you've done, correct?
14  A.  Yes, sir.
15  Q.  And you've also been informed that the government decides
16  if you violate the agreement, right?
17  A.  Yes.
18  Q.  And the government decides if you breach the agreement,
19  right?
20  A.  Yes, sir.
21  Q.  And on October 12, you ultimately signed the cooperation
22  agreement and pled guilty before Judge Broderick, correct?
23  A.  Yes, sir.
24          THE COURT:  That's 2018, is it?  October 12, 2018,
25  correct?

M55Wpab3                Lopez - Cross                591

1      MR. SCHNEIDER:   Yes, sir.
2      THE COURT:   All right.
3   BY MR. SCHNEIDER:
4   Q.  Now, when you pled guilty to racketeering conspiracy, you
5   pled guilty between -- the conspiracy covered between 2014 and
6   2017, right; that's you what pled to?
7   A.  I'm not sure about the dates, sir.
8   Q.  Well, you're the one who did plead guilty, right?
9   A.  Yes.
10  Q.  And you're the one who, when you pled guilty before Judge
11  Broderick, he swore you, correct?
12  A.  Yes, sir.
13  Q.  And then he asked you questions, and you answered those
14  questions before Judge Broderick, right?
15  A.  Yes.
16  Q.  And in fact, even though you were not what's called a
17  member of the 200, you say, you were, quote, an associate, you
18  pled guilty to being part of that racketeering conspiracy,
19  correct?
20  A.  Yes, sir.
21  Q.  Now, you also pled in Count Two to what's called a
22  narcotics conspiracy, right?
23  A.  Yes, sir.
24  Q.  From the years 2006 and 2007, including crack, cocaine, and
25  marijuana, right?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab3                Lopez - Cross                592

1   A.  Yes, sir.
2   Q.  And then the third count is narcotics conspiracy from 2007
3   all the way to 2017, encompassing heroin, cocaine, and
4   marijuana, right?
5   A.  Yes, sir.
6   Q.  Two separate narcotics conspiracies, right?
7   A.  Yes.
8   Q.  And then you pled to conspiracy to commit what we call
9   Hobbs Act robberies, right?
10  A.  Yes, sir.
11  Q.  Hobbs Act makes it a federal sentence as opposed to just a
12  regular street crime prosecuted in the state, right?
13  A.  Yes.
14  Q.  And those robberies -- the conspiracy was from 2007 all the
15  way, for ten years up to June 2017; that's what you admitted
16  to, right?
17  A.  Yes, sir.
18  Q.  But you were not required by the government to plead to any
19  specific robberies, were you; just the conspiracy?
20  A.  Yes, sir.
21  Q.  And you were also -- the next count was using, brandishing,
22  and discharging a firearm in relation to the narcotics
23  conspiracies mentioned earlier, right?
24  A.  Yes, sir.
25  Q.  And then, also, attempted assault with a dangerous weapon

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab3                Lopez - Cross                593

1   in aid of racketeering, correct?
2   A.  Yes, sir.
3   Q.  And then, finally, you pled to being a felon in possession
4   of a firearm, right?
5   A.  Yes, sir.
6   Q.  And all those charges, which some the government didn't
7   know about, right; you told them about?  Right?
8   A.  Yes, sir.
9   Q.  And then you ultimately agreed to plead guilty to those?
10  A.  Yes, sir.
11  Q.  And you did that because you knew that as part of this
12  agreement, you would hope -- the word there is "hope" -- to get
13  a benefit by pleading guilty, right?
14  A.  Yes, sir.
15  Q.  And you were facing a sentence of life in prison without
16  the possibility of ever going home, correct?
17  A.  Yes, sir.
18  Q.  And if by some chance the government decided to rip up your
19  agreement, you would face a potential minimum sentence, nothing
20  less than 30 years in federal prison, right?
21  A.  Yes, sir.
22  Q.  Now, after you signed this agreement in October of 2018,
23  you continued to proffer with them and talk to them, right?
24  A.  Yes.
25  Q.  And during many of the, if not all those proffers you

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab3                Lopez - Cross                594

1   were told to tell them the truth, right?
2   A.  Yes.
3   Q.  You were also told do not speak to anybody else about your
4   cooperation, right?
5   A.  Yes.
6   Q.  Do not commit any crimes while you're in jail, right?
7   A.  Yes.
8   Q.  And you were told that if you do any one of those things,
9   that could be a breach of the agreement, right?
10  A.  Yes.
11  Q.  And the breach would be decided by the government, the
12  prosecutors, right?
13  A.  Yes.
14  Q.  And if you breached the agreement, they could rip it up,
15  but your guilty plea would still stand, right?
16  A.  Yes.
17  Q.  And if your guilty plea stands, you get possible life,
18  minimum 30 years, right?
19  A.  Yes.
20  Q.  And if the agreement is ripped up, the government does not
21  write you a 5K letter, do they?
22  A.  Correct.
23  Q.  As far as you know, as you sit here today -- withdrawn.
24      When is the last time you spoke to the government, meaning
25  the prosecutors at this table?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  A. Yesterday.
2  Q. OK. And that was before you testified, right?
3  A. Before I testified today, correct.
4  Q. Yes, yes.
5      As far as you know, the government did not tell you that
6  they believe you'd breached the agreement, did they?
7  A. No.
8  Q. They did not tell you we're ripping up the agreement, did
9  they?
10  A. No, sir.
11  Q. As far as you know, the agreement has not been ripped up,
12  right?
13  A. Yes, sir.
14  Q. Now, you know -- you're an intelligent man . You know you
15  were not supposed to talk to the cooperators at all, right ?
16  A. Yes, sir.
17  Q. You know it now, but you also knew it back in 2017, '18,
18  '19, '20, and '21 and '22, right?
19  A. Yes.
20  Q. So it wasn't like you just learned it and said, oh, my God,
21  I never knew; you knew it from day 1, right; from June 15 of
22  2017, you knew you're not supposed to talk to anybody else
23  about this? Right?
24  A. Yes.
25  Q. And you were reminded about it on almost, not a daily

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  basis, but every time you spoke to them, they reminded you,
2  right?
3  A. Yes.
4  Q. But you did it anyway, didn't you?
5  A. Yes.
6  Q. You spoke to people who you knew were cooperators, right ?
7  A. Yes.
8  Q. And in fact, you also spoke to not just cooperators in this
9  case, but you spoke to other cooperators in other cases, right?
10  A. Yes.
11  Q. And you spoke to other cooperators in other cases about who
12  they were cooperating against, right?
13  A. I don't recall, sir.
14  Q. Do you remember you mentioned a guy earlier, Santana,
15  right?
16  A. Yes, sir.
17  Q. Now, Santana was somebody who you actually testified
18  against, isn't that right?
19  A. Yes, sir.
20  Q. It wasn't at a trial like this, but it was at a hearing in
21  front of a judge, right?
22  A. Yes.
23  Q. And that case -- and Mr. Santana is not at all related to
24  Mr. Pabon, right?
25  A. No.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  Q. Not related to the investigation, 200, nothing, nothing at
2  all, right?
3  A. No.
4  Q. And you were asked questions by a prosecutor and a defense
5  lawyer and the judge at a hearing against Mr. Santana, correct?
6  A. Correct.
7  Q. Were you asked the following questions, and did you give
8  the following response, 3513-22, page 91:
9  "Q. When you were in" --
10      MS. ESPINOSA:  Objection, your Honor.
11      THE COURT:  Just a moment.
12      Sustained.
13      MR. SCHNEIDER:  Your Honor --
14      THE COURT:  Yes, sidebar.
15      MR. SCHNEIDER:  Thank you.
16      (Continued on next page)
17
18
19
20
21
22
23
24
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1      (At sidebar)
2      THE COURT:   What are you trying to do?
3      MR. SCHNEIDER:  I asked him a very specific question
4  just now. I asked him if he's spoken to other cooperators
5  about who they're cooperating against.
6      THE COURT:  Yes.
7      MR. SCHNEIDER:  His answer was I don't remember .
8      THE COURT:  OK.
9      MR. SCHNEIDER:  At the hearing he was asked :
10  "Q. Since you've been in jail, have cooperators in jail talked
11  about who they're cooperating against?
12  "A. Yes."
13      THE COURT:  Just let me think about this.
14      Is that inconsistent? Tell me what he said and now
15  read this. Tell me what he just said about talking with other
16  cooperators.
17      MR. SCHNEIDER:  He said he didn't remember.
18      THE COURT:  Whether or not he had talked with
19  other cooperators?
20      MR. SCHNEIDER:  Not in general, no. About who they
21  were cooperating against.
22      THE COURT:  OK. Go ahead.
23      MR. SCHNEIDER:   "Question: Since you've been in jail,
24  have cooperators in jail talked about who they were cooperating
25  against?"

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

**599**

M55Wpab3                    Lopez - Cross

1    THE COURT:  Answer?
2    MR. SCHNEIDER:  "Answer: Yes."
3    THE COURT:  All right.
4    MR. SCHNEIDER:  Thank you, your Honor.
5    (Continued on next page)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**600**

M55Wpab3                    Lopez - Cross

1    (In open court)
2    MR. SCHNEIDER:  May I?
3    THE COURT:  Yes.
4    MR. SCHNEIDER:  Thank you.
5  Q. Sir, I was just asking you, when you were testifying at the
6  hearing against Mr. Santana -- by the way, that was on October
7  23 of 2018.  OK -- were you asked the following question , under
8  oath, and did you give the following response, at page 3513-22,
9  page 91:
10  "Q. When you were in -- since you've been in GEO, have
11  cooperators in GEO talked about who they're cooperating
12  against?
13  "A. Yes."
14    Did you give that answer to that question under oath before
15  a different judge?
16  A. Yes.
17  Q. In fact, I think you said on direct that you actually spoke
18  to -- withdrawn.
19    You know Lefty's name, right?
20  A. Yes, sir.
21  Q. OK.  And you've known Lefty before this case?
22  A. Yes.
23  Q. And you know that Lefty is a cooperator in this case ?
24  A. Yes.
25  Q. OK.  In fact -- and you've known that for some time, have

**601**

M55Wpab3                    Lopez - Cross

1  you not?
2  A. Yes.
3  Q. And you spoke to Lefty just last month, didn't you ?
4  A. Yes, sir.
5  Q. And that was, as we know, well after you signed the
6  cooperation agreement, right?
7  A. Yes, sir.
8  Q. And it was well after the government told you not to talk
9  to cooperators, right?
10  A. Yes.
11  Q. So you still spoke to Lefty just in April of this year,
12  right?
13  A. Yes.
14  Q. And that was while you were preparing for trial, right?  I
15  don't mean you.  Withdrawn.
16    That's when you had met with the prosecutors a number of
17  times in preparation for your testimony here today, right?
18  A. No.  That was actually before the first preparation.
19  Q. But it was after you were a cooperator?
20  A. Yes, sir.
21  Q. And after you were warned not to do it, right?
22  A. Yes.
23  Q. By the way, you said something on direct about having seps,
24  right?
25  A. Yes.

**602**

M55Wpab3                    Lopez - Cross

1  Q. That's short for separations, right?
2  A. Yes.
3  Q. And separations are instituted by the Bureau of Prisons to
4  keep people away from one another for one reason or another,
5  right?
6  A. Correct.
7  Q. For example, if somebody's threatening you,  there would be
8  a sep between you and that person, right?
9  A. Right.
10  Q. And there would be a sep between people  who are cooperating
11  in the same cases, right?
12  A. Correct.
13  Q. And there would be a sep between somebody who may be
14  testifying against, right?
15  A. Correct.
16  Q. And that's to prevent you from talking to the other
17  cooperator, right?
18  A. Yes.
19  Q. But you just told us that you, in fact, not just that you
20  spoke to Lefty, you didn't just meet him in the hallway and
21  bump into him by accident, did you?
22  A. No.
23  Q. You had a very prearranged phone call with him, right ?
24  A. Yes.
25  Q. And that phone call wasn't a plain phone call, it was a

1  three-way video, right?
2  A.  Yes.
3  Q.  Now, tell us how that happened in custody, in federal
4  custody.  First of all, a three way's not allowed, right?
5  A.  No.
6  Q.  OK.  So tell us how you did it.
7  A.  There was an inmate in my unit that was talking to an
8  inmate that, that's in the institution where Lefty is, and then
9  that's -- that was, they connected  us for us to speak,
10  basically.
11  Q.  OK.  Was that just like a lucky break, or did you know the
12  two inmates would talk to each other?
13  A.  No.  I knew.
14  Q.  And you helped set it up?  How did that come about?  Whose
15  idea was it to talk, you or Lefty's?
16  A.  You could say it's my idea.
17  Q.  OK.  Tell us how you came up with the plan.
18  A.  Well, basically, when the inmate that's housed with me at
19  the facility I'm in told me that he talks to somebody that
20  recently had been at my facility, they got transferred to where
21  Lefty is at, and that's when I said, oh, next time you talk to
22  him, let me know so I can talk to Lefty.
23  Q.  So when you found out that there was a connection,
24  that you could find a way to meet and -- not meet, find a way
25  to talk to Lefty, you implemented that plan, right?

1  A.  Yes.
2  Q.  And you both, during that video, that illegal video three
3  way, you and Lefty spoke about this trial, didn't you?
4  A.  Well, I asked him if he was going to testify in this trial
5  and he asked me the same question.  We told each other yes, but
6  we didn't speak any details or corroborate any stories.  Those
7  phone calls are recorded.
8  Q.  OK.  So do you know if the government got those phone
9  calls?
10  A.  I wouldn't know.
11  Q.  Did you tell the government that you did that?
12  A.  Yes.
13  Q.  OK.  Do you remember when you told them?
14  A.  It was at one of the preps, one of the prep days for the
15  trial.
16  Q.  OK.  That's actually last week, right?
17  A.  Yes.
18  Q.  I'm sorry.  Last week, right?
19  A.  Yes.
20  Q.  OK.  So at any point --
21  A.  May have been the week before last.  I'm not sure.
22  Q.  OK.  Let's say it was April 30.  OK?  The fact is at any
23  point -- and you spoke with the government since April 30,
24  since you told them about this, didn't you?
25  A.  Yes.

1  Q.  OK.  Did they ever confront you with any recordings they'd
2  found?
3  A.  No.
4  Q.  And after you told them that you had spoken to Lefty on
5  video, improperly, did they say I'm ripping up the agreement?
6  A.  No.
7  Q.  Did they punish you somehow?
8  A.  I was warned and told not to do it again.
9  Q.  OK.  Well, how many times have you been warned not to talk
10  to anybody in the last five years?
11     Too many to count, right?
12  A.  What I'm saying, they warned me even if I'm not doing it;
13  they just make it their business to let me know, to remind me
14  not to do that.
15  Q.  And they did the same thing even after you specifically did
16  something you were told not to do ; they just warned you again,
17  right?
18  A.  Yes.
19  Q.  Now, in addition to getting involved with Lefty, you also
20  fought with other people in GEO, right?
21  A.  Yes.
22  Q.  In fact, you sucker punched a guy, right?
23  A.  Probably, yes.
24  Q.  Probably like it sounds possible?
25  A.  Yes.

1  Q.  And it wasn't just another inmate, it was another
2  cooperator, right?
3  A.  Everyone at that facility was a cooperator.
4  Q.  So the answer is you punched another cooperator ?
5  A.  Yes, sir.
6  Q.  But, now, you tried to kind of make it look like it wasn't
7  really a fight, didn't you?
8  A.  No.
9  Q.  Well, the COs CAME to you, you told them, we're just
10  fooling around, just kidding, right?
11  A.  Uh -- I don't remember.
12  Q.  Well, one of the problems, sir, with talking -- with
13  fighting with another cooperator is that that cooperator can go
14  tell his prosecutors what you're doing, and you don't even know
15  it, right?
16  A.  Doesn't mean it's true, though.
17  Q.  I didn't ask you that.
18     Are you saying a cooperator could lie to a prosecutor?
19  A.  It's possible, yeah.
20  Q.  OK.  So is it possible that the other cooperator's telling
21  the truth and you're lying, or he must be the liar?
22  A.  Well, I don't remember that situation you're talking about.
23  Q.  Well, the situation is that you threw a punch and you
24  sucker punched a guy named Edwin Rivera?
25  A.  Yeah, I remember that.

607

Lopez - Cross

```
1   Q.  You remember now.  OK.  I guess the name helped, right?
2   A.  Yeah.
3   Q.  And the fact is you tried to get Edwin Rivera to say it was
4   only a joke, right?
5   A.  Yeah, I did.
6   Q.  OK.  But it wasn't a joke, was it?
7   A.  No.
8   Q.  It was a serious fight, where you sucker punched the guy
9   and almost knocked him out, right?
10  A.  Yeah.
11  Q.  So we have two things here :  One -- a few.  One, you sucker
12  punched a cooperator, right?
13  A.  Yes.
14  Q.  Two, the CO asked you what you did, and you lied to the CO,
15  right?
16  A.  Yes.
17  Q.  And three, you tried to get somebody else, another
18  cooperator, to lie for you, right?
19  A.  Yes.
20  Q.  Now, you also sucker punched another cooperator, a guy name
21  Chris Correa.  Sound familiar?
22  A.  Yes.
23  Q.  And the only way the government found out about that is
24  because Chris Correa told his prosecutor who emailed your
25  prosecutors, right?
```

608

Lopez - Cross

```
1   A.  Yes.
2   Q.  Because you didn't go and tell them you did it, did you --
3   them meaning the prosecutors, did you?
4   A.  No.
5   Q.  So after you were -- by the way, did the prosecutors ever
6   confront you and say I'm going to rip up your agreement because
7   you sucker punched two cooperators?
8   A.  No.
9   Q.  You also had another fight with another cooperator, a guy
10  named Butter.  Does that sound familiar to you?
11  A.  Yeah.
12  Q.  His real name is Mr. Purvis, right?
13  A.  Yes.
14  Q.  He's a Mac Baller, again, not related to this case, right?
15  A.  To my knowledge, he was something later.
16  Q.  OK.  But he's not related to this case?
17  A.  No.
18  Q.  And like I said, is it fair to say that that cooperator
19  went and spoke to his prosecutors about what you did to him?
20         MS. ESPINOSA:  Objection.
21         MR. SCHNEIDER:  I'll withdraw it and rephrase, your
22  Honor, if that's OK.
23         May I?
24         THE COURT:  Yes.
25  BY MR. SCHNEIDER:
```

609

M55Wpab3            Lopez - Cross

```
1   Q.  The fact is Butter told the government that  you encouraged
2   others to lie about Butter, isn't that right?
3   A.  No, that's not true at all.
4   Q.  So if Butter said that, that's a lie, right?
5   A.  Yes.
6   Q.  If Butter said that you were trying to get others to blame
7   Butter, Butter would be lying, right?
8   A.  Yes.
9   Q.  OK.
10  A.  He actually paid somebody to say -- I did sucker punch the
11  guy, but he actually paid somebody to say, like, it was my
12  fault when it was really his fault.
13  Q.  OK.  So this cooperator, Butter, is now lying against you,
14  right?
15  A.  Correct.
16         MS. ESPINOSA:  Objection.
17         THE COURT:  I'll allow it.
18  BY MR. SCHNEIDER:
19  Q.  And this cooperator, Butter, is trying to get other people
20  to lie against you, right?
21  A.  Correct.
22  Q.  Now, does the name Bucks sound familiar to you?
23  A.  Yes.
24  Q.  His real name is Charles Gibson, right?
25  A.  Yes.
```

610

M55Wpab3            Lopez - Cross

```
1   Q.  And he's another cooperator, is he not?
2   A.  Yes.
3   Q.  Also in GEO, right?
4   A.  Yes.
5   Q.  And didn't you threaten him when he was coming back from
6   court one day?
7   A.  No.  He made up that whole story.  That happened in MDC.
8   We was in GEO together, and we had a fight, and I ended up
9   getting jumped, but I beat him up.  And we ended up being in
10  the same unit.  We ended up not having a separation in MDC, so
11  we was living in the same house fine, but he obviously, like,
12  felt a certain type of way, but he didn't let it be known .  And
13  one day I went to court during quarantine, and I had to
14  quarantine in SHU, that's the box solitary confinement, and he
15  made it the whole story, saying if I had a bad court day, I was
16  going to punch him, and that was to get me out the unit.  And
17  he bragged to the COs how he got me out of there.  And I also
18  told the government that if they thought I was lying, I was
19  willing to take a lie detector test and bet my freedom that
20  he's the one that's lying.
21  Q.  OK.  So two things:  One, this cooperator lied against you,
22  right?
23  A.  Correct.
24  Q.  And two, did they ever give you a lie detector test?
25  A.  No.
```

M55Wpab3                    Lopez - Cross                    611

1  Q. Did they ever confront you, after you said that to them,
2  did they ever say anything at all about it?
3  A. My facility was switched after that.
4  Q. Doesn't matter. The incident still happened. They still
5  have telephones and emails and texts. As far as you know,
6  whether you were moved or not, didn't the government do
7  nothing --
8          THE COURT: The jury will disregard the statements
9  from the lawyers. It's just the questions that matter, and
10 even the questions are not testimony. It's only what the
11 witness says that's testimony.
12          Question.
13 BY MR. SCHNEIDER:
14 Q. In addition to fighting with other cooperators, did you
15 ever threaten the staff at GEO?
16 A. No.
17 Q. Never happened?
18 A. No.
19 Q. Did you ever gamble in jail with real money that you
20 weren't supposed to do?
21 A. With food, playing poker, yes.
22 Q. Poker. And you caused a fight there, right?
23 A. I know I'm not supposed to gamble, but I didn't cause no
24 fight.
25 Q. Well, you --

M55Wpab3                    Lopez - Cross                    612

1  A. I had a fight surrounding us playing poker, because we
2  played poker.
3  Q. Right. And the fact is the captains there checked the
4  video to see what happened, right?
5  A. Yeah. The guy that lost threw cards at me.
6  Q. And the video showed that you were the aggressor, isn't
7  that right?
8  A. Yes.
9  Q. Now, at a period of time, you've been having trouble in the
10 different facilities that you've been in, haven't you?
11 A. Not all.
12 Q. Not all, but when you've been in MCC, GEO, MDC, Putnam, GEO
13 again, right? Different times, correct?
14 A. I was only in GEO one time.
15 Q. Right. That's because you asked your lawyer to ask the
16 government to send you back to GEO, isn't that right?
17 A. No.
18 Q. You never had -- by the way, your lawyer's name is Mark
19 Cohen, right?
20 A. Correct.
21 Q. You never asked Mark Cohen to speak to the prosecutors, not
22 these prosecutors, but the ones before them, to ask to have the
23 prosecutor move you to where you were? Never happened?
24 A. I don't remember.
25 Q. Did your sister ever write a letter to try to get you

M55Wpab3                    Lopez - Cross                    613

1  moved?
2          MS. ESPINOSA: Objection.
3  A. I don't remember.
4          THE COURT: I'll allow it.
5  BY MR. SCHNEIDER:
6  Q. Do you know if the prosecutors, not these but the ones
7  before them, had ever asked the warden at GEO if you could come
8  back after you'd been kicked out of GEO?
9  A. It may be possible.
10 Q. But just so I'm clear, you were kicked out of GEO, right?
11 A. That's the only facility I was kicked out of.
12 Q. OK. That was one. There may only be a few, but besides
13 that, you were kicked out of one, right?
14          MS. ESPINOSA: Objection.
15          THE COURT: Yes. The jury knows to disregard the
16 comments.
17          Try to just ask questions.
18          MR. SCHNEIDER: Yes, your Honor. I'm sorry.
19 Q. You were kicked out of GEO, correct?
20 A. Correct.
21 Q. And you went from GEO to MDC, that's in Brooklyn, right?
22 A. Yes, never had a fight in two years at MDC.
23 Q. OK. And you never had a fight, but you wanted to go back
24 to GEO, didn't you?
25 A. Uh, it's possible. I don't remember.

M55Wpab3                    Lopez - Cross                    614

1  Q. The fact is, didn't the prosecutor write to the warden at
2  GEO to ask if you can come back?
3          MS. ESPINOSA: Objection.
4          THE COURT: I will allow it, if he knows.
5  A. Honestly, this is the first time I'm hearing about the
6  prosecutor, who should be Hagan Scotten, writing to GEO to try
7  to get me back in GEO. I was told I was kicked out and never
8  allowed back.
9  Q. OK. If I were to show you an email, would that refresh
10 your recollection?
11 A. If you showed me a email, that doesn't mean I knew the
12 prosecutor sent that letter.
13 Q. OK. Fair enough. But were you told by somebody that the
14 warden said you couldn't come back to GEO?
15 A. No.
16 Q. Did you ever --
17 A. I was kicked out. That was never in my head to go back to
18 GEO.
19 Q. OK. How about when you were in Westchester County jail; do
20 you remember having a problem there?
21 A. I had two fights there.
22 Q. OK. And at some point you were in PC, protective custody,
23 in the Westchester County jail, right?
24 A. Correct.
25 Q. And do you remember the captain speaking to the government,

M55Wpab3                    Lopez - Cross                    615

1   saying that you were causing a problem at PC?
2   A.  Yes.
3   Q.  And that you were actively bullying various inmates in PC
4   in the Westchester County jail?
5   A.  That's what they said, yes.
6   Q.  Was the captain -- and by the way, one of those inmates was
7   an elderly man, correct?
8   A.  Yes.  An elderly man that was causing a lot of problems
9   with us.
10  Q.  OK.  And you took it -- withdrawn.
11       Did you make any complaints to the captains or wardens at
12  Westchester about this elderly man?
13  A.  No.  Multiple people -- he just looked elderly.  He's
14  actually only ten years older than me.
15           THE COURT:  So he's 46?
16           THE WITNESS:  Yes.
17  BY MR. SCHNEIDER:
18  Q.  Now, on June 15 of 2017, when you first met with the
19  prosecutors, do you think that you were violating their trust
20  as you were talking to them?
21  A.  Uh, yes.
22  Q.  Kind of unusual, right?  I mean here it is you're asking
23  the prosecutors to help you, but as you're talking to them,
24  you're kind of cheating, aren't you?
25  A.  Because I had marijuana inside of me.

M55Wpab3                    Lopez - Cross                    616

1   Q.  We'll get to that in a second.  But as you're talking to
2   them, before you went in to surrender, you had done something
3   in expectation of going into jail, right?
4   A.  Yes.
5   Q.  You didn't just have marijuana on you, did you?
6   A.  I said in me.
7   Q.  I know.  I want to be clear, though.  I want to make sure
8   there's no misunderstandings of the words.
9       You crushed some marijuana, about an ounce worth, right?
10  A.  Yes.
11  Q.  And where did you put it?
12  A.  Inside of me.
13  Q.  Where?  Did you swallow it?
14  A.  No, not orally.
15  Q.  And you had an ounce of marijuana inside of you as you're
16  sitting at a table talking to the prosecutors, right?
17  A.  Correct.
18  Q.  And you did that because you know you're going to go, be
19  remanded to go into the jail, MCC, right?
20  A.  Correct.
21  Q.  And you wanted to make sure that you had marijuana with you
22  when you go to jail, right?
23  A.  Correct.
24  Q.  Knowing full well that marijuana is not allowed  in MCC, is
25  it?

M55Wpab3                    Lopez - Cross                    617

1   A.  Correct.
2   Q.  Knowing full well that smuggling contraband is not only
3   improper, it's an actual crime, right?
4   A.  Correct.
5   Q.  So, when you got to the MCC, you were able to get the
6   marijuana out of you, and you smoked it, didn't you?
7   A.  Yes.
8   Q.  Did you sell it too, or just smoke it?
9   A.  No, I didn't sell any of it.  I smoked it all.
10  Q.  And when you ran out of that, you smoked K2, didn't you?
11  A.  Yes.
12  Q.  Both of those things would be illegal and would be a
13  violation of any agreement, right?
14  A.  Correct.
15  Q.  In GEO, you smoked -- this is, by the way, the MCC, right,
16  when you smoked marijuana and K2, which is synthetic marijuana,
17  right?
18  A.  Correct.
19  Q.  But when you got to GEO, you only smoked the marijuana,
20  right?
21  A.  I probably smoked K2 if there was K2.
22  Q.  Well, let me ask you -- you were in jail from 2017 for
23  quite some time -- did you ever run out of the marijuana that
24  you had smuggled inside yourself?
25  A.  Yeah, that was -- I ran out of it, like, probably the first

M55Wpab3                    Lopez - Cross                    618

1   two weeks or first week.
2   Q.  You ran out because you smoked it all, right?
3   A.  Correct.
4   Q.  Now, did you ever smoke again after that?
5   A.  Yes.
6   Q.  Where did you get the stuff from?
7   A.  From inmates.
8   Q.  All right.  Where?  How?  Who?
9   A.  Well, that was in 2017.  I specifically don't remember, but
10  it wasn't for free.  I bought it.
11  Q.  OK.  You bought it.  Isn't it illegal to have money in
12  jail?
13  A.  Food.
14  Q.  OK.
15  A.  Commissary.
16  Q.  OK.  So even though -- you traded food for marijuana,
17  right?
18  A.  Yes.
19  Q.  OK.  And you knew that was still illegal, right?
20  A.  No, not for marijuana.  K2.
21  Q.  My apologies.  K2.
22       K2 is still illegal, right?
23  A.  Yes.
24  Q.  Still improper in jail, right?
25  A.  Yes.

619

M55Wpab3                     Lopez - Cross

1   Q.  And as you were doing that, did you tell the government
2   that you were smoking marijuana and/or smoking K2 ?
3   A.  No, I was never asked.  I was asked later on probably while
4   I was in GEO.
5   Q.  Right.  But while you were talking to them, did you ever go
6   speak to them while you were high?
7   A.  No.
8   Q.  OK.  You make it like it's a crazy question.
9       Did you ever speak to them  at a time when you were, had
10  just finished smoking either marijuana or K2?
11  A.  No.
12  Q.  Well, how did you know when they were going to interview
13  you?
14  A.  My lawyer would let me know beforehand.
15  Q.  How much in advance?
16  A.  The day before or couple days before.
17  Q.  OK.  So at that point you didn't know -- let's say you
18  smoke on a Monday.  You didn't know if the government would
19  want to talk to you on a Tuesday or Wednesday, did you?
20  A.  I would know because my lawyer would email me.
21  Q.  OK.  But you had already smoked on a Monday.  Doesn't
22  matter.  Let's move on.
23      The fact is you were speaking to them while you were
24  committing crimes in jail, right?
25  A.  Correct.

620

M55Wpab3                     Lopez - Cross

1   Q.  Now, Raymito, that's Raymond Castillo, right?
2   A.  Yes.
3   Q.  You had seen him in GEO, didn't you?
4   A.  Yes.
5   Q.  And in 2019, he physically threatened you, didn't he?
6   A.  We threatened each other, yes.
7   Q.  He tried to open up your door and he tried to hit you,
8   right?
9   A.  No, he didn't -- he didn't get to open the door.
10  Q.  I said he tried.
11  A.  Yeah.
12  Q.  Right?  He tried to open the door and he tried to
13  physically assault you, correct?
14  A.  Yes.
15  Q.  And he also told a kitchen worker that when he sees you
16  he'll finish you, right?
17  A.  I don't remember.
18  Q.  Well, didn't you file a --
19          MS. ESPINOSA:  Objection.
20          THE COURT:  Just a moment.  There's no answer to that
21  question.
22          Move on.
23  BY MR. SCHNEIDER:
24  Q.  Did you file a formal, official complaint with the warden
25  at GEO?

621

M55Wpab3                     Lopez - Cross

1   A.  Yeah, I filed a complaint telling the warden that  he --
2   because I was already on thin ice, like, they were trying to
3   kick me out.  I said if I get into a fight with him, it's not
4   my fault.
5   Q.  Right.
6   A.  And I explained what's going on.
7   Q.  Right.  And the official --
8          MR. SCHNEIDER:  Sorry, your Honor.
9   Q.  By the way, when you file an official complaint at GEO, you
10  handwrite it, don't you?
11  A.  Yes.
12  Q.  And didn't you handwrite an official complaint on February
13  11, 2019, against Raymito Castillo?
14  A.  Yes.
15  Q.  And when that complaint -- you want the warden to act on
16  your complaints, don't you?
17  A.  Yes.
18  Q.  And didn't you write in the complaint to the warden that
19  you were told by a kitchen worker that if he catches you, he's
20  going to finish me?  Did you tell that to the warden about
21  Raymond Castillo?
22  A.  Yes.
23  Q.  And another time you had seen Raymond Castillo in GEO,
24  didn't you?  Other than this time, other than this one time you
25  talked about, right?

622

M55Wpab3                     Lopez - Cross

1   A.  Yes.
2   Q.  And you and he spoke about somebody snitching, right ?
3   A.  I don't remember, sir.
4   Q.  Weren't you worried about  -- somebody mentioned that he was
5   worried about you snitching against Milton?
6   A.  I don't remember.
7   Q.  Now, if we could move on for a second, when Ito -- did you
8   know who Ito was back in 2014?
9   A.  Yes.
10  Q.  Did you ever send any money to Ito in his commissary?
11  A.  No.
12  Q.  Did you ever visit Ito in jail?
13  A.  No.
14  Q.  Did you ever give any money to Ito's family?
15  A.  No.
16  Q.  Do you know if, if you know -- because you spoke to other
17  people from the 200, supposedly -- did anybody else hire a
18  lawyer for Ito?
19  A.  To my knowledge, no.
20  Q.  And do you know if anybody tried to pay his bail from the
21  200s?
22  A.  No.
23  Q.  Do you know if anybody from the 200s sent any money to him
24  in the commissary?
25  A.  I knew Milton did.

623

M55Wpab3                    Lopez - Cross

1   Q.  And that's the only one, right, as far as you know ?
2   A.  Yeah.
3   Q.  Now, you had talked briefly -- you saw a video of Christian
4   Pabon with a razor in his mouth, right?
5   A.  Yes.
6   Q.  That's kind of a Bloods thing, isn't it?
7   A.  Not really.  Other people do it too.
8   Q.  OK.  By the way, you never saw him cut anybody, did you?
9   A.  No.
10  Q.  You never heard anybody say that they saw him cut anybody,
11  did you?
12  A.  No.
13  Q.  Now, you say that -- I think you said it was when you first
14  got out of jail, the first or second day you got out of jail,
15  you were with Milton, right?
16  A.  Yes.
17  Q.  And you were driving around in a Dodge Charger, correct ?
18  A.  I don't think it was a Charger because I know I had it
19  parked, and I registered it, like -- I don't remember what car
20  we was in, honestly.  I know we was in a car, though.
21  Q.  OK.  And you were with Milton, and that's when you say he
22  made some statements to you, there was nobody else present, was
23  there?
24  A.  No.
25  Q.  Now, you mentioned something about Skrilla, remember that ?

624

M55Wpab3                    Lopez - Cross

1   A.  Yeah.
2   Q.  S-K-R-I-L-L-A, Skrilla, right?
3   A.  Yes.
4   Q.  You also mentioned that -- and by the way, that was a time
5   when there was a, supposedly trying to rob him, right ?
6   A.  Yeah.
7   Q.  Did anybody ever take any money from him or jewelry ?
8   A.  Jewelry, yeah.
9   Q.  $150,000 worth?
10  A.  No.  Probably like 20-, 30,000 worth.
11  Q.  OK.  In addition to speaking to Milton on the car ride
12  after you were in jail, you say you also spoke to Milton a few
13  times about Ito's situation, correct?
14  A.  Yeah.
15  Q.  At any time during any of those conversations, was anybody
16  else present?
17  A.  I don't remember.
18  Q.  And in fact, you never once talked to Christian directly
19  about the murder, did you?
20  A.  I don't remember.
21  Q.  You -- on April 14 of 2022, that was one of your prep
22  sessions with the government, remember that?
23  A.  Correct.
24  Q.  OK.  And at that time you were speaking to the prosecutors,
25  and not only taking notes, they were, like, kind of typing

625

M55Wpab3                    Lopez - Cross

1   stuff out on a computer, correct?
2   A.  Correct.
3   Q.  At that time, on April 14 of 2022, didn't you specifically
4   tell these prosecutors here that you did not talk to Banga
5   directly about the murder?  Didn't you say that to them?
6   A.  Yes.  Thank you for reminding me.
7   Q.  My pleasure.
8       And not only didn't you talk to him about the murder, but
9   you never heard him say anything to anybody else about the
10  murder, did you?
11  A.  No.
12          (Continued on next page)
13
14
15
16
17
18
19
20
21
22
23
24
25

626

M552Pab4                    Lopez - Cross

1   Q.  Now, you had mentioned Kevin when you saw one of the
2   photographs, right?
3   A.  Yes.
4   Q.  You know who Kevin was, correct?
5   A.  Yes.
6   Q.  He was a Blood, right?
7   A.  Yes.
8   Q.  Big Homie?
9   A.  Yes.
10  Q.  And in fact he was the Big Homie for Christian, wasn't he?
11  A.  Correct.
12  Q.  You are not now nor ever was a 200, right?
13  A.  No.
14  Q.  You were a Trinitario, right?
15  A.  Yes.
16  Q.  And the only reason you are not Trinitarios now is because
17  you are a rat snitch, which is how they would view you?
18          MS. ESPINOSA:  Objection.
19          THE COURT:  Yes, sustained.
20  Q.  Isn't that how the Trinitarios would view you?
21  A.  That's exactly how it works.
22  Q.  Thank you.
23          So because you are testifying and they would call you
24  that, you are no longer in that gang, right?
25  A.  Correct.

M552Pab4         Lopez - Cross                                627

1  Q. So I think you said that you were an associate of the 200s,
2  right?
3  A. Correct.
4  Q. And you said Yasmil was an associate also?
5  A. Yes.
6  Q. Now, when you say you were an associate, does that mean you
7  tried to get in and they said no?
8  A. No.
9  Q. Does that mean they ask you and you said no?
10 A. No.
11 Q. Does that mean that there was some kind of thing that they
12 wanted you to do that you didn't or wouldn't want to do?
13 A. No.
14 Q. But as, quote, an associate, you would hang with them in
15 the neighborhood, right?
16 A. Correct.
17 Q. You would commit crimes with them in the neighborhood or
18 out of the neighborhood, right?
19 A. Correct.
20 Q. You didn't give any of the money that you received in any
21 of your crimes, you didn't have to turn it over to the 200s,
22 did you?
23 A. Correct.
24 Q. And any of the crimes that -- any of the money that the
25 200s received, they didn't give it to you, did they?

M552Pab4         Lopez - Cross                                628

1  A. Correct.
2  Q. So you didn't share anything with the 200s, did you?
3  A. No, unless we committed, like, a robbery together or
4  something, and we were splitting proceeds.
5  Q. Exactly. And you split the proceeds because that's the
6  person you committed the crime with, correct?
7  A. Correct.
8  Q. You would do that with anybody, wouldn't you?
9  A. Correct.
10 Q. If you did it with a Blood, Trinitario, Latin King,
11 anybody, you would still split the proceeds, right?
12 A. Yes.
13 Q. It had nothing to do with them being 200s, right?
14 A. Correct.
15 Q. You didn't pay them rent, did you?
16 A. Correct
17 Q. And "rent" meaning they didn't give you permission to hang
18 out on the block or sell drugs, right?
19 A. Correct.
20 Q. You didn't have to do that, did you?
21 A. No.
22 Q. And you were not a member, were you?
23 A. No.
24 Q. So you committed crimes in the neighborhood and that was
25 okay, right?

M552Pab4         Lopez - Cross                                629

1  A. I guess, yes.
2  Q. When I say okay, no one stopped you, right?
3  A. Correct.
4  Q. And you committed crimes with the 200s. You also committed
5  crimes with other people who were not 200s, correct?
6  A. Correct.
7  Q. And the fact is, in September of 2014, you had no idea that
8  Christian was supposedly a 200, did you?
9  A. Nah, I knew he was a 200.
10 Q. You didn't learn it until after you got out of jail, did
11 you?
12 A. No, I knew he was a 200 before I went in jail.
13       (Pause)
14 Q. I'm sorry, your Honor. I need a few more seconds. I'm
15 sorry.
16       (Pause)
17 Q. I remind you again from the April 14, 2022 proffer session
18 with these prosecutors, didn't you tell them that you weren't
19 aware Banga being 200 until after you came out of doing your
20 one and a half to three?
21 A. No, that's not true.
22 Q. So that would be -- if that's in their report, that's a
23 mistake?
24       MS. ESPINOSA: Objection.
25       THE COURT: Sustained.

M552Pab4         Lopez - Cross                                630

1  BY MR. SCHNEIDER:
2  Q. If it's in their notes, that would be wrong.
3       MS. ESPINOSA: Objection.
4       THE COURT: Sustained.
5  A. Yes.
6  Q. You know a guy back then named Frankie?
7  A. Yes.
8  Q. In fact, Frankie was not 200, was he?
9  A. No, sir.
10 Q. But he was kind of like a boss of the area, wasn't he?
11 A. Of that block, yes.
12 Q. He controlled the spot, didn't he?
13 A. Yes.
14 Q. A weed spot, right?
15 A. Yes.
16 Q. He had that spot for many years, right?
17 A. Correct.
18 Q. And as far as you know, when Raymito and Milton came out of
19 jail and came to the block, they did not kick Frankie out of
20 the block, did they?
21 A. No.
22 Q. As far as you, know Frankie doesn't pay rent to anybody
23 from 200, does he?
24 A. No.
25 Q. When you were in jail, did Christian ever put any money in

631

M552Pab4          Lopez - Cross

1  your commissary?
2  A. No.
3  Q. Did he ever visit you?
4  A. No.
5  Q. Did he ever pay for your lawyer or your bail?
6  A. No.
7  Q. Did you ever speak to him on the phone?
8  A. No.
9  Q. Did you ever write or receive any letters?
10 A. No.
11 Q. Did you ever pay for any of his legal issues?
12 A. No.
13 Q. Now, when you spoke about breaking, again, without going
14 into the detail, that's when you convince people that you are
15 something that you are not, right?
16 A. Yes.
17 Q. You kind of put on a show for them, to act like you are
18 either a very expensive drug dealer with a lot of money about
19 to do a deal, right?
20 A. Correct.
21 Q. And when you do that, you act a certain way.  You get
22 certain clothes, certain cars, right?
23 A. Yeah.
24 Q. In fact, you even rent a car and you will take the sticker
25 off the car so that the victim won't know that it's a rental

632

M552Pab4          Lopez - Cross

1  car, right?
2  A. Correct.
3  Q. And you sometimes change the license plate so they will not
4  get an idea of where it's from, right?
5  A. No.  The plates we leave it, but we initially get a rental
6  with an out-of-state plate that makes sense with where I'm
7  going.
8  Q. I appreciate that.
9            When you say out of state, you didn't just break in
10 New York.  I think you said you supposedly broke with Christian
11 in Sunset Park.  You also broke in other states, right?
12 A. Yes.
13 Q. That's North Carolina?
14 A. Correct.
15 Q. Texas?
16 A. Yes.
17 Q. New Jersey?
18 A. Yes.
19 Q. Kentucky?
20 A. Yes.
21 Q. Georgia?
22 A. Yes.
23 Q. Pennsylvania?
24 A. Yes.
25 Q. And when you did all those crimes in those states, you did

633

M552Pab4          Lopez - Cross

1  it with other people usually, right?
2  A. Yes.
3  Q. Never once with Christian Pabon, did you?
4  A. Out of state?
5  Q. That's what I said, out of state.
6  A. Nah, never.
7  Q. And fair to say that you were successful more often than
8  you were not successful?
9  A. Yes.
10 Q. How many times did you get caught?  And I don't mean by the
11 police, how many times did the deal not happen because you were
12 found out as being a fraud?
13 A. I would say probably less than five times.
14 Q. And is it fair to say that you have done this, I don't
15 know, hundreds of times?
16 A. Yes.
17 Q. Pretty good winning percentage won't you say?
18 A. Yes.
19 Q. So the fact is, when you were there doing this, these
20 victims all believed you, didn't you?
21 A. Correct.
22 Q. These victims always accepted what you say to be the truth,
23 right?
24           MS. ESPINOSA:  Objection.
25           THE COURT:  Sustained.

634

M552Pab4          Lopez - Cross

1  BY MR. SCHNEIDER:
2  Q. Well, the victims didn't confront you.  The victims did
3  what you asked them to do, right?
4  A. Yes.
5  Q. They bought the fake drugs, right?
6  A. Yes.
7  Q. So when you told them they were real, the victims believed
8  you, right?
9  A. Yes.
10           MS. ESPINOSA:  Objection.
11           THE COURT:  I'll allow it.
12 A. They didn't believe me.  I had to show them.  It's a
13 process.
14 Q. Right.  Okay.  And the way you showed them, you were smart,
15 you took a sample of real drugs, right?
16 A. Yes.
17 Q. So you gave -- so in order to avoid them catching you, you
18 were able to figure out, ah-ha, let me give them a real sample
19 to suck them in, right?
20 A. Correct.
21 Q. And then after they had the real sample and they said,
22 okay, I like your product, then you went and put the fake stuff
23 in, right?
24 A. Something like that, yes.
25 Q. Now, you mentioned somebody named Epps, E-P-P-S.  That name

M552Pab4          Lopez - Cross

1   sound familiar to you?
2   A. Yes.
3   Q. That's a guy who was lucky enough to be robbed by you
4   twice, right?
5   A. Yes.
6   Q. Not just once, but you had a home invasion with him on two
7   separate occasions, right?
8   A. Yes.
9   Q. And it wasn't just him. His mother was in the house, too,
10  right?
11  A. Yes.
12  Q. And the first time when you went there you were looking for
13  marijuana. When you say you, it was you and others, right?
14  A. Yes.
15  Q. Who else was it the first time?
16  A. Me, Yasmil, a guy that he brought from the Bronx that I
17  didn't know, and it's possible somebody else was involved. I
18  can't remember.
19  Q. But it wasn't Christian Pabon, was it?
20  A. No.
21  Q. So when you went there, without getting into the details,
22  the fact is you tied up his -- not you, the whole group of you
23  tied up his mother, right?
24  A. Yes.
25  Q. And he, Epps, was hog tied, meaning he was tied up with his

M552Pab4          Lopez - Cross

1   hands behind his back and his feet and ankles tied also, right?
2   A. Yes.
3   Q. So is you tied both of them up, the mother and Mr. Epps,
4   correct?
5   A. Yes.
6   Q. Who had a weapon?
7   A. I don't remember.
8   Q. But other than them being tied up, they weren't physically
9   hurt, were they?
10  A. No, but I would assume like getting tied up is painful.
11  Q. Yes. But they weren't hit or shot or burned at that time,
12  were they?
13  A. No.
14  Q. And at that point the mother was screaming, just give them
15  whatever they want, right?
16  A. She was actually quiet.
17  Q. She was quiet. But she was hog tied on the bed?
18  A. I don't think she was hog tied.
19  Q. Just regular tied?
20  A. Yeah.
21  Q. Now, the second time -- so you looked for marijuana the
22  first time. Some years later, you went looking for some
23  cocaine, right?
24  A. Yes.
25  Q. You thought there were a few kilos of cocaine, correct?

M552Pab4          Lopez - Cross

1   A. Yes.
2   Q. Now, a kilo is 2.2 pounds of cocaine, right?
3   A. Yes.
4   Q. So three kilos is 6.6 pounds of cocaine, right, if you do
5   the math?
6   A. 3,000 grams.
7   Q. 3,000 grams. That could be sold for how many hundreds of
8   thousands of dollars?
9   A. In total?
10  Q. Yeah.
11  A. Over a hundred. It depends. Maybe a little bit under a
12  hundred.
13  Q. Okay. And that's what you are looking for because you
14  believe Epps had a stash of these drugs, right?
15  A. Yes.
16  Q. Now, at that point for this particular home invasion, you
17  were outside, weren't you?
18  A. Yes.
19  Q. You were a lookout.
20  A. Yes.
21  Q. But you knew what was going on.
22  A. Yes.
23  Q. You knew what they were doing.
24  A. Yes.
25  Q. You knew what the plan was going in, right?

M552Pab4          Lopez - Cross

1   A. Yes.
2   Q. And also at some point you spoke to Raymito on the phone,
3   right, from inside.
4   A. No.
5   Q. Well, didn't Raymito ever speak to you and say, We can't
6   find this stuff on speakerphone?
7   A. Raymito had nothing to do with that robbery, sir.
8   Q. Raymito wasn't involved on the speakerphone?
9   A. No. There was -- the other two people involved had a
10  speaker, had the phone on speaker, asking -- telling us they
11  can't find it or whatever.
12  Q. All right.
13  A. I never mentioned Raymito as part of that robbery.
14  Q. My apologies.
15       And at that point when you hear these people talking on the
16  speakerphone, you also hear Epps screaming, don't you?
17  A. Yes, sir.
18  Q. You hear him screaming like he is getting tortured, right?
19  A. Correct.
20  Q. And you found out that he in fact was being tortured,
21  right?
22  A. Yes.
23  Q. His face was burned with a hot iron, correct?
24  A. Yes.
25  Q. And in fact you knew it was happening as it was happening,

M552Pab4                Lopez - Cross                639

1   right?
2   A. Yes.
3   Q. You didn't tell the guys on the phone, hey, don't do it,
4   stop it, cut it out, did you?
5   A. No. I'm just as guilty.
6   Q. By the way, these home invasions, Christian Pabon was not
7   part of that, was he?
8   A. No, I never done a home invasion with him before.
9   Q. Now, there was a point in time in your career when you had
10  a 2012 Mercedes Benz, right?
11  A. Yes.
12  Q. And at some point in 2016 you didn't want it anymore, did
13  you?
14  A. Correct.
15  Q. You didn't try to sell it, did you?
16  A. No.
17  Q. You in fact figured out a scheme to try to scam an
18  insurance company to get money for it, right?
19  A. Correct.
20  Q. So Lefty, Luis Fedor, introduced you to a guy named Coco,
21  right?
22  A. Yes.
23  Q. And Coco had agreed to crash your car for you, right?
24  A. Yes.
25  Q. And you and your girlfriend at the time rented a car,

M552Pab4                Lopez - Cross                640

1   right.
2   A. I already had the rental.
3   Q. Okay. So you rented it in preparation for the scam, right?
4   A. No, I always had my car and a rental.
5   Q. Okay. And that was so that you can use one for crime and
6   one for social stuff?
7   A. Yes.
8   Q. So you were now using the rental for a crime, correct?
9   A. Well, yeah.
10  Q. And at that point you come to a specific area, you and your
11  girlfriend in a rental car, and Coco gets into your car, right?
12  A. Yes.
13  Q. And you check the streets for cameras, so you make sure
14  there is no video surveillance that you can be caught on
15  camera, right?
16  A. Correct.
17  Q. And there was a plan that was set up between you and Coco
18  and your girlfriend --
19  A. No, no, she had nothing to do with it.
20  Q. Okay, but she was present.
21  A. Yes.
22  Q. And she actually helped you, didn't she?
23  A. Like I said, she didn't concoct any plans to do anything.
24  She was doing what I told her.
25  Q. What you told her to do?

M552Pab4                Lopez - Cross                641

1   A. No, I just -- after he crashed the car, I got in the car
2   with her, and Coco left in my rental and I called the cops and
3   said --
4   Q. We will get to that. You are --
5   A. All right.
6   Q. -- jumping ahead of me. Okay?
7       The plan was to wait and see a garbage truck pass by,
8   right?
9   A. Yes.
10  Q. And then after it passes by, Coco was going to crash the
11  car and he did in fact crash the car into a parked car, right?
12  A. Yes.
13  Q. And then he got out and you and your girlfriend got into
14  the crashed car, right?
15  A. Yes.
16  Q. And then when you get into the crashed car, you called
17  9-1-1, right?
18  A. Yes.
19  Q. And you lied to the 9-1-1 operator, didn't you?
20  A. Yes.
21  Q. You said the garbage truck had sideswiped your car, forcing
22  you to crash into the parked car, right?
23  A. Correct.
24  Q. That was a lie, wasn't it?
25  A. Correct.

M552Pab4                Lopez - Cross                642

1   Q. And as you are at the scene, the cops come to you and say,
2   oh my God, are you okay? What happened? Right?
3   A. Yes.
4   Q. And you lied to the police officers, didn't you?
5   A. And the insurance company.
6   Q. I'm getting there.
7   A. Okay.
8   Q. Don't get ahead of me.
9       Right? All of a sudden, you lied to the police as to
10  what happened, right?
11  A. Yes.
12  Q. And then you filed a formal insurance claim, right?
13  A. Yes.
14  Q. And you lied on that formal insurance claim, correct?
15  A. Yes.
16  Q. And that was State Farm Insurance Company?
17  A. Yes, sir.
18  Q. And not only that, you sat for a deposition, correct?
19  A. Correct.
20  Q. A deposition is when you testify after being questioned not
21  in a courtroom, in an office usually, right, conference room,
22  right?
23  A. Correct.
24  Q. And that happened in this case, didn't it?
25  A. Yes.

643

M552Pab4          Lopez - Cross

1   Q. And in this deposition --
2           THE COURT:  Not in this case.
3           MR. SCHNEIDER:  I'm sorry.
4   Q. In the case you were involved in.  I apologize.  In the
5   insurance fraud case, that was a deposition in the conference
6   room, correct?
7   A. Yes.
8   Q. And you took an oath, didn't you?
9   A. Yes.
10  Q. You took an oath very similar, if not the same, to the oath
11  you took here today or yesterday , whenever you took, right?
12  A. Correct.
13  Q. You swore to tell the truth at that deposition, right?
14  A. Correct.
15  Q. And what you did under oath at that deposition in order for
16  you to get money was you lied, didn't you?
17  A. Correct.
18  Q. And the people, the insurance company believed you because
19  they gave you money, right?
20  A. Correct.
21  Q. They gave you $31,000 as part of your insurance scam,
22  right?
23  A. Correct.
24  Q. Now, whether Christian has long hair or short hair , you
25  still were able to recognize his pictures, weren't you?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

644

M552Pab4          Lopez - Cross

1   A. Yes.
2   Q. As far as you know, he never dyed his hair, did he?
3   A. No.
4   Q. And whether he had long hair, short hair, when you see his
5   face, his face didn't change, right?
6   A. Yes.
7   Q. You are still able to recognize him, correct?
8   A. Yes.
9   Q. And you recognize him from pictures and even in person,
10  isn't that right?
11  A. Yes.
12  Q. His weight didn't change or his height, did it?
13  A. No, it didn't change.
14  Q. Facial hair didn't change, he didn't grow a beard or shave
15  off what he had, did he?
16  A. No.
17  Q. You have seen some tattoos on Christian, haven't you?
18  A. I know he has tattoos.  I don't know specifically which
19  ones are they.
20  Q. You know he doesn't have any of 200 or you don't know that ?
21  A. Oh, I don't know.  I never seen him with no 200 tattoos.
22  Q. But you did see him with some Bloods tattoos, RR for Rolls
23  Royce, right?
24  A. I didn't see that neither.
25  Q. Okay.  And you have a neck tattoo, don't you?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

645

M552Pab4          Lopez - Redirect

1   A. Yes.
2   Q. What --
3           THE COURT:  How much longer do you have, sir?
4           MR. SCHNEIDER:  It's my last question.
5   Q. Tell the jurors what your neck tattoo says.
6   A. "Trust no one."
7           MR. SCHNEIDER:  Thank you.  Nothing else.
8           MS. ESPINOSA:  Brief redirect, your Honor.
9           THE COURT:  Yes.
10  REDIRECT EXAMINATION
11  BY MS. ESPINOSA:
12  Q. Mr. Lopez, on cross-examination, you were asked some
13  questions about guns you were arrested for during your initial
14  meeting with the government.  Do you remember that ?
15  A. Yes.
16  Q. And you -- now, those guns that you were arrested for
17  during that initial meeting, were those your guns?
18  A. Yes.
19  Q. And were they in a location where you had put them?
20  A. Yes.
21  Q. What guns were they in particular?
22  A. One was a compact .45, it was the brand Taurus.  The style
23  was Millennium.
24  Q. And the second gun, what gun was that?
25  A. A two-shot Derringer, the one that I received from the Epps

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

646

M552Pab4          Lopez - Redirect

1   second home invasion.
2   Q. You were also, on cross-examination, asked some questions
3   about your bad behavior in jail.  Do you remember that ?
4   A. Yes.
5   Q. To your understanding, will the judge who sentences you
6   know about all of that behavior?
7   A. He would know about all of them.
8   Q. Will he know about the fights?
9   A. Correct.
10  Q. And what about the drugs?
11  A. Everything.
12  Q. Now, on cross-examination, you were also asked a few
13  questions about the government's notes of meetings with you,
14  right?
15  A. Yes.
16  Q. Did you take those notes?  Did you take any notes during
17  meetings with the government?
18  A. No.
19  Q. Did you ever review notes that anyone else took during
20  meetings with the government?
21  A. Never.  Not one time.
22  Q. Did anyone ask to review the substance --
23          MR. SCHNEIDER:  Objection.  Leading.
24          THE COURT:  I will allow that.  Go ahead.
25  Q. Did anyone ask to review the substance of those notes with

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  you?
2  A. No.
3  Q. Mr. Lopez, do you know who all of the other government
4  witnesses in this case are?
5  A. No. In fact, I asked you guys a couple times in the
6  meeting and you guys told me you can't tell me that.
7  Q. And do you know what the government's evidence is in this
8  case?
9  A. No.
10 Q. Do you have any idea if your testimony is consistent or
11 inconsistent with other evidence?
12          MR. SCHNEIDER:   Objection. Objection.
13          THE COURT:   I'll allow it.
14 A. No.
15 Q. Does the outcome of this case matter to you?  Does it
16 matter -- I apologize let me rephrase that.
17          Does the outcome of this case, to your understanding,
18 have any impact on whether or not you get a 5K1 letter?
19 A. It doesn't, and I would actually like him to win.
20 Q. If you lie on the stand today and the defendant is
21 convicted, will you get a 5K1 letter?
22 A. No.
23 Q. If you tell the truth and the defendant is acquitted, will
24 you get a 5K1 letter?
25 A. Yes.

1          MS. ESPINOSA:   May I have one moment, your Honor?
2          THE COURT:   Yes.
3          (Counsel confer)
4          MS. ESPINOSA:   No further questions, your Honor .
5          THE COURT:   All right. Thank you. You are excused,
6  sir, Mr. Lopez. You may step down.
7          THE WITNESS:   Thank you.
8          MR. SCHNEIDER:   No recross, your Honor. Thank you.
9          (Witness excused)
10         MS. ESPINOSA:   Your Honor, once the witness steps
11 down, it might be a good time for a break to give the marshals
12 time for the next witness.
13         THE COURT:   All right.
14         Ladies and gentlemen, why don't you take a 10- to
15 15-minute break.
16         It is the intention of this Court at this time to end
17 at about 4:30 today. We will see. But right now, 4:30.
18         Take your break. Thank you.
19         (Continued on next page)
20
21
22
23
24
25

1          (Jury not present)
2          THE COURT:   You may be seated in the courtroom.
3  What's the expected timing for the government here , this
4  witness and next witnesses?
5          MS. BHASKARAN:   Your Honor, our next witness, I expect
6  the direct will be approximately 45 minutes or less.
7          THE COURT:   All right. The witness who is coming up
8  today.
9          MS. BHASKARAN:   Yes.
10         THE COURT:   And after that? So that will be probably
11 it's 3:30 to 4:30, there will be some cross on that witness
12 tomorrow.
13         MS. BHASKARAN:   Your Honor, for tomorrow we have
14 anywhere from one to three witnesses. One witness is definite,
15 and I think I believe his testimony is about 45 minutes. He is
16 a summary witness. With respect to the other two witnesses,
17 one's availability is contingent on a medical issue that that
18 witness has been dealing with. We will find out tonight or
19 tomorrow whether her medical condition will make her available
20 for testimony tomorrow.
21         With respect to the third witness, there are other
22 complications with that witness. At this time we just don't
23 know if that witness will be in the courthouse.
24         THE COURT:   All right. Then I think what we should do
25 is bring this jury in at the regular time tomorrow and we will

1  see. All right.
2          So the government may close -- it looks like the
3  government may close late morning, early afternoon, is that
4  fair?
5          MS. BHASKARAN:   Tomorrow, your Honor?
6          (Counsel confer)
7          MS. BHASKARAN:   Rest, yes.
8          THE COURT:   I'm sorry. I didn't mean to scare all the
9  lawyers.
10         MR. SCHNEIDER:   A lot of panic.
11         THE COURT:   Yeah. It looks like nobody is going to be
12 closing tomorrow, if that can give some relief. But let's take
13 it as it comes. All right. It sounds like you are going to
14 rest tomorrow late morning, early afternoon.
15         MS. BHASKARAN:   Yes, your Honor, with one request. In
16 light of the complications with these two other witnesses,
17 which includes a medical issue, the government would request
18 the Court's flexibility to perhaps allow us to formally rest on
19 Tuesday morning just to see whether those issues alleviate
20 themselves. But we might be prepared -- if those witnesses are
21 not available, we will be prepared to close first thing Tuesday
22 morning.
23         THE COURT:   Well, I don't think I need a response from
24 the defense at this point because we don't know what's going to
25 happen tomorrow.

M552Pab4

1 All right. Let's let it go at that. All right.
2 (Recess)
3 MR. HOBSON:   Your Honor if we can say one thing before
4 the jury enters, we are going to --
5 THE COURT:   Yes.  Everyone may be seated in the
6 courtroom.
7 MR. HOBSON:   We are going to introduce the stipulation
8 about the defendant's prior gun arrest and the gun that was
9 recovered in that arrest that was subject of the motions *in*
10 *limine*.  We have conferred with defense counsel, and they
11 believe that we have introduced the evidence that we have
12 proffered that supported the Court's ruling.  This is without
13 prejudice to them continuing to raise their objection, but they
14 agree that the foundation for your motion *in limine* ruling has
15 been met.
16 THE COURT:   All right.  Fine.  And when do you want to
17 do that?
18 MR. HOBSON:   We are going to do that as soon as the
19 jury comes in and then we are going to begin Mr. Fedor's
20 direct.
21 THE COURT:   You said 45 minutes.  That would bring us
22 to 4:30.  We will see, see how it goes.  I would like to end
23 around 4:30.
24 (Continued on next page)
25

M552Pab4

1 THE COURT:   Jury entering.  Please rise in the
2 courtroom.
3 (Jury present)
4 THE COURT:   Please be seated in the courtroom.  Next
5 witness for the government.
6 MR. HOBSON:   Your Honor, at this time the government
7 has a stipulation to read into the record.
8 THE COURT:   Yes, sir.
9 MR. HOBSON:   The parties have stipulated and agreed
10 that on September 11, 2015, Christian Pabon, the defendant, was
11 arrested in the vicinity of Sherman Avenue and Academy Street
12 in northern Manhattan following a lawful traffic stop of a
13 vehicle.  Three individuals were present in the vehicle,
14 including Pabon.  Pabon was a passenger in the rear seat of the
15 vehicle.
16 NYPD officers recovered a loaded 9 millimeter firearm
17 from the rear floor of the vehicle which has been marked as
18 Government Exhibit 604.  Government Exhibit 238 is a photograph
19 of the firearm.
20 On June 7, 2016, Christian Pabon, the defendant, pled
21 guilty in New York County Supreme Court to attempted criminal
22 possession of a weapon in the second degree.
23 It is further stipulated and agreed that the above
24 government exhibits and the stipulation may be received in
25 evidence at trial.

M552Pab4

1 Your Honor, the government offers Government Exhibit
2 S8, 604, and 238 into evidence.
3 THE COURT:   Any objection?
4 MR. SCHNEIDER:   None other than our argument earlier,
5 your Honor.
6 THE COURT:   Other than the legal argument.
7 Admitted.
8 (Government's Exhibits S8, 604, and 238 received in
9 evidence)
10 MR. HOBSON:   Ms. Abrams, can you please publish
11 Government Exhibit 238 to the jury.
12 And, your Honor, may I walk Government Exhibit 604 in
13 front of the jury?
14 THE COURT:   Yes.  238 is a picture and 604 is the
15 weapon itself?
16 MR. HOBSON:   Is the weapon and bullets.
17 THE COURT:   All right.
18 Again, ladies and gentlemen, you know you can see any
19 of the exhibits when you are in your deliberations or have any
20 of the testimony read back if you so requested.
21 MS. BHASKARAN:   Your Honor, the government calls Luis
22 Fedor.
23 THE COURT:   Actually, what I told you may not be true.
24 Because of COVID, we may be doing all of this on disks,
25 electronics disks.  I'm not quite sure where the protocols

M552Pab4           Fedor - Direct

1 stand now; but, in any event, you will either have it
2 electronically or you will have it in real life, anything you
3 want.
4 Go ahead, Ms. Bhaskaran.
5 LUIS FEDOR,
6 called as a witness by the government,
7 having been duly sworn, testified as follows:
8 DIRECT EXAMINATION
9 BY MS. BHASKARAN:
10 Q.  Good afternoon, Mr. Fedor.
11 A.  Good afternoon.
12 Q.  Mr. Fedor, do you go by any nicknames?
13 A.  Lefty.
14 Q.  How old are you?
15 A.  34.
16 Q.  Where were you born?
17 A.  Manhattan, New York.
18 Q.  Where did you grow up?
19 A.  Dyckman.
20 Q.  What part of Manhattan is that?
21 A.  Uptown Manhattan.
22 Q.  Where do you live now?
23 A.  Jail.
24 Q.  Which jail?
25 A.  Essex County.

**M552Pab4**                    **Fedor - Direct**                    655

1  Q. Are you in federal custody or state custody?
2  A. Federal custody.
3  Q. When did you enter federal custody?
4  A. 2017, September.
5  Q. What crime were you arrested for?
6  A. Kidnapping and discharging.
7  Q. And when you say "discharging," what do you mean?
8  A. Firing a gun.
9  Q. Since you were arrested, have you pleaded guilty to any
10  crimes?
11  A. Yes.
12  Q. Which crimes?
13  A. Hobbs Act robberies, drug conspiracy, kidnappings,
14  discharging, burglarizing pharmacies, and robberies.
15  Q. How about racketeering?
16  A. Yes.
17  Q. What did you do that made you guilty of racketeering?
18  A. I associated myself with gang members.
19  Q. Of which gang?
20  A. The 200s and Trinitarios.
21  Q. Now, Mr. Fedor, who were some of the main 200 members that
22  you used to associate with?
23  A. Raymito, Milton, Banga, and a couple more 200s I can't
24  remember right now.
25  Q. Mr. Fedor, you mentioned someone by the name of Banga. Do

---

**M552Pab4**                    **Fedor - Direct**                    656

1  you know what Banga's legal name is?
2  A. No.
3  Q. What, if any, gangs was Banga a member of?
4  A. Sex Money Murder and 200.
5        MS. BHASKARAN:   Your Honor, I'm going to ask the
6  witness to do an in-court identification.
7        THE COURT:   I'm going to ask those in the well to take
8  their masks off.  Thank you.
9  Q. Mr. Fedor, looking around the courtroom, do you see Banga ?
10  A. Yes.
11  Q. Can you identify him by where he is seated or by an article
12  of clothing that he is wearing?
13  A. He has a beard and a black shirt.
14        THE COURT:   Is he at the first table or the second
15  table.
16        THE WITNESS:   First table right there, your Honor.
17        THE COURT:   Well, my question wasn't a very good one.
18        MR. SCHNEIDER:   Your Honor, we will concede he's
19  identified Mr. Pabon.
20        THE COURT:   Yes.  Thank you.  The witness has
21  identified the defendant.  Thank you.
22        Next.
23  BY MS. BHASKARAN:
24  Q. Mr. Fedor have you been sentenced for the crimes that you
25  have pleaded guilty to?

---

**M552Pab4**                    **Fedor - Direct**                    657

1  A. No.
2  Q. When you pleaded guilty, did you enter into a cooperation
3  agreement with the government?
4  A. Yes.
5  Q. What's your understanding of what you are required to do
6  under your cooperation agreement?
7  A. Tell the truth and everything but the truth.
8  Q. What do you hope to gain by cooperating with the
9  government?
10  A. A 5K1 letter.
11  Q. What is your understanding at a high level of what a 5K1
12  letter will get you?
13  A. It could get me a less sentencing of what I got.
14  Q. Well, I'll ask you some more questions about that in a
15  moment, but first I would like to ask you about the 200.
16        So I believe you testified that you were an associate
17  of the 200, is that correct?
18  A. Yes.
19  Q. First of all, what is the 200?
20  A. A gang from Dyckman.
21  Q. And what is your understanding of why they are called the
22  200?
23  A. 'Cause of Dyckman Street, 200.  It's the 200th Street.
24  Q. What's the gang's territory?
25  A. Academy and Arden and Dyckman.

---

**M552Pab4**                    **Fedor - Direct**                    658

1  Q. When did you start to associate with people in the 200?
2  A. After 2008 when I came out of jail -- 2010, mistaken --
3  2010 after I came out of jail.
4  Q. For how long did you associate with the 200?
5  A. Until I got locked up in 2017.
6  Q. And what do you mean by the word "associate"?
7  A. I hanged out, did crimes, committed a lot of crimes, hanged
8  out with them, I was around them.
9  Q. Were you a member of them?
10  A. I was associate.
11  Q. Were you a member of any other gang?
12  A. Trinitarios.
13  Q. What are the Trinitarios?
14  A. Spanish gang that was built in jail.
15  Q. To your knowledge, were other 200s members of other gangs ?
16  A. Yes, Blood, Mac Balla, and Trinitarios.
17  Q. Now, I believe you testified that you committed crimes with
18  the 200s, is that correct?
19  A. Yes.
20  Q. At a high level, what kinds of crimes did you commit with
21  the 200?
22  A. Robberies, burglaries, breaking, shootings, fleeting from
23  the police and a lot of other crimes, sell drugs.
24  Q. And in total, approximately how many crimes have you
25  committed with the 200?

**659**

M552Pab4                Fedor - Direct

1    A. A lot.
2    Q. Over 20?
3    A. Yes.
4    Q. Over 30?
5    A. Yes.
6    Q. Over 40?
7    A. You could say a little bit over 40.
8    Q. When you were associated with the 200, who were the gang's
9    leaders?
10   A. Milton and Raymito, if I'm not mistaken.
11   Q. Did Milton go by any other names?
12   A. Blanquito, Maybach, and Milton.
13   Q. Do you know why he was called Maybach?
14   A. Not sure.
15   Q. Ms. Abrams, can you please publish Government Exhibit 203
16   which has been previously been received into evidence.
17        Mr. Fedor, do you recognize this person?
18   A. Yes.
19   Q. Who is it?
20   A. Milton.
21   Q. What was Milton's role in the 200?
22   A. He is the one that started the 200.
23   Q. Did you commit any crimes with Milton?
24   A. Yes.
25   Q. Ms. Abrams, can you take that down, please.

**660**

M552Pab4                Fedor - Direct

1        Mr. Fedor, I believe you also mentioned an individual
2    named Raymito, correct?
3    A. Yes.
4    Q. Ms. Abrams could you please publish Government Exhibit 506
5    which was previously received into evidence.
6        Mr. Fedor, do you recognize this individual?
7    A. Yes, that's Raymito.
8    Q. What was Raymito's role in the gang?
9    A. He had his calls in the gang.
10   Q. What do you mean he had his calls?
11   A. He had respect. If he say something, they going to listen.
12   Q. Was he leader of the gang?
13   A. Yes.
14   Q. Did you commit crimes with Raymito?
15   A. Yes.
16   Q. Ms. Abrams, can you take that down, please.
17        Now, Mr. Fedor, apart from Milton and Raymito, who
18   were the other members or associates of the 200 that you
19   committed crimes with?
20   A. Little Brian, a couple other 200s. I can't remember their
21   name right now.
22   Q. You mentioned Little Brian?
23   A. Yeah.
24   Q. Ms. Abrams, can you please publish Government Exhibit 505
25   which was previously received into the evidence.

**661**

M552Pab4                Fedor - Direct

1        Mr. Fedor do you recognize this individual?
2    A. Yes.
3    Q. Who is that?
4    A. Little Brian.
5    Q. What was Little Brian's status in the gang?
6    A. He used around. He used to be associate, like. He used to
7    hang out.
8    Q. Mr. Fedor, did the 200 have any particular headquarters?
9    A. Yes.
10   Q. What were they?
11   A. Academy and Post and Sherman and Arden.
12   Q. Ms. Abrams, can you please publish Government Exhibit 235,
13   and can you zoom in on the upper portion. Actually Ms. Abrams,
14   can you zoom in just on the upper portion of the map.
15        Mr. Fedor, can you see the map on your screen?
16   A. Yes.
17   Q. Now, you mentioned that there was a headquarters at Academy
18   and Post?
19   A. Yes.
20   Q. Do you see that on the map there?
21   A. Yes.
22   Q. Okay. And can you -- I'm not sure if this is going to
23   work, but can you indicate -- are you able to circle the screen
24   where it is?
25   A. It's not doing it right.

**662**

M552Pab4                Fedor - Direct

1    Q. All right. And can you just describe where on the map
2    Academy and Post is?
3    A. It says Nagle and then it says Post on the top and it ain't
4    got a street.
5    Q. Mr. Fedor, you mentioned that there was a headquarters at
6    Sherman and Arden, correct?
7    A. Yes.
8    Q. And can you indicate or can you describe where on the map
9    that would be?
10   A. It says Arden and Sherman in the corner right there.
11   Q. Mr. Fedor, are you aware of any nicknames for the
12   headquarters at Sherman and Arden?
13   A. Yeah, "Five For Twenty."
14   Q. What did "Five For Twenty" stand for?
15   A. The building number, and when they used to sell weed, it
16   used to be named "Five For Twenty."
17   Q. You say when they used to sell weed. Who is the "they"
18   that you are referring to?
19   A. The people from the block and the 200s that used to be on
20   that block.
21   Q. And what did Five For Twenty mean in the context of selling
22   weed?
23   A. Five bags for $20.
24   Q. Ms. Abrams, can you please publish Government Exhibit 201.
25        Mr. Fedor, do you recognize what's in front of you?

663

M552Pab4                Fedor - Direct

1   A.  Yes.
2   Q.  What is that?
3   A.  The 5420 building.
4   Q.  Ms. Abrams, can you take that down and publish Government
5   Exhibit 315.  Can you blow up the photograph on that page,
6   please.
7        Mr. Fedor, do you see any members of the 200 in this
8   photograph?
9   A.  Yes.
10  Q.  Who in the photograph appears  -- is in the 200?
11  A.  Banga.
12  Q.  Can you identify the person in the photo that you see as
13  Banga?
14  A.  The one with the white shirt next to the pink shirt guy.
15  Q.  Do you recognize where Banga is standing in this
16  photograph?
17  A.  Yeah, like in the middle of the photograph.
18  Q.  Do you recognize in front of which building he is standing?
19  A.  5420.
20  Q.  Mr. Fedor are you familiar with Instagram?
21  A.  Yes.
22  Q.  Did you use Instagram?
23  A.  Yes.
24  Q.  When you used Instagram, did you used to follow people?
25  A.  Yes.

664

M552Pab4                Fedor - Direct

1   Q.  Did you write comments on Instagram?
2   A.  Yes.
3   Q.  Did your comments include the use of emojis?
4   A.  Yes.
5   Q.  How about slang words?
6   A.  Yes.
7   Q.  To your knowledge, did Banga have an Instagram account?
8   A.  Yes.
9   Q.  Did you follow him on Instagram?
10  A.  Yes.
11  Q.  Ms. Abrams, can you please go to page 2 of Government
12  Exhibit 315 and blow up the first comment.
13        Mr. Fedor, do you see there where it says user and
14  then it says PrettiestGangsta200?
15  A.  Yes.
16  Q.  Do you know who that is?
17  A.  Banga.
18  Q.  And Ms. Abrams, if you could now blow up -- sorry.  I see
19  it there.
20        Mr. Fedor, do you see where it says "text" there?
21  A.  Yes.
22  Q.  And do you see the first emoji?
23  A.  Yes.
24  Q.  What is that?
25  A.  A gas tank.

665

M552Pab4                Fedor - Direct

1   Q.  And in light of that gas tank, how do you read the text
2   there?
3   A.  "Gang."
4   Q.  And what follows after gang?
5   A.  100 percent.
6   Q.  Mr. Fedor are you familiar with the term "beefing"?
7   A.  Yes.
8   Q.  What does that mean?
9   A.  When you going against another gang person or another -- or
10  other gang members or when you are against people or war.
11  Q.  A war between two gangs?
12  A.  Yes.
13  Q.  When you were an associate with the 200, were the 200
14  beefing with any other gangs?
15  A.  Yes.
16  Q.  What gangs were they beefing with?
17  A.  I'm not sure what gang members, but from the Bronx and from
18  Manhattan.
19  Q.  Do you know which particular gangs they were beefing with
20  in Manhattan?
21  A.  No, but I know the area like the nineties and in the
22  sixties.
23  Q.  So when you say nineties, what streets in Manhattan are you
24  referring to?
25  A.  190, 191, 192, 193.

666

M552Pab4                Fedor - Direct

1   Q.  And when you say sixties, what streets in Manhattan are you
2   referring to?
3   A.  161, 160, 162, 163, and Broadway.
4   Q.  To your knowledge, what type of disputes did the 200 have
5   with other gangs?
6   A.  Over a girl, over Instagram, over stuff in the streets.
7   Q.  So when you say that there is a dispute over a girl, what
8   do you mean by that?
9   A.  They was fucking -- sorry, they was having relationship
10  with other -- sexual relationship with other -- with other gang
11  member's girl, other gang members had relationship with they
12  girls.
13  Q.  And how would that lead to a dispute or a beef?
14  A.  Over respect.
15  Q.  Now, Mr. Fedor, I would like to ask you a few questions
16  about the defendant.  When did you first meet him?
17  A.  When I came out of jail, like in 2010, around that area.
18  Q.  Where did you meet him?
19  A.  In 5420 block.
20  Q.  How did you meet him?
21  A.  Through other 200 members.
22  Q.  When you met Banga, what did his hair look like?
23  A.  He had dreads, long dreads and a ponytail in a rubber band
24  or loose.
25  Q.  So he wore his dreads in different ways?

667

M552Pab4          Fedor - Direct

1   A.  Yes.
2   Q.  And you mentioned that Banga was a member of the 200,
3   correct?
4   A.  Yes.
5   Q.  What was Banga's role in the 200?
6   A.  He was a shooter.
7       (Continued on next page)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

668

M55Wpab5          Fedor - Direct

1   BY MS. BHASKARAN:
2   Q.  How many times, if at all, have you seen Banga with a gun?
3   A.  A lot of time.
4   Q.  How many times?
5   A.  Almost every time I used to see him.
6   Q.  Where did he keep his guns when you saw him with a gun?
7   A.  Different places.  His waist, his sneaker, his hoodie.
8   Q.  Did you see what kind of gun he had on those times?
9   A.  I'm not sure.
10  Q.  What part of the gun could you see?
11  A.  Probably where the clip was at, or the handle, if it was a
12  revolver.
13  Q.  Did 200 members and associates share guns with one another?
14  A.  Yes.
15  Q.  Did you ever borrow a gun from another 200?
16  A.  Yes.
17  Q.  Which 200?
18  A.  Banga.
19  Q.  When did you borrow a gun from Banga?
20  A.  Well, I had a dispute for a parking spot, and one of the
21  200 members went and picked it up with me in the car.
22  Q.  Let me back you up again.  Do you know what year or what
23  month you needed a gun?
24  A.  I'm not -- I don't remember the time -- I don't remember
25  the year.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

669

M55Wpab5          Fedor - Direct

1   Q.  Was it after you got out of jail --
2   A.  Yeah.
3   Q.  -- in 2010?
4   A.  Yes.
5   Q.  And so tell us, why did you need a gun in the first place?
6   A.  Because we got in some dispute with a person over a parking
7   spot.  He got a little bit aggressive.  It was early in the
8   morning, and that's when one of the 200 members that I was with
9   called Banga, and Banga brang us down the gun.  And we went and
10  picked it up on Dyckman Street.
11  Q.  Do you remember which 200 member you were with?
12  A.  I'm not sure.
13  Q.  And who called Banga, you or the other 200?
14  A.  The 200.
15  Q.  And after you called Banga, what happened after that?
16  A.  We went to Dyckman and Vermilyea, and that's when we picked
17  it up.
18  Q.  OK.  And who did you pick it up from?
19  A.  Banga.
20  Q.  Did you go upstairs?  Did he come down?  How did that work?
21  A.  Came downstairs.
22  Q.  And what did you do after you got the gun?
23  A.  Went back to the parking spot where I had the dispute with
24  the person.
25       THE COURT:  You mean you and somebody else each wanted

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

670

M55Wpab5          Fedor - Direct

1   to park your respective cars in a single spot.
2       THE WITNESS:  Yes, we got into a dispute over a single
3   spot.
4       THE COURT:  All right.
5   BY MS. BHASKARAN:
6   Q.  What happened when you got back to the disputed parking
7   spot?
8   A.  The guy left.
9   Q.  So what did you do with the gun?
10  A.  We went and took it back to Banga.
11  Q.  What, if any, other conversations did you have with Banga
12  about guns?
13  A.  That he will get some guns from PA for a good price and
14  purchase for a good price.
15  Q.  Did you ever take him up on that offer?
16  A.  No, no.
17  Q.  Did you ever commit a robbery with Banga?
18  A.  No.  That I could remember about, no.
19  Q.  Did you ever discuss committing a robbery with Banga?
20  A.  We discussed about going out of town and doing crimes
21  together, but it didn't happen.
22  Q.  I want to now turn your attention to a different topic,
23  which is a conversation you had with Banga in 2014.
24      Did there come a time when you and Banga had a conversation
25  about a murder?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

671

M55Wpab5                Fedor - Direct

1   A. Yes.
2   Q. About when was that conversation?
3   A. Around 2014.
4   Q. Where did that conversation take place?
5   A. On Arden and Sherman on 5420 block.
6   Q. What time of day did that conversation happen?
7   A. It was daytime, like in the afternoon.
8   Q. Why did you go to 5420 that day?
9   A. Because I was meeting up with P-Mula.
10              THE COURT:   Please say it again.
11              THE WITNESS:   P-Mula.
12              THE COURT:   P-Mula.
13              THE WITNESS:   Yeah.
14  BY MS. BHASKARAN:
15  Q. And once you got there, who else was there, if you can
16  remember?
17  A. It was other 200s member, but I was with a 200 member , was
18  with me.
19  Q. Was Banga there?
20  A. Yes.
21  Q. Where did you all hang out?
22  A. The corner of 5420.
23  Q. So outside the building?
24  A. Yes.
25  Q. What was the topic of the conversation once you joined that

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

672

M55Wpab5                Fedor - Direct

1   group?
2   A. I remember Banga saying that his gun was the one that
3   killed the person.
4   Q. So let's back up here.  Was there a conversation about a
5   murder when you got there?
6   A. Yes.  We was speaking about, that he got back at some
7   people that he was beefing with in the Bronx.
8   Q. And to your understanding, when did that murder take place ?
9   A. I know that it was in the year -- if I'm not mistaken, the
10  year 2014.
11  Q. And to your understanding, had that conversation
12  happened -- had the murder happened recently or a while back?
13  A. It was recently.  It wasn't that long ago, around that
14  area.
15  Q. And what made you believe that the murder had just
16  happened?
17  A. Because he was talking about it, and it was in the news
18  and, you know, he -- he was, he was, he was a little bit hyped
19  about it.
20  Q. So tell us, what about Banga say to you during that
21  conversation?
22  A. That his gun was the one that killed the person .
23  Q. Did he say this to you privately, or did he say it to you
24  in a group?
25  A. He said it in the group.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

673

M55Wpab5                Fedor - Direct

1   Q. What was his demeanor like when you had this conversation
2   with him?
3   A. He was feeling himself.  He looked a little bit scared, but
4   he was feeling anxious, you know, like -- he just -- everybody
5   was respecting him around him, so he was feeling good about it.
6   Q. You said he was feeling himself and feeling good about it,
7   what made you believe -- well, first of all, what do you mean
8   by feeling himself?
9   A. You know, like, like, his, that his personality, how he
10  was.  He was changing.  He was talking aggressive.  You know,
11  he was, like, moving around a lot.
12  Q. What was his tone of voice like?
13  A. A little bit aggressive.
14  Q. What was Banga's hair like during this conversation?
15  A. Long, dreads.
16              MS. BHASKARAN:   Ms. Abrams, can you please publish
17  Government Exhibit 303.
18              Could you please blow up the photograph as well.
19  Q. Mr. Fedor, do you recognize the person in this photograph ?
20  A. Yes.
21  Q. Who is it?
22  A. Banga.
23  Q. Can you please describe Banga's hair in this photo ?
24  A. Long dreads.
25  Q. How did Banga's hair during the conversation you just

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

674

M55Wpab5                Fedor - Direct

1   described about the murder compare to Banga's hair in this
2   photograph?
3   A. The same.
4               MS. BHASKARAN:   Ms. Abrams, you can take that down.
5               Thank you.
6   Q. Mr. Fedor, apart from this conversation, did you have any
7   other conversations with Banga about the murder ?
8   A. Not with Ban -- oh, after, after he cut his hair we had a
9   conversation.
10  Q. You said he cut his hair?
11  A. Yes.
12  Q. About how long after the first conversation did he cut his
13  hair?
14  A. Probably like a week or -- I don't remember exactly the
15  time period, but it was, like, a week after that.
16  Q. And prior to that, had you ever seen Banga with short hair?
17  A. No.
18  Q. So what did you say to him, or what did you do once you saw
19  that he had cut off his hair?
20  A. I asked him why he cut his hair.
21  Q. What did he say to you in response?
22  A. Because of the incident that happened, like that nobody
23  could recognize him.
24              THE COURT:   Did he use that word, the incident that
25  happened, or did he describe it?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1  THE WITNESS: But he said exactly, like, like that
2  nobody could recognize him.
3  THE COURT: But due to what? Did he say the incident
4  that happened?
5  THE WITNESS: That's what we're speaking about sir.
6  It was due to the incident that happened, sir.
7  THE COURT: That's what he said.
8  THE WITNESS: No. He, like -- that's what I
9  understood.
10  THE COURT: OK. Thank you.
11  MS. BHASKARAN: Ms. Abrams, could you please publish
12  Government Exhibit 305.
13  Q. Mr. Fedor, do you recognize the individual in the white and
14  blue shirt in this photograph?
15  A. Yes.
16  Q. Who is that?
17  A. Banga.
18  Q. How would you describe Banga's hair in this photograph?
19  A. That's how it looked when I spoke to him.
20  Q. Well, how would you describe his hair in this photograph?
21  A. Short.
22  Q. And was his hair this short when you had the conversation
23  about cutting his hair?
24  A. Yeah, it looked the same.
25  MS. BHASKARAN: Ms. Abrams, you can take that down.

1  Thank you.
2  Q. After the murder, how often did you see Banga?
3  A. Not that often.
4  Q. Why did you see him not that often?
5  A. Because he probably was laying low.
6  MS. MACEDONIO: Objection.
7  A. He was --
8  THE COURT: I'll allow it. That's what the answer is.
9  Objection overruled.
10  MS. BHASKARAN: Ms. Abrams, could you please publish
11  Government Exhibit 309.
12  THE COURT: I take it, sir, you don't know that he was
13  laying low, do you?
14  THE WITNESS: Like, he was in the area, he was --
15  THE COURT: You have to speak into the mike, sir, and
16  talk to the jury.
17  Do you know that he was laying low?
18  THE WITNESS: Yeah. He wasn't -- he wasn't in the
19  area. He was staying away from the area. He was not being
20  seen for nobody.
21  THE COURT: All right.
22  BY MS. BHASKARAN:
23  Q. Mr. Fedor, do you recognize the individual in this
24  photograph?
25  A. Yes.

1  Q. Who is it?
2  A. Banga.
3  Q. How would you describe his hair in this photograph?
4  A. Long dreads.
5  MS. BHASKARAN: Now, Ms. Abrams, can you now go to the
6  comments for this Instagram post.
7  Q. Now, Mr. Fedor, do you see where it says TBT?
8  A. Yes.
9  Q. When you use Instagram, did you use words like TBT?
10  A. Yes.
11  Q. What do you understand TBT to mean?
12  A. Throwback Thursdays.
13  Q. What does that mean in this context?
14  A. Like a old picture.
15  Q. Do you see where it says Topgoon?
16  A. Yes.
17  Q. What did you understand Topgoon to mean?
18  A. Like a top, top soldier for the streets.
19  Q. When you say soldier, what do you mean by that? Soldier
20  for what?
21  A. For gang, for ranks in the street, things like that.
22  Q. After the murder, what, if anything, happened to Banga's
23  reputation?
24  A. He had more respect.
25  Q. What was your understanding of why he had more respect?

1  A. Because of the crimes he was committing.
2  Q. And what was your understanding of how the crimes that he
3  was committing gave him more respect?
4  A. Because people look at you different and they talk to you
5  different. They'll think about trying, try anything with you.
6  Q. I'm sorry. Could you say that again?
7  A. They'll think about trying anything with you, like, coming
8  at you, like, with a problem or anything.
9  Q. And why would it be the case because -- why would that be
10  the case?
11  A. Because the respect went higher, like people's respecting
12  you now. You know, you're a shooter, you gain that respect in
13  the streets.
14  Q. Mr. Fedor, I'd now like to turn to your criminal history.
15  So, you mentioned that you committed many crimes with the
16  200s, is that correct?
17  A. Yes.
18  Q. And generally speaking, what were those crimes?
19  A. Robberies, kidnapping, discharging, high-speed chases,
20  selling drugs, burglarizing businesses. And a lot of other
21  crime.
22  Q. How about assault; did you commit assaults with the 200?
23  A. Yes.
24  Q. How about something called breaking; did you do that with
25  the 200?

**679**

M55Wpab5                Fedor - Direct

1   A.  Yes.
2   Q.  All right.  So let's turn to some of those crimes.
3       So, you mentioned breaking.  Can you tell us what you mean
4   by breaking?
5   A.  Selling fake drugs, putting, putting a real drug in the
6   middle and then we sell -- we show them the real drugs that's
7   in the top, and in the bottom it's fake.
8   Q.  So what kind of fake drugs were you trying to sell?
9   A.  I mean any drug that we could sell.  Any drug that's in the
10  streets -- coke, dope, crack, weed.
11  Q.  How many times do you think you committed breaking with the
12  200?
13  A.  A lot of times.
14  Q.  Over 20?
15  A.  Yeah, more than 20.
16  Q.  And for how many years did you break with the 200 ?
17  A.  From, like, 2010 until I got locked up in 2017.
18  Q.  Who were some of the 200 that you used to break with?
19  A.  With True, Raymito, P-Mula, Necio, and a couple other 200s
20  I can't remember at this time.
21  Q.  Where did the breaking take place?
22  A.  Out of town.
23  Q.  How about New York City?
24  A.  Yes.  If there was a client in New York City, we break them
25  in New York City too.

**680**

M55Wpab5                Fedor - Direct

1   Q.  Did the breaking ever become violent?
2   A.  Yes.
3   Q.  How so?
4   A.  We used to throw people out the car and crash them if we
5   had to.  Tase them, pepper spray them, and everything else.
6   Q.  Did you ever use guns when you were breaking ?
7   A.  Yes.
8   Q.  You mentioned that you used cars.  Can you tell us about
9   that?
10  A.  Yes.
11  Q.  What did you do?
12  A.  We crash them and hit them with the car to, to get away.
13  Q.  Can you tell us about a time when you hit someone or
14  crashed someone with a car when you were breaking with the
15  200s?
16  A.  Yeah.  Somebody tried get in the car, and we hit him and
17  dragged him on, on the street block.
18  Q.  Now, you mentioned that you committed burglaries with the
19  200s, is that correct?
20  A.  Yes.
21  Q.  What types of places did you burglarize?
22  A.  Pharmacies and stores, like, stores and a lot, a lot of
23  businesses, like legit businesses.
24  Q.  What kind of stores?
25  A.  Like grocery stores, supermarkets.

**681**

M55Wpab5                Fedor - Direct

1   Q.  Let me ask you about the pharmacy burglaries.
2       What did you steal from the pharmacies?
3   A.  We used to steal the narcotic pills, like Oxycontins,
4   Percocets, Lean, and the safe of the money.
5           THE COURT:  What is Lean?
6           THE WITNESS:  Lean is, like, the syrup.  Syrup, cough
7   syrup.
8   BY MS. BHASKARAN:
9   Q.  What would you do with the stolen drugs?
10  A.  Sell it.
11  Q.  Sell them?
12  A.  Yeah.
13  Q.  Who were some of the 200 that you did those burglaries
14  with?
15  A.  Milton, Raymito, True, and a couple other 200s .
16  Q.  About how many times did you commit burglaries with the
17  200?
18  A.  A couple good times.
19  Q.  More than five?
20  A.  Yes.
21  Q.  More than ten?
22  A.  You could say less than 20.
23  Q.  You mentioned that you discharged firearms with the 200s,
24  is that correct?
25  A.  Yes.

**682**

M55Wpab5                Fedor - Direct

1   Q.  And who did the shooting?
2   A.  I-- I did shootings, and I was there for other shootings.
3   Q.  So, can you tell us about a shooting that you did with the
4   200?
5   A.  Yes, on 5420 block.
6   Q.  Tell us what happened.
7   A.  I got in a dispute with another person , and then the
8   dispute didn't go good, and I ended up grabbing the gun and
9   shooting at him.
10  Q.  Who were you with?
11  A.  I was with another 200 member.
12  Q.  Which 200 member?
13  A.  Necio.
14  Q.  Did you end up hitting the victim?
15  A.  No.
16  Q.  Did you commit robberies with the 200?
17  A.  Yes.
18  Q.  How about home invasions?
19  A.  Yes.
20  Q.  How many robberies did you commit with the 200 ?
21  A.  Couple robberies, couple good robberies.
22  Q.  More than ten?
23  A.  Around that, that number.
24  Q.  And what did you steal during these robberies?
25  A.  Jewelry, money, and drugs.

683

M55Wpab5          Fedor - Direct

1   Q. Did you use weapons during these robberies?
2   A. Yes.
3   Q. What kind of weapons?
4   A. Guns, knives, and Tasers.
5   Q. Are you familiar with someone named Skrilla?
6   A. Yes.
7   Q. Who is Skrilla?
8   A. That's a known Trinitario from the neighborhood.
9   Q. Does the 200 have any disputes or beefs with Skrilla?
10  A. Yes.
11  Q. What was that over?
12  A. Over a girl.
13  Q. And how was the beef or the dispute resolved?
14  A. We caught him in the club, cut him with a razor, took his
15  chain, took his jewelry and whatever he had in his pocket.
16  Q. When you say we, who are you referring to?
17  A. Me and the 200s.
18  Q. And you said you cut him. Can you tell us what you mean by
19  that?
20  A. We grabbed a razor and cut him in his neck.
21  Q. And which 200 were you referring to?
22  A. P-Mula, Raymito, and Milton, and a couple other 200s that
23  was there.
24  Q. Was a gun involved?
25  A. Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

684

M55Wpab5          Fedor - Direct

1   Q. How was a gun involved?
2   A. One of the 200s had it on top of them.
3   Q. What did you do with the jewelry or the money that you
4   stole from Skrilla?
5   A. We kept some of it and we sold the rest.
6   Q. Did you commit kidnappings with the 200?
7   A. Yes.
8   Q. About how many kidnappings?
9   A. A few.
10  Q. Who were some of the 200s that you did kidnappings with?
11  A. Ray, Priva, and Raymito.
12  Q. Can you tell us about the first time that you kidnapped
13  someone with other 200 members?
14  A. Yes.
15  Q. When was that?
16  A. Like, around the early 2011, around there, around that
17  area, around.
18  Q. And which 200s were involved in that?
19  A. It was me, Priva, and True, if I'm not mistaken.
20  Q. And what was -- who did you kidnap?
21  A. A drug dealer.
22  Q. Why did you kidnap the drug dealer?
23  A. Because he owe us $9,000.
24  Q. Was the kidnapping violent?
25  A. Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

685

M55Wpab5          Fedor - Direct

1   Q. How so?
2   A. We hit him with a gun in the head. We burned him in the
3   ear with a cigarette, and we tasered him in my house.
4   Q. Did you use a gun?
5   A. Yes.
6   Q. How did you use a gun?
7   A. Put it into his face and pistol-whipped him.
8   Q. Was the victim restrained in any way?
9   A. Yes. He had a pillowcase in his head, and he was tie
10  wrapped, zip, zip tied.
11  Q. What, if anything, did you take from the victim?
12  A. He ended up getting us the $9,000 he owe us back.
13  Q. Were there any other kidnappings that you committed with
14  the 200?
15  A. Yes.
16  Q. When was that?
17  A. 2017.
18  Q. Was that the kidnapping that led to your arrest?
19  A. Yes.
20  Q. Who did you do that kidnapping with?
21  A. Raymito.
22  Q. Who did you kidnap?
23  A. Older Trinitario guy.
24  Q. Why did you kidnap him?
25  A. Because he said that he, had drugs in his spot and he --

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

686

M55Wpab5          Fedor - Direct

1   we feel like he lied to us.
2   Q. So you kidnapped him?
3   A. Yes.
4   Q. So tell us what happened during the kidnapping.
5   A. We took him in the car. We pistol-whipped him. I shot to
6   the foot of the car, and then we threw him out the car on the
7   highway.
8   Q. You said you shot a gun at him?
9   A. Yes.
10  Q. Just tell us a little bit more about that.
11  A. I shot to the floor to get him -- because he was
12  struggling; he was trying to get out the car -- for he could
13  calm down.
14  Q. So where was the person that you kidnapped? Was he in the
15  front of the car or the back of the car?
16  A. The back of the car.
17  Q. And where were you?
18  A. In front, driving.
19  Q. And where did you shoot the gun?
20  A. Through the floor.
21  Q. In the front of the car or the back of the car?
22  A. Front of the car.
23  Q. And you said you threw him out of the car?
24  A. Yes.
25  Q. Where did you throw him out of the car?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab5                Fedor - Direct                    687

1    A. On the highway.
2    Q. You mentioned that you engaged in some high-speed car
3    chases with the 200s?
4    A. Yes.
5    Q. Tell us about that.
6    A. When they used to pull us over, we didn't stop. We just
7    keep going.
8    Q. How many times did that happen?
9    A. A lot of times.
10   Q. Apart from the crimes you committed with the 200, have you
11   committed any other crimes?
12   A. Yes.
13   Q. In broad categories, what kinds of crimes have you
14   committed?
15   A. Robberies, breaking, selling drugs, shootings, robberies,
16   all -- all types of crime.
17   Q. All right. So let's start with breaking.
18        So you broke with people who weren't 200s?
19   A. Yes.
20   Q. About how many times?
21   A. A lot of -- a lot.
22   Q. And you committed robberies, correct?
23   A. Yes.
24   Q. How many robberies do you think that you committed in
25   total?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab5                Fedor - Direct                    688

1    A. A lot.
2    Q. Did you use weapons during your robberies?
3    A. Yes.
4    Q. What kinds of weapons?
5    A. Whatever weapon we needed.
6    Q. What kinds of weapons?
7    A. A gun, a Taser, pepper spray, knives.
8    Q. Typically, who were you robbing?
9    A. Drug dealers.
10   Q. What were you robbing them for?
11   A. For their money, their drugs, their jewelry.
12   Q. What did you do with the drugs that you stole from the drug
13   dealers?
14   A. We sell them.
15   Q. In the course of doing these robberies, did there ever come
16   a time when you hurt an innocent person or bystander?
17   A. Yes.
18   Q. Who did you injure?
19   A. We broke in the -- like, we broke in the wrong apartment,
20   and we injure an innocent kid that -- he was a deaf kid.
21   Q. And how was he injured?
22   A. We punched him, we hit him, and then we zip tied him. We
23   zip tied him.
24   Q. Have you committed assaults in your past?
25   A. Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab5                Fedor - Direct                    689

1    Q. About how many assaults do you think you've committed?
2    A. A lot.
3    Q. More than 20?
4    A. You could say more than 20.
5         THE COURT:  The kid that you injured, how old was he,
6    approximately?
7         THE WITNESS:  I don't know. He was young.
8         THE COURT:  All right.
9         THE WITNESS:  He looked that young.
10   BY MS. BHASKARAN:
11   Q. Did you use weapons during your assaults?
12   A. Yes.
13   Q. What kinds of weapons?
14   A. Gun, knife and razors.
15   Q. Have you ever burned someone?
16   A. Yes.
17   Q. What did you use to burn that person?
18   A. A iron.
19   Q. And why did you iron that person?
20   A. Because he didn't want to tell us where the drugs is at.
21   Q. Have you ever assaulted someone with a car?
22   A. Yes.
23   Q. And how many times have you done that?
24   A. A couple times.
25   Q. Have you ever committed any arsons?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M55Wpab5                Fedor - Direct                    690

1    A. Yes.
2    Q. What kinds of things did you set fire to?
3    A. Cars, to do insurance job, and a chicken coop by my area
4    and a basement.
5    Q. You said cars for insurance job?
6    A. Yes.
7    Q. What do you mean by that?
8    A. For, for -- well, like, for we get the money for insurance.
9    Q. And you said you set a chicken coop on fire?
10   A. Yes.
11   Q. Why did you do that?
12   A. Just was bored.
13   Q. And you set your basement on fire?
14   A. Yes.
15   Q. Why did you do that?
16   A. I got in a dispute with the super from the basement.
17   Q. What was the dispute about?
18   A. My dog. He threw my dog away.
19   Q. You mentioned you committed offenses involving firearms, is
20   that correct?
21   A. Yes.
22   Q. And so other than the times you've already mentioned, have
23   you shot guns?
24   A. Yes.
25   Q. Where did you shoot them?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

691

M55Wpab5                    Fedor - Direct

1   A.  In the area, like, in the streets.
2   Q.  At people or up in the air?
3   A.  In the air, at people, however.
4   Q.  Have you ever shot a BB gun?
5   A.  Yes.
6   Q.  Who did you shoot the BB gun at?
7   A.  Innocent people that was walking by on the streets, in the
8   supermarket.
9   Q.  Did you ever lie to, like, cops or law enforcement?
10  A.  Yes.
11  Q.  And how did you lie to law enforcement?
12  A.  By giving them the wrong name, the wrong information, ID,
13  to get off the situation.
14  Q.  So law enforcement would stop you, and you would lie about
15  who you were?
16  A.  Yes.
17  Q.  And have you ever resisted arrest from law enforcement?
18  A.  Yes.
19  Q.  How many times do you think you've done that?
20  A.  A lot of time.
21  Q.  So of the crimes that we just talked about, were you
22  arrested for some them or for all of them?
23  A.  For some of them.
24  Q.  What percentage of the crimes that you committed in your
25  life do you think you were arrested for?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

692

M55Wpab5                    Fedor - Direct

1   A.  A little bit.
2   Q.  For the ones that you weren't arrested for, to your
3   knowledge, how did the government find out about them?
4   A.  Because I told them about it.
5   Q.  I'd like to ask you now some questions about your conduct
6   in prison.
7       I think you mentioned you've been in jail since August of
8   2017?
9   A.  Yes.
10  Q.  Since you've been in jail, have you committed crimes?
11  A.  Yes.
12  Q.  What kinds of crimes have you committed in jail?
13  A.  Try and smuggle K2, smoke K2.  We try to smoke Suboxone,
14  take Suboxone, and assault, assault people while I was in jail.
15  Q.  So you -- it sounds like you would use drugs while you've
16  been in jail?
17  A.  Yes.
18  Q.  And tried to sell drugs while you were in jail?
19  A.  Yes.
20  Q.  And got into fights when you were in jail?
21  A.  Yes.
22  Q.  How many fights have you gotten in in jail?
23  A.  A few.  A few, couple, couple fights.
24  Q.  Have you possessed any kind of contraband while in jail?
25  A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

693

M55Wpab5                    Fedor - Direct

1   Q.  What kind of contraband?
2   A.  Drugs and knife.
3   Q.  To your knowledge, will the judge know about your conduct
4   in prison at sentencing?
5   A.  Yes.
6   Q.  Since you've been in jail, have you had any conversations
7   with any of the people we discussed during your testimony
8   today?
9   A.  Yes.
10  Q.  Who have you spoken to?
11  A.  Raymito and P-Mula.
12  Q.  Let me ask you about P-Mula first.
13      When was the last time you spoke to P-Mula?
14  A.  Not that long ago.
15  Q.  A few weeks ago?
16  A.  Yeah.
17  Q.  Did you discuss the fact that you would be testifying
18  today?
19  A.  Yes, I told him I'm going to be in this trial.
20  Q.  Did you discuss the details of your testimony today?
21  A.  No.
22  Q.  And you said you spoke to Raymito as well, right?
23  A.  Yes.
24  Q.  When was the last time you spoke to Raymito?
25  A.  Like, 2018.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

694

M55Wpab5                    Fedor - Direct

1   Q.  What was the topic of your conversation with Raymito?
2   A.  It wasn't that serious.  It was just talking.
3   Q.  Did you discuss your testimony with Raymito?
4   A.  No.
5           MS. BHASKARAN:  Ms. Abrams, could you please show the
6   witness, the parties, and the Court what's been marked for
7   identification as Government Exhibit 507.
8   Q.  Mr. Fedor, do you recognize who is in this photo?
9   A.  Yes.
10  Q.  Who is it?
11  A.  Me.
12          MS. BHASKARAN:  Your Honor, the government offers
13  Government Exhibit 507.
14          MS. MACEDONIO:  No objection.
15          THE COURT:  Admitted.
16          (Government Exhibit 507 received in evidence)
17          MS. BHASKARAN:  Permission to publish to the jury?
18          THE COURT:  Yes.
19          MS. BHASKARAN:  Thank you.
20          Ms. Abrams, you can take that down.
21          THE COURT:  Approximately how much longer do you have?
22          MS. BHASKARAN:  Approximately five.
23          THE COURT:  All right.
24  BY MS. BHASKARAN:
25  Q.  Mr. Fedor, you were arrested in August 2017 for kidnapping,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1 correct?
2 A.  Yes.
3 Q.  When you were arrested, were you interviewed by law
4 enforcement agents?
5 A.  In the precinct, yes.
6 Q.  OK.  And what was the topic of that interview with law
7 enforcement?
8 A.  They asked me if I wanted to speak with them.
9 Q.  And did you discuss the kidnapping with them?
10 A.  We spoke about it, but I lied to them.
11 Q.  And after that -- let me step back.
12    Well, why did you lie to the cops about it?
13 A.  Because I didn't want to speak to them about the case.
14 Q.  And to your understanding, when you were arrested for
15 kidnapping, were you facing a mandatory minimum sentence?
16 A.  When I ended up in the feds, yes.
17 Q.  And what was that mandatory minimum, to your understanding?
18 A.  My minimum was 20 years.
19 Q.  When you were arrested?
20 A.  Oh, I -- I don't remember. I don't remember exactly.  When
21 I was arrested, I remember, but after that my memory was 20
22 Q.  We'll get to that in a moment.
23    After your arrest, did you then meet with prosecutors and
24 law enforcement agents?
25 A.  Yes.

1 Q.  And how many months after your arrest did that happen?
2 A.  Couple months later.
3 Q.  Since then, how many times did you meet with prosecutors
4 and agents?
5 A.  A lot.
6 Q.  And was your attorney present at those meetings?
7 A.  Yes.
8 Q.  After those meetings, did you enter into a cooperation
9 agreement with the government?
10 A.  Yes.
11 Q.  Was that a written agreement?
12 A.  Yes.
13 Q.  Did you review that agreement with your attorney?
14 A.  Yes.
15 Q.  And did you sign it?
16 A.  Yes.
17 Q.  As a result of that agreement, you testified that you
18 pleaded guilty to certain crimes, correct?
19 A.  Yes.
20 Q.  Have you been sentenced for those crimes yet?
21 A.  No.
22 Q.  What's the maximum possible sentence you could receive for
23 those crimes?
24 A.  Life.
25 Q.  As a result of your guilty plea, are you facing a mandatory

1 minimum sentence now?
2 A.  Yes.
3 Q.  What is it?
4 A.  20 years.
5 Q.  Who decides what your sentence will be?
6 A.  The judge.
7 Q.  Does anyone else decide?
8 A.  No.
9 Q.  What's your understanding of what you promised to do in
10 your agreement with the government?
11 A.  To tell the truth.
12 Q.  If you live up to your side of the agreement, what's your
13 understanding of what the government is required to do?
14 A.  Write a 5K1 letter for me.
15 Q.  What is your understanding of what type of information goes
16 into a 5K1 letter?
17 A.  The good and the bad.
18 Q.  Did the government make any promises to you about what type
19 of sentence you will receive if you fully cooperate?
20 A.  No.
21 Q.  Has anyone else?
22 A.  No.
23 Q.  Will the government recommend a specific sentence for you?
24 A.  I don't think so.
25 Q.  What are you hoping to get out of cooperating with the

1 government?
2 A.  Time served.
3 Q.  Do you know one way or another whether you will, in fact,
4 receive less jail time because you cooperated?
5 A.  No.
6 Q.  As you understand it, even if the judge receives a 5K1
7 letter from the government, is the judge required to sentence
8 you to less prison time?
9 A.  No.
10 Q.  As you understand it, what could happen to you today if you
11 lie?
12 A.  I get life in prison.
13 Q.  What would happen to your cooperation agreement?
14 A.  It will get ripped up.
15 Q.  If you lose your cooperation agreement, will you be able to
16 withdraw your guilty plea?
17 A.  Say that again?
18 Q.  If you lose your cooperation agreement, can you take back
19 your guilty plea?
20 A.  No.
21 Q.  What's the minimum sentence you face if you lie?
22 A.  20.
23 Q.  20 years?
24 A.  Yeah, 20 years.
25 Q.  To your understanding, does the verdict in this trial have

M55Wpab5                     Fedor - Direct                     699

1    any effect on whether you receive a 5K letter?

2    A.  No.

3          MS. BHASKARAN:   One moment, your Honor?

4          No further questions, your Honor.

5          THE COURT:   All right.  Thank you.

6          Ladies and gentlemen, it's 4:35.  We'll exhibit for the

7    day today.  We'll pick it up tomorrow at 9:30.  Be here by

8    9:30, again, jury room for courtroom 23B.  The latest we'll go

9    tomorrow is 4 p.m.  The testimony may end before that, but we

10   won't continue beyond 4 p.m.  All right?

11         Enjoy.  It's a beautiful day.  Keep an open mind.  You

12   have not heard all of the testimony.  We'll see you tomorrow by

13   9:30.  You've been very timely, and it's very much appreciated.

14         (Continued on next page)

---

M55Wpab5                     Fedor - Direct                     700

1          THE COURT:  You may step down, sir.  We'll see you

2    tomorrow at 9:30.

3          (Witness not present).

4          THE COURT:   9:30, everybody.

5          (Adjourned to May 6, 2022, at 9:30 a.m.)

---

701

1                     INDEX OF EXAMINATION

2    Examination of:                    Page

3     SALVATORE LACOVA

4    Direct By Ms. Bhaskaran . . . . . . . . .      457

5    Cross By Ms. Macedonio . . . . . . . . .       487

6     PETER LOPEZ

7    Direct By Ms. Espinosa . . . . . . . . . .     493

8    Cross By Mr. Schneider . . . . . . . . . .     550

9    Redirect By Ms. Espinosa . . . . . . . . .     645

10    LUIS FEDOR

11   Direct By Ms. Bhaskaran . . . . . . . . .      654

12               GOVERNMENT EXHIBITS

13   Exhibit No.              Received

14    510   . . . . . . . . . . . . . . . . . . . .      502

15    506   . . . . . . . . . . . . . . . . . . . .      505

16    S8, 604, and 238 . . . . . . . . . . . . . .      653

17    507   . . . . . . . . . . . . . . . . . . . .      694

BY MR. SCHNEIDER: [14] 550/11 557/12 572/12 574/10 576/11 591/3 608/25 609/18 611/13 613/5 615/17 620/23 630/1 634/1

BY MS. BHASKARAN: [12] 457/20 461/22 465/21 654/9 656/23 667/8 670/5 671/14 676/22 681/8 689/10 694/24

BY MS. ESPINOSA: [10] 493/1 493/17 495/21 498/7 512/2 521/7 523/24 540/16 543/18 645/11

BY MS. MACEDONIO: [1] 487/10

MR. HOBSON: [7] 651/3 651/7 651/18 652/6 652/9 653/10 653/16

MR. SCHNEIDER: [42] 456/5 502/17 505/13 511/22 512/5

512/14 512/23 523/21 543/15 575/4 576/16 585/12 585/14 585/19 587/7 587/19 589/5 591/1 597/13 597/15 598/3 598/7 598/9 598/17 598/20 598/23 599/2 599/4 600/2 600/4 608/21 613/18 621/8 643/3 645/4 645/7 646/23 647/12 648/8 650/10 653/4 656/18

MS. BHASKARAN: [40] 456/9 456/12 457/6 461/8 461/13 472/21 472/25 474/8 476/7 477/19 478/22 481/11 483/1 484/1 485/2 486/7 487/6 492/2 500/6 500/18 649/5 649/9 649/13 650/5 650/7 650/15 653/21 656/5 673/16 674/4 675/11 675/25 676/10 677/5 694/5 694/12 694/17 694/19 694/22 699/3

MS. ESPINOSA: [43] 492/8 492/24 496/17 496/23 498/3

498/18 350/13 502/9 502/15 502/20 505/4 505/11 505/16 505/19 511/24 519/8 519/10 519/13 519/18 519/22 521/6 543/17 550/5 550/7 574/8 576/9 588/4 597/10 608/20 609/16 613/2 613/14 614/3 620/19 626/18 629/24 630/3 633/24 634/10 645/8 648/1 648/4 648/10

MS. MACEDONIO: [10] 461/15 491/17 491/24 587/24 588/7 588/9 588/11 588/14 676/6 694/14

THE COURT: [154] 456/2 456/6 456/11 456/13 456/16 457/11 457/13 461/16 462/22 463/7 463/21 464/1 464/9 465/1 465/4 465/19 472/24 487/8 491/14 492/1 492/3 492/7 492/10 492/15 492/18 493/10 493/15

THE COURT:...
[127] 495/18 498/5
498/15 502/18
505/14 505/17
511/23 511/25 512/6
512/15 512/24 519/7
519/9 519/12 519/16
519/20 519/23 520/2
520/5 521/2 523/22
540/1 540/4 540/10
540/15 543/16 550/8
551/22 553/23 554/1
572/7 574/9 575/1
576/10 576/14
576/17 585/10
585/13 585/18
585/21 586/2 587/4
587/16 588/1 588/5
588/8 588/10 588/12
589/2 590/24 591/2
597/11 597/14 598/2
598/6 598/8 598/13
598/18 598/22 599/1
599/3 600/3 608/24
609/17 611/8 613/4
613/15 614/4 615/15
620/20 626/19
629/25 630/4 633/25
634/11 643/2 645/3
645/9 646/24 647/13
648/2 648/5 648/13

649/2 649/7 649/10
649/22 649/24 650/8 650/11
650/23 651/5 651/16
651/21 651/25 652/4
652/8 653/3 653/6
653/14 653/17
653/23 656/7 656/14
656/17 656/20
669/25 670/4 671/10
671/12 674/24 675/3
675/7 675/10 676/8
676/12 676/15
676/21 681/5 689/5
689/8 694/15 694/18
694/21 694/23 699/5
699/15 700/4

THE WITNESS:
[33] 457/12 461/11
462/24 463/9 463/23
464/3 464/11 465/3
465/6 465/20 492/5
492/17 493/14
493/16 495/20 540/3
540/7 540/14 572/11
615/16 648/7 656/16
670/2 671/11 671/13
675/1 675/5 675/8
676/14 676/18 681/6
689/7 689/9

$

$12,000 [1] 503/14
$15,000 [1] 537/5

$150,000 [1] 624/9
$20 [1] 662/23
$31,000 [1] 643/21
$35,000 [1] 503/24
$9,000 [2] 684/23
685/12

'

'18 [1] 595/17
'19 [1] 595/18
'20 [1] 595/18
'21 [1] 595/18
'22 [1] 595/18
'Cause [1] 657/23
'em [1] 536/14

-

--------------------

----x [2] 455/2 455/7

.

.25 [2] 510/17
511/12
.353 [3] 478/8
489/22 490/1
.357 [7] 478/10
478/11 478/11 485/1
485/1 489/22 489/25
.359 [2] 478/8 490/1
.38 [19] 477/25
478/6 478/9 478/10
478/19 484/11
484/20 484/24
484/25 484/25

.38... [9]  486/20
486/22 486/23
489/13 489/17
489/20 490/13
490/19 491/16
.38/9 [8]  477/25
478/19 484/11
484/20 484/24
486/23 489/17
489/20
.380 [7]  478/9
478/13 478/14
478/16 484/25
489/21 490/2
.40 [39]  475/4
475/14 475/16
475/23 476/1 476/3
476/5 476/21 476/23
477/2 477/4 477/8
477/12 477/15
477/17 482/19
482/23 482/25
483/13 483/20
483/22 483/23
485/14 485/15
485/18 485/19
486/15 486/17
486/21 486/25 487/3
487/16 488/1 488/2
488/6 488/9 488/21
488/25 489/9
.45 [2]  510/6 645/22

1

10 [5]  470/24 475/18
475/20 503/14
648/14
100 [5]  460/14
460/15 490/3 532/14
665/5
1000558841 [1]
473/7
10Toez [4]  529/17
529/23 529/24
529/24
11 [3]  587/10 621/13
652/10
12 [8]  458/15 475/13
486/13 486/15
486/20 580/16
590/21 590/24
13 [2]  474/10 481/17
135th [1]  505/22
136.3 [1]  479/8
136th [1]  505/23
139.7 [1]  478/15
14 [9]  478/24 479/24
481/2 483/6 483/17
485/7 624/21 625/3
629/17
140-grain [1]  490/3
145 [1]  538/1
15 [18]  458/9 460/3
477/21 478/15 484/3
484/7 484/10 484/17

485/7 486/21 486/24
487/2 519/24 520/2
543/25 577/10
595/21 615/18
15-minute [1]
648/15
1532866412 [1]
524/19
16 [9]  476/8 476/9
476/20 483/6 483/13
483/18 485/7 543/25
580/11
160 [1]  666/3
161 [1]  666/3
162 [1]  666/3
163 [1]  666/3
1653 [1]  473/3
17 [6]  477/21 484/3
484/7 484/10 484/17
485/7
18 [3]  455/4 486/24
567/12
19 [9]  476/8 476/9
476/21 483/3 483/6
483/13 483/18 485/7
486/9
190 [1]  665/25
191 [1]  665/25
192 [1]  665/25
193 [1]  665/25

**2** 626/12 629/8 629/9 2009 [2] 535/19

**20 [16]** 509/24
519/18 572/19
624/10 659/2 679/14
679/15 681/22 689/3
689/4 695/18 695/21
697/4 698/22 698/23
698/24
**200 [124]** 495/3
495/4 495/7 495/8
495/9 495/11 495/22
495/25 496/1 496/5
496/16 497/1 497/5
497/10 497/12
498/25 499/1 499/4
499/5 499/6 499/9
501/5 501/13 502/3
502/5 504/16 504/19
504/21 508/16
510/21 510/23
512/19 513/1 513/21
513/23 514/6 514/8
514/13 516/16
516/25 517/10
517/11 521/9 522/2
523/25 525/14 526/2
530/15 530/22 531/2
531/3 531/7 531/14
531/15 531/19
531/20 532/23 533/2
535/11 543/6 543/9
591/17 597/1 622/17

626/10 629/8 629/9
629/12 629/19 630/8
630/23 644/20
644/21 655/21 656/4
657/15 657/17
657/19 657/22
657/23 658/1 658/4
658/21 658/25 659/8
659/21 659/22
660/18 661/8 663/7
663/10 665/13
665/13 666/4 666/21
667/2 667/5 668/13
668/15 668/17
668/21 669/8 669/11
669/13 669/14
671/17 678/22
678/25 679/12
679/16 679/18
681/13 681/17 682/4
682/11 682/12
682/16 682/20 683/9
683/21 684/6 684/13
685/14 687/10
**200's [5]** 508/25
511/21 512/3 512/10
521/20
**2006 [1]** 591/24
**2007 [3]** 591/24
592/2 592/14
**2008 [4]** 554/2
555/16 556/11 658/2

556/11
**200Gz [2]** 525/2
525/13
**200s [36]** 495/13
495/14 496/14 497/7
511/6 521/13 548/12
622/21 622/23 627/1
627/21 627/25 628/2
628/13 629/4 629/5
655/20 655/23
658/15 658/18
660/20 662/19
671/17 678/16
679/19 680/15
680/19 681/15
681/23 683/17
683/22 684/2 684/10
684/18 687/3 687/18
**200th [1]** 657/23
**201 [1]** 662/24
**2010 [6]** 498/1 658/2
658/3 666/17 669/3
679/17
**2011 [2]** 561/24
684/16
**2012 [1]** 639/10
**2012-2013 [1]**
512/13
**2013 [3]** 512/13
562/24 564/7
**2014 [18]** 473/1

Case 1:18-cr-00319-SHS   Document 540   Filed 05/20/20   Page 67 of 189

**2014...** [17]  473/12
513/4 513/5 513/6
516/17 522/7 566/21
566/24 567/1 567/5
571/20 591/5 622/8
629/7 670/23 671/3
672/10
**2015** [8]  513/6
513/14 513/20
522/21 523/19
564/20 567/2 652/10
**2016** [4]  564/24
567/12 639/12
652/20
**2017** [17]  535/14
543/25 577/10 591/6
592/3 592/15 595/17
595/22 615/18
617/22 618/9 655/4
658/5 679/17 685/17
692/8 694/25
**2018** [7]  528/15
580/16 590/24
590/24 593/22 600/7
693/25
**2019** [2]  620/5
621/13
**2022** [5]  455/8
624/21 625/3 629/17
700/5
**203** [2]  496/18

**659/15**
**21** [1]  554/16
**215** [2]  506/24 508/2
**22** [2]  597/8 600/8
**23** [1]  600/7
**235** [1]  661/12
**238** [5]  652/18 653/2
653/11 653/14
701/16
**238 received** [1]
653/8
**23B** [2]  585/24
699/8
**24** [3]  458/5 487/20
487/24
**25** [1]  554/8
**2:10** [1]  587/2
**2hunnit** [2]  530/10
530/14

**3**

**3,000** [2]  637/6
637/7
**30** [10]  456/10
509/24 519/18 547/9
549/21 593/20
594/18 604/22
604/23 659/4
**30,000** [2]  469/14
624/10
**303** [2]  522/11
673/17
**304** [2]  500/7 500/20

**305 [3]  522/24**
524/13 675/12
**307** [1]  525/16
**309** [1]  676/11
**312** [1]  526/23
**315** [2]  663/5 664/12
**317B** [2]  518/19
519/13
**319** [1]  455/4
**32** [1]  469/10
**322** [1]  527/13
**324** [1]  528/17
**325** [1]  530/6
**34** [1]  654/15
**34th** [2]  538/17
570/24
**35** [1]  469/10
**350** [1]  461/3
**3513-22** [2]  597/8
600/8
**36** [2]  493/9 493/16
**3:30** [1]  649/11

**4**

**40** [2]  659/6 659/7
**40-something** [1]
469/10
**45** [4]  456/10 649/6
649/15 651/21
**46** [1]  615/15
**4:30** [5]  648/17
648/17 649/11
651/22 651/23

**4**

4:35 [1]  699/6

**5**

50 [1]  510/16
50,000 [1]  469/14
502 [1]  514/14
505 [1]  660/24
506 [4]  505/6 505/12
 505/15 660/4
507 [3]  694/7 694/13
 694/16
510 [2]  502/10
 502/19
5420 [7]  663/3
 663/19 666/19 671/5
 671/8 671/22 682/5
59 [1]  494/2
5K [3]  590/2 594/21
 699/1
5K1 [14]  494/19
 547/22 547/25
 549/11 549/22 550/3
 647/18 647/21
 647/24 657/10
 657/11 697/14
 697/16 698/6

**6**

6.6 [1]  637/4
601 [2]  473/5 473/12
602 [2]  473/10
 473/14

**604 [1]  653/2**
**6-15 [6]  652/18**
**653/8 653/12 653/14**
**701/16**

**7**

75 [1]  491/22

**9**

9-1-1 [2]  641/17
 641/19
91 [2]  597/8 600/9
95 [3]  460/15 478/14
 490/2
9:15 [1]  587/8
9:30 [7]  455/9 699/7
 699/8 699/13 700/2
 700/4 700/5

**A**

a.m [2]  455/9 700/5
A1 [2]  537/23
 537/24
A1 Henny [1]
 537/24
abbreviated [2]
 462/11 462/11
abide [1]  556/23
abiding [2]  566/7
 566/17
able [24]  470/23
 479/15 479/17
 479/20 481/6 481/21
 482/16 484/14
 485/18 486/3 486/5

**653/2 13/16 8519/10**
528/24 549/24
563/13 570/13
575/24 617/5 634/18
643/25 644/7 661/23
698/15
about [212]  461/2
 464/22 470/22
 473/25 478/8 478/14
 483/19 484/18
 486/24 489/14
 489/16 489/22 490/1
 490/14 490/18 491/9
 491/20 494/6 494/20
 504/23 506/18
 507/22 508/4 508/15
 512/17 514/3 514/5
 514/8 514/10 515/1
 515/6 515/17 516/1
 516/3 516/8 516/10
 521/8 521/13 523/8
 523/25 524/5 532/21
 533/6 533/7 533/12
 533/16 534/1 534/5
 534/16 534/20
 534/23 535/8 535/10
 535/25 537/10
 539/22 541/22
 541/24 543/3 543/3
 543/6 543/8 543/12
 544/16 544/25
 544/25 545/1 545/8

| **A** | 624/19 625/5 625/8 | 500/6 500/8 500/19 |
|---|---|---|
| **about... [144]** | 625/9 631/13 631/18 | 501/10 502/9 502/20 |
| 545/11 545/15 | 645/13 646/3 646/6 | 502/21 505/4 505/20 |
| 545/24 546/4 548/4 | 646/7 646/8 646/10 | 514/14 514/20 |
| 548/11 548/11 | 646/13 648/17 | 518/18 519/5 522/10 |
| 548/12 548/13 | 649/15 651/8 655/15 | 522/18 522/24 |
| 548/18 548/21 | 657/14 657/15 664/5 | 524/12 524/20 |
| 552/19 553/20 | 666/16 670/12 | 525/15 526/3 526/22 |
| 553/21 559/20 | 670/18 670/20 | 527/3 527/8 527/12 |
| 565/20 567/12 | 670/25 671/2 672/4 | 528/4 528/16 529/11 |
| 569/23 572/1 572/4 | 672/6 672/17 672/19 | 530/3 530/5 532/2 |
| 573/4 574/14 576/12 | 672/20 673/5 673/6 | 541/9 653/10 659/15 |
| 577/22 579/14 | 674/1 674/7 674/12 | 659/25 660/4 660/16 |
| 579/23 580/5 580/17 | 675/5 675/23 678/5 | 660/24 661/12 |
| 580/20 581/3 581/10 | 678/7 678/22 678/24 | 661/13 662/24 663/4 |
| 582/7 583/6 583/11 | 679/23 680/8 680/13 | 664/11 664/18 |
| 584/1 584/2 584/3 | 681/1 681/16 682/3 | 673/16 674/4 675/11 |
| 584/6 587/8 587/9 | 682/18 684/8 684/12 | 675/25 676/10 677/5 |
| 589/6 589/21 590/12 | 686/10 687/5 687/20 | 694/5 694/20 |
| 591/7 593/7 593/7 | 689/1 690/17 691/14 | **absence [1]** 485/12 |
| 594/3 595/23 595/25 | 691/21 692/3 692/4 | **absent [4]** 466/4 |
| 596/11 598/5 598/11 | 692/5 693/3 693/12 | 483/25 485/20 |
| 598/13 598/15 | 695/10 695/12 | 491/12 |
| 598/20 598/24 | 695/13 697/18 | **academy [11]** |
| 600/11 601/23 | **above [3]** 459/4 | 487/23 496/1 508/22 |
| 603/14 604/3 604/24 | 528/14 652/23 | 508/24 509/1 521/24 |
| 606/22 607/23 | **Abrams [67]** 455/24 | 652/11 657/25 |
| 608/19 609/2 611/2 | 473/8 473/13 474/8 | 661/11 661/17 662/2 |
| 614/5 614/19 615/12 | 476/7 477/19 478/22 | **accept [1]** 588/5 |
| 616/9 621/20 621/25 | 481/11 481/13 483/1 | **accepted [1]** 633/22 |
| 622/2 622/4 622/5 | 484/1 484/4 485/2 | **accident [1]** 602/21 |
| 623/25 624/13 | 486/7 496/17 496/23 | **accompany [1]** |

Case 1:18-cr-00319-SHS Document 504 Filed 07/20/23 Page 70 of 189

**A**

accompany... [1] 489/21
account [3] 500/12 524/23 664/7
accounts [1] 581/17
accused [1] 538/25
accusing [1] 524/8
acquitted [1] 647/23
across [1] 507/1
act [7] 575/8 592/9 592/11 621/15 631/17 631/21 655/13
action [3] 463/3 466/1 466/1
actively [1] 615/3
Acts [2] 534/6 534/7
actual [1] 617/3
actually [30] 467/16 484/4 489/23 499/2 522/19 528/24 538/23 539/1 540/7 541/9 541/23 548/12 549/8 551/19 561/10 561/23 563/9 570/4 596/17 600/17 601/18 604/16 609/10 609/11 615/14 636/16 640/22 647/19 653/23 661/13
add [2] 561/2 579/17
added [1] 570/20
addition [5] 560/5 584/5 605/19 611/14 624/11
Adjourned [1] 700/5
admit [1] 505/11
admitted [9] 472/22 502/18 505/14 534/21 540/23 576/7 592/15 653/7 694/15
adopted [1] 475/19
adult [3] 550/20 550/22 552/2
advance [1] 619/15
affiliated [1] 497/8
affiliation [1] 499/10
after [84] 460/1 466/3 468/20 498/2 503/10 504/1 513/19 513/20 516/19 517/4 521/11 521/14 521/20 522/2 523/19 524/6 524/9 527/9 532/18 535/6 536/9 537/6 537/10 537/20 537/24 538/18 539/7 543/19 544/3 544/6 544/19 565/6 569/15 570/19 570/23 571/13 573/2 574/11 578/22 585/23 585/24 586/2 589/16 593/22 601/5 601/8 601/19 601/21 605/4 605/15 608/5 611/1 611/3 613/8 618/4 624/12 629/10 629/19 634/21 641/1 641/10 642/20 649/10 658/2 658/3 665/4 669/1 669/15 669/15 669/22 674/8 674/8 674/12 674/15 676/2 677/22 695/11 695/21 695/23 696/1 696/8
afternoon [6] 586/6 650/3 650/14 654/10 654/11 671/7
again [40] 462/22 464/4 464/7 469/6 471/11 475/15 477/22 480/2 480/9 480/24 482/13 485/12 499/7 506/20 510/10 512/23 519/12 531/13 537/10 544/6 563/4

Case 1:18-cr-00319-SHS Document 540 Filed 05/20/23 Page 71 of 189

again... [19]  563/14
563/23 567/12
567/16 568/9 583/10
605/8 605/16 608/14
612/13 618/4 629/17
631/13 653/18
668/22 671/10 678/6
698/17 699/8
against [26]  482/4
482/15 486/4 542/8
561/18 562/13
574/16 578/6 580/9
596/12 596/18 597/5
598/5 598/11 598/21
598/25 600/6 600/12
602/14 609/13
609/20 610/21
621/13 622/5 665/9
665/10
agents [7]  542/23
544/5 577/6 581/21
695/4 695/24 696/4
aggressive [3]  669/7
673/10 673/13
aggressor [1]  612/6
ago [4]  541/12
672/13 693/14
693/15
agree [1]  651/14
agreed [5]  589/17
593/9 639/23 652/9

agreement [47]
481/18 483/8 484/8
494/12 494/15
544/12 544/15
546/14 546/17
546/19 547/17
547/20 549/16
549/17 549/20
549/24 580/1 580/4
580/12 589/18
590/16 590/18
590/22 593/12
593/19 593/22 594/9
594/14 594/20 595/6
595/8 595/11 601/6
605/5 608/6 617/13
657/3 657/6 696/9
696/11 696/13
696/17 697/10
697/12 698/13
698/15 698/18
agreements [1]
578/15
ah [1]  634/18
ah-ha [1]  634/18
ahead [9]  459/13
472/24 511/7 575/3
598/22 641/6 642/8
646/24 654/4
aid [2]  535/4 593/1
ain't [1]  662/3

691/3
all [139]  456/7
456/13 461/5 461/5
461/9 461/16 464/1
464/10 471/12 472/7
474/11 479/10
486/19 487/23
490/20 492/3 494/20
496/23 498/5 498/15
499/3 500/1 500/21
501/3 501/18 502/9
502/21 504/2 505/4
505/24 508/10 509/2
514/5 514/20 514/22
515/20 515/22 516/6
516/14 518/18 519/4
519/5 519/16 519/20
520/2 521/25 524/12
526/3 526/11 528/4
529/11 529/14 531/9
532/2 532/10 534/17
535/8 539/24 540/15
541/24 542/1 542/3
544/12 545/6 549/17
552/16 553/21
562/15 563/25 564/6
566/11 568/22
571/20 576/17
580/20 582/13
582/14 582/18 585/4
587/9 587/16 587/25

Case 1:18-cr-00319-SHS Document 415-9 Filed 05/20/22 Page 72 of 189

**A**

all... [57]  589/16
589/20 590/12 591/2
592/3 592/14 593/6
593/25 595/15
596/23 597/2 599/3
603/4 609/3 611/2
612/11 612/12 617/9
618/2 618/8 632/25
633/20 638/12 641/5
642/9 646/6 646/7
647/3 648/5 648/13
649/7 649/24 650/1
650/8 650/13 651/1
651/1 651/16 653/17
653/24 657/19 662/1
668/2 670/4 671/21
673/7 676/21 679/2
687/16 687/16
687/17 689/8 691/22
694/23 699/5 699/10
699/12
**alleviate [1]** 650/19
**allow [11]** 459/2
461/18 512/6 609/17
613/4 614/4 634/11
646/24 647/13
650/18 676/8
**allowed [8]** 477/12
513/18 584/20
584/22 589/13 603/4
614/8 616/24

**allows [4]** 459/4
468/12 480/5 480/11
**almost [6]** 490/3
542/10 560/16
595/25 607/9 668/5
**alone [1]** 581/6
**along [3]** 477/9
510/3 539/7
**already [17]** 496/18
508/3 510/14 514/15
533/7 534/2 537/15
538/7 565/7 571/5
572/21 579/14
579/17 619/21 621/2
640/2 690/22
**Alski [2]** 505/25
506/5
**also [77]** 455/24
462/10 463/10 466/5
467/4 468/6 468/13
469/5 469/5 469/13
471/7 471/25 472/19
475/20 477/2 478/21
479/11 483/20
484/13 484/20
487/19 489/10
493/21 494/24 495/6
495/13 496/3 497/5
498/25 499/4 518/15
543/8 548/3 548/13
550/24 551/2 551/5
551/8 551/11 554/10

**also [77]** 561/11 565/8 13
565/16 568/1 570/18
571/7 578/2 580/1
581/13 582/5 582/16
583/6 585/5 590/15
591/21 592/21
592/25 594/3 595/17
596/8 605/19 607/20
608/9 610/3 610/17
620/15 624/4 624/12
627/4 629/4 632/11
636/1 638/2 638/16
646/2 646/12 660/1
**alternative [1]**
513/11
**always [5]** 516/5
539/15 572/3 633/22
640/4
**am [3]** 485/17 531/9
533/5
**AMERICA [1]**
455/3
**ammunition [13]**
461/25 462/1 462/6
462/21 466/12
466/13 467/20 475/5
475/6 475/25 475/25
476/1 477/17
**among [1]** 565/23
**amounts [1]** 560/11
**analysis [15]** 458/12
458/14 458/16

**A**

analysis... [12] 458/25 459/15 461/14 461/19 472/5 473/12 473/23 473/25 475/7 486/10 488/3 488/5

analyze [2] 472/18 483/21

analyzed [3] 460/20 479/22 481/9

analyzing [1] 474/4

animal [1] 457/25

ankle [1] 506/2

ankles [1] 636/1

another [30] 460/1 479/3 506/14 506/21 519/18 536/2 541/14 545/24 546/6 549/8 564/23 602/4 602/4 606/1 606/1 606/4 606/13 607/17 607/20 608/9 608/9 610/1 621/23 665/9 665/9 668/13 668/15 682/7 682/11 698/3

answer [14] 461/18 512/7 562/9 576/18 580/25 585/14 585/15 598/7 599/1 599/2 600/14 606/4 620/20 676/8

answered [1] 591/13

answers [1] 460/13

anvil [1] 464/14

anxious [1] 673/4

any [118] 468/7 468/19 479/21 480/6 480/12 480/18 481/5 481/7 481/25 483/18 484/18 487/8 490/15 493/4 495/22 496/11 496/25 498/19 498/24 500/21 502/3 502/25 506/13 508/16 511/1 513/21 515/13 516/10 535/9 536/3 539/22 540/17 540/22 541/4 542/21 545/7 545/11 547/14 548/4 548/18 548/21 550/3 556/4 558/25 559/13 564/9 564/12 566/3 566/5 568/5 568/13 574/4 581/24 582/6 582/22 582/25 585/5 585/5 587/24 589/10 590/5 592/18 594/6 594/8 604/6 604/6 604/20 604/22 605/1 615/11 617/9 617/13 622/10 622/14 622/23 624/7 624/15 624/15

627/24 627/24 630/25 631/9 631/11 640/23 644/20 646/16 647/10 647/18 653/3 653/18 653/19 654/1 654/12 655/9 656/3 658/11 659/11 659/23 661/8 662/11 663/7 665/14 670/11 674/6 679/9 679/9 683/9 685/8 685/13 687/11 689/25 692/24 693/6 693/7 697/18 699/1

anybody [22] 513/17 530/10 530/13 530/15 532/22 582/9 582/14 594/3 595/22 605/10 622/17 622/20 622/23 623/8 623/10 623/10 624/7 624/15 625/9 628/8 628/11 630/22

anymore [3] 521/17 531/15 639/12

anyone [25] 504/12 506/7 507/16 509/11 509/14 522/25 523/6 525/17 528/18 529/5 529/7 529/9 531/10

anyone... [12]  537/6
537/18 538/20 541/4
547/14 548/21 584/7
646/19 646/22
646/25 697/7 697/21
anything [27]
480/16 489/16 492/1
494/17 501/23
509/20 512/17 515/1
515/17 518/25
537/23 539/3 541/22
549/10 584/6 587/11
587/11 611/2 625/9
628/2 640/23 654/2
677/22 678/5 678/7
678/8 685/11
anyway [1]  596/4
anywhere [3]
469/14 498/8 649/14
apart [4]  485/25
660/17 674/6 687/10
apartment [1]
688/19
apologies [2]  618/21
638/14
apologize [8]  492/10
500/20 524/15
543/17 564/10
587/22 643/4 647/16
appearance [1]
524/11

[1]  455/15
appears [2]  528/25
663/10
appointment [1]
559/15
appreciate [2]  457/3
632/8
appreciated [1]
699/13
appropriate [1]
555/24
approximately [12]
501/24 503/3 504/19
535/13 541/12
569/20 587/17 649/6
658/24 689/6 694/21
694/22
April [6]  601/11
604/22 604/23
624/21 625/3 629/17
Arden [6]  657/25
661/11 662/6 662/10
662/12 671/5
are [148]  459/25
460/2 463/17 465/17
465/18 465/23 467/6
468/22 469/2 469/19
469/21 469/21
469/25 469/25 470/2
470/4 470/4 470/6
471/15 471/15

476/21 477/3 477/6
478/4 482/6 482/8
482/9 482/12 484/22
485/22 488/20 490/5
490/6 490/6 493/8
493/15 494/3 494/18
499/11 499/23 500/2
500/3 500/12 507/8
508/19 511/3 513/18
515/13 515/20
518/15 521/17
521/18 525/6 525/9
525/22 525/24 526/1
526/17 526/18
526/19 531/6 531/6
531/6 531/7 531/11
531/14 531/15
531/15 531/23
531/24 531/24
532/14 532/19
532/23 532/23 533/7
536/14 540/5 540/5
540/12 549/2 549/5
549/17 550/17
552/14 552/16
555/10 555/13 559/3
563/25 574/11 578/2
578/3 578/15 579/17
582/10 583/11
589/13 598/2 602/3
602/10 604/7 606/18

**A**

Case 1:18-cr-00319-SHS Document 314 Filed 11/30/23 Page 75 of 185

are... [42]  611/10
626/12 626/16
626/17 626/23
626/24 631/14
631/15 631/17
637/13 641/4 642/1
642/2 644/7 644/19
647/4 648/5 649/21
650/13 650/20 651/4
651/7 651/18 651/19
653/19 654/14 655/1
657/5 657/21 658/13
661/23 662/11
662/18 663/20 665/6
665/10 665/23 666/1
683/5 683/16 696/25
697/25
area [22]  461/19
464/4 469/8 473/3
475/8 493/21 495/6
496/3 515/12 515/14
522/1 630/10 640/10
665/21 666/17
672/14 676/14
676/19 676/19
684/17 690/3 691/1
aren't [3]  490/5
550/17 615/24
argument [2]  653/4
653/6
arms [1]  529/3

around [34]  463/13
466/22 480/4 491/22
496/3 506/24 506/25
508/7 514/3 518/1
524/7 524/10 527/23
537/22 584/4 606/10
623/17 651/23 656/9
658/8 661/6 666/17
671/3 672/13 673/5
673/11 682/23
684/16 684/16
684/16 684/17
arrest [14]  542/19
543/19 544/3 544/6
554/10 560/25 561/2
561/5 651/8 651/9
685/18 691/17
695/23 696/1
arrested [32]  534/16
534/19 543/21 544/1
550/25 554/2 554/10
554/14 554/16 560/2
560/23 560/24
561/22 561/24
562/24 563/5 567/15
571/7 571/21 645/13
645/16 652/11 655/5
655/9 691/22 691/25
692/2 694/25 695/3
695/14 695/19
695/21
arresting [1]  550/24

arrests [2]  560/3
560/6
arsons [1]  689/25
article [3]  498/11
529/1 656/11
as [128]  457/9
457/10 460/18
460/25 461/14
461/17 464/5 469/6
470/16 470/17 476/9
477/22 477/25
478/25 479/24
482/12 483/18
484/24 484/25
485/17 486/5 487/25
488/3 488/13 488/15
488/20 488/25
492/13 492/14
492/19 493/21
494/24 495/6 496/3
497/25 498/24 499/4
500/7 500/17 506/14
507/11 508/19 511/3
511/23 519/14
521/13 521/18
522/10 525/6 530/22
540/24 540/24
540/25 545/18
545/18 548/1 548/2
548/7 548/24 548/24
549/11 549/14 555/2
555/20 556/23

**as...** [63]  562/17
562/17 566/9 568/15
568/15 575/8 575/20
577/6 577/14 578/12
580/4 580/5 580/25
581/22 581/22
587/12 592/11
593/11 594/23
594/23 594/23 595/5
595/5 595/11 595/11
601/5 611/5 611/5
615/20 615/23 616/1
616/15 619/1 623/1
623/1 627/14 630/18
630/18 630/22
630/22 633/12
638/13 638/25 639/5
642/1 642/9 643/21
644/2 644/2 650/13
651/18 651/18
652/17 654/6 654/7
663/12 673/18
693/22 694/7 696/17
696/25 698/6 698/10
**ask** [29]  467/15
473/25 498/3 533/6
551/21 551/21 554/1
558/14 562/7 566/10
582/9 583/11 606/17
612/15 612/22
613/17 614/2 617/22

656/5 656/7 657/14
657/15 666/15 681/1
692/5 693/12
**asked** [33]  541/17
541/20 544/25 559/3
562/7 566/16 580/23
580/25 585/21
589/23 589/23
591/13 597/4 597/7
598/3 598/4 598/9
600/7 604/4 604/5
607/14 612/15
612/21 613/7 619/3
619/3 634/3 645/12
646/2 646/12 647/5
674/20 695/8
**asking** [16]  512/8
541/17 583/22 584/1
584/2 584/3 584/5
585/16 585/20
585/21 588/7 588/12
588/13 600/5 615/22
638/10
**asks** [2]  461/8
461/13
**assault** [8]  501/16
511/6 535/4 592/25
620/13 678/22
692/14 692/14
**assaulted** [1]  689/21
**assaulting** [1]

**assaults** [11]  495/24
510/20 510/23 511/1
533/22 552/14 584/2
678/22 688/24 689/1
689/11
**assigned** [1]  458/10
**assist** [2]  494/16
547/18
**assistance** [2]
494/17 548/1
**assistant** [2]  455/19
551/2
**associate** [19]
495/12 496/25 497/5
497/15 502/6 508/18
591/17 627/1 627/4
627/6 627/14 655/22
657/16 658/1 658/4
658/6 658/10 661/6
665/13
**associated** [4]
497/13 497/14
655/18 659/8
**associates** [2]
660/18 668/13
**associating** [1]
566/1
**assume** [2]  573/5
636/10
**assuming** [2]  485/14
486/25

## A

Atlanta [1]  461/7
attempt [3]  506/13
 537/6 569/14
attempted [9]
 535/22 537/20 555/1
 555/2 571/9 572/23
 572/24 592/25
 652/21
attention [1]  670/22
attorney [5]  455/16
 544/10 546/19 696/6
 696/13
attorneys [5]  455/19
 455/20 455/22
 542/23 551/2
August [2]  692/7
 694/25
author [1]  532/6
authorities [2]
 575/14 576/15
auto [5]  478/9
 478/14 478/14
 489/21 490/2
automatic [5]  463/2
 465/23 465/23
 484/25 507/23
automatically [2]
 465/25 477/7
availability [1]
 649/17
available [2]  649/19

## 650/21

Avenue [2]  473/3
 652/11
avoid [1]  634/17
aware [5]  488/20
 515/13 538/15
 629/19 662/11
away [13]  457/15
 463/7 463/14 465/14
 537/5 552/8 559/22
 561/2 570/1 602/4
 676/19 680/12
 690/18

## B

baby [3]  546/10
 546/10 546/11
back [70]  460/4
 460/16 467/16
 467/25 468/16
 472/11 486/7 492/21
 498/17 500/19 504/4
 504/7 506/2 506/5
 507/21 511/20
 528/10 533/9 536/19
 536/25 537/11
 544/14 544/19
 544/23 544/24 545/8
 545/18 545/18
 545/21 546/3 551/14
 551/17 551/17
 553/16 556/7 556/14
 556/19 559/14

## 563/24 567/22 568/2

 569/19 585/23
 595/17 610/5 612/16
 613/8 613/23 614/2
 614/7 614/8 614/14
 614/17 622/8 630/6
 636/1 653/20 668/22
 669/23 670/6 670/10
 672/4 672/6 672/12
 685/12 686/15
 686/16 686/21
 695/11 698/18
backed [1]  511/11
backing [1]  491/3
bad [7]  545/10
 546/12 587/19
 590/12 610/15 646/3
 697/17
bags [2]  554/16
 662/23
bail [14]  542/8
 551/13 551/16
 551/19 563/20
 563/21 563/22
 563/23 567/19
 571/11 571/13
 571/14 622/20 631/5
Balla [1]  658/16
Baller [1]  608/14
ballistic [3]  458/21
 479/21 485/10
ballistics [8]  460/25

ballistics... [7]
461/14 461/23
472/18 473/5 474/1
481/8 489/9
Ban [1] 674/8
band [1] 666/23
Bang [1] 524/19
Banga [82] 497/16
497/19 497/21 498/8
498/19 499/1 499/4
501/1 501/7 502/6
502/23 503/1 503/6
503/15 503/22
504/22 505/2 505/3
506/3 506/10 506/13
507/19 508/8 508/14
511/1 515/3 515/4
515/5 515/25 516/8
517/21 518/5 518/10
518/24 519/2 522/15
523/13 523/20 524/1
524/9 524/19 525/21
527/17 527/23 529/8
541/21 625/4 629/19
655/23 655/25 656/3
656/9 663/11 663/13
663/15 664/7 664/17
666/22 667/2 668/2
668/18 668/19 669/9
669/9 669/13 669/15
669/19 670/10

670/15 670/17
670/19 670/23
670/24 671/19 672/2
672/20 673/22 674/7
674/16 675/17 676/2
677/2
Banga's [19] 500/17
516/25 517/4 517/10
521/8 522/7 522/22
524/5 524/24 525/20
527/18 656/1 667/5
673/14 673/23
673/25 674/1 675/18
677/22
bar [1] 507/1
bargain [1] 568/21
barrel [45] 459/20
459/22 459/24 460/2
460/15 464/25 465/8
465/14 465/16
466/10 466/12
466/18 466/20
466/21 466/25 467/8
467/10 467/12
467/13 470/12
470/14 470/18
470/20 470/21
470/21 470/21
470/22 470/23
470/23 470/24
471/12 471/13
471/13 476/15 478/9

478/9 480/6 480/7
480/8 480/10 480/11
480/16 485/22
489/24 489/24
barrels [2] 459/25
471/10
base [14] 462/8
464/3 469/7 475/9
476/25 477/1 478/5
478/20 479/12
479/16 481/5 483/14
483/16 489/20
based [13] 471/20
475/7 481/18 482/22
483/7 483/14 483/17
483/21 484/8 484/13
484/17 485/8 485/10
basement [3] 690/4
690/13 690/16
basic [2] 461/23
462/21
basically [45]
476/18 499/8 504/5
510/15 515/18
516/22 517/7 517/8
517/15 517/18
517/19 521/17
521/25 522/6 526/13
529/20 531/1 531/3
531/4 531/5 531/8
531/14 531/15
532/14 532/22

**basically...** [20]
536/20 537/5 538/7
538/8 538/14 541/15
541/18 542/9 542/11
544/24 545/6 545/13
545/25 546/12
549/18 571/19
574/22 578/17
603/10 603/18
**basis** [4] 460/9
557/1 565/14 596/1
**bat** [1] 569/11
**BB** [2] 691/4 691/6
**be** [138] 456/8
458/19 460/17
461/14 462/7 462/8
462/10 462/24 463/1
463/14 464/3 465/4
466/14 466/24
467/10 468/7 469/13
469/16 470/18 471/7
471/10 471/10 472/2
475/1 475/8 476/4
476/15 476/23 478/9
478/15 478/15
478/20 479/20
482/19 484/24
485/14 486/3 486/3
486/4 486/5 486/19
486/20 489/3 492/15
492/21 494/16 497/4

498/19 499/3 499/9
501/22 504/24
512/17 515/15
518/16 520/6 520/6
521/3 528/24 535/17
535/17 541/19
547/12 547/18
547/24 548/22
549/17 549/21
549/21 549/24
562/19 564/23
566/20 572/17
572/20 575/21
575/24 577/16 578/5
578/18 579/23 580/9
583/7 583/10 584/1
585/23 587/4 587/20
587/22 589/2 589/23
594/9 594/11 602/7
602/10 602/13
602/13 606/21 609/7
610/12 613/9 613/12
614/6 616/7 616/18
617/12 617/12
629/22 630/2 633/22
635/3 637/7 640/14
648/11 649/2 649/6
649/10 649/11
649/23 650/11
650/20 650/21 651/5
652/4 652/24 653/23
653/24 661/6 662/9

678/9 693/17 693/19
697/5 698/15 699/7
**beard** [2] 644/14
656/13
**beat** [2] 511/13
610/9
**beautiful** [1] 699/11
**because** [82] 463/9
463/24 471/4 479/7
479/11 480/9 482/11
485/21 489/20 495/8
503/4 506/2 506/12
507/21 509/1 516/13
519/23 524/6 531/20
539/2 540/5 541/21
545/4 545/10 546/9
549/2 549/9 549/11
551/17 553/21
559/10 561/4 563/9
568/24 569/11
569/15 569/15
570/16 570/18
570/18 570/24
573/10 575/23
582/18 582/19
593/11 607/24 608/2
608/6 612/1 612/15
615/25 616/18 618/2
619/20 621/2 622/16
623/18 626/16
626/23 628/5 633/11

**because... [20]**
637/13 643/18
650/24 653/24 669/6
671/9 672/17 674/22
676/5 678/1 678/4
678/9 678/11 684/23
685/25 686/11
689/20 692/4 695/13
698/4
**become [2]** 482/13
680/1
**bed [1]** 636/17
**beef [2]** 666/13
683/13
**beefing [5]** 665/6
665/14 665/16
665/19 672/7
**beefs [1]** 683/9
**been [49]** 457/10
466/3 468/20 471/22
487/19 488/21 489/1
491/5 491/15 491/22
492/14 494/1 494/9
514/4 519/23 541/3
543/12 547/1 548/9
564/24 571/8 582/3
583/13 590/15
595/11 598/10
598/23 600/10
603/20 604/21 605/9
612/9 612/10 612/12
613/8 649/18 651/15
652/17 654/7 656/24
659/16 659/16 692/7
692/10 692/16 693/6
694/6 696/20 699/13
**before [46]** 455/10
458/1 460/25 466/6
494/11 498/2 506/17
516/16 517/2 521/8
522/7 524/22 532/18
535/14 535/14
544/15 550/9 551/19
551/25 551/25
555/11 560/23
565/16 569/21
572/17 580/12
583/13 589/6 590/22
591/10 591/14 595/2
595/3 600/14 600/21
601/18 604/21
612/22 613/7 616/2
619/16 619/16
629/12 639/8 651/3
699/9
**beforehand [1]**
619/14
**began [1]** 577/21
**begin [3]** 542/4
585/24 651/19
**beginning [1]**
575/11
**begins [1]** 481/14
**behavior [2]** 646/3
646/6
**behind [4]** 480/12
482/7 508/6 636/1
**being [24]** 457/2
499/2 537/11 538/8
555/14 557/8 564/20
570/5 573/5 573/7
574/2 576/8 577/10
577/14 591/18 593/3
610/9 628/13 629/19
633/12 636/8 638/20
642/20 676/19
**believable [1]**
559/10
**believe [26]** 466/6
476/25 482/18
485/17 486/21
486/24 490/3 490/9
505/22 506/24
511/12 513/19 539/3
543/25 568/3 578/25
595/6 634/12 637/14
649/15 651/11
657/16 658/17 660/1
672/15 673/7
**believed [7]** 559/8
566/17 590/1 590/5
633/20 634/7 643/18
**benefit [1]** 593/13
**Benz [1]** 639/10
**besides [2]** 497/10

Case 1:18-cr-00319-SHS Document 62-3 Filed 05/20/20 Page 81 of 189

besides... [1] 613/12
best [2] 496/8
 580/25
bet [1] 610/19
bets [2] 549/17
 563/25
better [6] 516/21
 516/21 521/12
 569/19 572/19 575/2
between [19] 479/21
 487/4 487/23 496/2
 505/22 508/22
 508/24 510/16
 550/15 556/10 564/7
 575/8 591/5 591/5
 602/8 602/10 602/13
 640/17 665/11
beyond [2] 490/10
 699/10
BHASKARAN [6]
 455/18 456/11
 457/18 654/4 701/4
 701/11
bid [1] 567/24
big [6] 496/16 507/5
 507/23 525/1 626/8
 626/10
bit [20] 470/8
 475/22 482/14 483/2
 486/16 491/3 492/20
 494/6 508/15 533/9

637/11 659/7 669/7
 672/18 673/3 673/13
 686/10 692/1
black [4] 498/14
 507/23 529/3 656/13
blade [3] 518/9
 518/10 518/13
blades [1] 517/15
blame [2] 570/16
 609/6
blaming [1] 537/22
Blanquito [2]
 496/12 659/12
blast [1] 562/2
block [14] 496/1
 529/16 529/18
 529/20 628/18
 630/11 630/19
 630/20 662/19
 662/20 666/19 671/5
 680/17 682/5
Blood [6] 497/9
 498/22 498/22 626/6
 628/10 658/16
Bloods [2] 623/6
 644/22
blow [8] 474/9 476/7
 478/23 486/8 663/5
 664/12 664/18
 673/18
blue [1] 675/14

body [3] 530/9
 532/10 532/11
boot [2] 513/11
 564/16
bored [1] 690/12
born [2] 493/18
 654/16
boroughs [1] 461/5
borrow [2] 668/15
 668/19
boss [1] 630/10
both [9] 501/9
 525/24 536/11
 539/10 565/11
 565/13 604/2 617/12
 636/3
bottle [2] 553/10
 553/10
bottom [4] 475/9
 524/21 532/4 679/7
bought [5] 537/10
 589/11 618/10
 618/11 634/5
bounce [1] 463/12
bouncers [1] 511/11
bouta [1] 525/1
box [2] 518/9 610/14
boy [4] 503/25 504/4
 504/7 524/19
boy's [2] 503/23
 504/2

**B**

bracelet [1] 506/2
bragged [1] 610/17
brand [5] 490/18
 491/1 491/2 491/19
 645/22
brandishing [1]
 592/21
brands [1] 491/20
brang [2] 510/3
 669/9
breach [4] 549/17
 590/18 594/9 594/11
breached [2] 594/14
 595/6
break [21] 480/14
 482/13 501/24 502/1
 502/5 519/21 519/24
 521/8 550/9 582/25
 585/16 585/19
 585/22 603/11 632/9
 648/11 648/15
 648/18 679/16
 679/18 679/24
breaking [23]
 495/16 501/15
 501/19 501/20
 503/17 504/10
 504/12 516/5 533/24
 558/24 564/6 631/13
 658/22 678/24 679/3
 679/4 679/11 679/21

680/1 680/6 680/14
 687/15 687/17
breech [8] 468/12
 469/4 469/16 469/20
 481/18 481/25 482/4
 485/23
Brian [3] 660/20
 660/22 661/4
Brian's [1] 661/5
Brief [1] 645/8
briefly [1] 623/3
bring [11] 456/14
 462/2 472/11 486/24
 506/7 507/16 520/5
 526/18 536/3 649/25
 651/21
bro [4] 525/1 527/11
 532/13 532/23
broaches [2] 467/11
 470/19
broad [1] 687/13
Broadway [2] 538/2
 666/3
Broderick [3]
 590/22 591/11
 591/14
broke [10] 502/23
 502/25 503/2 503/6
 589/6 632/10 632/11
 687/18 688/19
 688/19
broken [1] 549/21

brokered [1] 575/10
Bronx [6] 507/10
 509/6 560/18 635/16
 665/17 672/7
Brooklyn [4] 503/8
 503/12 503/15
 613/21
brother's [1] 531/2
brought [9] 472/7
 506/9 507/18 509/5
 516/12 546/6 575/17
 584/11 635/16
Bucks [1] 609/22
building [10] 506/4
 536/13 536/14
 536/25 537/2 537/11
 662/15 663/3 663/18
 671/23
builds [1] 462/18
buildup [1] 468/4
built [2] 482/3
 658/14
bullet [53] 458/21
 462/19 464/24 465/2
 465/6 465/7 465/12
 466/18 466/20
 466/25 467/3 467/7
 468/10 470/3 470/5
 470/15 471/15
 471/15 471/16
 476/13 476/18
 476/18 476/19 477/3

**B**

bullet... [29]  477/9
477/16 478/5 478/6
478/14 478/21 479/1
479/3 479/9 479/10
479/12 479/14
479/16 479/17
479/21 480/3 480/5
480/5 480/11 480/13
480/17 480/22 481/2
481/4 486/18 486/23
490/7 491/6 491/7
bullet's [2]  467/12
468/4
bullets [41]  458/21
460/2 460/3 460/4
460/22 471/21
471/24 472/1 472/2
472/2 474/3 476/10
476/20 477/8 477/13
477/17 477/23
477/23 478/19 480/8
483/3 483/6 483/14
483/19 483/23 484/3
484/7 484/19 485/7
485/15 485/19
485/22 486/1 486/14
486/16 486/18 487/1
489/25 490/4 491/12
653/16
bullying [1]  615/3
bump [1]  602/21

**b... bunch [3]** 509/22
514/3 546/2
Burberry [4]  524/7
527/21 527/21
527/23
Bureau [1]  602/3
burglaries [5]
658/22 680/18 681/1
681/13 681/16
burglarize [1]
680/21
burglarizing [2]
655/14 678/20
burn [1]  689/17
burned [4]  636/11
638/23 685/2 689/15
burning [3]  464/21
468/3 510/14
business [1]  605/13
businesses [3]
678/20 680/23
680/23
Butter [9]  608/10
609/1 609/2 609/4
609/6 609/7 609/7
609/13 609/19
button [2]  467/11
587/13
buy [2]  501/20
536/10
bystander [2]  515/8
688/16

**C**

caliber [80]  462/9
464/6 466/6 466/9
466/9 466/12 475/5
475/5 475/14 475/16
475/17 475/24 476/1
476/2 476/3 476/5
476/21 476/23
476/25 477/2 477/4
477/8 477/12 477/15
477/17 478/1 478/3
478/4 478/7 478/10
478/19 479/5 479/13
479/16 480/24
482/19 482/23
482/25 483/13
483/19 483/20
483/22 483/23
484/11 484/14
484/19 484/20
484/24 484/25
485/14 485/15
485/18 485/19
486/15 486/17
486/21 486/22
486/23 486/25 487/3
487/16 488/1 488/2
488/6 488/9 488/21
488/25 489/10
489/13 489/17
489/19 489/23
489/25 490/13

**C**

**caliber... [6]** 490/19
490/20 491/6 491/16
491/22 511/12
**caliber/9 [1]** 490/19
**caliper [1]** 476/24
**calipers [1]** 478/21
**call [21]** 457/5 462/8
464/4 467/1 470/13
470/14 471/18
496/15 500/9 513/18
516/6 526/4 527/4
528/5 530/7 532/3
592/8 602/23 602/25
602/25 626/23
**called [41]** 457/9
459/20 462/13
462/15 464/14
464/17 465/11
467/20 468/7 468/11
472/7 472/11 472/14
492/13 495/7 495/15
503/7 510/9 539/10
554/13 555/1 559/22
573/1 575/24 576/8
577/21 580/1 580/2
589/17 590/2 591/16
591/21 641/2 641/16
654/6 657/21 659/13
669/9 669/13 669/15
678/24
**callout [2]** 529/11

**calls [8]** 457/6 492/9
589/13 604/7 604/9
653/21 660/9 660/10
**calm [1]** 686/13
**came [23]** 487/16
490/20 491/3 507/11
511/10 516/13
536/13 536/14
537/11 542/22
543/20 545/17 556/7
567/22 603/17 606/9
629/19 630/18
630/19 658/2 658/3
666/17 669/21
**camera [1]** 640/15
**cameras [1]** 640/13
**camp [2]** 513/11
564/17
**can [148]** 459/3
459/8 459/9 459/12
459/14 466/8 466/16
468/25 470/10
471/12 471/21
471/23 471/25
473/13 474/8 474/9
474/9 476/7 477/19
478/3 478/22 479/5
479/25 481/11
481/13 483/1 483/4
483/18 483/22 484/1
484/18 484/22 485/2

487/13 491/4 491/14
493/10 496/23
497/12 500/6 500/10
500/19 500/24
501/10 502/9 502/20
502/21 503/21
504/23 505/4 505/20
505/24 512/7 514/14
514/20 514/21
518/18 519/5 519/14
521/19 522/10
522/16 522/18
522/19 522/24 523/4
523/14 524/12
525/15 526/3 527/12
527/18 528/4 528/6
528/16 529/1 529/11
530/5 531/13 532/2
532/5 532/10 543/20
549/13 552/6 552/19
553/20 562/17 564/2
570/2 570/3 572/20
572/23 573/23 575/1
576/18 577/4 578/11
579/7 584/15 584/18
589/8 589/11 603/22
606/13 614/2 640/5
640/14 650/12 651/3
653/10 653/18
656/11 659/15
659/25 660/16

Case 1:18-cr-00319-SHS Document 520 Filed 03/20/20 Page 85 of 189

can... [29] 660/24 661/12 661/13 661/14 661/15 661/22 661/23 662/1 662/8 662/8 662/24 663/4 663/5 663/12 664/11 671/15 673/16 673/23 674/4 675/25 677/5 679/3 680/8 680/13 682/3 683/18 684/12 694/20 698/18
can't [27] 457/15 468/24 492/21 502/7 504/8 510/24 511/16 516/4 516/9 517/24 517/25 536/19 573/21 573/23 578/5 584/15 584/18 585/5 589/7 589/10 635/18 638/5 638/11 647/6 655/23 660/20 679/20
cannot [2] 483/25 580/8
cap [2] 523/5 537/13
capable [2] 478/4 490/6
capacity [1] 491/17
captain [2] 614/25 615/6

captains [2] 612/3 615/11
caption [2] 527/4 527/8
captions [2] 499/19 499/21
car [55] 503/23 504/4 504/5 504/6 504/14 506/3 506/12 506/22 507/25 508/5 508/7 508/11 508/13 510/7 538/21 560/15 623/19 623/20 624/11 631/24 631/25 632/1 639/23 639/25 640/4 640/11 640/11 641/1 641/1 641/11 641/11 641/11 641/14 641/16 641/21 641/22 668/21 680/4 680/12 680/14 680/16 686/5 686/6 686/6 686/12 686/15 686/15 686/16 686/21 686/21 686/22 686/23 686/25 687/2 689/21
cards [1] 612/5
career [3] 460/20 460/23 639/9
carefully [1] 488/12

Carolina [2] 503/23 632/13
carry [1] 509/14
carrying [6] 517/14 517/15 558/25 566/5 568/15 571/21
cars [6] 553/1 631/22 670/1 680/8 690/3 690/5
cartridge [50] 458/22 462/7 462/16 462/17 462/18 462/19 462/25 464/16 464/17 464/19 465/10 465/24 465/25 466/3 466/4 467/20 468/11 468/14 468/17 469/3 469/7 469/18 470/1 474/3 475/3 475/4 475/9 475/11 475/21 476/13 478/12 481/14 481/17 481/21 482/3 482/16 482/19 482/20 482/22 482/23 485/15 485/22 486/2 486/13 486/13 486/15 486/17 491/9 491/11 491/12
cartridges [1] 465/17

**C**

case [42]  466/22
470/18 475/21 478/6
478/13 479/13
480/23 481/6 483/22
486/10 515/18
516/24 539/22
539/22 541/23 554/5
561/18 563/10
563/20 571/5 571/5
575/6 575/6 576/3
576/4 596/9 596/23
600/21 600/23
608/14 608/16
642/24 643/2 643/4
643/5 647/4 647/8
647/15 647/17 678/9
678/10 695/13
cases [7]  475/11
482/19 482/24
551/13 596/9 596/11
602/11
casing [34]  462/7
462/8 462/8 462/16
462/17 462/18
462/19 462/25 463/1
463/8 464/4 464/12
464/16 464/17
464/19 464/22
464/24 465/5 465/8
465/22 465/24 466/3
468/11 468/18

468/20 469/3 469/22
469/23 475/4 475/10
476/3 476/14 478/12
482/3
casings [31]  458/22
460/22 463/3 465/10
465/25 466/5 469/18
471/21 474/3 475/3
481/14 481/17
481/21 482/16
482/20 482/22
483/23 485/15
485/19 485/22 486/2
486/13 486/13
486/15 486/17
486/25 489/15
489/17 491/9 491/11
491/12
Castillo [4]  620/1
621/13 621/21
621/23
cataloged [1]  472/8
catches [1]  621/19
catching [1]  634/17
categories [5]
495/23 533/13 534/4
535/8 687/13
caught [11]  538/1
538/3 538/8 542/8
546/12 556/17
559/17 567/13
633/10 640/14

cause [6]  464/20
465/13 469/12 480/7
558/2 611/23
caused [1]  611/22
causes [2]  464/14
469/16
causing [2]  615/1
615/8
cell [2]  538/12 589/7
cement [1]  463/12
center [3]  457/25
523/10 577/18
certain [10]  467/25
469/11 555/6 556/22
563/14 610/12
631/21 631/22
631/22 696/18
chain [12]  468/2
468/9 507/5 507/6
508/6 536/12 537/3
537/5 537/10 538/11
538/12 683/15
chamber [5]  464/18
464/21 467/21
468/16 469/13
chance [1]  593/18
change [19]  468/23
470/20 482/15 513/1
517/4 517/6 521/11
521/14 521/16
521/20 521/22 522/2

Case 1:18-cr-00319-SHS Document 117 Filed 06/22/22 Page 87 of 189

change... [7]  522/5
524/11 632/3 644/5
644/12 644/13
644/14
changed [5]  512/20
513/2 516/19 545/1
545/3
changes [1]  470/20
changing [1]  673/10
characteristic [1]
471/11
characteristics [6]
471/11 471/19
480/18 483/8 484/9
485/9
characterized [1]
577/14
Chardon [1]  496/10
charge [10]  494/4
494/5 513/8 542/7
551/20 554/24
567/17 568/7 572/20
579/12
charged [6]  562/6
562/7 571/7 577/9
579/12 583/22
Charger [2]  623/17
623/18
charges [8]  538/18
542/12 554/21
560/25 574/16

579/17 589/20 593/6
Charles [1]  609/24
Charlie [1]  555/3
chase [3]  526/8
526/12 526/13
chases [2]  678/19
687/3
chasing [2]  526/14
526/14
cheating [1]  615/24
check [2]  504/2
640/13
checked [1]  612/3
checking [1]  503/25
chicken [5]  526/8
526/12 526/14 690/3
690/9
choice [1]  573/8
chose [1]  465/16
chow [1]  503/12
Chris [5]  497/24
497/25 501/1 607/21
607/24
CHRISTIAN [14]
455/5 623/3 624/18
626/10 629/8 630/25
632/10 633/3 635/19
639/6 643/24 644/17
652/10 652/20
chronological [1]
475/1
cigarette [1]  685/3

cigarettes [1]
584/18
circle [3]  528/24
528/25 661/23
circumstance [1]
467/22
circumstances [1]
542/17
City [13]  458/2
458/3 461/6 473/2
473/11 487/20 488/1
489/9 490/16 493/19
679/23 679/24
679/25
civilian [1]  583/20
civilians [1]  475/20
claim [3]  531/2
642/12 642/14
claiming [5]  530/15
530/18 531/3 531/19
532/23
clarify [2]  508/10
531/9
class [40]  471/11
471/13 476/21
476/23 477/12
477/15 478/1 478/3
478/4 478/4 478/7
478/8 478/17 478/19
479/5 479/14 479/16
480/24 483/8 483/14
484/8 484/11 484/14

Case 1:18-cr-00319-SHS Document 607/14 Filed 05/20/22 Page 88 of 189

class... [17]  484/20
484/23 484/24 485/9
486/22 486/23
486/25 489/17
489/19 489/23
489/25 490/6 490/20
491/22 554/7 555/2
563/6
claw [1]  485/24
clean [1]  482/1
clear [3]  566/20
613/10 616/7
clearly [2]  457/13
492/18
clerk [1]  473/7
client [1]  679/24
clip [1]  668/11
clog [1]  480/8
close [8]  457/16
492/20 533/9 533/10
587/9 650/2 650/3
650/21
closes [1]  468/16
closing [1]  650/12
clothes [2]  553/5
631/22
clothing [3]  498/11
529/2 656/12
club [2]  511/11
683/14
clubs [1]  553/7

607/14
cocaine [13]  501/22
501/22 503/24
510/12 510/17
510/19 534/15
591/24 592/3 636/23
636/25 637/2 637/4
cocks [1]  468/16
Coco [6]  639/20
639/23 640/11
640/17 641/2 641/10
coerced [1]  542/13
Cohen [2]  612/19
612/21
coke [1]  679/10
come [24]  485/25
490/15 490/22
490/23 506/1 507/5
508/4 512/19 542/4
551/14 551/17
556/19 559/14
563/24 568/2 603/14
613/7 614/2 614/14
640/10 642/1 669/20
670/24 688/15
comes [6]  478/11
526/8 526/12 526/13
650/13 651/19
coming [9]  490/16
506/5 536/19 536/25
556/14 587/7 610/5

comment [3]  526/5
529/13 664/12
comments [5]
553/23 613/16 664/1
664/3 677/6
commissary [5]
573/23 618/15
622/10 622/24 631/1
commit [24]  495/14
510/23 511/1 514/11
514/23 535/9 556/4
557/3 568/13 582/22
583/14 583/18 592/8
594/6 627/17 658/20
659/23 660/14
670/17 678/22
681/16 682/16
682/20 684/6
committed [49]
495/12 495/22
501/12 504/16
510/20 511/6 533/7
533/13 534/2 534/4
541/4 543/2 543/2
545/7 545/19 548/2
548/11 552/5 552/8
552/11 552/14
552/17 560/6 574/13
628/3 628/6 628/24
629/4 629/4 658/7
658/17 658/25

**C**

committed... [17]
660/19 678/15
679/11 680/18
685/13 687/10
687/11 687/14
687/22 687/24
688/24 689/1 689/25
690/19 691/24
692/10 692/12
committing [11]
535/15 552/2 556/15
558/19 559/13 566/3
579/24 619/24
670/19 678/1 678/3
common [4] 474/7
488/1 488/9 489/10
communicate [1]
513/17
compact [2] 510/6
645/22
companies [1] 489/2
companionship [1]
574/7
company [7] 459/25
475/16 491/19
639/18 642/5 642/16
643/18
compare [1] 674/1
compared [1]
458/20
comparison [4]

458/20 459/1 459/19
479/17
comparisons [1]
459/22
complaint [6]
620/24 621/1 621/9
621/12 621/15
621/18
complaints [2]
615/11 621/16
complete [3] 459/21
459/22 460/5
complications [2]
649/22 650/16
components [2]
462/6 462/21
computer [3]
472/20 498/13 625/1
concede [1] 656/18
concerned [1]
575/23
conclude [4] 477/12
481/21 485/18 589/3
conclusion [10]
481/13 481/15 483/2
483/4 484/4 484/17
485/3 485/4 485/5
487/15
conclusions [6]
459/8 471/21 483/18
484/2 484/18 489/13
concoct [1] 640/23

condition [1] 649/19
conditions [7]
551/16 556/22
565/17 565/23
566/11 568/6 590/6
conduct [3] 460/8
692/5 693/3
confer [4] 512/1
550/6 648/3 650/6
conference [2]
642/21 643/5
conferred [1]
651/10
confinement [1]
610/14
confront [4] 605/1
608/6 611/1 634/2
confusion [1]
566/20
conjugal [1] 574/4
connected [1] 603/9
connection [2]
473/22 603/23
consecutive [2]
542/12 573/1
consider [2] 471/10
550/12
considered [1]
471/10
consistent [4]
471/24 477/4 486/17
647/10

consists [1] 458/21
conspiracies [2] 592/6 592/23
conspiracy [13] 494/22 494/24 495/1 533/16 591/4 591/5 591/18 591/22 592/2 592/8 592/14 592/19 655/13
contact [2] 587/12 588/6
context [3] 530/17 662/21 677/13
contingent [1] 649/17
continue [4] 464/1 521/4 589/3 699/10
continued [15] 456/15 510/25 520/8 548/6 557/10 585/25 588/15 593/23 597/16 599/5 625/12 648/19 651/24 667/7 699/14
continuing [1] 651/13
contraband [5] 584/12 589/7 617/2 692/24 693/1
contract [2] 540/8 540/12

control [2] 472/8 570/7
controlled [3] 554/3 555/2 630/12
conversation [22] 514/9 516/7 541/11 541/13 542/25 670/23 670/24 671/2 671/4 671/6 671/25 672/4 672/11 672/21 673/1 673/14 673/25 674/6 674/9 674/12 675/22 694/1
conversations [7] 539/13 539/19 541/4 624/15 670/11 674/7 693/6
convicted [3] 556/23 557/5 647/21
conviction [2] 535/6 568/18
convince [2] 501/20 631/14
cool [1] 504/25
coop [2] 690/3 690/9
cooperate [6] 542/14 545/13 548/19 556/1 568/11 697/19
cooperated [3] 549/3 549/9 698/4
cooperating [14]

494/18 529/25 542/4 581/25 582/10 596/12 598/5 598/11 598/21 598/24 600/11 602/10 657/8 697/25
cooperation [23] 494/11 544/12 544/15 546/14 547/17 548/7 549/16 549/17 549/24 578/15 580/12 582/7 582/14 589/17 590/21 594/4 601/6 657/2 657/6 696/8 698/13 698/15 698/18
cooperator [18] 600/23 601/19 602/17 606/2 606/3 606/4 606/13 606/13 606/18 607/12 607/18 607/20 608/9 608/18 609/13 609/19 610/1 610/21
cooperator's [1] 606/20
cooperators [15] 540/9 595/15 596/6 596/8 596/9 596/11 598/4 598/10 598/16 598/19 598/24

**cooperators... [4]** 600/11 601/9 608/7 611/14

**cop [2]** 560/22 562/1

**copper [6]** 466/24 479/25 480/11 480/15 480/19 480/21

**cops [4]** 641/2 642/1 691/9 695/12

**core [5]** 480/2 480/15 480/17 480/18 480/19

**corner [2]** 662/10 671/22

**corporation [1]** 540/11

**Correa [2]** 607/21 607/24

**correct [147]** 471/17 476/10 476/11 477/14 477/24 478/2 479/1 479/2 480/23 483/11 483/12 483/15 484/11 484/12 484/15 484/16 486/14 487/5 487/17 487/18 488/6 488/13 488/14 488/16 488/17 488/18 488/19 489/6

490/17 540/2 540/4 540/13 555/14 560/11 561/8 563/18 564/3 565/21 566/1 566/3 566/5 566/21 566/24 567/2 567/13 567/24 570/3 571/9 575/18 576/24 578/12 579/18 590/13 590/22 590/25 591/11 591/19 593/1 593/16 594/22 595/3 597/5 597/6 602/6 602/12 602/15 609/15 609/21 610/23 612/13 612/20 613/19 613/20 614/24 615/7 616/17 616/20 616/23 617/1 617/4 617/14 617/18 618/3 619/25 620/13 623/17 624/13 624/23 625/1 625/2 626/4 626/11 626/25 627/3 627/16 627/19 627/23 628/1 628/6 628/7 628/9 628/14 628/16 628/19 629/3 629/5 629/6 630/17 631/20 632/2 632/14 633/21 634/20 636/4

636/25 638/19 638/23 639/14 639/19 640/8 640/16 641/23 641/25 642/14 642/18 642/19 642/23 643/6 643/12 643/14 643/17 643/20 643/23 644/7 646/9 657/17 658/18 660/2 662/6 667/3 678/16 680/19 681/24 687/22 690/20 695/1 696/18

**Correctional [2]** 493/23 577/18

**corrections [3]** 518/16 562/20 567/5

**correctly [3]** 531/10 539/18 540/10

**corresponding [1]** 466/13

**corroborate [1]** 604/6

**COs [2]** 606/9 610/17

**cough [1]** 681/6

**could [110]** 462/1 462/10 463/14 465/14 465/15 466/24 467/10 468/6 468/7 469/12 469/13

**C**

could... [99] 469/15
470/7 471/7 471/22
473/14 475/14
476/21 481/15
481/20 484/6 484/24
485/5 486/8 489/15
490/4 490/15 491/5
496/17 498/11 499/6
500/8 501/21 501/23
518/14 524/13
524/14 524/16
524/18 524/20
524/22 524/25
525/22 526/4 526/6
526/22 527/3 527/4
527/6 527/8 527/10
527/12 528/13
528/17 528/20
528/23 528/25
529/12 529/14 530/2
530/3 530/6 530/7
530/8 532/3 532/8
535/17 535/17
535/25 541/9 547/4
558/6 560/3 561/17
568/2 568/6 571/8
573/1 574/19 575/8
576/2 581/1 581/22
594/9 594/14 603/16
603/24 606/18 613/7
622/7 637/7 657/13

659/7 660/4 664/18
668/10 670/18
673/18 674/23 675/2
675/11 676/10 678/6
679/9 681/22 686/12
689/4 694/5 696/22
698/10
couldn't [8] 489/3
491/1 510/12 541/17
561/12 574/25 575/5
614/14
counsel [7] 502/10
505/5 512/1 550/6
648/3 650/6 651/10
count [7] 479/10
501/25 552/6 591/21
592/2 592/21 605/11
country [3] 475/20
488/9 489/1
counts [1] 534/24
County [8] 461/6
493/23 554/20
614/19 614/23 615/4
652/21 654/25
couple [25] 476/24
497/17 498/1 498/2
508/10 528/19
541/12 543/3 560/2
560/3 575/11 619/16
647/5 655/23 660/20
679/19 681/15
681/18 682/21

682/21 683/22
689/24 692/23
692/23 696/2
course [6] 459/18
459/20 459/21 460/5
491/21 688/15
court [33] 455/1
460/25 461/5 461/6
498/4 502/10 505/5
540/6 551/20 551/24
551/25 552/1 554/20
555/9 555/9 555/10
555/10 555/23
563/24 567/22 568/9
569/19 569/21
571/13 571/17 600/1
610/6 610/13 610/15
648/16 652/21 656/6
694/6
Court's [2] 650/18
651/12
courthouse [1]
649/23
courtroom [14]
498/8 520/6 521/3
585/24 587/4 587/8
589/2 642/21 649/2
651/6 652/2 652/4
656/9 699/8
courtrooms [1]
457/4
courts [2] 461/4

C

courts... [1] 461/9
cousin [2] 525/20 525/20
covered [1] 591/5
covers [1] 476/8
COVID [1] 653/24
Cr [1] 455/4
crack [4] 534/15 554/16 591/24 679/10
crash [6] 639/23 641/10 641/11 641/22 680/4 680/12
crashed [4] 641/1 641/14 641/16 680/14
crazy [1] 619/8
create [3] 468/22 483/25 486/1
created [1] 528/13
crime [27] 470/25 470/25 471/3 472/6 472/7 472/10 473/1 474/22 535/9 552/14 563/1 567/8 568/16 568/19 574/13 576/8 577/10 583/18 584/7 592/12 617/3 628/6 640/5 640/8 655/5 678/21 687/16
crime-type [1]

crime-wise [1] 584/7
crimes [97] 494/7 495/13 495/13 495/14 495/22 495/23 501/12 533/6 533/12 533/14 534/1 534/2 534/4 534/4 534/16 534/19 534/20 534/22 541/5 543/2 543/2 543/3 545/7 545/8 545/19 546/23 547/4 548/2 548/4 548/11 552/3 552/5 552/8 552/11 552/17 552/20 553/21 556/4 556/15 557/3 558/19 559/13 560/6 566/3 568/13 577/22 579/24 580/17 581/4 581/4 581/6 581/8 581/10 582/19 582/22 583/14 583/23 584/1 584/2 584/4 594/6 619/24 627/17 627/21 627/24 628/24 629/4 629/5 632/25 655/10 655/12 656/24 658/7 658/7 658/17 658/20

659/23 660/14 660/19 670/20 678/1 678/2 678/15 678/18 679/2 687/10 687/11 687/13 691/21 691/24 692/10 692/12 696/18 696/20 696/23
criminal [5] 533/5 554/3 560/9 652/21 678/14
cross [12] 487/8 487/9 550/8 550/10 587/23 589/4 645/12 646/2 646/12 649/11 701/5 701/8
cross-examination [8] 487/8 487/9 550/8 550/10 589/4 645/12 646/2 646/12
cross-outs [1] 587/23
crossed [2] 517/19 529/3
crucial [1] 479/7
crushed [2] 462/15 616/9
crushes [1] 464/13
CSU [2] 473/2 473/6
cucaracha6530 [1] 525/1

**C**

currently [2]  457/23
530/23
curse [2]  562/14
562/19
cursed [1]  562/21
custody [13]  492/8
544/3 563/8 567/4
577/17 579/18 603/3
603/4 614/22 655/1
655/1 655/2 655/3
customer [5]  536/10
536/12 536/15
536/18 536/21
customers [1]
536/16
cut [22]  466/19
475/21 511/13
516/12 516/13
518/15 523/20 524/6
524/9 587/20 587/23
623/8 623/10 639/4
674/8 674/10 674/12
674/19 674/20
683/14 683/18
683/20
cutter [1]  518/9
cutting [3]  467/9
524/1 675/23
cylinder [2]  465/11
465/14

**D**

D.A [4]  574/23
574/25 575/5 575/17
da [2]  529/16 529/18
daily [1]  595/25
DAMIAN [1]
455/16
damn [1]  546/4
dangerous [1]
592/25
date [15]  503/4
507/4 507/7 507/12
528/13 535/20
551/20 555/24
564/24 567/5 567/8
567/10 567/11
569/21 571/13
dates [1]  591/7
daughter [4]  530/11
530/25 531/4 531/11
day [20]  461/17
492/5 514/1 538/19
545/17 546/6 570/4
571/19 571/20 580/2
595/21 610/6 610/13
610/15 619/16
623/14 671/6 671/8
699/7 699/11
days [3]  538/13
604/14 619/16
daytime [1]  671/7
deaf [1]  688/20

dealer [1]  574/18
574/20 575/10
631/19 633/11
dealer [4]  501/20
631/18 684/21
684/22
dealers [7]  495/15
495/17 495/19
508/23 550/22 688/9
688/13
dealing [7]  477/20
478/24 501/15
534/12 534/25
552/16 649/18
deals [1]  565/6
decades [1]  488/23
decedent [1]  473/5
decide [4]  547/12
571/24 571/25 697/7
decided [4]  571/16
577/16 593/18
594/11
decides [3]  590/15
590/18 697/5
deciding [2]  571/11
574/11
decision [6]  542/13
547/14 569/22 572/2
572/3 576/6
decisions [1]  570/14
Deegan [3]  560/16
560/18 561/25

# D

**defendant [11]** 455/6 455/20 455/22 456/3 498/16 647/20 647/23 652/10 652/20 656/21 666/16
**defendant's [1]** 651/8
**defense [4]** 455/25 597/4 650/24 651/10
**definite [1]** 649/14
**definitely [4]** 511/16 521/15 553/19 585/16
**deformed [22]** 474/3 476/10 476/15 476/18 476/20 477/23 478/18 479/1 479/24 483/3 483/6 483/6 483/14 483/23 484/3 484/7 484/19 485/7 486/14 486/14 486/16 486/18
**degree [2]** 563/5 652/22
**delay [1]** 492/10
**deliberations [1]** 653/19
**demeanor [1]** 673/1
**department [11]** 458/2 458/4 473/2

473/11 487/20 489/9 556/1 556/22 556/25 567/4 568/11
**depend [2]** 463/10 463/11
**depending [4]** 465/9 465/15 467/3 469/10
**depends [3]** 463/9 585/4 637/11
**deposition [6]** 642/18 642/20 643/1 643/5 643/13 643/15
**depressed [1]** 467/23
**depresses [1]** 467/18
**deputy [1]** 587/5
**Derringer [1]** 645/25
**describe [24]** 459/14 467/17 470/7 475/15 476/21 478/25 479/5 479/24 479/25 481/20 505/24 522/16 523/4 523/14 525/22 527/18 529/1 662/1 662/8 673/23 674/25 675/18 675/20 677/3
**described [8]** 467/16 476/9 477/22 477/25 480/25 504/13 517/23 674/1

description [2] 474/12 475/3
**designed [2]** 475/17 475/18
**desk [1]** 472/11
**destroy [1]** 561/11
**Det [25]** 457/6 457/21 461/14 461/23 465/22 469/20 472/5 473/11 473/16 474/12 476/9 477/11 477/22 479/15 481/15 481/20 482/18 483/4 483/10 484/6 484/10 485/5 485/10 486/10 487/11
**detail [2]** 535/9 631/14
**details [4]** 516/10 604/6 635/21 693/20
**detained [1]** 540/12
**detective [11]** 457/23 458/2 458/7 458/8 473/1 473/2 473/6 474/22 487/19 487/23 492/4
**detector [2]** 610/19 610/24
**determination [1]** 486/5
**determine [15]**

**D**

determine... [15]
459/9 471/22 471/23
471/25 474/6 476/15
476/23 478/18
479/15 479/20 481/7
482/16 483/22
484/14 490/4
did [391]
didn't [156]  461/11
463/21 482/20
488/12 489/16
489/16 490/22
490/23 491/11
507/10 508/9 509/6
509/12 509/18 510/3
514/11 514/23
515/19 516/18
517/16 517/17
536/11 536/20 537/3
537/16 537/23 539/3
541/22 541/23
542/20 542/20
544/24 545/6 545/6
545/11 546/7 546/12
551/13 551/17
551/19 551/21
551/24 552/9 553/12
554/14 558/17
558/19 558/22
558/24 558/25 559/4
559/6 559/8 559/18

560/6 561/21 562/6
562/7 564/12 565/17
565/19 566/17 568/1
568/21 568/24 569/1
569/3 570/1 570/10
571/13 572/14
580/20 581/11
581/18 583/18
583/19 584/5 584/10
584/10 587/10
587/11 587/11
587/12 593/6 596/4
598/17 601/3 602/20
604/3 604/6 604/24
606/7 606/17 608/2
610/5 610/12 611/6
611/23 613/24 614/1
616/5 617/6 617/9
617/10 619/17
619/18 620/3 620/5
620/9 620/9 620/18
621/12 621/18
621/24 625/3 625/5
625/8 627/12 627/20
627/21 627/25 628/2
628/15 628/17
628/20 629/10
629/18 630/12 632/9
633/20 634/2 634/12
635/17 638/5 639/3
639/12 639/15
640/22 640/23

640/24 641/19 642/24
643/8 643/16 644/5
644/12 644/13
644/14 644/14
644/24 650/8 670/21
682/8 687/6 689/20
695/13
difference [1]
550/14
different [33]
459/11 467/10
468/22 471/7 471/9
475/1 476/16 476/24
477/5 481/24 485/8
485/21 485/24 486/6
489/20 496/3 517/12
546/2 546/11 553/18
555/9 562/8 574/1
578/8 585/2 600/15
612/10 612/13
666/25 668/7 670/22
678/4 678/5
difficult [1]  471/4
Dillinger [1]  510/17
direct [14]  457/19
492/25 521/4 564/16
572/13 580/17
600/17 601/23 649/6
651/20 654/8 701/4
701/7 701/11
direction [1]  465/4
directional [1]

**directional... [1]** 457/14

**directly [5]** 492/18 498/13 516/8 624/18 625/5

**disagreement [1]** 485/8

**discharge [4]** 491/7 491/8 544/2 564/24

**discharged [1]** 681/23

**discharging [9]** 494/4 534/6 534/9 535/2 592/22 655/6 655/7 655/14 678/19

**disciplinary [4]** 540/18 540/22 540/25 548/4

**discuss [7]** 572/9 581/3 670/19 693/17 693/20 694/3 695/9

**discussed [6]** 470/8 475/9 546/24 572/4 670/20 693/7

**discussing [1]** 543/12

**disks [2]** 653/24 653/25

**disloyal [1]** 531/6

**dispute [11]** 666/7 666/13 668/20 669/6

669/23 670/2 682/7 682/8 683/13 690/16 690/17

**disputed [1]** 670/6

**disputes [2]** 666/4 683/9

**disregard [3]** 553/23 611/8 613/15

**distinct [1]** 470/19

**distinguish [1]** 471/12

**distinguishing [2]** 468/19 470/4

**DISTRICT [5]** 455/1 455/1 455/12 455/17 461/10

**do [246]** 457/23 458/16 459/2 459/21 460/5 462/22 465/23 471/18 472/10 472/10 472/11 472/12 472/13 472/14 472/17 472/19 472/19 473/16 473/17 473/18 473/19 473/20 474/12 474/17 474/17 479/10 480/2 480/4 486/12 491/1 493/4 493/22 494/14 494/14 496/7 496/9

496/19 498/4 498/8 499/5 500/14 500/21 502/11 502/25 503/10 504/19 504/21 505/1 505/1 505/7 506/11 506/13 507/20 508/16 509/2 509/25 514/2 514/16 515/19 516/19 517/10 517/17 517/20 518/21 518/25 519/17 521/9 522/12 522/25 523/2 523/6 523/10 524/22 525/17 525/19 526/20 526/24 527/14 527/22 528/18 529/5 529/9 529/21 534/7 534/9 535/13 535/15 535/19 535/22 537/23 537/25 537/25 538/6 539/3 539/6 539/7 544/16 547/16 547/21 549/8 549/13 550/12 553/19 555/6 555/13 555/17 555/18 555/19 558/12 563/14 564/12 565/20 567/8 567/21 568/22 569/23 570/2

Case 1:18-cr-00319-SHS Document 377 Filed 03/25/21 Page 98 of 189

**do... [129]** 570/3
571/25 573/5 573/11
574/5 574/12 578/23
579/7 580/5 581/11
582/19 582/22
582/25 583/3 583/19
584/6 584/15 585/10
585/13 587/17
587/24 594/3 594/6
594/8 594/21 596/14
598/2 601/21 604/8
604/13 605/8 605/14
605/16 611/6 611/20
613/6 614/19 614/25
615/19 622/16
622/20 622/23 623/7
627/12 627/12 628/8
628/13 628/20
631/19 631/21 634/3
637/4 638/7 639/3
640/19 640/23
640/25 645/3 645/14
646/3 647/3 647/7
647/10 649/24
651/16 651/17
651/18 654/12
654/22 655/7 655/17
655/25 656/6 656/9
657/5 657/8 658/6
659/13 659/17 660/6
660/10 661/1 661/20

662/25 663/7 663/13
663/18 664/13
664/16 664/20
664/22 665/1 665/19
666/8 668/22 669/11
669/22 670/9 673/7
673/19 674/18
675/13 676/13
676/17 676/23 677/7
677/11 677/15
677/19 678/24
679/11 680/11 681/9
684/3 685/20 687/24
688/12 689/1 690/3
690/7 690/11 690/15
691/19 691/25 694/8
694/21 697/9 697/13
698/3
**document [2]**
473/16 474/13
**Dodge [1]** 623/17
**does [28]** 458/19
459/2 468/19 476/12
478/16 480/5 480/11
526/14 541/21
549/12 550/2 562/10
585/3 594/20 608/10
609/22 627/6 627/9
627/11 630/23
647/15 647/15
647/17 665/8 677/13
683/9 697/7 698/25

**doesn't [8]** 465/6
480/6 480/16 532/22
549/6 576/6 583/8
585/3 606/16 611/4
614/11 619/21
630/22 644/20
647/19
**dog [2]** 690/18
690/18
**doing [31]** 468/17
489/9 501/4 501/7
513/12 525/22 526/1
530/10 530/24
531/10 532/13
532/23 535/22
549/21 550/17
558/15 558/17 564/6
564/6 564/15 605/12
606/14 619/1 629/19
633/19 637/23
640/24 653/24
661/25 670/20
688/15
**dollars [2]** 552/21
637/8
**don't [102]** 463/17
463/20 463/23 464/1
471/3 472/2 479/12
480/16 481/2 481/3
481/4 481/4 488/10
497/17 506/21 507/9
519/20 519/24 523/7

**D**

don't... [83]  523/9
531/15 532/12
532/16 532/21
535/20 536/15
553/16 553/21
553/21 554/9 555/20
556/4 560/3 561/23
562/4 562/9 565/21
566/23 567/10
570/16 572/7 573/5
574/4 576/10 578/21
580/5 582/12 582/12
582/13 582/13
582/19 583/14
583/19 584/12
585/14 585/15
587/21 588/1 588/4
588/10 596/13 598/7
601/15 606/11
606/14 606/22
612/24 613/3 613/25
618/9 620/17 621/10
621/16 622/3 622/6
623/18 623/19
624/17 624/20
633/10 633/14 636/7
636/18 638/16 639/3
642/8 644/18 644/20
644/21 644/25
648/14 649/22
650/23 650/24

668/24 669/24
674/14 676/12 689/7
695/20 695/20
697/24
done [11]  461/18
463/18 569/4 569/16
579/21 590/13 616/2
633/14 639/8 689/23
691/19
door [7]  509/8
539/16 587/9 587/13
620/7 620/9 620/12
dope [1]  679/10
down [50]  460/2
464/24 465/8 466/19
467/12 473/13
475/21 477/19
478/22 480/11
481/12 483/1 483/2
484/1 485/2 492/4
496/24 500/19
501/10 502/21
505/20 511/11
514/20 514/21 519/5
520/3 522/20 525/15
526/22 527/12
528/16 529/6 529/11
529/25 530/5 532/2
545/19 586/3 648/6
648/11 659/25
660/16 663/4 669/9
669/20 674/4 675/25

downstairs [1]
669/21
downtown [1]
577/18
dozens [1]  552/5
dragged [1]  680/17
dreadlocks [4]
522/9 522/17 524/8
527/19
dreads [6]  666/23
666/23 666/25
673/15 673/24 677/4
dress [1]  498/14
Drive [2]  505/22
514/3
driver [2]  506/21
507/25
driver's [2]  504/1
508/5
driving [4]  506/22
560/15 623/17
686/18
drop [1]  538/14
drove [3]  503/12
504/5 560/22
drug [20]  495/15
495/16 495/18
501/15 501/20
508/23 534/12
534/25 540/22
550/22 552/16

drug... [9]  631/18
655/13 679/5 679/9
679/9 684/21 684/22
688/9 688/12
drug-related [1]
540/22
drugs [34]  495/16
495/16 495/18
495/24 501/21
508/23 533/24
534/14 556/11
558/22 561/14 564/5
564/11 585/6 628/18
634/5 634/15 637/14
646/10 658/23
678/20 679/5 679/6
679/8 681/9 682/25
685/25 687/15
688/11 688/12
689/20 692/15
692/18 693/2
drunk [1]  511/10
dub [8]  530/11
530/25 531/6 531/7
531/11 531/13
531/14 531/15
due [2]  675/3 675/6
dull [1]  482/13
duller [1]  482/14
duly [3]  457/10
492/14 654/7

during [43]  467/8
468/21 481/23 482/2
482/12 507/24
509/20 512/18 514/8
515/6 535/15 537/18
542/25 543/5 543/11
543/14 556/10
561/10 564/9 564/12
577/24 580/8 580/20
581/3 581/20 581/24
593/25 604/2 610/13
624/15 645/13
645/17 646/16
646/19 672/20
673/14 673/25
682/24 683/1 686/4
688/2 689/11 693/7
Dyckman [11]
493/21 495/5 495/8
496/4 521/25 654/19
657/20 657/23
657/25 669/10
669/16
dyed [1]  644/2
Dylan [1]  455/25

## E

E-P-P-S [1]  634/25
each [20]  459/4
460/2 462/23 471/8
472/1 472/2 475/4
482/14 482/14
525/22 539/16

539/17 541/8
541/17 541/19
541/20 603/12 604/5
620/6 669/25
ear [2]  510/15 685/3
earlier [15]  470/22
475/9 490/9 517/18
517/23 525/3 527/22
532/18 546/24
564/16 573/4 589/21
592/23 596/14 653/4
early [4]  650/3
650/14 669/7 684/16
easing [1]  570/11
Eastern [1]  461/9
eat [2]  525/1 573/13
Edwin [2]  606/24
607/3
effect [3]  550/3
585/2 699/1
efforts [1]  570/6
eight [2]  513/13
564/17
either [14]  460/16
462/10 465/14 467/2
467/4 497/7 498/1
543/25 566/10
583/19 589/10
619/10 631/18 654/1
eject [6]  463/16
465/17 465/22
465/25 466/2 466/3

**E**

ejected [6]  463/4
463/8 465/5 465/6
489/15 491/6
ejection [4]  463/18
465/9 468/13 491/9
elderly [4]  615/7
615/8 615/12 615/13
electronically [1]
654/2
electronics [1]
653/25
elevator [1]  587/8
eligible [1]  513/10
ELIZABETH [3]
455/18 455/20
455/21
else [32]  460/16
509/14 515/1 515/6
515/17 523/6 529/5
529/7 529/9 547/14
554/14 581/25 582/9
584/6 584/7 594/3
595/22 607/17
608/15 622/17
623/22 624/16 625/9
635/15 635/17 645/7
646/19 669/25
671/15 680/5 697/7
697/21
email [3]  614/9
614/11 619/20

emailed [1]  607/24
emails [1]  611/5
Emily [1]  455/24
emoji [2]  532/13
664/22
emojis [1]  664/3
employed [1]  460/9
encompassing [1]
592/3
encouraged [1]
609/1
end [7]  531/22
568/21 648/16
651/22 682/14 699/6
699/9
endangerment [1]
560/13
ended [19]  503/13
506/5 509/9 509/22
510/13 510/14
510/18 511/8 513/12
515/8 564/15 564/20
571/11 610/8 610/9
610/10 682/8 685/12
695/16
ends [1]  459/20
enforcement [10]
475/19 542/23 544/5
691/9 691/11 691/14
691/17 695/4 695/7
695/24
engaged [2]  534/12

engages [1]  476/14
English [1]  509/6
Enjoy [1]  699/11
enlarge [2]  477/20
481/13
enlargement [3]
483/2 484/2 485/3
enlargements [2]
477/20 478/23
enough [5]  553/22
562/19 571/15
614/13 635/3
enter [5]  494/11
546/14 655/3 657/2
696/8
entering [3]  521/2
556/13 652/1
Enterprise [1]  495/3
enters [2]  520/7
651/4
entire [2]  462/24
479/10
entrance [1]  508/1
Epps [12]  508/19
508/21 509/2 509/12
509/25 510/9 634/25
635/25 636/3 637/14
638/16 645/25
Epps's [1]  509/7
equation [1]  509/19
especially [1]

**E**

especially... [1]
568/18
ESPINOSA [5]
455/18 492/23 521/5
701/7 701/9
essentially [2]
480/21 539/20
Essex [1] 654/25
even [24] 460/14
469/14 471/4 471/25
479/15 488/8 490/5
536/15 541/23 545/5
552/6 562/20 568/3
568/18 579/17
591/16 605/12
605/15 606/14
611/10 618/16
631/24 644/9 698/6
event [2] 468/8
654/1
events [1] 538/11
ever [57] 497/21
503/17 504/9 504/12
506/13 509/25 511/1
516/8 517/22 518/5
519/2 523/25 536/22
539/22 544/13
593/16 605/1 608/5
610/24 611/1 611/2
611/15 611/19
612/25 613/7 614/16

617/23 618/4 619/5
619/9 622/10 622/12
622/14 624/7 626/12
630/25 631/3 631/5
631/7 631/9 631/11
638/5 646/19 668/15
670/15 670/17
670/19 674/16 680/1
680/6 688/15 689/15
689/21 689/25 691/4
691/9 691/17
every [10] 465/12
566/9 566/13 566/16
571/19 571/20
580/21 582/5 596/1
668/5
everybody [2] 673/4
700/4
Everyone [3] 456/2
606/3 651/5
everything [8] 456/4
472/15 579/20
579/23 580/25
646/11 657/7 680/5
evidence [46]
458/21 459/5 459/7
459/9 460/12 472/6
472/7 472/8 472/10
472/18 473/5 473/15
474/4 474/6 474/21
479/22 481/8 483/21
485/10 486/4 487/16

489/9 490/13 490/14
490/23 491/18
496/18 500/7 502/16
502/19 505/15
514/15 522/10
561/11 578/11
578/11 647/7 647/11
651/11 652/25 653/2
653/9 659/16 660/5
660/25 694/16
ex [1] 539/3
ex-girlfriend [1]
539/3
exact [1] 528/3
exactly [11] 471/6
471/13 546/1 574/24
575/12 583/17
626/21 628/5 674/14
675/1 695/20
examination [17]
457/19 487/8 487/9
492/25 521/4 550/8
550/10 572/13
580/17 589/4 645/10
645/12 646/2 646/12
654/8 701/1 701/2
examinations [2]
460/8 477/6
examine [2] 474/2
479/17
examined [2]
460/22 477/8

**E**

examiner [2]  458/18
458/19
examiners [1]  477/7
example [3]  485/25
501/21 602/7
exceed [1]  469/11
Excellent [1]  456/6
excuse [2]  526/9
531/5
excused [4]  492/3
492/6 648/5 648/9
exhibit [48]  472/23
473/5 473/10 473/12
473/14 496/18 500/7
500/20 502/10
502/16 502/19 505/5
505/12 505/15
514/14 518/19 519/7
519/13 522/11
522/24 524/13
525/16 526/4 526/23
527/13 528/5 528/17
529/12 530/6 652/18
652/18 653/1 653/11
653/12 659/15 660/4
660/24 661/12
662/24 663/5 664/12
673/17 675/12
676/11 694/7 694/13
694/16 701/13
exhibits [4]  652/24

653/8 653/19 701/12
expand [1]  464/19
expect [2]  456/9
649/5
expectation [1]
616/3
expected [2]  577/25
649/3
expel [2]  477/15
482/23
expelled [1]  470/3
expended [1]  463/3
expensive [2]  553/3
631/18
experience [4]
487/25 488/8 488/10
583/12
expert [4]  460/25
461/14 488/13
488/25
expertise [5]  461/19
488/8 488/15 490/10
491/4
explain [5]  462/2
466/8 466/16 499/6
531/13
explained [1]  621/6
explodes [1]  462/15
explosion [4]  464/8
464/14 464/20 468/3
explosive [1]  462/14
extract [1]  466/2

extraction [1]
468/13
extractor [2]  485/23
485/23
eye [2]  482/9 587/12

**F**

face [13]  469/16
469/20 481/19
481/25 485/23 511/9
537/13 593/19
638/23 644/5 644/5
685/7 698/21
Facial [1]  644/14
facilities [1]  612/10
facility [12]  493/23
539/10 539/12 540/2
540/7 540/11 541/15
603/19 603/20 606/3
611/3 613/11
facing [10]  542/12
554/7 563/8 563/10
570/17 572/14
572/16 593/15
695/15 696/25
fact [38]  457/3
482/22 483/17
550/20 551/23 559/3
560/5 569/1 572/13
574/18 576/20 578/5
591/16 596/8 600/17
600/25 602/19
604/22 605/22 607/3

Case 1:18-cr-00319-SHS Document 140 Filed 05/20/21 Page 104 of 189

fact... [18] 609/1
612/3 614/1 619/23
624/18 626/10 629/7
630/8 631/24 633/19
635/22 638/20
638/25 639/17
641/11 647/5 693/17
698/3

fair [18] 480/22
487/1 487/25 488/9
490/14 562/19
564/13 564/14 565/7
571/15 571/19
577/13 580/11
608/18 614/13 633/7
633/14 650/4

fake [14] 495/16
495/18 501/21
501/22 501/23
503/12 503/13
503/25 521/18 634/5
634/22 679/5 679/7
679/8

fall [2] 477/1 484/23

falls [4] 463/11
463/12 468/1 468/1

falsely [1] 538/25

familiar [17] 499/11
499/23 500/3 500/12
508/19 511/3 523/9
525/4 525/6 525/9

609/22 635/1 663/20
665/6 683/5

family [2] 531/2
622/14

fancy [2] 553/1
553/5

far [14] 457/15
463/7 492/21 548/24
568/15 581/22
594/23 595/5 595/11
611/5 623/1 630/18
630/22 644/2

Farm [1] 642/16

fashion [1] 457/2

fast [2] 508/9 518/15

fault [3] 609/12
609/12 621/4

FBI [1] 475/18

February [3] 528/15
554/2 621/12

federal [28] 461/9
506/1 540/8 542/5
543/22 543/24 544/3
555/9 555/10 574/13
575/9 575/13 575/14
575/18 575/20 576/3
576/4 576/8 576/15
577/10 577/14
577/17 592/11
593/20 603/3 655/1
655/2 655/3

Fedor [33] 639/20
653/22 654/5 654/10
654/12 655/21
655/25 656/9 656/24
659/17 660/1 660/6
660/17 661/1 661/8
661/15 662/5 662/11
662/25 663/7 663/20
664/13 664/20 665/6
666/15 673/19 674/6
675/13 676/23 677/7
678/14 694/8 694/25

Fedor's [1] 651/19

feds [5] 571/16
571/21 572/18
575/10 695/16

feel [1] 686/1

feeling [6] 673/3
673/4 673/5 673/6
673/6 673/8

feet [2] 463/14 636/1

felon [5] 556/23
563/9 576/8 577/11
593/3

felons [2] 557/6
566/1

felony [5] 535/6
554/7 555/3 563/6
568/18

felt [4] 512/16
545/10 546/12

felt... [1]  610/12
female [3]  558/13
  565/9 565/11
fessed [1]  546/13
few [15]  487/14
  517/15 533/6 559/20
  607/11 613/12
  624/12 629/14
  636/25 646/12
  666/15 684/9 692/23
  692/23 693/15
fifth [2]  501/2 532/3
fight [12]  539/16
  572/6 606/7 607/8
  608/9 610/8 611/22
  611/24 612/1 613/22
  613/23 621/3
fighting [7]  515/18
  516/23 537/2 539/20
  539/21 606/13
  611/14
fights [6]  540/21
  614/21 646/8 692/20
  692/22 692/23
figure [4]  575/12
  575/13 576/3 634/18
figured [3]  569/18
  570/2 639/17
file [3]  620/18
  620/24 621/9
filed [2]  621/1

fill [1]  474/15
filled [2]  466/22
  474/22
finally [1]  593/3
find [14]  457/17
  492/22 510/12
  518/17 561/12
  561/14 578/11 579/3
  603/24 603/24 638/6
  638/11 649/18 692/3
findings [1]  477/10
fine [2]  610/11
  651/16
finger [1]  528/24
finish [2]  620/16
  621/20
finished [1]  619/10
fire [9]  465/12
  465/17 471/24 476/3
  485/20 485/25 690/2
  690/9 690/13
firearm [33]  459/10
  463/4 464/18 468/19
  469/18 469/24
  470/16 471/2 471/6
  472/5 473/23 475/22
  476/3 477/15 482/5
  482/14 482/17
  482/25 483/7 483/25
  484/21 485/12
  485/25 486/2 486/2

486/6 534/99 535/2
  567/13 592/22 593/4
  652/16 652/19
firearms [24]
  458/12 458/13
  458/16 458/18
  458/19 458/25
  459/14 459/17
  459/19 459/24
  460/20 461/19 471/7
  472/9 475/23 478/4
  484/22 485/11 488/3
  488/5 494/4 534/6
  681/23 690/19
fired [42]  458/20
  459/5 459/7 459/10
  460/1 460/2 465/25
  466/3 466/14 468/20
  469/22 470/1 471/16
  474/3 474/3 474/6
  476/18 476/19
  477/17 477/23
  478/15 479/3 480/22
  481/18 481/21
  482/17 483/7 483/10
  483/17 483/19
  483/20 483/23 484/7
  484/18 484/20 485/8
  485/15 486/5 486/11
  486/19 487/1 487/2
fires [7]  471/14
  471/23 471/25 472/1

**F**

fires... [3] 483/25 485/13 486/1
firing [10] 467/24 468/1 468/8 478/5 478/12 482/2 485/23 490/7 534/9 655/8
firm [1] 529/25
first [47] 459/16 461/25 474/1 474/10 478/3 481/13 486/8 509/5 511/21 513/23 513/24 514/10 514/13 533/2 538/11 542/17 542/18 542/22 544/16 544/18 544/18 554/2 575/11 601/18 603/4 614/5 615/18 617/25 618/1 623/13 623/14 635/12 635/15 636/22 650/21 656/14 656/16 657/15 657/19 664/12 664/22 666/16 669/5 673/7 674/12 684/12 693/12
fit [2] 475/22 478/16
fitted [1] 464/21
five [23] 461/5 467/5 470/18 471/8 486/12

513/18 535/17 556/7 556/20 559/21 578/22 605/10 633/13 662/13 662/14 662/16 662/21 662/23 681/19 694/22
five-minute [1] 513/18
five-year [1] 559/21
flame [2] 462/15 464/15
flash [3] 462/16 464/14 464/15
flat [2] 567/24 568/2
fleeting [1] 658/22
flew [1] 537/3
flexibility [1] 650/18
floating [4] 518/1 524/7 524/10 527/23
floor [4] 587/13 652/17 686/11 686/20
flour [1] 501/23
fly [1] 480/5
focusing [1] 501/3
follow [6] 467/15 526/7 555/13 565/17 663/24 664/9
follow-up [1] 467/15
following [7] 524/20

600/7 600/8 652/12
follows [8] 457/10 492/14 528/6 529/15 532/5 532/11 654/7 665/4
food [4] 573/19 611/21 618/13 618/16
fooling [1] 606/10
foot [3] 504/3 504/4 686/6
force [5] 462/19 469/3 495/15 570/19 570/23
forced [6] 465/7 466/19 467/7 467/12 468/4 476/15
forces [3] 464/24 466/25 468/15
forcing [3] 468/10 468/11 641/21
Fordham [1] 561/25
Forget [1] 560/22
form [1] 478/16
formal [3] 620/24 642/12 642/14
formally [1] 650/18
formed [1] 469/21
forward [5] 463/17 468/1 468/1 468/10 571/25

**F**

**fought [1] 605/20**
**found [10] 510/17**
 510/17 554/16 576/7
 577/7 603/23 605/2
 607/23 633/12
 638/20
**foundation [1]**
 651/14
**founded [2] 496/5**
 511/21
**four [6] 462/6**
 462/21 462/22
 462/23 464/2 510/12
**fourth [3] 485/4**
 501/2 541/15
**fracture [1] 480/14**
**fragment [5] 480/14**
 480/21 483/6 486/18
 486/23
**fragments [3]**
 458/21 460/22
 480/19
**frame [1] 475/22**
**Frankie [4] 630/6**
 630/8 630/19 630/22
**fraud [3] 552/16**
 633/12 643/5
**free [5] 517/9**
 527/11 573/7 573/8
 618/10
**freedom [1] 610/19**

**FreeDrotty [1]**
 526/9
**FreeIto [3] 526/9**
 526/16 527/11
**friend [4] 496/8**
 500/17 507/11 508/5
**front [13] 472/16**
 498/13 498/14 506/4
 508/5 596/21 653/13
 662/25 663/18
 686/15 686/18
 686/21 686/22
**fucking [1] 666/9**
**fugitive [2] 570/19**
 570/23
**full [7] 479/9 479/12**
 480/17 481/2 481/4
 616/24 617/2
**fully [2] 548/19**
 697/19
**funeral [3] 503/5**
 503/7 503/11
**funny [1] 531/5**
**further [7] 487/7**
 491/24 550/7 579/10
 648/4 652/23 699/4

**G**

**gain [4] 494/18**
 494/19 657/8 678/12
**gamble [2] 611/19**
 611/23
**gang [33] 495/5**

 496/25 497/3 498/19
 498/21 498/24 500/3
 515/16 521/18 525/7
 525/9 532/12 532/17
 532/21 557/8 626/24
 655/18 655/19
 657/20 658/11
 658/14 660/8 660/9
 660/12 661/5 665/3
 665/4 665/9 665/10
 665/17 666/10
 666/11 677/21
**gang's [2] 657/24**
 659/8
**gangs [10] 497/6**
 497/8 515/13 656/3
 658/15 665/11
 665/14 665/16
 665/19 666/5
**gangsta [8] 530/12**
 531/18 531/19
 531/20 531/22
 532/12 532/16
 532/19
**gangster [1] 516/22**
**gangsters [2] 525/12**
 525/14
**garbage [3] 506/25**
 641/7 641/21
**gas [2] 664/25 665/1**
**gave [8] 474/23**
 503/14 575/17 579/8

# G

gave... [4]  634/17
643/19 643/21 678/3
gemstar [3]  518/9
519/1 519/2
general [2]  548/9
598/20
generally [21]  462/9
463/1 463/12 466/21
467/23 468/15 469/1
471/2 471/3 474/4
474/24 475/8 477/5
480/2 480/3 482/8
489/22 490/2 491/4
491/15 678/18
generated [1]
472/20
gentlemen [8]  457/1
461/17 492/11
519/25 585/22
648/14 653/18 699/6
GEO [35]  539/10
539/11 539/14 540/1
540/2 540/25 541/1
600/10 600/11
605/20 610/3 610/8
611/15 612/12
612/12 612/14
612/16 613/7 613/8
613/10 613/19
613/21 613/24 614/2
614/6 614/7 614/14

617/19 619/4 620/3
620/25 621/9 621/23
Georgia [2]  461/7
632/21
Georgy [5]  530/11
530/21 530/25
531/11 532/24
Georgy's [1]  531/10
get [100]  458/23
460/14 460/15 463/3
463/14 463/20
463/23 465/6 468/2
472/10 480/20
481/25 486/15
492/20 508/7 508/9
509/11 509/12
515/20 515/22
516/14 526/17
536/12 537/3 537/16
538/20 539/7 541/1
543/20 545/11
546/12 549/2 549/5
549/6 549/9 549/10
549/22 550/3 553/16
553/18 558/5 561/19
562/2 563/13 564/2
568/2 568/6 572/20
572/23 573/19 574/4
575/13 575/24 576/2
576/4 577/4 583/3
583/25 584/10

594/17 607/3 607/17
609/6 609/19 610/16
612/25 614/7 616/1
617/5 618/6 620/9
621/3 627/7 631/21
632/4 632/5 633/10
639/18 641/4 641/16
642/8 643/16 647/18
647/21 647/24
657/12 657/13
670/13 680/12
680/16 686/11
686/12 690/8 691/13
695/22 697/25
698/12 698/14
gets [5]  465/7
466/19 480/10
549/11 640/11
getting [19]  509/9
511/9 511/9 515/8
518/16 541/18
551/16 552/12
553/10 564/11
565/24 571/7 605/19
610/9 635/21 636/10
638/18 642/6 685/12
Gibson [1]  609/24
girl [10]  507/4 507/7
507/10 508/3 508/6
539/5 666/6 666/7
666/11 683/12

**G**

**485/3 485/22 486/7 510/9 510/10 512/24**

girlfriend [5]  539/3
 639/25 640/11
 640/18 641/13
girls [4]  505/3
 506/20 514/4 666/12
give [24]  472/3
 501/22 504/20 555/6
 555/17 555/23
 563/14 563/24 579/4
 580/14 583/7 585/22
 597/7 600/8 600/14
 610/24 622/14
 627/20 627/25
 628/17 634/18
 636/14 648/11
 650/12
given [8]  459/24
 460/12 472/8 474/2
 474/20 483/21
 575/16 585/6
gives [4]  466/23
 480/3 556/19 580/4
giving [1]  691/12
Glock [2]  529/16
 529/19
go [69]  456/13
 459/13 460/16
 461/23 465/14
 472/24 474/19
 474/25 477/9 480/6
 480/11 481/12 484/2

489/25 493/4 500/8
500/19 503/15 511/7
515/19 522/18
524/12 526/3 527/3
528/4 529/12 530/6
538/18 545/2 545/11
551/17 551/24 552/1
553/10 558/2 558/14
561/7 563/17 566/9
566/9 569/19 571/16
571/16 575/3 577/21
578/8 598/22 606/13
608/2 613/23 614/17
616/18 616/19
616/22 619/5 646/24
651/1 654/4 654/12
659/11 664/11
669/20 671/8 677/5
682/8 699/8
God [2]  595/20
642/2
goes [9]  464/15
 466/13 467/25 478/7
 515/20 515/21
 515/22 651/22
 697/15
going [74]  456/8
 471/9 472/21 473/8
 490/2 500/24 500/25
 504/2 504/3 504/24
 505/1 506/23 506/24

514/4 514/5 515/20
526/13 526/18
531/16 533/6 542/2
542/14 545/12
547/12 549/6 551/25
553/7 562/1 562/2
564/5 565/24 571/25
574/23 577/16
578/18 578/21
578/23 583/10
585/15 587/18
587/20 587/22
593/16 604/4 608/6
610/16 616/3 616/18
619/12 621/6 621/20
631/13 632/7 637/21
637/25 641/10
650/11 650/13
650/24 651/4 651/7
651/18 651/19 656/5
656/7 660/11 661/22
665/9 670/20 687/7
693/19
gon [2]  526/8 526/12
gone [2]  552/23
 569/15
good [32]  456/2
 456/16 457/11
 457/12 457/21
 457/22 460/15
 487/11 492/15

good... [23]  492/17
493/2 493/3 517/2
553/7 578/18 585/16
585/19 587/19
590/12 633/17
648/11 654/10
654/11 656/17
670/13 670/14 673/5
673/6 681/18 682/8
682/21 697/17
goodness [1]  569/18
got [67]  459/16
474/24 487/22 508/1
508/5 508/6 508/11
508/12 509/7 509/8
509/13 510/10
510/11 513/14
513/20 516/21
516/22 521/12
522/21 531/8 536/21
546/3 552/8 553/18
556/7 559/17 560/2
560/23 561/24
562/24 563/1 564/10
564/16 566/24
567/12 567/15
571/20 577/17
580/12 582/16
603/20 604/8 610/17
617/5 617/19 623/14
623/14 629/10 641/1

657/13 658/5 662/4
669/1 669/6 669/7
669/22 670/2 670/6
671/15 672/5 672/6
679/17 682/7 690/16
692/20
gotten [3]  552/20
556/17 692/22
government [146]
456/8 457/5 457/6
457/9 461/8 461/13
472/22 473/5 473/10
473/12 473/14 492/7
492/9 492/13 494/12
494/16 496/18 500/7
502/10 502/15
502/15 502/19 505/5
505/11 505/12
505/15 514/14
518/18 519/13
522/11 522/24
524/13 525/16
526/23 527/13
528/16 530/6 534/20
539/15 540/4 540/8
540/12 540/13
540/23 542/5 542/18
542/18 542/22
542/23 543/5 543/8
543/12 543/14
543/22 543/24

545/15 546/15
547/17 547/18
547/21 547/22 548/1
548/7 548/10 548/15
548/18 548/24 575/9
576/12 577/22
581/24 583/25 588/3
589/16 590/1 590/5
590/6 590/9 590/15
590/18 592/18 593/6
593/18 594/11
594/20 594/24 595/5
601/8 604/8 604/11
604/23 607/23 609/1
610/18 611/6 612/16
614/25 619/1 619/18
624/22 645/14
646/17 646/20 647/3
649/3 650/2 650/3
650/17 652/5 652/6
652/18 652/18
652/24 653/1 653/1
653/11 653/12
653/21 654/6 657/3
657/9 659/15 660/4
660/24 661/12
662/24 663/4 664/11
673/17 675/12
676/11 692/3 694/7
694/12 694/13
694/16 696/9 697/10

**government... [6]** 697/13 697/18 697/23 698/1 698/7 701/12

**government's [4]** 588/13 646/13 647/7 653/8

**grab [1]** 508/8

**grabbed [1]** 683/20

**grabbing [1]** 682/8

**grade [1]** 458/7

**grain [1]** 490/3

**grains [4]** 478/14 479/8 481/3 490/3

**grams [3]** 510/16 637/6 637/7

**grant [1]** 461/16

**great [1]** 479/8

**grew [1]** 496/8

**grocery [1]** 680/25

**groove [9]** 466/11 466/11 466/15 466/16 470/14 471/5 471/5 483/9 484/9

**grooves [6]** 466/19 467/1 467/2 467/9 470/9 480/9

**group [4]** 635/22 672/1 672/24 672/25

**grow [3]** 493/20 644/14 654/18

**guess [4]** 507/10 570/16 607/1 629/1

**guessing [1]** 489/3

**guilty [42]** 494/7 494/11 494/21 495/1 515/23 534/22 534/24 534/25 535/4 542/7 546/23 547/5 548/2 548/6 549/25 554/24 555/5 555/11 555/16 568/7 580/17 589/20 590/22 591/4 591/5 591/8 591/10 591/18 593/9 593/13 594/15 594/17 639/5 652/21 655/9 655/17 656/25 657/2 696/18 696/25 698/16 698/19

**gun [103]** 467/18 470/1 470/4 470/24 471/14 471/16 481/18 481/22 482/23 483/7 483/11 483/18 483/19 483/24 484/8 484/18 484/19 485/16 485/20 486/20 487/1 487/16 488/1 488/1 488/2 488/6 488/9 488/9 488/21 489/10 491/4 491/19 494/4

**494/4 [1]** 506/9 506/11 507/16 507/18 507/20 507/23 508/8 509/18 509/19 510/6 510/17 510/18 511/12 518/6 529/22 534/10 535/2 535/6 536/4 536/5 536/6 536/18 536/20 537/1 537/14 537/15 538/16 542/6 544/2 551/20 568/24 569/1 571/5 571/22 572/20 576/7 576/12 576/15 645/24 645/24 651/8 651/8 655/8 668/2 668/6 668/8 668/10 668/15 668/19 668/23 669/5 669/9 669/22 670/9 672/2 672/22 682/8 683/24 684/1 685/2 685/4 685/6 686/8 686/19 688/7 689/14 691/4 691/6

**gunpoint [2]** 535/9 535/15

**gunpowder [4]** 462/17 464/12 464/21 468/3

**guns [40]** 470/25 471/22 472/4 485/8

Case 1:18-cr-00319-SHS   Document 550   Filed 05/20/22   Page 112 of 189

**G**

guns... [36]   485/13 485/14 487/4 488/25 489/14 489/19 490/5 490/6 490/6 491/5 491/15 491/21 501/9 517/15 517/21 517/22 525/25 552/15 558/25 576/13 576/21 576/23 577/4 577/7 584/1 645/13 645/16 645/17 645/21 668/6 668/13 670/12 670/13 680/6 683/4 690/23

guy [44]   501/21 503/8 503/13 503/23 503/25 504/24 505/25 507/4 507/4 507/7 507/7 507/9 507/9 507/10 507/13 508/6 508/8 508/12 508/22 509/5 509/6 509/19 511/8 523/3 523/7 536/19 546/5 569/8 583/19 596/14 605/22 606/24 607/8 607/20 608/9 609/11 612/5 630/6 635/3 635/16 639/20 663/14 670/8 685/23

guy [3]   508/5 536/19 536/21

guys [14]   461/12 503/13 510/3 510/7 510/8 510/13 510/18 511/13 511/14 537/1 537/12 639/3 647/5 647/6

GX510 [1]   502/16

**H**

ha [1]   634/18

had [182]   460/10 460/12 460/13 460/13 460/14 460/15 460/16 460/16 477/11 481/7 485/25 486/14 486/15 486/16 486/22 487/19 489/10 490/3 490/19 496/12 500/17 503/8 503/24 504/1 504/3 506/1 506/2 506/11 506/14 507/20 508/3 509/17 509/19 512/15 517/2 517/2 517/8 517/12 517/19 522/9 536/5 536/6 536/7 536/10 536/12 536/17 536/18 536/20 537/12 537/13 537/14

537/21 538/7 538/14 538/14 538/18 539/4 539/6 539/15 540/17 540/22 541/4 542/11 544/12 546/9 546/10 552/1 553/7 556/22 560/23 561/11 563/9 564/23 564/25 564/25 565/11 565/13 565/16 565/17 565/20 566/7 568/9 568/11 568/13 568/24 569/4 569/15 569/16 569/20 569/20 569/22 570/10 570/19 570/23 570/24 571/4 571/7 571/24 573/7 574/13 574/16 575/12 575/13 575/16 575/17 576/3 576/3 576/15 576/20 598/18 601/16 602/23 603/20 605/4 608/9 610/8 610/13 610/15 612/1 612/18 613/7 613/22 613/23 614/21 615/25 616/2 616/15 616/21 617/24 619/9 619/21 620/3 621/23 623/3 623/18 626/1 628/13

had... [45] 629/7
630/16 634/12
634/21 635/6 636/6
637/14 638/7 638/9
638/10 639/9 639/23
640/2 640/4 640/19
641/21 644/4 644/15
645/19 660/9 660/10
660/11 666/11
666/23 668/8 668/20
669/23 670/23
670/24 672/11
672/12 672/15 673/1
674/8 674/16 674/19
675/22 677/24
677/25 680/5 683/15
684/2 685/9 685/25
693/6
hadn't [1] 556/17
Hagan [1] 614/6
hair [35] 516/12
516/13 522/7 522/16
522/22 523/14
523/16 523/20 524/1
524/5 524/6 524/9
527/18 643/24
643/24 644/2 644/4
644/4 644/14 666/22
673/14 673/23
673/25 674/1 674/8
674/10 674/13

674/16 674/19
674/20 675/18
675/20 675/22
675/23 677/3
half [10] 513/10
519/24 563/11
563/15 563/17
563/25 564/2 567/23
567/24 629/20
hallway [1] 602/20
hammer [3] 467/24
467/25 468/6
hammerless [1]
468/7
hand [10] 465/1
501/4 501/5 525/24
529/16 529/19
554/13 554/13 570/2
570/3
handcuffs [1]
542/21
handle [3] 468/15
524/15 668/11
hands [7] 499/8
501/8 501/9 504/1
525/23 526/1 636/1
handshake [1]
499/5
handwrite [2]
621/10 621/12
handwritten [2]
472/19 477/1

hang [6] 499/3
557/5 627/14 628/17
661/7 671/21
hanged [2] 658/7
658/7
happen [20] 503/3
504/23 506/16
506/23 506/24
531/16 549/7 549/14
549/19 574/23
576/12 582/19
633/11 650/25
670/21 671/6 687/8
696/1 698/10 698/13
happened [36]
503/6 503/21 506/17
507/24 509/7 510/8
515/6 515/9 515/11
535/21 536/9 536/24
538/10 574/24
576/20 603/3 610/7
611/4 611/17 612/4
612/23 642/2 642/10
642/24 669/15 670/6
672/12 672/12
672/16 674/22
674/25 675/4 675/6
677/22 682/6 686/4
happening [3]
469/15 638/25
638/25
happens [11] 465/9

happens... [10]
466/20 467/7 467/11
467/17 467/24 468/9
469/2 469/5 469/5
569/18

happy [2] 545/1
575/21

harder [2] 469/18
480/13

harm [1] 469/12

has [27] 459/3 459/4
462/14 466/21
466/21 488/21
491/22 498/14
498/15 522/17
527/19 529/3 540/8
548/21 583/7 585/2
595/11 643/24
644/18 649/18
651/14 652/7 652/17
656/13 656/20
659/16 697/21

hashtags [5] 499/23
499/25 500/1 525/4
525/9

hat [1] 523/5

have [233] 459/22
459/25 460/3 460/3
460/20 460/22
460/25 462/7 462/9
462/11 463/2 463/17

468/3 468/6 468/8
470/24 471/2 471/4
471/7 471/22 471/23
472/15 475/11 477/1
477/5 477/9 478/8
479/8 479/9 479/10
479/11 479/12
479/12 481/2 481/2
481/3 481/3 481/4
481/4 481/5 482/22
485/13 486/1 486/12
486/13 486/22
487/14 488/10
488/15 489/1 489/15
489/18 490/11
490/15 491/5 491/5
491/11 491/15
491/17 491/24 492/5
494/1 494/7 494/9
494/14 494/16
495/25 496/11
497/19 499/13
499/25 500/1 509/18
511/24 512/3 512/8
512/9 516/12 516/15
516/18 519/17
519/18 529/22 533/6
533/12 533/13 534/2
534/4 534/5 534/12
536/11 536/15
537/23 537/24 539/3

540/23 541/3 541/4
541/4 541/11 541/19
541/20 542/20 543/2
543/2 543/12 547/1
547/4 547/14 547/16
548/1 548/6 548/9
548/13 548/15
549/12 550/2 550/20
550/21 550/22
550/24 550/24 551/2
551/3 551/5 551/8
551/11 551/11 552/2
552/3 552/5 552/14
552/17 552/19
553/22 560/6 560/15
562/22 563/17
564/24 565/19
568/18 570/20 571/8
573/21 573/23
573/24 574/7 575/14
575/14 576/10
578/22 578/25 579/3
579/21 584/18
584/20 584/22 585/5
585/11 585/12
585/13 587/17 589/7
589/10 589/13
589/24 598/10
598/24 600/10
600/25 604/21 605/9
607/11 611/5 612/22

# H

have... [52]  616/5
618/11 627/21
628/20 633/14
644/17 644/20
644/25 645/3 647/10
647/18 648/1 649/13
651/10 651/11
651/11 652/9 653/19
654/1 654/2 655/9
656/24 656/25
658/24 661/8 664/7
666/4 668/2 670/11
674/6 676/15 683/9
687/10 687/13
688/24 689/15
689/21 689/23
689/25 690/22 691/4
691/17 692/10
692/12 692/22
692/24 693/6 693/10
694/21 696/20
698/25 699/12
haven't [4]  550/25
551/3 612/10 644/17
having [11]  457/10
492/14 517/21
539/19 560/15
601/23 610/10 612/9
614/20 654/7 666/9
he [298]
he'll [1]  620/16

he'd [2]  498/13
499/2 501/5 501/9
504/2 504/3 508/18
508/18 508/23
514/10 531/20
583/19 598/4 608/14
608/16 610/1 610/20
615/13 615/15
621/19 656/18
head [5]  537/4
538/16 614/17 685/2
685/9
headquarters [4]
661/8 661/17 662/5
662/12
headstamp [5]
462/9 464/4 469/7
475/8 482/21
hear [11]  457/15
493/10 532/12
532/17 532/21
532/22 575/1 590/12
638/15 638/16
638/18
heard [6]  492/21
538/7 543/3 623/10
625/9 699/12
hearing [6]  575/2
596/20 597/5 598/9
600/6 614/5
heated [1]  480/10
height [1]  644/12

Heights [2]  515/12
515/14
held [5]  536/17
544/19 544/24
545/21 587/13
help [5]  462/2
542/16 561/18 575/5
615/23
helped [3]  603/14
607/1 640/22
helping [1]  531/4
Henny [9]  537/23
537/24 538/23 539/5
539/5 542/8 569/4
569/7 569/15
her [17]  555/18
558/14 558/17
558/19 558/22
558/24 558/25 559/6
559/8 559/11 559/13
566/14 640/24
640/25 641/2 649/19
649/19
here [24]  456/2
457/2 462/8 462/13
464/5 470/10 470/11
477/3 477/25 481/2
487/12 488/13
519/23 549/15 552/6
594/23 601/17
607/11 615/22 625/4
643/11 649/3 672/4

here... [1] 699/7
Here's [1] 491/14
heroin [1] 592/3
hey [1] 639/3
hidden [1] 577/1
high [14] 464/8
 466/16 467/1 470/8
 470/11 470/12
 470/13 474/17 480/1
 619/6 657/11 658/20
 678/19 687/2
high-explosion [1]
 464/8
high-speed [2]
 678/19 687/2
higher [1] 678/11
highlight [10] 500/9
 522/19 524/13
 524/14 524/20 526/4
 527/4 527/8 529/13
 530/3
highlighted [2]
 524/25 527/6
highway [2] 686/7
 687/1
hill [1] 515/12
him [148] 496/8
 496/15 497/19
 497/21 497/25
 498/11 499/4 500/17
 501/22 503/2 503/11

503/24 504/3 504/5
506/4 506/4 506/12
507/5 507/6 508/1
508/3 508/6 508/8
508/8 508/9 509/9
509/10 510/9 510/10
510/14 511/11
511/13 511/13 515/3
516/5 516/6 516/9
517/8 517/22 519/9
523/16 524/7 524/8
526/17 526/18 529/1
529/8 536/17 536/19
536/20 538/1 538/3
538/7 538/8 538/17
539/5 539/14 539/20
541/14 544/25
544/25 545/1 545/5
545/7 545/10 545/11
545/19 555/18
555/18 555/20
560/16 569/11
569/15 587/11 598/3
598/4 602/20 602/21
602/23 603/22 604/4
607/9 608/19 610/5
610/9 610/16 620/3
621/3 622/23 623/8
623/10 624/5 624/7
625/8 625/9 631/7
635/6 635/9 638/18
639/8 644/7 644/9

644/21 644/22
647/19 656/11 664/9
666/16 666/18
666/20 668/5 668/6
670/15 673/2 673/5
673/5 674/18 674/20
674/23 675/2 675/19
676/4 678/3 680/16
680/17 682/9 683/14
683/14 683/18
683/20 685/2 685/2
685/3 685/7 685/24
686/2 686/5 686/5
686/6 686/8 686/11
686/23 686/25
688/22 688/22
688/22 688/23
693/19
himself [3] 673/3
 673/6 673/8
hire [1] 622/17
his [105] 461/19
 473/12 501/4 501/5
 501/7 503/23 503/25
 504/2 504/25 505/25
 506/20 507/11 509/8
 509/9 510/13 510/14
 511/9 511/13 516/12
 516/13 516/21 517/3
 517/19 518/11
 518/25 519/3 521/11
 522/16 522/17

**his... [76]** 523/14 523/16 523/20 524/1 524/6 524/9 524/11 525/20 526/19 526/20 529/3 531/4 538/12 538/12 538/12 538/21 538/21 539/2 545/1 545/3 546/9 598/7 606/14 607/24 608/12 608/19 609/12 609/24 622/10 622/20 623/4 631/11 635/9 635/22 635/23 635/25 636/1 636/1 638/23 643/25 644/2 644/4 644/5 644/12 644/12 649/15 660/9 660/10 666/22 666/25 668/6 668/7 668/7 668/7 672/2 672/22 673/1 673/9 673/9 673/12 674/8 674/10 674/12 674/19 674/20 675/20 675/22 675/23 677/3 683/14 683/15 683/15 683/20 685/7 685/9 685/25

**history [2]** 533/5

**hit [13]** 537/18 537/19 538/15 538/20 560/16 569/11 620/7 636/11 680/12 680/13 680/16 685/2 688/22

**hitting [1]** 682/14

**Hobbs [5]** 534/6 534/7 592/9 592/11 655/13

**HOBSON [1]** 455/17

**hog [3]** 635/25 636/17 636/18

**hold [7]** 468/25 508/23 540/8 540/12 544/14 544/23 545/8

**holding [6]** 465/1 501/9 525/24 537/1 537/1 545/18

**hole [3]** 462/16 464/15 464/15

**home [24]** 508/15 508/16 508/17 509/2 509/7 509/15 509/20 509/25 510/5 529/17 533/20 545/2 545/11 552/16 564/6 564/9 564/12 593/16 635/6 637/16 639/6 639/8 646/1 682/18

457/24

**homemade [1]** 589/10

**Homie [2]** 626/8 626/10

**HON [1]** 455/11

**honestly [2]** 614/5 623/20

**Honor [62]** 456/5 456/9 457/6 457/12 461/8 461/11 461/13 465/20 472/21 487/6 492/2 492/5 492/9 492/17 492/24 495/20 498/3 498/18 505/19 511/24 519/8 519/11 519/19 521/6 540/3 540/14 550/5 576/9 585/15 587/15 587/22 587/24 588/4 589/5 597/10 597/13 599/4 608/22 613/18 621/8 629/14 645/8 648/1 648/4 648/8 648/10 649/5 649/13 650/5 650/15 651/3 652/6 653/1 653/5 653/12 653/21 656/5 656/16 656/18 694/12 699/3 699/4

**hoodie [1]** 668/7

**H**

hookah [1]  507/2
hope [3]  593/12
 593/12 657/8
hoping [6]  494/18
 494/19 549/2 549/5
 549/6 697/25
hot [1]  638/23
hour [1]  519/23
hours [2]  581/20
 581/20
house [4]  503/25
 610/11 635/9 685/3
housed [1]  603/18
how [126]  456/7
 458/3 458/8 458/13
 460/20 460/22 461/2
 463/7 465/16 467/16
 470/23 471/22 472/1
 472/1 472/6 475/11
 478/18 481/20
 482/16 485/11
 488/25 491/5 491/15
 491/21 493/8 493/15
 494/1 496/7 497/19
 499/1 501/24 503/6
 504/19 506/11
 507/20 513/9 514/10
 516/3 516/4 517/6
 519/17 521/11
 521/16 521/22 522/5
 534/20 535/15

541/16 542/4 543/2
545/12 552/19
558/14 572/16 577/4
578/22 585/10
585/13 587/17
587/21 603/3 603/6
603/14 603/17 605/9
610/17 614/19 618/8
619/12 619/15
626/17 626/20
626/21 633/10
633/11 637/7 645/3
651/22 654/14
655/15 658/4 658/24
664/5 665/1 666/13
666/20 668/2 668/4
669/20 673/9 673/25
674/12 675/18
675/19 675/20 676/2
677/3 678/2 678/22
678/24 679/11
679/16 679/23 680/3
681/16 682/18
682/20 683/13 684/1
684/8 685/1 685/6
687/8 687/20 687/24
688/21 689/1 689/5
689/23 691/11
691/19 692/3 692/22
694/21 696/1 696/3
however [3]  481/6
 491/21 691/3

hundred [3]
 637/11 637/12
hundreds [3]  552/5
 633/15 637/7
hundredths [3]
 478/7 489/22 490/1
hurt [6]  504/12
 509/11 509/12
 566/23 636/9 688/16
hybrid [1]  478/12
hyped [1]  672/18

**I**

I'd [7]  461/23
 473/25 498/3 569/19
 587/20 678/14 692/5
I'll [11]  472/25
 559/14 563/24
 575/21 608/21
 609/17 613/4 634/11
 647/13 657/14 676/8
I'm [64]  457/24
 463/21 472/21 473/8
 479/8 485/3 494/19
 502/7 504/1 509/12
 512/8 512/9 512/24
 537/2 542/12 545/1
 545/12 545/13
 545/18 546/4 549/6
 555/1 555/20 559/13
 562/1 562/2 569/18
 572/3 583/22 585/15
 585/18 588/7 591/7

**I**

**I'm... [31]** 603/19
604/18 604/21 605/5
605/12 605/12 608/6
611/23 613/10
613/18 614/5 629/14
629/14 632/6 639/5
642/6 643/3 650/8
653/25 656/5 656/7
659/10 661/22
665/17 668/9 668/24
669/12 672/9 678/6
684/19 693/19
**I've [4]** 461/18
477/7 492/19 583/13
**ice [1]** 621/2
**ID [1]** 691/12
**idea [6]** 578/22
603/15 603/16 629/7
632/4 647/10
**identification [6]**
459/17 459/19 472/9
498/4 656/6 694/7
**identified [3]** 498/15
656/19 656/21
**identify [5]** 470/23
498/11 500/24
656/11 663/12
**ignites [1]** 462/16
**illegal [6]** 568/24
604/2 617/12 618/11
618/19 618/22

image [2] 467/13
469/6
**imaginary [2]** 501/9
525/24
**imagine [1]** 469/15
**immunity [2]**
575/25 576/2
**impact [1]** 647/18
**implemented [1]**
603/25
**important [1]** 583/7
**impressions [8]**
469/16 469/19
469/21 469/21
469/25 481/19 483/9
484/9
**improper [2]** 617/3
618/24
**improperly [1]**
605/5
**incarcerated [6]**
530/23 531/11 540/5
540/24 544/19
546/11
**incarceration [2]**
535/14 564/16
**inch [3]** 478/7
489/22 490/1
**incident [5]** 611/4
674/22 674/24 675/3
675/6
**include [3]** 499/19

**included [2]** 548/15
565/23
**includes [1]** 650/17
**including [3]** 456/2
591/24 652/14
**inconsistencies [1]**
482/1
**inconsistent [2]**
598/14 647/11
**INDEX [1]** 700/6
**indicate [2]** 661/23
662/8
**indication [1]** 472/3
**indicted [6]** 515/21
515/22 554/20
554/23 563/1 571/8
**individual [9]**
471/11 471/19 483/8
484/8 660/1 660/6
661/1 675/13 676/23
**individuals [1]**
652/13
**information [15]**
475/10 544/14
544/19 544/23
544/25 545/8 545/21
547/24 548/4 575/16
579/4 579/7 583/7
691/12 697/15
**informed [3]** 565/19
565/20 590/15

**I**

initial [6]  543/1
543/5 543/11 544/10
645/13 645/17
initially [2]  544/1
632/5
injure [2]  688/18
688/20
injured [2]  688/21
689/5
inmate [4]  603/7
603/8 603/18 606/1
inmates [4]  603/12
615/3 615/6 618/7
innocent [4]  515/8
688/16 688/20 691/7
inside [19]  462/17
462/18 464/12
465/18 466/9 466/12
466/19 467/10
467/12 470/19 480/7
480/16 509/8 510/11
615/25 616/12
616/15 617/24 638/3
inspection [1]  475/7
Instagram [21]
499/11 499/13
499/15 499/17
499/25 500/12
500/17 518/1 524/23
524/24 525/4 581/17
663/20 663/22

663/24 664/1 664/7
664/9 666/6 677/6
677/9
instantaneously [1]
464/23
instituted [1]  602/3
institution [1]  603/8
insurance [11]
639/18 642/5 642/12
642/14 642/16 643/5
643/18 643/21 690/3
690/5 690/8
intact [4]  462/6
462/7 462/25 490/4
intelligent [1]
595/14
intending [1]  507/13
intention [1]  648/16
intentionally [1]
550/17
interaction [1]
587/25
interested [1]
583/25
interview [2]  619/12
695/6
interviewed [1]
695/3
introduce [1]  651/7
introduced [2]
639/20 651/11
invasion [10]  508/17

509/21 509/25 509/15
509/25 510/5 635/6
637/16 639/8 646/1
invasions [9]  508/15
508/16 533/20
552/16 564/6 564/9
564/12 639/6 682/18
inventory [2]
472/12 472/14
investigate [1]
579/10
investigation [1]
597/1
investigative [1]
578/12
invite [1]  539/17
invoice [1]  473/7
involved [19]
463/25 505/2 506/19
509/4 510/2 511/14
511/15 511/19
538/24 556/11
564/11 605/19
635/17 638/8 638/9
643/4 683/24 684/1
684/18
involvement [1]
495/11
involving [2]  535/10
690/19
Inwood [4]  493/21
495/6 496/3 521/25

# I

iron [4]  510/15
638/23 689/18
689/19
is [354]
Island [6]  457/25
513/13 516/6 516/23
561/7 563/18
isn't [10]  556/4
573/2 596/18 609/2
612/6 612/16 618/11
623/6 626/20 644/10
issue [3]  547/22
649/17 650/17
issues [7]  540/18
540/20 540/22
540/25 548/4 631/11
650/19
it [397]
it'll [1]  480/10
it's [95]  456/11
462/14 463/13
464/18 464/20
464/23 466/3 466/22
467/7 467/21 467/22
467/25 468/16
468/20 469/7 469/9
469/10 469/22
470/14 470/15 472/8
472/22 475/4 475/4
475/16 475/20
475/23 476/16

476/19 479/13
480/16 480/17
480/17 482/4 482/14
484/4 489/6 489/22
490/16 509/1 513/11
515/15 517/24
518/14 528/3 528/11
531/1 531/4 531/4
531/15 531/21
535/20 540/1 540/4
540/7 540/11 543/25
549/6 550/15 550/15
552/23 554/9 568/18
572/2 572/3 574/1
578/18 585/6 585/15
585/19 587/20
587/22 588/1 603/16
606/16 606/19 611/9
611/10 613/25 617/3
619/8 621/3 630/2
631/25 632/4 634/12
635/17 645/4 649/11
657/23 661/25 679/7
699/6 699/11 699/13
item [11]  474/23
474/24 474/25 475/4
478/15 478/25
479/24 480/25 481/7
483/17 484/14
items [12]  474/10
476/8 476/9 476/20
477/21 478/24

482/10 483/1 483/3
483/18 484/10
484/17 486/9
Ito [14]  514/10
514/12 514/19
514/23 515/5 515/18
516/6 526/21 527/2
622/7 622/8 622/10
622/12 622/18
Ito's [4]  516/15
516/19 622/14
624/13
its [6]  462/18 464/23
466/23 466/23 472/8
480/3
itself [6]  460/17
462/12 480/13
480/15 527/9 653/15

# J

J6 [1]  532/15
jacket [4]  466/24
479/25 480/19
480/21
jackets [1]  480/15
jacking [7]  530/10
530/11 530/13
530/16 530/18
531/18 531/19
jail [79]  493/24
494/1 494/3 513/2
513/7 513/11 514/11
514/23 515/18

**J**

jail... [70]  516/13
517/9 518/14 522/7
522/21 526/18 531/3
540/2 540/4 541/3
545/4 554/8 562/20
563/8 565/7 566/21
566/23 573/5 573/10
574/1 582/19 582/23
583/1 583/3 584/15
584/18 585/6 594/6
598/10 598/10
598/23 598/24
611/19 614/19
614/23 615/4 616/3
616/19 616/22
617/22 618/12
618/24 619/24
622/12 623/14
623/14 624/12
629/10 629/12
630/19 630/25 646/3
654/23 654/24 658/2
658/3 658/14 666/17
669/1 692/7 692/10
692/12 692/14
692/16 692/18
692/20 692/22
692/24 693/6 698/4
jail's [1]  582/25
jails [1]  574/4
JEREMY [2]

Jersey [1]  632/17
Jesus [1]  537/4
jet [1]  464/15
jewelry [12]  511/9
511/13 538/1 538/8
538/11 553/3 624/7
624/8 682/25 683/15
684/3 688/11
job [3]  558/5 690/3
690/5
join [1]  497/5
joined [1]  671/25
joke [3]  512/17
607/4 607/6
judge [33]  455/12
547/11 547/11
547/13 547/13
549/11 549/12
549/13 555/6 555/16
555/19 555/22
556/19 563/13 568/3
568/22 585/12
585/17 587/21 590/3
590/7 590/12 590/22
591/10 591/14
596/21 597/5 600/15
646/5 693/3 697/6
698/6 698/7
judges [1]  551/11
jump [3]  551/19
560/16 560/23

jumped [2]  538/21
610/9
jumping [1]  641/6
June [9]  543/25
543/25 561/24
567/12 577/10
592/15 595/21
615/18 652/20
jurisdiction [1]
575/14
juror [2]  587/10
587/25
jurors [1]  645/5
jury [50]  455/13
456/1 456/14 456/14
457/2 457/15 462/3
462/23 465/4 466/8
466/16 467/17 470/7
475/15 476/21 479/6
479/25 481/16
481/20 483/5 484/6
484/22 485/6 493/10
519/14 520/1 520/5
520/7 521/1 521/2
533/12 534/1 553/23
575/1 586/1 587/3
589/1 611/8 613/15
649/1 649/25 651/4
651/19 651/25 652/3
653/11 653/13
676/16 694/17 699/8
jury's [1]  519/23

# J

**just [102]  458/23
461/17 463/1 471/14
474/17 475/3 477/7
478/13 480/8 486/8
487/14 490/10 493/9
493/16 499/6 501/3
504/13 505/2 506/18
508/10 511/23 519/9
521/24 523/22
528/14 528/17
528/23 529/1 530/2
531/9 533/9 533/13
534/16 534/17
534/18 534/22
538/21 539/18 546/9
546/10 549/11 550/9
553/20 556/17
562/23 565/19
566/20 566/23 568/7
569/3 570/1 577/7
578/17 587/15
587/21 592/11
592/19 595/20 596/8
597/11 598/4 598/13
598/15 600/5 601/3
601/11 602/19
602/19 602/20
603/11 605/13
605/16 606/1 606/9
606/10 611/9 613/10
613/17 615/13 616/5**

**617/8 619/10 620/2
632/9 635/6 635/9
636/14 636/19 639/5
641/1 649/22 650/19
661/14 662/1 672/15
673/4 673/25 686/10
687/6 690/12 691/21
694/2**

# K

**K2 [14]  540/24
584/22 584/24
617/10 617/16
617/21 617/21
618/20 618/21
618/22 619/2 619/10
692/13 692/13
keep [7]  518/10
518/12 561/18 602/4
668/6 687/7 699/11
keeping [1]  510/18
Kentucky [1]
632/19
kept [5]  468/14
510/19 564/11
564/11 684/5
Kev [1]  529/6
Kevin [2]  626/1
626/4
kick [2]  621/3
630/19
kicked [10]  463/14
504/5 541/1 613/8**

**613/13 613/19 614/7
614/17
kid [10]  518/2 542/8
569/3 569/5 569/15
570/24 571/8 688/20
688/20 689/5
kidding [1]  606/10
kidnap [4]  684/20
684/22 685/22
685/24
kidnapped [3]
684/12 686/2 686/14
kidnapping [9]
655/6 678/19 684/24
685/18 685/20 686/4
694/25 695/9 695/15
kidnappings [5]
655/13 684/6 684/8
684/10 685/13
kids [1]  521/18
kill [2]  521/19 562/1
killed [3]  515/8
672/3 672/22
kilo [4]  501/23
503/24 503/25 637/2
kilos [3]  510/12
636/25 637/4
kind [33]  467/22
470/9 470/10 471/21
476/3 477/15 482/23
491/13 503/20**

**K**

**kind... [24]  507/10**
527/20 553/12
562/10 570/7 573/7
583/7 585/5 585/5
589/10 606/6 615/22
615/24 623/6 624/25
627/11 630/10
631/17 668/8 679/8
680/24 683/3 692/24
693/1
**kinds [7]  658/20**
687/13 688/4 688/6
689/13 690/2 692/12
**King [1]  628/10**
**kitchen [2]  620/15**
621/19
**kneeling [1]  529/6**
**knew [23]  506/1**
543/3 568/5 571/2
574/13 575/5 584/4
593/11 595/17
595/21 595/21
595/22 596/6 603/13
614/11 618/19
622/25 629/9 629/12
637/21 637/23
637/25 638/25
**knife [2]  689/14**
693/2
**knives [3]  552/15**
683/4 688/7

**knocked [1]  607/9**
**know [126]  460/13**
469/4 496/7 496/9
497/10 497/21
497/25 498/19 499/1
500/2 500/14 506/11
507/9 507/20 509/12
509/18 509/19 510/4
510/10 516/19
516/25 517/8 517/14
517/25 523/9 527/22
541/14 541/23
544/25 549/8 549/10
550/14 553/24 560/2
561/14 562/2 567/8
567/10 568/15 572/8
578/17 578/21
579/14 579/23
581/10 583/6 583/19
584/4 584/6 584/12
584/15 585/14
585/15 587/21 593/7
594/23 595/5 595/11
595/14 595/14
595/17 600/19
600/23 601/5 603/11
603/22 604/8 604/10
605/13 606/14 611/5
611/23 613/6 616/7
616/18 619/12
619/14 619/17
619/18 619/20 622/8

622/20 622/23 623/1
623/18 623/20 626/4
630/6 630/18 630/22
631/25 633/15
635/17 644/2 644/18
644/18 644/20
644/20 644/21 646/6
646/7 646/8 647/3
647/7 649/23 650/24
653/18 656/1 659/13
664/16 665/19
665/21 668/22 672/9
672/18 673/4 673/9
673/10 676/12
676/17 678/12 689/7
693/3 698/3
**Knowing [2]  616/24**
617/2
**knowledge [13]**
488/20 490/10
537/18 537/19
538/19 539/4 608/15
622/19 658/15 664/7
666/4 692/3 693/3
**known [18]  460/2**
460/13 493/21
494/24 495/6 496/3
497/19 499/9 508/19
508/23 511/3 517/13
517/14 517/21
600/21 600/25

**K**

known... [2] 610/12
683/8
knowns [1] 486/3
knows [2] 613/15
614/4

**L**

lab [2] 474/2 474/20
LaCova [27] 457/7
457/8 457/11 457/21
461/14 461/23
465/22 469/20 472/5
473/11 473/16
474/12 476/9 477/11
477/22 479/15
481/15 481/20
482/18 483/4 483/10
484/6 484/10 485/5
485/10 486/10
487/11
ladies [8] 457/1
461/17 492/10
519/25 585/22
648/14 653/18 699/6
land [9] 466/10
466/10 466/15
466/15 470/13 471/5
471/5 483/9 484/9
lands [4] 467/2
467/9 470/9 480/9
language [2] 526/10

large [1] 478/15
larger [1] 466/21
last [14] 458/10
496/9 532/4 539/9
569/22 594/24 601/3
604/16 604/18
604/21 605/10 645/4
693/13 693/24
late [2] 650/3 650/14
later [12] 475/19
494/6 538/13 538/23
538/25 554/19
559/20 563/2 570/5
619/3 636/22 696/2
latest [1] 699/8
Latin [1] 628/10
law [13] 475/19
542/23 543/20 544/5
566/7 566/17 691/9
691/11 691/14
691/17 695/3 695/6
695/24
law-abiding [2]
566/7 566/17
lawful [1] 652/12
lawyer [23] 542/11
545/17 546/5 546/5
570/8 570/10 571/24
572/1 572/8 572/8
572/9 574/11 574/13
574/18 575/9 575/13

575/14 595/5
619/14 619/20
622/18 631/5
lawyer's [1] 612/18
lawyers [3] 553/24
611/9 650/9
laying [3] 676/5
676/13 676/17
lead [13] 466/23
466/23 480/3 480/8
480/9 480/14 480/15
480/15 480/17
480/19 538/16 566/7
666/13
leader [2] 496/15
660/12
leaders [1] 659/9
leading [5] 508/2
543/15 559/3 566/16
646/23
Lean [3] 681/4
681/5 681/6
leaning [1] 555/20
learn [2] 538/23
629/10
learned [4] 534/20
537/24 538/25
595/20
least [2] 485/11
582/6
leave [8] 461/12
467/11 468/19

leave... [5] 468/24
469/19 480/6 546/8
632/5
leaving [2] 480/12
587/12
led [3] 538/11 573/4
685/18
left [29] 458/6
465/15 467/2 467/5
470/4 471/8 471/15
471/20 474/19
480/14 480/18 482/7
500/24 500/25
500/25 501/5 503/11
523/3 525/20 526/1
528/21 528/22
536/16 545/17 546/1
546/4 546/9 641/2
670/8
leftover [1] 468/17
Lefty [19] 541/8
541/11 541/23
541/24 542/2 600/21
600/23 601/3 601/11
602/20 603/8 603/21
603/22 603/25 604/3
605/4 605/19 639/20
654/13
Lefty's [2] 600/19
603/15
legal [3] 631/11

legit [1] 680/23
lens [1] 459/4
less [12] 461/20
535/18 537/10
542/11 549/12
593/20 633/13 649/6
657/13 681/22 698/4
698/8
let [19] 464/9 467/15
467/16 486/15 510/9
584/3 598/13 603/22
605/13 610/12
617/22 619/14
634/18 647/16 651/1
668/22 681/1 693/12
695/11
let's [25] 456/7
456/13 456/14 469/9
471/1 478/25 479/24
481/12 484/2 501/18
508/15 511/20 535/8
544/16 561/10
567/12 585/22
604/22 619/17
619/22 650/12 651/1
672/4 679/2 687/17
letter [21] 494/19
547/23 547/25 548/3
549/12 549/22 550/3
590/2 590/6 594/21
612/25 614/12

647/24 657/10
657/12 697/14
697/16 698/7 699/1
letters [3] 528/14
582/13 631/9
letting [1] 499/9
level [7] 466/16
468/23 474/17 480/1
482/15 657/11
658/20
lever [2] 463/3
466/1
lever-action [2]
463/3 466/1
liar [1] 606/21
license [2] 568/16
632/3
lie [23] 544/13
546/13 546/13
549/14 550/15
550/17 578/6 580/5
606/18 607/18 609/2
609/4 609/20 610/19
610/24 641/24
647/20 691/9 691/11
691/14 695/12
698/11 698/21
lied [19] 549/20
550/20 550/22
550/24 551/2 551/5
551/8 551/11 551/17

# L

507/11 508/1 508/1 508/10/22 533/4 533/5 534/8

lied... [10]  559/6
607/14 610/21
641/19 642/4 642/9
642/14 643/16 686/1
695/10
life [22]  545/1 545/3
547/6 549/21 550/20
550/22 552/2 553/7
553/12 553/18 559/4
566/7 566/17 573/4
573/7 574/1 593/15
594/17 654/2 691/25
696/24 698/12
light [5]  468/25
486/10 509/6 650/16
665/1
light-skinned [1]
509/6
like [220]  460/15
461/23 464/22 469/1
473/25 476/9 477/5
477/9 477/11 477/22
477/25 482/8 495/5
495/12 496/3 496/8
496/15 496/15 498/1
498/3 499/3 499/5
499/5 499/8 499/9
499/9 503/8 503/14
503/24 504/5 504/20
505/22 506/24
506/25 507/1 507/1

508/1 508/2 508/23
509/21 509/22
509/22 509/24
510/12 510/16
511/18 512/16
512/17 513/11
513/11 513/13
513/19 513/19 514/1
514/3 514/4 514/13
516/6 516/9 516/12
516/22 517/2 517/7
517/8 517/12 517/13
517/13 517/14
517/15 517/18
517/18 517/18
517/19 517/20 518/9
518/14 518/15 519/3
521/17 521/18
521/25 522/8 522/22
523/5 523/16 524/8
525/12 526/17
528/10 529/24
529/24 529/25
530/15 530/18 531/1
531/1 531/2 531/4
531/5 531/5 531/6
531/7 531/7 531/14
531/15 531/21
531/21 532/14
532/14 532/18
532/18 533/2 533/3

535/17 536/12
536/20 537/1 537/5
537/13 538/13
538/16 539/16
541/16 541/22 542/9
545/12 546/4 546/4
546/6 555/9 561/14
562/10 562/11
564/16 569/21
569/22 573/5 573/7
574/7 578/18 578/18
584/24 595/20
596/20 603/11
605/24 606/6 608/18
609/11 610/11
617/25 619/8 621/2
623/19 624/10
624/25 628/3 630/10
631/17 634/22
634/24 636/10
638/18 640/23
647/19 650/2 650/11
650/13 651/22
657/15 661/6 663/17
665/21 666/15
666/17 666/22 671/7
673/1 673/4 673/9
673/9 673/11 673/12
673/14 674/14
674/15 674/22 675/1
675/1 675/8 676/14

**like... [23] 677/9**
677/14 677/18
677/21 678/7 678/8
678/11 678/14
679/17 680/22
680/23 680/25 681/3
681/6 684/16 686/1
688/19 690/8 691/1
691/9 692/5 692/15
693/25
**liked [1] 553/12**
**likely [1] 515/19**
**liking [1] 573/4**
**lil [1] 527/11**
**limine [2] 651/10**
651/14
**limit [2] 464/24**
469/11
**line [1] 517/19**
**list [3] 565/17**
565/20 565/23
**listen [2] 575/21**
660/11
**literally [4] 508/4**
514/1 544/18 546/6
**little [25] 470/8**
475/21 482/14
486/15 491/3 502/7
507/1 508/15 518/1
533/9 535/9 553/20
562/23 637/11 659/7

660/20 660/22 661/4
661/5 669/7 672/18
673/3 673/13 686/10
692/1
**live [5] 493/22**
547/20 568/21
654/22 697/12
**lives [1] 508/22**
**living [2] 545/13**
610/11
**LLP [1] 455/22**
**loaded [3] 467/20**
567/13 652/16
**loaded 9 [1] 652/16**
**lobby [1] 537/2**
**location [2] 518/13**
645/19
**locked [2] 658/5**
679/17
**lodged [1] 574/16**
**logical [1] 519/21**
**long [23] 456/8**
458/3 458/13 491/21
494/1 497/19 522/9
522/17 524/8 527/19
527/21 578/23 580/4
643/24 644/4 658/4
666/23 672/13
673/15 673/24
674/12 677/4 693/14
**longer [9] 456/9**
519/17 559/24

585/10 585/13
587/17 626/24 645/3
694/21
**look [15] 459/3**
459/5 459/7 469/1
470/16 470/16
470/17 479/24 481/6
486/3 522/7 536/20
606/6 666/22 678/4
**looked [7] 490/15**
615/13 636/21 673/3
675/19 675/24 689/9
**looking [13] 491/13**
509/21 509/23
510/11 521/17 530/1
538/7 571/2 571/4
635/12 636/22
637/13 656/9
**lookout [1] 637/19**
**looks [6] 476/9**
477/22 477/25 523/9
650/2 650/11
**loose [1] 666/24**
**Lopez [59] 492/9**
492/12 492/15 493/2
496/19 496/25 498/8
498/19 499/11
500/10 500/21
501/12 502/11
502/23 504/9 505/7
505/21 506/23
510/20 512/3 514/16

# L

**Lopez... [38]** 514/22
515/13 516/15
516/25 517/21
518/21 519/6 521/8
522/12 522/21
522/25 523/25
524/16 524/22 525/3
525/17 526/6 526/11
526/24 527/6 527/10
527/14 528/6 528/13
528/18 529/14 530/8
532/5 536/22 540/17
541/3 542/4 543/19
555/17 589/4 645/12
647/3 648/6
**lose [3]** 549/24
698/15 698/18
**lost [1]** 612/5
**lot [30]** 463/19
464/19 488/2 488/4
489/3 489/4 501/25
545/4 576/23 587/20
587/23 615/8 631/18
650/10 658/7 658/23
659/1 668/3 673/11
678/20 679/13
680/22 680/22 687/9
687/21 687/21 688/1
689/2 691/20 696/5
**loudly [1]** 457/13
**lounge [1]** 507/2

**lounge-type [1]**
507/2
**lounges [1]** 553/7
**low [8]** 467/1 470/8
470/10 470/12
470/13 676/5 676/13
676/17
**lower [2]** 549/2
549/9
**loyalty [1]** 531/1
**lucky [2]** 603/11
635/3
**Luis [3]** 639/20
653/21 654/5
**lunch [3]** 550/9
585/22 589/6
**Luncheon [1]** 586/5
**lying [7]** 549/16
566/13 606/21 609/7
609/13 610/18
610/20

# M

**ma'am [52]** 494/23
495/10 496/20
498/10 499/14
501/14 502/2 502/12
502/24 503/16
504/18 505/8 507/15
507/17 508/20
512/11 513/15
513/22 518/4 521/10
523/11 523/17 525/5

**ma'am... [52]** 526/15 526/25
527/15 527/24
528/19 531/12 532/1
533/17 533/19
533/21 533/23
533/25 535/5 535/7
542/24 543/13 544/4
545/22 546/16
546/22 546/25 547/2
547/15 548/5 548/17
548/20 548/23 549/1
549/4
**Mac [2]** 608/14
658/16
**Mac Balla [1]**
658/16
**MACEDONIO [3]**
455/20 455/21 701/5
**machete [3]** 536/4
536/7 536/17
**machining [3]** 469/2
482/6 482/8
**macroscopically [1]**
468/25
**made [16]** 459/25
466/18 472/2 503/11
529/17 537/5 542/13
548/21 575/25 576/7
610/7 610/15 623/22
655/17 672/15 673/7
**magazine [1]** 468/14
**magnification [2]**

# M

**magnification... [2]**
469/2 482/10
**magnum [3]** 478/10
485/1 489/23
**main [1]** 655/21
**major [4]** 560/5
560/16 560/18
561/24
**make [28]** 459/8
465/16 471/4 471/21
472/14 475/21 481/4
483/18 486/5 501/23
539/18 545/5 548/18
550/14 561/17
565/20 570/13
587/12 589/13
605/13 606/6 615/11
616/7 616/21 619/8
640/13 649/19
697/18
**makes [2]** 592/11
632/6
**making [4]** 529/16
562/6 570/6 573/8
**male [1]** 565/9
**man [7]** 524/19
558/11 573/7 595/14
615/7 615/8 615/12
**mandatory [5]**
460/10 547/8 695/15
695/17 696/25

**Manhattan [1]** 540/9
473/3 576/24 577/19
652/12 654/17
654/20 654/21
665/18 665/20
665/23 666/1
**manipulate [1]**
470/10
**manipulation [2]**
466/2 466/4
**manual [2]** 466/2
466/4
**manufactured [5]**
476/17 489/1 489/2
491/5 491/15
**manufacturer [12]**
462/10 464/6 465/16
467/3 467/4 471/8
475/6 475/24 475/25
481/24 482/7 482/21
**manufacturer's [2]**
462/10 464/5
**manufacturing [6]**
467/8 468/21 476/1
481/23 482/12
488/18
**many [48]** 458/8
460/20 460/22 461/2
463/14 471/22 472/1
472/1 475/11 485/11
488/25 491/5 491/15
491/21 501/24

**501/25 504/19** 516/3
516/4 535/15 544/8
544/9 572/16 593/25
605/9 605/11 630/16
633/10 633/11 637/7
658/24 668/2 668/4
678/15 679/11
679/16 681/16
682/20 684/8 687/8
687/20 687/24 689/1
689/23 691/19
692/22 696/1 696/3
**map [5]** 661/14
661/15 661/20 662/1
662/8
**marijuana [28]**
509/24 545/3 554/17
560/11 561/11
561/25 584/20
584/25 585/2 591/25
592/4 615/25 616/5
616/9 616/15 616/21
616/24 617/6 617/16
617/16 617/19
617/23 618/16
618/20 619/2 619/10
635/13 636/21
**mark [4]** 479/9
481/3 612/18 612/21
**marked [2]** 652/17
694/6
**markings [4]** 471/15

# M

markings... [3]
471/18 471/20 481/8
marks [6] 468/19
468/24 469/2 470/4
482/6 482/8
marshals [1] 648/11
mask [3] 492/4
537/12 537/12
masks [3] 498/6
498/17 656/8
match [5] 460/4
471/25 472/1 472/2
578/19
matched [1] 481/8
matches [1] 479/21
material [2] 467/9
470/21
materials [1] 466/24
math [1] 637/5
matter [6] 576/6
611/4 611/9 619/22
647/15 647/16
matters [1] 462/3
maximum [6]
462/18 485/13
486/20 547/3 547/3
696/22
may [40] 455/8
477/1 480/13 480/19
492/4 498/17 505/16
511/24 520/2 520/6

520/6 521/3 521/4
564/20 564/24 567/2
579/23 586/3 587/4
589/2 589/3 600/2
602/13 604/21
608/23 613/9 613/12
648/1 648/6 649/2
650/2 650/3 651/5
652/24 653/12
653/23 653/24 699/9
700/1 700/5
Maybach [3] 496/13
659/12 659/13
maybe [4] 542/10
567/16 579/17
637/11
mayhem [1] 558/3
MCC [7] 544/20
577/18 612/12
616/19 616/24 617/5
617/15
MDC [5] 610/7
610/10 612/12
613/21 613/22
me [100] 464/9
464/9 467/15 467/16
486/15 487/12
498/13 498/14 503/7
503/8 503/22 505/3
506/2 506/20 507/21
507/25 509/5 509/18
510/3 510/6 515/2

515/4 515/21 531/5
536/1 536/17 537/1
537/17 537/22
538/14 538/15
538/18 541/17
541/20 542/9 542/12
542/13 542/21
544/25 545/18
545/25 546/1 547/19
547/22 555/21 560/3
560/24 560/24
564/10 569/11
570/19 572/2 584/10
587/5 587/11 598/13
598/14 598/15
603/18 603/19
603/22 604/5 605/12
605/13 605/13
610/16 610/17 612/5
614/7 614/11 615/14
615/25 616/6 616/12
617/22 619/14
619/20 621/3 621/20
625/6 634/12 634/18
635/16 641/6 642/8
647/6 647/6 647/16
657/13 668/21
668/22 671/18 681/1
683/17 684/19
693/12 694/11 695/8
695/11 697/14
mean [53] 458/19

**M**

mean... [52] 461/11
463/21 476/12 478/3
515/2 515/21 516/22
517/17 517/18
526/14 526/20
529/21 530/19
531/21 531/23
531/24 532/19 534/7
534/9 538/6 540/5
549/6 565/6 573/23
580/23 583/10
583/11 601/15
606/16 614/11
615/22 627/6 627/9
627/11 633/10 650/8
655/7 658/6 660/10
662/21 665/8 666/8
669/25 673/7 677/11
677/13 677/17
677/19 679/3 679/9
683/18 690/7
meaning [7] 471/24
476/15 532/24
594/24 608/3 628/17
635/25
means [43] 459/10
466/8 475/15 476/13
476/22 479/10 480/1
497/8 499/7 525/11
525/12 525/13
525/14 526/12

526/16 528/9 528/10
528/11 529/19
529/23 529/24
530/14 530/16
530/25 531/6 531/8
531/13 531/14
531/18 531/19
531/21 531/22
532/14 532/17
532/19 532/22 533/1
533/2 533/3 563/17
564/23 567/4 578/12
meant [2] 465/16
466/14
measure [2] 476/25
482/20
measured [4] 469/9
469/13 478/7 482/18
measurement [3]
466/9 478/5 478/20
measurements [15]
466/10 466/12
476/24 477/1 477/5
477/9 477/11 478/9
479/7 479/12 479/16
481/5 483/14 489/21
489/24
medical [4] 585/6
649/17 649/19
650/17
meet [14] 542/22
543/19 544/5 544/8

548/6 566/9
603/24 603/24
666/16 666/18
666/20 695/23 696/3
meeting [15] 542/17
543/1 543/5 543/11
544/13 544/18 546/3
546/6 566/11 578/22
582/5 645/14 645/17
647/6 671/9
meetings [13]
544/10 548/10
548/15 575/11 580/8
580/14 581/20
581/24 646/13
646/17 646/20 696/6
696/8
member [24] 495/9
497/4 497/15 498/22
498/24 498/25 499/1
502/6 508/18 523/25
530/22 531/20 557/8
591/17 628/22 656/3
658/9 658/11 667/2
669/11 671/17
671/17 682/11
682/12
member's [1]
666/11
members [38] 497/5
497/7 497/9 497/9
497/10 497/12

# M

members... [32]
497/17 499/2 499/5
500/4 502/3 502/5
504/16 504/21
508/16 510/20
510/23 513/21
514/13 515/15
515/16 517/13 525/7
525/9 533/2 655/18
655/21 658/15
660/18 663/7 665/10
665/17 666/11
666/21 668/13
668/21 669/8 684/13
memory [1]  695/21
mention [4]  489/16
545/7 546/7 582/13
mentioned [31]
458/24 466/6 478/13
494/21 497/19 540/1
540/25 545/20
592/23 596/14 622/4
623/25 624/4 626/1
634/25 638/13
655/25 660/1 660/22
661/17 662/5 667/2
678/15 679/3 680/8
680/18 681/23 687/2
690/19 690/22 692/7
Mercedes [1]
639/10

mess [1]  541/14
message [4]  532/3
532/4 532/10 581/18
messing [1]  562/3
met [6]  542/18
551/3 601/16 615/18
651/15 666/22
metal [4]  469/17
469/18 469/19 482/1
metallic [2]  466/22
480/4
Metropolitan [1]
577/18
mic [1]  533/9
microphone [4]
457/14 492/19
492/19 493/11
microscope [6]
458/20 459/1 459/20
460/17 479/18 481/7
microscopic [10]
459/21 460/5 460/8
460/12 467/11
467/13 468/23
482/10 482/10
482/15
mid [2]  519/21
519/24
mid-morning [2]
519/21 519/24
middle [4]  486/9
575/8 663/17 679/6

middleman [1]
575/8
might [9]  470/18
471/22 472/2 500/1
515/15 516/12
537/24 648/11
650/20
mike [1]  676/15
mikes [1]  457/15
Millennium [1]
645/23
millimeter [14]
475/18 475/21 478/1
478/10 478/19
484/11 484/20
484/24 484/25
486/23 489/17
489/20 490/20
652/16
million [1]  552/21
millions [1]  491/23
Milton [45]  496/6
496/7 496/11 496/22
497/10 499/3 501/1
501/3 502/6 511/15
513/24 513/25 514/2
514/5 514/8 514/22
515/1 515/5 515/9
515/17 515/24 516/1
516/3 524/4 524/5
524/9 539/3 545/25
546/1 622/5 622/25

# M

**Milton... [14]**
623/15 623/21
624/11 624/12
630/18 655/23
659/10 659/11
659/12 659/20
659/23 660/17
681/15 683/22
**Milton's [3]** 496/9
496/14 659/21
**mind [1]** 699/11
**mine [1]** 575/2
**minimum [14]**
485/13 486/11
486/12 486/20 487/2
547/8 547/9 593/19
594/18 695/15
695/17 695/18 697/1
698/21
**minor [1]** 560/6
**minute [3]** 494/20
513/18 648/15
**minutes [7]** 456/10
519/19 519/24 520/2
649/6 649/15 651/21
**mirror [2]** 467/13
469/6
**miss [1]** 553/14
**missed [1]** 506/5
**missing [3]** 479/7
479/9 479/11

**mistaken [3]** 568/4
569/7 629/23
**mistaken [4]** 658/2
659/10 672/9 684/19
**misunderstandings**
**[1]** 616/8
**model [4]** 462/2
471/2 471/6 471/7
**models [1]** 491/19
**mom's [3]** 536/25
537/2 537/11
**moment [16]** 458/23
487/6 497/18 502/8
504/8 511/16 511/23
511/24 523/22 550/5
597/11 620/20 648/1
657/15 695/22 699/3
**Monday [2]** 619/18
619/21
**money [36]** 498/23
503/24 504/1 504/3
526/13 526/14
535/24 536/11
536/12 536/15
536/21 552/12
552/19 552/22
573/21 573/23
573/24 611/19
618/11 622/10
622/14 622/23 624/7
627/20 627/24
630/25 631/18

639/18 643/19
643/19 656/4 681/4
682/25 684/3 688/11
690/8
**month [6]** 459/16
513/19 513/19
542/10 601/3 668/23
**months [10]** 494/2
513/13 554/19 561/7
563/1 564/17 569/21
580/12 696/1 696/2
**more [37]** 461/20
469/14 471/4 486/16
491/22 494/6 494/20
497/17 497/20 502/7
511/16 511/18 516/1
531/14 534/6 535/9
535/17 545/11 552/6
555/20 568/19
572/23 585/12
629/14 633/7 655/23
657/14 677/24
677/25 678/3 679/15
681/19 681/21
682/22 686/10 689/3
689/4
**morning [19]** 456/2
457/1 457/11 457/12
457/21 457/22
487/11 492/15
492/17 493/2 493/3
519/21 519/24 587/7

M

**morning...** [5] 650/3 650/14 650/19 650/22 669/8

**most** [10] 497/13 497/14 503/19 515/19 550/20 550/22 552/2 552/8 552/11 571/20

**mostly** [3] 515/15 515/16 548/12

**mother** [8] 509/9 509/12 510/14 546/11 635/9 635/23 636/3 636/14

**mother's** [1] 503/5

**motion** [2] 461/16 651/14

**motions** [1] 651/9

**mouth** [3] 518/25 519/3 623/4

**move** [8] 492/21 493/11 541/9 562/23 612/23 619/22 620/22 622/7

**moved** [2] 611/6 613/1

**moves** [1] 505/11

**moving** [1] 673/11

**Mr** [6] 457/11 525/3 526/11 608/12 656/19 701/8

492/15 493/2 496/19 496/25 498/8 498/19 499/11 500/10 500/21 501/12 502/11 502/23 504/9 505/7 505/21 506/23 510/20 512/3 514/16 514/22 515/13 516/15 516/25 517/21 518/21 519/6 521/8 522/12 522/21 522/25 523/25 524/16 524/22 525/17 526/6 526/24 527/6 527/10 527/14 528/6 528/13 528/18 529/14 530/8 532/5 536/22 540/17 541/3 542/4 543/19 555/17 585/10 587/5 588/6 589/3 589/4 596/23 596/24 597/5 600/6 636/3 645/12 647/3 648/6 651/19 654/10 654/12 655/21 655/25 656/9 656/24 659/17 660/1 660/6 660/17 661/1 661/8 661/15 662/5 662/11 662/25 663/7 663/20 664/13 664/20 665/6

**Mr. Epps** [1] 636/3

**Mr. Fedor** [30] 654/10 654/12 655/21 655/25 656/9 656/24 659/17 660/1 660/6 660/17 661/1 661/8 661/15 662/5 662/11 662/25 663/7 663/20 664/13 664/20 665/6 666/15 673/19 674/6 675/13 676/23 677/7 678/14 694/8 694/25

**Mr. Fedor's** [1] 651/19

**Mr. Lopez** [55] 492/15 493/2 496/19 496/25 498/8 498/19 499/11 500/10 500/21 501/12 502/11 502/23 504/9 505/7 505/21 506/23 510/20 512/3 514/16 514/22 515/13 516/15 516/25 517/21 518/21 519/6 521/8 522/12 522/21 522/25 523/25 524/16 524/22

**M**

Mr. Lopez... [22]
525/17 526/6 526/24
527/6 527/10 527/14
528/6 528/13 528/18
529/14 530/8 532/5
536/22 540/17 541/3
542/4 543/19 555/17
589/4 645/12 647/3
648/6
Mr. Pabon [1]
596/24
Mr. Santana [3]
596/23 597/5 600/6
Mr. Schneider [5]
456/4 585/10 587/5
588/6 589/3
MrFuckYourBitch
[1] 526/9
Ms [9] 456/11
457/18 484/4 496/17
701/4 701/5 701/7
701/9 701/11
Ms. [67] 473/8
473/13 474/8 476/7
477/19 478/22
481/11 481/13 483/1
484/1 485/2 486/7
492/23 496/23 500/6
500/8 500/19 501/10
502/9 502/20 502/21
505/4 505/20 514/14

514/20 518/18 519/5
521/5 522/10 522/18
522/24 524/12
524/20 525/15 526/3
526/22 527/3 527/8
527/12 528/4 528/16
529/11 530/3 530/5
532/2 541/9 653/10
654/4 659/15 659/25
660/4 660/16 660/24
661/12 661/13
662/24 663/4 664/11
664/18 673/16 674/4
675/11 675/25
676/10 677/5 694/5
694/20
Ms. Abrams [64]
473/8 473/13 474/8
476/7 477/19 478/22
481/11 481/13 483/1
484/1 485/2 486/7
496/23 500/6 500/8
500/19 501/10 502/9
502/20 502/21 505/4
505/20 514/14
514/20 518/18 519/5
522/10 522/18
522/24 524/12
524/20 525/15 526/3
526/22 527/3 527/8
527/12 528/4 528/16
529/11 530/3 530/5

653/10
659/15 659/25 660/4
660/16 660/24
661/12 661/13
662/24 663/4 664/11
664/18 673/16 674/4
675/11 675/25
676/10 677/5 694/5
694/20
Ms. Bhaskaran [1]
654/4
Ms. Espinosa [2]
492/23 521/5
much [13] 484/5
488/10 513/9 519/17
552/19 585/2 585/10
585/13 587/17
619/15 645/3 694/21
699/13
Mula [10] 493/7
493/14 671/9 671/11
671/12 679/19
683/22 693/11
693/12 693/13
multiple [15] 470/17
470/25 471/2 472/4
474/7 474/24 489/2
489/14 489/19
489/20 490/22
490/23 491/19
491/20 615/13
multiplied [1] 522/6

Case 1:18-cr-00319-SHS Document 577 Filed 05/20/22 Page 137 of 189

**murder [47]** 473/4
498/23 514/11
514/23 515/1 515/7
515/9 515/17 515/24
516/1 516/3 516/8
516/10 516/20
516/23 516/23 517/2
517/4 517/9 521/11
521/14 521/20 522/3
524/6 524/8 543/12
545/24 546/2 546/3
546/11 567/8 571/9
572/24 624/19 625/5
625/8 625/10 656/4
670/25 672/5 672/8
672/12 672/15 674/1
674/7 676/2 677/22
**must [3]** 556/23
579/20 606/21
**my [75]** 476/25
477/6 477/9 479/12
488/12 490/10 496/8
498/13 504/4 511/10
512/16 513/2 526/9
527/11 529/16
529/19 530/10
530/11 530/13
531/18 531/19
531/19 535/14
536/25 537/2 537/4
537/11 537/15

544/15 545/17 546/5
546/5 546/10 547/9
547/22 548/1 550/22
562/9 568/4 569/18
569/20 569/21
570/11 572/2 572/6
587/5 595/20 603/7
603/16 603/20
608/15 609/11
610/19 611/3 614/17
618/21 619/14
619/20 621/4 622/19
625/7 638/14 640/4
641/2 642/2 645/4
656/17 685/3 690/3
690/18 690/18
695/18 695/21
**myself [11]** 528/1
542/16 542/20
543/22 545/2 545/2
551/19 551/25 570/5
588/7 655/18

**N**

**N.Y [1]** 455/8
**Nagle [3]** 496/2
506/25 662/3
**Nah [3]** 523/7 629/9
633/6
**naked [1]** 482/9
**name [28]** 462/10
462/11 462/22 464/6

497/21 497/23
505/25 523/9 524/14
527/5 530/1 530/2
532/5 600/19 607/1
607/20 608/12
609/22 609/24
612/18 634/25
655/25 656/1 660/21
691/12
**named [11]** 523/3
530/22 537/22
606/24 608/10 630/6
634/25 639/20 660/2
662/16 683/5
**names [2]** 582/2
659/11
**narcotic [1]** 681/3
**narcotics [4]** 591/22
592/2 592/6 592/22
**narrow [1]** 559/4
**Nassau [1]** 461/6
**nature [5]** 460/11
463/10 477/6 539/13
541/13
**necessary [1]** 588/1
**Necio [3]** 501/2
679/19 682/13
**neck [3]** 644/25
645/5 683/20
**need [7]** 456/14
494/17 547/19

Case 1:18-cr-00319-SHS Document 540 Filed 05/20/22 Page 138 of 189

**N**

need... [4]  588/10
629/14 650/23 669/5
needed [2]  668/23
688/5
neighborhood [8]
514/4 517/3 517/7
627/15 627/17
627/18 628/24 683/8
neither [1]  644/24
neutral [1]  497/7
never [26]  490/2
562/13 581/24 582/2
584/9 595/21 611/17
612/18 612/21
612/23 613/22
613/23 614/7 614/17
619/3 623/8 623/10
624/18 625/9 633/3
633/6 638/13 639/8
644/2 644/21 646/21
new [27]  455/1
455/8 455/17 458/2
458/3 461/5 473/2
473/10 487/20 488/1
488/11 489/8 490/16
493/19 516/5 554/20
556/4 567/5 568/13
568/15 632/10
632/17 652/21
654/17 679/23
679/24 679/25

New Jersey [1]
632/17
New York [3]  516/5
632/10 654/17
news [3]  587/19
587/19 672/17
next [44]  456/7
456/8 456/15 457/5
465/13 468/14
468/14 492/7 492/8
500/8 503/10 505/18
510/25 520/8 522/18
524/12 526/3 527/3
528/4 529/8 529/12
530/7 546/6 551/22
557/10 559/14
567/16 585/25
588/15 592/21
597/16 599/5 603/21
625/12 648/12
648/19 649/4 649/5
651/24 652/4 656/22
663/14 667/7 699/14
nice [1]  492/5
Nicholas [1]  473/3
nickname [1]
493/13
nicknames [6]  493/4
493/6 496/11 496/12
654/12 662/11
niggaz [1]  529/17
nine [1]  478/10

nineties [2]  665/21
665/23
no [202]  460/14
461/15 463/18
463/23 473/7 482/20
482/20 483/25 487/7
489/16 491/24 492/2
493/11 494/10
495/10 502/17
503/19 504/11
504/15 505/3 505/13
511/2 519/7 531/14
538/21 539/8 539/24
540/23 542/1 542/3
542/20 547/2 547/15
548/20 548/23 549/1
549/13 549/23 550/1
550/4 550/7 551/12
553/17 555/10
558/21 558/23 559/2
559/24 561/23
562/13 563/9 563/21
563/22 566/20 568/1
568/23 569/9 572/7
572/7 572/10 573/6
574/6 574/23 574/24
578/22 580/22
580/24 582/1 582/4
584/8 584/19 584/21
584/23 585/9 585/21
587/10 587/19 588/4
588/6 588/7 588/8

**N**

no... [121]  589/9
589/12 589/15
590/11 595/7 595/10
596/25 597/3 598/20
601/18 602/22 603/5
603/13 605/3 605/6
606/8 607/7 608/4
608/8 608/17 609/3
610/7 610/25 611/16
611/18 611/23
612/17 614/15
615/13 616/8 616/14
617/9 618/20 619/3
619/7 619/11 620/9
620/20 622/11
622/13 622/15
622/19 622/22 623/9
623/12 623/24
624/10 625/11
626/13 626/24 627/7
627/8 627/9 627/10
627/13 628/3 628/21
628/23 629/2 629/7
629/12 629/21 630/9
630/21 630/24 631/2
631/4 631/6 631/8
631/10 631/12 632/5
635/20 636/10
636/13 638/4 638/9
639/5 639/8 639/16
640/4 640/14 640/19

640/19 641/1 644/3
644/13 644/16
644/21 645/6 646/18
647/2 647/5 647/9
647/14 647/22 648/4
648/8 656/2 657/1
665/21 670/16
670/16 670/18
670/18 674/17 675/8
682/15 693/21 694/4
694/14 696/21 697/8
697/20 697/22 698/5
698/9 698/20 699/2
699/4 701/13
nobody [10]  532/12
532/17 532/21
537/19 542/13
623/22 650/11
674/22 675/2 676/20
None [1]  653/4
North [2]  503/22
632/13
northern [1]  652/12
not [188]  456/1
456/9 463/19 478/5
479/10 482/8 485/15
485/18 488/3 488/6
488/7 489/6 489/7
490/6 490/16 491/1
497/8 502/6 503/22
506/14 506/20
508/18 512/8 515/5

516/23 520/9 521/17
526/17 528/25
529/25 530/10
530/24 531/4 531/7
531/10 531/14
531/23 531/24
532/12 532/20
532/23 533/9 534/19
535/24 538/8 538/23
539/24 540/23 542/1
542/3 547/7 550/21
551/11 552/3 552/5
552/12 554/5 557/3
557/5 557/8 558/2
559/13 562/12
562/18 563/18 566/1
566/3 566/5 568/13
568/16 568/19
569/19 570/18
574/13 574/24
574/24 575/24
578/15 579/12 582/5
582/6 582/9 582/22
582/25 583/3 583/10
584/4 584/20 584/22
586/1 586/4 587/3
588/12 588/13
589/13 590/5 591/7
591/16 592/18
593/25 594/3 594/6
594/20 595/5 595/8
595/11 595/15

**not...** [81] 595/22
595/25 596/8 596/23
597/1 598/18 598/20
601/1 601/8 601/21
602/19 603/4 603/24
604/21 605/8 605/9
605/12 605/14
605/16 608/14
608/16 609/3 610/1
610/10 611/6 611/10
611/23 612/11
612/12 612/21 613/6
616/14 616/24 617/2
618/20 621/3 623/7
624/25 625/4 625/8
626/12 626/16
628/22 629/5 629/21
630/8 630/19 631/15
632/3 633/8 633/11
635/6 635/22 639/6
642/18 642/20 643/2
643/10 646/21
647/18 649/1 650/21
653/23 653/25
659/10 659/14
661/22 661/25
665/17 668/9 668/24
669/12 672/9 674/8
676/3 676/4 676/19
684/19 693/14
699/12 700/3

**notes** [15] 472/19
477/1 581/22 624/25
630/2 646/13 646/16
646/16 646/19
646/25
**nothing** [15] 461/20
461/20 532/13
532/23 537/3 539/6
542/13 593/19 597/1
597/1 611/7 628/13
638/7 640/19 645/7
**notice** [2] 477/7
523/3
**noticed** [3] 516/13
521/23 521/24
**now** [112] 461/23
464/22 467/23
472/21 473/8 474/12
475/3 475/25 476/7
479/24 480/15 483/1
483/21 484/13
490/18 493/22 498/3
501/3 501/7 508/15
510/24 511/6 525/3
527/8 532/10 533/5
537/6 547/10 552/2
552/22 553/20 561/6
562/23 563/20 565/3
566/20 567/12
568/21 569/19
571/19 571/24
571/25 573/4 573/10

**now...** [?] 574/5 574/19 580/11
580/20 581/24 583/6
584/12 585/23
587/17 589/16 590/9
591/4 591/21 593/22
595/14 595/17
596/17 598/4 598/14
603/3 605/19 606/6
607/1 607/20 609/13
609/22 612/9 615/18
618/4 620/1 622/7
623/3 623/13 623/25
625/14 626/12
626/16 627/6 631/13
634/25 636/21 637/2
637/16 639/9 640/8
643/24 645/16
646/12 648/17 654/1
654/22 655/21
655/24 658/17
660/17 660/21
661/17 664/18
666/15 670/22 677/5
677/5 677/7 678/12
678/14 680/18 692/5
697/1
**number** [21] 468/21
472/9 474/20 474/21
474/21 475/4 481/24
486/11 486/12 489/3
490/15 522/2 533/12
554/19 560/6 560/25

Case 1:18-cr-00319-SHS Document 545/23 Filed 05/20/22 Page 141 of 189

**N**

number... [5]
561/21 563/1 601/16
662/15 682/23
numbers [4] 474/23
474/24 474/25 475/2
NYPD [6] 458/6
458/11 460/9 473/7
518/17 652/16

**O**

oath [6] 600/8
600/14 643/8 643/10
643/10 643/15
objection [31]
461/15 502/17
505/13 511/22 512/5
512/14 512/24
523/21 543/15 574/8
576/9 597/10 608/20
609/16 613/2 613/14
614/3 620/19 626/18
629/24 630/3 633/24
634/10 646/23
647/12 647/12
651/13 653/3 676/6
676/9 694/14
obligations [1]
578/2
obviously [1] 610/11
occasion [7] 504/13
509/11 544/8 544/17

545/20 545/23
545/24
occasionally [1]
580/2
occasions [6] 517/22
539/25 544/8 544/9
561/21 635/7
October [11] 473/1
473/11 562/23
566/21 566/22 567/5
580/16 590/21
590/24 593/22 600/6
oculars [1] 459/3
off [25] 460/17
462/19 464/24 465/7
466/20 475/10
475/17 476/13 481/5
481/25 482/4 498/6
501/21 504/5 508/9
537/4 537/16 549/17
563/25 587/12
631/25 644/15 656/8
674/19 691/13
offenses [1] 690/19
offer [2] 589/17
670/15
offered [2] 554/24
567/16
offers [3] 502/15
653/1 694/12
office [1] 642/21
officer [21] 487/22

487/23 487/25 488/3
518/16 518/17
518/17 558/11
558/12 560/15 562/6
562/12 562/13
564/25 565/3 565/3
565/6 565/9 565/13
566/10 566/13
officers [9] 472/12
550/24 551/5 551/8
561/22 562/20
562/20 642/4 652/16
official [5] 532/15
620/24 621/7 621/9
621/12
often [7] 463/20
463/24 562/17 633/7
676/2 676/3 676/4
oh [15] 456/14 461/9
489/2 513/6 535/24
536/15 562/14
569/18 585/12
595/20 603/21 642/2
644/21 674/8 695/20
OK [87] 456/4 462/5
462/24 487/14
487/25 488/5 488/15
489/18 490/8 490/10
491/3 491/10 498/3
500/3 504/9 558/8
558/10 558/14
559/13 559/14

**OK...** [67]  560/20
560/25 562/5 562/10
564/15 567/11
567/24 569/12 570/2
570/13 570/23
571/19 571/25 575/2
575/21 583/22
584/12 585/5 588/9
595/2 598/8 598/18
598/22 600/7 600/21
600/25 603/6 603/11
603/17 603/23 604/8
604/13 604/16
604/20 604/22
604/22 605/1 605/9
606/20 607/1 607/6
608/16 608/22 609/9
609/13 610/21
613/12 613/23 614/9
614/13 614/19
614/22 615/10
618/11 618/14
618/16 618/19 619/8
619/17 619/21 623/8
623/21 624/11
624/24 669/18
675/10 695/6

**okay** [21]  511/17
516/11 520/5 531/17
533/7 533/11 533/14
556/13 628/25 629/2

637/13 640/3 640/5
640/20 641/6 642/2
642/7 644/25 661/22

**old** [8]  493/8 493/15
493/16 528/10
528/11 654/14
677/14 689/5

**older** [3]  584/24
615/14 685/23

**once** [20]  472/10
476/14 513/18 516/1
521/23 536/13 563/4
567/12 567/16 577/9
577/16 581/24 584/9
624/18 633/3 635/6
648/10 671/15
671/25 674/18

**one** [113]  459/3
459/25 460/7 463/5
475/4 475/24 478/15
484/3 486/18 486/23
487/6 490/11 496/12
496/13 499/2 501/1
501/1 501/2 501/2
501/18 503/2 503/19
503/22 504/3 504/4
504/22 504/24 505/3
506/16 506/17
506/20 506/20
508/11 508/17
509/19 511/24

514/13 515/23
517/15 528/24 533/2
536/16 536/23 537/1
537/1 537/3 537/14
537/14 539/5 540/23
544/8 544/16 544/18
546/1 549/8 550/5
551/16 563/15
563/17 563/24
564/25 568/7 570/2
573/2 578/22 591/8
591/10 594/8 602/4
602/4 604/14 604/14
606/12 607/11
607/11 610/6 610/13
610/20 610/21
612/14 613/12
613/13 615/6 621/24
623/1 624/21 626/1
629/2 629/20 640/5
640/6 645/6 645/22
645/25 646/21 648/1
649/14 649/14
650/15 651/3 656/17
659/22 663/14
668/13 668/20 669/8
672/2 672/22 684/2
698/3 699/3

**one's** [1]  649/17

**ones** [9]  486/6 490/4
490/19 528/20 534/5

# O

ones... [4] 612/22
613/6 644/19 692/2
only [22] 480/17
480/18 481/2 481/3
547/11 547/13
574/16 576/2 607/4
607/23 611/10
612/14 613/11
613/12 615/14 617/2
617/19 623/1 624/25
625/8 626/16 642/18
open [7] 482/6
539/16 600/1 620/7
620/9 620/12 699/11
opened [1] 587/9
opens [1] 468/12
operability [1]
459/18
operating [1]
515/13
operator [1] 641/19
opinion [1] 461/18
opportunity [1]
506/6
opposed [1] 592/11
opposite [2] 470/14
470/15
options [4] 569/20
572/4 572/6 572/9
oral [1] 546/17
orally [1] 616/14

orchestrated [1]
495/13
order [8] 459/21
460/4 474/17 475/1
540/5 583/25 634/17
643/15
ordinarily [1]
472/17
original [3] 460/4
463/15 499/2
Original200Steppa
[3] 532/13 532/25
533/3
originally [4]
475/17 475/18
476/17 496/1
originates [1]
518/14
Orlando [1] 473/4
other [128] 461/17
466/24 472/1 472/3
479/21 481/8 495/22
496/13 496/25 497/5
497/8 497/10 497/12
497/21 498/24 499/5
499/17 499/21 502/1
504/12 505/2 506/13
508/11 509/19 510/7
510/8 511/12 511/14
515/13 515/16
517/22 518/5 523/7
534/1 534/2 534/5

535/10 536/17
536/19 537/14
539/16 539/17
539/22 539/25 541/3
541/17 541/18
541/19 541/20 543/3
548/4 548/13 557/5
565/23 570/3 573/2
578/11 579/12
579/14 579/23 580/5
581/10 582/2 582/6
584/1 584/2 584/4
585/5 585/5 596/9
596/9 596/11 596/11
598/4 598/15 598/19
602/16 603/12 604/5
605/20 606/20
609/19 611/14 620/6
621/24 621/24
622/16 623/7 629/5
632/11 633/1 636/8
638/9 647/3 647/11
649/16 649/21
650/16 653/4 653/6
658/11 658/15
658/15 658/23
659/11 660/18
660/20 665/10
665/14 666/5 666/10
666/10 666/10
666/11 666/21
669/13 670/11

other... [11]  671/17
 674/7 678/20 679/19
 681/15 682/2 683/22
 684/13 685/13
 687/11 690/22
others [9]  460/7
 465/18 467/6 492/19
 517/13 581/8 609/2
 609/6 635/13
ounce [3]  545/3
 616/9 616/15
our [10]  460/2
 472/11 474/25 486/3
 486/4 504/1 519/20
 539/17 649/5 653/4
out [138]  461/12
 462/19 464/25 465/8
 465/12 466/19 468/4
 470/21 474/15
 474/22 478/16
 485/22 487/22 496/2
 499/3 500/9 501/23
 504/3 504/5 504/13
 507/5 507/22 508/1
 508/4 508/8 508/11
 508/12 511/10
 513/14 513/20 516/5
 516/13 518/15
 522/21 526/4 526/8
 526/12 526/18 527/4
 528/5 528/20 530/7

 530/14 532/3 537/14
 537/15 538/16
 538/22 541/1 541/18
 542/7 542/16 546/1
 546/5 546/5 546/8
 546/9 553/7 553/18
 557/5 558/2 559/17
 560/16 560/23
 561/18 562/2 562/14
 562/19 563/20
 563/22 563/23 564/5
 565/7 570/2 574/19
 575/12 575/13 576/3
 582/16 587/14
 587/14 587/20
 587/23 603/23 607/9
 607/23 610/16
 610/17 613/8 613/10
 613/11 613/13
 613/19 614/7 614/17
 617/6 617/10 617/23
 617/25 618/2 621/3
 623/14 623/14 625/1
 627/18 628/18
 629/10 629/19
 630/18 630/19 632/6
 632/9 633/4 633/5
 633/12 634/18
 638/20 639/4 639/17
 641/13 649/18 658/2
 658/3 658/7 658/8
 661/7 666/17 669/1

 679/22 680/4 686/6
 686/12 686/23
 686/25 692/3 697/25
outcome [2]  647/15
 647/17
outs [1]  587/23
outside [5]  488/10
 513/17 536/16
 637/17 671/23
over [34]  461/3
 461/23 463/21 480/7
 482/13 482/13
 487/12 491/21
 521/25 537/4 537/13
 552/20 552/21 560/5
 575/14 580/11
 580/14 627/21
 637/11 659/2 659/4
 659/6 659/7 666/6
 666/6 666/6 666/7
 666/14 669/6 670/2
 679/14 683/11
 683/12 687/6
overruled [1]  676/9
owe [2]  684/23
 685/12
own [2]  472/9
 546/10
Oxycontins [1]
 681/3
oxys [4]  535/23

**O**

oxys... [3]  535/24
535/24 536/10

**P**

P-Mula [10]  493/7
493/14 671/9 671/11
671/12 679/19
683/22 693/11
693/12 693/13
P.C [1]  455/20
p.m [4]  550/9 587/2
699/9 699/10
PA [1]  670/13
PABON [11]  455/5
596/24 623/4 633/3
635/19 639/6 652/10
652/14 652/14
652/20 656/19
page [34]  456/15
473/20 474/1 476/8
481/12 486/8 500/8
500/20 510/25 520/8
522/18 524/12 526/3
527/3 528/4 529/12
530/7 530/8 557/10
585/25 588/15 597/8
597/16 599/5 600/8
600/9 625/12 648/19
651/24 663/5 664/11
667/7 699/14 701/2
paid [2]  609/10

painful [1]  636/10
panic [5]  570/1
570/4 570/7 570/12
650/10
panicked [1]  570/12
panicking [3]
570/13 570/16
570/18
pantyhose [1]
537/13
paperwork [1]
472/17
paragraph [2]
472/25 473/8
Paralegal [2]  455/24
455/25
park [3]  507/1
632/11 670/1
parked [4]  504/6
623/19 641/11
641/22
parking [5]  576/23
668/20 669/6 669/23
670/6
parole [15]  551/5
551/6 564/20 564/23
564/25 565/3 565/6
565/9 565/12 565/13
565/16 565/21 566/9
566/13 567/2
part [19]  488/15

488/20 495/5 498/19
498/22 508/24 511/8
511/10 543/4 545/25
548/7 553/2 591/18
593/11 638/13 639/7
643/21 654/20
668/10
participating [1]
495/2
particular [18]
470/1 470/25 470/25
474/19 475/11
476/20 478/6 478/13
478/18 479/13
480/23 495/25
502/25 535/19
637/16 645/21 661/8
665/19
particularly [1]
478/5
parties [2]  652/9
694/6
parts [4]  485/21
485/24 496/3 539/17
party [2]  541/15
541/15
pass [3]  460/6
460/18 641/7
passenger [1]
652/14
passenger's [1]
508/7

**P**

passes [1] 641/10
past [3] 490/3
528/12 688/24
patterns [1] 463/18
Pause [2] 629/13
629/16
pay [6] 542/11
622/20 628/15
630/22 631/5 631/11
PC [3] 614/22 615/1
615/3
Pennsylvania [1]
632/23
people [53] 463/13
477/7 500/21 502/1
502/3 502/7 505/2
511/16 511/18 522/2
528/19 536/11
537/22 540/12 543/3
579/12 579/17
579/23 581/10 582/2
582/7 583/11 583/13
584/3 584/24 585/2
596/6 602/4 602/10
605/20 609/19
615/13 622/17 623/7
629/5 631/14 633/1
638/9 638/15 643/18
658/1 662/19 663/24
665/10 672/7 678/4
680/4 687/18 691/2

691/3 691/7 692/14
693/7
people's [3] 499/17
499/21 678/11
pepper [2] 680/5
688/7
percent [1] 665/5
percentage [2]
633/17 691/24
Percocets [1] 681/4
perhaps [3] 488/12
489/18 650/18
period [3] 564/13
612/9 674/15
periodically [1]
582/6
permission [2]
628/17 694/17
permit [1] 512/25
perpetrators [1]
579/15
person [47] 496/19
500/25 502/11 505/7
506/22 507/13
508/11 508/12
508/19 511/3 513/24
514/16 518/21
522/12 523/10
526/24 527/14
529/22 536/2 536/17
544/19 544/21 546/1
546/7 546/8 546/9

550/12 566/9
582/12 584/10 602/8
628/6 644/9 659/17
663/12 665/9 669/6
669/24 672/3 672/22
673/19 682/7 686/14
688/16 689/17
689/19
personality [1]
673/9
personally [4]
499/13 512/16 518/3
519/2
personnel [1] 585/7
Peter [2] 492/9
492/12
petty [1] 509/22
pharmacies [3]
655/14 680/22 681/2
pharmacy [1] 681/1
phone [11] 513/18
582/13 602/23
602/25 602/25 604/7
604/8 631/7 638/2
638/10 639/3
phones [2] 538/12
589/7
photo [22] 500/22
522/12 522/16
522/25 523/10
523/14 525/17
526/24 527/14

**P**

photo... [13]  527/18
527/22 527/25 528/1
528/2 528/2 528/3
528/18 528/21 529/9
663/12 673/23 694/8
photograph [16]
496/19 528/17
652/18 663/5 663/8
663/10 663/16
663/17 673/18
673/19 674/2 675/14
675/18 675/20
676/24 677/3
photographs [3]
499/15 581/13 626/2
phrase [1]  532/18
phrased [1]  511/23
physically [4]
526/18 620/5 620/13
636/8
pick [3]  469/6
669/18 699/7
picked [4]  503/11
668/21 669/10
669/16
picks [2]  467/13
482/6
picture [8]  524/7
524/10 528/10
528/11 528/12
584/10 653/14

677/14

pictures [3]  583/13
643/25 644/9
piece [3]  479/25
491/18 537/4
pieces [3]  459/5
459/7 459/9
pillowcase [1]  685/9
pills [2]  536/13
681/3
pin [4]  467/24 468/2
468/8 485/23
pink [1]  663/14
pipe [1]  538/16
pistol [8]  468/6
476/4 478/12 478/16
511/12 518/1 685/7
686/5
pistol-whipped [2]
685/7 686/5
pistol-whipping [1]
518/1
pistols [1]  477/18
place [5]  505/21
669/5 671/4 672/8
679/21
placed [1]  542/21
places [2]  668/7
680/21
plain [1]  602/25
plan [9]  505/24
505/25 507/3 507/5

603/17 603/25

637/25 640/17 641/7
planned [2]  553/18
587/21
planning [1]  507/22
plans [1]  640/23
plate [2]  632/3
632/6
plates [1]  632/5
play [4]  517/16
517/17 518/19
519/12
played [3]  518/20
519/15 612/2
playing [5]  531/23
531/24 532/20
611/21 612/1
plea [11]  549/25
556/14 563/13 564/7
567/17 571/5 594/15
594/17 696/25
698/16 698/19
plead [12]  495/1
534/22 534/25 535/4
546/23 554/24 555/5
555/11 589/20 591/8
592/18 593/9
pleaded [5]  534/24
655/9 656/25 657/2
696/18
pleading [1]  593/13
pleads [1]  515/23

please [83] 457/5
457/13 462/2 467/17
473/14 478/22
481/11 481/15 483/4
484/1 484/6 485/5
492/4 492/7 498/6
498/11 498/17 500/6
500/8 500/19 500/24
502/20 505/4 505/16
514/14 518/18
519/12 521/2 522/18
522/19 522/24
524/13 524/16
524/18 524/20
524/25 525/15
525/22 526/3 526/4
526/6 526/22 527/3
527/4 527/8 527/10
527/12 527/18 528/4
528/6 528/13 528/20
529/12 529/13
529/14 530/2 530/6
530/7 530/8 532/3
532/5 535/25 541/9
585/23 652/1 652/4
653/10 659/15
659/25 660/4 660/16
660/24 661/12
662/24 663/6 664/11
671/10 673/16
673/18 673/23

pleasure [1] 625/7
pled [23] 494/7
494/11 494/21 542/7
547/5 548/2 548/6
555/1 555/16 568/7
571/5 572/21 580/16
590/22 591/4 591/5
591/6 591/10 591/18
591/21 592/8 593/3
652/20
plenty [1] 569/22
Plum [1] 457/25
pocket [2] 573/24
683/15
point [18] 467/25
528/20 538/8 575/12
575/23 584/5 604/20
604/23 614/22
619/17 636/14
637/16 638/2 638/15
639/9 639/12 640/10
650/24
points [1] 516/22
poker [4] 611/21
611/22 612/1 612/2
police [23] 458/2
458/3 471/1 473/2
473/11 487/20
487/22 487/22
487/23 487/25 488/3
489/9 554/14 560/15

562/12 562/13
562/20 633/11 642/4
642/9 658/23
polishing [1] 481/24
ponytail [1] 666/23
poorly [1] 562/13
pop [2] 516/7
539/16
populate [1] 474/18
portion [12] 462/13
464/8 474/9 474/15
476/8 524/14 524/21
526/7 530/1 530/7
661/13 661/14
portions [1] 472/22
possessed [1] 692/24
possessing [1] 535/6
possession [12]
542/6 544/2 552/15
552/15 555/1 560/11
561/25 563/5 576/8
577/11 593/3 652/22
possibility [1]
593/16
possible [14] 517/24
535/20 547/3 547/4
554/9 571/4 594/17
605/24 606/19
606/20 613/9 613/25
635/17 696/22
possibly [3] 521/19

Case 1:18-cr-00319-SHS Document 540 Filed 05/20/22 Page 150 of 189

possibly... [2]
579/10 579/12
post [13] 496/2
496/2 499/15 508/22
508/24 509/1 521/25
527/4 661/11 661/18
662/2 662/3 677/6
posts [3] 499/17
499/19 499/25
potential [3] 571/7
572/24 593/19
potentially [1] 554/7
pounds [6] 469/10
503/9 503/12 509/24
637/2 637/4
prearranged [1]
602/23
precinct [4] 538/17
538/22 570/25 695/5
predicate [1] 563/9
preference [1] 467/4
prejudice [1] 651/13
prep [2] 604/14
624/21
preparation [4]
548/15 601/17
601/18 640/3
prepare [2] 472/17
556/1
prepared [4] 473/10
473/22 650/20

preparing [1]
601/14
preps [1] 604/14
present [19] 455/24
456/1 520/1 521/1
544/10 575/11
581/21 586/1 586/4
587/3 589/1 623/22
624/16 640/20 649/1
652/3 652/13 696/6
700/3
presentence [1]
556/2
pressed [7] 467/19
469/3 469/7 469/17
469/23 482/11
538/18
pressure [12]
462/14 462/18 464/8
464/23 465/24 468/4
468/10 468/11
468/17 469/15 482/3
482/5
pressure's [1]
469/13
pressure-sensitive
[1] 464/8
PrettiestGangsta [1]
524/17
Prettiestgangsta200
[5] 500/11 527/7

pretty [4] 502/7
509/12 524/19
633/17
prevent [1] 602/16
previous [1] 480/25
previously [7]
472/22 473/15
484/10 485/17
659/16 660/5 660/25
price [2] 670/13
670/14
primer [8] 462/13
462/13 464/7 464/13
468/2 468/3 468/8
469/3
print [1] 527/21
printing [1] 464/5
prior [4] 500/20
555/14 651/8 674/16
prison [16] 513/2
513/3 521/23 540/17
563/11 570/17
570/18 570/20 589/7
589/7 593/15 593/20
692/6 693/4 698/8
698/12
Prisons [1] 602/3
pristine [1] 476/14
Priva [2] 684/11
684/19
private [6] 539/12

**P**

private... [5]  539/17
540/2 540/7 540/11
570/10
privately [1]  672/23
probably [22]
491/13 491/22 498/1
511/18 518/17
519/18 534/6 556/12
561/13 563/22
566/25 605/23
605/24 617/21
617/25 619/3 624/10
633/13 649/10
668/11 674/14 676/5
probation [19]
506/1 551/8 551/9
555/7 555/17 555/23
556/1 556/8 556/20
556/22 556/25
558/11 558/11
559/18 559/21
559/24 561/6 565/3
568/11
probationary [2]
559/21 563/10
problem [4]  457/14
614/20 615/1 678/8
problems [3]  531/8
606/12 615/8
Proceed [2]  461/21
519/16

628/5 628/11
process [7]  467/8
468/21 473/4 481/23
482/12 578/23
634/13
produce [2]  491/17
491/20
produced [1]  488/21
product [1]  634/22
professional [1]
570/7
proffer [7]  577/21
577/24 578/14
578/21 580/1 593/23
629/17
proffered [2]  580/11
651/12
proffering [1]
583/10
proffers [4]  580/20
581/3 589/16 593/25
proficiency [2]
460/8 460/10
program [5]  459/17
513/11 513/16
513/17 513/20
promise [4]  551/14
551/17 555/11
568/22
promised [6]  547/16
547/18 555/5 563/14

promises [4]  548/18
548/21 555/10
697/18
prop [1]  462/1
property [3]  473/7
552/12 577/14
prosecuted [1]
592/12
prosecutor [7]
597/4 606/18 607/24
612/23 614/1 614/6
614/12
prosecutors [25]
543/19 544/5 574/19
575/18 575/20
581/21 594/12
594/25 601/16
606/14 607/25 608/3
608/5 608/19 612/21
612/22 613/6 615/19
615/23 616/16
624/24 625/4 629/18
695/23 696/3
protect [1]  569/14
protecting [1]
569/12
protection [1]  580/4
protective [1]
614/22
protocols [1]  653/25
provided [1]  510/6

**P**

PSI [4]  469/9 469/10
469/13 469/14
publish [14]  473/14
502/20 505/16
653/10 659/15 660/4
660/24 661/12
662/24 663/4 673/16
675/11 676/10
694/17
pull [13]  465/12
465/13 496/17 500/6
514/14 518/18
522/10 522/24
525/16 526/22
527/12 530/6 687/6
pulled [4]  537/4
537/14 537/15
538/16
pulling [1]  470/21
pulls [1]  508/8
pump [2]  463/3
466/1
pump-action [1]
466/1
punch [3]  606/23
609/10 610/16
punched [8]  605/22
606/4 606/24 607/8
607/12 607/20 608/7
688/22
punish [1]  605/7

purchase [1]  670/24
Purvis [1]  608/12
push [1]  482/5
pushed [3]  509/9
510/10 587/13
put [14]  456/7 480/4
492/4 498/17 525/15
528/16 587/5 587/15
616/11 630/25
631/17 634/22
645/19 685/7
Putnam [2]  493/23
612/12
putting [2]  679/5
679/5

**Q**

qualified [1]  461/14
quarantine [2]
610/13 610/14
queen [1]  580/2
Queens [2]  539/12
540/2
question [24]  479/9
481/3 488/12 490/11
491/14 505/18
551/22 554/1 572/7
572/9 576/10 576/14
576/18 585/21 598/3
598/23 600/7 600/14
604/5 611/12 619/8
620/21 645/4 656/17
questioned [1]

questions [24]
461/19 467/15
473/25 487/7 487/14
491/25 533/6 550/7
580/23 591/13
591/14 597/4 597/7
611/9 611/10 613/17
645/13 646/2 646/13
648/4 657/14 666/15
692/5 699/4
quicker [2]  587/20
587/22
quickly [1]  585/15
quiet [2]  636/16
636/17
quite [2]  617/23
653/25
quote [3]  577/14
591/17 627/14

**R**

rabbit [1]  503/12
racketeering [9]
494/24 495/1 533/16
535/4 591/4 591/18
593/1 655/15 655/17
raise [1]  651/13
ran [6]  508/9 536/21
537/16 617/10
617/25 618/2
range [2]  477/2
489/25

rank [1]  458/6
ranks [1]  677/21
rapidly [1]  464/19
rare [1]  489/6
rat [1]  626/17
rather [2]  543/20
 571/16
rational [1]  570/14
Ray [1]  684/11
Raymito [41]  505/3
 505/10 506/2 506/20
 507/25 511/18 536/1
 536/8 536/16 536/17
 539/2 539/7 539/9
 539/13 539/19
 539/23 541/3 620/1
 621/13 630/18 638/2
 638/5 638/7 638/8
 638/13 655/23
 659/10 660/2 660/7
 660/14 660/17
 679/19 681/15
 683/22 684/11
 685/21 693/11
 693/22 693/24 694/1
 694/3
Raymito's [2]  505/3
 660/8
Raymond [3]  620/1
 621/21 621/23
razor [6]  519/1
 683/14 683/20
razors [1]  689/14
reach [1]  484/18
reached [2]  464/23
 546/5
reaction [2]  468/2
 468/9
read [25]  472/21
 473/8 481/15 483/4
 484/6 485/5 500/10
 524/16 524/18
 524/25 526/6 527/6
 527/10 528/6 528/13
 529/14 530/2 530/8
 532/5 532/8 532/10
 598/15 652/7 653/20
 665/1
real [13]  463/18
 482/9 583/19 608/12
 609/24 611/19 634/7
 634/15 634/18
 634/21 654/2 679/5
 679/6
realize [2]  574/12
 587/10
really [16]  463/17
 463/20 463/23
 468/24 488/10 490/2
 512/17 531/21
 532/19 537/23
 553/22 576/6 583/14
rear [3]  463/16
 652/14 652/17
rearward [1]  469/4
reason [2]  602/4
 626/16
reasons [3]  480/25
 545/10 546/10
recall [5]  535/15
 535/19 535/22 562/4
 596/13
receive [8]  472/6
 547/4 548/19 631/9
 696/22 697/19 698/4
 699/1
received [16]  459/14
 459/16 459/18
 473/15 502/19
 505/15 627/20
 627/25 645/25
 652/24 653/8 659/16
 660/5 660/25 694/16
 701/13
receives [1]  698/6
recently [3]  603/20
 672/12 672/13
reception [1]  513/13
recess [3]  520/4
 586/5 651/2
Reckless [1]  560/13
recognition [1]
 471/5

recognize [39]
473/18 473/20
496/19 500/21
502/11 505/7 514/16
518/21 522/12
522/25 523/2 523/6
523/7 523/10 525/17
525/19 526/24
527/14 528/18
528/20 528/22 529/5
529/6 529/9 643/25
644/7 644/9 659/17
660/6 661/1 662/25
663/15 663/18
673/19 674/23 675/2
675/13 676/23 694/8
recollection [1]
614/10
recommend [3]
548/24 590/9 697/23
record [4]  587/6
587/15 587/25 652/7
recorded [1]  604/7
recordings [1]  605/1
recovered [4]  473/6
577/9 651/9 652/16
recross [1]  648/8
red [2]  523/5 529/4
redirect [4]  492/2
645/8 645/10 701/9
reduced [5]  554/24

563/13 563/15
567/16 567/17
referring [7]  466/17
507/8 662/18 665/24
666/2 683/16 683/21
refresh [1]  614/9
refused [1]  545/5
regarding [3]
473/12 483/3 484/3
registered [1]
623/19
regular [6]  460/9
557/1 565/14 592/12
636/19 649/25
related [5]  540/22
596/23 597/1 608/14
608/16
relation [1]  592/22
relationship [4]
471/9 666/9 666/10
666/11
release [2]  526/19
568/6
released [13]  513/2
513/3 513/5 513/6
514/1 521/23 523/19
526/17 551/13
551/23 564/20 567/2
567/19
relief [1]  650/12
relieve [1]  507/6
reloads [1]  468/13

remains [1]  465/18
remanded [2]
577/17 616/19
remember [73]
497/17 502/8 502/25
503/2 503/4 503/7
503/19 504/8 506/21
508/17 510/24 511/6
511/16 516/4 516/9
517/24 517/25 521/9
535/20 554/9 555/18
555/19 555/20
558/12 560/3 560/17
560/21 560/22
561/23 562/9 562/24
565/10 567/21
585/23 596/14 598/7
598/17 604/13
606/11 606/22
606/25 607/1 612/24
613/3 613/25 614/20
614/25 618/9 620/17
622/3 622/6 623/19
623/25 624/17
624/20 624/22
635/18 636/7 645/14
646/3 655/24 660/20
668/24 668/24
669/11 670/18
671/16 672/2 674/14
679/20 695/20
695/20 695/21

**R**

remembered [1]
457/3
remind [5] 484/22
524/22 560/3 605/13
629/17
reminded [2]
595/25 596/1
reminding [1] 625/6
removing [1] 467/9
rent [4] 628/15
628/17 630/22
631/24
rental [7] 631/25
632/5 640/2 640/4
640/8 640/11 641/2
rented [2] 639/25
640/3
rephrase [2] 608/21
647/16
report [19] 473/10
473/22 474/2 474/9
474/15 474/18
477/20 478/23
481/12 484/5 485/3
485/11 486/8 556/2
556/25 558/5 564/25
565/13 629/22
repping [2] 530/18
530/19
representation [1]
588/5

representing [1]
530/19
represents [2]
470/12 470/13
reputation [15]
511/21 512/4 512/10
512/12 516/16
516/18 516/19
516/21 516/25 517/2
517/4 521/9 521/11
521/13 677/23
request [2] 650/15
650/17
requested [1]
653/20
required [11]
556/25 557/3 557/5
557/8 558/2 558/5
589/20 592/18 657/5
697/13 698/7
research [1] 457/25
residue [2] 480/6
480/12
resisted [1] 691/17
resisting [3] 554/10
560/25 561/5
resolved [1] 683/13
respect [15] 470/3
489/13 490/13
491/11 517/3 517/19
649/16 649/21
660/11 666/14

677/24 677/25 678/3
678/11 678/12
respecting [2] 673/5
678/11
respective [1] 670/1
responded [1] 473/3
response [4] 597/8
600/8 650/23 674/21
rest [4] 650/7
650/14 650/18 684/5
restrained [1] 685/8
result [4] 540/25
575/20 696/17
696/25
resumed [1] 456/1
retraining [1]
460/16
return [2] 555/23
568/9
reverberation [2]
457/16 492/21
review [9] 489/11
499/17 499/21
533/13 546/19
646/19 646/22
646/25 696/13
reviewed [2] 485/11
487/16
revoked [2] 559/22
561/6
revolver [5] 465/10
467/21 467/23

# R

revolver... [2] 491/13 668/12
revolvers [2] 467/6 469/6
RICO [3] 494/4 494/5 494/21
ride [1] 624/11
rifling [4] 466/11 476/14 479/11 480/18
right [471]
rights [2] 467/5 578/3
Rikers [5] 513/12 516/6 516/23 561/7 563/18
rip [4] 532/15 593/18 594/14 608/6
RIPChiki [2] 526/9 527/11
ripped [3] 594/20 595/11 698/14
ripping [2] 595/8 605/5
rise [2] 521/2 652/1
Rivera [3] 473/4 606/24 607/3
Riverside [1] 505/22
Road [1] 561/25
rob [6] 504/24 507/14 508/9 537/6

robbed [3] 511/9 536/22 635/3
robberies [34] 495/15 504/16 504/19 504/21 506/13 533/18 534/8 535/10 535/10 535/15 537/20 537/20 538/24 552/15 564/12 592/9 592/14 592/19 655/13 655/14 658/22 678/19 682/16 682/20 682/21 682/21 682/24 683/1 687/15 687/15 687/22 687/24 688/2 688/15
robbery [28] 501/15 505/2 505/21 506/7 506/14 506/17 506/19 506/21 506/23 507/3 507/16 507/22 507/24 510/15 511/8 511/10 535/19 535/22 536/3 536/9 537/6 539/4 539/4 628/3 638/7 638/13 670/17 670/19
robbing [4] 558/24

role [8] 496/14 510/5 517/10 517/12 547/14 659/21 660/8 667/5
Rolex [1] 504/25
Rolls [1] 644/22
room [5] 472/8 545/17 642/21 643/6 699/8
rotate [3] 465/14 465/15 467/2
rotating [1] 465/11
ROTHMAN [1] 455/22
roughed [1] 509/13
Royce [1] 644/23
RR [1] 644/22
rubber [1] 666/23
Ruger [1] 459/24
rules [1] 582/25
ruling [2] 651/12 651/14
run [12] 538/18 540/11 542/6 542/10 551/23 561/2 570/1 570/5 570/12 571/12 573/1 617/23
rushed [1] 537/1
RUSHMI [1] 455/18

Case 1:18-cr-00319-SHS Document 127-7 Filed 10/00/20 Page 156 of 189

**S2 [1]** 472/23

**S8 [3]** 653/2 653/8 701/16

**safe [2]** 529/17 681/4

**said [86]** 482/8 486/19 487/20 489/14 489/19 490/9 495/19 499/6 501/15 502/23 504/16 508/3 508/11 510/20 513/14 514/22 515/23 517/18 517/21 528/11 532/18 536/15 538/4 539/5 540/1 541/21 541/21 545/1 545/3 545/6 555/17 555/22 559/13 559/14 564/15 566/17 568/3 572/13 574/23 574/25 575/20 577/7 582/12 582/16 582/25 583/3 595/20 598/14 598/15 598/17 600/17 601/23 603/21 608/18 609/4 609/6 611/1 614/14 615/5 616/6 620/10 621/3 623/13 627/1 627/4

627/7 627/9 632/10 633/5 634/21 640/23 641/3 641/21 651/21 672/25 673/6 674/10 675/1 675/7 683/18 685/25 686/8 686/23 690/5 690/9 693/22

**Sal [1]** 457/7

**sale [3]** 554/3 555/2 560/11

**SALVATORE [2]** 457/8 473/11

**same [43]** 459/5 459/7 459/10 459/10 460/1 468/9 471/2 471/6 471/6 471/13 480/25 481/18 481/22 482/17 483/7 483/7 483/10 483/17 483/24 484/7 484/18 485/16 485/19 486/6 486/20 487/1 490/20 491/4 506/20 528/3 537/12 545/14 545/17 580/21 587/13 602/11 604/5 605/15 610/10 610/11 643/10 674/3 675/24

**sample [3]** 634/15 634/18 634/21

**sanding [1]** 481/25

**sanitation [1]** 506/25

**Santana [8]** 544/22 545/9 545/16 596/14 596/17 596/23 597/5 600/6

**sat [3]** 545/18 570/1 642/18

**saw [13]** 461/17 510/9 513/24 528/1 539/14 581/20 583/18 623/3 623/8 623/10 626/1 668/6 674/18

**say [115]** 469/9 471/1 472/15 485/12 487/1 488/1 488/9 489/1 490/14 495/12 497/14 497/20 498/1 504/7 506/17 507/7 510/16 515/11 515/24 516/18 516/21 517/12 517/14 517/16 517/17 521/12 521/15 521/21 524/9 526/20 529/21 529/24 530/19 531/10 531/15 531/20 531/22 531/22 531/24 532/19 534/7 534/9

Case 1:18-cr-00319-SHS Document 145 Filed 02/20/22 Page 157 of 189

say... [73] 535/17 538/3 541/16 542/2 548/11 552/21 561/10 562/1 562/11 564/9 564/13 564/14 565/7 570/23 571/19 577/13 578/8 578/25 580/8 580/11 583/18 584/6 587/11 587/11 591/17 603/16 604/22 605/5 607/3 608/6 608/18 609/10 609/11 611/2 619/17 623/10 623/13 623/21 624/12 625/5 625/9 627/6 629/2 632/9 633/7 633/13 633/14 633/17 633/22 635/13 638/5 642/1 651/3 655/7 659/7 660/11 662/17 665/23 666/1 666/7 671/10 672/20 672/23 672/23 674/18 674/21 675/3 677/19 678/6 681/22 683/16 689/4 698/17

saying [12] 512/9 532/12 532/17 532/21 533/3 555/18 562/4 605/12 606/18

says [13] 474/12 504/2 580/8 611/11 645/5 662/3 662/3 662/10 664/13 664/14 664/20 677/7 677/15

scam [3] 639/17 640/3 643/21

scamming [1] 552/16

scare [1] 650/8

scared [1] 673/3

scene [12] 470/25 471/1 471/23 472/4 472/6 472/7 472/10 473/1 473/4 473/6 474/22 642/1

scheme [1] 639/17

SCHNEIDER [9] 455/22 455/23 455/25 456/4 585/10 587/5 588/6 589/3 701/8

school [1] 565/24

score [1] 460/15

Scotten [1] 614/6

scratches [1] 469/1

screaming [3] 636/14 638/16 638/18

screen [4] 473/16

661/23

sear [1] 468/1

searched [1] 518/16

seat [7] 504/1 504/4 504/7 507/21 508/5 508/7 652/14

seated [11] 464/17 492/16 520/6 520/7 521/3 587/4 589/2 649/2 651/5 652/4 656/11

second [21] 458/7 459/18 481/12 484/2 484/4 501/1 509/25 514/1 516/14 532/4 537/7 545/20 545/24 616/1 622/7 623/14 636/21 645/24 646/1 652/22 656/14

seconds [1] 629/14

section [14] 458/10 458/12 458/14 458/17 458/25 472/6 473/23 474/18 474/19 477/20 478/23 486/9 488/3 488/5

Security [1] 457/24

see [71] 463/4 464/9 467/5 468/24 468/25 470/10 471/3 473/16

see... [63] 474/9
474/12 474/20
480/18 487/12
487/13 488/2 488/4
493/11 498/8 513/20
513/23 513/25 517/8
517/22 518/3 518/5
518/25 519/2 519/10
523/16 527/25
536/19 540/10
541/17 558/10
558/14 559/14
574/19 578/17
578/25 579/3 579/6
579/6 612/4 641/7
644/4 644/22 644/24
648/17 650/1 650/19
651/22 651/22
653/18 656/9 661/15
661/20 663/7 663/12
664/13 664/18
664/20 664/22 668/5
668/8 668/10 676/2
676/4 677/7 677/15
699/12 700/1
seeing [1] 521/18
seems [1] 464/22
seen [14] 499/4
499/25 500/1 506/12
507/22 511/11 517/7
620/3 621/23 644/17

676/20
sees [1] 620/15
selectivity [1]
463/19
sell [17] 495/16
495/18 534/14 617/8
617/9 628/18 639/15
658/23 662/15
662/17 679/6 679/8
679/9 681/10 681/11
688/14 692/18
selling [12] 495/24
503/13 533/24
554/12 556/11
558/22 564/5 564/11
662/21 678/20 679/5
687/15
semiautomatic [7]
463/2 467/21 468/6
468/9 476/4 477/18
478/12
send [2] 612/16
622/10
sends [1] 462/15
sense [2] 587/17
632/6
sensitive [3] 462/14
464/8 492/20
sent [2] 614/12
622/23
sentence [34] 547/4

547/8 547/10
548/19 548/22
548/25 549/2 549/5
549/9 549/12 555/6
556/7 556/14 556/20
559/21 563/10
563/15 564/7 565/7
567/21 568/6 590/9
592/11 593/15
593/19 695/15
696/22 697/1 697/5
697/19 697/23 698/7
698/21
sentenced [11]
494/9 513/9 542/7
547/1 549/10 555/14
561/7 566/24 567/1
656/24 696/20
sentences [3] 542/12
573/1 646/5
sentencing [4]
494/19 547/23
657/13 693/4
sep [3] 602/8 602/10
602/13
separate [3] 580/14
592/6 635/7
separation [1]
610/10
separations [4]
539/15 541/19 602/1
602/3

seps [1]  601/23
September [6]
 555/16 566/23 567/1
 629/7 652/10 655/4
serious [7]  531/25
 568/19 583/7 583/23
 584/2 607/8 694/2
serve [1]  563/18
served [2]  549/6
 698/2
service [1]  553/10
serving [1]  565/7
session [2]  587/1
 629/17
sessions [3]  577/24
 578/14 624/22
set [12]  459/3
 498/23 537/21
 537/21 539/1 546/5
 574/18 603/14
 640/17 690/2 690/9
 690/13
setting [1]  463/13
seven [5]  534/24
 563/8 563/11 564/2
 568/2
several [1]  460/7
Sex [2]  498/23 656/4
sexual [1]  666/10
SF [1]  525/2
shape [1]  476/16

shared [2] 562/8/3
 668/13
sharpness [1]
 470/20
shave [1]  644/14
she [27]  549/13
 558/14 559/3 559/4
 559/8 559/8 559/13
 559/14 566/16
 566/17 566/18 575/6
 575/6 575/8 575/10
 575/10 575/17
 636/16 636/17
 636/17 636/18
 640/19 640/20
 640/22 640/22
 640/23 640/24
shell [22]  462/7
 463/1 463/3 463/7
 464/3 464/12 464/22
 464/24 465/5 465/7
 465/7 465/22 468/20
 469/22 469/23
 471/20 476/3 483/22
 485/19 486/25
 489/15 489/17
Sherman [8]  508/22
 508/24 652/11
 661/11 662/6 662/10
 662/12 671/5
shirt [10]  498/14
 524/7 527/20 527/21

527/23 559/20 603
 656/13
 663/14 663/14
 675/14
shit [7]  530/10
 530/11 530/14 531/5
 531/18 531/19
 531/20
shock [6]  513/11
 513/16 513/17
 513/18 513/20
 564/16
shoot [3]  686/19
 690/25 691/6
shooter [6]  463/17
 463/20 467/17 533/3
 667/6 678/12
shooting [15]
 463/15 463/24 471/1
 515/3 515/4 535/2
 537/16 537/18
 538/17 538/19 542/8
 571/8 682/1 682/3
 682/9
shootings [5]  552/14
 658/22 682/2 682/2
 687/15
shop [3]  538/1 538/9
 538/11
shoplifting [1]
 583/11
short [8]  522/23
 523/15 602/1 643/24

**S**

shown [1] 583/13

604/24 653/9 692/7

short... [4] 644/4
674/16 675/21
675/22
shorts [1] 529/4
shot [19] 480/8
484/19 485/19
510/17 537/11
538/22 569/3 569/3
569/10 569/11
569/14 570/24
636/11 645/25 686/5
686/8 686/11 690/23
691/4
shots [3] 486/11
486/12 487/2
should [6] 528/24
571/25 574/11 582/6
614/6 649/24
shoulders [1]
522/17
show [12] 462/22
464/9 465/4 502/9
505/5 519/14 584/10
614/9 631/17 634/12
679/6 694/5
showed [6] 581/13
581/15 581/17 612/6
614/11 634/14
shower [1] 573/17
showing [2] 464/1
519/9

SHS [1] 455/4
SHU [1] 610/14
side [4] 459/6 459/6
547/20 697/12
sidebar [2] 597/14
598/1
sideswiped [1]
641/21
SIDNEY [1] 455/11
sig [2] 478/11 485/1
sign [11] 499/4
499/6 499/8 501/6
526/2 532/14 546/21
565/16 565/19
578/22 696/15
signature [1] 473/20
signed [5] 546/23
580/1 590/21 593/22
601/5
significantly [1]
572/23
silver [1] 464/7
similar [4] 467/22
528/2 565/3 643/10
simple [1] 490/11
simply [1] 461/18
simultaneously [1]
459/25
since [12] 541/3
548/6 598/10 598/23
600/10 604/23

692/10 693/6 696/3
single [3] 566/13
670/1 670/2
singular [2] 470/17
470/24
sir [241] 456/7
463/22 465/3 488/20
492/16 493/13 520/3
520/6 550/13 550/16
550/19 550/23 551/4
551/7 551/10 551/12
551/20 552/1 552/4
552/7 552/10 552/13
552/18 552/25 553/2
553/4 553/6 553/9
553/11 553/13
553/15 553/17
553/19 554/4 554/6
554/9 554/11 554/15
554/18 554/22
554/25 555/4 555/8
555/12 555/15
555/25 556/3 556/6
556/16 556/18
556/21 556/24 559/7
560/4 560/18 561/5
561/16 561/23 562/4
562/9 563/12 563/16
563/19 564/1 564/4
565/5 565/8 565/15
565/18 565/22

**S**

| | | |
|---|---|---|
| sir... [171]  565/25 | 579/22  579/25  580/3 | 676/12  676/15  700/1 |
| 566/2 566/4 566/6 | 580/7 580/10 580/13 | sister [1]  612/25 |
| 566/8 566/12 566/15 | 580/15 580/19 581/5 | sit [2]  533/9 594/23 |
| 566/19 567/14 | 581/7 581/9 581/12 | sitting [4]  498/12 |
| 567/18 567/20 | 581/14 581/16 | 503/23 574/1 616/16 |
| 568/10 568/14 | 581/19 581/23 582/1 | situation [6]  471/3 |
| 568/17 568/20 | 582/4 582/8 582/11 | 541/18 606/22 |
| 568/23 568/25 569/2 | 582/15 582/17 | 606/23 624/13 |
| 569/6 569/11 569/13 | 582/21 582/24 583/2 | 691/13 |
| 569/17 569/25 570/9 | 583/5 583/21 583/24 | six [10]  459/16 |
| 570/11 571/1 571/3 | 584/14 584/17 | 467/5 467/5 470/18 |
| 571/6 571/10 571/18 | 584/19 584/21 | 470/19 471/7 471/8 |
| 571/23 572/11 | 584/23 585/1 585/8 | 503/9 503/11 561/7 |
| 572/15 572/22 | 585/11 585/13 586/3 | six-month [1] |
| 572/25 573/3 573/6 | 587/6 589/25 590/4 | 459/16 |
| 573/9 573/12 573/14 | 590/8 590/11 590/14 | sixties [2]  665/22 |
| 573/16 573/18 | 590/20 590/23 591/1 | 666/1 |
| 573/20 573/25 574/3 | 591/7 591/12 591/20 | size [2]  490/7 491/13 |
| 574/6 574/15 574/17 | 591/23 592/1 592/5 | ski [2]  537/12 |
| 574/21 575/3 575/7 | 592/10 592/17 | 537/12 |
| 575/10 575/15 | 592/20 592/24 593/2 | skinned [1]  509/6 |
| 575/19 575/22 576/1 | 593/5 593/8 593/10 | skip [3]  483/2 |
| 576/5 576/19 576/22 | 593/14 593/17 | 571/11 571/13 |
| 576/25 577/3 577/5 | 593/21 595/10 | Skipping [1]  571/13 |
| 577/8 577/12 577/15 | 595/13 595/16 | Skrilla [9]  511/3 |
| 577/20 577/23 578/1 | 596/13 596/16 | 511/5 511/8 623/25 |
| 578/4 578/10 578/13 | 596/19 600/5 600/20 | 624/2 683/5 683/7 |
| 578/16 578/20 | 601/4 601/7 601/20 | 683/9 684/4 |
| 578/24 579/2 579/5 | 606/5 606/12 622/3 | Skully [1]  523/5 |
| 579/9 579/11 579/13 | 630/9 638/7 638/17 | slammed [1]  504/6 |
| 579/16 579/19 | 642/17 645/3 648/6 | slang [4]  500/3 |
| | 652/8 675/5 675/6 | 525/7 533/4 664/5 |

Case 1:18-cr-00319-SHS Document 510 Filed 11/30/22 Page 152 of 179

slashed [1] 511/9
sleep [1] 573/15
sleeping [1] 538/3
sleeve [1] 527/21
slightly [1] 466/21
slipping [4] 538/1 538/5 538/6 538/13
slowly [2] 457/13 492/18
small [2] 484/24 560/11
smaller [1] 475/22
smart [1] 634/14
Smiley [4] 523/3 528/22 528/23 528/25
Smiley's [1] 523/4
Smith [5] 475/5 475/14 475/16 475/23 475/23
smoke [8] 545/4 545/5 545/5 617/8 618/4 619/18 692/13 692/13
smoked [10] 540/23 617/6 617/9 617/10 617/15 617/16 617/19 617/21 618/2 619/21
smoking [3] 619/2 619/2 619/10

smuggled [1] 617/24
smuggling [1] 617/2
sneaker [1] 668/7
snitch [1] 626/17
snitched [1] 542/9
snitching [3] 529/25 622/2 622/5
so [249]
soap [1] 501/22
social [1] 640/6
soft [2] 466/25 480/9
softer [2] 469/17 469/19
sold [3] 554/13 637/7 684/5
soldier [3] 677/18 677/19 677/19
solitary [1] 610/14
SOLOWAY [1] 455/22
some [76] 457/16 461/23 463/16 463/17 465/17 465/23 466/22 467/15 469/1 473/25 477/6 477/7 479/7 479/21 480/4 480/20 481/8 487/15 490/5 490/6 491/13 494/6 497/7 497/8 497/9 497/12 503/23

517/13 521/18 531/5 534/6 534/17 534/18 534/22 535/8 536/10 554/17 561/10 567/15 575/16 581/17 584/5 593/6 593/18 600/25 614/22 616/9 617/23 623/22 627/11 636/22 636/22 638/2 639/12 644/17 644/22 645/12 646/2 649/11 650/12 655/21 657/14 669/6 670/13 672/6 679/2 679/18 681/13 684/5 684/10 687/2 691/22 691/23 692/5
somebody [19] 518/15 530/22 541/14 541/14 545/13 554/13 596/17 602/13 603/19 607/17 609/10 609/11 614/13 622/2 622/4 634/25 635/17 669/25 680/16
somebody's [1] 602/7
somehow [1] 605/7

someone [13]
504/13 518/12
535/23 537/21
537/22 583/17
655/25 680/13
680/14 683/5 684/13
689/15 689/21
something [27]
464/13 469/1 469/10
480/13 488/2 488/6
489/10 495/15
517/20 531/21
537/24 562/11 569/4
569/16 578/8 579/7
587/6 601/23 605/16
608/15 616/2 623/25
628/4 631/15 634/24
660/11 678/24
something's [2]
479/11 531/16
sometime [1] 554/19
sometimes [5] 580/2
580/23 580/24
580/24 632/3
somewhere [1]
476/25
soon [2] 545/18
651/18
sorry [19] 461/11
463/21 485/4 511/19
513/6 515/21 533/8

613/18 621/8 629/14
629/15 643/3 650/8
664/18 666/9 678/6
sort [2] 466/22
480/4
sound [6] 562/10
564/21 607/21
608/10 609/22 635/1
sounded [1] 559/10
sounds [4] 477/11
605/24 650/13
692/15
source [3] 459/10
460/4 474/7
sources [3] 459/11
460/2 474/7
SOUTHERN [3]
455/1 455/17 461/9
space [1] 464/19
spacing [1] 492/22
Spanish [1] 658/14
spatial [2] 471/5
471/9
speak [18] 457/13
463/21 492/18 509/6
542/23 571/24
580/20 594/3 603/9
604/6 612/21 619/6
619/9 631/7 638/5
676/15 695/8 695/13
speaker [2] 638/10

speakerphone [3]
638/6 638/8 638/16
speaking [13] 474/4
491/5 491/15 570/7
582/3 583/6 614/25
619/23 624/11
624/24 672/6 675/5
678/18
special [2] 478/10
484/25
Specialist [1] 455/24
specific [15] 486/16
490/16 490/19
491/19 503/2 503/19
517/12 548/25
580/23 584/3 584/6
592/19 598/3 640/10
697/23
specifically [22]
475/19 498/22 501/5
503/4 504/8 504/22
516/4 516/9 517/24
517/25 518/9 534/24
541/22 577/1 578/14
582/9 582/12 582/22
605/15 618/9 625/3
644/18
specifics [1] 574/22
speed [2] 678/19
687/2
spent [2] 552/2

Case 1:18-cr-00319-SHS Document 141 Filed 05/20/22 Page 126 of 46
**spots [1]  467/1**
**state [26]  461/5**

spent... [1]  552/24
spiral [3]  466/19
 466/25 467/4
spit [1]  518/14
split [2]  628/5
 628/11
splitting [1]  628/4
spoke [32]  470/22
 506/18 541/16
 555/22 559/10
 562/13 575/23
 580/17 589/21
 594/24 596/1 596/6
 596/8 596/9 596/11
 600/17 601/3 601/11
 602/20 604/3 604/23
 608/19 622/2 622/16
 624/12 631/13 638/2
 675/19 693/13
 693/22 693/24
 695/10
spoken [3]  598/4
 605/4 693/10
spot [17]  457/17
 470/10 470/11
 470/12 470/12
 470/13 470/14
 630/12 630/14
 630/16 668/20 669/7
 669/23 670/1 670/3
 670/7 685/25

 467/1 470/8 470/8
spray [2]  680/5
 688/7
spread [1]  496/2
St [1]  473/3
stability [1]  466/23
staff [1]  611/15
stage [1]  459/4
stages [1]  459/4
stairs [1]  508/2
stamp [1]  482/23
stand [5]  506/3
 594/15 647/20 654/1
 662/14
standing [4]  463/20
 463/24 663/15
 663/18
stands [2]  499/9
 594/17
start [4]  472/25
 478/25 658/1 687/17
started [7]  475/24
 496/1 537/16 538/17
 538/19 570/4 659/22
starting [2]  474/1
 528/20
starts [3]  466/20
 476/13 482/4
stash [1]  637/14
stashed [2]  576/21
 576/23

 488/11 516/5 542/6
 554/5 555/9 555/10
 563/11 567/5 568/16
 570/17 571/16
 574/16 574/19
 574/23 574/25 575/5
 575/6 575/17 592/12
 632/6 632/9 633/4
 633/5 642/16 655/1
statement [2]
 550/14 550/15
statements [4]
 575/25 576/2 611/8
 623/22
states [7]  455/1
 455/3 455/16 455/19
 551/2 632/11 632/25
station [1]  508/3
status [1]  661/5
stay [4]  465/10
 466/5 480/10 582/16
stayed [3]  506/3
 507/25 510/7
staying [2]  529/25
 676/19
steal [5]  509/20
 535/23 681/2 681/3
 682/24
STEIN [1]  455/11
step [8]  467/16
 492/4 511/20 520/2

**S**

step... [4] 586/3
648/6 695/11 700/1
steps [1] 648/10
STERN [1] 455/22
sticker [1] 631/24
still [20] 478/16
479/17 479/20 481/6
556/10 556/14 564/5
566/21 575/24
582/19 594/15
601/11 611/4 611/4
618/19 618/22
618/24 628/11
643/25 644/7
stipulated [2] 652/9
652/23
stipulation [5]
472/22 473/9 651/7
652/7 652/24
stocking [1] 537/13
stole [2] 684/4
688/12
stolen [1] 681/9
stop [8] 530/11
531/17 531/19
531/19 639/4 652/12
687/6 691/14
stopped [1] 629/2
store [1] 589/11
stores [4] 680/22
680/22 680/24

stories [1] 604/6
story [2] 610/7
610/15
straight [2] 538/22
559/3
strapped [2] 529/20
529/21
street [21] 463/5
495/5 495/8 495/8
505/23 521/18 545/4
554/13 556/15 558/2
558/20 560/22 574/2
592/12 652/11
657/23 657/23 662/4
669/10 677/21
680/17
streets [9] 640/13
665/23 666/1 666/6
677/18 678/13
679/10 691/1 691/7
stressed [1] 542/9
striations [2] 467/12
467/14
striker [1] 468/7
strikes [5] 468/2
468/8 468/8 480/13
482/4
struck [1] 464/13
struggling [1]
686/12
stuck [2] 536/14

studies [1] 463/18
stuff [12] 514/3
539/17 564/6 570/19
578/5 583/8 618/6
625/1 634/22 638/6
640/6 666/6
style [1] 645/22
subcontractor [1]
457/24
subject [1] 651/9
subjective [1] 477/6
Suboxone [2]
692/13 692/14
substance [5]
541/24 554/3 555/2
646/22 646/25
Substantiate [1]
579/14
substantive [1]
539/19
success [1] 460/14
successful [5] 506/6
506/14 552/12 633/7
633/8
successfully [4]
459/22 460/3 460/6
460/13
such [1] 464/5
suck [1] 634/19
sucker [7] 605/22
606/24 607/8 607/11

**S**

sucker... [3]   607/20 608/7 609/10

sudden [2]   587/9 642/9

sufficient [4]   481/18 483/8 484/8 485/8

summarize [1] 471/14

summary [2]   472/20 649/16

sun [3]   526/8 526/12 526/13

Sunset [2]   503/8 632/11

super [1]   690/16

supermarket [1] 691/8

supermarkets [1] 680/25

supervision [1] 565/12

supported [1] 651/12

supposed [8]   507/5 541/19 551/24 555/13 595/15 595/22 611/20 611/23

supposedly [6] 507/9 556/13 622/17 624/5 629/8 632/10

Supreme [4]   461/5 461/6 554/20 652/21

sure [19]   472/14 502/7 509/12 510/13 529/17 539/18 561/17 565/21 591/7 604/21 616/7 616/21 640/13 653/25 659/14 661/22 665/17 668/9 669/12

surface [1]   463/11

surrender [2] 543/23 616/2

surrendered [8] 542/20 543/22 545/2 545/2 551/19 551/25 570/5 572/17

surrounding [1] 612/1

surroundings [1] 538/15

surveillance [1] 640/14

sustained [9]   511/23 523/23 543/16 574/9 597/12 626/19 629/25 630/4 633/25

swallow [1]   616/13

swallowing [1] 561/14

sweet [1]   457/17

swell [1]   525/1

switched [1]   611/3

switching [1]   457/3

swore [2]   591/11 643/13

sworn [3]   457/10 492/14 654/7

synthetic [2]   584/24 617/16

syrup [3]   681/6 681/6 681/7

---

**T**

---

T-shirt [1]   529/3

table [6]   474/8 594/25 616/16 656/14 656/15 656/16

tables [1]   553/10

TailorMade [1] 529/17

take [62]   466/10 467/16 473/13 477/19 478/22 481/5 481/11 483/1 484/1 485/2 496/23 498/6 500/19 501/10 501/18 502/21 504/3 504/20 505/20 505/21 511/20 514/20 514/21 519/5 519/20 519/24 519/24 522/19 526/22 527/12

take... [32] 528/16
529/11 530/5 532/2
537/3 578/23 580/14
581/21 587/18
610/19 624/7 631/24
646/16 646/16
648/14 648/18
650/12 656/7 659/25
660/16 663/4 670/15
671/4 672/8 674/4
675/25 676/12
679/21 685/11
692/14 694/20
698/18
taken [6] 460/17
475/10 475/17
476/16 544/3 559/22
taking [3] 509/22
515/23 624/25
talk [42] 464/22
494/6 494/20 508/15
514/3 516/1 516/3
516/8 523/25 524/3
535/8 539/22 541/22
541/24 543/5 543/8
543/14 544/16
553/20 553/21
566/14 567/12
577/22 582/6 582/12
582/12 582/13
593/23 595/15

603/15 603/21
603/22 603/25 605/9
619/19 625/4 625/8
676/16 678/4
talked [21] 514/10
533/7 533/16 534/1
534/5 534/16 534/23
535/10 539/9 548/13
572/1 573/4 580/5
598/10 598/18
598/24 600/11
621/25 623/3 624/18
691/21
talking [25] 490/18
491/9 491/20 507/22
516/9 521/8 539/2
541/20 572/4 574/12
589/6 598/15 602/16
603/7 606/12 606/22
615/20 615/23 616/1
616/16 619/5 638/15
672/17 673/10 694/2
talks [1] 603/19
tampering [1] 562/1
tank [2] 664/25
665/1
Tase [1] 680/5
taser [3] 537/1
537/14 688/7
tasered [1] 685/3
Tasers [1] 683/4

570/23
tattoo [2] 644/25
645/5
tattoos [4] 644/17
644/18 644/21
644/22
Taurus [1] 645/22
TBT [6] 528/8 528/9
528/14 677/7 677/9
677/11
team [1] 515/23
telephone [1]
566/10
telephones [1] 611/5
tell [78] 472/13
478/3 491/1 491/4
491/14 503/21
504/23 514/5 514/8
515/1 515/6 515/9
515/17 524/5 528/23
535/25 542/2 543/11
543/20 545/15
552/19 558/17
558/19 558/22
558/24 558/25 560/1
572/16 576/12
576/14 577/24 578/2
578/5 578/14 578/25
579/3 579/6 579/20
579/20 579/23 580/9
581/22 582/5 594/1

**T**

tell... [34] 595/5
595/8 598/14 598/15
603/3 603/6 603/17
604/11 606/14 608/2
619/1 621/20 625/4
629/18 639/3 643/13
645/5 647/6 647/23
657/7 669/5 672/20
679/3 680/8 680/13
682/3 682/6 683/18
684/12 686/4 686/10
687/5 689/20 697/11
telling [4] 542/11
606/20 621/1 638/10
tells [1] 587/5
ten [21] 459/20
459/22 459/24
459/25 460/15
470/22 471/12
497/20 568/3 568/6
571/4 572/20 578/22
580/14 585/23
585/24 586/2 592/15
615/14 681/21
682/22
ten-barrel [6]
459/20 459/22
459/24 460/15
470/22 471/12
ten-year [2] 568/6
571/4

term [5] 466/6 466/8
469/20 482/2 665/6
terminology [1]
461/24
terms [6] 458/23
462/11 466/15 500/3
548/9 555/13
territory [4] 495/25
508/25 521/20
657/24
test [19] 459/21
459/23 459/24 460/1
460/6 460/15 470/22
471/12 471/23
471/24 471/25 472/1
483/25 485/12
485/20 485/25 486/1
610/19 610/24
test-fire [3] 471/24
485/20 485/25
test-fired [1] 460/1
test-fires [5] 471/23
471/25 472/1 483/25
486/1
tested [1] 460/9
testified [24] 457/10
460/25 461/6 482/18
483/13 484/10
484/13 485/17
487/15 487/19 489/8
489/14 490/13

testified... [19] 501/13
525/6 595/2 595/3
596/17 654/7 657/16
658/17 696/17
testify [6] 541/20
548/16 589/23
589/24 604/4 642/20
testifying [6] 488/13
488/25 600/5 602/14
626/23 693/17
testimony [13]
541/25 601/17
611/10 611/11
647/10 649/15
649/20 653/20 693/7
693/20 694/3 699/9
699/12
tests [3] 460/10
460/11 460/18
Texas [1] 632/15
text [16] 524/20
524/21 524/25 526/5
526/7 527/6 527/9
528/5 528/7 529/13
529/14 529/15 530/8
581/17 664/20 665/1
texted [1] 508/3
texts [3] 499/19
499/21 611/5
than [43] 456/9
461/20 466/21
476/16 480/13

**T**

than... [38]  496/25
497/20 497/21
504/13 516/1 517/13
517/22 518/5 534/1
534/5 535/10 537/10
539/25 541/3 552/6
555/9 571/16 574/1
575/2 585/2 587/20
593/20 615/14
621/24 621/24 633/7
633/13 636/8 653/4
653/6 679/15 681/19
681/21 681/22
682/22 689/3 689/4
690/22

thank [44]  456/5
457/2 464/10 465/19
484/5 491/24 492/3
492/5 492/24 498/18
500/18 501/11
502/21 505/19
514/20 521/6 524/14
525/15 530/3 540/15
550/8 575/4 587/16
588/11 588/14 589/5
597/15 599/4 600/4
625/6 626/22 645/7
648/5 648/7 648/8
648/18 656/8 656/20
656/21 674/5 675/10
676/1 694/19 699/5

that [904]

that's [101]  464/4
464/7 466/11 466/18
468/14 469/15
469/16 470/22
470/23 472/20
474/20 475/5 475/10
477/6 479/3 479/13
482/3 482/16 487/5
488/6 490/2 493/11
495/5 495/5 495/16
495/18 495/19 496/1
498/14 499/4 499/9
513/19 523/3 523/5
528/25 529/10
530/22 530/22
532/13 533/4 545/6
549/16 553/2 554/12
554/12 555/13
560/24 561/4 561/5
567/11 574/24 580/4
580/16 585/16
585/19 590/24 591/6
592/15 601/16 602/1
602/16 603/8 603/9
603/18 603/21
604/16 608/22 609/3
609/4 610/14 610/20
611/11 612/15
613/11 613/21 615/5
620/1 623/1 623/6
623/21 626/21 628/5

629/21 629/22
629/22 631/14
632/13 633/5 635/3
637/13 660/7 669/8
669/16 675/5 675/7
675/8 675/19 676/8
679/6 679/9 683/8

their [19]  474/24
475/1 475/2 498/6
521/13 525/23
525/24 526/1 537/13
605/13 615/19
629/22 630/2 651/13
656/8 660/20 688/11
688/11 688/11

them [108]  465/17
467/1 468/25 474/23
477/25 486/3 500/1
500/24 504/22
515/20 515/22
521/17 521/18
534/17 534/17
534/18 534/21
536/11 536/13 537/2
537/14 537/16
545/19 545/25 551/3
561/3 562/14 562/19
562/21 565/14
575/24 576/20 577/1
577/4 578/5 578/18
579/8 583/6 583/7
583/15 584/4 584/5

**T**

them... [66]  593/7
593/23 593/23 594/1
596/1 604/13 604/24
605/4 606/9 608/2
608/3 611/1 612/22
613/7 615/20 615/23
616/2 619/5 619/6
619/9 619/23 625/5
627/14 627/17
628/13 628/15
629/18 631/17 634/3
634/7 634/12 634/14
634/17 634/18
634/19 636/3 636/8
636/14 645/19 646/7
651/13 658/8 658/8
658/9 679/6 679/24
680/4 680/5 680/5
680/12 680/12
681/11 684/2 688/10
688/14 690/25
691/12 691/22
691/22 691/23 692/3
692/4 695/8 695/9
695/10 695/13
themselves [1]
650/20
then [74]  459/18
460/3 464/12 464/24
465/25 466/22
467/25 468/15

469/10 470/3 472/13
472/19 474/21
474/23 474/25
475/19 477/20
480/21 486/3 486/4
486/16 486/21
486/21 486/22 496/2
500/9 516/7 529/5
529/12 532/3 536/17
537/15 538/12 542/8
554/14 554/19
554/23 556/4 556/7
561/6 561/7 563/13
569/18 575/20 577/6
577/9 577/13 577/17
577/21 585/24
591/13 592/2 592/8
592/25 593/3 593/9
603/8 630/6 634/21
634/22 641/10
641/13 641/16
642/12 649/24
651/19 662/3 664/14
679/6 682/7 686/6
688/22 695/23 696/3
theories [1]  546/2
there [96]  459/16
462/9 463/5 464/18
465/17 465/18
466/24 467/6 470/4
470/6 470/19 471/15
472/3 477/6 479/20

482/11 489/4
489/19 490/5 490/6
492/16 500/10 505/2
506/21 507/1 509/18
509/21 510/13
511/15 512/19 515/2
515/3 515/15 517/25
524/6 527/22 531/7
540/5 545/20 547/7
555/10 560/25 576/6
577/6 581/21 588/6
593/12 602/7 602/10
602/13 603/7 603/23
610/17 611/22 612/3
613/12 614/20
614/21 617/21
623/22 623/23 624/5
627/11 633/19
635/12 635/21
636/25 638/9 639/9
640/14 640/17 642/6
649/11 649/21
656/16 661/17
661/20 662/5 662/10
664/13 664/19
664/20 665/2 666/7
670/24 671/15
671/15 671/19 672/4
672/5 679/24 682/2
683/23 684/16
685/13 688/15
there's [26]  457/16

Case 1:18-cr-00319-SHS Document 466 Filed 05/20/22 Page 171 of 189

there's... [25]  460/1
460/14 462/21
463/13 463/18
463/19 463/19
464/12 464/23
467/24 468/21 474/8
487/2 492/20 502/7
508/2 546/2 566/20
568/1 576/8 579/7
583/17 585/9 616/8
620/20
these [37]  457/14
462/2 463/3 465/10
468/22 469/15
469/16 476/20 477/8
477/12 477/22
478/18 481/21
482/23 483/10
483/19 484/19
537/20 561/10
578/14 580/8 581/3
581/20 590/6 612/22
613/6 625/4 629/18
633/19 633/22
637/14 638/15 639/6
650/16 682/24 683/1
688/15
they [224]  460/12
460/12 463/14
463/14 465/16
465/18 465/23

466/19 467/1 467/2
467/4 467/11 468/6
468/24 469/10
469/19 469/25 470/2
470/20 471/7 471/24
472/2 472/12 472/13
472/15 474/23 476/1
477/1 480/2 480/15
481/23 482/9 482/11
482/13 482/13
482/15 484/20
485/21 485/24
485/24 486/5 486/19
490/22 494/17 496/2
500/2 508/4 510/12
511/21 512/16
512/17 518/17
521/23 521/24
521/25 525/22
525/24 526/1 526/17
526/18 526/18 531/3
531/11 532/12
532/17 532/21
532/23 532/23
536/11 536/13
536/14 536/15 537/3
537/4 537/12 537/13
537/16 537/16
544/25 545/17
545/18 546/9 546/10
547/19 550/24

554/16 561/2 561/14
561/22 562/19
565/11 566/10 571/2
571/2 571/4 574/13
574/19 574/22
574/25 576/7 577/1
577/4 577/7 577/9
577/24 578/2 578/11
578/14 578/18
578/25 579/3 579/3
579/6 579/6 579/6
579/7 579/10 579/14
579/20 580/23
580/25 581/13
581/15 581/17
581/18 581/21
581/25 582/2 582/3
582/5 582/9 582/9
582/12 582/16
582/20 582/22
582/25 583/3 583/11
583/25 584/3 584/6
584/10 589/16 590/1
590/10 594/14
594/21 595/6 595/6
595/8 595/9 596/1
596/12 598/20
598/24 603/9 603/20
605/1 605/5 605/7
605/12 605/13
605/15 605/16

**T**

they... [55]  610/18
610/24 611/1 611/2
611/4 615/5 619/12
621/2 623/10 624/25
626/17 626/23 627/7
627/9 627/11 627/25
627/25 628/17
630/19 630/20 632/3
633/20 634/5 634/7
634/12 634/21
634/21 636/8 636/9
636/11 636/12
636/15 637/23
638/10 643/19
643/21 644/19
645/19 645/21
651/10 651/13
657/21 660/11
661/10 662/15
662/17 662/17
665/16 665/19 666/9
666/9 666/11 678/4
687/6 695/8
they'd [2]  582/2
605/1
they'll [4]  480/4
480/4 678/5 678/7
they're [21]  465/11
467/8 467/9 468/14
469/23 470/20 471/8
472/13 482/10

482/11 489/2 489/23
490/5 531/7 578/17
578/21 583/10 584/2
598/5 598/11 600/11
they've [1]  463/18
thin [1]  621/2
thing [11]  464/7
507/2 514/10 524/18
531/1 569/23 605/15
623/6 627/11 650/21
651/3
things [19]  508/10
509/22 543/8 555/6
555/18 562/8 563/14
565/23 568/22 580/5
580/21 584/6 590/12
594/8 607/11 610/21
617/12 677/21 690/2
think [33]  469/20
484/13 487/20
501/15 503/19
537/21 537/21
542/10 552/19
564/15 569/23 588/1
588/4 598/13 600/17
615/19 623/13
623/18 627/1 632/10
636/18 649/15
649/24 650/23 678/5
678/7 679/11 687/24
689/1 691/19 691/25
692/7 697/24

thinking [1]  546/4
third [9]  483/2
485/3 501/1 507/11
513/19 541/15 563/5
592/2 649/21
this [180]  459/22
461/18 462/1 462/7
462/8 462/13 462/16
462/24 463/1 463/4
464/3 464/7 464/14
464/19 466/25 467/7
468/2 468/10 469/11
470/9 470/9 470/10
470/10 473/22 474/2
474/4 474/15 474/18
474/19 474/25 475/7
475/11 476/1 477/3
477/8 478/6 478/13
478/14 478/25
479/17 479/21
480/23 481/6 481/6
483/4 483/22 484/6
485/5 485/11 486/10
489/1 496/19 502/11
503/15 503/22 505/7
505/21 506/23 507/3
507/16 507/24
510/11 514/16
519/17 519/21
522/12 522/16
522/19 522/20
522/25 523/14

**T**

this... [109]  523/16
524/21 524/23
525/15 525/17 526/4
526/7 526/8 526/12
526/13 526/24 527/4
527/14 527/18 528/2
528/5 528/18 529/9
529/12 530/1 530/16
541/11 546/4 550/2
556/14 565/9 565/13
567/8 569/3 569/4
569/14 569/15 570/2
570/24 571/4 571/8
572/23 575/6 587/7
587/18 593/11
593/22 594/25
595/23 596/8 596/20
598/13 598/15
600/21 600/23
601/11 604/3 604/4
604/24 608/14
608/16 609/13
609/19 610/21 614/5
615/12 617/15
621/24 621/24
633/14 633/19
637/16 638/6 642/24
643/1 643/2 647/4
647/7 647/15 647/17
648/16 648/16 649/3
649/22 649/25

650/24 651/12 652/6
653/24 659/17 660/6
661/1 661/22 663/7
663/15 672/23 673/1
673/14 673/19
673/23 674/1 674/6
675/14 675/18
675/20 675/22
676/23 677/3 677/6
677/13 679/20
693/19 694/8 698/25
those [80]  458/23
460/2 460/4 460/11
460/18 463/5 466/4
466/25 467/9 467/13
468/23 469/2 469/19
469/19 469/21
469/25 471/9 471/18
471/23 477/19
478/23 480/9 482/6
482/8 482/12 482/16
486/2 488/4 489/15
489/21 489/25
490/18 494/6 494/7
498/6 501/18 502/3
503/17 512/18
533/13 534/20 535/8
538/24 552/16
554/20 565/23
566/11 568/22 573/1
576/23 577/4 577/7
591/13 592/14 593/6

593/9 593/25 594/8
604/6 604/8 615/6
617/12 624/15
632/25 632/25
645/16 645/17
646/16 646/25
650/19 650/20 656/7
668/8 678/18 679/2
681/13 696/6 696/8
696/20 696/23
though [9]  479/15
490/5 549/7 560/21
591/16 606/16 616/7
618/16 623/20
thought [9]  536/1
538/13 538/14 569/4
569/16 570/1 583/18
610/18 636/25
thousands [5]
460/21 460/24 477/8
490/15 637/8
threaten [4]  561/22
562/18 610/5 611/15
threatened [2]
620/5 620/6
threatening [1]
602/7
threats [1]  562/6
three [29]  483/10
485/13 486/14
486/16 486/22
510/12 511/18

three... [22] 513/10
538/13 542/10
555/17 559/20
563/10 563/15
563/17 563/25 564/2
567/23 567/24 570/5
589/13 603/1 603/4
604/2 607/17 629/20
637/4 649/14 652/13
three-way [2]
589/13 603/1
threw [5] 606/23
612/5 686/6 686/23
690/18
through [16] 459/3
462/15 464/15 480/6
480/8 481/17 481/17
486/9 506/5 536/25
537/11 538/21
541/15 550/20
666/21 686/20
throughout [2]
475/20 488/8
throw [5] 499/4
499/8 528/10 680/4
686/25
Throwback [1]
677/12
throwing [4] 499/6
501/5 504/13 526/2
Thursday [1]

Thursdays [1]
677/12
tie [1] 685/9
tied [17] 509/9
510/11 510/14
635/22 635/23
635/25 635/25 636/1
636/3 636/8 636/10
636/17 636/18
636/19 685/10
688/22 688/23
tight [1] 464/18
tightly [1] 464/20
till [2] 526/8 526/12
time [115] 459/5
459/8 464/23 465/12
480/7 499/3 500/1
501/18 503/2 503/19
503/20 503/21
504/23 504/24 506/1
509/5 510/2 510/11
512/15 512/19 513/7
513/9 513/12 514/2
516/6 519/4 519/21
535/16 536/23 537/7
539/9 549/6 549/12
553/22 554/12
554/23 555/5 555/22
556/10 556/13
556/19 559/17
562/15 563/18

563/23 564/5 564/7
564/9 564/13 564/15
565/12 566/9 566/13
566/16 568/5 569/23
570/12 570/20
572/17 572/23
574/12 575/16
577/13 579/20
580/21 585/16
585/19 587/10
587/21 594/24 596/1
600/25 603/21 612/9
612/14 614/5 617/23
619/9 621/23 621/24
621/24 624/4 624/15
624/24 625/3 635/12
635/15 636/11
636/21 636/22 639/9
639/25 646/21
648/11 648/12
648/16 649/22
649/25 652/6 668/3
668/5 668/24 670/24
671/6 674/15 679/20
680/13 684/12
688/16 691/20
693/13 693/24 698/2
698/4 698/8
timely [2] 457/2
699/13
times [34] 461/2
461/3 501/24 501/25

times... [30]  501/25
502/25 516/3 516/4
544/15 561/10
601/17 605/9 612/13
624/13 633/10
633/11 633/13
633/15 647/5 668/2
668/4 668/8 679/11
679/13 681/16
681/18 687/8 687/9
687/20 689/23
689/24 690/22
691/19 696/3
timing [1]  649/3
tire [2]  469/9 469/11
title [1]  489/24
Tito [2]  501/2
525/20
today [24]  457/4
489/14 498/9 533/13
534/2 534/5 543/12
548/16 549/15
549/20 552/6 558/15
594/23 595/3 601/17
643/11 647/20
648/17 649/8 693/8
693/18 693/20
698/10 699/7
together [3]  610/8
628/3 670/21
told [65]  492/19

514/22 515/2 527/22
533/12 536/13 539/5
545/18 545/19
545/25 545/25 546/1
555/11 559/8 559/13
560/24 563/24 568/1
568/22 572/2 572/8
572/8 572/13 573/10
573/13 574/22
576/20 577/1 577/4
581/25 582/2 582/9
582/22 583/15 593/7
594/1 594/3 594/8
601/8 602/19 603/19
604/5 604/13 604/24
605/4 605/8 605/16
606/9 607/24 609/1
610/18 614/7 614/13
620/15 621/19 634/7
640/24 640/25 647/6
653/23 692/4 693/19
tomorrow [13]
649/12 649/13
649/19 649/20
649/25 650/5 650/12
650/14 650/25 699/7
699/9 699/12 700/2
tone [1]  673/12
tongue [1]  518/11
tonight [1]  649/18
too [17]  457/15

478/15 492/20
492/21 501/25
511/19 533/10
555/21 562/20
562/21 605/11 617/8
623/7 635/9 679/25
took [15]  511/13
536/21 538/12
538/12 615/10
634/15 643/8 643/10
643/11 643/11
646/19 670/10
683/14 683/15 686/5
tool [1]  470/17
tools [10]  458/24
460/1 467/10 468/22
468/23 470/17
481/24 481/25
481/25 482/12
top [16]  482/5
524/13 525/12 526/5
528/5 529/13 529/13
530/1 530/7 532/4
545/12 662/3 677/18
677/18 679/7 684/2
Topgoon [2]  677/15
677/17
topgoonz [3]  525/1
525/11 525/12
topic [4]  670/22
671/25 694/1 695/6

topics [3]  542/25
548/9 548/13
tortured [2]  638/18
638/20
total [5]  513/12
564/17 637/9 658/24
687/25
totaled [1]  487/23
touch [4]  470/19
480/16 485/21
485/24
touching [1]  485/23
tougher [1]  517/13
toward [1]  555/20
towards [1]  528/21
town [2]  670/20
679/22
trade [1]  565/24
traded [1]  618/16
traffic [1]  652/12
train [1]  508/2
training [2]  459/14
459/16
transaction [1]
503/15
transactions [1]
503/17
transferred [1]
603/20
trespass [1]  560/9
trial [16]  455/7

456/1 515/19 515/20
515/21 515/22 550/2
578/8 596/20 601/14
604/3 604/4 604/15
652/25 693/19
698/25
tried [17]  508/7
538/15 545/5 569/11
574/18 606/6 607/3
607/17 620/7 620/7
620/10 620/12
620/12 622/20 627/7
680/16 692/18
trigger [5]  465/12
465/13 467/18
467/19 467/23
Trinitario [8]  497/4
497/9 515/15 515/16
626/14 628/10 683/8
685/23
Trinitarios [6]
626/16 626/20
655/20 658/12
658/13 658/16
tripleM [1]  525/2
tripped [1]  467/25
trouble [6]  545/12
561/19 569/19
582/16 583/3 612/9
truck [2]  641/7
641/21
trucks [1]  506/25

true [8]  471/19
606/16 609/3 629/21
653/23 679/19
681/15 684/19
trust [3]  507/10
615/19 645/6
truth [10]  545/15
580/9 594/1 606/21
633/22 643/13
647/23 657/7 657/7
697/11
truthful [5]  494/16
547/18 550/12
550/15 590/1
truthfully [1]
589/24
try [15]  474/24
533/9 558/5 561/11
561/17 574/19
578/11 612/25
613/17 614/6 639/15
639/17 678/5 692/13
692/13
trying [11]  474/6
539/16 598/2 609/6
609/19 621/2 624/5
678/5 678/7 679/8
686/12
tryouts [1]  578/17
Tuesday [3]  619/19
650/19 650/21
turn [7]  470/9

# T

turn... [6]  503/17
533/5 627/21 670/22
678/14 679/2
turned [3]  493/9
493/16 503/20
turning [1]  501/7
turns [1]  559/17
Twenty [4]  662/13
662/14 662/16
662/21
twice [2]  551/4
635/4
two [57]  459/4 459/5
459/7 459/9 460/1
477/3 477/5 477/11
485/13 486/14
486/17 486/22 487/4
496/12 501/9 508/17
510/3 510/7 510/8
510/17 510/18
511/18 517/22
536/11 536/25
538/12 542/9 542/12
542/12 544/15
545/10 562/8 565/11
569/21 576/21
576/23 577/7 585/23
585/24 586/2 591/21
592/6 603/12 607/11
607/14 608/7 610/21
610/24 613/22

638/9 645/25 649/16
650/16 665/11
two-shot [2]  510/17
645/25
type [12]  458/16
458/24 465/9 471/3
472/17 507/2 518/5
518/8 610/12 666/4
697/15 697/18
types [10]  459/8
465/22 467/10 474/1
484/22 495/14
534/14 540/20
680/21 687/16
typical [3]  470/16
470/18 478/14
typically [10]  463/5
467/5 469/9 469/12
471/1 476/4 477/17
482/25 491/12 688/8
typing [1]  624/25

# U

Uh [4]  583/13
606/11 613/25
615/21
ultimate [1]  564/24
ultimately [12]
545/15 554/23
559/17 563/4 564/17
567/15 577/6 580/16
589/17 590/2 590/21

under [18]  469/2
473/7 476/1 479/17
481/7 482/9 482/10
494/14 518/11
537/12 540/11
542/19 547/17 600/7
600/14 637/11
643/15 657/6
understand [14]
488/12 494/14
512/24 539/18
540/10 548/24
549/11 549/14 570/6
572/3 677/11 677/17
698/6 698/10
understanding [52]
488/16 511/20 512/3
512/8 512/9 512/10
512/12 512/16
516/15 518/12
523/20 525/11
525/13 526/11
526/16 528/9 529/18
529/23 530/13
530/16 530/21
530/24 531/9 531/17
532/16 532/25
534/20 547/7 547/9
547/16 547/21
547/22 547/24 548/3
549/19 550/2 572/17

# U

understanding...
[15]  646/5 647/17
657/5 657/11 657/21
672/8 672/11 677/25
678/2 695/14 695/17
697/9 697/13 697/15
698/25
understood [2]
490/21 675/9
unique [8]  469/25
471/15 471/16
471/18 471/20 472/9
481/7 482/11
unit [10]  458/10
462/6 462/21 467/20
473/2 545/14 546/4
603/7 610/10 610/16
UNITED [5]  455/1
455/3 455/16 455/19
551/2
unknown [4]  460/3
479/5 479/13 480/24
unknowns [1]  486/4
unless [5]  578/6
578/8 585/6 588/1
628/3
unrelated [1]  543/8
unsuccessful [1]
510/15
until [13]  469/14
482/13 520/7 526/13

544/12 549/10 570/5
571/20 571/21
629/10 629/19 658/5
679/17
unusual [2]  488/6
615/22
up [125]  462/18
467/13 467/15
468/25 469/6 469/14
474/9 476/7 478/23
480/8 480/10 480/14
482/1 482/3 482/4
482/6 486/3 486/8
486/24 491/3 493/20
496/8 496/17 499/4
499/8 500/6 501/5
503/11 503/13 506/5
508/2 509/9 509/9
509/13 509/22
510/11 510/13
510/14 510/14
510/18 511/9 511/13
511/13 513/12
514/14 515/8 515/12
516/7 516/12 518/18
522/10 522/24
525/16 526/2 526/13
526/22 527/13
528/16 529/16
529/18 530/6 536/14
537/21 537/21 539/1
546/5 546/6 546/13

564/15 564/20
568/21 571/11
574/18 578/22
584/11 587/9 592/15
593/18 594/14
594/20 595/8 595/11
603/14 603/17 605/5
608/6 610/7 610/8
610/9 610/9 610/10
620/7 635/22 635/23
635/25 636/3 636/8
636/10 640/17 649/7
654/18 658/5 663/5
664/12 664/18
668/21 668/22
669/10 669/17
669/18 670/15 671/9
672/4 673/18 679/17
682/8 682/14 685/12
691/2 695/16 697/12
698/14 699/7
upper [3]  474/9
661/13 661/14
upstairs [5]  510/7
510/8 510/10 510/19
669/20
upstate [3]  563/18
564/17 566/21
Uptown [1]  654/21
urban [1]  463/13
us [55]  459/5 459/24

us... [53]  472/3 472/13 472/16 478/3 491/4 491/14 503/14 503/21 504/23 509/18 524/22 527/22 528/23 532/8 535/25 543/20 552/19 560/1 572/16 579/4 579/20 579/23 584/24 602/19 603/3 603/6 603/9 603/9 603/17 612/1 615/9 638/10 650/18 651/21 669/5 669/9 672/20 679/3 680/8 680/13 682/3 682/6 683/18 684/12 684/23 685/12 685/12 686/1 686/4 686/10 687/5 687/6 689/20

USAO [1]  455/24

use [25]  458/24 465/24 466/15 471/9 474/24 476/24 491/16 504/9 525/4 569/3 578/11 640/5 663/22 664/3 674/24 677/9 677/9 680/6 683/1 685/4 685/6 688/2 689/11 689/17

used [34]  458/24 466/24 469/20 485/11 497/4 499/3 499/13 499/25 500/1 500/3 504/24 525/7 525/9 545/4 569/1 574/2 578/5 580/9 655/22 661/6 661/6 661/6 662/15 662/16 662/17 662/19 663/24 663/24 668/5 679/18 680/4 680/8 681/3 687/6

user [6]  524/14 527/5 530/1 530/2 532/5 664/13

username [2]  500/9 500/10

uses [1]  466/1

using [4]  489/23 499/15 592/21 640/8

usually [2]  633/1 642/21

utilize [4]  458/20 459/19 462/1 465/24

utilized [5]  459/1 463/6 468/22 482/12 482/15

utilizes [2]  481/24 482/5

utilizing [1]  478/20

valuable [1]  579/4

variables [1]  463/24

various [1]  615/3

vehicle [4]  652/13 652/13 652/15 652/17

verdict [2]  550/2 698/25

Vermilyea [1]  669/16

very [16]  464/18 464/18 464/20 464/20 466/20 484/5 552/11 566/20 570/4 598/3 602/23 631/18 643/10 656/17 699/13 699/13

vicinity [1]  652/11

victim [4]  631/25 682/14 685/8 685/11

victims [5]  633/20 633/22 634/2 634/2 634/7

video [15]  517/25 518/3 518/19 518/20 518/21 519/15 541/16 603/1 604/2 604/2 605/5 612/4 612/6 623/3 640/14

videos [1]  581/15

view [5]  512/19

**V**

view... [4] 513/1
 513/2 626/17 626/20
violate [5] 563/25
 564/2 565/21 590/5
 590/16
violated [2] 560/2
 568/5
violating [2] 559/18
 615/19
violation [2] 560/1
 617/13
violence [1] 584/1
violent [5] 503/18
 503/20 542/12 680/1
 684/24
visible [2] 482/9
 482/9
visit [3] 541/16
 622/12 631/3
visits [1] 574/4
visual [1] 475/7
voice [1] 673/12
voucher [8] 472/12
 472/15 474/21
 474/21 474/22
 474/23 475/2 475/12
vouchered [1] 473/7
vouchering [2]
 472/12 472/13
vouchers [1] 474/25

**W**

waist [1] 668/7
wait [3] 506/3
 508/12 641/7
waited [5] 506/4
 508/1 508/4 509/8
 513/12
walk [1] 653/12
walked [5] 536/18
 571/21 587/10
 587/14 587/14
walking [1] 691/7
wanna [3] 532/12
 532/16 532/21
want [33] 501/21
 508/10 532/22
 533/13 541/16 545/6
 545/11 553/16
 553/20 553/21
 553/22 562/23
 566/20 572/7 579/3
 579/6 579/6 579/10
 587/5 587/24 588/2
 616/7 616/7 619/19
 621/15 627/12
 636/15 639/12
 651/16 654/3 670/22
 689/20 695/13
wanted [8] 503/8
 536/10 587/15
 613/23 616/21
 627/12 669/25 695/8

wants [1] 549/13
war [2] 665/10
 665/11
warden [8] 613/7
 614/1 614/14 620/24
 621/1 621/15 621/18
 621/20
wardens [1] 615/11
warned [5] 601/21
 605/8 605/9 605/12
 605/16
was [463]
Washington [2]
 515/12 515/14
wasn't [36] 497/14
 506/6 509/21 511/15
 512/17 517/9 538/15
 541/19 542/7 543/4
 551/16 560/18 562/6
 569/7 569/8 569/22
 570/11 574/23
 595/20 596/20
 602/25 606/1 606/6
 607/6 618/10 626/10
 630/10 635/9 635/19
 638/8 641/24 656/17
 672/13 676/18
 676/18 694/2
waves [2] 522/23
 523/15
way [42] 468/10
 470/9 544/12 549/8

way... [38]  556/10
560/16 560/22
560/23 561/17
561/21 563/4 565/9
569/7 569/10 575/13
576/3 577/17 584/4
584/24 589/13 592/3
592/15 600/6 601/23
603/1 603/24 603/24
604/3 607/23 608/5
610/12 612/18 615/6
617/15 621/9 623/8
624/4 631/21 634/14
639/6 685/8 698/3
way's [1]  603/4
ways [1]  666/25
we [238]  456/14
459/1 459/9 459/25
460/3 460/3 460/10
460/12 460/13
460/13 460/14 462/7
462/8 462/11 463/17
463/19 463/23 464/4
464/22 465/25 467/1
467/5 468/2 468/2
468/8 468/24 468/25
468/25 469/6 470/8
470/13 470/14
470/17 470/24 471/1
471/10 471/22
471/23 471/23

472/11 472/15
472/19 472/19 474/6
474/9 474/19 474/23
474/23 474/24 475/9
476/15 476/23
476/24 476/24 477/1
480/19 481/1 482/2
483/25 485/12
485/13 485/25
485/25 486/1 486/3
486/12 486/13
486/14 486/15
486/16 486/19
486/21 486/22 488/2
490/3 490/4 491/11
503/12 503/13 504/1
504/5 504/24 504/24
505/16 506/1 506/5
506/14 507/21 508/1
508/4 508/9 509/8
509/8 509/21 509/21
510/11 510/13
510/14 511/10
511/10 511/11
514/10 516/14
519/20 519/24 521/8
524/12 524/22 526/8
526/12 534/5 535/10
536/14 536/15
536/16 536/20
536/21 539/10

539/16 539/25 541/9
541/16 541/16
541/17 541/18
541/18 541/18
541/19 541/22
543/12 545/4 546/23
550/9 552/6 553/20
553/21 560/6 578/25
578/25 579/3 580/5
582/18 587/11
587/12 589/6 589/6
592/8 601/5 604/5
604/6 607/11 610/8
610/8 610/9 610/10
610/11 612/1 620/6
622/7 623/20 623/20
628/3 628/4 632/5
632/5 638/5 641/4
648/17 649/13
649/18 649/22
649/24 649/25
650/20 650/21
650/24 651/3 651/4
651/7 651/10 651/11
651/11 651/18
651/19 651/22
653/24 656/18 669/6
669/9 669/16 669/16
670/2 670/10 670/20
672/6 674/8 679/6
679/6 679/9 679/24

we... [34] 680/4
680/4 680/12 680/16
681/3 683/14 683/16
683/20 684/5 684/5
685/2 685/2 685/3
686/1 686/5 686/5
686/6 687/6 687/6
688/5 688/14 688/19
688/19 688/20
688/22 688/22
688/22 688/22 690/8
691/21 692/13 693/7
695/10 699/9
we'd [1] 486/5
we'll [14] 458/23
472/13 472/14 494/6
494/20 575/21
585/24 616/1 695/22
699/6 699/7 699/8
699/12 700/1
we're [11] 457/3
470/23 479/7 480/14
482/16 491/9 491/13
585/23 595/8 606/9
675/5
weak [1] 561/18
weapon [54] 462/20
463/2 463/2 463/3
463/7 463/10 464/6
464/25 465/8 465/9
465/11 465/13

465/18 466/2 466/4
466/5 466/13 467/22
468/5 468/10 468/12
468/12 468/13
468/15 468/16
468/23 468/24 469/4
469/5 482/2 482/6
482/11 485/21
485/24 489/24
490/17 490/19
490/20 491/1 509/14
509/17 518/5 518/8
561/25 562/24 563/5
568/15 577/11
592/25 636/6 652/22
653/15 653/16 688/5
weapons [30] 463/5
463/16 465/17
465/22 465/23 466/1
466/1 468/22 469/15
478/8 478/17 488/16
488/18 489/21
490/16 490/22
490/23 504/9 513/8
536/3 552/15 566/5
589/10 683/1 683/3
688/2 688/4 688/6
689/11 689/13
wearing [6] 523/4
524/7 527/20 528/23
529/3 656/12
Wednesday [1]

weed [10] 503/9
503/12 503/13
534/15 540/24
630/14 662/15
662/17 662/22
679/10
week [7] 537/10
604/16 604/18
604/21 618/1 674/14
674/15
weeks [5] 541/12
542/10 570/5 618/1
693/15
weighing [1] 569/20
weight [9] 466/23
467/3 477/2 478/6
478/21 479/8 480/3
483/16 644/12
weights [1] 477/3
welcome [3] 457/11
464/11 465/20
well [112] 460/18
463/9 465/6 465/7
465/23 466/9 467/16
467/19 469/6 469/12
470/12 471/22
472/19 474/19 481/2
484/24 487/22
488/10 489/16
490/10 490/18
490/18 491/7 495/12

well... [88]  496/1
496/15 498/6 498/24
498/25 499/4 501/20
504/24 505/25
506/15 507/9 507/25
508/17 509/8 509/21
510/9 513/24 514/10
515/15 515/18 517/7
518/14 519/14
521/17 521/23 525/6
525/12 529/24
530/22 536/10
537/22 539/15
540/24 541/14 542/6
544/18 544/24
544/24 545/10
545/24 546/9 547/18
548/1 548/11 551/13
560/5 561/2 561/4
562/10 567/11
570/13 570/20
574/25 575/5 576/10
583/13 584/5 591/8
601/5 601/8 603/18
604/4 605/9 606/9
606/12 606/22
606/23 611/25
616/24 617/2 617/22
618/9 619/12 620/18
634/2 638/5 640/9
650/23 656/7 656/17

657/14 668/20 673/7
673/18 675/20 690/8
693/22 695/12
went [31]  508/6
510/7 510/8 510/18
513/6 516/16 522/7
538/17 538/22
558/10 558/14
566/14 570/24
571/11 577/6 577/18
608/19 610/13
613/21 616/2 629/12
634/22 635/12
635/21 636/22
668/21 669/9 669/16
669/23 670/10
678/11
were [311]
weren't [13]  479/15
484/14 521/24
521/24 611/20 622/4
629/18 636/8 636/11
637/17 643/25
687/18 692/2
Wesson [5]  475/5
475/14 475/16
475/23 475/23
Westchester [5]
461/6 614/19 614/23
615/4 615/12
what [356]
what's [47]  459/20

462/15 464/9
464/17 465/11
467/20 468/7 468/11
472/7 472/11 472/14
486/10 493/13 500/7
514/4 518/12 528/23
530/24 531/17
539/11 547/7 547/20
547/24 549/19
554/13 555/1 559/21
573/1 575/24 577/21
577/24 580/1 589/17
590/2 591/16 591/21
621/6 649/3 650/24
657/5 657/24 662/25
694/6 696/22 697/9
697/12 698/21
whatever [7]  531/22
547/19 549/13
636/15 638/11
683/15 688/5
wheel [1]  507/11
when [239]  457/15
457/16 458/6 458/11
459/7 459/16 460/9
462/14 462/17
464/13 464/21
464/22 466/15
466/18 467/7 467/8
467/12 467/17
467/19 467/19
467/23 468/1 469/22

Case 1:18-cr-00319-SHS Document 540 Filed 05/20/22 Page 184 of 189

when... [216]  470/20
470/22 471/6 471/14
472/5 472/17 476/13
476/16 478/13 482/1
482/3 482/10 487/22
489/8 492/20 492/21
497/8 497/25 499/5
499/15 501/20 503/3
503/6 503/17 504/7
504/23 506/12
506/16 507/7 509/7
509/8 510/8 510/9
511/21 512/19
512/22 513/1 513/2
513/3 513/25 516/12
516/16 517/7 517/17
522/21 523/18
526/20 529/21
530/19 531/20
531/21 531/24
532/18 533/3 534/7
534/9 535/13 536/20
538/3 538/19 539/9
539/10 539/14
541/11 541/18
542/18 542/22
543/23 544/13 545/2
546/3 550/14 550/17
550/24 551/3 551/5
551/8 551/13 551/23
551/24 553/18 554/2
554/12 554/15
555/16 555/22 556/7
558/10 558/14
559/10 560/24 561/2
561/10 561/22
561/24 562/2 562/24
563/23 564/15
565/12 566/24 567/1
567/15 568/22
571/24 573/10
573/13 573/15
573/17 573/19
574/12 578/21
580/16 583/6 587/7
589/6 591/4 591/10
594/24 597/9 600/5
600/10 601/16
603/18 603/21
603/23 604/13
609/12 610/5 612/12
614/19 615/18
616/22 617/5 617/10
617/16 617/19 619/9
619/12 620/15 621/9
621/15 622/7 623/13
623/21 624/5 626/1
627/6 629/2 630/18
630/25 631/13
631/14 631/21 632/9
632/25 633/19 634/7
635/12 635/13
635/21 638/15 639/9
641/16 642/20 644/4
651/16 653/19 655/3
655/7 657/2 658/1
658/2 659/8 662/15
662/17 663/24 665/9
665/10 665/13
665/23 666/1 666/7
666/16 666/17
666/22 668/6 668/19
669/8 669/16 670/6
670/24 671/2 672/5
672/8 673/1 675/19
675/22 677/9 677/19
680/6 680/13 680/14
683/16 684/15
685/16 687/6 688/16
692/20 693/13
693/24 695/3 695/14
695/16 695/19
695/20

whenever [2]
559/14 643/11

where [76]  457/23
458/1 463/13 463/20
463/23 464/5 468/2
468/14 471/12 472/8
474/12 475/10
478/11 493/18
493/20 493/22
495/16 495/18
498/12 499/8 501/22
503/20 505/21 506/3

where... [52] 506/23
506/25 508/2 515/9
515/11 518/1 518/10
535/22 545/20
552/22 554/7 564/25
576/20 577/1 577/7
603/8 603/20 607/8
612/23 616/11
616/13 618/6 618/8
632/4 632/6 645/19
653/25 654/16
654/18 654/22
656/11 661/24 662/1
662/8 663/15 664/13
664/20 666/18 668/6
668/11 669/23 671/4
671/21 677/7 677/15
679/21 686/14
686/17 686/19
686/25 689/20
690/25

whether [22] 467/21
479/20 481/7 483/22
485/18 516/19
516/22 518/16
538/23 547/7 549/8
550/3 562/19 598/18
611/6 643/24 644/4
647/18 649/19
650/19 698/3 699/1

which [59] 458/21
459/4 459/10 459/19
461/4 461/19 462/16
462/17 466/11
468/12 470/13
470/14 471/2 471/4
473/6 473/15 478/10
478/11 478/11
478/15 479/8 479/8
479/10 480/7 486/4
489/25 491/1 496/18
497/3 502/5 504/21
507/7 510/23 514/15
515/12 528/23 563/5
571/8 577/21 593/6
617/16 626/17
644/18 650/17
652/17 654/24
655/12 655/19
659/16 660/5 660/25
663/18 665/19
668/17 669/11
670/23 682/12
683/21 684/18

while [28] 504/9
504/12 507/21 510/7
511/12 513/16
531/11 540/17
540/24 558/20 561/6
564/7 570/12 582/19
582/25 583/3 584/15
594/6 601/14 619/3
619/5 619/6 619/23

672/12 689/23
692/15 692/18
692/24

whipped [2] 685/7
686/5

whipping [1] 518/1

white [2] 663/14
675/13

who [112] 496/5
496/21 502/6 502/13
504/7 505/1 505/1
505/9 506/9 506/19
507/18 508/12
508/21 509/4 509/17
510/2 511/5 511/14
513/23 514/12
514/18 515/4 515/24
518/23 522/14 523/2
523/12 524/3 525/19
526/20 527/1 527/16
530/21 536/5 536/7
537/20 539/1 540/12
541/7 542/8 544/21
547/10 547/12 562/2
569/4 569/8 571/2
576/6 579/12 579/17
579/23 581/25 582/2
583/11 583/18 591/8
591/10 596/6 596/11
596/17 598/5 598/11
598/20 598/24
600/11 602/10

who... [46] 602/13
607/24 614/6 618/8
622/8 626/4 629/5
635/3 635/15 636/6
646/5 647/3 649/7
655/21 659/8 659/19
660/17 661/3 662/17
663/10 664/16
669/13 669/18
671/15 673/21
675/16 677/1 679/18
681/13 682/1 682/10
683/7 683/16 684/10
684/20 685/20
685/22 687/18 688/8
688/18 691/6 691/15
693/10 694/8 694/10
697/5
whoever [1] 531/3
whole [12] 462/11
509/22 514/3 521/13
524/18 546/2 553/18
570/12 574/1 610/7
610/15 635/22
whose [4] 500/14
500/16 524/23
603/14
why [29] 464/1
479/6 479/13 495/7
513/7 516/12 518/12
519/20 519/24

546/8 648/14 657/21
659/13 669/5 671/8
674/20 676/4 677/25
678/9 678/9 684/22
685/24 689/19
690/11 690/15
695/12
will [59] 462/19
463/12 465/12 467/4
512/6 515/19 515/22
516/14 541/9 547/10
547/12 547/14
547/21 547/22
547/24 548/3 548/19
548/22 548/24 549/8
549/24 550/9 553/23
555/6 555/17 555/23
563/14 611/8 614/4
631/24 632/3 641/4
646/5 646/8 646/24
647/21 647/23
648/17 649/6 649/10
649/11 649/18
649/19 649/23
649/25 650/21
651/22 654/1 654/2
656/18 657/12
670/13 693/3 697/5
697/19 697/23 698/3
698/14 698/15
WILLIAMS [1]

willing [1] 610/19
win [1] 647/19
window [2] 538/21
538/22
winning [1] 633/17
wins [2] 515/20
515/22
winter [1] 523/5
wise [1] 584/7
wishing [2] 526/17
526/19
withdraw [3]
549/25 608/21
698/16
withdrawn [5]
582/18 594/23
600/18 601/15
615/10
within [3] 484/23
491/19 577/16
without [8] 471/25
480/12 568/16
574/22 593/15
631/13 635/21
651/12
witness [41] 456/7
456/8 456/11 457/5
457/9 457/18 461/18
492/6 492/7 492/8
492/13 492/23
493/10 498/4 498/15

**W**

witness... [26]
502/10 505/5 519/17
575/1 586/4 587/18
611/11 648/9 648/10
648/12 649/4 649/5
649/7 649/11 649/14
649/16 649/18
649/21 649/22
649/23 652/5 654/6
656/6 656/20 694/6
700/3
witnesses [6] 647/4
649/4 649/14 649/16
650/16 650/20
Wolf [2] 475/6
475/25
woman [2] 558/11
574/7
won't [6] 479/12
518/17 549/10
631/25 633/17
699/10
word [12] 488/12
524/21 526/7 527/9
528/6 529/15 532/6
532/11 584/12
593/12 658/6 674/24
words [4] 526/6
616/8 664/5 677/9
wore [1] 666/25
work [12] 457/23

457/24 457/25 458/1
458/3 458/16 460/5
473/23 488/5 574/19
661/23 669/20
worked [3] 458/11
458/12 472/5
worker [2] 620/15
621/19
working [5] 458/13
489/8 528/21 529/1
565/24
works [2] 493/12
626/21
world [1] 558/3
worried [4] 512/17
545/12 622/4 622/5
worth [3] 616/9
624/9 624/10
would [151] 459/19
462/7 462/8 462/24
463/1 463/4 463/10
463/10 464/3 464/5
464/19 464/20 465/4
465/10 465/13 466/5
471/2 471/4 471/10
472/3 474/25 475/1
475/8 476/3 476/4
477/15 478/9 478/15
478/20 479/20 480/7
480/8 482/23 485/12
485/14 486/1 486/2
486/3 486/4 486/19

486/20 486/24 489/1
489/3 492/15 495/12
496/15 497/14
497/20 498/1 498/6
501/22 506/17
510/16 516/6 516/7
516/18 516/21 517/8
517/14 517/16
517/20 518/10
518/12 521/12
521/15 521/21
529/24 533/5 535/17
539/17 548/1 548/11
549/14 549/16
549/19 549/21
549/21 549/22
552/21 558/14
558/17 562/10
562/12 562/12
562/19 564/24 566/9
566/10 570/20
572/20 574/7 575/24
581/21 582/5 583/18
584/1 584/3 589/23
589/23 590/2 590/6
590/9 590/12 593/12
593/19 594/11
594/15 602/7 602/10
602/13 603/12 609/7
614/9 617/12 617/12
619/14 619/18
619/20 619/20

**W**

would... [31] 626/17
626/20 626/23
627/14 627/17 628/8
628/11 629/22 630/2
633/13 636/10 646/7
647/19 650/17
651/21 651/22
657/15 662/9 666/13
666/15 675/18
675/20 677/3 678/9
678/9 681/9 691/14
691/14 692/15
693/17 698/13
wouldn't [11]
480/18 517/12
561/14 561/19 564/9
570/21 574/7 590/9
604/10 627/12 628/8
wrapped [1] 685/10
write [11] 469/11
582/13 590/2 590/6
594/21 612/25 614/1
621/18 631/9 664/1
697/14
writing [3] 546/17
546/18 614/6
written [4] 462/9
475/8 482/21 696/11
wrong [6] 489/18
522/19 630/2 688/19
691/12 691/12

write... [5] 475/14
476/20 479/5 479/6
480/24

**X**

Xs [1] 587/23

**Y**

Yasmil [18] 497/14
502/6 502/14 503/4
508/17 509/5 509/18
510/3 510/6 510/9
511/15 536/1 536/6
536/18 536/18 539/2
627/4 635/16
yeah [55] 459/13
475/8 481/23 487/13
489/19 490/12
515/21 516/21
521/15 530/20 533/8
539/21 541/21
541/21 560/24
562/14 562/16
562/18 570/6 583/16
583/17 585/12
589/19 606/19
606/25 607/2 607/5
607/10 608/11 612/5
617/25 620/11 621/1
623/2 624/1 624/6
624/8 624/14 631/23
636/20 637/10 640/9
650/11 660/23

year... [6] 663/17 669/2
671/13 675/24
676/18 679/15
680/16 681/12
693/16 698/24
year [13] 559/21
564/23 564/25
565/13 567/16 568/6
571/4 571/20 601/11
668/22 668/25 672/9
672/10
yearly [1] 460/10
years [47] 458/5
458/8 458/15 487/21
487/24 488/21
491/22 493/16
497/20 498/1 498/2
512/18 513/10 547/9
549/21 552/20 554/8
556/8 556/20 559/20
559/20 560/5 563/8
563/11 563/15
563/17 564/3 567/23
568/2 568/3 572/16
572/19 572/20
591/24 592/15
593/20 594/18
605/10 613/22
615/14 630/16
636/22 679/16
695/18 697/4 698/23
698/24

# Y

yes [727]

yesterday [2]  595/1
643/11

yet [4]  494/9 512/9
576/10 696/20

YORK [24]  455/1
455/8 455/17 458/2
458/3 461/5 473/2
473/11 487/20 488/1
488/11 489/9 490/16
493/19 516/5 554/20
567/5 568/15 632/10
652/21 654/17
679/23 679/24
679/25

you [2119]

you'd [3]  580/25
595/6 613/8

you'll [4]  457/16
471/4 474/20 492/22

you're [47]  457/15
457/16 464/11 465/1
465/20 466/17
488/13 490/18
491/20 492/3 497/8
558/2 558/5 562/2
565/6 566/16 573/10
573/10 574/2 574/4
574/12 577/6 582/19
582/25 583/3 583/6
584/15 585/16

585/20 587/18
588/12 589/13 591/8
591/10 594/6 595/14
595/22 606/14
606/21 606/22
615/22 615/23
615/24 616/1 616/15
616/18 678/12

you've [18]  590/13
590/15 598/10
598/23 600/10
600/21 600/25 612/9
612/10 612/12 689/1
690/22 691/19 692/7
692/10 692/15 693/6
699/13

young [2]  689/7
689/9

your [297]

yours [1]  576/7

yourself [9]  469/12
543/23 550/12
561/18 566/23
569/12 569/14
577/14 617/24

# Z

zip [4]  685/10
685/10 688/22
688/23

zoom [4]  459/4
528/17 661/13
661/14