**902**

M5a2Pab1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   UNITED STATES OF AMERICA,
 4        v.              18 Cr. 319 (SHS)
 5   CHRISTIAN PABON,
 6        Defendant.
 7   ------------------------------x    Trial
 8                                      New York, N.Y.
 9                                      May 10, 2022
                                        9:25 a.m.
10
11   Before:
12              HON. SIDNEY H. STEIN,
13                 District Judge
                                  and a Jury
14
15                  APPEARANCES
16   DAMIAN WILLIAMS
           United States Attorney for the
17         Southern District of New York
     BY:  ADAM S. HOBSON
18        RUSHMI BHASKARAN
          ELIZABETH A. ESPINOSA
19        Assistant United States Attorneys
20   ELIZABETH E. MACEDONIO, P.C.
21   BY:  ELIZABETH E. MACEDONIO
          Attorneys for Defendant
22   ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
           Attorneys for Defendant
23   BY:  JEREMY SCHNEIDER
24
25   Also Present: Emily Abrams, Paralegal Specialist, USAO
                    Dylan Schneider, Defense Paralegal
```

**903**

M5a2Pab1

```
 1        (Trial resumed; jury not present)
 2        THE COURT:  My deputy informed me there are issues.
 3        MR. SCHNEIDER:  Yes, your Honor.
 4        THE COURT:  What's the issue.
 5        MS. MACEDONIO:  We are just going to bring out the
 6   defendant.
 7        THE COURT:  Have the parties provided me a verdict
 8   sheet?  The answer is not that I am aware of.  Please provide
 9   me with an agreed-upon verdict sheet.
10        MS. BHASKARAN:  Judge, we have an agreed upon verdict
11   sheet.  I will hand it up to Ms. Bhaskaran.  We also have --
12   with respect to the trial indictment, we had a question for the
13   Court.
14        THE COURT:  Yes.
15        (Defendant present)
16        MS. BHASKARAN:  So what we did with the trial
17   indictment is that we removed the other codefendants and the
18   other charges related to those codefendants.  The original
19   indictment has a forfeiture allegation and some other notice
20   provisions.  We were not sure whether the Court wanted us to
21   remove those notice provisions that the jury would not have to
22   vote on so we prepared two versions, one with the notice
23   provision.
24        THE COURT:  When you say the notice provision , are you
25   talking about the forfeiture?
```

**904**

M5a2Pab1

```
 1        MS. BHASKARAN:  Yes.  The forfeiture allegations and
 2   there is also in the original indictment special findings as to
 3   Christian Pabon, that he was 18 years old and that he
 4   participated in the murder.
 5        MR. SCHNEIDER:  Your Honor, it is our position that
 6   those pages are not relevant and the jurors are not going to be
 7   asked to consider them.  They are not part of the charges in
 8   terms of elements, so I just think it is unnecessary.  It could
 9   possibly confuse the jurors.
10        THE COURT:  All right.  Thank you.  Let me just -- I
11   have the sealed superseding indictment in front of me, S1.  The
12   government is saying they will take out all of the other
13   defendants, correct?
14        MS. BHASKARAN:  Correct, your Honor.
15        THE COURT:  They will take out Banga, a/k/a Banga.
16        MS. BHASKARAN:  Correct.
17        THE COURT:  Then direct me, are you talking about page
18   21 of 25, where it says -- better I do it this way, paragraph
19   34, 35, 36, 37, and 38?  Is that what you are talking about?
20        MS. BHASKARAN:  Your Honor, I don't have the original
21   indictment in front of me, but is the Court referring to the
22   section that says "Special Findings as to Christian Pabon"?
23        THE COURT:  From there to the end.
24        MS. BHASKARAN:  Yes.
25        THE COURT:  You are proposing you take that out .
```

**905**

M5a2Pab1

```
 1        MS. BHASKARAN:  We are happy to take it out .
 2        THE COURT:  And the defense's position is that --
 3        MR. SCHNEIDER:  Is that it should come out.
 4        THE COURT:  It's out.
 5        MR. SCHNEIDER:  Additionally paragraph 8 --
 6        THE COURT:  Just a moment.
 7        MR. SCHNEIDER:  I'm sorry.
 8        THE COURT:  Let me think through this.  I'm going too
 9   fast.
10        On the agreement of the parties , the forfeiture
11   allegations can come out.  That and the substitute asset
12   provision can come out with the agreement of the parties.
13        What about the special findings as to Pabon?  Let me
14   read them.
15        (Pause)
16        THE COURT:  As I now read 3591(a)(2)(C), which is the
17   basis of the special findings as to Christian Pabon, in
18   paragraph 34 of the S1 indictment, these special findings
19   relate to findings that the jury would have to make if the
20   possibility of a death sentence is to be operative.  This
21   happened before I took the case over .  But my understanding is
22   that the Department of Justice made the determination not to
23   seek the death sentence here, and therefore it seems to me that
24   the special findings as to Christian Pabon in paragraph 34 of
25   the S1 indictment are irrelevant and there is no reason to give
```

**906**

M5a2Pab1

1  them to the jury.

2      I gather, Mr. Schneider, from what you said, the

3  defense concurs in that.

4      MR. SCHNEIDER:  That is correct, your Honor, yes.

5      THE COURT:  And I understand from the government, the

6  government is indifferent as to whether I keep it in or not, is

7  that correct?

8      MS. BHASKARAN:  That's correct, your Honor.

9      THE COURT:  Okay.  We are going to take out the

10  special findings as to Christian Pabon and , on the agreement of

11  the parties, we are going to take out the forfeiture

12  allegations as well and the substitute assets provision .

13      What else?  Government is there anything else?

14      MS. BHASKARAN:  Not from the government, your Honor .

15      THE COURT:  Mr. Schneider.

16      MR. SCHNEIDER:  Thank you, your Honor.

17      Also paragraph 8 on page 6, the notice of special

18  sentencing factors, I think that is also irrelevant and, as we

19  know, sentencing is never an issue for -- it's not an issue for

20  the jury to discuss or consider , so I don't know what --

21      THE COURT:  Let me read it, sir.

22      (Pause)

23      THE COURT:  So the defense is seeking that the notice

24  of special sentencing factors be deleted, correct,

25  Mr. Schneider.

---

**907**

M5a2Pab1

1      MR. SCHNEIDER:  Yes, your Honor.

2      THE COURT:  What is the position of the government?

3      MS. BHASKARAN:  Your Honor, it is our position that

4  that should remain in the trial indictment.  The jury will be

5  asked a special interrogatory with respect to Count One as to

6  whether the defendant -- the racketeering activity included the

7  murder of Orlando Rivera.  That's in your Honor's jury

8  instruction, I believe, as Instruction No. 37.  The jury does

9  need to vote on this because --

10      THE COURT:  Just a moment.  Let me look at it.

11      And this verdict form is agreed, the one that was just

12  handed to me, agreed to by the parties .  Is that correct,

13  government?

14      MS. BHASKARAN:  Yes.

15      THE COURT:  Mr. Schneider.

16      MR. SCHNEIDER:  Yes, that's correct, Judge.

17      THE COURT:  All right.  Let me read it.

18      (Pause)

19      THE COURT:  Where does the -- 1962(d), which is at the

20  bottom of Count One in my book, doesn't have this issue of

21  special sentencing factors.  Where can I find the requirement

22  of notice of special sentencing factors in the statute?  Is

23  there such a provision?

24      MS. BHASKARAN:  Your Honor, we are just looking at the

25  provision.

---

**908**

M5a2Pab1

1      THE COURT:  Let me ask it a different way.  What is

2  the purpose of having this in here, government, when Count Two,

3  murder in aid of racketeering, requires that they -- or sets

4  forth the allegation, I should say --

5      MS. BHASKARAN:  Your Honor, our understanding is that

6  the purpose of this provision is to put the defendant on notice

7  that the statutory maximum penalty for a Section 1962(d)

8  violation is not the ordinary 20 years but , because this

9  offense involved a murder, it is a statutory maximum of life.

10      THE COURT:  He is aware of that.  I mean, this

11  indictment goes to him and he has pled not guilty to it, and he

12  is aware of what's in the indictment and he has discussed it

13  with his attorney and so forth.  So that aim is taken care of.

14      I guess what I am asking now is why -- what's the

15  purpose of having the jury have this in the indictment ?

16      MS. BHASKARAN:  So I think the purpose of the jury

17  having it, and perhaps this is resolved by the verdict form

18  which asks the jury whether the pattern of racketeering

19  activity included the murder of Orlando Rivera --

20      THE COURT:  Exactly.  That's what I am thinking of,

21  that it is in the jury verdict form.  That's exactly what I am

22  focusing on.

23      MS. BHASKARAN:  So, your Honor, I think that's right.

24  I think so long as the special interrogatory remains in the

25  verdict form and the jury is asked that special interrogatory,

---

**909**

M5a2Pab1

1  then it seems to me that it doesn't -- that the legalese in the

2  indictment can be removed.

3      THE COURT:  All right.  So we will remove the notice

4  of special sentencing factors on the agreed upon verdict form.

5  It says, "If and only if you find the defendant guilty of Count

6  One, which types of racketeering crimes do you find were

7  involved in the offense," and the first one is "Acts involving

8  murder under New York law."  So it seems to me that that,

9  indeed, is taken care of.

10      All right.  The parties can talk.

11      (Counsel confer)

12      THE COURT:  All right.  Let's wrap it up, please.

13  Decide what you are recommending, if anything.  Or if you

14  differ, I want to know about the difference.

15      MS. BHASKARAN:  So, Judge, I think the one concern

16  that the government has is the jury does have to make a finding

17  about whether the racketeering activity included the murder of

18  Orlando Rivera.

19      THE COURT:  It does, and it has to be unanimous and

20  that's in the charge.

21      MS. BHASKARAN:  And I think the concern from the

22  government is whether the jury, when they see the trial

23  indictment, will see a disconnect between what they need to

24  find on the jury verdict form and what's in the indictment and

25  whether that --

THE COURT:  Disconnect to what extent?

MS. BHASKARAN:  To the extent that the special interrogatory in the jury verdict form is not reflected in the indictment.

THE COURT:  How so?  To what extent?

MS. BHASKARAN:  Because the special interrogatory with respect to the murder is captured in the trial indictment in this notice of special sentencing factors.

THE COURT:  Yes.

MS. BHASKARAN:  That's how it is reflected there.

THE COURT:  Yes.

MS. BHASKARAN:  And so --

THE COURT:  And it's reflected in the jury verdict with the question -- your very first proven/not proven point.

MS. BHASKARAN:  It's actually on the back page, your Honor. It's "If and only if you find the defendant guilty of Count One to the pattern of racketeering activity that the defendant agreed would be committed involved the murder of Orlando Rivera."

THE COURT:  Isn't the only murder in this case the Rivera murder?

MS. BHASKARAN:  Your Honor, there was also testimony about attempted murders.  But for this purpose, yes, the only murder is the murder of Orlando Rivera.

THE COURT:  I'm going to keep that because I think it

---

is appropriate, but it is also captured in your first special interrogatory, acts involving murder under New York law.

MS. BHASKARAN:  Right, yes.  The first question captured the predicates, which are murders and attempted murders.

THE COURT:  Right.

MS. BHASKARAN:  But I don't think that necessarily would be the requisite finding for the statutory maximum issue that we discussed before.

THE COURT:  I see.  I see.  If I understand you correctly, Ms. Bhaskaran, the government's concern is that the jury be focused -- in any event, they are going to be focused on Count Two.  Say it again.  I want to make sure I understand the government's point here.  What are you arguing for?  The inclusion of the notice of special sentencing factors in the part of the indictment that goes to the jury?  Is that what you are arguing for?

MS. BHASKARAN:  Yes, your Honor, to the extent that the Court is going to send back an indictment to the jury --

THE COURT:  The Court is going to send back an indictment to the jury as required, and we know so far what sections are going to be omitted.

Go ahead.

MS. BHASKARAN:  So the concern, then, Judge, is if we remove the notice of special sentencing factors from the trial

---

indictment, there is then a disconnect between what's in the indictment and then what's in the jury verdict form.

THE COURT:  Wait.  And what is that disconnect?

MR. HOBSON:  Because the jury will be required to find or they will be asked to find that if the defendant is guilty of Count One, did a pattern of racketeering activity include the murder of Orlando Rivera?  They are asked that special interrogatory because it impacts the statutory maximum that applies to the defendant.  The concern is if -- and there is no dispute that that special interrogatory must be in the jury verdict form.  The concern that we have is that we have removed --

THE COURT:  In the special interrogatory, on the form you have given me, the special interrogatory you are talking about is which one?

MS. BHASKARAN:  It is on page 2, your Honor, on the top of page 2.

THE COURT:  Okay.  Because you have to find -- I mean not -- the jury doesn't have to find, but from your standpoint, you are seeking a separate determination by the jury not only guilt as to Count Two, that is, he murdered or aided and abetted the murder of Orlando Rivera, but also that that murder was part of the pattern of racketeering activity.  That's why you are seeking what is on the top of page 2 of the form.

MS. BHASKARAN:  That's correct.

---

THE COURT:  Okay.  I'm with you.  Now where is the disconnect.

MS. BHASKARAN:  The disconnect, we think, would be created if in the trial indictment we remove paragraph 8.

THE COURT:  Okay.  Let me just think about that.

(Pause)

THE COURT:  All right.  Mr. Schneider, here is the concern of the government.  The jury has to find, if they are going to, that the murder of Orlando Rivera was part -- the government is seeking a determination from the jury—that's the way to put it—that the defendant's participation in the murder of Rivera is part of the pattern of racketeering activity, which is reflected in the last special interrogatory under Count One in the verdict form the parties have agreed to.

The government's position is that to delete the notice of special sentencing factors in the indictment that the jury will get may confuse them because, if I understand what Ms. Bhaskaran is saying, in the section of Count One, there will be nothing alerting them to the issue of whether or not the murder of Rivera is part and parcel -- that is, part of the racketeering activities.

Ms. Bhaskaran, do I have the concern correct?

MS. BHASKARAN:  That's correct.  Yes, your Honor.

THE COURT:  All right.

MR. SCHNEIDER:  I believe your Honor takes care of

M5a2Pab1

1  that in your charge and in the special interrogatories. I
2  think we are getting way ahead of ourselves to think that the
3  jurors are going to sit down and take the indictment and match
4  it up against your Honor's charge. Okay? Your Honor is going
5  to tell them what has to be proven. Your Honor has to tell
6  them what factual decisions they have to make and the jury
7  verdict will reflect that. As your Honor knows, the jurors are
8  told, time and time again, they are not to consider sentencing.
9  They are not to think about or factor --
10     THE COURT:  All right. I think you are right. I am
11  going to take out paragraph 8. The record should reflect that
12  this is done at the request of the defense. Paragraph 8,
13  notice of special sentencing factors, is going to be taken out
14  from what the jury sees. It seems to me it is only logical
15  because, Mr. Schneider is correct, sentencing is not for the
16  jury.
17     All right. What else, government? Anything else?
18     MS. BHASKARAN:  Nothing else on the trial indictment,
19  your Honor.
20     THE COURT:  All right. Get me a copy of -- several
21  copies of the verdict form. Obviously don't make it
22  double-sided. Make it only one-sided. And delete when it says
23  "foreperson and date." Instead, after you have Count Two, put
24  "dated May blank, 2022, New York, New York," and then have 12
25  blank lines for signatures. Otherwise it is fine.

M5a2Pab1

1     Defense, did you have anything?
2     MR. SCHNEIDER:  On the indictment or something else?
3     THE COURT:  No, any issue. My deputy said --
4     MR. SCHNEIDER:  Yes.
5     THE COURT:  -- the parties had issues.
6     MR. SCHNEIDER:  Yes, your Honor.
7     THE COURT:  And I want to get to the charge.
8     MR. SCHNEIDER:  Yes, as do we.
9  We, over the weekend, spoke to the government about a
10  possible stipulation. They have not agreed. It is our
11  intention to introduce certain evidence or -- evidence about
12  Milton Chardon.
13     As your Honor remembers, on the 801(d)(2)(E) the
14  government introduced many statements through their witnesses
15  that Milton Chardon made to them; and, under 806, we are
16  allowed to impeach the declarant's testimony, the declarant
17  being Mr. Chardon. So it is our intention to introduce a
18  redacted copy of the indictment -- because if Mr. Chardon had
19  testified, we would be allowed to ask him what he pled guilty to,
20  what he was charged with, what he pled guilty to, what his
21  sentence was. That is -- under 806, it seems pretty clear to
22  me that he can be impeached. And I guess everybody may want to
23  look at 806 before.
24     THE COURT:  Let me look at it.
25     MR. SCHNEIDER:  Yes.

M5a2Pab1

1     THE COURT:  All right. I have looked at that, sir.
2     MS. ESPINOSA:  Apologize, your Honor. One moment.
3     THE COURT:  If you need to talk, go ahead.
4     (Counsel confer)

M5aWpab2

1     THE COURT:  Mr. Schneider.
2     MR. SCHNEIDER:  Yes, your Honor.
3     THE COURT:  I've read 806.
4     Go ahead.
5     MR. SCHNEIDER:  Now that I think --
6     THE COURT:  806 tells me if there are 801(d)(2)(E)
7  statements that have been admitted from the Big 200 founder
8  himself, you're allowed to impeach him as you would any other
9  witness. That's what 806 says.
10     MR. SCHNEIDER:  That's my understanding.
11     THE COURT:  Go ahead.
12     MR. SCHNEIDER:  Yes.
13  Given that, had Mr. Chardon testified, we would have
14  been allowed to ask him what he was originally indicted for,
15  what charges he was indicted for, what he ultimately pled
16  guilty to, what his sentence was, and that at the time of
17  sentence, the government moved to dismiss any open charges
18  against him.
19     THE COURT:  Just a moment. Let me think about that.
20     Go ahead.
21     MR. SCHNEIDER:  So it seems to me not unreasonable,
22  because those would have been perfectly routine questions, as
23  if, for example, when I questioned, I think it was Mr. Lopez,
24  we asked when you were arrested, you were arrested for a class
25  B felony, you ultimately got a reduced charge and pled to a C

1  felony.

2  THE COURT:  It's best if you go to that booth.  With

3  the mask it's very hard.

4  MR. SCHNEIDER:  I apologize, your Honor.

5  THE COURT:  And slow down.

6  MR. SCHNEIDER:  Is this better?

7  THE COURT:  Yes.

8  MR. SCHNEIDER:  I think it's not unusual to ask a

9  witness, normally a cooperator, because if Mr. Chardon was

10 testifying, he would have been called by the government against

11 us, because we wouldn't be impeaching him if we called him.  So

12 obviously, if they're introducing statements of a

13 coconspirator, it would be introduced by the opposing party,

14 which would be the government.  So should Mr. Chardon have

15 testified, we would have been allowed to ask him the normal

16 questions of what he was originally arrested for and charged

17 with, that he got a break by pleading guilty to a reduced

18 charge, what his sentence was, and that's it; and the fact that

19 when he was sentenced, the government moved to dismiss the open

20 counts against him.

21 THE COURT:  All right.  I have a view, but let me hear

22 the government.

23 MS. ESPINOSA:  Your Honor, the government would object

24 to including any of that information.

25 THE COURT:  Any of what information?  All of that?

1  MS. ESPINOSA:  The government would object to

2  introducing evidence of what Mr. Chardon was originally charged

3  with in this case and that he pled guilty to a -- to not the

4  entire indictment.  We would be willing to stipulate, and we

5  have told defense counsel --

6  THE COURT:  Just a moment.

7  Go ahead.

8  MS. ESPINOSA:  We would also object to including

9  information about his plea agreement and that the government

10 moved to dismiss certain counts after sentencing.  We would be

11 willing to stipulate that Milton Chardon --

12 THE COURT:  You're opposing the fact that he pled to a

13 plea agreement?

14 MS. ESPINOSA:  We are opposing introducing the

15 substance of his plea agreement, that included that he --

16 THE COURT:  Wait.

17 Go ahead.

18 MS. ESPINOSA:  That he pled guilty to a (b)(1)(A)

19 rather than all of the charges in the original indictment.

20 We would be willing to stipulate that he was

21 previously convicted of narcotics distribution but do not think

22 that the rest of that information should properly be before the

23 jury.

24 Defense counsel is effectively engaging in a

25 hypothetical exercise of assuming that Chardon, if he had been

1  called, would have been a cooperating witness for the

2  government, which is simply not the case.  He is not a

3  cooperating witness.  He has not signed up to a cooperation

4  agreement, and he did not plead guilty under those

5  circumstances, so treating him as a cooperator here is simply

6  not correct.  He's not getting any benefit from the statements

7  the way a cooperating witness would, which would --

8  THE COURT:  I understand.

9  MR. SCHNEIDER:  Your Honor, may I?

10 THE COURT:  Just a moment.

11 Yes.  Go ahead.

12 MS. ESPINOSA:  Your Honor, the government thinks also

13 introducing this information would be inappropriate under

14 403(b), because it would have a strong likelihood to confuse

15 the jury and lead them to speculate about why Chardon was

16 charged in the original indictment but ultimately pled guilty

17 to something different or speculate about why he was not

18 charged in the murder before them today.  And none of that is

19 appropriate for their consideration and would invite them to

20 engage in consideration -- or to consider factors that are

21 simply not before them, nor should they be before them.

22 THE COURT:  All right.  I don't understand what the

23 government has said it is prepared to stipulate to.

24 MS. ESPINOSA:  The government would be prepared to

25 stipulate that Milton Chardon was previously convicted of

1  narcotics distribution.

2  THE COURT:  That's it.

3  MS. ESPINOSA:  That's it, your Honor.

4  THE COURT:  OK.

5  Mr. Schneider.

6  The jury is here.

7  MR. SCHNEIDER:  I'll be quick, your Honor.  I know we

8  have time issues.

9  I guess we're all getting a little into the weeds, and

10 we're forgetting that 806 makes it sound as if Mr. Chardon was

11 a witness called by the opposing party.  Otherwise, they

12 couldn't have introduced any 801(d)(2)(E) statements.  So let's

13 be clear.  If Mr. Chardon was testifying here, if he was on the

14 witness stand, the government would have no basis at all to

15 object to any of the questions I would have asked and I'm

16 asking now to introduce before this jury.  They would have no

17 basis to object if I said weren't you originally charged in an

18 indictment.  They would have no basis to object --

19 THE COURT:  I understand that, but he wasn't called.

20 I don't understand that.

21 MR. SCHNEIDER:  806 specifically says as if he

22 testified --

23 THE COURT:  Wait.

24 MR. SCHNEIDER:  -- he could be impeached.

25 THE COURT:  "If the party against whom the statement

M5aWpab2

1   was admitted --"

2         MR. SCHNEIDER:  That's me.

3         THE COURT:  That's you.

4         MR. SCHNEIDER:  Correct.

5         THE COURT:  "-- calls the declarant as a witness, the

6   party may examine the declarant on the statement as if on

7   cross-examination."

8         MR. SCHNEIDER:  I understand that, but that doesn't

9   deal with the first part of 806, your Honor.

10         THE COURT:  The first part -- just a moment.  The

11   first part of 806 says, it seems to me, that if you have

12   statements of Chardon that are inconsistent with the

13   801(d)(2)(E) statements the government has introduced on its

14   case, you can introduce those as impeaching material, as prior

15   inconsistent statements.

16         MR. SCHNEIDER:  Correct.

17         THE COURT:  That is the first part of 806.

18         MR. SCHNEIDER:  Well, no.  That's the second part,

19   Judge.

20         THE COURT:  But a hearsay statement or a statement

21   described in 801(d)(2)(E), so let's deal with that.

22         MR. SCHNEIDER:  Right.

23         THE COURT:  "When an 801(d)(2)(E) statement has been

24   admitted in evidence," and there has been here; the government

25   said Chardon said this or that.  OK?  "And then supported by

M5aWpab2

1   any evidence that would be admissible for those purposes" --

2   I'm sorry.

3         MR. SCHNEIDER:  Your Honor, you missed a portion.

4         THE COURT:  Yes.

5         MR. SCHNEIDER:  The declarant --

6         THE COURT:  Wait.  "When an 801(d)(2)(E) statement has

7   been admitted in evidence, the declarant's credibility may be

8   attacked by any evidence that would be admissible for those

9   purposes if the declarant had testified as a witness."  And

10   that, sir, would be any inconsistency that you can proffer from

11   the 801(d)(2)(E) statements introduced by the government.

12         Just a moment.  That's how I see that so far.

13         MR. SCHNEIDER:  Your Honor, the inconsistent --

14         THE COURT:  "The court may admit evidence of Chardon's

15   inconsistent statement regardless of when it occurred or

16   whether Chardon had an opportunity to explain or deny it."

17         If you call Chardon as a witness, you can examine

18   Chardon on the statements as if he was on cross-examination.  I

19   don't think -- I think that limits you in this instance to, and

20   I would allow you to put in anything that you have from him

21   that's inconsistent with the 801(d)(2)(E) statements introduced

22   by the government.  That's how I see that.

23         Sir.

24         MR. SCHNEIDER:  I think that is true, but that's only

25   half true, because before you deal with a possible inconsistent

M5aWpab2

1   statement, it says, I thought, very clearly declarant's

2   credibility may be attacked and then supported by any evidence

3   that would be admissible for those purposes if the declarant

4   had testified as a witness.  So they may be impeached, period.

5   Then there's a new sentence, which talks about possibly using a

6   prior inconsistent statement.  They are two separate issues,

7   your Honor.  They're both related to --

8         THE COURT:  All right.  Let me look.

9         But how are you attacking his credibility by saying he

10   was originally charged with a huge amount and the government

11   let him off with a slap on the wrist, which it certainly sounds

12   like what they did?

13         MR. SCHNEIDER:  The same way I appropriately

14   questioned Mr. Lopez and any other witness who testified here

15   in this trial, that they were originally charged with a certain

16   crime, then they ultimately pled guilty to a reduced charge.

17         THE COURT:  That's, as the government points out, when

18   he's a cooperator.

19         MR. SCHNEIDER:  OK.  The only way you can introduce an

20   801(d)(2)(E) statement is by the opposing party.  I can't

21   introduce it if I want.  Right?

22         THE COURT:  Yes.

23         MR. SCHNEIDER:  If the government is introducing it,

24   one has to assume that they are getting that from a hostile

25   witness and/or a cooperator.  So either way, whether they're a

M5aWpab2

1   hostile witness or a cooperator, they would be called by the

2   government.

3         THE COURT:  I understand what you're saying.

4         What's the response of the government?

5         MS. ESPINOSA:  Your Honor, I certainly think that

6   would be going well beyond the face of the rule if we were to

7   read in that their witness is hypothetically treated as if they

8   were a cooperator, getting all of the benefits of cooperation.

9         THE COURT:  Wait just a moment.  I think what

10   Mr. Schneider is saying is it's irrelevant as to whether that

11   person is a cooperator or not.  Only what's relevant is the

12   person is adverse, as it were.  And they're still adverse if

13   they're a cooperator.

14         Mr. Schneider, is that extending your remarks too far?

15         MR. SCHNEIDER:  It is not.  That's correct, your

16   Honor.

17         THE COURT:  All right.  Go ahead.

18         MS. ESPINOSA:  Your Honor, if the witness were called,

19   they could certainly be impeached by evidence of a criminal

20   conviction under Rule 609, but Rule 609 does not open the door

21   to then bring in all of the additional information that defense

22   counsel is suggesting we include here, like the original

23   charges.

24         THE COURT:  What bothers me, Mr. Schneider, is I

25   haven't heard anything that is a prior inconsistent statement,

**926**

M5aWpab2

1  and impeaching. I haven't heard anything that impeaches from

2  that standpoint. Nor, based on the 801(d)(2)(E) statements

3  that have been introduced, does the fact that the government

4  gave him a break impeach him. I don't understand how you're

5  impeaching him. Really all you're doing is saying the

6  government is treating Mr. Pabon unfairly compared to how they

7  treated the Big 200 founder.

8      MR. SCHNEIDER:   First of all, I think a prior

9  inconsistent statement is just one form of impeaching. As your

10  Honor knows --

11      THE COURT:   That's true.

12      MR. SCHNEIDER:   Right?

13      As your Honor knows, a felony conviction is a form of

14  impeachment. As your Honor knows, getting a plea agreement is

15  an appropriate area of cross-examination. OK?

16      THE COURT:   Just a moment.

17      Yes, but it's not impeachment, is it?

18      MR. SCHNEIDER:   It's a part of impeachment . Of course

19  it is, your Honor. Impeachment isn't just were you convicted

20  of a crime, yes, and you sit down. And I did this with

21  Mr. Lopez.

22      THE COURT:   Impeachment in the sense of you're

23  knocking down his testimony.

24      MR. SCHNEIDER:   Yes, exactly. You're calling into

25  question --

**927**

M5aWpab2

1      THE COURT:   Writ large that is impeachment, correct.

2      MR. SCHNEIDER:   You're calling into question his

3  reliability -- because of his conviction, because he got a

4  deal, because of whatever. That's a potential bias also, that

5  he got a deal from the government. So you have potential bias

6  and you have a prior conviction.

7      It's almost, I hate to sound so surprised, but if

8  Mr. Chardon was on the witness stand, we wouldn't be having

9  these conversations. I would be cross-examining him about all

10  of these things. I promise you it would have been because it

11  wouldn't have been unusual or out of the ordinary. But because

12  it's an 806 issue, I think the government is not used to

13  hearing about this particular form of testimony or form of

14  evidence, and I think that's what the issue has become, because

15  there is no doubt that if Chardon was called as a witness, I

16  would be asking these questions , and nobody would say a word

17  except I wish he didn't.

18      THE COURT:   Except what?

19      MR. SCHNEIDER:   I wish he didn't ask, not that it was

20  improper.

21      THE COURT:   Government.

22      MS. ESPINOSA:   Your Honor, I simply disagree with

23  that. The government certainly would be objecting if he were

24  asking these questions if Chardon were on the witness stand in

25  the posture he's in right now.

**928**

M5aWpab2

1      The reason Mr. Schneider was able to approach

2  Mr. Lopez differently is he is a cooperator. He got a benefit

3  in exchange for his statements. That properly goes to

4  credibility. Now, a felony conviction is certainly appropriate

5  for impeachment, but it's solely the conviction. It is not all

6  of the additional indictments, plea offers, plea agreements

7  that go into that conviction under Rule 609. So treating

8  Mr. Chardon as a hypothetical cooperator is not appropriate in

9  this situation. That is not the posture that we're in. He is

10  not getting a benefit for the statements that have been

11  introduced.

12      THE COURT:   All right. I understand.

13      Just let me talk with my clerk for a moment.

14      I'm going to exclude that evidence; that is, the

15  evidence that Chardon was charged with murder and other things

16  and was allowed to plead to a narcotics distribution. I don't

17  think it comes in under 806.

18      MR. SCHNEIDER:   May I correct one thing? I'm sorry to

19  interrupt, but he never was charged with murder, your Honor.

20      THE COURT:   I'm sorry. Tell me what he's been charged

21  with. I apologize.

22      MR. SCHNEIDER:   I just want to make sure the record is

23  clear.

24      THE COURT:   Yes. Thank you.

25      MR. SCHNEIDER:   He was charged with Counts -- I just

**929**

M5aWpab2

1  had the indictment.

2      I'm sorry, your Honor.

3      He was charged in Count One, I believe, Four, Five,

4  Eight, Nine, Thirteen, Fourteen, Fifteen, something along those

5  lines. But he was never charged with the murder with

6  Mr. Pabon.

7      THE COURT:   All right. Mr. Pabon must have gone in

8  for a break. Do you want him out here?

9      MR. SCHNEIDER:   No. We're fine to continue. We'll

10  explain it to him.

11      THE COURT:   Go ahead. Tell me what he was charged

12  with. I thought the point you wanted to make was he was

13  charged with lots of horrendous things and was allowed to plead

14  only to narcotics distribution.

15      MR. SCHNEIDER:   He was charged with the same Count One

16  as Mr. Pabon, the racketeering conspiracy, which mentioned all

17  of those horrendous things, but not with the specific murder of

18  Mr. Rivera.

19      THE COURT:   OK. Thank you for clarifying that. I

20  think that's relevant.

21      The analysis is still the same, though. 806 is really

22  focused on, and the cases about prior inconsistent statements,

23  as, for example, *United States v. Stewart* 907 F.3d 677, where

24  the issue there was prior inconsistent statements, so the court

25  held that he should have been allowed to impeach him with that

M5aWpab2

1    prior inconsistent statement.

2              There are other cases where the evidence sought to be

3    introduced did not contradict the conspirator's testimony.

4    That's not what we have here.  What we have here is really an

5    effort by the defense, by introducing the plea agreement, the

6    original indictment, the fact that the sentence and the plea

7    were to simply a narcotics distribution, when at least one of

8    the counts was the racketeering pattern here, to show that this

9    defendant is being treated unfairly vis-à-vis somebody who was

10   even higher up in the racketeering enterprise.  That's not the

11   purpose of 806.  It doesn't fit within 806.

12             The parties can introduce the narcotics distribution

13   conviction if they wish, but I don't find that it comes within

14   806 -- that is, again, the effort to show that there was an

15   indictment, a plea agreement, a conviction, and a sentence.

16   And I also do think it's a 403 issue, because I think the jury

17   will then be misled and will be focusing on what I think the

18   purpose of this is from the standpoint of the defense -- that

19   is, disparate treatment of the founder of the alleged

20   racketeering enterprise, and another person -- that is, the

21   defendant.  So I do find the probative value is substantially

22   outweighed by the danger of misleading the jury and prejudice.

23   That's my ruling.

24             What other issues do we have, apart from the charge?

25             All right.  Let's do the charge.

1              MS. MACEDONIO:  Your Honor, before we begin, may I ask

2    a question?

3              Will the Court consider that the objections or

4    deletions that we made in our original requests to charge are

5    incorporated in this conference so that we don't have to make

6    those again?

7              THE COURT:  If your question is do the objections set

8    forth in the document entitled "defendant's requested changes

9    to the government's requests to charge ," are they still extant

10   and part of the record, yes.

11             MS. MACEDONIO:  Thank you.  Then I will not raise them

12   during this conference.

13             THE COURT:  OK.  And therefore, you have no

14   objections.

15             MS. MACEDONIO:  No.  Just a few, your Honor.

16             THE COURT:  I'm sorry?

17             MS. MACEDONIO:  Just a few.

18             THE COURT:  All right.  Well, let's take it.

19             Any objections to the general charges?  You were given

20   my proposed charge yesterday morning .  So that's, on my form,

21   through and including page 30 -- that is, general charges.

22             Any objections?

23             MS. MACEDONIO:  Yes, your Honor.

24             On page 8.

25             THE COURT:  Yes.

M5aWpab2

1              MS. MACEDONIO:  Second paragraph, the second line, I

2    think you need to take out "you are considering ," as there's

3    only one defendant.

4              THE COURT:  Oh, yes.  I thought we had taken care of

5    that.  "It is for you and you alone to decide whether the

6    government has proven that the defendant" -- I'm going to

7    strike "you are considering."

8              Thank you.

9              Any other objections in the general charges?

10             MS. MACEDONIO:  On page 9, your Honor, bottom

11   paragraph, that starts with "This presumption."

12             THE COURT:  Yes.

13             MS. MACEDONIO:  On the second line, the last word,

14   "and until," I would ask that you excise those from the charge.

15   So it would say "unless you are convinced," not until.

16             THE COURT:  Government.

17             MS. ESPINOSA:  No objection.

18             MS. MACEDONIO:  I think that's all I have with respect

19   to the first 30 pages, your Honor.

20             THE COURT:  Government, anything?

21             MS. ESPINOSA:  Nothing in the first 30 pages, your

22   Honor.

23             THE COURT:  All right.  Then let's do anything up

24   through all of Count One; in other words, up through and

25   including page 64.

M5aWpab2

1              MS. MACEDONIO:  Your Honor, on page 32 --

2              THE COURT:  Yes, ma'am.

3              MS. MACEDONIO:  -- I would just ask that you add the

4    defendant's first name, so rather than saying Pabon, it would

5    say Christian Pabon.  There are two instances on page 32 where

6    that happens.

7              THE COURT:  I quite agree with that.  I'm sorry.  It

8    should say that.

9              MS. MACEDONIO:  I'm sorry, Judge.  What page were we

10   going up to?

11             THE COURT:  All of Count One.

12             MS. MACEDONIO:  OK.

13             MS. ESPINOSA:  Your Honor, we have something.

14             THE COURT:  I'm sorry.  I'm trying to find the second

15   Pabon.

16             MS. ESPINOSA:  I believe it's the first sentence of

17   the third paragraph, your Honor.

18             THE COURT:  Yes.  All right.  What I'm doing is on

19   page 32, each time that Mr. Pabon is mentioned, I'm giving his

20   full name, Christian Pabon.

21             What else?

22             MS. ESPINOSA:  On page 45, your Honor, if defense

23   counsel doesn't have anything until --

24             THE COURT:  I'm sorry.  Is the defense talking?  Who

25   was just talking?

934

M5aWpab2

1    MS. ESPINOSA:  The government, your Honor.

2         THE COURT:  The government.  Masks.

3         MS. ESPINOSA:  On page 45, your Honor in

4    our proposed charge, your Honor deleted the last sentence that

5    we had included at the end of the second paragraph, that "all

6    narcotics activity, even purely local activity, has an effect

7    on interstate commerce."  We believe that that is a standard

8    instruction.  It is based on Supreme Court precedence so we

9    would ask that it be re-added here.

10        THE COURT:  What is the position of the defense?

11        MS. MACEDONIO:  I think that's legally accurate, your

12   Honor.

13        THE COURT:  All right.  I'm adding in to the bottom,

14   to the last, to the end of the second paragraph on charge 29,

15   racketeering conspiracy, second element, effect on interstate

16   commerce," the following sentence:

17        "All narcotics activity, even purely local activity,

18   has an effect on interstate commerce.  Thus, if you find that

19   members of the enterprise trafficked in narcotics as part of

20   their membership in the enterprise, you may find this element

21   satisfied."

22        I'm adding that back in.

23        What else?

24        Government.

25        MS. ESPINOSA:  Similarly, at the bottom of page 59,

935

M5aWpab2

1    your Honor, in charge 35 --

2         THE COURT:  Just a moment.

3         Yes.

4         MS. ESPINOSA:  We would request that you add in

5    "With respect to narcotics, Congress has determined that

6    all" --

7         THE COURT:  Where are you?

8         MS. ESPINOSA:  At the bottom of 59, your Honor.  It

9    was deleted from our proposed charge.  It is the same type of

10   sentence as the ones we just added back in to the prior charge.

11        THE COURT:  Where?  I have first, second, third.

12        MS. ESPINOSA:  I apologize.  "Count One, racketeering

13   conspiracy, predicate acts involving robbery under federal

14   law."

15        THE COURT:  Yes.

16        MS. ESPINOSA:  Charge 35, page 59.

17        THE COURT:  Yes.

18        MS. ESPINOSA:  At the very end of the page, which

19   currently ends with "commerce affected need not be lawful."

20        THE COURT:  No, no.  Mine's different.

21        Yes.  Just before the word "fourth"?

22        MS. ESPINOSA:  Yes, your Honor.  Just before the word

23   "fourth."

24        THE COURT:  Just a moment.  Let me go back to the

25   prior draft.

936

M5aWpab2

1         What I took out was "With respect to narcotics,

2    Congress has determined that all narcotics activity, even

3    purely local narcotics activity, has a substantial effect on

4    interstate commerce.  Thus, if you find that a defendant robbed

5    a drug dealer of drugs or drug proceeds, you may find the

6    interstate element satisfied."

7         MS. ESPINOSA:  Yes, your Honor.

8         THE COURT:  You're asking that I put that back in.

9         MS. ESPINOSA:  Yes, your Honor.  Similarly, we think

10   this is a similar instruction --

11        THE COURT:  What's the position of the defense?

12        MS. MACEDONIO:  I don't legally disagree, your Honor.

13        THE COURT:  All right.  I'll ask why you then

14   requested that it be deleted.  But we'll move on.  I'm going to

15   put that back in.

16        MS. MACEDONIO:  Your Honor, my apologies.  I neglected

17   the fact that we had asked for it to be deleted.  I'm sort of

18   getting lost in the charge here, so I'm going to renew that

19   objection.  I think it's completely unnecessary to now have it

20   in two parts of the charge, and I ask that it not be included.

21   And I stand by my objections that were previously filed.

22        THE COURT:  All right.  Where is the support?

23   Government, you tell me that it is part of the standard charge.

24   I'm not quite sure what the standard charge is any more than I

25   know what the standard stipulations are in civil depositions.

937

M5aWpab2

1    But do you have any specific support for that provision?

2         MS. ESPINOSA:  Give me one moment, your Honor, if I

3    may?

4         THE COURT:  Yes.

5         MS. ESPINOSA:  Your Honor, the charge that we

6    proposed, if you look at our original draft, has a citation to

7    the jury instructions given in *United States v. Herring*, which

8    is 16 Cr. 302.  I do not have that charge printed in front of

9    me.

10        THE COURT:  Yes, but the fact that it was given -- who

11   is the judge in that?

12        MS. ESPINOSA:  Judge Karas, your Honor.

13        THE COURT:  The fact that it was given in another case

14   is soft support.  I was talking about a Second Circuit

15   citation.

16        MS. ESPINOSA:  I do not have one at my fingertips,

17   your Honor.

18        THE COURT:  What's the defense summation going to be?

19   Is the defense summation going to be that there's no effect on

20   interstate commerce here?  Is it going to include that

21   argument?

22        MR. SCHNEIDER:  I'm not going to discuss interstate

23   commerce at all.

24        THE COURT:  All right.  I'm going to take that out

25   then, but I would appreciate it if the government can give me

M5aWpab2

1  any support; for future cases I'll know.
2      MS. ESPINOSA:  Yes, your Honor.
3      THE COURT:  Right now, given the fact that the defense
4  is not going to argue interstate commerce, I'm going to keep
5  that out.  But again, if the government has support, let me
6  know.  If you have specific support before the closings, I may
7  change my mind yet again.
8      MS. ESPINOSA:  Your Honor, I can tell you that the
9  proposition that local drug activity affects interstate
10 commerce comes from *Taylor v. United States*, which is 136 S.Ct.
11 2074, 2077-78.
12     THE COURT:  That's pretty nifty.  Did your computer do
13 that?  How did you do that?
14     Mr. Hobson, you're working that thing.  Your computer
15 found that?
16     MR. HOBSON:  I did a consult with someone.
17     THE COURT:  Oh, all right.  Well, let me right now
18 take a look at 136 S.Ct. 2074, 2077.
19     Ms. Macedonio, are you going to yield to the Supreme
20 Court, or no?
21     MS. MACEDONIO:  I don't know that it's a matter of
22 yielding to the Supreme Court.  I suppose if I were asked, I
23 would.  However, since we are not arguing this as part of the
24 summation at all and it has not been a part of the case, I
25 stand by my position.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5aWpab2

1      THE COURT:  Fine.  You have it.
2      MS. MACEDONIO:  Thank you.
3      THE COURT:  I'm going to take a look at that case.  My
4  deputy will print it out right now, so let me go on.  My clerk
5  will do that.  While she's doing that, I'll take a look at it.
6  What else do we have?
7      MS. ESPINOSA:  Your Honor, I have something on page
8  67, which is charge 40, Count Two, murder in aid of
9  racketeering.
10     THE COURT:  I'm sorry.  Page 67.
11     MS. ESPINOSA:  Yes.  Charge 40.
12     THE COURT:  Yes, ma'am.
13     MS. ESPINOSA:  I believe the first sentence was
14 inadvertently omitted from this element and should be, should
15 read:
16     "The second element that the government must prove in
17 connection with Count Two is that the defendant murdered
18 Orlando Rivera, or aided and abetted another in murdering
19 Orlando Rivera, in violation of New York law."
20     It jumps straight to "I have already defined for you."
21     THE COURT:  Yes, I think you're right.  Let me find it
22 in your original one.  I think you're right.
23     All right.  Read me what you wanted us to add in.
24     MS. ESPINOSA:  "The second element that the government
25 must prove beyond a reasonable doubt in connection with Count

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5aWpab2                                    940

1  Two is that the defendant murdered Orlando Rivera , or aided and
2  abetted another in murdering Orlando Rivera, in violation of
3  New York law."
4      THE COURT:  Read the whole charge.  Read the second
5  paragraph.
6      MS. ESPINOSA:  "I have already defined for you in
7  connection with Count One the concepts of enterprise, affecting
8  interstate commerce, and racketeering activity.  If you find
9  beyond a reasonable doubt that the 200 gang, the enterprise
10 alleged in Count One, did exist, affected interstate commerce,
11 and engaged in racketeering activity, as described in Count
12 One, then you must go on to consider the other elements of the
13 charges in Count Two."
14     THE COURT:  I think that's correct.  I think there
15 should be that introductory sentence, and I don't know why it
16 was deleted.
17     Defense, what's your position?
18     MS. MACEDONIO:  Yes, Judge, that's what we have in
19 our requests to charge as well.  There's a sentence missing.
20     THE COURT:  All right.
21     What else?  Anything at all?
22     MS. ESPINOSA:  Just one more thing.  On the next page,
23 your Honor, 68, charge 41.  Again, your Honor deleted from our,
24 the second paragraph in our proposed charge, the last couple
25 of sentences, beginning with, "For example, this element is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5aWpab2                                    941

1  satisfied if the defendant committed the murder because he knew
2  it was expected of him by reason of his association with the
3  enterprise, because it would maintain or enhance his position
4  or prestige within the enterprise or with respect to a
5  high-ranking member of the enterprise, if he committed or
6  sanctioned the murder to protect the enterprises's operations
7  or advance its objectives.  These examples are by way of
8  illustration and are not exhaustive."
9      The government would ask that that be added back in .
10     THE COURT:  Defense.
11     MS. MACEDONIO:  We continue our objection, your Honor.
12     THE COURT:  I'm going to keep that paragraph out.
13 It's definitely gilding the lily.  This is not to set forth the
14 government's position.  The point is already made, and there's
15 plenty of testimony on this.  They'll get the idea.  I'm
16 keeping it the way I have it.
17     Next.
18     MS. ESPINOSA:  Nothing else from the government, your
19 Honor.
20     THE COURT:  All right.  Defense, anything?
21     MS. MACEDONIO:  Yes, your Honor.  With regard to No.
22 42, *Pinkerton* liability.
23     THE COURT:  Yes.
24     MS. MACEDONIO:  The defense continues to object to
25 this inclusion of this part of the charge at all.  This is not

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

942

M5aWpab2

1   part of the government's theory of the case.  The government's
2   position has been that Mr. Pabon was there; that he was
3   shooting, and there was a lot of testimony that , in fact, he
4   was the shooter that killed Mr. Rivera.  I think that given
5   that testimony and the government's position with regard to
6   that and the aiding and abetting instructions that are already
7   coming in, the *Pinkerton* liability just simply does not apply
8   in this case.
9       THE COURT:  All right.  Let me hear from the
10  government.
11      MS. ESPINOSA:  Your Honor, the government does think
12  that it should be included here, and I would just note for the
13  record that there hasn't been specific testimony that it was
14  the defendant's --
15      THE COURT:  Just a moment.
16      Go ahead.
17      MS. ESPINOSA:  I would just clarify that the testimony
18  has been that the defendant believed that it was his bullet
19  that killed Mr. Rivera and that Milton Chardon said that the
20  defendant's bullet was the one who killed, was the one that
21  killed Mr. Rivera, but not necessarily additional evidence on
22  that point.
23      I would just note generally that we think it's
24  appropriate here to include the *Pinkerton* instruction because
25  the ample evidence that has come in about the defendant's role

943

M5aWpab2

1   in the gang as a shooter, as someone who commits violence with
2   other members of the gang, and therefore,  that it would be very
3   reasonably foreseeable to him that other members of the gang
4   would engage in such violence if the jury were to have doubts
5   as to whether he was personally present.  If they were to find
6   that he was a member of the RICO conspiracy at the time, it
7   certainly would have been foreseeable to a shooter in the gang
8   that other members of the gang would engage in acts of violence
9   like this.
10      MS. MACEDONIO:  Your Honor --
11      THE COURT:  Just a moment.
12      Yes.
13      MS. MACEDONIO:  I think that it's a complete variation
14  of what the government's overall theme of this case has been.
15  They're not arguing that Christian Pabon was standing on a
16  corner watching while somebody else was shooting.  They're not
17  arguing that he perhaps counseled other people to go and do
18  this.  They're arguing that he was there and he was a shooter.
19  And so to now inject this charge in or this type of liability
20  in seems to make absolutely no sense at this point.
21      THE COURT:  No.  I disagree.  I thought quite a bit
22  about the *Pinkerton* charge here.  The government put it in and
23  the defense did not.  I reread *Laureano*.  I reread *Salameh*, I
24  reread *Gallego*.  I reread Sand.  The risk in *Pinkerton* is that
25  the jury will reason improperly from the existence of

944

M5aWpab2

1   substantive acts to the existence of the conspiracy.  That's
2   not at issue here.  There's enormous testimony and evidence
3   about the existence of the racketeering conspiracy.  So the
4   danger of *Pinkerton* is not met here, and I do think it is an
5   alternative theory available to the government of liability.
6   I'm going to include the *Pinkerton* charge.
7       Now I'm going back to the issue of local drug
8   activity.
9       The government is right here.  Whoever Mr. Hobson
10  consulted with also had a computer at his fingertips.  *Taylor*
11  *v. United States*, Supreme Court, February 23, 2016; it looks
12  like it's 579 U.S. 301 and 136 S.Ct. 2074 at page *307, and
13  2880 on the S.Ct. cite:
14          "In *Raich*, the court addressed Congress's authority to
15  regulate the marijuana market.  The court reaffirmed Congress's
16  power to regulate purely local activities that are part of an
17  economic class of activities that have a substantial effect on
18  interstate commerce.  The production, possession, and
19  distribution of controlled substances constitute a class of
20  activities that in the aggregate substantially affect
21  interstate commerce, and therefore, the court held -- this was
22  in *Raich* -- "Congress possesses the authority to regulate and
23  to criminalize the production, possession, and distribution of
24  controlled substances even when those activities occur entirely
25  within the boundaries of a single state.  Any other outcome, we

945

M5aWpab2

1   warned, would leave a gaping enforcement hole in Congress's
2   regulatory scheme."
3       Therefore, I'm putting back that sentence that says,
4   "With respect to narcotics, Congress has determined that all
5   narcotics activity, even purely local narcotics activity, has a
6   substantial effect on interstate commerce.  Thus, if you find a
7   defendant robbed a drug dealer of drugs or proceeds, you may
8   find the interstate element satisfied."
9       All right.  That's done.  We now have a completed
10  charge.  And I'll get you a revised version before I give the
11  charge, but you now know what I'm going to say for purposes of
12  your summations.
13      All right.  Where do we now stand?  Government, your
14  case is still on.  When the jury comes in, what is the
15  government going to say?
16      MS. BHASKARAN:  When the jury comes in, the government
17  is going to rest.  I'll note for the record that the witness
18  who, on Friday, indicated that he might testify continues to
19  refuse to testify.
20      THE COURT:  Continues to refuse to testify .
21      MS. BHASKARAN:  Continues to refuse to testify.
22      THE COURT:  All right.  Fine.
23      All right.  Then is the defense going to put on a
24  case?
25      MS. MACEDONIO:  Your Honor, we're going to introduce

1   one document, defense E, and that will be it.  Then we'll rest.

2       THE COURT:  And does the government know what that is?

3   Will there be any objection?

4       MS. ESPINOSA:  No objection, your Honor.

5       THE COURT:  All right.

6       You're telling me the defendant is not going to

7   testify.

8       MS. MACEDONIO:  No, the defendant is not going to

9   testify.

10      THE COURT:  All right.  I'm going to allocute him on

11  that issue.  All right?

12      MS. MACEDONIO:  Yes.

13      THE COURT:  All right.  Mr. Pabon, if you would rise,

14  sir.

15      The government is about to rest.  You heard that.  And

16  your lawyer has said that the defense case will consist of a

17  single exhibit.

18      Did you hear that?

19      THE DEFENDANT:  Yes, sir.

20      THE COURT:  All right.  The issue now is whether or

21  not you are going to testify in your defense.  I can tell you,

22  sir, as you know, that the decision of -- that you're under no

23  obligation to testify.  Indeed, the defense doesn't have to put

24  on a case, because in a criminal case, under the Constitution

25  of the United States, the defendant does not have to prove

1   anything.  The burden of proof is always on the government to

2   prove the defendant's guilt beyond a reasonable doubt, and the

3   defense doesn't have to prove anything.

4       Do you understand that?

5       THE DEFENDANT:  Yes, I understand that.

6       THE COURT:  OK.  Do you also understand, sir, that you

7   have a right to remain silent, and anything you say, if you do

8   decide to -- I'm sorry.  Strike that.

9       The decision of whether or not to testify is your

10  decision.

11      Do you understand that?

12      THE DEFENDANT:  Yes, I understand that.

13      THE COURT:  OK.  Now, there are many, many decisions

14  that are for the lawyers to make -- what witnesses to call,

15  what questions to ask, what motions to make; those are for the

16  lawyer to make.

17      Do you understand that?

18      THE DEFENDANT:  I do, sir.

19      THE COURT:  But there are certain decision, important

20  decision, such as whether or not to plead guilty or to plead

21  not guilty, and whether or not to testify, that are yours and

22  yours alone to make.

23      Do you understand that?

24      THE DEFENDANT:  I understand that.

25      THE COURT:  Now, have you discussed -- I don't want to

1   know what your lawyer told you.  That's just for you and your

2   lawyer to know.  But have you discussed this issue of whether

3   or not you're going to testify with your lawyer and whether or

4   not you should testify?  Have you discussed that with him and

5   her?

6       THE DEFENDANT:  Yes, I did.

7       THE COURT:  OK.  I don't want to know what the advice

8   is, but I presume they gave you some advice.  OK.  Now,

9   whatever their advice was, they can only give you advice.  They

10  can't make the decision.  Only you can make the decision.

11      Do you understand that?

12      THE DEFENDANT:  Yes, I do understand that.

13      THE COURT:  And what is your decision?

14      THE DEFENDANT:  My decision is not to testify.

15      THE COURT:  All right.  Fine.  Perfectly acceptable.

16  Thank you, sir.  I appreciate that.

17      THE DEFENDANT:  You're welcome.

18      THE COURT:  Is there anything else on the allocution

19  that the government wishes?

20      MS. ESPINOSA:  No, your Honor.

21      THE COURT:  Defense, anything?

22      MS. MACEDONIO:  No.  Thank you, your Honor.

23      THE COURT:  All right.  Let's take 10 or 15 minutes.

24  The jury has been very patiently waiting.  Let's make it 10

25  minutes.  Refresh yourselves and come back.

1       One juror is not there.  That juror tested positive

2   and that juror presented a positive test in a photo.  So that

3   juror is not going to be here.  Take 10 minutes.

4       (Recess)

5       THE COURT:  Please be seated.

6       Everybody is here, including the defendant.  You've

7   heard the government say it's about to rest.  I would prefer,

8   rather than have the jury come out just to hear the government

9   say the government rests and then go back in, let's have the

10  argument on any motions now, if there are motions.

11      Defense, are there any motions?

12      MS. MACEDONIO:  Yes, your Honor.

13      THE COURT:  Go ahead.

14      MR. SCHNEIDER:  Your Honor, it's our position that,

15  pursuant to Rule 29, prior to the case being submitted to the

16  jury, it's our position that the reliable, credible evidence

17  was insufficient as a matter of law to sustain a conviction.

18  And therefore, you have the power and the right to not give the

19  case to the jury and grant a motion for dismissal pursuant to

20  Rule 29(a).

21      Thank you.

22      THE COURT:  All right.  Thank you.

23      It's going to be up to the jury here.  There's

24  adequate evidence by which a reasonable jury could conclude

25  that the defendant engaged in a pattern of racketeering acts,

## 950

M5aWpab2

1   that he belonged to an enterprise and committed the
2   racketeering acts -- that is, that he's guilty of conspiring to
3   enter into a racketeering enterprise and to engage in a pattern
4   of racketeering activities; and so, too, that he engaged in
5   murder in aid of racketeering under Count Two.  So I'm going to
6   deny the motions at this time.
7          Let's bring this jury in.
8          How long is the first government closing going to be?
9          MR. HOBSON:   It is not going to be longer than an hour
10  and a half.
11         THE COURT:   All right.  We'll try to conclude it
12  before lunch.
13         MR. HOBSON:   That should be fine, your Honor.
14         THE COURT:   And you're doing it.
15         MR. HOBSON:   Yes, your Honor.
16         (Continued on next page)

## 951

M5aWpab2

1          (Jury present)
2          THE COURT:   Please be seated in the courtroom.
3          Good morning, ladies and gentlemen.  I assure you we
4   were handling legal matters.  I hope you enjoyed the three days
5   that you had for the weekend.  It was a beautiful day
6   yesterday, indeed.
7          Next witness for the government, please.
8          MR. HOBSON:   Your Honor, the government rests.
9          THE COURT:   All right.  Thank you.
10         Ladies and gentlemen, you have now seen the government
11  rest.  We now will find out whether there is a defense case.
12         As you know, the defendant is under no obligation to
13  prove anything.  The obligation is always on the government.
14  The burden of proof is always on the government to prove the
15  defendant's guilt beyond a reasonable doubt.  They have the
16  right to put on a case.  They don't have to put on anything.
17         Defense, is there a witness?
18         MS. MACEDONIO:  No, your Honor.  Just moving a
19  document into evidence.  We move Defendant's Exhibit E into
20  evidence, your Honor.
21         THE COURT:   Government.
22         MR. HOBSON:   No objection.
23         THE COURT:   All right.  The defense has requested, and
24  without objection, I've admitted defense exhibit E.
25         (Defendant's Exhibit E received in evidence)

## 952

M5aWpab2

1          THE COURT:   Defense, anything?
2          MS. MACEDONIO:  No.  Thank you, Judge.  The defense
3   rests.
4          THE COURT:   All right.  Ladies and gentlemen, you have
5   now seen the defense rest.  There is no more testimony to come
6   in.  You have heard all the evidence.  But you have not heard
7   what the lawyers have to say they believe what the evidence
8   was.  We're about to hear that.  But remember a couple of
9   things.
10         I've already told you the order of closing arguments
11  is set by law.  The parties have no say in it.  The government
12  goes first, then the defense, and then the government  Because
13  the government has the burden of proof, it gets the last
14  closing argument.  I want you to listen to what the lawyers
15  have to say, but remember two things.  And you know this.
16         What the lawyers say is not evidence.  That's one.
17         The other thing I want you to know is that if the
18  lawyer says he or she believes the evidence showed this or
19  that, the lawyer doesn't decide what the evidence showed.  You,
20  ladies and gentlemen of the jury, decide what the evidence
21  showed.  You make up your mind as to what the evidence was in
22  this case.
23         We are now going to hear the opening closing, as it
24  were, of the government, by Mr. Hobson.
25         Mr. Hobson.

## 953

M5aWpab2          Summation - Mr. Hobson

1          MR. HOBSON:   Thank you, your Honor.
2          The 200 claimed to represent their neighborhood around
3   Dyckman Street, but what they really did was terrorize the
4   neighborhood.  They flooded its streets with drugs.  They broke
5   into its businesses.  They robbed homes.  And in their effort
6   to dominate northern Manhattan, they turned that neighborhood
7   into a war zone.  If there were rivals around, they didn't
8   care about kids walking down the street or innocent civilians
9   standing outside bodegas.  They shot, and they shot to kill.
10  And on October 2, 2014, they succeeded, when Christian Pabon
11  and his fellow 200s let off 15 shots at a rival gang member and
12  left Orlando Rivera dead.
13         Over the past few days, you've learned how the murder
14  of Orlando Rivera made the defendant's reputation in the gang.
15  He was a shooter.  He was a killer.  It was his job.  He was
16  Banga.  You've heard how, after the murder, the rest of the
17  gang knew they could count on him when they needed a gun.  They
18  could count on him when they wanted to rob someone.  They could
19  count on him when there were rivals to shoot.  With the 200s,
20  there was no shortage of violence, and there was nobody better
21  at it than the defendant.
22         The evidence is in.  It's clear.  It's consistent.  It
23  proves that the defendant agreed to be part of the 200 gang and
24  that he murdered Orlando Rivera in furtherance of that gang.
25  Because of that, he is guilty of the two crimes that are

1   charged -- being a member of a racketeering conspiracy and

2   murder in aid of racketeering.

3       In this summation, I'm first going to walk you step by

4   step through the evidence you heard in this case. I'm going to

5   show you how it all fits together. Then I'll talk to you

6   briefly about the charges in this case and how the evidence

7   proves that the defendant is guilty of both charges.

8       But first, I want to talk about a few things that

9   aren't seriously in dispute here. Nobody seriously disputes

10   that on October 2, 2014, there was a shooting near 193rd Street

11   that left Orlando Rivera dead. Nobody seriously disputes that

12   there were two shooters in that shooting. Nobody seriously

13   disputes that one of the shooters was a man named Ito, who was

14   a member of the 200.

15       (Continued on next page)

16

17

18

19

20

21

22

23

24

25

---

1       MR. HOBSON: Nobody disputes the legal point that

2   Judge Stein told you at the top of this trial. You don't have

3   to decide who fired the fatal shot because whether the second

4   shooter fired the fatal shot or not, he can be guilty of the

5   murder just by assisting in the murder.

6       What Count One, which is the racketeering charge,

7   really comes down to is whether the defendant, like Ito, is

8   also a member of the 200. You don't even have to find the

9   defendant participated in the murder to find him guilty of

10   Count One. And what Count Two, the murder charge, really comes

11   down to is whether the defendant was that second shooter you

12   see on the security footage that day, the one who is with Ito,

13   the one with the long hair. By now, you know that the answer

14   to both questions is yes.

15       So let's start by talking about the 200 enterprise

16   itself.

17       Count One charges the defendant with conspiracy to

18   commit racketeering. Judge Stein will instruct you on the law,

19   and if he says anything different from what I say, it is his

20   instructions that you should listen to; but I expect

21   Judge Stein will tell you that a conspiracy is basically an

22   agreement, and that a racketeering enterprise is basically a

23   group of people who come together for a common purpose of

24   engaging in a course of conduct, in other words, a group of

25   people who commit crimes. The enterprise doesn't have to be a

---

1   formal entity. It can be informal. In other words, it can be

2   a street gang like the 200. And to agree to be part of the

3   enterprise, a person doesn't have to be a card-carrying member,

4   it doesn't have to have a formal position, he just has to agree

5   to commit crimes with them.

6       To see that the 200 were an enterprise and that the

7   defendant agreed to be part of it, you can start by just

8   looking at the defendant's own Instagram account. You see

9   picture after picture of the same core group of people over and

10   over for years promoting the 200 and bragging about their

11   membership in the 200. Look at the name of his account.

12   PrettiestGangsta200. It's right there in the name. He is a

13   gangsta. What gang? The 200 gang.

14       Look at the name of his followers. Look how many have

15   200 or 2hunnit in their names, just like the defendant. Look

16   how many have 5420 in their name. You heard how 5420 referred

17   to 5420 Arden, which is one of the 200's headquarters in

18   Dyckman where they sold drugs. They are all advertising their

19   membership in this neighborhood gang.

20       Look at some of the pictures the defendant posts.

21   There is a post from November 2014. It's about a month after

22   the murder. Now, by now, you know some of the people that the

23   defendant is with, who he is standing with in that picture.

24       There is Milton, the founder of the gang. He is the

25   one with the 2hunnit tattoo on his neck.

---

1       There is the defendant pointing his fingers at the

2   camera like two guns. You know what he is doing there. He is

3   showing off his role as the gang's gunman.

4       There is Necio, there is Tito, two other members of

5   the gang, and they are all making the hand sign that Raymond

6   Castillo told you about —two end fingers up, two middle fingers

7   folded down into zero, making a 200. He puts it right there in

8   the caption. "Gang gang 100 100" because two 100s make 200.

9       Here he is again, Government Exhibit 305. He is

10   flashing gang signs and look at the hashtag there. #200Gz,

11   #TopGoonz. You heard what that means, 200 gangsters, top

12   gangsters.

13       Government Exhibit 306, look what he posts on this

14   picture. "Mobbin on the scene 100 100." Two 100s make 200.

15       Government Exhibit 307, here he is with Tito again.

16   They are both making the 200 signal, two end fingers up, two

17   middle fingers folded into zeros. Look at the hashtags on this

18   one #FreeIto. He posted this in December 2014. It is just a

19   couple of months after Ito was arrested for the murder.

20       Government Exhibit 313, here is another, January 2015,

21   #200Block.

22       Government Exhibit 315, another, look at the hand

23   signs they are flashing, 200. Look at the post. He uses

24   emojis in this one to spell out the word gang . Remember the

25   gas tank there is the letter G. He is spelling gang and then

1    200. You know what that means. It means this is the 200 gang.

2    Look at the caption where he writes on this 2018 post,
3    Government Exhibit 321. This post appears to be in honor of
4    someone who died. You can tell the man was a 200 because he
5    has the number 200 tattooed on his neck. The defendant wrote
6    "2hunnit Gz till my eyes bleed." "2hunnit gangsters." Then
7    look at the two emojis hands with two fingers up and two middle
8    fingers folded down into zeros. It's the 200 hand sign as an
9    emoji. This is the defendant telling everyone that he is 200
10    for life, until his eyes bleed.

11    He posts videos, too. Here is one from June 2017.
12    You can see the defendant at a club with a whole group of guys,
13    and you will see them flashing gang signs. Let's watch this
14    one.

15    (Video played)

16    MR. HOBSON: Flashing gang signs. There is the
17    defendant holding his fingers like a gun. Flashing gang signs.
18    Flashing gang signs. There is that 200 sign. "Gang gang
19    gang." That's what he said.

20    Look at the caption he posts. On this next -- one
21    second. Let's switch to some private messages that he sends on
22    his Instagram. These private messages, they also talk about
23    the 200.

24    This one here is one from December 2021. That is just
25    five months ago. This is the defendant talking about the rules

1    of the gang and how members need to support one another if they
2    want to be in a gang. He says, "If anybody jacking my 2hunnit
3    shit and not doing right by Georgy daughter a dub and to stop
4    jacking my shit gangsta."

5    Now, some of those phrases probably weren't familiar
6    to you before this trial, but P Mula, one of the witnesses,
7    translated it for you. He told you that Georgy was the real
8    name of a 200 who the gang called BY. You heard about B Y a few
9    times in this trial because he and the defendant are the gang's
10    two main shooters. We will be talking about him some more.

11    Jacking 2hunnit shit, that means saying that you are a
12    200. If someone is a dub, that means they are disloyal. So
13    here the defendant is telling someone that if anyone is
14    claiming to be a 200 but that person isn't supporting Georgy's
15    daughter, they are disloyal and they have to stop saying that
16    they are in the 200. And look how the defendant phrases it.
17    He says, Those disloyal members need to stop jacking my shit.
18    He is saying it right there. The 200s are his gang, and he
19    doesn't want any disloyal people claiming to be in his gang.

20    Then he goes on, "Gangsta don't wanna hear nobody
21    saying they gang and not doing nothing for bro
22    #Original200Steppa." I want to focus in on that hashtag
23    because P-Mula told you what that hashtag means. Steppa means
24    shooter. So when the defendant says he is an original 200
25    steppa, that means he is one of the original 200 members and

1    that he is a shooter.

2    Then look at January 2022. This is a post from just a
3    few months ago. "Proud of you gangsta. Original200Steppas.
4    Duce hunnits. These are all references to the 200s. The
5    defendant wants everyone to know he is in the 200, he is one of
6    the original members, and he is a shooter.

7    It is not just the social media. Look at Milton
8    Chardon, the gang's leader. His tattoos make him a walking
9    billboard for the gang. From the neck down, he is telling the
10    story of the 200 in ink. At the top, "DNA 2Hunnit," meaning
11    that the DNA that runs through his blood is the 200. Then he
12    says "Dyckman World" meaning that Dyckman Street runs the whole
13    word. And at the bottom "Ito gang." By now, you know what
14    "Ito gang" is a reference to. It's a reference to Ito, who got
15    caught for the murder of Orlando Rivera, but who didn't give up
16    the names of his fellow gang members. By upholding the gang's
17    code of not snitching, Ito came to stand for everything the
18    200s were supposed to be.

19    Now, if everyone in the 200 was like Ito and refused
20    to cooperate with the government, your knowledge of the 200
21    might be limited to Instagram. But here you also know that the
22    200 is a criminal enterprise because you got to hear from three
23    actual members of the conspiracy.

24    You heard from Raymond Castillo, known as "Raymito."
25    He was one of the founders of the 200. He was one of the top

1    leaders of the gang. You also heard from Luis Fedor, also
2    known as "Lefty," and Peter Lopez, also known as "P-Mula."
3    Lefty and P-Mula weren't official members of the 200, but for
4    years they worked with the gang and they committed crimes with
5    the gang. That made them part of the enterprise.

6    I want to talk about all three of these men for a
7    minute. These three witnesses gave you an opportunity to see
8    how the 200 worked from the inside. It is hard to imagine a
9    better way to learn about how a criminal enterprise worked than
10    to hear from a member of that enterprise. You got to hear from
11    three. Their testimony alone establishes that the defendant is
12    guilty, period.

13    At the beginning of trial, we told you these men are
14    criminals. No one is asking you to approve of what they have
15    done. They have committed serious and violent crimes. Nobody
16    is denying that. That's why they were part of the 200
17    enterprise. If you are part of a criminal enterprise, if you
18    are coming together to rob and shoot and deal drugs, you are
19    involved with serious criminals. And only people who are
20    actually involved in crimes like this can tell you from their
21    experience how it was committed.

22    Some of the most heinous crimes that you heard those
23    cooperating witnesses talk about were crimes they committed
24    with the 200, sometimes alongside the defendant himself.

25    Remember, there is no serious question that the

1  defendant knows all three cooperators.  You saw how he talked
2  about them on social media.  Look at Government Exhibit 326.
3  Here he is on Instagram telling someone how Raymito, P-Mula ,
4  and Lefty are at the rat jail because they are testifying
5  against him.  He is calling them out by name because he knows
6  them.
7          These men are testifying because they committed
8  serious crimes with the defendant.  Let me be clear again,
9  nobody says you should like these witnesses, but that doesn't
10  mean you shouldn't believe them.
11          How do you tell if they are telling the truth?  I'm
12  going to suggest you think about three things—their demeanor,
13  their incentives, and the corroborating evidence.
14          Start with their demeanor.  Think about their tone,
15  their body language, the level of detail they provided.  They
16  all admitted when they weren't sure about something.  They
17  calmly and carefully responded to questions whether the
18  questions came from the government or from defense counsel.
19  They corrected even the small details that their questioner got
20  wrong.  They candidly answered each and every question put to
21  them, including questions about their own criminal conduct.
22          Second, what about their incentives?  You heard about
23  the cooperation agreements.  There is nothing secret or
24  sinister about these agreements.  Raymito's agreement is in
25  evidence.  Take a look at it if you want to.  You heard how

1  these agreements work.  If the witness tells the truth, the
2  government writes a letter to the sentencing judge and that
3  letter explains all the good things and all the bad things that
4  they have done.  But if they lie, they lose that letter, they
5  lose the cooperation agreement, and they are still stuck with
6  their guilty pleas.  Everything is riding on them telling the
7  truth.
8          And finally, you should look at the many other pieces
9  of evidence that corroborates exactly what Raymito and Lefty
10  and P-Mula each told you.  Think about their testimony and ask
11  yourself did it make sense?  Don't just ask yourself whether it
12  was consistent with one another.  Ask yourself was what they
13  told you consistent with the evidence in this case, in
14  particular, things that you know are true, like photographs,
15  like video?
16          So let's talk about these witnesses, let's talk about
17  what they told you about the 200, and how it is backed up by
18  other evidence in the case.
19          Raymito told you all about how the gang was first
20  founded.  It was back in about 2012.  Raymito and Milton
21  Chardon were both in prison.  Both of them were already in
22  other gangs at the time.  Raymito told you he was a type of
23  Blood.  Milton was a member of a gang called the Trinitarios.
24  But this new gang that they wanted to create would be
25  different.  This new gang would be made up of people from the

1  neighborhood, from Dyckman Street, which historically was 200th
2  Street.  There it is on the subway tile.  The 200 would be
3  united by their common neighborhood and they would represent
4  their neighborhood against other neighborhoods.
5          Raymito didn't mince words.  He told you that the
6  purpose of the 200 was to take over the neighborhood, to
7  control the neighborhood.  How were they going to do that?  By
8  promoting violence and drugs.
9          Now, members could still be in other gangs.  P-Mula
10  told you that some 200s were neutral, meaning that they were
11  only in the 200.  And some 200s were also affiliated with other
12  gangs, like the Bloods.  Raymito also told you that.  But
13  Raymito told you the loyalty had to be to the 200 first.
14          The 200 had a lot of signals to show one another who
15  was in the gang and who wasn't in the gang.  That's another way
16  you know that the 200 is an enterprise.  You have seen the 200
17  hand sign—the two fingers up for the two, the middle fingers
18  folded down into a zero.
19          You saw Raymito stand up and demonstrate the handshake
20  for you.  The handshake ended with the two interlocked hands
21  making a 200 sign.
22          You heard that when the 200s greet each other, they
23  say "two double O."  All these gang signs were a way for the
24  200 to show each other who was in the gang and who was out of
25  the gang.  And you have seen what the gang -- you have seen

1  that the gang members who were in the 200 wanted to show that
2  they were in the 200.  They wanted to let others know.
3          Here is the 200's territory.  The witnesses told you.
4  It is that entire area around Dyckman Street.  They had two
5  headquarters.  One headquarter was at Academy and Nagle .  It is
6  marked there in red.  The other at the corner of Sickles and
7  Sherman, also marked in red.  You heard that the defendant was
8  usually at the Sickles and Sherman headquarters.
9          Now, the address of that spot or that across the
10  street from it was 5420 Arden.  You have seen that the gang
11  made 5420 one of their sayings.  Look right there.  There is a
12  picture of Ito, Ito is wearing a 5420 shirt.  On the right you
13  see a post from the defendant's account.  He is using the 5420
14  hashtag.  Lefty told you that 5420 was a pun about the drug's
15  gang dealing.  It wasn't just the address where they sold
16  drugs.  It was a reference to getting five bags of marijuana
17  for $20, which is a common drug order.
18          There is the defendant and his fellow 200s
19  congregating in front of 5420 Arden, just like the witnesses
20  told you they did.  The 200 fought for their territory.  You
21  heard how they had intense, violent rivalries with gangs on
22  neighboring streets.  They called them the gangs that were up
23  the hill because in that part of Manhattan , streets line 193rd
24  Street are actually uphill from Dyckman.
25          Raymito explained what these rivalries were about,

1    disrespect and territory. Violence would break out when the
2    enemies came on to 200 territory or when the 200 would invade
3    the rival's territory, which itself was a sign of disrespect.
4        Raymito told you how violent these rivalries were.
5    They involved shootings, robberies, violent robberies. You
6    heard about two major rivalries. The first one was with a gang
7    just south of the 200's territory. Sorry, at the very bottom
8    of the 200's territory. That gang was 6-Block. They owned the
9    160s. Raymito told you that the 6-Block feud started when
10   someone from cellblock snitched by cooperating with the
11   government. You have heard what the 200s think about
12   cooperators. So when Milton found out that 6-Block had let
13   cooperators stay in their gang, the war between 200 and 6-Block
14   was on.
15       The 200's other main rival was OED. OED stood for two
16   things—Own Every Dollar and One Eight Deuce, One Eight Deuce or
17   182, because their territory went from down around 182nd Street
18   up to 193rd Street. And you heard that the 200s had beef with
19   one part of OED in particular, the group that was based around
20   193rd Street. Sometimes they were called One Nine Three after
21   their block, just like the 200 named themselves after their
22   block. And you can see where the 200 and 193 would clash.
23   193rd Street was right at the border of 200s territory. It was
24   a powder keg waiting to go off.
25       You heard about the leadership structure of the 200,

1    who had power, how they got power. Here is the core personnel
2    right here. At the top was Milton. Then came Raymito and
3    Dinero. They founded the gang along with Milton. The three of
4    them were the leaders of the gang. They even had a title. If
5    you were a leader, you were called a Big 200.
6        Below the 200 were the shooters. The cooperators told
7    you how violence earned you respect in the gang. You saw that
8    yourself in the social media. So it's no surprise that the
9    members of the 200 who had guns and that could be called on
10   when the enemies came would have a high level of respect.
11   Raymito told you that there were at least two people who held
12   that shooter position. BY was one of them. The defendant was
13   another.
14       You heard that with being a shooter came authority,
15   too. Raymito explained how at first it was only the Big 200s
16   who could let new members into the gang, but later the
17   defendant had that power, too. He had that power because he
18   was the main shooter for the 200. That meant that if the 200
19   ever needed somebody shot or needed somebody to shoot up a
20   block, they would call the defendant. That made the defendant
21   respected. It made him almost like a Big 200. Raymito showed
22   you some of the 200s that the defendant himself brought into
23   the gang and that associated with the defendant -- and that
24   associated with the 200 through the defendant. He called them
25   Banga's Crew. He said that when Banga needed backup, these

1    were the guys that he would call.
2        Let's go back to the structure. Beneath the shooters
3    there were the other members. You heard some of their names,
4    True, Necio, Moe, Mapes, Tito. These weren't all. These are
5    just some of them. The gang started off small; Raymito told
6    you just ten or 20 members in the beginning. But it grew. It
7    grew to well over 40 or 50 members.
8        P-Mula told you at the beginning he thought the gang
9    was silly, but then in 2014, there was the murder. That
10   changed things. As P-Mula told you, you are not looking at
11   them any more like a fake street gang. You are seeing them as
12   kids that possibly can kill you. Now the 200 were all over
13   Dyckman. Their numbers increased. P-Mula told you they
14   basically multiplied.
15       And then you heard one very clear example of how to
16   climb the ladder in the 200, and that was Ito. In 2014, Ito
17   was arrested for the murder of Orlando Rivera. And as Milton
18   told Raymito, Ito had shown his loyalty. He showed his loyalty
19   by not cooperating. He didn't tell the government who else
20   participated in the murder. That upheld the 200's code. That
21   earned him respect. And what happened to Ito as a result? He
22   moved up the ranks. He became a Big 200.
23       Now, the 200's code was important. You don't need to
24   find that the 200 had any specific code or rules, but the fact
25   that they had rules, that's another way that you know that the

1    gang was an enterprise.
2        Not just anyone could be in the 200. You had to earn
3    your position. Raymito told you how that worked. You earned
4    your position by putting in work. That meant doing crimes for
5    the gang. What kind of crimes? Raymito told you, robberies,
6    shootings, things of that nature.
7        But once you were in? That wasn't the end of things.
8    You had to keep following the rules or else you would get
9    kicked out. Raymito told you there are two main ways to get
10   kicked out of the 200s: being weak or snitching.
11       You have seen what the 200s thought about the
12   snitching, about telling the government about the crimes your
13   fellow 200 had done. Look no further than Government Exhibit
14   326, which is that Instagram chat with the defendant from
15   January of this year. Here he is talking about the cooperators
16   in this case—Raymito, P-Mula, Lefty. "Damn. So Raymito really
17   a snitch. Yeah, they just waiting on me to either cop out or
18   go to trial. Then they go home. I'm the last one." What does
19   the other guy say? "Oh, hell no."
20       This is powerful evidence that all three cooperators
21   are telling you the truth when they talk about the defendant
22   and his crimes. Because otherwise why would the defendant
23   care? You know why he cares. He cares because he knows that
24   those three men committed crimes with him. He knows that those
25   men know what he's done. The gang depends on its members

1  staying silent so that they don't end up like the defendant.
2  The defendant knows that Raymito, P-Mula, and Lefty broke the
3  code. He knows what's going to happen to him as a result, and
4  he wants the rest of the gang to know it, too. Ito didn't
5  snitch, and Ito became a Big 200. Raymito, P-Mula and Lefty
6  snitched, and you see how the gang talk about them now.
7        So we have talked about what it meant to be a 200, how
8  you got into the 200, the leadership structure of the 200,
9  where the 200 operated, the signs the 200 used to identify
10 themselves, and the code the 200 followed. Now none those
11 things are required for a gang to be considered an enterprise,
12 but they are all ways that you know that this gang was an
13 enterprise.
14        There is also one other thing that defined the 200,
15 and that's their crimes. The 200 were a criminal enterprise.
16 Their members helped one another carry out crimes, all kinds of
17 crimes.
18        We are going to talk about three specific categories
19 of crimes that the 200 committed, robberies, drug dealing, and
20 murders.
21        Let's start with robberies and attempted robberies.
22 Raymito, Lefty and P-Mula told you about the kinds of robberies
23 the 200 committed. They robbed people on the street, men
24 wearing gold chains. They robbed drug dealers. They broke
25 into drug dealers' homes and they sometimes tortured those drug

1  dealers until they gave up the location of the drugs or the
2  money. Raymito and Lefty both admitted that some of the
3  robberies they did with the 200 involved using hot irons or
4  holding someone down in water until they gave up the
5  information. In some of these robberies they held victims up
6  at gunpoint. You heard how the 200 would work together to
7  identify potential victims, how they would then team up to get
8  guns, make a plan, and rob the victims. Raymito told you that
9  he personally committed at least 20 robberies with the 200.
10       Then there is the drug dealing. Again, Raymito,
11 Lefty, and P-Mula all told you about the 200 working together
12 to distribute drugs. Sometimes this drug dealing overlapped
13 with the robberies, like when they robbed drug dealers. They
14 would then give those drugs to other 200s who sold those drugs
15 on the street. Sometimes they got the drugs by going into a
16 pharmacy after hours with a crowbar and stealing drugs like
17 Percocet. Sometimes they would get those drugs through a
18 practice they called breaking. That was the practice where
19 they would pretend to sell a large quantity of drugs, but it
20 would really be just a little bit of real drugs and the rest
21 was fake. Or they would pretend to buy drugs but the money was
22 fake counterfeit money.
23       You heard how the 200s operated drug spots around
24 Dyckman, like the one in front of 5420 Arden. Raymito told you
25 how the 200s would work together in shifts, how they would

1  refer customers to one another. He told you how they pooled
2  their money that they would make selling drugs to buy even more
3  drugs or to buy guns. and he told you how the 200s kept guns
4  around when they were selling drugs just in case rivals came
5  and tried to rob them. You heard that the 200 sold nearly
6  every drug imaginable—heroin, crack, cocaine, marijuana,
7  oxycodone, and others.
8        Finally, the 200 also worked together to commit
9  violence against rivals, including trying to shoot and kill
10 those rivals. Raymito estimated that the 200 attacked their
11 rivals four or five times every month. Some of those attacks
12 were shootings, where the 200 fired directly at their enemies.
13 Raymito told you about one shooting where he and Milton got in
14 a black Mustang and did a drive-by shooting at their enemies in
15 6-Block. He also told you about the shooting that the defendant
16 did, where the defendant went to a cookout 6-Block was throwing
17 in 200 territory and sprayed bullets all over the place.
18 That's a shooting we are going to talk about more in a minute.
19       And of course, as you all know too well from this
20 case, some of the shootings were more than an attempted murder.
21 In at least one of those shootings someone was actually killed.
22 There is no question the 200 were a criminal enterprise
23 committing some of the most serious crimes imaginable.
24       Now let's turn to the defendant and his role in the
25 gang. You have seen that the defendant was in the 200 and you

1  have seen that his role was to commit violence and to be a
2  shooter.
3        Let's look at some more of his social media. P-Mula
4  told you how the defendant liked to carry a razor blade in his
5  mouth. The defendant was so proud of doing that that he
6  actually posted a video of it online. Here is that video,
7  Government Exhibit 317B. Let's play it.
8        (Video played).
9        MR. HOBSON:  He showed the razor, then he made a gun
10 sign with his hand. Watching that video, you know the
11 defendant wants to know -- wants people to know that he is
12 someone to be feared.
13       That's not the only video the defendant posts bragging
14 about his violence. Look at this rap video. He posted it with
15 the caption "whole lot of gang shit." Listen to the words they
16 use to describe the gang's crimes. "Banga, he run up on you,
17 snatch your chain, snatch your drugs." The defendant nods
18 along as they are saying those lines. He holds his hand out
19 like a gun. He pretends to pull the trigger. He is admitting
20 to robbing people. He is admitting to being violent. Here is
21 the video.
22       (Video played)
23       MR. HOBSON:  Actually holding drugs in his hands it
24 looks like.
25       "Snatch your chain. Snatch your drugs. Banga's going

1  to run up on you," and you know that that's exactly what the
2  defendant did.
3      Here is another picture he posts. Look at the caption
4  he posted with this picture. "I was up on da block with a
5  Glock in my hand." You heard that a Glock is a type of gun.
6  This is the defendant admitting that he held guns for the gang
7  on the block.
8      His signature move is to point his fingers at the
9  camera like he is holding a gun. Here are just a few of the
10 examples. Here are examples from the video we just watched.
11 He wants everyone to know he is the guy who shoots. Look at
12 the defendant -- the defendant's nickname, Banga. Look at his
13 Instagram account. The Bang Man. Raymito told you why he
14 called himself that, because he had a reputation for playing
15 with guns. Banga is the bang of a gun.
16     Raymito told you why it was important to know who the
17 shooters were in the 200. The gang was committing a lot of
18 violence. They had a lot of enemies. You needed to know who
19 to go to if you needed a gun. You needed to know who to call
20 if you needed help attacking a rival or doing a robbery.
21 Raymito told you. "If something happened and we needed
22 somebody shot, we relied upon him." The defendant. They
23 relied on him because "he wasn't scared to shoot a gun."
24 Raymito had seen the defendant with all sorts of guns, a .380,
25 .38, 9 millimeter. The defendant always had a gun either at

1  his house or on his person. He said he saw the
2      Lefty told you the same thing. He said he saw the
3  defendant with a gun almost every time he saw him.
4      P-Mula, too. Banga was known for being tougher than
5  the others, for carrying guns, for not playing. He had this
6  respect and, like, basically if you crossed the line, he would
7  do something to you.
8      All three witnesses told you that everyone in the 200
9  knew the defendant was a shooter, that he had guns, and that he
10 could be counted on to do violence. Raymito, Lefty, and P-Mula
11 all told you about times that the defendant either gave them a
12 gun for a robbery or brought a gun to a robbery. These three
13 members of the conspiracy knew that every other member of the
14 200 knew: If you needed a gun, you went to Banga.
15     You have even seen one of his guns. Here it is. It's
16 in evidence. Government Exhibit 604. The defendant stipulated
17 that on September 11, 2015, the defendant was arrested in the
18 Dyckman neighborhood riding in a car where police recovered
19 this loaded 9 millimeter firearm from right near where this
20 defendant had been sitting. Remember, a 9 millimeter, that's
21 one of the guns Raymito had seen him with.
22     After that arrest, the defendant pled guilty to
23 attempted possession of a weapon. Part of why you know that
24 the defendant carried guns for the 200, just like the
25 cooperators said he did, was that in 2015, he was arrested with

1  this loaded gun in 200 territory.
2      Now, the defendant is charged with agreeing to
3  participate in the 200 enterprise. I expect Judge Stein will
4  tell you that to be guilty of Count One, the defendant didn't
5  have to personally carry out a single robbery or a single drug
6  deal or a single attempted murder. It is enough if he agreed
7  that others in the gang would commit at least two of those
8  crimes. But here you know that the defendant didn't just
9  provide guns for other members of the 200. The defendant
10 actually used those guns himself. The defendant didn't just
11 agree that others in the 200 were committing crimes. He
12 actually committed crimes himself.
13     Let's start with the robberies. You heard about
14 five robberies or attempted robberies that the defendant
15 committed. No less than five separate incidents. These were
16 crazy and dangerous robberies.
17     There is the time he saw a man in a car stopped at a
18 red light and the defendant pulled out a gun, pointed it at the
19 driver and stole the man's Rolex watch while the man was
20 stopped at a traffic light. That is truly terrifying.
21     There is the time Raymito and P-Mula wanted to rob a
22 guy's chain, so they set the guy up on a fake date, then the
23 defendant pulled a gun on him.
24     There is the time P-Mula and the defendant waited
25 outside a man's building with a gun trying to catch him and rob

1  him.
2      There is the time Raymito and the defendant hunted
3  down a party promoter in their car all through Manhattan before
4  losing that man in traffic. The defendant brought a gun to
5  that robbery, too.
6      And there is the time that the defendant was in Miami.
7  He didn't have a gun with him, but he had a scalpel with him,
8  and he used that scalpel to beat up a gang rival and steal that
9  rival's Porsche. He did that robbery while another gang member
10 held up a cell phone and filmed it on FaceTime so Raymito could
11 watch it happening. Those are the five robberies that the
12 defendant personally participated in.
13     Then there is the drug dealing. You heard the one way
14 the 200 dealt drugs was by breaking, where they would sell fake
15 drugs or buy real drugs with fake money. You heard about at
16 least one time when the defendant broke. The defendant called
17 P-Mula, said he had a guy in Brooklyn who wanted to buy
18 marijuana, so the defendant and P-Mula got five or six pounds
19 of rabbit chow, passed it off as marijuana and sold it for over
20 $10,000.
21     You also heard about how important the defendant's
22 guns were for protecting the gang's drug operation on Dyckman.
23 Raymito told you how important it was for 200 to have guns
24 nearby when they were selling drugs. They needed those guns to
25 protect the drugs in case rival gang members showed up. This

Case 1:18-cr-00319-SHS   Document 544   Filed 05/20/22   Page 20 of 175

1    means that the defendant's guns that he was out there carrying
2    were crucial to keeping that drug business going.
3            Finally, murders and attempted murders.  We will of
4    course talk about the murder of Orlando Rivera in a minute , but
5    that's not the only one of the defendant's shootings that you
6    heard about.  There is also the time that the defendant shot up
7    the 6-Block cookout.  Raymito told you about the summer day in
8    about 2017 when 6-Block, the rival gang, made the mistake of
9    having a cookout in 200 territory.  They held that cookout in
10   the schoolyard outside Public School 5, which was a public
11   school near Dyckman Street.
12           Once the rivals had been spotted, the 200 sprung into
13   action.  It was the defendant and BY, they took their guns down
14   to the playground and they opened fire.  It made sense that it
15   was the defendant and BY.  They were the two main shooters in
16   the gang.  It was their job to do shootings like this.  They
17   let off about 17 or 18 shots then came running back up the
18   street breathless, reporting their work to the gang leader
19   Raymito.
20           The defendant personally reported to Raymito that he
21   had "lit it up."  They all then listened to the news and found
22   out that no one was hit.  When they found that out, they made
23   fun of each other for missing.  That is because they hadn't
24   intended to miss.  They had intended to hit their target.  They
25   had intended to kill a rival.  It's hard to intend anything

1    else when you fire 18 shots.
2            By now it is clear.  The 200 was a criminal
3    enterprise.  Remember, an enterprise just needs to be a group
4    of people who come together for the common purpose of
5    committing crimes.  But here you have seen so much more about
6    the 200 enterprise.  It had leaders.  It had a code.  Don't
7    snitch.  It had ways to identify who was a member and who
8    wasn't a member, the secret handshakes, the hand signs.  It had
9    membership requirements and it had expectations of its members.
10   If you didn't meet those expectations, you were kicked out of
11   the gang.
12           Also, the 200 worked together to commit serious,
13   dangerous crimes.  They worked together to sell drugs, heroin,
14   crack, cocaine, marijuana, Percocet.
15           They worked together to commit robberies, sometimes
16   brutal, violent robberies.  They worked together to commit
17   violence against their rivals, even to the point of trying to
18   kill members of those other gangs.  And the defendant
19   participated in all of those crimes.
20           That's Count One.  The defendant agreed with others to
21   be part of a criminal enterprise known as the 200.  Guilty.
22           You will also notice that I have hardly said a word so
23   far about the murder of Orlando Rivera.  That's because you
24   don't need it for Count One.  The defendant is guilty of being
25   part of the racketeering conspiracy whether he participated in

1    Orlando's murder or not.  But of course by now you know the
2    defendant did take part in Orlando's murder and that he did it
3    in furtherance of his membership in the 200 and that his
4    reputation as a shooter, his reputation as a killer grew even
5    stronger as a result.  So let's turn to that murder now.
6            You know by now that on October 2, 2014, at about 6:30
7    p.m., three people were shot.  They were shot standing in front
8    of a bodega on Saint Nicholas Avenue, right where
9    Saint Nicholas meets 193rd Street.  You know why that location
10   matters?  193 was one of the 200's main rivals, and 193 was
11   based on 193rd Street.  It's right by the hill that was the
12   boundary between 200's territory and OED's ter ritory.  You have
13   heard the 9-1-1 calls from panicked people on the street.  You
14   have seen the video.  You have seen the shell casings and
15   bullet fragments that were found all over the scene, at least
16   15 shell casings and bullet fragments.  There they are at the
17   crime scene.
18           Here are the actual pieces of evidence, Government
19   Exhibit 601.  Detective LaCova told you that he examined this
20   ammunition, that in his expert opinion the ammunition on the
21   ground came from two different guns.  That probably doesn't
22   surprise you because you had already seen the security footage.
23   You already saw that there were two shooters.
24           You have heard from the medical examiner who performed
25   Orlando's autopsy.  He described the path of the bullet, how it

1    entered Orlando's lower back, traveled through his kidney, his
2    liver, his diaphragm, how it broke a rib, punctured a lung, and
3    exited through his upper back.  He told you what he determined
4    to be the cause of death—gunshot wound to the torso.  And he
5    told you that the wounds were consistent with Orlando being
6    shot in the back while being hunched over, trying to protect
7    himself, just like you saw in the video.
8            You also know by now who the two shooters were — Marcos
9    Espinal, also known as Ito, and the defendant, Banga.
10           Let's talk about all the ways you know that the
11   defendant was one of the shooters.
12           Now, we talked earlier about the defendant's Instagram
13   chats where he tells someone that the only evidence against him
14   is the words of cooperating witness.  Here he is.  He is
15   saying:  They don't have nothing on me.  They only got them
16   three cooperators saying that I was a shooter.
17           Now, it's true, the testimony of those three
18   cooperators is powerful, powerful evidence, but it's far from
19   the only evidence.  In fact, you do not need the cooperators to
20   know that the defendant shot at Orlando Rivera.  So I'm going
21   to save the cooperators for last.
22           Instead, let's start with the security camera footage
23   of the murder.  Let's watch Government Exhibit 912A.  This is
24   the compilation video that Mr. Piazza made.  All of the
25   underlying footage is in evidence, too.  You can watch as much

Case 1:18-cr-00319-SHS    Document 544    Filed 05/20/22    Page 21 of 175

1  of it as you want, but Government Exhibit 912A, this is the one
2  that pieces together all of the different camera views in
3  order.
4      I am going to play it through it now. I'm going to
5  point out some things to pay attention to. Then we are going
6  to go back and we are going to break it down piece by piece in
7  a little more detail. So let's start.
8      (Video played)
9      MR. HOBSON: This is shortly before the murder.
10      And look right there. You see that burgundy van
11  arrive at the scene.
12      About 35 seconds pass. Now you see four men start to
13  walk towards the corner, that one there, wearing those bright
14  orange shoes and gray hoodie, another one in blue, and this man
15  here circled with multicolored pants and a white sweatshirt
16  pulled over his head. Here's the fourth man. He is carrying
17  what looks to be either a bat or a lead pipe. You see him drop
18  that up the street.
19      Now, up here, here is the shooting in the distance
20  here. Zoom in on it. Shooting. Bang, bang, bang. They run
21  away.
22      Look right there. Second shooter with a gun in his
23  hand.
24      Here is another angle. There is Orlando standing
25  there in the striped shirt with a group of people. Shot. He

1  is hit. He runs. He falls. Zoom in on the shooters. You can
2  see there are two. You can see the muzzle flash. You can see
3  they are jumping up and down as they shoot. Then some time
4  passes. It is just a few minutes according to the time stamps
5  here.
6      And then we go to a commercial parking lot that is
7  just about a mile away. A couple minutes later, that red van
8  pulled into the commercial lot. There is a shot from deeper in
9  the lot that allows us to see the people getting out of the
10  van.
11      You have a few different views of this. It's the man
12  in blue, the man with two-tone sweater and, look, circled
13  there, there are those multicolored pant. Now he's changed
14  into a red top, but you can see he still has that white hooded
15  sweatshirt in his hands. You are going to see him put it over
16  his shoulder.
17      This is a view from deeper in the parking lot. See
18  the men all getting out there. You have got to look closely,
19  but you can still see there is a man who has put on the red top
20  now. There they are, briefly going back to the van. Here is
21  our man, the multicolored pants holding that white sweatshirt.
22      Now we are going to get a different view of them, try
23  to make out their faces, some of their features. Here they are
24  leaving. See the white sweatshirt draped over his shoulder.
25  There they are again. You also notice that now you can see the

1  hair of that second man. You can see that it is long, in
2  braids or dreads, and it's kind of pulled back into a bun. We
3  are going to see a few different shots of this. And it is that
4  man in the multicolored pants that we really want to focus on.
5  Let's see if we can get a different view there.
6      This is from further down the street. So now you are
7  going to be looking face on to the men as they walk down.
8  Let's look at the man in the multicolored pants, sweatshirt
9  over his shoulder, long hair or braids. Here he is from the
10  back. You see those multicolored pants, the white sweatshirt,
11  the hair. Still with those other men that you saw at the scene
12  of the shooting.
13      Okay. That's the compilation video, but I told you we
14  would break it down into some specific shots, so let's do that
15  now.
16      First, let's compare the men on the street to the men
17  who get out of the van. Because as much as the shooters try to
18  hide from the security cameras by wearing hooded sweatshirts,
19  they still can't escape their distinctive clothing. We are
20  going to take a side-by-side look at each of the four men.
21  Let's start with the shooter who was wearing those bright
22  orange sneakers. They are almost glowing. He is wearing those
23  same sneakers in the parking lot, the parking lot picture is on
24  the right. The scene of the shooting is on the left. It's
25  those same orange sneakers, same gray hoodie, the same ripped

1  jeans. Look closely. They are ripped in a very specific way
2  there, almost sliced open. Now , you know that's Ito. You know
3  that because you saw that the police searched Ito's apartment
4  and they found orange shoes just like that.
5      Then we have the man who brought that bat or the lead
6  pipe, and both of these shots, the left is the murder scene,
7  the right is the parking lot, both of these shots, he is
8  wearing those light khaki pant, he is wearing a hoodie, and he
9  is wearing that two-toned vest. It looks almost like it is a
10  sweater on top.
11      Then we have the third man with blue jeans and a
12  bluish gray hoodie. You see him here in the parking lot as he
13  is changing his clothes. That's the middle picture and the
14  right picture. He is taking off the hoodie and he is putting
15  on a vest instead. The left picture, that's him at the
16  shooting when he is still wearing the hoodie.
17      And finally we have got the second shooter. There he
18  is, running away next to the man in the orange shoes, still
19  with the gun in his hand. You can see the gun in all three
20  shots there.
21      Now, at the scene of the shooting, on the left, he is
22  wearing a white hooded sweatshirt. In the parking lot, he
23  switched the white sweatshirt for a red top , but he still has a
24  sweatshirt right there over his shoulder. You see the same
25  gray sneakers and, most importantly, you see those multicolored

M5a2Pab3      Summation - Mr. Hobson

1  pants.  You know that the second shooter is the man in the
2  multicolored pants.
3      And let's just focus a minute on those pants.  Here is
4  one of the clearest shots, Government Exhibit 912U.  They are
5  almost camouflage.  Those are extremely unique pants.  But this
6  isn't the only place you have seen pants like that in this
7  trial.  You have seen pants like that somewhere else, too.
8  Look at Government Exhibit 311.  This is a picture that the
9  defendant posted on his Instagram account about two months
10  after the murder.  Look at the defendant.  Look at those pants.
11  Look at the greenish and white spots.  Look at them side by
12  side.  Two months later, you can see those are the very same
13  pants.
14      But that's not all.  There is another way you know the
15  shooter in the video is the defendant.  Look at his face.
16  Look at his hair.  Here is a close-up.  Government Exhibit
17  912S.  This is the same man we tracked all the way from the
18  shooting.  This is probably the clearest shot of his face.  You
19  will notice a few things about him.  You see he has a prominent
20  forehead, almost with a bulge.  You see he has a sharp jaw
21  line.  You see there is a faint line of facial hair along the
22  jaw line.  And you see his hair.  It's long, down to the
23  shoulders.  It's pulled back at the top and it's in dreads or
24  braids.
25      Let's talk about those more closely.  Let's really

1  examine this evidence.
2      First, the forehead.  The close-up security footage
3  shows that the shooter has a bulging forehead.  There is almost
4  a ridge there.  You can see how the light hits it.  It is
5  shadow underneath.  Look at these pictures of the defendant.
6  Look at the defendant.  He is sitting right in front of you .
7  This is the same man.  His forehead juts out in a bulge, just
8  like in the security camera.
9      Second, look at the jaw line.  You can see that the
10  shooter has a sharp jaw line and a pointed chin.  It looks like
11  a little bit of a beard at the very end.  Compare it to the
12  picture of the defendant in Government Exhibit 308.  It's the
13  same jaw line.
14      And then there is the hair.  Long braids or dreads
15  down to the shoulder pulled back in a bun.  Now look at
16  Government Exhibit 303.  This is a post from the defendant's
17  Instagram.  The picture was taken on October 18, 2014.  That's
18  just two weeks after the murder.  Look at the hair.  It's the
19  same hair.  It's even pulled back at the top in the same way.
20  It's the same length down to the shoulders.  The angle of this
21  picture isn't a side angle like the security camera shot, but
22  still you see that prominent forehead here, you can see the jaw
23  line, you can see the line of facial hair along the jaw.  It's
24  the same man.
25      That hair is damning evidence.  Even the defendant was

M5a2Pab3      Summation - Mr. Hobson

1  scared his hair was going to give him away, so what did the
2  defendant do?  He cut his hair.  Every witness told you the
3  same thing.
4      Lefty told you how a few weeks after the defendant
5  told him about the murder, he saw the defendant again and the
6  defendant had shaved his dreads.
7      P-Mula told you how, in 2014, the defendant always had
8  dreads, but then later he shaved them.
9      Raymito told you that the defendant expressly told him
10  that the reason he shaved his head was because of the murder,
11  and you know that's true from social media.  Here's the
12  defendant's post from October 2014, Government Exhibit 303, and
13  here's the defendant's post from November 2014, a month later,
14  Government Exhibit 305.
15      You know why the defendant cut his hair.  He cut his
16  hair because when he shot at Orlando, he had distinctive long
17  hair and he didn't want to get caught.  But you have seen the
18  old pictures from his Instagram.  You have looked at them side
19  by side with the security footage.  You know it is the same
20  person.
21      But there is more.  It's not just the video.  There is
22  another way you know the defendant was the shooter.  You know
23  it because the defendant dropped his cell phone at the scene of
24  the crime.  Remember that cell phone that was found at the
25  scene of the shooting.  There it is, right in the middle of all

M5a2Pab3      Summation - Mr. Hobson

1  the shell casings, the one marked number one.  The police found
2  it in the middle of the street near where you saw the shooter
3  standing in the video.  The battery had fallen out.  Think
4  about what that shows you.  One of the shooters must have
5  dropped it while he was jumping up and down, firing shot after
6  shot and then running away.  The battery popped right out when
7  it hit the pavement.
8      That phone was searched.  You have the contact list.
9  Government Exhibit 101.  You see some names there that you will
10  recognize.  Milton 200, Moe, Necio, Tito, these are all names
11  of 200s that you have seen in pictures with the defendant.
12  That tells you that the person who dropped this phone at the
13  scene of the shooting was a 200.
14      But there is more.  There was another cell phone that
15  was found in the van.  That phone was also searched.  You have
16  that contact list.  Government Exhibit 102.  Look at some of
17  the names in there.  Jerry200, Beezy200, Tito, Necio, members
18  of the 200.
19      Then look at the summary chart Government Exhibit 801.
20  This chart just summarizes some of the data that is there in
21  Government Exhibits 101 and 102.  These numbers in 801, they
22  are all the common contacts between the phone on the street and
23  the phone in the van.  Look at all the numbers that appear in
24  both phones.  Look how many have 200 in their name.  This tells
25  you that the men you see on video doing the shooting are the

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 23 of 175

1 same men you see get out of the van. This tells you that those

2 men were part of the 200s.

3  But it tells you even more than that. Because there

4 is a name in the van phone's contact list that isn't in the

5 street phone's contact list. That's the defendant's name.

6 Banga.

7  And what's listed as Banga's number? 917-557-7673.

8 What's the number for the phone that was found on the street,

9 the phone that one of those shooters dropped as he ran away?

10 917-557-7673. The phone on the street was Banga's. The phone

11 that was dropped at the crime scene was the defendant's phone.

12 This is damning evidence. It shows that the defendant was

13 standing right there firing the gun, spewing out those shell

14 casings that covered the ground. It shows that the defendant

15 was the second shooter. The hard evidence leaves no reasonable

16 doubt. The defendant is right there on the video with his

17 hair, his face, his pants, and then he drops his phone at the

18 scene.

19  (Continued on next page)

---

1  MR. HOBSON: This is overwhelming evidence, and it's

2 before you even before you get to anything that the cooperators

3 have said. You know from the hard evidence that the defendant

4 was one of the shooters.

5  But now let's turn to the cooperators and all the

6 times the defendant admitted that he was part of the murder.

7 You heard from multiple witnesses that the defendant was proud

8 of this murder. He bragged about being one of the shooters.

9 He admitted that he shot the rivals that day. He admitted that

10 he killed an innocent man.

11  And let's just step back. These three cooperators

12 have no idea about the defendant's phones. They haven't seen

13 that blown-up picture of his face. They don't know that he

14 dropped his phone at the scene. All of that is important

15 corroboration that they're telling you the truth.

16  Let's start with Lefty. Lefty told you how in 2014 he

17 was on the streets, committing crimes with the defendant and

18 committing crimes with the 200. One day he was with a group of

19 200s right in front of their headquarters at the 5420 building.

20 The defendant was there, and the defendant was telling everyone

21 about the murder. Here's what the defendant was saying that

22 day.

23  Lefty said: I remember Banga saying that his gun was

24 the one that killed the person. Lefty told you how the

25 defendant was acting when he talked about the murder. Lefty

---

1 said, "He was feeling himself." He was a little bit hyped

2 about it. "Everybody was respecting him, so he was

3 feeling good about it." You know why the defendant was

4 excited, because violence is a way to get respect in the 200,

5 and the defendant had just proven to everyone that he was a

6 killer.

7  Lefty told you how after the murder the defendant had

8 more respect because people knew he was a shooter.

9  You also know that the conversation that Lefty the

10 had with Lefty had to have been just days after the shooting.

11 You know that because Lefty remembered that the defendant still

12 had his long hair. About a week later, Lefty saw the defendant

13 again but with short hair. He asked why the defendant cut his

14 hair, and the defendant said he did it because of the incident,

15 so nobody could recognize him.

16  Now, you heard that when the defendant told Lefty

17 about the murder, he emphasized that it was his gun, the

18 defendant's gun, that killed Orlando. That seems to have been

19 important to the defendant.

20  Now, I'm going to talk about the law in a little bit,

21 but when I do, you'll see that the defendant is guilty of Count

22 Two whether or not his bullet is the one that killed Orlando,

23 because he's charged with aiding and abetting that murder.

24 You'll hear that aiding and abetting basically means the

25 defendant assisted someone else to commit the murder, and you

---

1 know that whether or not the bullet that killed Orlando was fired by

2 the defendant or fired by Ito, they were both assisting one

3 another in that murder. They both deliberately fired in the

4 same direction. They both went there to the scene together,

5 armed. Gunfire from two guns was twice as likely to hit their

6 intended target, to provide cover for one another in case the

7 enemies returned fire and to help each other get away. They're

8 both guilty regardless of whose bullet killed Orlando, but at

9 the same time, the defendant certainly believed that it

10 mattered who fired the kill shot, and the defendant wanted

11 everyone to know it was him. It was important to his

12 reputation in the gang. Just a short time after the murder,

13 there he is with Lefty giving all the details and letting

14 everyone know he was a killer.

15  Lefty, of course, is not the only one who heard the

16 defendant admit to the murder. Let's look now at what Raymito

17 told you. Remember, Raymito was still in jail in 2014, but he

18 was getting regular updates about the 200s, and one day in

19 2014, his cofounder, Milton, called him up. Milton said that

20 the rivals on 193 had jumped him but that the 200 had, quote,

21 evened the score. Raymito asked him how did they even the

22 score, but Milton didn't want to give details over the phone.

23 That's when Raymito knew it was something serious.

24  The day Raymito got out of jail, Milton picked him up,

25 and then Milton gave him the full story. Milton told Raymito

1   that Ito and Banga had gone to 193 territory to shoot at the
2   rivals. They both shot, and Banga's bullet struck an innocent
3   bystander and killed him. It's exactly the same thing Banga
4   told Lefty. Milton also said that it was Ito that got arrested
5   and that, so far, Ito had refused to tell the police who else
6   was involved.
7           A little later, Raymito spoke directly to the
8   defendant. Raymito said to him, I hear Ito's holding it down
9   for you, meaning Ito isn't cooperating against the defendant.
10          The defendant said yeah, but we don't talk about that.
11  Why don't they talk about it? Raymito told you why. At that
12  point, Ito hadn't pled guilty yet. There was still a chance
13  Ito might cooperate. But then Ito did plead guilty, and
14  Raymito told you how at that point the defendant gave him all
15  the details. You'll hear what he said. The defendant told
16  Raymito that they were shooting at some OED guys, and the
17  victim happened to get hit. The defendant told Raymito that he
18  felt kind of bad for Ito because it wasn't Ito's bullet that
19  initially killed the guy; it was his. It was the defendant's
20  bullet.
21          Again, you see the defendant wanting others in the
22  gang to know he's a killer. It's the very same version of the
23  story over and over.
24          And it wasn't just the defendant who talked about the
25  murder. Other people in the 200 talked about the murder too.

1   Other 200s who had actually watched the shooting. We've
2   already talked about what Milton said about the murder, but
3   there were also four other members of the 200 who went to 193
4   territory to watch the shooting, and each of them told Raymito
5   what they'd seen: True, Moe, Necio, and Mapes. There they
6   are. Each of those members of the 200 told Raymito that they
7   went to 193 for the express purpose of watching the shooting.
8           Think about what that means. That meant that they
9   knew ahead of time what was going to happen. That shows you
10  that this shooting was a planned gang attack. Each of those
11  witnesses also told Raymito what they saw that day. They saw
12  both the defendant and Ito shoot, and from what they saw, they
13  thought it was the defendant whose bullet killed Orlando.
14          You also heard about the murder from a third witness.
15  That's P-Mula. P-Mula got all the details directly from
16  Milton, the leader of the gang. Milton said that he himself
17  had been part of the group that did the shooting. He said that
18  Banga and Ito both fired. He said that Banga's bullet hit an
19  innocent man and killed him.
20          Everyone in the 200 knew what happened. Ito and Banga
21  went into enemy territory to shoot their rivals, and they
22  killed an innocent man. Their reputations were made off the
23  shooting. Ito became a Big 200. "Free Ito" became a hashtag
24  in the gang. And Banga solidified his reputation as the bang
25  man. Raymito told you why -- because of shootings like this.

1           Everyone in the 200 knew that the defendant
2   participated in the murder, and now you know it too. Let's
3   just review some of the ways you know that he was one of the
4   shooters.
5           The shooter was wearing the same pants the defendant
6   was wearing. The shooter and the defendant have the same
7   forehead. The shooter in the video has the defendant's
8   jawline; has the defendant's hair. The defendant cut his hair
9   right after the murder. That shows that he was worried about
10  incriminating video. He knew there might be incriminating
11  video because he knew that he did it.
12          The defendant's cell phone was at the murder scene,
13  right there, where the shooters had been standing while they
14  were shooting. The other shooter, Ito, was in the same gang as
15  the defendant. The defendant told Lefty he committed the
16  murder. The defendant told Raymito that he committed the
17  murder.
18          Milton told Raymito that the defendant committed the
19  murder. Milton's the leader of the gang. It's Milton's job to
20  know who's doing what in the gang. Milton told P-Mula the
21  defendant committed the murder. Four other members of the gang
22  told Raymito that the defendant committed the murder. There
23  can be no reasonable doubt the defendant was one of the
24  shooters. That's Count Two. Guilty.
25          That's the evidence.

1           Now let me turn briefly to the law. As I've said, I
2   expect Judge Stein to explain the law on each of the two counts
3   in more detail. If anything I say is different from what Judge
4   Stein says, anything he says controls, but I want to
5   briefly highlight a few things I expect you'll hear about.
6           Let's start with Count One, which charges the
7   defendant with racketeering conspiracy.
8           At its core, this count charges the defendant with
9   agreeing with at least one other person to participate in the
10  conduct of an enterprise called the 200, which affected
11  interstate commerce through a pattern of racketeering activity.
12          We've already discussed how the 200 is an enterprise;
13  how it sold drugs that moved in interstate commerce; how it
14  broke into businesses that engaged in commerce. We've also
15  discussed how the 200 engaged in four types of racketeering
16  activity: Acts involving murder, which includes not just
17  actual murders but attempted murders; acts involving robbery
18  under New York law, which includes attempted robberies; acts
19  involving robbery under federal law, which here, basically
20  means robbing drug dealers, and it also includes attempted
21  robberies; and four, drug dealing.
22          One thing to keep in mind is that you don't have to
23  find that the defendant himself committed any racketeering
24  acts. It's enough that he knew and intended that someone else
25  in the gang would commit at least two racketeering acts.

1    There's no question that the defendant agreed to participate in
2    an enterprise, the 200, that committed these sorts of crimes.
3        If you find the defendant guilty of Count One, you'll
4    see that the verdict form that you have to fill out asks you what
5    types of racketeering crimes were involved in the offense.
6    These are those types of racketeering crimes.  And you don't
7    have to find any specific incidents or who in the gang carried
8    them out, just the general category of crime that you find the
9    200 committed.  There will be a box to check for acts involving
10    murder, acts involving state robbery, acts involving federal
11    robbery, and drug dealing.  You should check each type of
12    racketeering crime that's been proven.
13        There will also be a box for you to check under Count
14    One if you find that the racketeering activity agreed to by the
15    defendant included the murder of Orlando Rivera.  Again, you do
16    not have to find that the defendant participated in that murder
17    to find the defendant guilty of Count One itself, but if you do
18    find the defendant guilty of Count One and you do find that the
19    racketeering activity he agreed to included the murder, you
20    should check that box too.
21        Then we get to Count Two -- murder in aid of
22    racketeering.  This means that the defendant murdered Orlando
23    Rivera, or aided and abetted another person doing so, at least
24    in part, for the purpose of increasing or maintaining his
25    position in the 200.

1        Now, I told you earlier that I was going to talk about
2    why it doesn't matter whether it was the defendant's bullet or
3    Ito's bullet that killed Orlando.  I expect that Judge Stein
4    will instruct you that the defendant can be convicted if he
5    either committed the crime himself, or if he aided and abetted
6    the commission of the crime by one or more people.  I expect
7    him to tell you that it's not necessary for the government to
8    show that the defendant himself physically committed the crime
9    as long as the defendant assisted another person in committing
10    the crime.  And here, you know that the defendant and Ito were
11    both helping each other commit this crime.
12        They helped each other by planning the shooting.  You
13    know they didn't just happen into 193 territory.  They drove
14    there.  They drove there with guns.  They had a getaway car,
15    that burgundy van, wait nearby.  Fellow gang members showed up
16    to watch it happen.  This murder plan was a thought-out and
17    coordinated attempt to increase the status of the gang, and the
18    defendant was a part of that.
19        The defendant and Ito also helped each other by both
20    firing their guns that day.  Common sense tells you two
21    shooters means double the shots, double the chances of hitting
22    your target.  Two shooters also helps protect one another.  If
23    the enemies return fire, you can cover your partner, help get
24    away.
25        You heard how the defendant seemed to think it

1    mattered who fired the fatal bullet, but it doesn't matter.  It
2    doesn't matter because Ito and the defendant both did that
3    shooting.  They planned it together.  They carried it out
4    together.  They're both guilty.
5        I'm about to sit down now.  Before I do, I want to
6    thank you for your time and attention.  This hasn't been a long
7    trial, but it has been an important trial.  Every one of the
8    defendant's victims is important.  The men he attempted to rob
9    at gunpoint are important.  The people at the schoolyard
10    cookout that the defendant shot up, they're important.  The
11    residents of Dyckman Street, who were terrorized by the 200s,
12    are important.  The two people who were hit in the October 2014
13    shooting but survived their injuries are important.  But I want
14    to spend my remaining time focusing on Orlando.
15        Orlando Rivera got caught in the middle of senseless
16    gang violence, and he was running for his life when a bullet
17    hit him in the back, killing him.  That shooting was almost
18    eight years ago.  The defendant thought he got away with it.
19    He thought he was safe after he cut off his long hair.  He
20    thought he was safe after Ito followed the code and didn't
21    snitch.  And then, once the defendant thought that he'd gotten
22    away with murder, he doubled down on the gang.  He doubled down
23    on the 200.  He rose in power.  He committed more violence, and
24    he bragged about it, in person and online.
25        What the defendant didn't count on was that one day

1    he'd be sitting in front of you and that you'd see all the
2    evidence of his crimes, laid out clearly, piece by piece --
3    evidence like the camera footage or the picture of his pants or
4    the pictures of his hair or his phone that he dropped at the
5    scene -- and that someone would finally hold him accountable,
6    because the defendant is guilty.
7        THE COURT:  All right.  Thank you, Mr. Hobson.
8        Ladies and gentlemen, it's ten to one.  Let's break
9    for lunch.  Enjoy your lunch.  Be back by two.  All right?  2
10    p.m. here in the jury room for 23B.  2 p.m.  Enjoy the lunch.
11    When you come back, we'll hear the closing argument of the
12    defense.
13        (Jury not present)
14        THE COURT:  2 p.m., please.
15        Mr. Schneider, how long is the estimate?
16        MR. SCHNEIDER:  I don't know, but I hope not longer
17    than Mr. Hobson.
18        THE COURT:  All right.
19        MR. SCHNEIDER:  That's my plan.
20        THE COURT:  2 p.m.  Thank you.
21        (Luncheon recess)
22
23
24
25

Case 1:18-cr-00319-SHS   Document 544   Filed 05/20/22   Page 26 of 175

**AFTERNOON SESSION**

**2:00 p.m.**

1  THE COURT: All right. Everyone is here. Bring the

2  jury in.

3  Do you have a better estimate, Mr. Schneider?

4  MR. SCHNEIDER: I do not, your Honor. I'm sorry.

5  THE COURT: All right. I really do want to get the

6  closings in today.

7  MR. SCHNEIDER: Oh, the closings should be done.

8  THE COURT: All right.

9  MR. SCHNEIDER: We're actually hoping to get to the

10  charge, if possible.

11  THE COURT: I won't be able to do the entire charge.

12  It's 70-plus pages. But we can get a start on it.

13  MR. SCHNEIDER: That's the hope.

14  (Jury present)

15  THE COURT: Please be seated in the courtroom.

16  All right. Ladies and gentlemen, you have heard the

17  closing argument, the first closing argument, by the

18  government. We now will hear the closing argument by the

19  defense.

20  Mr. Schneider.

21  MR. SCHNEIDER: Thank you, your Honor.

22  Good afternoon.

23  Just because he says he's a murderer doesn't make it

---

1  so. You need more than just what the government tells you.

2  You need evidence. You need reliable evidence. You need more

3  than just an accusation, and you need more than a fancy

4  PowerPoint presentation. And it's important to understand that

5  after we finish -- after the government spoke, I will speak

6  now, and then the government will speak again, after the

7  judge's charge -- you have a right, an obligation, to demand

8  evidence -- reliable, sufficient evidence.

9  Now, this was not a complicated case, honestly. It

10  was not particularly long. The facts are not particularly

11  intricate, but it's very difficult. OK? Not complicated, but

12  very difficult. And it's difficult because, as Ms. Macedonio

13  said during her opening, there was a tragic death here. There

14  was a murder of an innocent young man, and two young people

15  were shot as well. So you have to be able to get past the

16  tragedy of the death. You have to get past the fact that there

17  is a murder and racketeering charge. You have to get past

18  every New Yorker's nightmare -- a street shooting where

19  innocent people get shot and killed.

20  You have to be able to get past the notion that

21  rampant crime in certain neighborhoods some people have to pay.

22  You have to get past the emotional feeling you're going to

23  feel, the sympathy, the gut feeling that you may have when you

24  look over at Christian Pabon. You may say, you know, I think

25  maybe there's something going on there. You have to get past

---

1  that and focus on evidence, because if you look at the evidence

2  and you say to yourself I'm going to follow the judge's

3  instructions when he says the government must prove the case,

4  we think you'll do the right thing here.

5  Now, during some of his presentation, Mr. Hobson held

6  up a bag of bullets. He held up a gun, and he talked about the

7  evidence in the case. Let's look at what the evidence does and

8  does not help you do, because some of the evidence in the case

9  does not help you address the real issue here. And the only

10  issue is whether or not he is a murderer, whether or not the

11  government can prove that he committed murder on October 2,

12  2014, or if he aided and abetted somebody else. Did he

13  participate in this enterprise, this illegal enterprise, and

14  the judge will instruct you what it means, and as part of that

15  enterprise, did he participate or help somebody kill a young

16  man?

17  Now, I have to tell you, I'm concerned. I'm concerned

18  because you have heard significant evidence about how bad this

19  neighborhood was because of some of the guys he was hanging out

20  with. OK? I'm concerned because he was hanging out with the

21  wrong crowd back then. I'm concerned because of his stupid

22  Instagram posts. Not criminal, stupid. OK? Big difference.

23  I'm concerned about his immature Instagram posts that

24  you have to be able to look past and sift through and decide,

25  is that relevant to the ultimate question of whether or not he

---

1  is guilty of a particularly heinous crime? Because if you can

2  get past those gut feelings that you may have, if you can go

3  past and look and say I don't really feel great about what he

4  was involved with back then, which is not evidence -- it's a

5  feeling; if you can get past that, then I'm confident you can

6  do the right thing here and come back with a verdict that says

7  not guilty.

8  He is guilty, though. He is guilty of trying to be a

9  tough guy. Not being a tough guy, but trying to be one. He's

10  guilty of being in a car where there was a gun found next to

11  him. So what did he do? He accepted responsibility for that

12  gun in the car. OK? He accepted it by pleading guilty and

13  taking responsibility for what that gun was doing in the car

14  with two other people.

15  He's guilty of being a gangsta, with an A. All right?

16  Whatever that means in this world now. All right? He's guilty

17  of hanging out with Bloods; with hanging out with SMM, Sex

18  Money Murder; with Trinitarios. In fact, he's guilty of being

19  a Blood. It's not a crime to hang with those people. It's not

20  a crime to be one. It's a crime if you commit a crime in

21  furtherance of those organizations. OK?

22  OK. So that's what he is -- stupid, immature, hanging

23  out with the wrong people, trying to impress. But what is he

24  not? He's not a murderer. He's not an aider and abettor.

25  He's not a member of this 200 Enterprise. And he's not someone

1  who is really -- really involved in the 200 gang during this
2  murder.
3       Don't take my word for it. I'm just his lawyer. What
4  do I know? OK? You need to look at the evidence and look at
5  the witnesses. No matter what Mr. Hobson says, you cannot --
6  you cannot, you must not -- think you can convict him on the
7  words of these three guys who testified. You must believe
8  Castillo and Lopez and Fedor in order to convict him. No
9  matter how many times the government says no, you have to. Let
10  me tell you why.
11       I want you to think back. How many times during his
12  one and a half hour summation did Mr. Hobson say, well, the
13  evidence is clear, Castillo said this; the evidence is clear,
14  Lefty said that? The evidence is so obvious. He moves the
15  deck. So every time he said those words, that means he is
16  relying on those cooperators, and he is now telling you you
17  have to rely on them. And I suggest to you you don't have to,
18  because without them, the other stuff he talked about, the
19  other stuff he presented on that very impressive, professional
20  PowerPoint presentation does not cut it.
21       That's the issue you have to worry about, whether or
22  not he can -- he meaning not him personally but the government
23  can prove it. You know, how many times did he say Raymito said
24  this, Lefty said that? And think about that.
25       Now, the government -- they did a good job of proving

1  beyond any shadow of a doubt that there were two guns used  --
2  again, held up that ballistics evidence; that ballistics expert
3  testified. They proved without any shadow of a doubt three
4  people were shot. Washington Heights is a dangerous place ;
5  that a van was used. And they proved beyond all shadow of a
6  doubt that Milton Chardon is a tattooed guy all full of gang
7  stuff. And they proved without any shadow of a doubt that
8  Marcos Espinal, Ito, was guilty. He pled guilty to this crime
9  in state court, back years ago, after he was arrested just a
10  few days after the murder, when his father's van was
11  confiscated, when DNA connecting Marcos Espinal to the van and
12  the crime was involved. So Marcos Espinal took responsibility.
13  That's what he's guilty of.
14       So let's see. Without the cooperators -- again,
15  putting them aside for a moment , let's see what the government
16  did, what they had, what they presented to you. They presented
17  911 calls, right? Remember that in the very beginning? It
18  corroborated a lot -- that a shooting happened. OK . No one
19  disputes that. They corroborated the fact that people were
20  screaming. There were a number of shootings. It didn't help
21  one second, not one bit to tell you whether or not he was
22  involved in that, did it?
23       They showed you maps. They showed you photographs.
24  They had Instagram posts with texts and photos and videos .
25  They had phones recovered. They had video for the date. They

1  have ballistics and the autopsy. Believe me when I tell you if
2  there was any chance that the ballistics evidence could connect
3  that man to the crime, you would have heard it. Believe me
4  when I tell you if the medical examiner, who's testified
5  hundreds of times, done thousands of autopsies, if there was
6  anything scientifically that they could prove from that autopsy
7  to connect that man to the crime, you would have heard about
8  it. Nothing.
9       In fact, I suggest to you that the ballistics and the
10  medical examiner not only does it not corroborate the
11  cooperators, in fact, it contradicts the cooperators , because
12  the cooperators told you  about certain statements that they say
13  were made by people, saying whose bullet killed . Well, we'll
14  talk about that in a minute.
15       What does the government not have? What did they not
16  present to you that I would think as a juror you would want?
17       Well, there's no fingerprints that were recovered; no
18  cell-site information, where they tell you where a phone call
19  was made or certain area; no phone records to show calls
20  between people, either right before or right after the murder,
21  to show a connection. OK? There's no ballistics, again, that
22  connects him to a particular gun or a particular crime. And
23  significantly, there is no DNA.
24       Blood, sweat, saliva, skin cells, any one of those can
25  present DNA and can be evaluated. And if it's there, it can

1  then show that guy was at a certain location at a certain time
2  and either touched something or didn't touch something. OK?
3       Not one civilian witness testified here; not one
4  victim. There were three victims. One passed and two lived.
5  Two are stable. Nobody testified here, to come in and say I
6  saw that guy that night or I saw him the day before, the day
7  after, anything like that.
8       Property that was recovered from the van that was sent
9  to the lab, nothing in any way connecting that man, Christian,
10  to this crime. Not one piece of DNA of his was found anywhere.
11       Now, it's law enforcement's choice to try to get DNA,
12  to swab a location, to try to get it from him after he was in
13  custody, to try to get it any other way if they had to. So if
14  they choose not to do it, you have a right -- in fact, I
15  suggest that you have an obligation to say to yourselves they
16  should have, they didn't, and that helps me as a juror to
17  decide that there's insufficient evidence here. OK?
18       There's no fingerprints of his anywhere. Now, I
19  suggest if that phone that was recovered was his, you would
20  test that for fingerprints, wouldn't you? Test it for DNA,
21  wouldn't you, the phone that was recovered at the scene?
22       More important, how about the van? He was supposedly
23  in that van. Don't you think he touched the door? Don't you
24  think he touched going in, coming out, anything like that?
25       I specifically asked Det. Gill, by the way, when he

1  looked at the video, did any of those young people look like
2  they were wearing glove?  The answer was no.  And you've seen
3  the video.  Nobody's wearing gloves.  And just today, the
4  government showed you 912M, which is a still from the video.
5  And they had it stopped, and they showed the guy who they say,
6  with the camouflage pants and hoodie, they say is Christian
7  Pabon, the guy with the gun.  If you look at 912M, you can see
8  as that person is running, as that person is running away and
9  going with the gun in his hand, you see him stop and touch a
10 car, as he's going in between the two cars, a flat hand.  That
11 flat hand was perfect if you had checked for fingerprints or
12 DNA.
13          It's in their witness's, their exhibit that they put
14 before you.  There's been no testimony at all that any witness
15 ever identified a photograph of him.  There's no testimony
16 anywhere that any cooperator was ever shown, any victim was
17 ever shown a photograph of him.  There's no testimony that a
18 witness or a victim ever identified him by name, by clothes, by
19 description, by nickname.  Nothing at all.
20          Now, the motive for the murder had been put before you
21 by the government early on.  First, remember, Det. Gill, when
22 he was investigating the case, he was investigating it as a
23 street crime shooting.  This was back in 2014.  And at that
24 time he had no idea what the motive was.  He didn't speak to
25 anybody enough to get a motive.

1          But later on, OK, as these cooperators came forward
2  and as the cooperators testified, it got really interesting,
3  because Castillo testified that the beef was about, that this
4  retaliation was because Milton got jumped.  OK?  Except I found
5  it very interesting that the government, on their direct
6  examination, did not ask Lefty, did not ask P-Mula about the
7  motive.  OK?  Didn't ask them about the motive.  Why?  I tell
8  you why.  Because on cross-examination, Ms. Macedonio asked
9  about what the motive was, and Lefty said he was there at the
10 scene of the dispute.  He had a gun.  The motive was over Moe's
11 girl.
12          Now, Milton getting jumped and Moe's girl are two
13 very, very different motives.  OK?  But I think you should ask
14 yourselves why didn't the government ask their own witness --
15 witnesses -- on direct examination about those ideas or the
16 motives or the inconsistency that arose between that testimony
17 that they knew about, or should have known about.
18          Now, I want to be very clear here.  I'm talking to you
19 about things that have been missing, things that are not here.
20 The government, these prosecutors and the government as a
21 whole, they're not on trial.  OK?  Det. Gill is not on trial.
22 Law enforcement is not on trial.
23          The judge, either later today or tomorrow, is going to
24 tell you that law enforcement is not on trial.  Specific law,
25 investigative techniques are not to be considered by you.  But

1  you can, you must, you have an obligation to look at evidence
2  and lack of evidence.  You have a right to look at what's
3  presented and what's not presented.  Not required, and the
4  government is not on trial for it, but you can say to yourself,
5  OK, what makes sense here?  Let's talk about common sense.  If
6  I was investigating, this would be the thing I would want to be
7  done because this could prove whether he is the guy who did the
8  crime.
9          (Continued on next page)

1          MR. SCHNEIDER:  Now, the government, they have an
2  absolute right to prove their case however they want.  They do
3  not have to use any special thing that I say or even what you
4  say, okay?  But they do have a burden of proof.  They do have
5  to prove it.  And they have the power, they have the right,
6  they have the power to get reliable evidence, to get sufficient
7  evidence, to get evidence that shows that it is not just some
8  liar's word, but evidence to show what is indisputable, okay?
9  You can consider what's missing, DNA, fingerprints, phone
10 records, civilian witnesses.  You can consider that.
11          Now, Prettiest Gangsta.  Pretty Boy Banga.  Not my
12 particular taste, okay.  I have to say, I'm old school, okay.
13 My parents used to like jazz.  I like Motown.  Some guys like
14 rap now.  Some guys like gangster rap.  Who knows what it is.
15 But the fact is, talking crap on videos is not a crime.  Okay?
16 It may be stupid.  It may be immature.  All it is is a bunch of
17 young men looking tough, acting tough, gangster rap, whatever
18 that may mean.  Some guys are making millions of dollars off of
19 that particular type of music.
20          Pretty Boy.  That's a matter of opinion, I guess,
21 right?  But you consider that.  Who knows what is it?  He is
22 just showing off, just trying to get attention, trying to
23 attract some attention, whether it is to get respect on video,
24 to get a lot of followers, to get Instagram to say, whoa, look
25 at that guy, that's kind of cool, or that's kind of stupid,

1  either way, but it's just trying to cry out for attention.
2  Okay?
3          How crazy is it to have a razor blade in your mouth?
4  Are you kidding?  Okay?  Not a crime, but it's felony
5  stupidity.  Okay?  Let's be clear about that.  But also, to be
6  very clear that the witness, one of the witnesses who talked
7  about seeing that razor in the mouth also said he has never
8  seen that guy use it.  He has never seen Christian cut anybody.
9  He has never seen Christian slice anybody.  Okay?  That is
10  critical.  Because, again, he is showing off to the world on
11  Instagram, but in real life when it comes down to committing
12  crimes, you are not doing it at all.
13          All of these Instagram posts, all of these videos you
14  see, he is a big shot, right?  He is with his guns with his
15  fingers.  These are his guns.  You don't see any real gun.  You
16  don't see any reference to a real gun.  You see a guy pointing
17  their fingers like my kids did when they were five years old.
18  You don't see him bragging about a murder.  Okay?  You don't
19  see him bragging about crimes he committed.
20          And in fact, if you remember, the video that the
21  government showed you, 328A and B, they talk about it's a whole
22  lot of gang shit, right?  I think that's what was going on,
23  that was during the government's summation.  It was
24  interesting, he showed you the video.  He read the "whole lot
25  of gang shit," but this is the one time he didn't read what the

1  hashtag was.  It was #SMM, #BD.  #Sex Money Murder, #Blood, not
2  200, not 2hunnit, as he tried to say, nothing like that.  And
3  that's because he can't be doing that stuff, because it's not
4  part of 200.
5          Now, 200 and Dyckman uptown, Washington Heights, okay?
6  It's a neighborhood.  It's just like -- look.  I grew up in the
7  Bronx.  If I do #TheBronx, is the Bronx now a gang?  So let's
8  keep perspective on what gangs are, what enterprises are, and
9  what guys are who hang out in the neighborhood, guys who went
10  to school together, guys who grew up together, guys who hang
11  out.
12          Tattoos is kind of a big thing in the gang world,
13  right?  And as you can see also, you know, you have seen on
14  some of the pictures that Christian has tattoos and Milton
15  Chardon, my goodness sake, you saw the tattoos he has, right?
16  There is not one tattoo in evidence about Christian Pabon
17  having -- no testimony about Christian Pabon having a 200
18  tattoo.  The government must have shown you half dozen times
19  about Chardon's tattoos, the guy holding the jail bars and Free
20  Ito, something like that, right?  There is no Ito tattoo in
21  evidence related to Christian Pabon.
22          You heard a lot about Trinitarios, about Bloods, about
23  SMM.  Now, I have to say, this is -- I would suggest to you
24  that this 200 enterprise is a made-up, fictitious gang.  200
25  exists.  You saw all the names, saw all the people said

1  so-and-so 200, yes, but it is not Blood, it is not Trinitarios,
2  it is not the Hot Boys, it is not Sex Money Murder .  And how
3  weird is it that everybody who testified, they know they can't
4  get around it, these cooperators, because they know that
5  everybody is not member of this organization, this
6  enterprise, this gang.  They say, well, yeah, he is a Blood,
7  but he also hangs out with 200.  Oh, yeah, I'm Trinitario, but
8  I do crimes with 200.  Oh, I'm a Trini, I was, I'm not now, but
9  now I'm doing stuff with 200.  Okay.  Louie Fedor , Trinitarios;
10  Lopez, Trinitarios, not 200; Yasmil, not 200.  It just doesn't
11  make sense.  It shouldn't make sense to you that guys are
12  committing crimes when they are gang members here.  These are
13  my buddies, but I'm committing crimes with other supposed
14  gangs.  That is not an association.
15          Now, what is an associate?  Do you think in your life
16  someone like Castillo, Fedor, or Lopez, do you think those guys
17  ever used the word "associate" in their lives before they came
18  into a courtroom?  For one second, can you picture them hanging
19  out on Dyckman, on Nagle, talking about, oh, yeah, that's my
20  associate, oh, yeah, I'm an associate of him.  Okay?  That was
21  something that they have developed during their trial
22  preparation with the government.  It's not illegal, not
23  improper.  The government can talk to their witnesses.  The
24  government can prepare them.  But I tell you, think about it.
25  So you have an associate, right?  So I think I asked one of

1  them, as an associate, does that mean you try to get into a
2  gang and they said no?  No.  As an associate, does it mean they
3  asked you and you said no?  No.
4          So an associate, as far as the government is
5  concerned, is anybody who is not a gang member.  All of a
6  sudden you become an associate.  And if you are an associate,
7  then that means you can then be part of the enterprise.  If
8  anybody can be an associate, it just seems to me that that
9  person is no longer part of the enterprise.
10          They talked about how these guys , when they were in
11  jail, talked about starting a gang, going to take over the
12  block, we are going to protect it, it is going to be our
13  territory when we get out.  Remember the name Frankie was used?
14  I asked somebody about Frankie, and it turns out Frankie was
15  the boss.  He was the boss of that spot in that neighborhood ,
16  in that area before, during, and after anybody named 200 ever
17  came around.  Before Milton, before Ito, before anybody,
18  Frankie was there.  So if Frankie is not a member , if Frankie
19  is not an associate, if Frankie is, quote, the boss, how can it
20  be that 200 supposedly said we are going to kick other people
21  out, we are going to protect the neighborhood, anybody who has
22  a beef with us, we are going to use guns, force, violence , but
23  Frankie is right there in the middle doing his crap, selling
24  his stuff?
25          Now, there is nothing about the 200s, no matter how

1   many times Mr. Hobson put a list of things on that PowerPoint
2   to show that it was an enterprise, I'm suggesting to you that
3   it really was not. There was no oath, there was no real
4   hierarchy, there were no cards used, there's no beads, no
5   clothes, no rituals, no meetings, no dues, no initiation,
6   nothing. Nothing to make that anything other than a bunch of
7   guys hanging out in that neighborhood.
8       The fact that they named the cooperators and then
9   again Mr. Hobson talk about the cooperators. Headquarters?
10  What did they show you? They showed you the outside of a
11  building. They showed you 5420, guys outside a building one
12  time, taking stupid pictures.
13      To me, what's a headquarters of an enterprise of a
14  gang? Well, maybe there is an apartment. You hide your drugs
15  there. You hide your guns there. You stash your money there.
16  You have meetings there. You have people who are called to the
17  carpet because they did something wrong, so they have to show,
18  wait a second, you have to prove you are still a good guy.
19  That's what headquarters are.
20      They showed you nothing. They just talked about
21  headquarters. And by the way , the headquarters, according to
22  Fedor, are Academy and Post or Sherman and Arden or 5420 was
23  the nickname. According to Castillo it was Academy and Nagle,
24  Sherman and Sickles, Arden and Sherman. So they had a lot of
25  headquarters, a lot of little subdivisions of these

1   headquarters here where these guys supposedly hung out and did
2   their crimes.
3       It also makes no sense in the world of crime that
4   somebody who is a gang member here will commit crimes with
5   other gang members and then for the government to think, hey,
6   wait a second, that's really only just one global enterprise.
7   When someone commits a crime with a non-gang member that seems
8   to me that if that gang is running the place, they would need
9   to get permission, they would get some rent, they would be able
10  to share in the proceeds, they would be able to decide who gets
11  what money from what crime. There is none of that.
12      Now, one person put up money for commissary or bail or
13  lawyers. There is no pot. There is no till. There is no fund
14  that is used for anybody. According to the government,
15  according to their witnesses, if Ito was in jail and if this
16  guy, Christian Pabon, had done it with Ito and if Ito is taking
17  the blame for this crime, you would think that he would do
18  anything to keep Ito quiet. You would think he, Christian,
19  would put money in the commissary all day , all night, he would
20  write him letters, make sure he is calm, make sure he is quiet,
21  make sure he doesn't flip on me because. I want to make sure
22  he is happy because he is taking the blame for something that I
23  supposedly did.
24      You know, it was interesting, during the trial I know
25  you didn't pay much attention to the concept of this, because

1   we all kind of got immune to it. How often the government said
2   to a witness: Did you ever commit crimes with 200? Did you
3   ever commit a crime with 200? Or with a 200? Or with members
4   of 200? Well, you know what, 200 is not a person. 200 doesn't
5   commit crimes. People commit crimes. They have to prove not
6   that these cooperators did crimes with 200 but that they did a
7   crime with this guy or he knew about it or he participated.
8   They just can't say 200 and you forget that there is somebody
9   specifically sitting here who is on trial.
10      Lefty, P-Mula, Raymito did not give him one penny for
11  any crime they committed without him. They did not give him
12  one penny to show any sharing, any commingling of funds. They
13  didn't give him one cent for anything that they allegedly did.
14  The gang never divided any of the spoils.
15      Every single time one of their cooperators testified
16  about an admission that was made, whether it was Milton
17  Chardon's admission, whether it was supposedly Christian
18  Pabon's admission to them or statement from Christian to Milton
19  and from Milton to somebody else, there was nobody else
20  present. There was no one else who confirm or corroborate what
21  was said at that point. Isn't it very interesting how these
22  cooperators insulated themselves from contradiction? They
23  protected themselves from making sure that whatever they said
24  is okay because no one can test, no one can see, wait a second,
25  I said this, but you said that, there is something wrong with

1   that.
2       Now, you heard some of the witnesses testify about how
3   people out on the street occasionally take responsibility for
4   things that they didn't do and also sometimes because they want
5   to make it sound better, they want to enhance their own place
6   out there, but this I suggest to you is a little unusual.
7   According to Lefty, Moe told Lefty that Moe was part of it and
8   that Necio and Banga, supposedly Christian Pabon, were talking
9   about it. Right? They said the van was burned up. You saw
10  the video. You heard the testimony. Was there any van that
11  was burned up? And just so there was no confusion,
12  Ms. Macedonio clarified when she asked them , well, are you
13  specifically talking about the van that was supposedly used in
14  the murder on 193rd Street? Answer: Yes.
15      So the witness told you that somebody told that
16  witness that the van that was used in this murder had been
17  burned up. You know that's not true, right? Either that or
18  the video is wrong, which I don't think anybody is going to
19  suggest. And they didn't just say that the -- by the way , that
20  was, I think, at page 844, if anybody is interested, if they
21  want to check that out to make sure that I am saying it right,
22  page 844, right, where they said that the van had been burned
23  up.
24      They also said that they shot in the middle of the
25  street and that there was a bus there and they did that so they

1   wouldn't be caught on camera. Well, you know that didn't
2   happen, right? Because they are on camera. But there was no
3   bus there. It was not in the middle of the street. You saw
4   what happened. According to the video, those guys ran up to
5   the corner and were on the sidewalk shooting. So the van being
6   burned up, the bus being there, shot in the street, all lies or
7   just outright wrong.
8           Now, also Moe supposedly told P-Mula that Ito was in
9   jail for the murder he did not commit and Ito is fighting the
10  case, and if he goes to trial and wins we are all going to get
11  indicted. And Milton said that Christian did the murder.
12  Okay. Well, we know that's wrong because, number one, Ito did
13  get involved. Ito was involved. Ito did shoot. In fact, Ito
14  pled guilty to it, number one. Number two, they got indicted
15  after Ito pled guilty. And number three, they can't possibly
16  know who killed that young man. One of the two did, be very
17  clear about that, right, but somebody cannot possibly say
18  scientifically my bullet shot and killed that person. That
19  person's bullet did not shoot and kill. How do we know it,
20  they can't say that? Because the scientists can't say it. The
21  ballistics expert can't say it. The medical examiner can't say
22  it. So if they can't say it, how in God's name can somebody on
23  Dyckman Street say that at that point?
24          Call me crazy. Can you recognize somebody if they cut
25  off their hair? Does that change your ability to see their

1   face and say, oh, yeah, that's the guy who was involved in the
2   murder. The fact that the government spent so much time and
3   effort and photographs on hair, what does hair look like
4   before, what does hair look like during, what does hair look
5   like after, the fact that he cut it. That is, I think, kind of
6   like trying to shift your attention away from the real issues,
7   it seems to me.
8           And he supposedly cut his hair and laying low at the
9   same time that he is bragging to all these people about the
10  crimes he is doing? Right? So on the one hand you don't brag
11  about a crime, on the other hand say, hey, don't talk to me
12  about the crime, you don't cut your hair. It just doesn't seem
13  to make sense.
14          He supposedly told, according to Lopez, Milton told
15  him that Christian cut his hair because of some picture
16  floating around with a Burberry shirt and therefore -- and then
17  Christian knew they were looking for him. Well, there is no
18  evidence anywhere in this entire record from Detective Gill or
19  anybody else that anybody was ever looking for that guy for
20  this murder. There is no evidence anywhere ever that that
21  photograph, that that burglary photograph, which the government
22  did show you, it is in evidence, that that Burberry evidence
23  was ever in the hands of the police and that they were looking
24  for him. If they were looking for him, they had him. You know
25  why? Because he was in jail. He was in jail in 2016 and '17.

1   So if they were looking for him, they certainly could have
2   arrested him right then. If they knew, whoa, whoa, I see the
3   picture here. There it is. That's the burglary guy, that's
4   Christian Pabon. Wait a second. Let me put his name in a
5   system, in a computer. It comes up. He is in Rikers. He is
6   in jail. He is here. He is there. Let's go get him. So
7   let's be very clear that is complete nonsense that any witness
8   said that at all.
9           Now, let's also remember why in God's name would this
10  guy ever confide in Lefty? Lefty did not even know his name.
11  Lefty could not, on examination, on the testimony here on the
12  witness stand, could not tell you Christian Pabon's real name.
13          It's also kind of interesting because Raymito and
14  P-Mula also said that they never spoke directly to Christian
15  Pabon about the murder. Well, if the government is so hyped on
16  its theory that he is bragging, that he wants to enhance --
17  puff his chest, enhance his reputation, wouldn't he be speaking
18  directly to P-Mula? Wouldn't he been speaking directly to
19  Raymito and talking about the murder that he supposedly did?
20          Also it is kind of inconsistent. On the one hand ,
21  they say he is bragging to build himself up and on the other ,
22  he is laying low, he is cutting his hair, he is leaving, not
23  around the area. But yet at some point you heard that he told
24  Raymito, Ito's holding it down, but we don't want to talk about
25  it.

1           Is he bragging or is he holding it down, not talking
2   about it? Is he puffing or is he somehow trying to lay low?
3   You can't have it both ways.
4           Also, let's remember something. Lefty and Raymito
5   were in jail August of 2017. After they kidnapped that guy,
6   they were in jail August of 2017 up until yesterday. He, and
7   you will hear -- "he" meaning Christian, was in jail from July
8   19 of 2016 up to March 24 of 2017. So that means he was only
9   on the street when these guys for four months or so, give or
10  take. What kind of confidence would he have with these guys?
11  What kind of level of security would he feel with these guys if
12  they are only out on the street for a few months?
13          Now, this video that Mr. Hobson focused on and as well
14  you should focus on it, only shows that a shooting happened.
15  That's it. It does not tell you that Christian Pabon did it.
16  No matter how many times Mr. Hobson said that's him, that's his
17  jaw bone, that's his forehead, that's his this, it's up to you
18  to decide, and I suggest to you when you look at that, you
19  cannot tell who that is. You cannot say beyond a reasonable
20  doubt that the person in that video with the camouflage pants
21  is Christian Pabon.
22          But, you know, you would think that the government, in
23  their preparation, would have shown that video to their
24  cooperators and would have had the cooperators get on the
25  witness stand and say, oh, yeah, I saw the video. I know

Case 1:18-cr-00319-SHS    Document 544    Filed 05/20/22    Page 32 of 175

1   Christian. That guy there, that's Christian. They didn't do
2   that. They didn't show the cooperators, any one of them, at
3   least they didn't testify about it. You don't have any
4   civilian witness who may have been there, any victim or any
5   witness showing the video and saying do you recognize anybody,
6   you know? I know it was a stressful time back then, but let me
7   show you the video. Let's slow it down. Let's take your time.
8   Can you see that video? Do you see anybody who did that? Do
9   you recognize that person? None of that was there.
10          No matter how often Mr. Hobson says that's him, no
11  matter how serious Mr. Hobson says it, the kind of tone of
12  voice, the kind of attitude, the sincerity that he may believe
13  it, doesn't mean you have to accept it, doesn't mean you have
14  to believe it. All that video shows is two people shooting.
15  And it directly contradicts what the cooperator said , and we
16  spoke about that earlier, that nobody could possibly know which
17  bullet hit, which bullet didn't hit.
18          I guess I'm a little confused at the government's
19  theory where they were showing -- where they looked at the
20  video, they talked about these camouflage pants. Now, if you
21  believe that Christian Pabon did it and if you want to believe
22  that he was trying to lay low because he supposedly cut his
23  hair to lay low, then wouldn't he have burned those very unique
24  camouflage pants? I don't know how unique they are, by the
25  way, but let's get past that. Wouldn't he have gotten rid of

1   those pants? But the government showed you from a couple of
2   months afterward that he still had them. If he was so
3   concerned because he was guilty of making sure that no one
4   caught him wouldn't he have not posted a picture with the same
5   pant he was wearing at the crime? Wouldn't he have been more
6   circumspect about that?
7           They also showed a picture of him two weeks after the
8   murder. Wouldn't he have cut his hair right after the murder
9   if he is worried about getting caught, worried about being on
10  video, worried about somebody identifying him? Boom. You go
11  to the barber the next day, cut it off. You not  only wait, but
12  you post pictures of yourself in the same pants, with the same
13  hair, and then say, oh, you know what, it's been a few weeks,
14  maybe it's time to cut my hair? It just doesn't really make
15  sense.
16          Mr. Sykes is the young man who testified toward the
17  end, the one who prepared the phone charts. All that chart
18  does is basically agree with everything that we have said all
19  along; that these guys from the neighborhood know one another;
20  that these guys from the neighborhood have each other's names
21  in phones.
22          Now, the phone at the scene. Wow. Sounds pretty
23  impressive, right? Sounds pretty damning. And the
24  government's position is that that phone belonged to him and he
25  dropped it during a murder. Well, who says it's his phone?

1   Who says anyone dropped it? Who says when it was dropped?
2   Okay? The only connection from that phone to this particular
3   person is from the van, right? The van phone has the contents
4   which says Banga. Well - and therefore the government's
5   theory could be that the phone in the van which had the name
6   for Banga is Ito's phone, except the problem with that is that
7   Ito's own number is in that phone. Why is Ito -- by the way ,
8   there are two numbers for Ito, Ito and Ito 200.
9           Now, if it is someone else's phone besides Ito, all
10  those guys names are on the list. P-Mula, he is on the van
11  phone four times. Lefty, he is on -- he is in the van phone
12  one time. The van phone contents has P-Mula four times, Lefty,
13  Ito, Ito 200. You know what else is in the van phone? Banga.
14  That's what the government focused on. Banga with that phone
15  number, and they highlighted it in that chart. But you know
16  what they didn't tell you? There is another name Primo Banga.
17  There is another name Lou Banga Post. So who is to say which
18  is the phone that belongs to Mr. Christian Pabon?
19          I beg of you, okay, in the Government Exhibit 101,
20  Government Exhibit 102, you look at those contact lists, you
21  are going to see the name Banga, Primo Banga is on page 6 ten
22  lines from the bottom, Lou Banga Post page 1 six from the
23  bottom. So you are going to see those names in that van phone.
24  Okay?
25          So how can you be so sure? There are no phone records

1   saying that that phone belongs to Christian Pabon. There is no
2   subscriber information. There are no cell site records. There
3   are no calls between people and that phone. There are no
4   fingerprints on that phone. You saw what it looks like, right?
5   Easy enough to print from that. There is no DNA.
6           There is no one who says, oh, yeah, oh, yeah, I have
7   called Christian to commit robberies with him. That's his
8   number. Oh, yeah, I have spoken to Christian when we would go
9   breaking. That's his number. That's because they didn't do
10  those robberies. They didn't break. They didn't have his
11  number. "They," I'm talking about Raymito, Lefty , and P-Mula.
12  There is no witness here who says, oh, yeah, here, by the way,
13  I'm a cooperator, here, take my phone, look in my phone, see if
14  you can find Christian Pabon's phone number. There is none of
15  that.
16          There is no witness who says -- who says if he is out
17  there confessing to everybody, by the way, don't you think he
18  would say, God damn it, I dropped my own . Oh my god, I left my
19  phone at the scene of a murder. With all that other stuff,
20  don't you think he would be talking about that if it was his
21  phone, if he did it? So I suggest to you that that is a real
22  problem. If it is his phone, the phone at the scene, it is
23  interesting, P-Mula's name is not in there. Lefty's name is
24  not in there. Raymito's name is not in there. Ito's name is
25  not in there. Yet, in a comparison chart that Mr. Sykes

1 prepared, which is Government Exhibit 801. This makes no
2 sense. There is the same phone from the van, Ito, scene phone
3 name Milton, they have the same number. All of a sudden Ito
4 and Milton are the same people? All of a sudden Ito and Milton
5 are sharing the same phone? All of a sudden Ito and Milton,
6 maybe who knows, maybe they are different people. Could it be
7 there is more than one person named Ito? Could it be there is
8 more than one person named Milton? Could it be that there is
9 more than one person name Banga? Oh, yes, there is—Primo Banga
10 and Lou Banga Post. So let's be very not so quick to jump to
11 the speculation, to jump to conclusions about the fact that
12 that is the way that phone must be his, because there are
13 other ways that they could have proven it and they didn't and
14 it is insufficient evidence, the stuff that's missing here, the
15 stuff that you have a right to demand.
16      Now, you heard some testimony, actually it's a
17 stipulation, about the gun that Mr. Pabon had in a car. Now, I
18 guess you should ask yourself why was that gun introduced at
19 this trial? What's the relevance of that gun at this trial?
20 We know for a fact it is not the same gun because there is no
21 ballistics testimony to match that gun to the murder. We know
22 for a fact that witness wasn't shown to -- that that gun,
23 sorry, wasn't shown to a witness, that gun wasn't shown to a
24 cooperator and said, by the way, is this the gun you saw
25 Christian with on a certain date? But we do know that that gun

1 was in the rear of a car where Christian was seated and that
2 car would be driven by somebody else, someone else is driving,
3 somebody else in the front passenger seat, okay . There is no
4 connection, zero between that car and anybody in 200 or that
5 murder. There is no connection between the driver and 200.
6 There is no connection between the passenger and 200. There is
7 no connection between anybody in that car, with that car, about
8 that car, and anything to do with 200 or the murder.
9      Christian accepted responsibility for that crime.
10 Okay? He pled guilty to not possession , but to attempted
11 possession of a weapon in the third degree. But you know
12 what's really important, that the government held that gun up,
13 but there is not one piece of evidence, not one testimony, not
14 one piece of scientific evidence to show that that gun was ever
15 used ever. There is nothing to say that it was ever shot, that
16 it was ever used in a crime, that it was not just possessed ,
17 anything illegally, other than in that car at that time.
18      You know, speaking of gun, other than this unrelated
19 gun that the government showed you and spoke about, the photos,
20 is there any other evidence that Christian Pabon had a gun
21 other than coming from cooperators? Photographs of him with a
22 gun? No. His fingers. Videos of him, a gun? No. His
23 fingers. Instagram, a gun? No. His fingers.
24      We will introduce -- it's already been introduced in
25 evidence Defendant's Exhibit E. Defendant's Exhibit E is a

1 business record from the Department of Corrections, which says
2 that Christian Pabon was in jail from July 19, 2016, to March
3 24, 2017.
4      Now, I see you are asking yourself why would a defense
5 lawyer ever introduce to a jury the fact that his client was in
6 jail? What's the point? I'm glad you asked because I'm about
7 to tell you. The point is, that proves beyond any shadow of a
8 doubt that Castillo and Lopez are not just liars in general,
9 but they are liars specifically about him and committing crimes
10 with him. They lied specifically about not just his name, but
11 what they say he did with them.
12      And Mr. Hobson talks about two robberies or two
13 attempted robberies, and I'm going to call one of them the
14 set-up date where Raymito had his girlfriend set up a date to
15 meet a guy. Right? That's one robbery. And Raymito talked
16 about that. He supposedly did it and he did it with Lopez, a
17 girl, the girlfriend, right, and this is where they try to get
18 the Rolex and the chain from Hunts Point, whatever, whatever .
19 The details don't really matter all that much, but what matters
20 is Castillo was clear on direct examination, not on cross when
21 he is trying to be tricked, not on cross when they are trying
22 to make him look like a liar, but on direct examination, he
23 said that crime happened between November of 2016 and January
24 2017.
25      That's impossible. Well, I take it back. The crime

1 could have happened, but it's impossible that Christian Pabon
2 was involved. So we have now just given you the defendant's
3 best alibi, best ever. He is in jail. He is in custody of law
4 enforcement at the time that these two guys -- one guy didn't
5 just say it, by the way. Castillo didn't just stay. Lopez
6 said it also. And both of them said he was there. So the
7 government says, ah-ha, that means they are consistent, ah-ha,
8 that means they are telling the truth . Well, no, it just means
9 they are both lying. They are both consistently lying because,
10 you know -- well, let me give you one other one.
11      Then Castillo also talked about this party promoter,
12 right? Supposedly not Lopez , just Castillo and Christian
13 supposedly followed some guy from Queens to Long Island and
14 they lost him in traffic, right? He was very clear, Castillo.
15 He said that happened between -- around January of 2017 before
16 March. Okay? Do you hear what I am saying to you? That
17 Castillo swore under oath that he committed a crime with that
18 guy when that guy was in jail. Okay? That has to mean
19 something in terms of evaluating Castillo's credibility.
20      Please do not accept from the government -- because
21 I'm telling you they are going to get up. They are going to
22 answer. Do not accept an argument that, well, the dates are
23 just approximate. It doesn't really matter, what matters is
24 that the crime happened, it doesn't really matter when it
25 happened. Okay?

1  You know what, that's not really fair, because
2  Castillo had the choice. He could have not answered. He could
3  have said "I don't remember." He could have said "I don't know
4  the date." But he didn't. He chose to answer. And more
5  importantly, he answered it on direct examination from them,
6  from the government, not from us. So please don't just sit
7  back and say, okay, well, dates don't matter, dates are
8  approximate. Okay, dates could be approximate, but this is
9  something that you know for a fact that guy was in jail at the
10  time when it happened.
11      Now, I want to talk about cooperators for a little
12  bit. You know, when I raised my two children, my two kids, I
13  tried to teach them to play nice, right? I tried to teach them
14  to do the right thing, cooperate with each other. Cooperate
15  with your friends. Play nice because being a cooperator is a
16  nice thing. It's like kind of a mushy kind of feeling, right?
17  No. Cooperator is something that the government has now given
18  a name to informants, to rats, to snitches, to turncoats.
19  These are people who have --
20      MR. HOBSON:   Objection.
21      THE COURT:   All right. Sustained.
22      Ladies and gentlemen -- I take it, sir, that you are
23  not calling them those names --
24      MR. SCHNEIDER:   I would never.
25      THE COURT:   -- the witnesses those names, is that

1  correct?
2      MR. SCHNEIDER:   That is correct, your Honor.
3      THE COURT:   Ladies and gentlemen, that is just
4  somebody else's characterization apparently. Is that correct,
5  Mr. Schneider?
6      MR. SCHNEIDER:   Yes, sir. That is correct.
7      THE COURT:   All right.
8      MR. SCHNEIDER:   The government would obviously prefer
9  to have priests and imams and rabbis and nuns to be their
10  witnesses, but these guys are charged, these guys are involved.
11  So in general, these three guys to say that they were lying to
12  you would be an understatement.
13      By the way, let's remember, all three of these
14  cooperators were not present for the murder. All three of them
15  were in jail at the time. Okay? They -- these guys, when
16  Mr. Hobson talked about terrorizing neighborhoods, talked about
17  how dangerous it is, and how important certain people are, is
18  he remembering what his own -- not his personally, what the
19  government's own witnesses said about what they did out in the
20  world? These gentlemen, in my humble opinion, and I suggest
21  when you evaluate them, have no conscience, they have no
22  morality, they have no sense of right and wrong. All they have
23  is what can I do for me? How can I help myself? How can I get
24  out of trouble? How can I avoid doing what I am supposed to
25  do?

1  Now, one of the problems that when you hear about
2  80 robberies or a hundred breakings or home invasions time and
3  time again in a very even tone, I'm afraid that you become
4  desensitized to that. I'm afraid that you get immune to what
5  it means. Think about what these guys said. Think about how
6  it didn't phase them for one second, how they spoke about
7  burning people's faces with irons and bodies and tasings and
8  shooting and God knows what else, throwing guys out of cars at
9  60 miles an hour on the Major Deegan. They said it as if they
10  were ordering lunch. They said it and it didn't matter one
11  second at all.
12      Now, how many times, if you are a regular person using
13  common sense, and if someone comes to you and tells you a story
14  but you have heard that they have lied, they have lied, they
15  have lied, they have lied, how many times must somebody say I
16  have lied so often that they are no longer believable? How
17  many times does it take?
18      These people who testified are incapable of the truth.
19  They will do whatever they have to, say whatever they have to.
20  They will think how can I get out, how can I help? They have
21  lied to anybody who would talk to them. If they are involved
22  in a situation, they have lied. Arresting officers, probation
23  officers, parole officers, judges, when they have promised to
24  come back and they don't come back . Not only don't they come
25  back, they promise to come back, they don't come back , and they

1  go out and they commit more crimes.
2      They have lied to these prosecutors sitting at this
3  table. They have lied to the prosecutors before these
4  prosecutors. They have lied under oath. It is easy for the
5  government to say, well, lying on the street is one thing, but
6  coming into court, putting your hand on the Bible, swearing to
7  tell the truth, that means something. Okay, they lied under
8  oath at different times, at depositions, whether they took
9  guilty pleas, whatever it was. They did whatever they had to
10  do to get out and get out from under.
11      Now, Castillo, his cooperation agreement is in
12  evidence. I'm not going to go into it with you, the details,
13  but let's just say he is facing life. He could have gotten
14  less, you know, mandatory minimum, I don't know, 20 or 30, I
15  forget to tell you the truth, but if you think about, and I
16  will not—we don't have enough time—go into all of the crimes he
17  committed, but he was involved in breaking all over the
18  country, robberies, burglaries, kidnappings, pimping,
19  kidnapping, throwing a guy out of a car, pistol-whipping,
20  drowning people to try to get them to talk, using a hot iron.
21  When did that become the new thing of home invaders, using a
22  hot iron? How do people know to do that? Where did that come
23  from? Who thinks about that, to use a hot iron to make
24  somebody talk to you? Well, that's what they did, and that's
25  what Castillo was involved in.

1  So I honestly don't want to go into all of the crimes
2  he committed, because we will be here until next Thursday, but
3  let's just say that think about him out on the street.
4  Mr. Hobson is worried about Mr. Pabon, and him terrorizing and
5  the 200s terrorizing? Think about Raymond Castillo getting out
6  and walking the streets any time soon.
7  Lopez, P-Mula, I think the phrase he used was that he
8  became federal property, right? And I asked him, I said, you
9  consider yourself a truthful person? He said the audacity to
10  say yes. Then he then told everybody how many people he lied
11  to. And also all of the assaults, the shootings, the home
12  invasions, this guy Epps who not only did he tie Epps up, they
13  hog-tied him and tied his mother up, not once, but twice. But
14  you know what? He also said he always carried a gun. The
15  crimes. Imagine him walking the street. Imagine him out
16  there. You meet him. You see what's going on. You bump into
17  him. What's going to happen to you at that point?
18  So more importantly, the crimes he committed in jail,
19  he didn't care what he did or who he did it with, and no matter
20  how many times he was told not to do certain things by the
21  government, he did them anyway because he thought he can get
22  away with it. And I think the key is, remember what he said on
23  his -- the tattoo, tattoo he has on his neck. "Trust No One."
24  Now, Lefty, he is also beyond description in the level
25  of violence he has involved himself in when he was a kid up

1  until who knows when. He has always had a gun, never been
2  afraid to use it, kidnappings, robberies, arson. He burned a
3  chicken coop because he was bored, okay? He tried to burn a
4  super's basement because of the dog. He's tried -- he was
5  shooting at police officers with marbles. He was dropping 40
6  ounces on a police car. He will do any single thing. He
7  tased -- picture this, come home from jury duty, take the
8  subway, you are getting home, look at a guy funny. He tases
9  you because he doesn't like the way you look at him. Okay.
10  That guy's name is Fedor, it's Lefty. He did that.
11  And you know what's even crazier? He wasn't
12  embarrassed. He didn't try to hide it. He admitted it.
13  Because he knows. But that's who he is. He doesn't even think
14  there is anything wrong with that.
15  He has lied to anybody who would listen to him. He's
16  lied to his codefendants so he would look good. He lied about
17  Skrilla, about cutting him, even though he says he didn't cut
18  him. He lied so he would build himself up to take credit for
19  it. And he, too, decided to put an iron on somebody's stomach
20  to torture them.
21  Now, they keep talking -- "they" meaning the
22  government -- about the fact that Christian Pabon was the
23  shooter. He was Banga. He was the shooter for 200s. Except
24  if you think back to all of the testimony, the shooting in this
25  case is being done by Castillo, by Lefty, by Fedor all over the

1  place, all the time, they never had a shortage of guns, they
2  never had a shortage of victims, and all of those shootings and
3  victims and torture had nothing whatsoever to do with Christian
4  Pabon.
5  The cooperation agreement that they signed, each one
6  of them signed, I guess you can call that like the criminal's
7  best friend. They each pled guilty to many, many crimes that I
8  am not going to get into, and all of them were facing life to
9  decades, if not life, in jail. And it is obvious they want to
10  get out. They hope to get out. And the government says
11  they -- the government asked each and every one of them, there
12  are no promises, you benefit more by telling the truth than by
13  lying. The judge will know in the letter all the good things
14  and the bad things you have done. The jury verdict will not
15  affect whether or not you get the letter. It's all very nice
16  and all is true, except who in God's name would enter into a
17  cooperation agreement unless you believe you were going to get
18  a benefit? Otherwise the system would just fall apart. Think
19  about it. Who else is going to say I will plead to everything.
20  I'm going to get coverage for 80 robberies. I'm going to get
21  coverage for jail breakings? I have done all over the country.
22  I'm going to get coverage. It's going to be covered in my
23  cooperation agreement. Who would do that unless there is a
24  benefit, unless they are going to get something, unless they
25  believe that they are going to get out at that point?

1  But the key here, and the government also asked does a
2  verdict affect whether you get the letter? No. This is the
3  most important thing about a cooperation agreement. The
4  government decides if they are truthful. I don't decide if
5  they are truthful. You don't decide if they are truthful. The
6  judge doesn't decide if they are truthful. The government
7  decides, based on their evaluation of the testimony whether or
8  not they, the government, should write a 5K letter for that
9  person, and that is based on if they think it is truthful.
10  They decide if somebody violates or breaches the agreement.
11  But guess what? We know as we sit here today there is
12  no dispute that all three of those witnesses each, on multiple
13  occasions, breached and violated their agreements. They all
14  admitted to lying or committing crimes during their proffer
15  sessions. They all admitted to being involved during their
16  getting a cooperation agreement, and they all admitted to
17  violating after they signed the cooperation agreement. And not
18  once did the government rip it up. The government said to
19  them, okay, if you are lying, we are going to rip it up. Has
20  it been ripped up? No. The government says if you commit
21  crimes in jail we are going to rip it up. Has it been ripped
22  up? Absolutely not.
23  Think about the audacity of P-Mula. He turns himself
24  in to try to become federal property so he can get immunity, so
25  he can then become a cooperator; and as he does it, he is

M5a2Pab5          Summation - Mr. Schneider          1042

1  sitting there talking to prosecutors with marijuana inside of
2  him that he put inside of his butt himself so he knew when he
3  goes in to jail, he will have his stash with him. Think about
4  that kind of person. Think about that kind of mentality, that
5  kind of planning ahead. It's smart, maybe crazy, but it's
6  smart, and it is going -- so as he talked to them, he is
7  violating. As the words are coming out, he is a walking
8  violation of what they are telling him to do. Every single day
9  they are smoking, they are fighting, they have weapons, they
10  are using cell phones, they are having three-way calls. No
11  matter how many times the government says don't do it, they do
12  it. No matter how many times the government says if you breach
13  we are going to rip it up, they do it. What happens? Okay.
14  You get caught. I'm sorry. I won't do it again. Get caught a
15  second time. Oh, gee. I'm sorry. I won't do it again. How
16  many times do you have to violate before the government says
17  enough, we are going to rip it up? We don't want you. We
18  won't use you. We are not going to give you a cooperation
19  agreement. Well, apparently every day a violation is not
20  enough for the government.
21          And the most crazy thing is here the government is
22  going to say, well, these guys, not only are they listening to
23  what we say to them, but they are not violating. And the most
24  important thing is, these witnesses are talking to each other.
25  there are seps, there are separation orders between those

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5a2Pab5          Summation - Mr. Schneider          1043

1  witnesses to make sure they don't talk to each other. The
2  government tells them on each and every occasion don't talk to
3  each other, don't talk about cooperation, don't say it, don't
4  let anybody know. And last month, not 2016, '17, '18, last
5  month, in April of 2022, they spoke to each other about this
6  case. Now, the government asked them: Well, you didn't talk
7  about the substance, did you? Oh, of course not, no. We only
8  talked about who is testifying against Christian Pabon. Has
9  the government broken, has the government decided to rip it up?
10  No, they have not.
11          The government is going to say, well, if these people
12  are going to lie, they would lie better. They would make the
13  defendant more involved. But you know what? They can't lie
14  better because they don't know exactly what anybody else is
15  going to say about them. So they have to lie in ways that they
16  can't get caught. They have to insulate themselves by having
17  no one else around when they say the defendant made statements
18  to them. They have to collude by using the three-way phone
19  call and in person.
20          The government has already said that they don't choose
21  their witnesses and Mr. Pabon basically chooses his witnesses
22  because he committed crimes with them. Well, that's just not
23  really true because they, the government, chose their
24  witnesses. The government chose to give them cooperation
25  agreements. The government chose to not rip them up. The

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5a2Pab5          Summation - Mr. Schneider          1044

1  government chose to say, you know what, no matter how many
2  times you violate I'm still going to write that 5K letter for
3  you.
4          Government has said, and they are probably going to
5  say again, we are not saying you should like these guys. We
6  are not saying you should have dinner with them. We are saying
7  you should just believe them because, the government is going
8  to say, if they tell the truth, that benefits them. But
9  remember what I said, the truth as determined by the
10  government. Again, look at Lopez's own words on his neck.
11  "Trust No One."
12          I began by saying this was not a complicated case, but
13  it was difficult. It's easy. We all know that three people
14  were shot. That's a tragedy. You have reasons to doubt here.
15  You have reasons, very specific reasons to disregard Castillo
16  and Fedor and Lopez.
17          You know, over the course of this case, and I am sure
18  in your lives, you have heard the phrase "beyond a reasonable
19  doubt." You hear it a lot in TV. Listen to the judge. The
20  judge will tell you what it is. You also heard "presumption of
21  innocence." That's just not a technical term. That has
22  meaning in this courtroom and it has meaning to you and to the
23  judge. And, again, the judge will tell you what that means.
24          But right now, look at Christian Pabon. He is
25  innocent now.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

M5a2Pab5          Summation - Mr. Schneider          1045

1          When I sit down? He is innocent.
2          When the government gets up and talks? He is
3  innocent.
4          When the judge begins to charge and read the
5  instructions to you? He is innocent.
6          When you get up and walk in the back to begin your
7  deliberations into the jury room? You have to start by saying
8  he is innocent.
9          If you look at the evidence, if you get past maybe
10  your gut feeling, if you get past the speculation, if you get
11  past the difficulty of the sympathy of the situation, and if
12  you focus on reasonable doubt, I think you will do the right
13  thing. And the way you can really tell yourself that, just at
14  this point, just pick him up, get him out of that seat. Put
15  somebody in that seat who you love. Put somebody in that seat
16  who you care about. Okay? And how seriously would you focus
17  on reasonable doubt if somebody was there who you loved? Would
18  you give that person who you loved the presumption of
19  innocence?
20          Can you honestly say as you sit here today that you
21  could, in good conscience, believe Castillo, Lopez, and Fedor?
22  Do you honestly say that if your person who you love is sitting
23  there and those three guys came in and testified against
24  someone that you love, that you could rely on that? Would that
25  be sufficient?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

## 1046

M5a2Pab5

```
1      You know, Ms. Macedonio last week told you and
2   acknowledged the tragedy of murder.  Please do not turn one
3   tragedy of murder into two tragedies.  It is tragic that
4   Mr. Rivera was killed, but also it would be equally tragic if
5   the wrong guy is convicted of this.
6      The government talks after me.  I'm going to sit down
7   any second now, and I'm going to ask you to do me a favor.  I'm
8   going to ask you to respond as if I could get up and answer
9   again, because I can't.  They get the last word.  So I am
10  asking you, do the thing that you think I would say to answer
11  what the government has to say, because he didn't murder
12  Mr. Rivera.  He did not help anyone else murder him.
13     When it's time for your verdict, I suggest you think
14  about it and say not sufficient evidence, not believable
15  witnesses, not proven, not guilty.
16     Thank you.
17     THE COURT:  Thank you, Mr. Schneider.
18     We are going to hear next the "closing" closing of the
19  government, but why don't I give you a ten-minute break.  Let's
20  take a quick break, and then we will hear the last closing.
21     (Jury not present)
22     THE COURT:  Ten minutes.
23     (Recess)
24
25
```

## 1047

M5aWpab6              Rebuttal - Ms. Bhaskaran.

```
1      THE COURT:  Who is going to be giving the rebuttal
2   summation?
3      MS. BHASKARAN:  I am, your Honor.
4      THE COURT:  Do you have an estimate?
5      MS. BHASKARAN:  I hope 30 minutes or less.
6      THE COURT:  All right.  Well, I have a 4:30 matter.  I
7   don't think it makes sense to start the general charges for
8   just 15 or 20 minutes.  Let's see.  All right?  It may be that
9   we end when you end.  Let's see how long it goes.
10     (Jury present)
11     THE COURT:  Please be seated in the courtroom.
12     Ladies and gentlemen, you now will hear the rebuttal
13  summation by Ms. Bhaskaran.  This is on behalf of the
14  government.
15     MS. BHASKARAN:  Members of the jury, we're almost
16  done.  This is the beginning of the end, so I'm just going to
17  be up here for a few more minutes to address some of the
18  arguments that you just heard from Mr. Schneider.  But before I
19  do that, I want to make one point completely clear.  The
20  defendant has absolutely no burden of proof here.  The burden
21  is always with the government.  We embrace that burden, and we
22  have met that burden in this case.  But the defendant did just
23  get up and make arguments.  It is perfectly appropriate for you
24  to listen to those arguments and to scrutinize those arguments,
25  see if they make sense.  I'm going to respond to some of the
```

## 1048

M5aWpab6              Rebuttal - Ms. Bhaskaran.

```
1   arguments that you just heard.  I'm not going to respond to all
2   of them, because I don't have to.  You've sat through this
3   trial, and you are fully capable of seeing these arguments for
4   what they are.  They are distractions.
5      MR. SCHNEIDER:  Objection.
6      THE COURT:  It's your opinion that they are
7   distractions, correct?  In your view, they're distractions.
8      MS. BHASKARAN:  Yes, your Honor.
9      THE COURT:  All right.  I'll allow that.
10     MS. BHASKARAN:  It is our view that these arguments
11  are distractions.  They are designed to focus you on facts of
12  no consequence.  They are designed to have you look at the
13  evidence in isolation instead of as a whole.  They are designed
14  to take your careful attention away from the mountain of
15  evidence that proves that the defendant is guilty beyond a
16  reasonable doubt.
17     Here's a quick example.  The defense just made a big
18  point about how if the defendant was trying to hide, if he was
19  trying to lay low, then why would he cut his hair and brag at
20  the same time to his friends?  Well, here's the deal.  He's not
21  trying to hide from his friends, the same friends that he
22  admitted to committing a murder.  He's hiding from the people
23  who would be looking for him.  He's hiding from law
24  enforcement.
25     How about the point that, well, Lefty didn't know his
```

## 1049

M5aWpab6              Rebuttal - Ms. Bhaskaran.

```
1   real name?  Well, Lefty knew him by the name that he preferred
2   to go by.  He knew him by the name Banga.
3      So the first argument I'd like to address is this
4   argument that you heard that the 200 is not really a gang; it's
5   not an enterprise.  It's a fictitious gang.  Now, why does the
6   defense think that the 200's not a real gang?  Because they
7   don't have an official color?  Because they don't have beads?
8   Because they don't have some payment-due system?  Because they
9   don't have a registered address or an official headquarters
10  that are indoors?
11     Members of the jury, this argument is meant to confuse
12  you both on the law and on the facts.
13     Let's start with what an enterprise is.  Mr. Hobson
14  went through this with you in the morning, but let me
15  summarize.
16     An enterprise is simply a group of people.  It has to
17  have some sort of organization or a structure and a core set of
18  people within that group.  But it can be informal.  That's it.
19  There's no requirement that the gang's rules have to be
20  followed with strict compliance.  There's no compliance
21  officer.  There's no requirement in the law, and you're not
22  going to hear Judge Stein say, that a gang member can't be a
23  member of two gangs at the same time.  There's no requirement
24  in the law that the gang has to have an official color, some
25  elaborate initiation ritual, or anything else like that.
```

Case 1:18-cr-00319-SHS   Document 544   Filed 05/20/22   Page 38 of 175

Mr. Hobson already walked you through all the evidence that shows you that the 200 was an enterprise. You saw that evidence. You saw the defendant's Instagram posts. You heard the cooperators' testimony. You say Milton Chardon's tattoos. All of that shows that they were a gang united by a common purpose.

What was that purpose? They committed crimes, burglaries, robberies. They did shootings together, and they sold drugs. All of that evidence shows you that the 200 had an informal organizational structure. You have the Big 200 on top, like Milton and Raymito. You had the shooters right underneath them, like the defendant. You heard about the rules of the 200. The rules basically came down to this: Show strength through crime. Never snitch.

And you know that this group of people stuck together during the conspiracy. Remember the defendant's Instagram posts, where he pledges his allegiance to the 200 to this day.

Now, let me address this related argument here. The defendant is a Blood. You heard defense counsel say to you just now the defendant was a member of a different gang. Now, think about that. If the defendant was a member of a different gangs, then he knows what it means to throw up gang signs. You don't just do that for fun. You don't just do that to play gangster on TV. You know what that means.

Now, the argument here seems to be that you can't be a

part of two gangs at the same time. There's nothing in the law that says that you can't be a part of two gangs at the same time. And there's nothing in the facts, there's nothing that you heard about the way the 200 operated that tells you that you can't be a part of two gangs at the same time. In fact, it's the opposite. All of the cooperators, people who had an inside view into the 200, told you that members of the 200 were often members of the 200 and another gang. That's the way it worked. So the fact that the defendant may have been a Blood, that doesn't mean that he couldn't be a 200. Far from it.

And let's not forget, you heard from Raymito that loyalty to the 200 was above everything else. Remember that story that Raymito told you about the time when a Blood asked the defendant to shoot Raymito? The defendant had to make a choice: Bloods or 200? Where did his loyalty lie? Who did he choose? He chose the 200 over the Bloods.

Let me now address some of the arguments you heard about the defendant's Instagram posts. Now, they just want you to believe that this is just a young man being stupid on the internet, playing gangster on TV, just pretending, just an online personality. They want you to think that we are singling out this defendant because he was just doing stuff online.

Members of the jury, the defendant's Instagram posts are not some internet nonreality. You can't look at this

evidence in isolation. You have to look at it as a whole. His username has the word 200 in it. He has pictures where he's standing next to the founder of the gang, the guy with the 200 tattooed on his neck, where they're all making gang signs and the defendant is making gun gestures. When you use your common sense, when you look at all of that evidence as a whole, you know that the defendant is not some 200 groupie. He is a member of that gang.

What about all the gun signs that he made in the camera? Was he just doing that to look cool? Was he just doing that to look strong? No. He was doing that to advertise the fact that he was the gang's shooter. How do you know that? You saw a loaded gun that the defendant was arrested for in 2015 right in the heart of 200 territory. That's another reason you know that the defendant was the gang's shooter.

How about the rap video, the rap video, where they say how Banga's going to snatch your jewelry and snatch your drugs? Was it just a song? Was it just some guys having a good time? No. It's relevant evidence. You know that he actually snatched people's jewelry and their drugs, because you heard from the cooperators that the defendant committed crimes just like that.

You see, what the defense is trying to have you do here is to look at the evidence in isolation. But you know that that is not the way things work. You have to look at

things as a whole.

Think about it. Think about a 100-piece puzzle of an elephant. The puzzle pieces are all in the box. You can take out one puzzle piece and say, hey, that's just some gray piece of cardboard with some jagged edges. You take out another piece, say, oh, that's just another gray piece of cardboard with some jagged edges. But that's not how it works. You have to put all the puzzle pieces together. All 99, 100 puzzle pieces together. And when you do that, look at the evidence as a whole, you see that there's an elephant; you see that the defendant was a member of the 200.

You also heard a lot of argument about boasting. This was just boasting. This is just bravado. This is just people trying to look tough on the street. Let's talk about that a little bit.

So, one of the arguments that the defense counsel made was something that Lefty said. Lefty said that there, that he was told that they burnt the van. And they say, well, this must just be evidence that they're all just boasting. So why don't we just pull up that testimony.

Ms. Abrams, can you pull up page 842 of the transcript, lines 10 through 13.

While we get this up on the screen, I'll just read it to you, and you can always refer back to it when you're doing your deliberations.

Case 1:18-cr-00319-SHS    Document 544    Filed 05/20/22    Page 39 of 175

1  So, Lefty was asked:

2  "Q. Do you remember telling the government that Banga told you

3  after this person was killed that the van was burned up?"

4  And Lefty said:

5  "A. It was Necio and Banga that was talking at the moment ."

6  And then the question was:

7  "Q. That the van was burned?"

8  And then Lefty said:

9  "A. He was talking about the van was burned and they shot in

10  the middle of the street."

11  So let's talk about the van being burned. Now, they

12  ask a follow-up question about what he meant by the fact that

13  the van was burnt:

14  "Q. Do you mean that the van was set on fire?

15  Or was the van burned because it was caught on camera

16  as it was? You don't actually know what was meant by that.

17  And by the way, Lefty's testimony that they believed

18  they didn't get caught by the cameras because a bus was

19  blocking them, check out Government Exhibit 903. It's a view

20  of St. Nicholas Avenue from across the street. And you'll see

21  that there's a bus that is blocking the scene. Ms. Abrams has

22  pulled it up for you. Take a look there. You can see the bus

23  on the far corner of the screen that's parked there, standing.

24  (Video played)

25  MS. BHASKARAN:  The bus is still there.

---

1  (Video played)

2  MS. BHASKARAN:  See the bus moving.

3  (Video played)

4  MS. BHASKARAN:  So you might be asking yourself after

5  all this argument about this boasting, was someone just taking

6  credit for a crime they didn't do?

7  Keep this in mind. This is how you know that that

8  wasn't boasting. It would be one thing if this murder was

9  committed by a single person and no one saw it. But that's not

10  what happened. You saw the video. There were two shooters and

11  at least two other gang members who came to watch. You can't

12  lie about committing a murder when your fellow gang members

13  witnessed it. If the defendant was just boasting about killing

14  someone, he would have been called out for it. But that's not

15  what happened here. The defendant was able to brag about his

16  role in the murder because his fellow gang members were there

17  to see it happen, and that's how he gained status in the gang.

18  Your common sense tells you that the defendant could not have

19  just been boasting about a shooting that he did not go. This

20  was not just talk. It was action.

21  Another thing you should keep in mind here is that if

22  the defense's arguments are right, here's one thing that has to

23  be true:  The defendant must be the unluckiest man in the

24  world. Think about all of the unbelievable coincidences that

25  would have to be true for the defense's arguments to make any

---

1  sense.

2  So, first, the defendant would just happen to be

3  friends with Ito, the second shooter, and just happen to post

4  "free Ito" on Instagram.

5  The defendant would just happen to throw 200 gang

6  signs on Instagram even though he wasn't a member of 200.

7  That's just a coincidence.

8  The defendant's cell phone, by sheer happenstance,

9  just happened to be found broken on the pavement, surrounded by

10  spent shell casings, right where the shooters stood when they

11  killed Orlando Rivera.

12  The second shooter on the video just happened to have

13  the same distinctive hairstyle that the defendant had at the

14  time. The second shooter just happened to have the same

15  forehead, just like the defendant. The second shooter just

16  happened to have the same jaw line like the defendant, the same

17  facial hair like the defendant.

18  It was also just a coincidence that the defendant

19  happened to cut that distinctive hair off shortly after the

20  murder.

21  Was it just a coincidence that the defendant just

22  happened to have the same pants as the shooter? And on top of

23  all of that, the defendant just happened to take credit for a

24  murder he didn't commit? Not once but over and over and over

25  again?

---

1  Members of the jury, is all of that supposed to be a

2  coincidence, just a matter of truly terrible luck? The

3  evidence tells you that that is not true. Your common sense

4  tells you that that is not true. The defendant is not the

5  unluckiest man in the world. The evidence looks devastating

6  because it is devastating.

7  The defense also spent a lot of time talking to you

8  about what is not in evidence. So let's talk about this for

9  just a moment.

10  As the defense alluded to, we expect that Judge Stein

11  will instruct you that the government is not required to use

12  any particular investigative technique and that whether the

13  government chose one investigative technique over another is

14  not a question before you. The question before you is whether

15  the evidence that has been admitted in this case proves the

16  defendant's guilt beyond a reasonable doubt. The question

17  before you is not whether the defendant should have been

18  arrested shortly after the murder or within two years from the

19  murder, or something else like that. That is not the question

20  before you.

21  So let's talk about some of the evidence that they say

22  that you should have that you don't have and see if it makes

23  any sense. Let's talk about the DNA.

24  Where would DNA be? On the shell casing s, on the

25  bullet fragments, the ones that blasted from the gun with so

M5aWpab6        Rebuttal - Ms. Bhaskaran.        1058

1   much heat that all the DNA burns off?  The defense made a lot
2   of points about the defendant's DNA at the crime scene or
3   whether there was any DNA.  Please keep this in mind.  You've
4   heard this a few times.  There is no evidence, none, that it
5   was even possible to match the defendant's DNA to the crime
6   scene.  Any suggestions, questions that are arguments, those
7   are not, that is not evidence.  There is no evidence that it
8   was even possible to match the defendant's DNA to any DNA that
9   was recovered from the crime scene.
10          How about the other eyewitnesses?  Defense counsel
11  complained that you didn't hear from any of the victims or the
12  eyewitnesses that were shot on October 2.  Now, these were
13  the same eyewitnesses who were running for their lives.  You
14  saw the video.  Were they sticking around to take photos of
15  what was happening?  Were they trying to get a good look at the
16  shooters?  No.  They were running away.  They were being shot
17  at.  They were trying not to die.  As I expect Judge Stein will
18  instruct you, while the government always has the burden, each
19  party has an equal opportunity, or lack of opportunity, to call
20  any witness.  So this claim about other witnesses, that's
21  really ultimately just a distraction.
22          So all the evidence that the defense complains that
23  you don't have, keep this in mind:  You don't need.
24          You don't need DNA and fingerprints when the
25  defendant's cell phone was found at the crime scene, right by

M5aWpab6        Rebuttal - Ms. Bhaskaran.        1059

1   where the shooters stood.  You don't need eyewitness testimony
2   when you have the security cameras.  You don't need -- you have
3   the security cameras.  You could see it with your own eyes.
4   They made a point about how, oh, we didn't show the cooperators
5   the videos.  That's because we're showing you the videos.  You
6   can look at those videos and assess who was there, who was that
7   second shooter.
8           And let me address this other point that they make
9   about the phone that was found at the crime scene.  The point
10  there seems to be that because the other phone has two other
11  names on the phone with the word "Banga" on it, that somehow
12  makes the phone that was found at the crime scene not Banga's.
13          Well, let's think about that for a second.
14          First of all, there's no evidence in this case that
15  anyone called the defendant primo Banga or blue Banga, or
16  anything else like that.
17          And second of all, it could also easily be the case
18  that those were other phone numbers that were used by the
19  defendant.  But that ultimately is all a distraction, because
20  here's the only point that matters.  The phone that was found
21  at the crime scene had a phone number that was saved as Banga,
22  the name that everyone knew the defendant as  -- Banga.  It was
23  Banga's phone.  It shows you that the defendant was standing
24  right there where those shooters stood when they shot and
25  killed Orlando Rivera.

M5aWpab6        Rebuttal - Ms. Bhaskaran.        1060

1           I'm now going to address some arguments that you heard
2   about motive, and I think as an initial matter, we should just
3   be clear here about what you need to find.
4           The requirement in the law that you need to find
5   regarding Count Two deals with the purpose of the murder, and
6   this element is satisfied if the defendant committed the murder
7   because he knew it was expected of him by reason of his
8   association with the 200 or because it would maintain or
9   enhance his position or prestige within the gang.  And the
10  entire purpose of the murder does not have to be gang-related.
11  Just some part of it has to be gang-related, and there could be
12  dual purposes.  There could be more than one purpose.  And you
13  heard lots of evidence about what the purpose of this murder
14  was.  You heard it from some of the people who were best
15  equipped to tell you what the purpose of the murder was.
16          You heard from Raymito.  What did Raymito tell you?
17  Raymito told you that the purpose of the murder was to get back
18  at a rival gang because Milton Chardon had got jumped.
19          You also heard it from Lefty.  What did Lefty tell
20  you?  Lefty told you that he thought that the murder was over a
21  dispute involving a girl.  Lefty also explained to you how
22  gang-related disputes often related to women because they
23  ultimately boiled down to disrespect.  And whether the way
24  Raymito described it or the way Lefty described it to you, it
25  all comes down to one thing -- disrespect.  That testimony was

M5aWpab6        Rebuttal - Ms. Bhaskaran.        1061

1   not inconsistent.  It was consistent.  They were both talking
2   about a dispute that came down to an issue of disrespect.
3           You know also from the evidence in this case that the
4   purpose of this murder was gang-related.  When the 200 needed
5   to strike at an enemy gang, the defendant was one of the gang
6   members that they turned to.  He was the gang's shooter.  So by
7   participating in the murder, the defendant's status in the gang
8   went up.  That fact also helps satisfy that element.
9           The murder also raised the prestige of the gang.  You
10  heard that from P-Mula.  People started to take them very
11  seriously because they knew that these were guys who could
12  kill.  That, too, satisfies the element.
13          All right.  I'm going to spend the rest of my time
14  talking to you about the cooperators.
15          Mr. Schneider spent a lot of time arguing to you that
16  you cannot believe the cooperating witnesses.  They want you to
17  believe that they are manipulative monsters who have fooled the
18  government and now are out to fool you.  They want you to focus
19  how bad they are, how heinous their crimes are, and how they
20  cut deals with the government just to protect themselves.  The
21  argument that they've made to you basically boils down to this:
22  The cooperators are bad people so you can't believe them.
23          Now, ask yourself, why are they making this argument
24  to you?  They're making this argument because if you believe
25  them, even if you believe just one of them, the defendant is

1  guilty. He's guilty of being a member of the 200, and he's
2  guilty of participating in the murder of Orlando Rivera. So
3  they have to argue that each and every one of the cooperators
4  was lying. They have to argue that they all took the stand,
5  cooked up some lies, and are just trying to fool you.
6      You'll see that this argument does not hold up. In
7  this case, three members and associates of the 200, all with
8  different vantage points, came in and testified about their
9  lives, their crimes, and what they knew about the defendant.
10 You'll assess their credibility the way you assess the
11 credibility of any other witness. Think about their demeanor.
12 You'll think about their body language, the corroborating
13 evidence, and their incentives for testifying.
14     When you do all of that, you may well conclude that,
15 yes, these men, these cooperators, are violent, selfish
16 criminals. But you're also going to conclude that they are
17 selfish, violent criminals who are telling you the truth.
18     Defense counsel made much of the fact that the
19 government entered cooperations with these men, these violent,
20 selfish criminals. But keep this in mind. The government did
21 not choose these people. The defendant did. It would have
22 been much easier if the defendant chose to commit crimes with
23 people with spotless records. But of course, that is not what
24 the defendant did. He chose to commit crimes with experienced,
25 hardened criminals.

1      The defendant chose to attempt robberies with P-Mula.
2  The defendant chose to lend a gun to Lefty so that Lefty could
3  shoot at someone. The defendant chose to beat up and strip
4  naked a guy in Miami that Raymito had a problem with. The
5  defendant chose these people. These were his fellow gang
6  members and associates.
7      Keep another point in mind. No one's asking you to
8  trust these cooperators with important decisions in your
9  personal lives. No one's asking you to trust these cooperators
10 with your most prized possessions or your wedding rings. No
11 one's asking you to have these cooperators watch your kids one
12 evening.
13     The question is whether you can trust these
14 cooperators to tell you about the 200 : How does the 200 work ?
15 Did the 200 commit robberies? What about their burglaries?
16 What about their drug dealing, their shootings? And I submit
17 to you that these are precisely the people you would turn to
18 for those sorts of questions. The question is, using your
19 common sense, when you look at their testimony as a whole, is
20 what they are saying about the 200 and this murder credible?
21 Was it believable?
22     So let's talk for a moment about why you know that
23 they're telling you the truth. I'll start with the incentives.
24 Here's one thing everyone can agree on: Cooperators are
25 selfish; they are trying to help themselves. But here's the

1  thing. The only way that they can help themselves is to tell
2  the truth.
3      So let's look at what the cooperators did. They told
4  the government about all their crimes. Then they signed
5  agreements that gave them mandatory minimum sentences, serious
6  mandatory minimum sentences -- for Raymito, 37 years; for
7  Lefty, 20 years; and for P-Mula, at least 20 years.
8      They can all be sentenced to life imprisonment. Why
9  did they sign these agreements? In the hopes that a judge
10 would see that they told the truth and give them a lower
11 sentence.
12     But in the defense lawyers' view, the cooperators'
13 plan was far more convoluted. I think it goes something like
14 this:
15     First, all of them decided that after committing a
16 life of crime, they would all start cooperating against the
17 defendant.
18     Second, they would each tell the government about all
19 of their gruesome crimes, even the ones that they haven't been
20 arrested for, like burning people with hot irons, punching a
21 deaf child, shooting at people. And by giving the government
22 all of this information, they just put all of this terrible
23 conduct, that no one knew about before , before a judge who has
24 the power to sentence these men to up to life imprisonment .
25     Third, cooperators all have to agree to lie about the

1  defendant's involvement in the 200 and his murder of Orlando
2  Rivera. And at the same time, they all have to coordinate
3  their lies so that they match up perfectly, because if they don't,
4  they'll all get caught in a lie.
5      What else does it take to coordinate these lies?
6  These cooperators have to trust each other that the other one
7  will get the lie straight. That's right. P-Mula, the guy with
8  the "trust no one" tattoo on his neck, he has to trust Raymito,
9  the guy who robbed him. He has to trust that Raymito won't get
10 up the stand and mess it up for P-Mula.
11     Fourth, in addition to drumming up lies about the
12 defendant, all of the cooperators have to agree that they
13 should be truthful about the crimes that they committed with
14 each other. Otherwise, they'll be caught in a lie. Let me put
15 that differently: They're all going to lie about the defendant
16 but be honest about all the terrible things that they did.
17     Fifth, they'll have to hope that the defendant's going
18 to go to trial and the government is going to call them to
19 testify.
20     Sixth, they have to hope that their lies won't get
21 exposed on the stand after being cross-examined for hours upon
22 hours by experienced defense counsel.
23     Seventh, they have to hope that their lies are
24 consistent with all the other evidence in this case that
25 they've never seen.

1   And finally, after all that hoping, they would have to
2   hope that maybe they won't get caught in a lie and that the
3   judge would give them a better sentence, making it worthwhile
4   to have confessed to all those other crimes that no one knew
5   about before.
6   Oh, and keep this in mind. All those crimes that they
7   committed in jail, that's all before the judge too, so the
8   judge gets to consider that as well in deciding what sort of
9   sentence they should get.
10  Members of the jury, that seven-step plan that I just
11  described is completely nuts. It's bananas. No rational human
12  being would ever sign up for anything like that, especially
13  when their lives are at stake.
14  What's in the cooperators' heads is something that is
15  far, far simpler. It goes like this: Tell the truth. If I
16  tell the truth, I cannot get caught in a lie. And if I tell
17  the truth, maybe, just maybe, I can get a lighter sentence.
18  So what's the answer to all of that? How do you get
19  around that?
20  There's a suggestion that some of these lies have been
21  coordinated, that they talked to each other, that they're
22  coordinating their testimony. Keep this in mind. There is
23  zero evidence in this case -- zero -- that the witnesses in
24  this case concocted a plan to frame the defendant.
25  So how can you be sure that that's the case?

1   First, remember the incentives that I just described.
2   If they get caught in the slightest lie, they're in prison for
3   decades.
4   Second, think about not just what they said the
5   defendant but what they didn't say. If the cooperators were
6   trying to sink the defendant, I bet you they could come up with
7   some far, far better lies.
8   Let's think about Raymito. He told you about just
9   some attempted robberies that he did with the defendant. But
10  Raymito has done tens upon tens of robberies in his life, armed
11  robberies. If Raymito's trying to sink the defendant, if he's
12  trying to get him convicted, why wouldn't Raymito put the
13  defendant in one of those robberies?
14  How about P-Mula? P-Mula had to tell you about the
15  murder, and what he had to tell you was something that he heard
16  from Milton. P-Mula also told you that he was very close to
17  the defendant. So if he was lying, if he was trying to sink
18  the defendant, why wouldn't he just say that he had a
19  conversation directly with the defendant?
20  How about Lefty? Lefty has told you that he's
21  committed more robberies, home invasions, and breaking
22  incidents than he can even remember. But you heard him say
23  that he never did a robbery with the defendant. If he was
24  trying to sink the defendant, why wouldn't he throw the
25  defendant in a robbery or two?

1   And here's the thing. If they were trying to frame
2   the defendant, they would want to make sure that their stories
3   lined up 100 percent, that every little detail matched up. But
4   defense counsel says that these inconsistencies mean that
5   they're lying. But actually, these inconsistencies tell you
6   that they're telling the truth. One big inconsistency -- well,
7   not big inconsistency, but one inconsistency that defense
8   counsel raised was an inconsistency between the robbery dates
9   or the attempted robbery dates that Raymito mentioned that he
10  did with the defendant. The suggestion there is that Raymito
11  must be lying because he got the dates of those attempted
12  robberies wrong. The important thing here to do is to pay
13  close attention to the testimony.
14  Ms. Abrams, can you pull that up. It's page 241 of
15  the transcript.
16  All right. Take a look at page 241 of the transcript,
17  starting around line 14:
18  "Q. When was the first one?
19  "A. Maybe sometime, like, between November to January. I'm
20  not sure of the month."
21  Is this some crazy inconsistency? Is this some
22  outright lie that was caught?
23  The defendant -- Raymito testified to the best of his
24  ability, and he wasn't even sure about the date. Look at it.
25  You can see the testimony. He says: "Sometime, like, between

1   November to January. I'm not sure of the month."
2   This was over six years ago. If someone told you
3   about something six years ago, someone asked you about an event
4   that happened in your own life six years ago, and you were off
5   by three or four months, does that mean that you're lying? Of
6   course not. That's just the way human memory works.
7   Let's look at the other example that they pointed to.
8   Ms. Abrams, can you go to page 246 of the testimony --
9   this is the second attempted robbery -- lines 4 and 5:
10  "Q. And approximately when did this happen?
11  "A. 2017, like January to like March, around that time, before
12  March."
13  Again, is this some terrible inconsistency that showed
14  Raymito was lying, or is he testifying carefully? Like March?
15  Is "like March" that different from April of 2017? This is
16  just the way human memory works.
17  Now, think about it in your own lives. Remember last
18  week you heard opening statements in this case. Ms. Espinosa
19  gave an opening statement for the government. Ms. Macedonio
20  gave an opening statement for the defense. If each of you
21  independently had to write down what was said, I would imagine
22  you would all remember things just a little bit differently.
23  Does that mean that you're lying? No. That is just the way
24  human memory works.
25  Now, imagine someone asked you that same question six

1  years from now, eight years from now.  If you wrote things down
2  a little bit differently, does that mean you're lying?  Of
3  course not.  You know that because of your common sense.
4        Here's another point I'd like to make about the
5  cooperators, which is that the defense is trying to have it
6  both ways.  They want you to believe that every bad thing that
7  the cooperators said about themselves are true.  So all of
8  those times as the cooperators tortured someone, believe that.
9  All of those times that the cooperators heard that the
10 defendant was one of the shooters who killed Orlando Rivera,
11 don't believe that.
12       Your common sense tells you that that is not the way
13 things work.  The defense can't have it both ways.  Witnesses
14 don't just happen to be telling the truth every time they say
15 something that looks bad for them but lie every other time.
16 You know what's actually going on here.  They are telling you
17 what they know and they're telling that because if they lie --
18 P-Mula, Lefty, Raymito -- they spend decades in jail.
19       Now, here's the final reason you know that the
20 cooperators are telling you the truth.  Their testimony is
21 corroborated.  It's corroborated by each other's testimony and
22 all the other evidence that you have seen during this trial.
23 All of them testified that the defendant was a member of the
24 200.
25       And you don't just have to take their word for it.

1  Remember all the evidence from the defendant's Instagram
2  account, Prettiestgangsta200.  You have all the pictures and
3  the posts where he's throwing up 200 gang signs and boasting
4  about his membership with the 200.  All of the cooperators
5  testified that the defendant was the gang's shooter, that he
6  went by the nickname Banga, the Bang Man, the bang of a gun.
7  You saw the rap video where he looks straight at the camera
8  making gun gestures.  You saw the Instagram posts where he's
9  making gun gestures, and you saw the gun that he was arrested
10 with in 2015.
11       All of the cooperators testified that the defendant
12 was the one who killed the victim, Orlando Rivera.  Whether the
13 cooperators heard it from the defendant directly or from
14 another 200, they all heard the same thing:  The defendant
15 believed that it was his bullet that killed Orlando.  That is
16 powerfully consistent testimony.
17       And keep this in mind.  The cooperators have no idea
18 that the defendant's cell phone was found at the crime scene.
19 They have no idea that that security camera on Hillside Avenue
20 captured the defendant within minutes of the murder.  So what
21 do you make of the fact that all of this evidence lines up?
22 What do you make of the fact that the pieces of the puzzle fit
23 together?  It's that the cooperators are telling you the truth.
24       And here's another thing.  You don't even need the
25 cooperators' testimony to find beyond a reasonable doubt that

1  the defendant was a 200 and he was one of the shooters that
2  killed Orlando Rivera.  You know that the defendant agreed to
3  participate in the affairs of the 200 from all of the social
4  media posts.  You know that the defendant was at the shooting
5  that killed Orlando Rivera because his cell phone was found in
6  a pool of shell casings.  You know that the defendant was the
7  second shooter because you have the video showing a man who
8  looks just like the defendant -- the same hairstyle, the same
9  forehead, the same jawline, the same pair of pants.
10      I'm about to sit down, so I want to leave you with a few
11 concluding thoughts.
12      At the end of the defense's summation, they tried to
13 put a lot of this on you, to make it feel like it's your
14 responsibility if the defendant is convicted.  It's not.  The
15 defendant is guilty because of what he did.  You did not make
16 the defendant guilty.  It is the evidence of the defendant's
17 actions -- his words, his actions -- that make him guilty.
18      Defense counsel also talked a lot about the standard
19 here:  Beyond a reasonable doubt.  That is the standard.  We
20 embrace that standard, and we have met that standard.  But
21 please keep this in mind.  There's nothing mysterious or
22 magical about the term "beyond a reasonable doubt."  It is the
23 burden of proof that is applied every day, in every criminal
24 trial, in every courtroom across this country, since the
25 founding of this country.

1        This hasn't been a long trial, but it is an important
2  one.  The defendant was a member of a gang that terrorized
3  neighborhoods in northern Manhattan with its robberies, with
4  its drug dealing and its shootings.  And on that calm October
5  evening, the defendant, the gang's shooter, walked up to a
6  street corner, took out a gun, and opened fire at a group of
7  people.  The defendant was one of the shooters who murdered
8  Orlando Rivera.  He was proud of what he had done, and he
9  thought he could get away with it.
10      He was wrong.  It is time to hold him accountable.
11 Consider the evidence.  Consider the law.  And most of all, use
12 your common sense.  Find the defendant guilty.
13      THE COURT:  Thank you, Ms. Bhaskaran.
14      Ladies and gentlemen, it's almost 4:30.  I have
15 another matter at 4:30.  We're going to adjourn for the day.
16 I'm asking you to be here in the jury room, the jury room of
17 courtroom 23B, at 9:15 tomorrow.
18      There are two parts of this trial left.  One is the
19 charge, and two is your deliberations.  When all of you are
20 here tomorrow and my deputy brings you in and I see you're
21 here, I'll read the charge to you.  It is everyone's
22 expectation that you will have this case for your consideration
23 by midmorning tomorrow.
24      The court system is going to pay for your lunches.
25 When you come in, my deputy will take your lunch orders.  It's

M5aWpab6

1  from the cafeteria, so that you don't have to go out during

2  lunch, assuming you're still deliberating.

3          Please be here at 9:15 tomorrow.  Enjoy the evening.

4          (Jury not present)

5          THE COURT:  All right.  Thank you.  9:15 tomorrow

6  morning.  9:15.

7          (Adjourned to May 11, 2022, at 9:15 a.m.)

M5aWpab6

DEFENDANT EXHIBITS

Exhibit No.                         Received

E  . . . . . . . . . . . . . . . . . . . . .           951

**MR. HOBSON:**
[15] 912/4 938/16
950/9 950/13 950/15
951/8 951/22 953/1
954/17 958/16 973/9
973/23 982/9 990/21
1034/20
**MR. SCHNEIDER:**
[67] 903/3 904/5
905/3 905/5 905/7
906/4 906/16 907/1
907/16 913/25 915/2
915/4 915/6 915/8
915/25 917/2 917/5
917/10 917/12
917/21 918/4 918/6
918/8 920/9 921/7
921/21 921/24 922/2
922/4 922/8 922/16
922/18 922/22 923/3
923/5 923/13 923/24
924/13 924/19
924/23 925/15 926/8
926/12 926/18
926/24 927/2 927/19
928/18 928/22
928/25 929/9 929/15
937/22 949/14
1001/16 1001/19
1002/6 1002/9
1002/11 1002/15

1002/23 1004/2
1034/24 1035/2
1035/6 1035/8
1048/5
**MS.
BHASKARAN:**
[43] 903/10 903/16
904/1 904/14 904/16
904/20 904/24 905/1
906/8 906/14 907/3
907/14 907/24 908/5
908/16 908/23
909/15 909/21 910/2
910/6 910/10 910/12
910/15 910/22 911/3
911/7 911/18 911/24
912/16 912/25 913/3
913/23 914/18
945/16 945/21
1047/3 1047/5
1047/15 1048/8
1048/10 1054/25
1055/2 1055/4
**MS. ESPINOSA:**
[45] 916/2 918/23
919/1 919/8 919/14
919/18 920/12
920/24 921/3 925/5
925/18 927/22
932/17 932/21
933/13 933/16
933/22 934/1 934/3

934/25 935/4 935/8
935/12 935/16
935/18 935/22 936/7
936/9 937/2 937/5
937/12 937/16 938/2
938/8 939/7 939/11
939/13 939/24 940/6
940/22 941/18
942/11 942/17 946/4
948/20
**MS.
MACEDONIO:**
[32] 903/5 931/1
931/11 931/15
931/17 931/23 932/1
932/10 932/13
932/18 933/1 933/3
933/9 933/12 934/11
936/12 936/16
938/21 939/2 940/18
941/11 941/21
941/24 943/10
943/13 945/25 946/8
946/12 948/22
949/12 951/18 952/2
**THE COURT:**
[210]
**THE
DEFENDANT:** [9]
946/19 947/5 947/12
947/18 947/24 948/6
948/12 948/14

**THE DEFENDANT:... [1]** 948/17

**$**

$10,000 [1]  977/20
$20 [1]  965/17

**'**

'17 [2]  1023/25 1043/4
'18 [1]  1043/4

**-**

------------------------

----x [2]  902/2 902/7

**.**

.38 [1]  974/25
.380 [1]  974/24

**1**

10 [5]  902/8 948/23 948/24 949/3 1053/22
100 [6]  957/8 957/8 957/14 957/14 1053/8 1068/3
100-piece [1]  1053/2
100s [2]  957/8 957/14
101 [3]  989/9 989/21 1028/19

101 [3]  989/21 1028/20
11 [2]  975/17 1074/7
12 [1]  914/24
13 [1]  1053/22
136 [3]  938/10 938/18 944/12
14 [1]  1068/17
15 [4]  948/23 953/11 980/16 1047/8
16 [1]  937/8
160s [1]  966/9
17 [1]  978/17
18 [5]  902/4 904/3 978/17 979/1 987/17
182 [1]  966/17
182nd [1]  966/17
19 [2]  1025/8 1032/2
193 [8]  966/22 980/10 980/10 993/20 994/1 995/3 995/7 999/13
193rd [8]  954/10 965/23 966/18 966/20 966/23 980/9 980/11 1021/14
1962 [2]  907/19 908/7

**2**

20 [7]  908/8 968/6 971/9 1037/14 1047/8 1064/7

200 [202]
200's [10]  956/17 965/3 966/7 966/8 966/15 968/20 968/23 980/10 980/12 1049/6
200Block [1]  957/21
200Gz [1]  957/10
200s [28]  953/11 953/19 959/18 960/4 960/18 964/10 964/11 964/22 965/18 966/11 966/18 966/23 967/15 967/22 969/11 971/14 971/23 971/25 972/3 989/11 990/2 991/19 993/18 995/1 1000/11 1017/25 1038/5 1039/23
200s: being [1]  969/10
200th [1]  964/1
2012 [1]  963/20
2014 [17]  953/10 954/10 956/21 957/18 968/9 968/16 980/6 987/17 988/7 988/12 988/13 991/16 993/17

**2**

2014... [4] 993/19 1000/12 1004/12 1010/23
2015 [5] 957/20 975/17 975/25 1052/14 1071/10
2016 [6] 944/11 1023/25 1025/8 1032/2 1032/23 1043/4
2017 [10] 958/11 978/8 1025/5 1025/6 1025/8 1032/3 1032/24 1033/15 1069/11 1069/15
2018 [1] 958/2
2021 [1] 958/24
2022 [5] 902/8 914/24 960/2 1043/5 1074/7
2074 [3] 938/11 938/18 944/12
2077 [1] 938/18
2077-78 [1] 938/11
21 [1] 904/18
23 [1] 944/11
23B [2] 1001/10 1073/17
24 [2] 1025/8 1032/3
241 [2] 1068/14 1068/16

25 [1] 904/18
2880 [1] 944/13
29 [3] 934/14 949/15 949/20
2:00 [1] 1002/2
2hunnit [8] 956/15 956/25 958/6 958/6 959/2 959/11 960/10 1015/2

**3**

30 [5] 931/21 932/19 932/21 1037/14 1047/5
301 [1] 944/12
302 [1] 937/8
303 [2] 987/16 988/12
305 [2] 957/9 988/14
306 [1] 957/13
307 [2] 944/12 957/15
308 [1] 987/12
311 [1] 986/8
313 [1] 957/20
315 [1] 957/22
317B [1] 973/7
319 [1] 902/4
32 [3] 933/1 933/5 933/19
321 [1] 958/3
326 [2] 962/2 969/14

34 [3] 904/19 905/18 905/24
35 [4] 904/19 935/1 935/16 982/12
3591 [1] 905/16
36 [1] 904/19
37 [3] 904/19 907/8 1064/6
38 [1] 904/19

**4**

40 [4] 939/8 939/11 968/7 1039/5
403 [2] 920/14 930/16
41 [1] 940/23
42 [1] 941/22
45 [2] 933/22 934/3
4:30 [3] 1047/6 1073/14 1073/15

**5**

50 [1] 968/7
5420 [13] 956/16 956/16 956/17 965/10 965/11 965/12 965/13 965/14 965/19 971/24 991/19 1018/11 1018/22
579 [1] 944/12
59 [3] 934/25 935/8

**5**

59... [1] 935/16
5K [2] 1041/8 1044/2

**6**

6-Block [8] 966/8 966/9 966/12 966/13 972/15 972/16 978/7 978/8
60 [1] 1036/9
601 [1] 980/19
604 [1] 975/16
609 [3] 925/20 925/20 928/7
64 [1] 932/25
67 [2] 939/8 939/10
677 [1] 929/23
68 [1] 940/23
6:30 [1] 980/6

**7**

70-plus [1] 1002/14
7673 [2] 990/7 990/10
78 [1] 938/11

**8**

80 [2] 1036/2 1040/20
801 [14] 915/13 917/6 921/12 922/13 922/21 922/23 923/6

924/20 926/2 989/19 989/21 1030/1
806 [17] 915/15 915/21 915/23 917/3 917/6 917/9 921/10 921/21 922/9 922/11 922/17 927/12 928/17 929/21 930/11 930/11 930/14
842 [1] 1053/21
844 [2] 1021/20 1021/22

**9**

9-1-1 [1] 980/13
903 [1] 1054/19
907 [1] 929/23
911 [1] 1007/17
912A [2] 981/23 982/1
912M [2] 1010/4 1010/7
912S [1] 986/17
912U [1] 986/4
917-557-7673 [2] 990/7 990/10
99 [1] 1053/8
9:15 [5] 1073/17 1074/3 1074/5 1074/6 1074/7
9:25 [1] 902/9

**A**

a.m [2] 902/9 1074/7
abetted [6] 912/22 939/18 940/2 998/23 999/5 1004/12
abetting [3] 942/6 992/23 992/24
abettor [1] 1005/24
ability [2] 1022/25 1068/24
able [8] 928/1 1002/13 1003/15 1003/20 1004/24 1019/9 1019/10 1055/15
about [288]
above [1] 1051/12
Abrams [5] 902/24 1053/21 1054/21 1068/14 1069/8
absolute [1] 1013/2
absolutely [3] 943/20 1041/22 1047/20
Academy [3] 965/5 1018/22 1018/23
accept [3] 1026/13 1033/20 1033/22
acceptable [1] 948/15
accepted [3]

Case 1:18-cr-00319-SHS Document 524 Filed 12/23/21 Page 1 of 1

**A**

accepted... [3] 1005/11 1005/12 1031/9

according [8] 983/4 1018/21 1018/23 1019/14 1019/15 1021/7 1022/4 1023/14

account [6] 956/8 956/11 965/13 974/13 986/9 1071/2

accountable [2] 1001/5 1073/10

accurate [1] 934/11

accusation [1] 1003/3

acknowledged [1] 1046/2

across [3] 965/9 1054/20 1072/24

acting [2] 991/25 1013/17

action [2] 978/13 1055/20

actions [2] 1072/17 1072/17

activities [6] 913/21 944/16 944/17 944/20 944/24 950/4

activity [23] 907/6 908/19 909/17

913/12 934/6 934/6 934/17 934/17 936/2 936/3 938/9 940/8 940/11 944/8 945/5 945/5 997/11 997/16 998/14 998/19

acts [15] 909/7 911/2 935/13 943/8 944/1 949/25 950/2 997/16 997/17 997/18 997/24 997/25 998/9 998/10 998/10

actual [3] 960/23 980/18 997/17

actually [15] 910/15 961/20 965/24 972/21 973/6 973/23 976/10 976/12 995/1 1002/11 1030/16 1052/19 1054/16 1068/5 1070/16

ADAM [1] 902/17

add [3] 933/3 935/4 939/23

added [3] 934/9 935/10 941/9

adding [2] 934/13 934/22

addition [1] 1065/11

additional [3]

Additionally [1] 905/5

address [10] 965/9 965/15 1004/9 1047/17 1049/3 1049/9 1050/18 1051/17 1059/8 1060/1

addressed [1] 944/14

adequate [1] 949/24

adjourn [1] 1073/15

Adjourned [1] 1074/7

admissible [3] 923/1 923/8 924/3

admission [3] 1020/16 1020/17 1020/18

admit [2] 923/14 993/16

admitted [16] 917/7 922/1 922/24 923/7 951/24 962/16 971/2 991/6 991/9 991/9 1039/12 1041/14 1041/15 1041/16 1048/22 1057/15

admitting [3] 973/19 973/20 974/6

advance [1] 941/7

Case 1:18-cr-00319-SHS Document 302-2 Filed 05/20/22 Page 50 of 71

**A**

adverse [2]  925/12
925/12
advertise [1]
1052/11
advertising [1]
956/18
advice [4]  948/7
948/8 948/9 948/9
affairs [1]  1072/3
affect [3]  944/20
1040/15 1041/2
affected [3]  935/19
940/10 997/10
affecting [1]  940/7
affects [1]  938/9
affiliated [1]  964/11
afraid [3]  1036/3
1036/4 1039/2
after [43]  914/23
919/10 953/16 956/9
956/21 957/19
966/20 966/21
971/16 975/22
986/10 987/18 988/4
989/5 992/7 992/10
993/12 996/9
1000/19 1000/20
1003/5 1003/5
1003/6 1007/9
1007/10 1008/20
1009/7 1009/12

1017/16 1022/15
1023/5 1025/5
1027/7 1027/8
1041/17 1046/6
1054/3 1055/4
1056/19 1057/18
1064/15 1065/21
1066/1
afternoon [2]
1001/22 1002/24
afterward [1]
1027/2
again [31]  911/13
914/8 930/14 931/6
938/5 938/7 940/23
957/9 957/15 962/8
971/10 983/25 988/5
992/13 994/21
998/15 1003/6
1007/2 1007/14
1008/21 1014/10
1018/9 1036/3
1042/14 1042/15
1044/5 1044/10
1044/23 1046/9
1056/25 1069/13
against [14]  914/4
917/18 918/10
918/20 921/25 962/5
964/4 972/9 979/17
981/13 994/9 1043/8
1045/23 1064/16

aggregate [1]
944/20
ago [7]  958/25 960/3
1000/18 1007/9
1069/2 1069/3
1069/4
agree [8]  933/7
956/2 956/4 976/11
1027/18 1063/24
1064/25 1065/12
agreed [16]  903/9
903/10 907/11
907/12 909/4 910/18
913/14 915/10
953/23 956/7 976/6
979/20 998/1 998/14
998/19 1072/2
agreed-upon [1]
903/9
agreeing [2]  976/2
997/9
agreement [22]
905/10 905/12
906/10 919/9 919/13
919/15 920/4 926/14
930/5 930/15 955/22
962/24 963/5
1037/11 1040/5
1040/17 1040/23
1041/3 1041/10
1041/16 1041/17
1042/19

**A**

agreements [8]
928/6 962/23 962/24
963/1 1041/13
1043/25 1064/5
1064/9
ah [2] 1033/7 1033/7
ah-ha [2] 1033/7
1033/7
ahead [15] 911/23
914/2 916/3 917/4
917/11 917/20 919/7
919/17 920/11
925/17 929/11
942/16 949/13 995/9
1042/5
aid [5] 908/3 939/8
950/5 954/2 998/21
aided [6] 912/21
939/18 940/1 998/23
999/5 1004/12
aider [1] 1005/24
aiding [3] 942/6
992/23 992/24
aim [1] 908/13
alerting [1] 913/19
alibi [1] 1033/3
all [239]
allegation [2]
903/19 908/4
allegations [3] 904/1
905/11 906/12

alleged [2] 930/10
940/10
allegedly [1]
1020/13
allegiance [1]
1050/17
allocute [1] 946/10
allocution [1]
948/18
allow [2] 923/20
1048/9
allowed [8] 915/16
915/19 917/8 917/14
918/15 928/16
929/13 929/25
allows [1] 983/9
alluded [1] 1057/10
almost [12] 927/7
967/21 975/3 984/22
985/2 985/9 986/5
986/20 987/3
1000/17 1047/15
1073/14
alone [3] 932/5
947/22 961/11
along [6] 929/4
967/3 973/18 986/21
987/23 1027/19
alongside [1] 961/24
already [13] 939/20
940/6 941/14 942/6
952/10 963/21

980/22 980/23 995/2
997/12 1031/24
1043/20 1050/1
also [78] 902/24
903/11 904/2 906/17
906/18 910/22 911/1
912/22 919/8 920/12
927/4 930/16 944/10
947/6 955/8 958/22
960/21 961/1 961/1
961/2 964/11 964/12
965/7 970/14 972/8
972/15 977/21 978/6
979/12 979/22 981/8
981/9 983/25 989/15
992/9 994/4 995/3
995/11 995/14
997/14 997/20
998/13 999/19
999/22 1014/5
1014/7 1015/13
1016/7 1019/3
1021/4 1021/24
1022/8 1024/9
1024/13 1024/14
1024/20 1025/4
1027/7 1033/6
1033/11 1038/11
1038/14 1038/24
1041/1 1044/20
1046/4 1053/12
1056/18 1057/7

**A**

also... [9]  1059/17
1060/19 1060/21
1061/3 1061/8
1061/9 1062/16
1067/16 1072/18
alternative [1]
944/5
always [10]  947/1
951/13 951/14
974/25 988/7
1038/14 1039/1
1047/21 1053/24
1058/18
am [13]  903/8
908/14 908/20
908/21 914/10 982/4
1021/21 1033/16
1035/24 1040/8
1044/17 1046/9
1047/3
AMERICA [1]
902/3
ammunition [2]
980/20 980/20
amount [1]  924/10
ample [1]  942/25
analysis [1]  929/21
angle [3]  982/24
987/20 987/21
another [40]  930/20
937/13 939/18 940/2

963/12 964/14
964/15 967/13
968/25 970/16 972/1
974/3 977/9 982/14
982/24 986/14
988/22 989/14 993/3
993/6 998/23 999/9
999/22 1027/19
1028/16 1028/17
1051/8 1052/14
1053/5 1053/6
1055/21 1057/13
1063/7 1070/4
1071/14 1071/24
1073/15
answer [9]  903/8
955/13 1010/2
1021/14 1033/22
1034/4 1046/8
1046/10 1066/18
answered [3]  962/20
1034/2 1034/5
any [67]  911/12
915/3 917/8 917/17
918/24 918/25 920/6
921/12 921/15 923/1
923/8 923/10 924/2
924/14 931/19
931/22 932/9 936/24
937/1 938/1 944/25
946/3 949/10 949/11

968/24 997/23 998/7
1007/1 1007/3
1007/7 1008/2
1008/24 1009/9
1009/13 1010/1
1010/14 1010/16
1010/16 1013/3
1014/15 1014/16
1020/11 1020/12
1020/12 1020/14
1021/10 1024/7
1026/2 1026/3
1026/4 1026/4
1031/20 1032/7
1038/6 1039/6
1046/7 1055/25
1057/12 1057/23
1058/3 1058/6
1058/8 1058/11
1058/20 1062/11
anybody [22]  959/2
1010/25 1014/8
1014/9 1017/5
1017/8 1017/16
1017/17 1017/21
1019/14 1021/18
1021/20 1023/19
1023/19 1026/5
1026/8 1031/4
1031/7 1036/21
1039/15 1043/4

**anybody... [1]** 1043/14

**anyone [5]** 959/13 969/2 1028/1 1046/12 1059/15

**anything [36]** 906/13 909/13 914/17 915/1 923/20 925/25 926/1 932/20 932/23 933/23 940/21 941/20 947/1 947/3 947/7 948/18 948/21 951/13 951/16 952/1 955/19 978/25 991/2 997/3 1008/6 1009/7 1009/24 1018/6 1019/18 1020/13 1031/8 1031/17 1039/14 1049/25 1059/16 1066/12

**anyway [1]** 1038/21

**anywhere [5]** 1009/10 1009/18 1010/16 1023/18 1023/20

**apart [2]** 930/24 1040/18

**apartment [2]** 985/3 1018/14

**apologies [1]** 936/16

**apologize [4]** 916/2 918/4 928/21 935/12

**apparently [2]** 1035/4 1042/19

**appear [1]** 989/23

**APPEARANCES [1]** 902/15

**appears [1]** 958/3

**applied [1]** 1072/23

**applies [1]** 912/9

**apply [1]** 942/7

**appreciate [2]** 937/25 948/16

**approach [1]** 928/1

**appropriate [7]** 911/1 920/19 926/15 928/4 928/8 942/24 1047/23

**appropriately [1]** 924/13

**approve [1]** 961/14

**approximate [3]** 1033/23 1034/8 1034/8

**approximately [1]** 1069/10

**April [2]** 1043/5 1069/15

**Arden [6]** 956/17 965/10 965/19 971/24 1018/22 1018/24

**are [258]**

**area [5]** 926/15 965/4 1008/19 1017/16 1024/23

**aren't [1]** 954/9

**argue [3]** 938/4 1062/3 1062/4

**arguing [7]** 911/14 911/17 938/23 943/15 943/17 943/18 1061/15

**argument [19]** 937/21 949/10 952/14 1001/11 1002/19 1002/19 1002/20 1033/22 1049/3 1049/4 1049/11 1050/18 1050/25 1053/12 1055/5 1061/21 1061/23 1061/24 1062/6

**arguments [14]** 952/10 1047/18 1047/23 1047/24 1047/24 1048/1 1048/3 1048/10 1051/17 1053/16 1055/22 1055/25 1058/6 1060/1

**armed [2]** 993/5 1067/10

**A**

arose [1]  1011/16
around [18]  953/2
953/7 965/4 966/17
966/19 971/23 972/4
992/2 1016/4
1017/17 1023/16
1024/23 1033/15
1043/17 1058/14
1066/19 1068/17
1069/11
arrest [1]  975/22
arrested [14]  917/24
917/24 918/16
957/19 968/17
975/17 975/25 994/4
1007/9 1024/2
1052/13 1057/18
1064/20 1071/9
Arresting [1]
1036/22
arrive [1]  982/11
arson [1]  1039/2
as [132]  904/2
904/22 905/13
905/16 905/17
905/24 906/6 906/10
906/12 906/18 907/5
907/8 908/24 911/21
912/21 914/7 915/8
915/13 917/8 917/22
920/5 921/10 921/21

922/5 922/6 922/14
922/14 923/9 923/17
923/18 924/4 924/17
925/7 925/10 925/12
926/9 926/13 926/14
927/15 928/8 929/16
929/23 932/2 934/19
935/10 938/23
940/11 940/19 943/1
943/1 943/5 946/22
947/20 949/17
951/12 952/21
952/23 957/3 958/8
960/24 961/2 961/2
968/10 968/11
968/17 968/21 970/3
972/19 973/18
977/19 979/21 980/4
980/4 980/5 981/9
981/25 982/1 983/3
984/7 984/17 984/17
985/12 990/7 990/9
993/5 995/24 996/14
997/1 999/9 999/9
1003/12 1003/15
1004/14 1008/16
1009/16 1010/8
1010/8 1010/10
1010/22 1011/1
1011/2 1011/20
1015/2 1015/13
1017/1 1017/2

1025/13 1036/9
1041/11 1041/25
1042/6 1042/7
1044/9 1045/20
1046/8 1048/13
1052/1 1052/6
1053/1 1053/9
1054/16 1056/22
1057/10 1058/17
1059/21 1059/22
1060/2 1063/19
1066/8 1070/8
aside [1]  1007/15
ask [27]  908/1
915/19 917/14 918/8
918/15 927/19 931/1
932/14 933/3 934/9
936/13 936/20 941/9
947/15 963/10
963/11 963/12
1011/6 1011/6
1011/7 1011/13
1011/14 1030/18
1046/7 1046/8
1054/12 1061/23
asked [26]  904/7
907/5 908/25 912/5
912/7 917/24 921/15
936/17 938/22
992/13 993/21
1009/25 1011/8

**A**

asked... [13]
1016/25 1017/3
1017/14 1021/12
1032/6 1038/8
1040/11 1041/1
1043/6 1051/13
1054/1 1069/3
1069/25
asking [13] 908/14
921/16 927/16
927/24 936/8 961/14
1032/4 1046/10
1055/4 1063/7
1063/9 1063/11
1073/16
asks [2] 908/18
998/4
assaults [1] 1038/11
assess [3] 1059/6
1062/10 1062/10
asset [1] 905/11
assets [1] 906/12
Assistant [1] 902/19
assisted [2] 992/25
999/9
assisting [2] 955/5
993/2
associate [12]
1016/15 1016/17
1016/20 1016/20
1016/25 1017/1

1017/2 1017/4
1017/6 1017/6
1017/8 1017/19
associated [2]
967/23 967/24
associates [2]
1062/7 1063/6
association [3]
941/2 1016/14
1060/8
assume [1] 924/24
assuming [2] 919/25
1074/2
assure [1] 951/3
attack [1] 995/10
attacked [3] 923/8
924/2 972/10
attacking [2] 924/9
974/20
attacks [1] 972/11
attempt [2] 999/17
1063/1
attempted [18]
910/23 911/4 970/21
972/20 975/23 976/6
976/14 978/3 997/17
997/18 997/20
1000/8 1031/10
1032/13 1067/9
1068/9 1068/11
1069/9
attention [9] 982/5

1000/6 1010/13
1013/23 1014/1
1019/25 1023/6
1048/14 1068/13
attitude [1] 1026/12
attorney [2] 902/16
908/13
Attorneys [3]
902/19 902/20
902/22
attract [1] 1013/23
audacity [2] 1038/9
1041/23
August [2] 1025/5
1025/6
authority [3] 944/14
944/22 967/14
autopsies [1] 1008/5
autopsy [3] 980/25
1008/1 1008/6
available [1] 944/5
Avenue [3] 980/8
1054/20 1071/19
avoid [1] 1035/24
aware [3] 903/8
908/10 908/12
away [16] 982/21
983/7 985/18 988/1
989/6 990/9 993/7
999/24 1000/18
1000/22 1010/8
1023/6 1038/22

Case 1:18-cr-00319-SHS Document 507 Filed 05/20/22 Page 56 of 175

**A**

away... [3]  1048/14
 1058/16 1073/9

**B**

back [49]  910/15
 911/19 911/20
 934/22 935/4 935/10
 935/24 936/8 936/15
 941/9 944/7 945/3
 948/25 949/9 963/20
 968/2 978/17 981/1
 981/3 981/6 982/6
 983/20 984/2 984/10
 986/23 987/15
 987/19 991/11
 1000/17 1001/9
 1001/11 1004/21
 1005/4 1005/6
 1006/11 1007/9
 1010/23 1026/6
 1032/25 1034/7
 1036/24 1036/24
 1036/25 1036/25
 1036/25 1039/24
 1045/6 1053/24
 1060/17
backed [1]  963/17
backup [1]  967/25
bad [8]  963/3
 994/18 1004/18
 1040/14 1061/19

1061/22 1070/6
 1070/15
bag [1]  1004/6
bags [1]  965/16
bail [1]  1019/12
ballistics [8]  1007/2
 1007/2 1008/1
 1008/2 1008/9
 1008/21 1022/21
 1030/21
bananas [1]  1066/11
bang [8]  974/13
 974/15 982/20
 982/20 982/20
 995/24 1071/6
 1071/6
Banga [41]  904/15
 904/15 953/16
 967/25 973/16
 974/12 974/15 975/4
 975/14 981/9 990/6
 991/23 994/1 994/3
 995/18 995/20
 995/24 1013/11
 1021/8 1028/4
 1028/6 1028/13
 1028/14 1028/16
 1028/17 1028/21
 1028/21 1028/22
 1030/9 1030/9
 1030/10 1039/23
 1049/2 1054/2

1054/5 1059/11
 1059/15 1059/15
 1059/21 1059/22
 1071/6
Banga's [9]  967/25
 973/25 990/7 990/10
 994/2 995/18
 1052/17 1059/12
 1059/23
barber [1]  1027/11
bars [1]  1015/19
based [6]  926/2
 934/8 966/19 980/11
 1041/7 1041/9
basement [1]  1039/4
basically [10]
 955/21 955/22
 968/14 975/6 992/24
 997/19 1027/18
 1043/21 1050/13
 1061/21
basis [4]  905/17
 921/14 921/17
 921/18
bat [2]  982/17 985/5
battery [2]  989/3
 989/6
BD [1]  1015/1
be [198]
beads [2]  1018/4
 1049/7
beard [1]  987/11

Case 1:18-cr-00319-SHS Document 300-3 Filed 05/20/22 Page 57 of 175

**B**

beat [2]  977/8
1063/3
beautiful [1]  951/5
became [5]  968/22
970/5 995/23 995/23
1038/8
because [143]  907/9
908/8 910/6 910/25
912/4 912/8 912/18
913/17 914/15
915/18 917/22 918/9
918/11 920/14
923/25 927/3 927/3
927/4 927/10 927/11
927/14 930/16 941/1
941/3 942/24 946/24
952/12 953/25 955/3
957/8 958/4 959/9
959/23 960/22 962/4
962/5 962/7 965/23
966/17 967/17
969/22 969/23
974/14 974/23
978/23 979/23
980/22 984/17 985/3
988/10 988/16
988/23 990/3 992/4
992/8 992/11 992/14
992/23 994/18
995/25 996/11
1000/2 1001/6

1002/25 1003/16
1004/1 1004/8
1004/18 1004/19
1004/20 1004/21
1005/1 1006/18
1008/11 1011/3
1011/4 1011/8
1012/7 1014/10
1015/3 1015/3
1016/4 1018/17
1019/21 1019/22
1019/25 1020/24
1021/4 1022/2
1022/12 1022/20
1023/15 1023/25
1024/13 1026/22
1027/3 1029/9
1030/12 1030/20
1032/6 1033/9
1033/20 1034/1
1034/15 1038/2
1038/21 1039/3
1039/4 1039/9
1039/13 1043/14
1043/22 1043/23
1044/7 1046/9
1046/11 1048/2
1049/6 1049/7
1049/8 1049/8
1051/22 1052/20
1054/15 1054/18
1055/16 1057/6

1059/7 1059/10
1059/19 1060/7
1060/8 1060/18
1060/22 1061/11
1061/24 1065/3
1068/11 1070/3
1070/17 1072/5
1072/7 1072/15
become [6]  927/14
1017/6 1036/3
1037/21 1041/24
1041/25
beef [3]  966/18
1011/3 1017/22
been [54]  917/7
917/14 917/22
918/10 918/15
919/25 920/1 922/23
922/24 923/7 926/3
927/10 927/11
928/10 928/20
929/25 938/24 942/2
942/13 942/18 943/7
943/14 948/24
975/20 978/12
992/10 992/18
995/17 996/13
998/12 1000/6
1000/7 1010/14
1010/20 1011/19
1021/16 1021/22
1024/18 1026/4

been... [15] 1027/5 1027/13 1031/24 1039/1 1041/20 1041/21 1051/9 1055/14 1055/19 1057/15 1057/17 1062/22 1064/19 1066/20 1073/1

Beezy200 [1] 989/17

before [45] 902/10 905/21 911/9 915/23 919/22 920/18 920/21 920/21 921/16 923/25 931/1 935/21 935/22 938/6 945/10 950/12 959/6 977/3 982/9 991/2 991/2 1000/5 1008/20 1009/6 1010/14 1010/20 1016/17 1017/16 1017/17 1017/17 1017/17 1023/4 1033/15 1037/3 1042/16 1047/18 1057/14 1057/14 1057/17 1057/20 1064/23 1064/23 1066/5 1066/7 1069/11

beg [1] 1028/19

began [1] 1044/12

begin [2] 931/1 1045/6

beginning [6] 940/25 961/13 968/6 968/8 1007/17 1047/16

begins [1] 1045/4

behalf [1] 1047/13

being [28] 915/17 930/9 949/15 954/1 967/14 969/10 973/20 975/4 979/24 981/5 981/6 991/8 1005/9 1005/10 1005/15 1005/18 1022/5 1022/6 1027/9 1034/15 1039/25 1041/15 1051/19 1054/11 1058/16 1062/1 1065/21 1066/12

believable [3] 1036/16 1046/14 1063/21

believe [29] 907/8 913/25 929/3 933/16 934/3 934/7 939/13 952/7 962/10 1006/7 1008/1 1008/3 1026/12 1026/14 1026/21 1026/21

1040/17 1040/25 1044/7 1045/21 1051/19 1061/16 1061/17 1061/22 1061/24 1061/25 1070/6 1070/8 1070/11

believed [4] 942/18 993/9 1054/17 1071/15

believes [1] 952/18

belonged [2] 950/1 1027/24

belongs [2] 1028/18 1029/1

Below [1] 967/6

Beneath [1] 968/2

benefit [6] 920/6 928/2 928/10 1040/12 1040/18 1040/24

benefits [2] 925/8 1044/8

besides [1] 1028/9

best [6] 918/2 1033/3 1033/3 1040/7 1060/14 1068/23

bet [1] 1067/6

better [10] 904/18 918/6 953/20 961/9 1002/5 1021/5

**B**

better... [4] 1043/12
1043/14 1066/3
1067/7
between [19] 909/23
912/1 966/13 980/12
989/22 1008/20
1010/10 1011/16
1029/3 1031/4
1031/5 1031/6
1031/7 1032/23
1033/15 1042/25
1068/8 1068/19
1068/25
beyond [16] 925/6
939/25 940/9 947/2
951/15 1007/1
1007/5 1025/19
1032/7 1038/24
1044/18 1048/15
1057/16 1071/25
1072/19 1072/22
BHASKARAN [7]
902/18 903/11
911/11 913/18
913/22 1047/13
1073/13
bias [2] 927/4 927/5
Bible [1] 1037/6
big [15] 917/7 926/7
967/5 967/15 967/21
968/22 970/5 995/23

1004/22 1014/14
1015/12 1048/17
1050/10 1068/6
1068/7
billboard [1] 960/9
bit [10] 943/21
971/20 987/11 992/1
992/20 1007/21
1034/12 1053/15
1069/22 1070/2
black [1] 972/14
blade [2] 973/4
1014/3
blame [2] 1019/17
1019/22
blank [2] 914/24
914/25
blasted [1] 1057/25
bleed [2] 958/6
958/10
block [14] 966/8
966/9 966/12 966/13
966/21 966/22
967/20 972/15
972/16 974/4 974/7
978/7 978/8 1017/12
blocking [2]
1054/19 1054/21
blood [10] 960/11
963/23 1005/19
1008/24 1015/1
1016/1 1016/6

1050/19 1051/9
1051/13
Bloods [5] 964/12
1005/17 1015/22
1051/15 1051/16
blown [1] 991/13
blown-up [1] 991/13
blue [4] 982/14
983/12 985/11
1059/15
bluish [1] 985/12
boasting [8]
1053/12 1053/13
1053/19 1055/5
1055/8 1055/13
1055/19 1071/3
bodega [1] 980/8
bodegas [1] 953/9
bodies [1] 1036/7
body [2] 962/15
1062/12
boiled [1] 1060/23
boils [1] 1061/21
bone [1] 1025/17
book [1] 907/20
Boom [1] 1027/10
booth [1] 918/2
border [1] 966/23
bored [1] 1039/3
boss [3] 1017/15
1017/15 1017/19
both [29] 924/7

**both...** [28]  954/7
955/14 957/16
963/21 963/21 971/2
985/6 985/7 989/24
993/2 993/3 993/4
993/8 994/2 995/12
995/18 999/11
999/19 1000/2
1000/4 1025/3
1033/6 1033/9
1033/9 1049/12
1061/1 1070/6
1070/13
**bothers** [1]  925/24
**bottom** [9]  907/20
932/10 934/13
934/25 935/8 960/13
966/7 1028/22
1028/23
**boundaries** [1]
944/25
**boundary** [1]
980/12
**box** [4]  998/9 998/13
998/20 1053/3
**Boy** [2]  1013/11
1013/20
**boys** [2]  1016/2
1034/12
**brag** [3]  1023/10
1048/19 1055/15

**bragged** [2]  991/8
1000/24
**bragging** [8]  956/10
973/13 1014/18
1014/19 1023/9
1024/16 1024/21
1025/1
**braids** [4]  984/2
984/9 986/24 987/14
**bravado** [1]  1053/13
**breach** [1]  1042/12
**breached** [1]
1041/13
**breaches** [1]
1041/10
**break** [10]  918/17
926/4 929/8 966/1
982/6 984/14 1001/8
1029/10 1046/19
1046/20
**breaking** [5]  971/18
977/14 1029/9
1037/17 1067/21
**breakings** [2]
1036/2 1040/21
**breathless** [1]
978/18
**briefly** [4]  954/6
983/20 997/1 997/5
**bright** [2]  982/13
984/21
**bring** [4]  903/5

**bring** [2]  925/21 950/5
1002/3
**brings** [1]  1073/20
**bro** [1]  959/21
**broke** [6]  953/4
970/2 970/24 977/16
981/2 997/14
**broken** [2]  1043/9
1056/9
**Bronx** [2]  1015/7
1015/7
**Brooklyn** [1]  977/17
**brought** [4]  967/22
975/12 977/4 985/5
**brutal** [1]  979/16
**buddies** [1]  1016/13
**build** [2]  1024/21
1039/18
**building** [4]  976/25
991/19 1018/11
1018/11
**bulge** [2]  986/20
987/7
**bulging** [1]  987/3
**bullet** [24]  942/18
942/20 980/15
980/16 980/25
992/22 993/1 993/8
994/2 994/18 994/20
995/13 995/18 999/2
999/3 1000/1
1000/16 1008/13
1022/18 1022/19

**B**

bullet... [4] 1026/17
1026/17 1057/25
1071/15
bullets [2] 972/17
1004/6
bump [1] 1038/16
bun [2] 984/2
987/15
bunch [2] 1013/16
1018/6
Burberry [2]
1023/16 1023/22
burden [10] 947/1
951/14 952/13
1013/4 1047/20
1047/20 1047/21
1047/22 1058/18
1072/23
burglaries [3]
1037/18 1050/8
1063/15
burglary [2]
1023/21 1024/3
burgundy [2]
982/10 999/15
burn [1] 1039/3
burned [12] 1021/9
1021/11 1021/17
1021/22 1022/6
1026/23 1039/2
1054/3 1054/7

1054/9 1054/11
1054/15
burning [2] 1036/7
1064/20
burns [1] 1058/1
burnt [2] 1053/18
1054/13
bus [8] 1021/25
1022/3 1022/6
1054/18 1054/21
1054/22 1054/25
1055/2
business [2] 978/2
1032/1
businesses [2] 953/5
997/14
butt [1] 1042/2
buy [5] 971/21
972/2 972/3 977/15
977/17
bystander [1] 994/3

**C**

cafeteria [1] 1074/1
call [12] 923/17
947/14 967/20 968/1
974/19 1008/18
1022/24 1032/13
1040/6 1043/19
1058/19 1065/18
called [24] 918/10
918/11 920/1 921/11
921/19 925/1 925/18

927/15 959/8 963/23
965/22 966/20 967/5
967/9 967/24 971/18
974/14 977/16
993/19 997/10
1018/16 1029/7
1055/14 1059/15
calling [4] 926/24
927/2 962/5 1034/23
calls [6] 922/5
980/13 1007/17
1008/19 1029/3
1042/10
calm [2] 1019/20
1073/4
calmly [1] 962/17
came [17] 960/17
962/18 966/2 967/2
967/10 967/14 972/4
978/17 980/21
1011/1 1016/17
1017/17 1045/23
1050/13 1055/11
1061/2 1062/8
camera [13] 957/2
974/9 981/22 982/2
987/8 987/21 1001/3
1022/1 1022/2
1052/10 1054/15
1071/7 1071/19
cameras [4] 984/18
1054/18 1059/2

cameras... [1] 1059/3
camouflage [5] 986/5 1010/6 1025/20 1026/20 1026/24
can [102] 905/11 905/12 907/21 909/2 909/10 915/22 922/14 923/10 923/17 924/19 930/12 937/25 938/8 946/21 948/9 948/10 955/4 956/1 956/1 956/7 958/4 958/12 961/20 966/22 968/12 981/25 983/1 983/2 983/2 983/14 983/19 983/25 984/1 984/5 985/19 986/12 987/4 987/9 987/22 987/23 996/23 999/4 999/23 1002/14 1004/11 1005/1 1005/2 1005/5 1005/5 1006/6 1006/22 1006/23 1008/24 1008/25 1008/25 1010/7 1012/1 1012/4 1013/9 1013/10

1015/13 1016/18 1016/23 1016/24 1017/7 1017/8 1017/19 1020/24 1020/24 1022/22 1022/24 1026/8 1028/25 1029/14 1035/23 1035/23 1035/23 1035/24 1036/20 1036/20 1038/21 1040/6 1041/24 1041/25 1045/13 1045/20 1049/18 1053/3 1053/21 1053/24 1054/22 1059/6 1063/13 1063/24 1064/1 1064/8 1066/17 1066/25 1067/22 1068/14 1068/25 1069/8
can't [24] 924/20 948/10 984/19 1015/3 1016/3 1020/8 1022/15 1022/20 1022/20 1022/21 1022/21 1022/22 1025/3 1043/13 1043/16 1046/9 1049/22 1050/25 1051/2 1051/5 1051/25

1055/11 1061/22 1070/13
candidly [1] 962/20
cannot [7] 1006/5 1006/6 1022/17 1025/19 1025/19 1061/16 1066/16
capable [1] 1048/3
caption [5] 957/8 958/2 958/20 973/15 974/3
captured [4] 910/7 911/1 911/4 1071/20
car [18] 975/18 976/17 977/3 999/14 1005/10 1005/12 1005/13 1010/10 1030/17 1031/1 1031/2 1031/4 1031/7 1031/7 1031/8 1031/17 1037/19 1039/6
card [1] 956/3
card-carrying [1] 956/3
cardboard [2] 1053/5 1053/6
cards [1] 1018/4
care [8] 908/13 909/9 913/25 932/4 953/8 969/23 1038/19 1045/16

Case 1:18-cr-00319-SHS Document 304-3 Filed 05/20/22 Page 173 of 1000

**careful [1]** 1048/14
**carefully [2]** 962/17 1069/14
**cares [2]** 969/23 969/23
**carpet [1]** 1018/17
**carried [4]** 975/24 998/7 1000/3 1038/14
**carry [3]** 970/16 973/4 976/5
**carrying [4]** 956/3 975/5 978/1 982/16
**cars [2]** 1010/10 1036/8
**case [53]** 905/21 910/20 919/3 920/2 922/14 937/13 938/24 939/3 942/1 942/8 943/14 945/14 945/24 946/16 946/24 946/24 949/15 949/19 951/11 951/16 952/22 954/4 954/6 963/13 963/18 969/16 972/4 972/20 977/25 993/6 1003/9 1004/3 1004/7 1004/8 1010/22 1013/2 1022/10

1039/25 1043/6 1044/12 1044/17 1047/22 1057/15 1059/14 1059/17 1061/3 1062/7 1065/24 1066/23 1066/24 1066/25 1069/18 1073/22
**cases [3]** 929/22 930/2 938/1
**casings [7]** 980/14 980/16 989/1 990/14 1056/10 1057/24 1072/6
**Castillo [21]** 957/6 960/24 1006/8 1006/13 1011/3 1016/16 1018/23 1032/8 1032/20 1033/5 1033/11 1033/12 1033/14 1033/17 1034/2 1037/11 1037/25 1038/5 1039/25 1044/15 1045/21
**Castillo's [1]** 1033/19
**catch [1]** 976/25
**categories [1]** 970/18
**category [1]** 998/8
**caught [17]** 960/15

988/17 1000/15 1022/1 1027/4 1027/9 1042/14 1042/14 1043/16 1054/15 1054/18 1065/4 1065/14 1066/2 1066/16 1067/2 1068/22
**cause [1]** 981/4
**cell [12]** 977/10 988/23 988/24 989/14 996/12 1008/18 1029/2 1042/10 1056/8 1058/25 1071/18 1072/5
**cell-site [1]** 1008/18
**cellblock [1]** 966/10
**cells [1]** 1008/24
**cent [1]** 1020/13
**certain [12]** 915/11 919/10 924/15 947/19 1003/21 1008/12 1008/19 1009/1 1009/1 1030/25 1035/17 1038/20
**certainly [8]** 924/11 925/5 925/19 927/23 928/4 943/7 993/9 1024/1
**chain [4]** 973/17

**C**

chain... [3]  973/25
976/22 1032/18
chains [1]  970/24
chance [2]  994/12
1008/2
chances [1]  999/21
change [2]  938/7
1022/25
changed [2]  968/10
983/13
changes [1]  931/8
changing [1]  985/13
characterization [1]
1035/4
Chardon [30]
915/12 915/15
915/17 915/18
917/13 918/9 918/14
919/2 919/11 919/25
920/15 920/25
921/10 921/13
922/12 922/25
923/16 923/17
923/18 927/8 927/15
927/24 928/8 928/15
942/19 960/8 963/21
1007/6 1015/15
1060/18
Chardon's [4]
923/14 1015/19
1020/17 1050/4

charge [15]  909/20
914/1 914/4 915/7
917/25 918/18
924/16 930/24
930/25 931/4 931/9
931/20 932/14 934/4
934/14 935/1 935/9
935/10 935/16
936/18 936/20
936/23 936/24 937/5
937/8 939/8 939/11
940/4 940/19 940/23
941/25 943/19
943/22 944/6 945/10
945/11 955/6 955/10
1002/12 1002/13
1003/7 1003/17
1045/4 1073/19
1073/21
charge,s [1]  940/24
charged [21]  915/20
918/16 919/2 920/16
920/18 921/17
924/10 924/15
928/15 928/19
928/20 928/25 929/3
929/5 929/11 929/13
929/15 954/1 976/2
992/23 1035/10
charges [16]  903/18
904/7 917/15 917/17
919/19 925/23

931/19 931/22 932/9
940/13 954/6 954/7
955/17 997/6 997/8
1047/7
chart [5]  989/19
989/20 1027/17
1028/15 1029/25
charts [1]  1027/17
chat [1]  969/14
chats [1]  981/13
check [6]  998/9
998/11 998/13
998/20 1021/21
1054/19
checked [1]  1010/11
chest [1]  1024/17
chicken [1]  1039/3
child [1]  1064/21
children [1]  1034/12
chin [1]  987/10
choice [3]  1009/11
1034/2 1051/15
choose [4]  1009/14
1043/20 1051/16
1062/21
chooses [1]  1043/21
chose [13]  1034/4
1043/23 1043/24
1043/25 1044/1
1051/16 1057/13
1062/22 1062/24
1063/1 1063/2

Case 1:18-cr-00319-SHS Document 544 Filed 04/20/22 Page 65 of 175

chose... [2]  1063/3
1063/5
chow [1]  977/19
CHRISTIAN [52]
902/5 904/3 904/22
905/17 905/24
906/10 933/5 933/20
943/15 953/10
1003/24 1009/9
1010/6 1014/8
1014/9 1015/14
1015/16 1015/17
1015/21 1019/16
1019/18 1020/17
1020/18 1021/8
1022/11 1023/15
1023/17 1024/4
1024/12 1024/14
1025/7 1025/15
1025/21 1026/1
1026/1 1026/21
1028/18 1029/1
1029/7 1029/8
1029/14 1030/25
1031/1 1031/9
1031/20 1032/2
1033/1 1033/12
1039/22 1040/3
1043/8 1044/24
circled [2]  982/15
983/12

circuit [1]  937/14
circumspect [1]
1027/6
circumstances [1]
920/5
citation [2]  937/6
937/15
cite [1]  944/13
civil [1]  936/25
civilian [3]  1009/3
1013/10 1026/4
civilians [1]  953/8
claim [1]  1058/20
claimed [1]  953/2
claiming [2]  959/14
959/19
clarified [1]  1021/12
clarify [1]  942/17
clarifying [1]
929/19
clash [1]  966/22
class [3]  917/24
944/17 944/19
clear [18]  915/21
921/13 928/23
953/22 962/8 968/15
979/2 1006/13
1006/13 1011/18
1014/5 1014/6
1022/17 1024/7
1032/20 1033/14
1047/19 1060/3

clearest [2]  986/4
986/18
clearly [2]  924/1
1001/2
clerk [2]  928/13
939/4
client [1]  1032/5
climb [1]  968/16
close [4]  986/16
987/2 1067/16
1068/13
close-up [2]  986/16
987/2
closely [3]  983/18
985/1 986/25
closing [11]  950/8
952/10 952/14
952/23 1001/11
1002/19 1002/19
1002/20 1046/18
1046/18 1046/20
closings [3]  938/6
1002/8 1002/9
clothes [3]  985/13
1010/18 1018/5
clothing [1]  984/19
club [1]  958/12
cocaine [2]  972/6
979/14
coconspirator [1]
918/13
code [8]  960/17

Case 1:18-cr-00319-SHS   Document 556   Filed 05/20/22   Page 66 of 175

code... [7]  968/20
968/23 968/24 970/3
970/10 979/6
1000/20
codefendants [3]
903/17 903/18
1039/16
cofounder [1]
993/19
coincidence [4]
1056/7 1056/18
1056/21 1057/2
coincidences [1]
1055/24
collude [1]  1043/18
color [2]  1049/7
1049/24
come [21]  905/3
905/11 905/12
942/25 948/25 949/8
952/5 955/23 979/4
1001/11 1005/6
1009/5 1036/24
1036/24 1036/24
1036/25 1036/25
1037/22 1039/7
1067/6 1073/25
comes [11]  928/17
930/13 938/10
945/14 945/16 955/7
955/10 1014/11

1060/25
coming [6]  942/7
961/18 1009/24
1031/21 1037/6
1042/7
commerce [17]
934/7 934/16 934/18
935/19 936/4 937/20
937/23 938/4 938/10
940/8 940/10 944/18
944/21 945/6 997/11
997/13 997/14
commercial [2]
983/6 983/8
commingling [1]
1020/12
commissary [2]
1019/12 1019/19
commission [1]
999/6
commit [26]  955/18
955/25 956/5 972/8
973/1 976/7 979/12
979/15 979/16
992/25 997/25
999/11 1005/20
1019/4 1020/2
1020/3 1020/5
1020/5 1022/9
1029/7 1037/1
1041/20 1056/24

1063/15
commits [2]  943/1
1019/7
committed [41]
910/18 941/1 941/5
950/1 961/4 961/15
961/21 961/23 962/7
969/24 970/19
970/23 971/9 976/12
976/15 996/15
996/16 996/18
996/21 996/22
997/23 998/2 998/9
999/5 999/8 1000/23
1004/11 1014/19
1020/11 1033/17
1037/17 1038/2
1038/18 1043/22
1050/7 1052/21
1055/9 1060/6
1065/13 1066/7
1067/21
committing [15]
972/23 974/17
976/11 979/5 991/17
991/18 999/9
1014/11 1016/12
1016/13 1032/9
1041/14 1048/22
1055/12 1064/15
common [16]

Case 1:18-cr-00319-SHS Document 384 Filed 05/20/22 Page 67 of 175

**common...** [16] 955/23 964/3 965/17 979/4 989/22 999/20 1012/5 1036/13 1050/5 1052/5 1055/18 1057/3 1063/19 1070/3 1070/12 1073/12

**compare** [2] 984/16 987/11

**compared** [1] 926/6

**comparison** [1] 1029/25

**compilation** [2] 981/24 984/13

**complained** [1] 1058/11

**complains** [1] 1058/22

**complete** [2] 943/13 1024/7

**completed** [1] 945/9

**completely** [3] 936/19 1047/19 1066/11

**compliance** [2] 1049/20 1049/20

**complicated** [3] 1003/9 1003/11 1044/12

**computer** [4]

944/10 1024/5

**concept** [1] 1019/25

**concepts** [1] 940/7

**concern** [8] 909/15 909/21 911/11 911/24 912/9 912/11 913/8 913/22

**concerned** [7] 1004/17 1004/17 1004/20 1004/21 1004/23 1017/5 1027/3

**conclude** [4] 949/24 950/11 1062/14 1062/16

**concluding** [1] 1072/11

**conclusions** [1] 1030/11

**concocted** [1] 1066/24

**concurs** [1] 906/3

**conduct** [4] 955/24 962/21 997/10 1064/23

**confer** [2] 909/11 916/4

**conference** [2] 931/5 931/12

**confessed** [1] 1066/4

**confessing** [1]

**confide** [1] 1024/10

**confidence** [1] 1025/10

**confident** [1] 1005/5

**confirm** [1] 1020/20

**confiscated** [1] 1007/11

**confuse** [4] 904/9 913/17 920/14 1049/11

**confused** [1] 1026/18

**confusion** [1] 1021/11

**congregating** [1] 965/19

**Congress** [4] 935/5 936/2 944/22 945/4

**Congress's** [3] 944/14 944/15 945/1

**connect** [2] 1008/2 1008/7

**connecting** [2] 1007/11 1009/9

**connection** [9] 939/17 939/25 940/7 1008/21 1028/2 1031/4 1031/5 1031/6 1031/7

**connects** [1] 1008/22

Case 1:18-cr-00319-SHS  Document 544  Filed 05/20/22  Page 68 of 175

conscience [2]
1035/21 1045/21
consequence [1]
1048/12
consider [13]  904/7
906/20 914/8 920/20
931/3 940/12 1013/9
1013/10 1013/21
1038/9 1066/8
1073/11 1073/11
consideration [3]
920/19 920/20
1073/22
considered [2]
970/11 1011/25
considering [2]
932/2 932/7
consist [1]  946/16
consistent [8]
953/22 963/12
963/13 981/5 1033/7
1061/1 1065/24
1071/16
consistently [1]
1033/9
conspiracy [14]
929/16 934/15
935/13 943/6 944/1
944/3 954/1 955/17
955/21 960/23
975/13 979/25 997/7

conspirator's [1]
930/3
conspiring [1]  950/2
constitute [1]
944/19
Constitution [1]
946/24
consult [1]  938/16
consulted [1]  944/10
contact [5]  989/8
989/16 990/4 990/5
1028/20
contacts [1]  989/22
contents [2]  1028/3
1028/12
continue [2]  929/9
941/11
Continued [4]
950/16 954/15
990/19 1012/9
continues [4]  941/24
945/18 945/20
945/21
contradict [1]  930/3
contradiction [1]
1020/22
contradicts [2]
1008/11 1026/15
control [1]  964/7
controlled [2]
944/19 944/24

conversation [2]
992/9 1067/19
conversations [1]
927/9
convict [2]  1006/6
1006/8
convicted [7]  919/21
920/25 926/19 999/4
1046/5 1067/12
1072/14
conviction [10]
925/20 926/13 927/3
927/6 928/4 928/5
928/7 930/13 930/15
949/17
convinced [1]
932/15
convoluted [1]
1064/13
cooked [1]  1062/5
cookout [5]  972/16
978/7 978/9 978/9
1000/10
cool [2]  1013/25
1052/10
coop [1]  1039/3
cooperate [4]
960/20 994/13
1034/14 1034/14
cooperating [10]
920/1 920/3 920/7

Case 1:18-cr-00319-SHS Document 144-2 Filed 05/20/22 Page 69 of 175

cooperating... [7]
961/23 966/10
968/19 981/14 994/9
1061/16 1064/16
cooperation [14]
920/3 925/8 962/23
963/5 1037/11
1040/5 1040/17
1040/23 1041/3
1041/16 1041/17
1042/18 1043/3
1043/24
cooperations [1]
1062/19
cooperator [17]
918/9 920/5 924/18
924/25 925/1 925/8
925/11 925/13 928/2
928/8 1010/16
1026/15 1029/13
1030/24 1034/15
1034/17 1041/25
cooperators [59]
962/1 966/12 966/13
967/6 969/15 969/20
975/25 981/16
981/18 981/19
981/21 991/2 991/5
991/11 1006/16
1007/14 1008/11
1008/11 1008/12

1016/4 1018/8
1020/6 1020/15
1020/22 1025/24
1025/24 1026/2
1031/21 1034/11
1035/14 1051/6
1052/21 1059/4
1061/14 1061/22
1062/3 1062/15
1063/8 1063/9
1063/11 1063/14
1063/24 1064/3
1064/25 1065/6
1065/12 1067/5
1070/5 1070/7
1070/8 1070/9
1070/20 1071/4
1071/11 1071/13
1071/17 1071/23
cooperators' [4]
1050/4 1064/12
1066/14 1071/25
coordinate [2]
1065/2 1065/5
coordinated [2]
999/17 1066/21
coordinating [1]
1066/22
cop [1] 969/17
copies [1] 914/21
copy [2] 914/20

core [4] 956/9 967/1
997/8 1049/17
corner [6] 943/16
965/6 982/13 1022/5
1054/23 1073/6
correct [25] 904/13
904/14 904/16 906/4
906/7 906/8 906/24
907/12 907/16
912/25 913/22
913/23 914/15 920/6
922/4 922/16 925/15
927/1 928/18 940/14
1035/1 1035/2
1035/4 1035/6
1048/7
corrected [1] 962/19
Corrections [1]
1032/1
correctly [1] 911/11
corroborate [2]
1008/10 1020/20
corroborated [4]
1007/18 1007/19
1070/21 1070/21
corroborates [1]
963/9
corroborating [2]
962/13 1062/12
corroboration [1]
991/15

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 70 of 175

**could [44]** 904/8
921/24 925/19
949/24 953/17
953/18 953/18 964/9
967/9 967/16 969/2
975/10 977/10
992/15 1008/2
1008/6 1012/7
1024/1 1024/11
1024/12 1026/16
1028/5 1030/6
1030/7 1030/8
1030/13 1033/1
1034/2 1034/2
1034/3 1034/8
1037/13 1045/21
1045/24 1046/8
1055/18 1059/3
1059/17 1060/11
1060/12 1061/11
1063/2 1067/6
1073/9
**couldn't [2]** 921/12
1051/10
**counsel [15]** 909/11
916/4 919/5 919/24
925/22 933/23
962/18 1050/19
1053/16 1058/10
1062/18 1065/22
1068/4 1068/8

**counseled [1]**
943/17
**count [45]** 907/5
907/20 908/2 909/5
910/17 911/13 912/6
912/21 913/14
913/18 914/23 929/3
929/15 932/24
933/11 935/12 939/8
939/17 939/25 940/7
940/10 940/11
940/13 950/5 953/17
953/18 953/19 955/6
955/10 955/10
955/17 976/4 979/20
979/24 992/21
996/24 997/6 997/8
998/3 998/13 998/17
998/18 998/21
1000/25 1060/5
**Count One [3]**
912/6 979/20 979/24
**counted [1]** 975/10
**counterfeit [1]**
971/22
**country [4]** 1037/18
1040/21 1072/24
1072/25
**counts [5]** 918/20
919/10 928/25 930/8
997/2

**couple [5]** 940/24
952/8 957/19 983/7
1027/1
**course [11]** 926/18
955/24 972/19 978/4
980/1 993/15 1043/7
1044/17 1062/23
1069/6 1070/3
**court [19]** 902/1
903/13 903/20
904/21 911/19
911/20 923/14
929/24 931/3 934/8
938/20 938/22
944/11 944/14
944/15 944/21
1007/9 1037/6
1073/24
**courtroom [7]** 951/2
1002/17 1016/18
1044/22 1047/11
1072/24 1073/17
**cover [2]** 993/6
999/23
**coverage [3]**
1040/20 1040/21
1040/22
**covered [2]** 990/14
1040/22
**Cr [2]** 902/4 937/8
**crack [2]** 972/6
979/14

crap [2]  1013/15
  1017/23
crazier [1]  1039/11
crazy [6]  976/16
  1014/3 1022/24
  1042/5 1042/21
  1068/21
create [1]  963/24
created [1]  913/4
credibility [7]  923/7
  924/2 924/9 928/4
  1033/19 1062/10
  1062/11
credible [2]  949/16
  1063/20
credit [3]  1039/18
  1055/6 1056/23
Crew [1]  967/25
crime [55]  924/16
  926/20 980/17
  988/24 990/11 998/8
  998/12 999/5 999/6
  999/8 999/10 999/11
  1003/21 1005/1
  1005/19 1005/20
  1005/20 1005/20
  1007/8 1007/12
  1008/3 1008/7
  1008/22 1009/10
  1010/23 1012/8
  1013/15 1014/4

1019/3 1019/7
  1019/11 1019/17
  1020/3 1020/7
  1020/11 1023/11
  1023/12 1027/5
  1031/9 1031/16
  1032/23 1032/25
  1033/17 1033/24
  1050/14 1055/6
  1058/2 1058/5
  1058/9 1058/25
  1059/9 1059/12
  1059/21 1064/16
  1071/18
crimes [66]  909/6
  953/25 955/25 956/5
  961/4 961/15 961/20
  961/22 961/23 962/8
  969/4 969/5 969/12
  969/22 969/24
  970/15 970/16
  970/17 970/19
  972/23 973/16 976/8
  976/11 976/12 979/5
  979/13 979/19
  991/17 991/18 998/2
  998/5 998/6 1001/2
  1014/12 1014/19
  1016/8 1016/12
  1016/13 1019/2
  1019/4 1020/2
  1020/5 1020/5

1020/6 1023/10
  1032/9 1037/1
  1037/16 1038/1
  1038/15 1038/18
  1040/7 1041/14
  1041/21 1043/22
  1050/7 1052/21
  1061/19 1062/9
  1062/22 1062/24
  1064/4 1064/19
  1065/13 1066/4
  1066/6
criminal [12]
  925/19 946/24
  960/22 961/9 961/17
  962/21 970/15
  972/22 979/2 979/21
  1004/22 1072/23
criminal's [1]
  1040/6
criminalize [1]
  944/23
criminals [6]  961/14
  961/19 1062/16
  1062/17 1062/20
  1062/25
critical [1]  1014/10
cross [8]  922/7
  923/18 926/15 927/9
  1011/8 1032/20
  1032/21 1065/21
cross-examination
  [4]  922/7 923/18

# C

cross-examination... [2] 926/15 1011/8
cross-examined [1] 1065/21
cross-examining [1] 927/9
crossed [1] 975/6
crowbar [1] 971/16
crowd [1] 1004/21
crucial [1] 978/2
cry [1] 1014/1
currently [1] 935/19
custody [2] 1009/13 1033/3
customers [1] 972/1
cut [21] 988/2 988/15 988/15 992/13 996/8 1000/19 1006/20 1014/8 1022/24 1023/5 1023/8 1023/12 1023/15 1026/22 1027/8 1027/11 1027/14 1039/17 1048/19 1056/19 1061/20
cutting [2] 1024/22 1039/17

# D

da [1] 974/4

DAMIAN [1] 902/16
damn [2] 969/16 1029/18
damning [3] 987/25 990/12 1027/23
danger [2] 930/22 944/4
dangerous [4] 976/16 979/13 1007/4 1035/17
data [1] 989/20
date [8] 914/23 976/22 1007/25 1030/25 1032/14 1032/14 1034/4 1068/24
dated [1] 914/24
dates [7] 1033/22 1034/7 1034/7 1034/8 1068/8 1068/9 1068/11
daughter [2] 959/3 959/15
day [20] 951/5 955/12 978/7 991/9 991/18 991/22 993/18 993/24 995/11 999/20 1000/25 1009/6 1009/6 1019/19 1027/11 1042/8

1042/19 1050/17
1072/23 1073/15
days [4] 951/4 953/13 992/10 1007/10
dead [2] 953/12 954/11
deaf [1] 1064/21
deal [8] 922/9 922/21 923/25 927/4 927/5 961/18 976/6 1048/20
dealer [2] 936/5 945/7
dealers [4] 970/24 971/1 971/13 997/20
dealers' [1] 970/25
dealing [9] 965/15 970/19 971/10 971/12 977/13 997/21 998/11 1063/16 1073/4
deals [2] 1060/5 1061/20
dealt [1] 977/14
death [5] 905/20 905/23 981/4 1003/13 1003/16
decades [3] 1040/9 1067/3 1070/18
December [2] 957/18 958/24

decide [14]  909/13
932/5 947/8 952/19
952/20 955/3
1004/24 1009/17
1019/10 1025/18
1041/4 1041/5
1041/6 1041/10
decided [3]  1039/19
1043/9 1064/15
decides [2]  1041/4
1041/7
deciding [1]  1066/8
decision [9]  946/22
947/9 947/10 947/19
947/20 948/10
948/10 948/13
948/14
decisions [3]  914/6
947/13 1063/8
deck [1]  1006/15
declarant [6]  915/16
922/5 922/6 923/5
923/9 924/3
declarant's [3]
915/16 923/7 924/1
Deegan [1]  1036/9
deeper [2]  983/8
983/17
defendant [294]
defendant's [50]
913/11 931/8 933/4

942/25 947/2 951/15
951/19 951/25
953/14 956/8 965/13
974/12 977/21 978/1
978/5 981/12 987/16
988/12 988/13 990/5
990/11 991/12
992/18 994/19 996/7
996/8 996/12 999/2
1000/8 1031/25
1031/25 1033/2
1050/3 1050/16
1051/18 1051/24
1056/8 1057/16
1058/2 1058/5
1058/8 1058/25
1061/7 1065/1
1065/17 1071/1
1071/18 1072/16
defendants [1]
904/13
defense [61]  902/25
906/3 906/23 914/12
915/1 919/5 919/24
925/21 930/5 930/18
933/22 933/24
934/10 936/11
937/18 937/19 938/3
940/17 941/10
941/20 941/24
943/23 945/23 946/1

946/23 947/3 948/21
949/11 951/11
951/17 951/23
951/24 952/1 952/2
952/5 952/12 962/18
1001/12 1002/21
1032/4 1048/17
1049/6 1050/19
1052/23 1053/16
1057/7 1057/10
1058/1 1058/10
1058/22 1062/18
1064/12 1065/22
1068/4 1068/7
1069/20 1070/5
1070/13 1072/18
defense's [4]  905/2
1055/22 1055/25
1072/12
defined [3]  939/20
940/6 970/14
definitely [1]  941/13
degree [1]  1031/11
delete [2]  913/15
914/22
deleted [7]  906/24
934/4 935/9 936/14
936/17 940/16
940/23
deletions [1]  931/4
deliberately [1]

**deliberately... [1]**
993/3
**deliberating [1]**
1074/2
**deliberations [3]**
1045/7 1053/25
1073/19
**demand [2]** 1003/7
1030/15
**demeanor [3]**
962/12 962/14
1062/11
**demonstrate [1]**
964/19
**deny [2]** 923/16
950/6
**denying [1]** 961/16
**Department [2]**
905/22 1032/1
**depends [1]** 969/25
**depositions [2]**
936/25 1037/8
**deputy [5]** 903/2
915/3 939/4 1073/20
1073/25
**describe [1]** 973/16
**described [7]**
922/21 940/11
980/25 1060/24
1060/24 1066/11
1067/1

1010/19 1038/24
**desensitized [1]**
1036/4
**designed [3]**
1048/11 1048/12
1048/13
**Det [3]** 1009/25
1010/21 1011/21
**detail [4]** 962/15
982/7 997/3 1068/3
**details [7]** 962/19
993/13 993/22
994/15 995/15
1032/19 1037/12
**Detective [2]** 980/19
1023/18
**determination [3]**
905/22 912/20
913/10
**determined [5]**
935/5 936/2 945/4
981/3 1044/9
**Deuce [2]** 966/16
966/16
**devastating [2]**
1057/5 1057/6
**developed [1]**
1016/21
**diaphragm [1]**
981/2
**did [107]** 903/16

924/12 926/20 930/3
938/12 938/13
938/16 940/10
943/23 946/18 948/6
953/3 963/11 965/20
971/3 972/14 972/16
974/2 975/25 977/9
980/2 980/2 988/1
992/14 993/21
994/13 995/17
996/11 1000/2
1004/12 1004/15
1005/11 1006/12
1006/23 1006/25
1007/16 1007/22
1008/15 1010/1
1011/6 1011/6
1012/7 1014/17
1018/10 1018/17
1019/1 1019/23
1020/2 1020/2
1020/6 1020/6
1020/10 1020/11
1020/13 1021/25
1022/9 1022/11
1022/12 1022/13
1022/16 1022/19
1023/22 1024/10
1024/19 1025/15
1026/8 1026/21
1029/21 1032/11

**did... [35]  1032/16**
 1032/16 1035/19
 1037/9 1037/21
 1037/22 1037/24
 1038/12 1038/19
 1038/19 1038/21
 1039/10 1041/18
 1043/7 1046/12
 1047/22 1050/8
 1051/15 1051/15
 1055/19 1060/16
 1060/19 1062/20
 1062/21 1062/24
 1063/15 1064/3
 1064/9 1065/16
 1067/9 1067/23
 1068/10 1069/10
 1072/15 1072/15
**didn't [55]  927/17**
 927/19 953/7 960/15
 964/5 968/19 970/4
 976/4 976/8 976/10
 977/7 979/10 988/17
 993/22 999/13
 1000/20 1000/25
 1007/20 1009/2
 1009/16 1010/24
 1011/7 1011/14
 1014/25 1019/25
 1020/13 1021/4
 1021/19 1022/1

 1026/1 1026/2
 1026/3 1026/17
 1028/16 1029/9
 1029/10 1029/10
 1030/13 1033/4
 1033/5 1034/4
 1036/6 1036/10
 1038/19 1039/12
 1039/17 1043/6
 1046/11 1048/25
 1054/18 1055/6
 1056/24 1058/11
 1059/4 1067/5
**die [1]  1058/17**
**died [1]  958/4**
**differ [1]  909/14**
**difference [2]**
 909/14 1004/22
**different [19]  908/1**
 920/17 935/20
 955/19 963/25
 980/21 982/2 983/11
 983/22 984/3 984/5
 997/3 1011/13
 1030/6 1037/8
 1050/20 1050/21
 1062/8 1069/15
**differently [4]  928/2**
 1065/15 1069/22
 1070/2
**difficult [4]  1003/11**
 1003/12 1003/12

**difficulty [1]**
 1045/11
**Dinero [1]  967/3**
**dinner [1]  1044/6**
**direct [6]  904/17**
 1011/5 1011/15
 1032/20 1032/22
 1034/5
**direction [1]  993/4**
**directly [9]  972/12**
 994/7 995/15
 1024/14 1024/18
 1024/18 1026/15
 1067/19 1071/13
**disagree [3]  927/22**
 936/12 943/21
**disconnect [6]**
 909/23 910/1 912/1
 912/3 913/2 913/3
**discuss [2]  906/20**
 937/22
**discussed [7]  908/12**
 911/9 947/25 948/2
 948/4 997/12 997/15
**disloyal [4]  959/12**
 959/15 959/17
 959/19
**dismiss [3]  917/17**
 918/19 919/10
**dismissal [1]  949/19**
**disparate [1]  930/19**

Case 1:18-cr-00319-SHS Document 549 Filed 05/20/22 Page 76 of 175

**dispute [6]** 912/10
954/9 1011/10
1041/12 1060/21
1061/2
**disputes [6]** 954/9
954/11 954/13 955/1
1007/19 1060/22
**disregard [1]**
1044/15
**disrespect [5]** 966/1
966/3 1060/23
1060/25 1061/2
**distance [1]** 982/19
**distinctive [4]**
984/19 988/16
1056/13 1056/19
**distraction [2]**
1058/21 1059/19
**distractions [4]**
1048/4 1048/7
1048/7 1048/11
**distribute [1]**
971/12
**distribution [8]**
919/21 921/1 928/16
929/14 930/7 930/12
944/19 944/23
**DISTRICT [4]**
902/1 902/1 902/12
902/17
**divided [1]** 1020/14

960/11 1007/11
1008/23 1008/25
1009/10 1009/11
1009/20 1010/12
1013/9 1029/5
1057/23 1057/24
1058/1 1058/2
1058/3 1058/5
1058/8 1058/8
1058/24
**do [112]** 904/18
909/6 913/22 915/8
919/21 929/8 930/16
930/21 930/24
930/25 931/7 932/23
937/1 937/8 937/16
938/12 938/13 939/5
939/6 943/17 944/4
945/13 947/4 947/6
947/7 947/11 947/17
947/18 947/23
948/11 948/12
962/11 964/7 975/7
975/10 978/16
981/19 984/14 988/2
992/21 998/15
998/17 998/18
1000/5 1002/5
1002/6 1002/7
1002/13 1004/4
1004/8 1005/6

1009/14 1013/2
1013/4 1013/4
1015/7 1016/8
1016/15 1016/16
1019/17 1021/4
1022/19 1026/1
1026/5 1026/8
1026/8 1029/9
1030/25 1031/8
1033/16 1033/20
1033/22 1034/14
1035/23 1035/25
1036/19 1037/10
1037/22 1037/22
1038/20 1039/6
1040/3 1040/23
1042/8 1042/11
1042/11 1042/13
1042/14 1042/15
1042/16 1045/12
1045/22 1046/2
1046/7 1046/10
1047/4 1047/19
1050/23 1050/23
1052/12 1052/23
1053/9 1054/2
1054/14 1055/6
1062/14 1066/18
1068/12 1071/21
1071/22
**document [3]** 931/8

**D**

**document... [2]** 946/1 951/19

**does [36]** 907/8 907/19 909/16 909/19 925/20 926/3 942/7 942/11 946/2 946/25 969/18 1004/7 1004/8 1004/9 1006/20 1008/10 1008/15 1017/1 1017/2 1022/25 1023/3 1023/4 1023/4 1025/15 1027/18 1036/17 1041/1 1041/25 1049/5 1060/10 1062/6 1063/14 1065/5 1069/5 1069/23 1070/2

**doesn't [32]** 907/20 909/1 912/19 922/8 930/11 933/23 946/23 947/3 952/19 955/25 956/3 956/4 959/19 962/9 980/21 999/2 1000/1 1000/2 1002/25 1016/10 1019/21 1020/4 1023/12 1026/13 1026/13 1027/14

1033/23 1033/24 1039/9 1039/13 1041/6 1051/10

**dog [1]** 1039/4

**doing [25]** 926/5 933/18 939/5 950/14 957/2 959/3 959/21 969/4 973/5 974/20 989/25 996/20 998/23 1005/13 1014/12 1015/3 1016/9 1017/23 1023/10 1035/24 1051/22 1052/10 1052/11 1052/11 1053/24

**Dollar [1]** 966/16

**dollars [1]** 1013/18

**dominate [1]** 953/6

**don't [95]** 904/20 906/20 911/7 914/21 920/22 921/20 923/19 926/4 928/16 930/13 931/5 936/12 938/21 940/15 947/25 948/7 951/16 955/2 955/8 959/20 963/11 968/23 970/1 979/6 979/24 981/15 991/13 994/10 994/11 997/22 998/6 1001/16 1005/3

1006/3 1006/17 1009/23 1009/23 1014/15 1014/16 1014/18 1014/18 1021/18 1023/10 1023/11 1023/12 1024/24 1026/3 1026/24 1029/17 1029/20 1032/19 1034/3 1034/3 1034/6 1034/7 1036/24 1036/24 1036/25 1037/14 1037/16 1038/1 1041/4 1041/5 1042/11 1042/17 1043/1 1043/2 1043/3 1043/3 1043/3 1043/14 1043/20 1046/19 1047/7 1048/2 1049/7 1049/7 1049/8 1049/9 1050/23 1050/23 1053/20 1054/16 1057/22 1058/23 1058/23 1058/24 1059/1 1059/2 1065/3 1070/11 1070/14 1070/25 1071/24 1074/1

**done [16]** 914/12

**D**

done... [15] 945/9
961/15 963/4 969/13
969/25 1002/9
1008/5 1012/7
1019/16 1039/25
1040/14 1040/21
1047/16 1067/10
1073/8
door [2] 925/20
1009/23
double [4] 914/22
964/23 999/21
999/21
double-sided [1]
914/22
doubled [2] 1000/22
1000/22
doubt [22] 927/15
939/25 940/9 947/2
951/15 990/16
996/23 1007/1
1007/3 1007/6
1007/7 1025/20
1032/8 1044/14
1044/19 1045/12
1045/17 1048/16
1057/16 1071/25
1072/19 1072/22
doubts [1] 943/4
down [42] 914/3
918/5 926/20 926/23

953/8 955/7 955/15
957/7 958/8 960/9
964/18 966/17 971/4
977/3 978/13 982/6
983/3 984/6 984/7
984/14 986/22
987/15 987/20 989/5
994/8 1000/5
1000/22 1000/22
1014/11 1024/24
1025/1 1026/7
1045/1 1046/6
1050/13 1060/23
1060/25 1061/2
1061/21 1069/21
1070/1 1072/10
dozen [1] 1015/18
draft [2] 935/25
937/6
draped [1] 983/24
dreads [5] 984/2
986/23 987/14 988/6
988/8
drive [1] 972/14
drive-by [1] 972/14
driven [1] 1031/2
driver [2] 976/19
1031/5
driving [1] 1031/2
drop [1] 982/17
dropped [11]
988/23 989/5 989/12

990/9 990/11 991/14
1001/4 1027/25
1028/1 1028/1
1029/18
dropping [1] 1039/5
drops [1] 990/17
drove [2] 999/13
999/14
drowning [1]
1037/20
drug [24] 936/5
936/5 938/9 944/7
945/7 965/17 970/19
970/24 970/25
970/25 971/10
971/12 971/13
971/23 972/6 976/5
977/13 977/22 978/2
997/20 997/21
998/11 1063/16
1073/4
drug's [1] 965/14
drugs [34] 936/5
945/7 953/4 956/18
961/18 964/8 965/16
971/1 971/12 971/14
971/14 971/15
971/16 971/17
971/19 971/20
971/21 972/2 972/3
972/4 973/17 973/23
973/25 977/14

**D**

drugs... [10] 977/15
977/15 977/24
977/25 979/13
997/13 1018/14
1050/9 1052/17
1052/20
drumming [1]
1065/11
dual [1] 1060/12
dub [2] 959/3
959/12
Duce [1] 960/4
due [1] 1049/8
dues [1] 1018/5
during [16] 931/12
1003/13 1004/5
1006/1 1006/11
1014/23 1016/21
1017/16 1019/24
1023/4 1027/25
1041/14 1041/15
1050/16 1070/22
1074/1
duty [1] 1039/7
Dyckman [16]
953/3 956/18 960/12
960/12 964/1 965/4
965/24 968/13
971/24 975/18
977/22 978/11
1000/11 1015/5
Dylan [1] 902/25

**E**

each [35] 933/19
962/20 963/10
964/22 964/24
978/23 984/20 993/7
995/4 995/6 995/10
997/2 998/11 999/11
999/12 999/19
1027/20 1034/14
1040/5 1040/7
1040/11 1041/12
1042/24 1043/1
1043/2 1043/3
1043/5 1058/18
1062/3 1064/18
1065/6 1065/14
1066/21 1069/20
1070/21
earlier [3] 981/12
999/1 1026/16
early [1] 1010/21
earn [1] 969/2
earned [3] 967/7
968/21 969/3
easier [1] 1062/22
easily [1] 1059/17
easy [3] 1029/5
1037/4 1044/13
economic [1] 944/17
edges [2] 1053/5

effect [7] 934/6
934/15 934/18 936/3
937/19 944/17 945/6
effectively [1]
919/24
effort [4] 930/5
930/14 953/5 1023/3
eight [5] 929/4
966/16 966/16
1000/18 1070/1
either [11] 924/25
969/17 974/25
975/11 982/17 999/5
1008/20 1009/2
1011/23 1014/1
1021/17
elaborate [1]
1049/25
element [11] 934/15
934/20 936/6 939/14
939/16 939/24
940/25 945/8 1060/6
1061/8 1061/12
elements [2] 904/8
940/12
elephant [2] 1053/3
1053/10
ELIZABETH [3]
902/18 902/20
902/21
else [39] 906/13

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/21 Page 80 of 175

else... [38] 906/13
914/17 914/17
914/18 915/2 933/21
934/23 939/6 940/21
941/18 943/16
948/18 968/19 969/8
979/1 986/7 992/25
994/5 997/24
1004/12 1020/19
1020/19 1020/20
1023/19 1028/13
1031/2 1031/2
1031/3 1036/8
1040/19 1043/14
1043/17 1046/12
1049/25 1051/12
1057/19 1059/16
1065/5
else's [2] 1028/9
1035/4
embarrassed [1]
1039/12
embrace [2]
1047/21 1072/20
Emily [1] 902/24
emoji [1] 958/9
emojis [2] 957/24
958/7
emotional [1]
1003/22
emphasized [1]

end [14] 904/23
934/5 934/14 935/18
957/6 957/16 969/7
970/1 987/11
1027/17 1047/9
1047/9 1047/16
1072/12
ended [1] 964/20
ends [1] 935/19
enemies [7] 966/2
967/10 972/12
972/14 974/18 993/7
999/23
enemy [2] 995/21
1061/5
enforcement [5]
945/1 1011/22
1011/24 1033/4
1048/24
enforcement's [1]
1009/11
engage [4] 920/20
943/4 943/8 950/3
engaged [5] 940/11
949/25 950/4 997/14
997/15
engaging [2] 919/24
955/24
enhance [5] 941/3
1021/5 1024/16
1024/17 1060/9

1001/10 1074/3
enjoyed [1] 951/4
enormous [1] 944/2
enough [7] 976/6
997/24 1010/25
1029/5 1037/16
1042/17 1042/20
enter [2] 950/3
1040/16
entered [2] 981/1
1062/19
enterprise [51]
930/10 930/20
934/19 934/20 940/7
940/9 941/3 941/4
941/5 950/1 950/3
955/15 955/22
955/25 956/3 956/6
960/22 961/5 961/9
961/10 961/17
961/17 964/16 969/1
970/11 970/13
970/15 972/22 976/3
979/3 979/3 979/6
979/21 997/10
997/12 998/2
1004/13 1004/13
1004/15 1005/25
1015/24 1016/6
1017/7 1017/9
1018/2 1018/13

enterprise... [5]
1019/6 1049/5
1049/13 1049/16
1050/2
enterprises [1]
1015/8
enterprises's [1]
941/6
entire [5] 919/4
965/4 1002/13
1023/18 1060/10
entirely [1] 944/24
entitled [1] 931/8
entity [1] 956/1
Epps [2] 1038/12
1038/12
equal [1] 1058/19
equally [1] 1046/4
equipped [1]
1060/15
escape [1] 984/19
especially [1]
1066/12
Espinal [4] 981/9
1007/8 1007/11
1007/12
ESPINOSA [2]
902/18 1069/18
establishes [1]
961/11
estimate [3] 1001/15

estimated [1]
972/10
evaluate [1] 1035/21
evaluated [1]
1008/25
evaluating [1]
1033/19
evaluation [1]
1041/7
even [32] 930/10
934/6 934/17 936/2
944/24 945/5 955/8
962/19 967/4 972/2
975/15 979/17 980/4
987/19 987/25 990/3
991/2 993/21 1013/3
1024/10 1036/3
1039/11 1039/13
1039/17 1056/6
1058/5 1058/8
1061/25 1064/19
1067/22 1068/24
1071/24
evened [1] 993/21
evening [3] 1063/12
1073/5 1074/3
event [2] 911/12
1069/3
ever [20] 967/19
1010/15 1010/16
1010/17 1010/18

1016/17 1017/16
1020/2 1020/3
1023/19 1023/20
1023/23 1024/10
1031/14 1031/15
1031/15 1031/16
1032/5 1033/3
1066/12
every [23] 962/20
966/16 972/6 972/11
975/3 975/13 988/2
1000/7 1003/18
1006/15 1020/15
1040/11 1042/8
1042/19 1043/2
1062/3 1068/3
1070/6 1070/14
1070/15 1072/23
1072/23 1072/24
everybody [7]
915/22 949/6 992/2
1016/3 1016/5
1029/17 1038/10
everyone [14] 958/9
960/5 960/19 974/11
975/8 991/20 992/5
993/11 993/14
995/20 996/1 1002/3
1059/22 1063/24
everyone's [1]
1073/21
everything [5]

Case 1:18-cr-00319-SHS Document 113 Filed 05/20/22 Page 82 of 175

**E**

everything... [5]
960/17 963/6
1027/18 1040/19
1051/12
evidence [122]
915/11 915/11 919/2
922/24 923/1 923/7
923/8 923/14 924/2
925/19 927/14
928/14 928/15 930/2
942/21 942/25 944/2
949/16 949/24
951/19 951/20
951/25 952/6 952/7
952/16 952/18
952/19 952/20
952/21 953/22 954/4
954/6 962/13 962/25
963/9 963/13 963/18
969/20 975/16
980/18 981/13
981/18 981/19
981/25 987/1 987/25
990/12 990/15 991/1
991/3 996/25 1001/2
1001/3 1003/2
1003/2 1003/8
1003/8 1004/1
1004/1 1004/7
1004/7 1004/8
1004/18 1005/4

1006/4 1006/13
1006/13 1006/14
1007/2 1008/2
1009/17 1012/1
1012/2 1013/6
1013/7 1013/7
1013/8 1015/16
1015/21 1023/18
1023/20 1023/22
1023/22 1030/14
1031/13 1031/14
1031/20 1031/25
1037/12 1045/9
1046/14 1048/13
1048/15 1050/1
1050/3 1050/9
1052/1 1052/6
1052/19 1052/24
1053/9 1053/19
1057/3 1057/5
1057/8 1057/15
1057/21 1058/4
1058/7 1058/7
1058/22 1059/14
1060/13 1061/3
1062/13 1065/24
1066/23 1070/22
1071/1 1071/21
1072/16 1073/11
exactly [7] 908/20
908/21 926/24 963/9
974/1 994/3 1043/14

examination [10]
922/7 923/18 926/15
1011/6 1011/8
1011/15 1024/11
1032/20 1032/22
1034/5
examine [3] 922/6
923/17 987/1
examined [2]
980/19 1065/21
examiner [4] 980/24
1008/4 1008/10
1022/21
examining [1] 927/9
example [6] 917/23
929/23 940/25
968/15 1048/17
1069/7
examples [3] 941/7
974/10 974/10
except [6] 927/17
927/18 1011/4
1028/6 1039/23
1040/16
exchange [1] 928/3
excise [1] 932/14
excited [1] 992/4
exclude [1] 928/14
exercise [1] 919/25
exhaustive [1] 941/8
exhibit [35] 946/17
951/19 951/24

**E**

exhibit... [32]
951/25 957/9 957/13
957/15 957/20
957/22 958/3 962/2
969/13 973/7 975/16
980/19 981/23 982/1
986/4 986/8 986/16
987/12 987/16
988/12 988/14 989/9
989/16 989/19
1010/13 1028/19
1028/20 1030/1
1031/25 1031/25
1054/19 1075/2
Exhibits [2] 989/21
1075/1
exist [1] 940/10
existence [3] 943/25
944/1 944/3
exists [1] 1015/25
exited [1] 981/3
expect [8] 955/20
976/3 997/2 997/5
999/3 999/6 1057/10
1058/17
expectation [1]
1073/22
expectations [2]
979/9 979/10
expected [2] 941/2
1060/7

experience [1]
961/21
experienced [2]
1062/24 1065/22
expert [3] 980/20
1007/2 1022/21
explain [3] 923/16
929/10 997/2
explained [3]
965/25 967/15
1060/21
explains [1] 963/3
exposed [1] 1065/21
express [1] 995/7
expressly [1] 988/9
extant [1] 931/9
extending [1]
925/14
extent [4] 910/1
910/2 910/5 911/18
extremely [1] 986/5
eyes [3] 958/6
958/10 1059/3
eyewitness [1]
1059/1
eyewitnesses [3]
1058/10 1058/12
1058/13

**F**

F.3d [1] 929/23
face [7] 925/6 984/7
986/15 986/18

990/17 990/17
1023/1
faces [2] 983/23
1036/7
FaceTime [1]
977/10
facial [3] 986/21
987/23 1056/17
facing [2] 1037/13
1040/8
fact [37] 918/18
919/12 926/3 930/6
936/17 937/10
937/13 938/3 942/3
968/24 981/19
1003/16 1005/18
1007/19 1008/9
1008/11 1009/14
1013/15 1014/20
1018/8 1022/13
1023/2 1023/5
1030/11 1030/20
1030/22 1032/5
1034/9 1039/22
1051/5 1051/9
1052/12 1054/12
1061/8 1062/18
1071/21 1071/22
factor [1] 914/9
factors [11] 906/18
906/24 907/21
907/22 909/4 910/8

factors... [5]  911/15 911/25 913/16 914/13 920/20
facts [4]  1003/10 1048/11 1049/12 1051/3
factual [1]  914/6
faint [1]  986/21
fair [1]  1034/1
fake [6]  968/11 971/21 971/22 976/22 977/14 977/15
fall [1]  1040/18
fallen [1]  989/3
falls [1]  983/1
familiar [1]  959/5
fancy [1]  1003/3
far [14]  911/21 923/12 925/14 979/23 981/18 994/5 1017/4 1051/10 1054/23 1064/13 1066/15 1066/15 1067/7 1067/7
fast [1]  905/9
fatal [3]  955/3 955/4 1000/1
father's [1]  1007/10
favor [1]  1046/7
feared [1]  973/12

features [1]  983/23
February [1]  944/11
federal [5]  935/13 997/19 998/10 1038/8 1041/24
Fedor [9]  961/1 1006/8 1016/9 1016/16 1018/22 1039/10 1039/25 1044/16 1045/21
feel [4]  1003/23 1005/3 1025/11 1072/13
feeling [7]  992/1 992/3 1003/22 1003/23 1005/5 1034/16 1045/10
feelings [1]  1005/2
fellow [8]  953/11 960/16 965/18 969/13 999/15 1055/12 1055/16 1063/5
felony [5]  917/25 918/1 926/13 928/4 1014/4
felt [1]  994/18
feud [1]  966/9
few [19]  931/15 931/17 953/13 954/8 959/8 960/3 974/9 983/4 983/11 984/3

983/20 986/19 988/4 997/5 1007/10 1025/12 1027/13 1047/17 1058/4 1072/10
fictitious [2]  1015/24 1049/5
Fifteen [1]  929/4
Fifth [1]  1065/17
fighting [2]  1022/9 1042/9
filed [1]  936/21
fill [1]  998/4
filmed [1]  977/10
final [1]  1070/19
finally [6]  963/8 972/8 978/3 985/17 1001/5 1066/1
find [40]  907/21 909/5 909/6 909/24 910/16 912/4 912/5 912/18 912/19 913/8 930/13 930/21 933/14 934/18 934/20 936/4 936/5 939/21 940/8 943/5 945/6 945/8 951/11 955/8 955/9 968/24 997/23 998/3 998/7 998/8 998/14 998/16 998/17 998/18 998/18 1029/14 1060/3 1060/4

**find...** [2] 1071/25
1073/12
**finding** [2] 909/16
911/8
**findings** [8] 904/2
904/22 905/13
905/17 905/18
905/19 905/24
906/10
**fine** [6] 914/25
929/9 939/1 945/22
948/15 950/13
**fingerprints** [7]
1008/17 1009/18
1009/20 1010/11
1013/9 1029/4
1058/24
**fingers** [16] 957/1
957/6 957/6 957/16
957/17 958/7 958/8
958/17 964/17
964/17 974/8
1014/15 1014/17
1031/22 1031/23
1031/23
**fingertips** [2]
937/16 944/10
**finish** [1] 1003/5
**fire** [6] 978/14 979/1
993/7 999/23
1054/14 1073/6

**firearm** [1] 975/19
**fired** [9] 955/3 955/4
972/12 993/1 993/2
993/3 993/10 995/18
1000/1
**firing** [3] 989/5
990/13 999/20
**first** [33] 909/7
910/14 911/1 911/3
922/9 922/10 922/11
922/17 926/8 932/19
932/21 933/4 933/16
935/11 939/13 950/8
952/12 954/3 954/8
963/19 964/13 966/6
967/15 984/16 987/2
1002/19 1010/21
1049/3 1056/2
1059/14 1064/15
1067/1 1068/18
**fit** [2] 930/11
1071/22
**fits** [1] 954/5
**five** [9] 929/3 958/25
965/16 972/11
976/14 976/15
977/11 977/18
1014/17
**flash** [1] 983/2
**flashing** [6] 957/10
957/23 958/13
958/16 958/17

**flat** [2] 1010/10
1010/11
**flip** [1] 1019/21
**floating** [1] 1023/16
**flooded** [1] 953/4
**focus** [9] 959/22
984/4 986/3 1004/1
1025/14 1045/12
1045/16 1048/11
1061/18
**focused** [5] 911/12
911/12 929/22
1025/13 1028/14
**focusing** [3] 908/22
930/17 1000/14
**folded** [4] 957/7
957/17 958/8 964/18
**follow** [2] 1004/2
1054/12
**follow-up** [1]
1054/12
**followed** [4] 970/10
1000/20 1033/13
1049/20
**followers** [2] 956/14
1013/24
**following** [2] 934/16
969/8
**fool** [2] 1061/18
1062/5
**fooled** [1] 1061/17

Case 1:18-cr-00319-SHS Document 90-4 Filed 05/20/20 Page 86 of 175

footage [7]  955/12
980/22 981/22
981/25 987/2 988/19
1001/3
force [1]  1017/22
forehead [9]  986/20
987/2 987/3 987/7
987/22 996/7
1025/17 1056/15
1072/9
foreperson [1]
914/23
foreseeable [2]
943/3 943/7
forfeiture [5]
903/19 903/25 904/1
905/10 906/11
forget [3]  1020/8
1037/15 1051/11
forgetting [1]
921/10
form [19]  907/11
908/17 908/21
908/25 909/4 909/24
910/3 912/2 912/11
912/13 912/24
913/14 914/21 926/9
926/13 927/13
927/13 931/20 998/4
formal [2]  956/1
956/4

forthcoming [1]
908/13 931/8 941/13
forward [1]  1011/1
fought [1]  965/20
found [20]  938/15
966/12 978/21
978/22 980/15 985/4
988/24 989/1 989/15
990/8 1005/10
1009/10 1011/4
1056/9 1058/25
1059/9 1059/12
1059/20 1071/18
1072/5
founded [2]  963/20
967/3
founder [5]  917/7
926/7 930/19 956/24
1052/3
founders [1]  960/25
founding [1]
1072/25
four [12]  929/3
972/11 982/12
984/20 995/3 996/21
997/15 997/21
1025/9 1028/11
1028/12 1069/5
Fourteen [1]  929/4
fourth [4]  935/21
935/23 982/16
1065/11

Fragments [3]
980/15 980/16
1057/25
frame [2]  1066/24
1068/1
Frankie [8]  1017/13
1017/14 1017/14
1017/18 1017/18
1017/18 1017/19
1017/23
free [3]  995/23
1015/19 1056/4
FreeIto [1]  957/18
Friday [1]  945/18
friend [1]  1040/7
friends [5]  1034/15
1048/20 1048/21
1048/21 1056/3
front [10]  904/11
904/21 937/8 965/19
971/24 980/7 987/6
991/19 1001/1
1031/3
full [3]  933/20
993/25 1007/6
fully [1]  1048/3
fun [2]  978/23
1050/23
fund [1]  1019/13
funds [1]  1020/12
funny [1]  1039/8
further [2]  969/13

**F**

further... [1] 984/6
furtherance [3]
 953/24 980/3
 1005/21
future [1] 938/1

**G**

gained [1] 1055/17
Gallego [1] 943/24
gang [149] 940/9
 943/1 943/2 943/3
 943/7 943/8 953/11
 953/14 953/17
 953/23 953/24 956/2
 956/13 956/13
 956/19 956/24 957/5
 957/8 957/8 957/10
 957/24 957/25 958/1
 958/13 958/16
 958/17 958/18
 958/18 958/18
 958/19 959/1 959/2
 959/8 959/18 959/19
 959/21 960/9 960/13
 960/14 960/16 961/1
 961/4 961/5 963/19
 963/23 963/24
 963/25 964/15
 964/15 964/23
 964/24 964/25
 964/25 965/1 965/10

965/15 966/6 966/8
966/13 967/3 967/4
967/7 967/16 967/23
968/5 968/8 968/11
969/1 969/5 969/25
970/4 970/6 970/11
970/12 972/25
973/15 974/6 974/17
976/7 977/8 977/9
977/25 978/8 978/16
978/18 979/11
993/12 994/22
995/10 995/16
995/24 996/14
996/19 996/20
996/21 997/25 998/7
999/15 999/17
1000/16 1000/22
1006/1 1007/6
1014/22 1014/25
1015/7 1015/12
1015/24 1016/6
1016/12 1017/2
1017/5 1017/11
1018/14 1019/4
1019/5 1019/7
1019/8 1020/14
1049/4 1049/5
1049/6 1049/22
1049/24 1050/5
1050/20 1050/22
1051/8 1052/3

1052/4 1052/8
1055/11 1055/12
1055/16 1055/17
1056/5 1060/9
1060/10 1060/11
1060/18 1060/22
1061/4 1061/5
1061/5 1061/7
1061/9 1063/5
1071/3 1073/2
gang's [12] 957/3
 959/9 960/8 960/16
 973/16 977/22
 1049/19 1052/12
 1052/15 1061/6
 1071/5 1073/5
gang-related [4]
 1060/10 1060/11
 1060/22 1061/4
gangs [13] 963/22
 964/9 964/12 965/21
 965/22 979/18
 1015/8 1016/14
 1049/23 1050/22
 1051/1 1051/2
 1051/5
gangsta [6] 956/13
 959/4 959/20 960/3
 1005/15 1013/11
gangster [4]
 1013/14 1013/17
 1050/24 1051/20

# G

gangsters [3]  957/11
957/12 958/6
gaping [1]  945/1
gas [1]  957/25
gather [1]  906/2
gave [11]  926/4
948/8 961/7 971/1
971/4 975/11 993/25
994/14 1064/5
1069/19 1069/20
gee [1]  1042/15
general [7]  931/19
931/21 932/9 998/8
1032/8 1035/11
1047/7
generally [1]  942/23
gentlemen [11]
951/3 951/10 952/4
952/20 1001/8
1002/18 1034/22
1035/3 1035/20
1047/12 1073/14
Georgy [2]  959/3
959/7
Georgy's [1]  959/14
gestures [3]  1052/5
1071/8 1071/9
get [101]  913/17
914/20 915/7 941/15
945/10 969/8 969/9
971/7 971/17 983/22

984/5 984/17 988/12
990/1 991/2 992/4
993/7 994/17 998/21
999/23 1002/7
1002/11 1002/14
1003/15 1003/16
1003/17 1003/19
1003/20 1003/22
1003/25 1005/2
1005/5 1009/11
1009/12 1009/13
1010/25 1013/6
1013/6 1013/7
1013/22 1013/23
1013/24 1013/24
1016/4 1017/1
1017/13 1019/9
1019/9 1022/10
1022/13 1024/6
1025/24 1026/25
1032/17 1033/21
1035/23 1036/4
1036/20 1037/10
1037/10 1037/20
1038/21 1040/8
1040/10 1040/10
1040/15 1040/17
1040/20 1040/20
1040/22 1040/24
1040/25 1041/2
1041/24 1042/14
1042/14 1043/16

1045/6 1045/9
1045/10 1045/10
1045/14 1046/8
1046/9 1047/23
1053/23 1054/18
1058/15 1060/17
1065/4 1065/7
1065/9 1065/20
1066/2 1066/9
1066/16 1066/17
1066/18 1067/2
1067/12 1073/9
getaway [1]  999/14
gets [4]  952/13
1019/10 1045/2
1066/8
getting [17]  914/2
920/6 921/9 924/24
925/8 926/14 928/10
936/18 965/16 983/9
983/18 993/18
1011/12 1027/9
1038/5 1039/8
1041/16
gilding [1]  941/13
Gill [4]  1009/25
1010/21 1011/21
1023/18
girl [4]  1011/11
1011/12 1032/17
1060/21
girlfriend [2]

Case 1:18-cr-00319-SHS Document 55 Filed 08/13/19 Page 89 of 175

girlfriend... [2]
1032/14 1032/17
give [21]  905/25
937/2 937/25 945/10
948/9 949/18 960/15
971/14 988/1 993/22
1020/10 1020/11
1020/13 1025/9
1033/10 1042/18
1043/24 1045/18
1046/19 1064/10
1066/3
given [10]  912/14
917/13 931/19 937/7
937/10 937/13 938/3
942/4 1033/2
1034/17
giving [4]  933/19
993/13 1047/1
1064/21
glad [1]  1032/6
global [1]  1019/6
Glock [2]  974/5
974/5
glove [1]  1010/2
gloves [1]  1010/3
glowing [1]  984/22
go [39]  911/23 916/3
917/4 917/11 917/20
918/2 919/7 919/17
920/11 925/17 928/7

929/1 935/24 939/4
940/12 942/16
943/17 949/9 949/13
966/24 968/2 969/18
969/18 974/19 982/6
983/6 1005/2 1024/6
1027/10 1029/8
1037/1 1037/12
1037/16 1038/1
1049/2 1055/19
1065/18 1069/8
1074/1
god [3]  1029/18
1029/18 1036/8
God's [3]  1022/22
1024/9 1040/16
goes [10]  908/11
911/16 928/3 952/12
959/20 1022/10
1042/3 1047/9
1064/13 1066/15
going [139]  903/5
904/6 905/8 906/9
906/11 910/25
911/12 911/19
911/20 911/22 913/9
914/3 914/4 914/11
914/13 925/6 928/14
932/6 933/10 936/14
936/18 937/18
937/19 937/20
937/22 937/24 938/4

938/13 938/19 939/3
941/12 944/6 944/7
945/11 945/15
945/17 945/23
945/25 946/6 946/8
946/10 946/21 948/3
949/3 949/23 950/5
950/8 950/9 952/23
954/3 954/4 962/12
964/7 970/3 970/18
971/15 972/18
973/25 978/2 981/20
982/4 982/4 982/5
982/6 983/15 983/20
983/22 984/3 984/7
984/20 988/1 992/20
995/9 999/1 1003/22
1003/25 1004/2
1009/24 1010/9
1010/10 1011/23
1014/22 1017/11
1017/12 1017/12
1017/20 1017/21
1017/22 1021/18
1022/10 1028/21
1028/23 1032/13
1033/21 1033/21
1037/12 1038/16
1038/17 1040/8
1040/17 1040/19
1040/20 1040/20
1040/22 1040/22

**G**

**going... [34]** 1040/24
1040/25 1041/19
1041/21 1042/6
1042/13 1042/17
1042/18 1042/22
1043/11 1043/12
1043/15 1044/2
1044/4 1044/7
1046/6 1046/7
1046/8 1046/18
1047/1 1047/16
1047/25 1048/1
1049/22 1052/17
1060/1 1061/13
1062/16 1065/15
1065/17 1065/18
1070/16 1073/15
1073/24
**gold [1]** 970/24
**gone [2]** 929/7 994/1
**good [11]** 951/3
963/3 992/3 1002/24
1006/25 1018/18
1039/16 1040/13
1045/21 1052/18
1058/15
**goodness [1]**
1015/15
**got [28]** 917/25
918/17 927/3 927/5
928/2 960/14 960/22

**going...[9] 961/10 962/19 967/21** group **[1] 1012/17 955/23**
970/8 971/15 972/13
977/18 981/15
983/18 985/17
993/24 994/4 995/15
1000/15 1000/18
1011/2 1011/4
1020/1 1022/14
1060/18 1068/11
**gotten [3]** 1000/21
1026/25 1037/13
**government [207]**
**government's [14]**
911/11 911/14
913/15 931/9 941/14
942/1 942/1 942/5
943/14 1014/23
1026/18 1027/24
1028/4 1035/19
**grant [1]** 949/19
**gray [6]** 982/14
984/25 985/12
985/25 1053/4
1053/6
**great [1]** 1005/3
**greenish [1]** 986/11
**greet [1]** 964/22
**grew [5]** 968/6
968/7 980/4 1015/6
1015/10
**ground [2]** 980/21
990/14

955/24 956/9 958/12
966/19 979/3 982/25
991/18 995/17
1049/16 1049/18
1050/15 1073/6
**groupie [1]** 1052/7
**gruesome [1]**
1064/19
**guess [8]** 908/14
915/22 921/9
1013/20 1026/18
1030/18 1040/6
1041/11
**guilt [4]** 912/21
947/2 951/15
1057/16
**guilty [63]** 908/11
909/5 910/16 912/5
915/19 915/20
917/16 918/17 919/3
919/18 920/4 920/16
924/16 947/20
947/21 950/2 953/25
954/7 955/4 955/9
961/12 963/6 975/22
976/4 979/21 979/24
992/21 993/8 994/12
994/13 996/24 998/3
998/17 998/18
1000/4 1001/6
1005/1 1005/7

Case 1:18-cr-00319-SHS Document 505 Filed 05/20/21 Page 91 of 175

**guilty...** **[25]** 1005/8
1005/8 1005/10
1005/12 1005/15
1005/16 1005/18
1007/8 1007/8
1007/13 1022/14
1022/15 1027/3
1031/10 1037/9
1040/7 1046/15
1048/15 1062/1
1062/1 1062/2
1072/15 1072/16
1072/17 1073/12
**gun** **[66]** 953/17
958/17 973/9 973/19
974/5 974/9 974/15
974/19 974/23
974/25 975/3 975/12
975/12 975/14 976/1
976/18 976/23
976/25 977/4 977/7
982/22 985/19
985/19 990/13
991/23 992/17
992/18 1004/6
1005/10 1005/12
1005/13 1008/22
1010/7 1010/9
1011/10 1014/15
1014/16 1030/17
1030/18 1030/19

1030/20 1030/21
1030/22 1030/23
1030/24 1030/25
1031/12 1031/14
1031/18 1031/19
1031/20 1031/22
1031/22 1031/23
1038/14 1039/1
1052/5 1052/9
1052/13 1057/25
1063/2 1071/6
1071/8 1071/9
1071/9 1073/6
**Gunfire** **[1]** 993/5
**gunman** **[1]** 957/3
**gunpoint** **[2]** 971/6
1000/9
**guns** **[30]** 957/2
967/9 971/8 972/3
972/3 974/6 974/15
974/24 975/5 975/9
975/15 975/21
975/24 976/9 976/10
977/22 977/23
977/24 978/1 978/13
980/21 993/5 999/14
999/20 1007/1
1014/14 1014/15
1017/22 1018/15
1040/1
**gunshot** **[1]** 981/4
**gut** **[3]** 1003/23

1005/21 1045/10
**guy** **[40]** 969/19
974/11 976/22
977/17 994/19
1005/9 1005/9
1007/6 1009/1
1009/6 1010/5
1010/7 1012/7
1013/25 1014/8
1014/16 1015/19
1018/18 1019/16
1020/7 1023/1
1023/19 1024/3
1024/10 1025/5
1026/1 1032/15
1033/4 1033/13
1033/18 1033/18
1034/9 1037/19
1038/12 1039/8
1046/5 1052/3
1063/4 1065/7
1065/9
**guy's** **[2]** 976/22
1039/10
**guys** **[37]** 958/12
968/1 994/16
1004/19 1006/7
1013/13 1013/14
1013/18 1015/9
1015/9 1015/10
1015/10 1016/11
1016/16 1017/10

**G**

guys... [22] 1018/7
1018/11 1019/1
1022/4 1025/9
1025/10 1025/11
1027/19 1027/20
1028/10 1033/4
1035/10 1035/10
1035/11 1035/15
1036/5 1036/8
1042/22 1044/5
1045/23 1052/18
1061/11
Gz [1] 958/6

**H**

ha [2] 1033/7 1033/7
had [108] 903/12
915/5 915/18 917/13
919/25 923/9 923/16
924/4 929/1 932/4
934/5 936/17 944/10
951/5 964/13 964/14
965/4 965/21 966/12
966/18 967/1 967/4
967/9 967/17 967/17
968/18 968/24
968/25 969/2 969/8
969/13 974/14
974/18 974/24
974/25 975/5 975/9
975/20 975/21 977/7

977/17 978/12
978/21 978/24
978/25 979/6 979/6
979/7 979/8 979/9
980/22 988/6 988/7
988/16 989/3 992/5
992/7 992/10 992/10
992/12 993/20
993/20 994/1 994/5
995/1 995/17 996/13
999/14 1007/16
1007/24 1007/25
1007/25 1009/13
1010/5 1010/11
1010/20 1010/24
1011/10 1018/24
1019/16 1021/16
1021/22 1023/24
1025/24 1027/2
1028/5 1030/17
1031/20 1032/14
1034/2 1037/9
1039/1 1040/1
1040/2 1040/3
1050/9 1050/11
1051/6 1051/14
1056/13 1059/21
1060/18 1063/4
1067/14 1067/15
1067/18 1069/21
1073/8
hadn't [2] 978/23

hair [41] 955/13
984/1 984/9 984/11
986/16 986/21
986/22 987/14
987/18 987/19
987/23 987/25 988/1
988/2 988/15 988/16
988/17 990/17
992/12 992/13
992/14 996/8 996/8
1000/19 1001/4
1022/25 1023/3
1023/3 1023/4
1023/4 1023/8
1023/12 1023/15
1024/22 1026/23
1027/8 1027/13
1027/14 1048/19
1056/17 1056/19
hairstyle [2]
1056/13 1072/8
half [4] 923/25
950/10 1006/12
1015/18
hand [18] 903/11
957/5 957/22 958/8
964/17 973/10
973/18 974/5 979/8
982/23 985/19
1010/9 1010/10
1010/11 1023/10

hand... [3]  1023/11
1024/20 1037/6
handed [1]  907/12
handling [1]  951/4
hands [5]  958/7
964/20 973/23
983/15 1023/23
handshake [2]
964/19 964/20
handshakes [1]
979/8
hang [3]  1005/19
1015/9 1015/10
hanging [7]  1004/19
1004/20 1005/17
1005/17 1005/22
1016/18 1018/7
hangs [1]  1016/7
happen [12]  970/3
995/9 999/13 999/16
1022/2 1038/17
1055/17 1056/2
1056/3 1056/5
1069/10 1070/14
happened [24]
905/21 968/21
974/21 994/17
995/20 1007/18
1022/4 1025/14
1032/23 1033/1
1033/15 1033/24

1033/25 1034/10
1055/10 1055/15
1056/9 1056/12
1056/14 1056/16
1056/19 1056/22
1056/23 1069/4
happening [2]
977/11 1058/15
happens [2]  933/6
1042/13
happenstance [1]
1056/8
happy [2]  905/1
1019/22
hard [5]  918/3 961/8
978/25 990/15 991/3
hardened [1]
1062/25
hardly [1]  979/22
has [87]  903/19
908/11 908/12
909/16 909/19 913/8
914/5 914/5 920/3
920/23 922/13
922/23 922/24 923/6
924/24 927/14 932/6
934/6 934/18 935/5
936/2 936/3 937/6
938/5 938/24 942/2
942/18 942/25
943/14 945/4 945/5
946/16 948/24

951/23 952/5 956/4
958/5 983/14 983/19
985/23 986/19
986/20 987/3 987/10
996/7 996/8 1000/7
1014/7 1014/8
1014/9 1015/14
1015/15 1017/21
1028/3 1028/12
1033/18 1034/17
1038/23 1038/25
1039/1 1039/15
1041/19 1041/21
1043/8 1043/9
1043/20 1044/4
1044/21 1044/22
1046/11 1047/20
1049/16 1049/24
1052/2 1052/2
1054/21 1055/22
1057/15 1058/18
1058/19 1059/10
1060/11 1064/23
1065/8 1065/9
1067/10 1067/20
hashtag [6]  957/10
959/22 959/23
965/14 995/23
1015/1
hashtags [1]  957/17
hasn't [3]  942/13
1000/6 1073/1

**hate [1]** 927/7
**have [320]**
**haven't [4]** 925/25
926/1 991/12
1064/19
**having [10]** 908/2
908/15 908/17 927/8
978/9 1015/17
1015/17 1042/10
1043/16 1052/18
**he [545]**
**he'd [2]** 1000/21
1001/1
**he's [32]** 920/6
924/18 927/25
928/20 950/2 969/25
983/13 992/23
994/22 1002/25
1005/9 1005/15
1005/16 1005/18
1005/24 1005/24
1005/25 1005/25
1007/13 1010/10
1039/4 1039/15
1048/20 1048/22
1048/23 1052/2
1062/1 1062/1
1067/11 1067/20
1071/3 1071/8
**head [2]** 982/16
988/10

965/5
**headquarters [13]**
956/17 965/5 965/8
991/19 1018/9
1018/9 1018/13
1018/19 1018/21
1018/21 1018/25
1019/1 1049/9
**heads [1]** 1066/14
**hear [25]** 918/21
942/9 946/18 949/8
952/8 952/23 959/20
960/22 961/10
961/10 992/24 994/8
994/15 997/5
1001/11 1002/20
1025/7 1033/16
1036/1 1044/19
1046/18 1046/20
1047/12 1049/22
1058/11
**heard [78]** 925/25
926/1 946/15 949/7
952/6 952/6 953/16
954/4 956/16 957/11
959/8 960/24 961/1
961/22 962/22
962/25 964/22 965/7
965/21 966/6 966/11
966/18 966/25
967/14 968/3 968/15

974/5 976/13 977/13
977/15 977/21 978/6
980/13 980/24 991/7
992/16 993/15
995/14 999/25
1002/18 1004/18
1008/3 1008/7
1015/22 1021/2
1021/10 1024/23
1030/16 1036/14
1044/18 1044/20
1047/18 1048/1
1049/4 1050/3
1050/12 1050/19
1051/4 1051/11
1051/17 1052/20
1053/12 1058/4
1060/1 1060/13
1060/14 1060/16
1060/19 1061/10
1067/15 1067/22
1069/18 1070/9
1071/13 1071/14
**hearing [1]** 927/13
**hearsay [1]** 922/20
**heart [1]** 1052/14
**heat [1]** 1058/1
**Heights [2]** 1007/4
1015/5
**heinous [3]** 961/22
1005/1 1061/19

held [11]  929/25
944/21 967/11 971/5
974/6 977/10 978/9
1004/5 1004/6
1007/2 1031/12
hell [1]  969/19
help [12]  974/20
993/7 999/23 1004/8
1004/9 1004/15
1007/20 1035/23
1036/20 1046/12
1063/25 1064/1
helped [3]  970/16
999/12 999/19
helping [1]  999/11
helps [3]  999/22
1009/16 1061/8
her [2]  948/5
1003/13
here [107]  905/23
908/2 911/14 913/7
920/5 921/6 921/13
922/24 924/14
925/22 929/8 930/4
930/4 930/8 934/9
936/18 937/20
942/12 942/24
943/22 944/2 944/4
944/9 949/3 949/6
949/23 954/9 957/9
957/15 957/20

959/13 960/21 962/3
965/3 967/2 969/15
973/6 973/20 974/3
974/9 974/10 975/15
976/8 979/5 980/18
981/14 982/15
982/19 982/19
982/20 982/24 983/5
983/20 983/23 984/5
984/9 985/12 986/3
986/16 987/22
997/19 999/10
1001/10 1002/3
1003/13 1004/4
1004/9 1005/6
1009/3 1009/5
1009/17 1011/18
1011/19 1012/5
1016/12 1019/1
1019/4 1024/3
1024/6 1024/11
1029/12 1029/12
1029/13 1030/14
1038/2 1041/1
1041/11 1042/21
1044/14 1045/20
1047/17 1047/20
1050/18 1050/25
1052/24 1055/15
1055/21 1060/3
1068/12 1070/16

1073/20 1073/21
1074/3
here's [14]  982/16
988/11 988/13
991/21 1048/17
1048/20 1055/22
1059/20 1063/24
1063/25 1068/1
1070/4 1070/19
1071/24
heroin [2]  972/6
979/13
Herring [1]  937/7
hey [3]  1019/5
1023/11 1053/4
hide [6]  984/18
1018/14 1018/15
1039/12 1048/18
1048/21
hiding [2]  1048/22
1048/23
hierarchy [1]
1018/4
high [2]  941/5
967/10
high-ranking [1]
941/5
higher [1]  930/10
highlight [1]  997/5
highlighted [1]
1028/15

| **H** | 1006/22 1008/22 | himself [6] 917/8 |
|---|---|---|
| hill [2] 965/23 | 1009/6 1009/12 | 961/24 967/22 |
| 980/11 | 1010/9 1010/15 | 974/14 976/10 |
| Hillside [1] 1071/19 | 1010/17 1010/18 | 976/12 981/7 992/1 |
| him [136] 908/11 | 1014/18 1014/19 | 995/16 997/23 999/5 |
| 915/19 917/8 917/14 | 1016/20 1019/20 | 999/8 1024/21 |
| 917/18 918/11 | 1020/10 1020/11 | 1038/25 1039/18 |
| 918/11 918/15 | 1020/11 1020/13 | 1041/23 1042/2 |
| 918/20 920/5 923/20 | 1023/15 1023/17 | his [178] |
| 924/11 926/4 926/4 | 1023/24 1023/24 | historically [1] |
| 926/5 927/9 929/8 | 1023/24 1024/1 | 964/1 |
| 929/10 929/25 941/2 | 1024/2 1024/6 | hit [11] 978/22 |
| 943/3 946/10 948/4 | 1025/16 1026/10 | 978/24 983/1 989/7 |
| 953/17 953/18 | 1027/4 1027/7 | 993/5 994/17 995/18 |
| 953/19 955/9 959/10 | 1027/10 1027/24 | 1000/12 1000/17 |
| 960/8 962/5 967/21 | 1029/7 1031/21 | 1026/17 1026/17 |
| 968/21 969/24 970/3 | 1031/22 1032/9 | hits [1] 987/4 |
| 974/22 974/23 975/3 | 1032/10 1032/22 | hitting [1] 999/21 |
| 975/21 976/23 | 1033/14 1038/3 | HOBSON [21] |
| 976/25 977/1 977/7 | 1038/4 1038/8 | 902/17 938/14 944/9 |
| 977/7 981/13 982/17 | 1038/13 1038/15 | 952/24 952/25 |
| 983/15 985/12 | 1038/15 1038/16 | 1001/7 1001/17 |
| 985/15 986/19 988/1 | 1038/17 1039/9 | 1004/5 1006/5 |
| 988/5 988/9 992/2 | 1039/15 1039/17 | 1006/12 1018/1 |
| 992/2 992/15 993/11 | 1039/18 1042/2 | 1018/9 1025/13 |
| 993/19 993/20 | 1042/3 1042/8 | 1025/16 1026/10 |
| 993/21 993/24 | 1045/14 1045/14 | 1026/11 1032/12 |
| 993/25 994/3 994/8 | 1046/12 1048/23 | 1035/16 1038/4 |
| 994/14 995/19 999/7 | 1049/1 1049/2 | 1049/13 1050/1 |
| 1000/17 1000/17 | 1060/7 1065/9 | hog [1] 1038/13 |
| 1001/5 1005/11 | 1067/12 1067/22 | hog-tied [1] 1038/13 |
| 1006/6 1006/8 | 1072/17 1073/10 | hold [3] 1001/5 |

**H**

hold... [2]  1062/6 1073/10
holding [9]  958/17 971/4 973/23 974/9 983/21 994/8 1015/19 1024/24 1025/1
holds [1]  973/18
hole [1]  945/1
home [7]  969/18 1036/2 1037/21 1038/11 1039/7 1039/8 1067/21
homes [2]  953/5 970/25
HON [1]  902/11
honest [1]  1065/16
honestly [4]  1003/9 1038/1 1045/20 1045/22
honor [100]  903/3 904/5 904/14 904/20 906/4 906/8 906/14 906/16 907/1 907/3 907/24 908/5 908/23 910/16 910/22 911/18 912/16 913/23 913/25 914/4 914/5 914/7 914/19 915/6 915/13 916/2 917/2 918/4 918/23

920/9 920/12 921/3 921/7 922/9 923/3 923/13 924/7 925/5 925/16 925/18 926/10 926/13 926/14 926/19 927/22 928/19 929/2 931/1 931/15 931/23 932/10 932/19 932/22 933/1 933/13 933/17 933/22 934/1 934/3 934/4 934/12 935/1 935/8 935/22 936/7 936/9 936/12 936/16 937/2 937/5 937/12 937/17 938/2 938/8 939/7 940/23 940/23 941/11 941/19 941/21 942/11 943/10 945/25 946/4 948/20 948/22 949/12 949/14 950/13 950/15 951/8 951/18 951/20 953/1 958/3 1002/6 1002/23 1035/2 1047/3 1048/8
Honor's [2]  907/7 914/4
hooded [3]  983/14 984/18 985/22

hoodie [1]  982/14
984/25 985/8 985/12 985/14 985/16 1010/6
hope [9]  951/4 1001/16 1002/15 1040/10 1047/5 1065/17 1065/20 1065/23 1066/2
hopes [1]  1064/9
hoping [2]  1002/11 1066/1
horrendous [2]  929/13 929/17
hostile [2]  924/24 925/1
hot [6]  971/3 1016/2 1037/20 1037/22 1037/23 1064/20
hour [3]  950/9 1006/12 1036/9
hours [3]  971/16 1065/21 1065/22
house [1]  975/1
how [124]  910/5 910/10 923/12 923/22 924/9 926/4 926/6 938/13 950/8 953/13 953/16 954/5 954/6 956/14 956/16 956/16 959/1 959/16 961/8 961/9 961/21

# H

**how... [103]** 962/1 962/3 962/11 962/25 963/17 963/19 964/7 965/21 966/4 967/1 967/7 967/15 968/15 969/3 970/6 970/7 971/6 971/7 971/23 971/25 971/25 972/1 972/3 973/4 977/21 977/23 980/25 981/2 987/4 988/4 988/7 989/24 991/16 991/24 992/7 993/21 994/14 997/12 997/13 997/13 997/15 999/25 1001/15 1004/18 1006/9 1006/11 1006/23 1009/22 1014/3 1016/2 1017/10 1017/19 1017/25 1020/1 1020/21 1021/2 1022/19 1022/22 1025/16 1026/10 1026/11 1026/24 1028/25 1035/17 1035/17 1035/23 1035/23 1035/24 1036/5 1036/6 1036/12 1036/15

1036/16 1036/20 1036/20 1037/22 1038/10 1038/20 1042/11 1042/12 1042/15 1044/1 1045/16 1047/9 1048/18 1048/25 1052/12 1052/16 1052/17 1053/7 1055/7 1055/17 1058/10 1059/4 1060/21 1061/19 1061/19 1061/19 1063/14 1066/18 1066/25 1067/14 1067/20
**however [2]** 938/23 1013/2
**huge [1]** 924/10
**human [4]** 1066/11 1069/6 1069/16 1069/24
**humble [1]** 1035/20
**hunched [1]** 981/6
**hundred [1]** 1036/2
**hundreds [1]** 1008/5
**hung [1]** 1019/1
**hunnits [1]** 960/4
**hunted [1]** 977/2
**Hunts [1]** 1032/18
**hyped [2]** 992/1 1024/15

**hypothetical [2]** 919/25 928/8
**hypothetically [1]** 925/7

# I

**I'd [2]** 1049/3 1070/4
**I'll [11]** 921/7 936/13 938/1 939/5 945/10 945/17 954/5 1048/9 1053/23 1063/23 1073/21
**I'm [93]** 905/7 905/8 910/25 913/1 921/15 923/2 928/14 928/18 928/20 929/2 931/16 932/6 933/7 933/9 933/14 933/14 933/18 933/19 933/24 934/13 934/22 936/14 936/17 936/18 936/24 937/22 937/24 938/4 939/3 939/10 941/12 941/15 944/6 944/7 945/3 945/11 946/10 947/8 950/5 954/3 954/4 962/11 969/18 981/20 982/4 992/20 1000/5 1002/6 1004/2 1004/17

Case 1:18-cr-00319-SHS Document 879-4 Filed 05/20/21 Page 149 of 517

**I**

**I'm... [43]** 1004/17
1004/20 1004/21
1004/23 1005/5
1006/3 1011/18
1013/12 1016/7
1016/8 1016/8
1016/9 1016/13
1016/20 1018/2
1026/18 1029/11
1029/13 1032/6
1032/6 1032/13
1033/21 1036/3
1036/4 1037/12
1040/20 1040/20
1040/22 1042/14
1042/15 1044/2
1046/6 1046/7
1046/7 1047/16
1047/25 1048/1
1060/1 1061/13
1068/19 1069/1
1072/10 1073/16
**I've [4]** 917/3
951/24 952/10 997/1
**idea [5]** 941/15
991/12 1010/24
1071/17 1071/19
**ideas [1]** 1011/15
**identified [2]**
1010/15 1010/18
**identify [3]** 970/9

**identifying [1]**
1027/10
**illegal [2]** 1004/13
1016/22
**illegally [1]** 1031/17
**illustration [1]**
941/8
**imaginable [2]**
972/6 972/23
**imagine [5]** 961/8
1038/15 1038/15
1069/21 1069/25
**imams [1]** 1035/9
**immature [3]**
1004/23 1005/22
1013/16
**immune [2]** 1020/1
1036/4
**immunity [1]**
1041/24
**impacts [1]** 912/8
**impeach [4]** 915/16
917/8 926/4 929/25
**impeached [4]**
915/22 921/24 924/4
925/19
**impeaches [1]** 926/1
**impeaching [5]**
918/11 922/14 926/1
926/5 926/9
**impeachment [7]**

926/18 926/19
926/22 927/1 928/5
**important [23]**
947/19 968/23
974/16 977/21
977/23 991/14
992/19 993/11
1000/7 1000/8
1000/9 1000/10
1000/12 1000/13
1003/4 1009/22
1031/12 1035/17
1041/3 1042/24
1063/8 1068/12
1073/1
**importantly [3]**
985/25 1034/5
1038/18
**impossible [2]**
1032/25 1033/1
**impress [1]** 1005/23
**impressive [2]**
1006/19 1027/23
**imprisonment [2]**
1064/8 1064/24
**improper [2]** 927/20
1016/23
**improperly [1]**
943/25
**inadvertently [1]**
939/14

Case 1:18-cr-00319-SHS Document 178 Filed 05/20/22 Page 100 of 175

**inappropriate [1]** 920/13

**incapable [1]** 1036/18

**incentives [5]** 962/13 962/22 1062/13 1063/23 1067/1

**incident [1]** 992/14

**incidents [3]** 976/15 998/7 1067/22

**include [5]** 912/6 925/22 937/20 942/24 944/6

**included [9]** 907/6 908/19 909/17 919/15 934/5 936/20 942/12 998/15 998/19

**includes [3]** 997/16 997/18 997/20

**including [7]** 918/24 919/8 931/21 932/25 949/6 962/21 972/9

**inclusion [2]** 911/15 941/25

**inconsistencies [2]** 1068/4 1068/5

**inconsistency [8]** 923/10 1011/16 1068/6 1068/7

1068/7 1068/8 1068/21 1069/13

**inconsistent [14]** 922/12 922/15 923/13 923/15 923/21 923/25 924/6 925/25 926/9 929/22 929/24 930/1 1024/20 1061/1

**incorporated [1]** 931/5

**increase [1]** 999/17

**increased [1]** 968/13

**increasing [1]** 998/24

**incriminating [2]** 996/10 996/10

**indeed [3]** 909/9 946/23 951/6

**independently [1]** 1069/21

**indicated [1]** 945/18

**indicted [4]** 917/14 917/15 1022/11 1022/14

**indictment [35]** 903/12 903/17 903/19 904/2 904/11 904/21 905/18 905/25 907/4 908/11 908/12 908/15 909/2 909/23 909/24 910/4

910/5 910/6 911/19 911/21 912/1 912/2 913/4 913/16 914/3 914/18 915/2 915/18 919/4 919/19 920/16 921/18 929/1 930/6 930/15

**indictments [1]** 928/6

**indifferent [1]** 906/6

**indisputable [1]** 1013/8

**indoors [1]** 1049/10

**informal [3]** 956/1 1049/18 1050/10

**informants [1]** 1034/18

**information [10]** 918/24 918/25 919/9 919/22 920/13 925/21 971/5 1008/18 1029/2 1064/22

**informed [1]** 903/2

**initial [1]** 1060/2

**initially [1]** 994/19

**initiation [2]** 1018/5 1049/25

**inject [1]** 943/19

**injuries [1]** 1000/13

**ink [1]** 960/10

**innocence [2]**

# I

**innocence...** [2]
1044/21 1045/19
**innocent** [12] 953/8
991/10 994/2 995/19
995/22 1003/14
1003/19 1044/25
1045/1 1045/3
1045/5 1045/8
**inside** [4] 961/8
1042/1 1042/2
1051/7
**Instagram** [25]
956/8 958/22 960/21
962/3 969/14 974/13
981/12 986/9 987/17
988/18 1004/22
1004/23 1007/24
1013/24 1014/11
1014/13 1031/23
1050/3 1050/16
1051/18 1051/24
1056/4 1056/6
1071/1 1071/8
**instance** [1] 923/19
**instances** [1] 933/5
**instead** [4] 914/23
981/22 985/15
1048/13
**instruct** [5] 955/18
999/4 1004/14
1057/11 1058/18

**instruction** [5]
907/8 907/8 934/8
936/10 942/24
**instructions** [5]
937/7 942/6 955/20
1004/3 1045/5
**insufficient** [3]
949/17 1009/17
1030/14
**insulate** [1] 1043/16
**insulated** [1]
1020/22
**intend** [1] 978/25
**intended** [5] 978/24
978/24 978/25 993/6
997/24
**intense** [1] 965/21
**intention** [2] 915/11
915/17
**interested** [1]
1021/20
**interesting** [7]
1011/2 1011/5
1014/24 1019/24
1020/21 1024/13
1029/23
**interlocked** [1]
964/20
**internet** [2] 1051/20
1051/25
**interrogatories** [1]
914/1

**interrogatory** [11]
907/5 908/24 908/25
910/3 910/6 911/2
912/8 912/10 912/13
912/14 913/13
**interrupt** [1] 928/19
**interstate** [17] 934/7
934/15 934/18 936/4
936/6 937/20 937/22
938/4 938/9 940/8
940/10 944/18
944/21 945/6 945/8
997/11 997/13
**intricate** [1]
1003/11
**introduce** [10]
915/11 915/17
921/16 922/14
924/19 924/21
930/12 945/25
1031/24 1032/5
**introduced** [11]
915/14 918/13
921/12 922/13
923/11 923/21 926/3
928/11 930/3
1030/18 1031/24
**introducing** [6]
918/12 919/2 919/14
920/13 924/23 930/5
**introductory** [1]
940/15

Case 1:18-cr-00319-SHS Document 143 Filed 05/20/22 Page 102 of 175

invade [1]  966/2
invaders [1]
 1037/21
invasions [3]  1036/2
1038/12 1067/21
investigating [3]
 1010/22 1010/22
1012/6
investigative [3]
 1011/25 1057/12
1057/13
invite [1]  920/19
involved [24]  908/9
909/7 910/18 961/19
961/20 966/5 971/3
994/6 998/5 1005/4
1006/1 1007/12
1007/22 1022/13
1022/13 1023/1
1033/2 1035/10
1036/21 1037/17
1037/25 1038/25
1041/15 1043/13
involvement [1]
 1065/1
involving [10]  909/7
911/2 935/13 997/16
997/17 997/19 998/9
998/10 998/10
1060/21
iron [4]  1037/20

1037/22 1037/23
1039/19
irons [3]  971/3
1036/7 1064/20
irrelevant [3]
 905/25 906/18
925/10
is [694]
Island [1]  1033/13
isn't [8]  910/20
926/19 959/14 986/6
987/21 990/4 994/9
1020/21
isolation [3]
 1048/13 1052/1
1052/24
issue [20]  903/4
906/19 906/19
907/20 911/8 913/19
915/3 927/12 927/14
929/24 930/16 944/2
944/7 946/11 946/20
948/2 1004/9
1004/10 1006/21
1061/2
issues [6]  903/2
915/5 921/8 924/6
930/24 1023/6
it [489]
it's [105]  905/4
906/19 910/13
910/15 910/16 918/2

918/3 918/8 925/10
926/17 926/18 927/7
927/12 928/5 930/16
933/16 936/19
938/21 941/13
942/23 943/13
944/12 949/7 949/14
949/16 949/23
953/22 953/22
956/12 956/21 958/8
960/14 967/8 975/15
978/25 980/11
981/17 981/18
983/11 984/2 984/24
986/22 986/23
986/23 987/12
987/18 987/19
987/20 987/23
988/21 991/1 994/3
994/22 996/19
997/24 999/7 1001/8
1002/14 1003/4
1003/11 1003/12
1005/4 1005/19
1005/19 1005/20
1008/25 1009/11
1010/13 1014/1
1014/4 1014/21
1015/3 1015/6
1015/6 1016/22
1024/13 1025/17
1027/13 1027/14

**I**

it's... [26]  1027/25
1030/16 1031/24
1033/1 1034/16
1039/10 1040/15
1040/22 1042/5
1042/5 1044/13
1046/13 1048/6
1049/4 1049/5
1051/6 1052/19
1054/19 1066/11
1068/14 1070/21
1071/23 1072/13
1072/14 1073/14
1073/25

Ito [67]  954/13
955/7 955/12 957/19
960/13 960/14
960/14 960/17
960/19 965/12
965/12 968/16
968/16 968/18
968/21 970/4 970/5
981/9 985/2 993/2
994/1 994/4 994/5
994/9 994/12 994/13
994/13 994/18
995/12 995/18
995/20 995/23
995/23 996/14
999/10 999/19
1000/2 1000/20

1015/20 1017/17
1019/15 1019/16
1019/16 1019/18
1022/8 1022/9
1022/12 1022/13
1022/13 1022/13
1022/15 1028/7
1028/8 1028/8
1028/8 1028/9
1028/13 1028/13
1030/2 1030/3
1030/4 1030/5
1030/7 1056/3
1056/4

Ito's [8]  985/3 994/8
994/18 999/3
1024/24 1028/6
1028/7 1029/24

its [11]  922/13 941/7
953/4 953/5 969/25
979/9 997/8 1024/16
1073/3 1073/4
1073/4

itself [3]  955/16
966/3 998/17

**J**

jacking [4]  959/2
959/4 959/11 959/17
jagged [2]  1053/5
1053/7
jail [25]  962/4

1015/19 1017/11
1019/15 1022/9
1023/25 1023/25
1024/6 1025/5
1025/6 1025/7
1032/2 1032/6
1033/3 1033/18
1034/9 1035/15
1038/18 1040/9
1041/21 1042/3
1066/7 1070/18
January [8]  957/20
960/2 969/15
1032/23 1033/15
1068/19 1069/1
1069/11
jaw [9]  986/20
986/22 987/9 987/10
987/13 987/22
987/23 1025/17
1056/16
jawline [2]  996/8
1072/9
jazz [1]  1013/13
jeans [2]  985/1
985/11
JEREMY [1]
902/23
Jerry200 [1]  989/17
jewelry [2]  1052/17
1052/20

**J**

**job [4]** 953/15 978/16 996/19 1006/25
**judge [36]** 902/12 903/10 907/16 909/15 911/24 922/19 933/9 937/11 937/12 940/18 952/2 955/2 955/18 955/21 963/2 976/3 997/2 997/3 999/3 1004/14 1011/23 1040/13 1041/6 1044/19 1044/20 1044/23 1044/23 1045/4 1049/22 1057/10 1058/17 1064/9 1064/23 1066/3 1066/7 1066/8
**Judge Stein [4]** 955/2 955/18 955/21 976/3
**judge's [2]** 1003/7 1004/2
**judges [1]** 1036/23
**July [2]** 1025/7 1032/2
**jump [2]** 1030/10 1030/11
**jumped [4]** 993/20 1011/4 1011/12

**jumping [2]** 983/3 989/5
**jumps [1]** 939/20
**June [1]** 958/11
**juror [6]** 949/1 949/1 949/2 949/3 1008/16 1009/16
**jurors [4]** 904/6 904/9 914/3 914/7
**jury [72]** 902/13 903/1 903/21 905/19 906/1 906/20 907/4 907/7 907/8 908/15 908/16 908/18 908/21 908/25 909/16 909/22 909/24 910/3 910/13 911/12 911/16 911/19 911/21 912/2 912/4 912/10 912/19 912/20 913/8 913/10 913/16 914/6 914/14 914/16 919/23 920/15 921/6 921/16 930/16 930/22 937/7 943/4 943/25 945/14 945/16 948/24 949/8 949/16 949/19 949/23 949/24 950/7 951/1 952/20 1001/10 1001/13

1032/5 1039/7 1040/14 1045/7 1046/21 1047/10 1047/15 1049/11 1051/24 1057/1 1066/10 1073/16 1073/16 1074/4
**just [189]**
**Justice [1]** 905/22
**juts [1]** 987/7

**K**

**Karas [1]** 937/12
**keep [19]** 906/6 910/25 938/4 941/12 969/8 997/22 1015/8 1019/18 1039/21 1055/7 1055/21 1058/3 1058/23 1062/20 1063/7 1066/6 1066/22 1071/17 1072/21
**keeping [2]** 941/16 978/2
**keg [1]** 966/24
**kept [1]** 972/3
**key [2]** 1038/22 1041/1
**khaki [1]** 985/8
**kick [1]** 1017/20
**kicked [3]** 969/9 969/10 979/10

**kid [1]  1038/25**
**kidding [1]  1014/4**
**kidnapped [1]**
 **1025/5**
**kidnapping [1]**
 **1037/19**
**kidnappings [2]**
 **1037/18 1039/2**
**kidney [1]  981/1**
**kids [4]  953/8**
 **968/12 1014/17**
 **1063/11**
**kill [9]  953/9 968/12**
 **972/9 978/25 979/18**
 **993/10 1004/15**
 **1022/19 1061/12**
**killed [30]  942/4**
 **942/19 942/20**
 **942/21 972/21**
 **991/10 991/24**
 **992/18 992/22 993/1**
 **993/8 994/3 994/19**
 **995/13 995/19**
 **995/22 999/3**
 **1003/19 1008/13**
 **1022/16 1022/18**
 **1046/4 1054/3**
 **1056/11 1059/25**
 **1070/10 1071/12**
 **1071/15 1072/2**
 **1072/5**

**killed... [5]  953/15**
 **980/4 992/6 993/14**
 **994/22**
**killing [2]  1000/17**
 **1055/13**
**kind [19]  969/5**
 **984/2 994/18**
 **1013/25 1013/25**
 **1015/12 1020/1**
 **1023/5 1024/13**
 **1024/20 1025/10**
 **1025/11 1026/11**
 **1026/12 1034/16**
 **1034/16 1042/4**
 **1042/4 1042/5**
**kinds [2]  970/16**
 **970/22**
**knew [26]  941/1**
 **953/17 975/9 975/13**
 **975/14 992/8 993/23**
 **995/9 995/20 996/1**
 **996/10 996/11**
 **997/24 1011/17**
 **1020/7 1023/17**
 **1024/2 1042/2**
 **1049/1 1049/2**
 **1059/22 1060/7**
 **1061/11 1062/9**
 **1064/23 1066/4**
**knocking [1]  926/23**
**know [144]  906/19**
 **906/20 909/14**

**911/21 912/17 936/25**
 **938/1 938/6 938/21**
 **940/15 945/11 946/2**
 **946/22 948/1 948/2**
 **948/7 951/12 952/15**
 **952/17 955/13**
 **956/22 957/2 958/1**
 **960/5 960/13 960/21**
 **963/14 964/16 965/2**
 **968/25 969/23**
 **969/25 970/4 970/12**
 **972/19 973/10**
 **973/11 973/11 974/1**
 **974/11 974/16**
 **974/18 974/19**
 **975/23 976/8 980/1**
 **980/6 980/9 981/8**
 **981/10 981/20 985/2**
 **985/2 986/1 986/14**
 **988/11 988/15**
 **988/19 988/22**
 **988/22 991/3 991/13**
 **992/3 992/9 992/11**
 **993/1 993/11 993/14**
 **994/22 996/2 996/3**
 **996/20 999/10**
 **999/13 1001/16**
 **1003/24 1006/4**
 **1006/23 1015/13**
 **1016/3 1016/4**
 **1019/24 1019/24**
 **1020/4 1021/17**

**K**

know... [59]  1022/1 1022/12 1022/16 1022/19 1023/24 1024/10 1025/22 1025/25 1026/6 1026/6 1026/16 1026/24 1027/13 1027/19 1028/13 1028/15 1030/20 1030/21 1030/25 1031/11 1031/18 1033/10 1034/1 1034/3 1034/9 1034/12 1037/14 1037/14 1037/22 1038/14 1039/11 1040/13 1041/11 1043/4 1043/13 1043/14 1044/1 1044/13 1044/17 1046/1 1048/25 1050/15 1050/24 1052/7 1052/12 1052/15 1052/19 1052/24 1054/16 1055/7 1061/3 1063/22 1070/3 1070/16 1070/17 1070/19 1072/2 1072/4 1072/6
knowledge [1]

**960/20**

known [7]  960/24 961/2 961/2 975/4 979/21 981/9 1011/17
knows [17]  914/7 926/10 926/13 926/14 962/1 962/5 969/23 969/24 970/2 970/3 1013/14 1013/21 1030/6 1036/8 1039/1 1039/13 1050/22

**L**

lab [1]  1009/9
lack [2]  1012/2 1058/19
LaCova [1]  980/19
ladder [1]  968/16
ladies [10]  951/3 951/10 952/4 952/20 1001/8 1002/18 1034/22 1035/3 1047/12 1073/14
laid [1]  1001/2
language [2]  962/15 1062/12
large [2]  927/1 971/19
last [14]  913/13 932/13 934/4 934/14 940/24 952/13

**969/18 981/21**

1043/4 1043/4 1046/1 1046/9 1046/20 1069/17
later [9]  967/16 983/7 986/12 988/8 988/13 992/12 994/7 1011/1 1011/23
Laureano [1] 943/23
law [25]  909/8 911/2 935/14 939/19 940/3 949/17 952/11 955/18 992/20 997/1 997/2 997/18 997/19 1009/11 1011/22 1011/24 1011/24 1033/3 1048/23 1049/12 1049/21 1049/24 1051/1 1060/4 1073/11
lawful [1]  935/19
lawyer [9]  946/16 947/16 948/1 948/2 948/3 952/18 952/19 1006/3 1032/5
lawyers [5]  947/14 952/7 952/14 952/16 1019/13
lawyers' [1]  1064/12
lay [4]  1025/2 1026/22 1026/23

**L**

lay... [1] 1048/19
laying [2] 1023/8
 1024/22
lead [3] 920/15
 982/17 985/5
leader [5] 960/8
 967/5 978/18 995/16
 996/19
leaders [3] 961/1
 967/4 979/6
leadership [2]
 966/25 970/8
learn [1] 961/9
learned [1] 953/13
least [13] 930/7
 967/11 971/9 972/21
 976/7 977/16 980/15
 997/9 997/25 998/23
 1026/3 1055/11
 1064/7
leave [2] 945/1
 1072/10
leaves [1] 990/15
leaving [2] 983/24
 1024/22
left [8] 953/12
 954/11 984/24 985/6
 985/15 985/21
 1029/18 1073/18
Lefty [63] 961/2
 961/3 962/4 963/9

965/14 969/16 970/2
970/5 970/22 971/2
971/11 975/2 975/10
988/4 991/16 991/16
991/23 991/24
991/25 992/7 992/10
992/11 992/12
992/16 993/13
993/15 994/4 996/15
1006/14 1006/24
1011/6 1011/9
1020/10 1021/7
1021/7 1024/10
1024/10 1024/11
1025/4 1028/11
1028/12 1029/11
1038/24 1039/10
1039/25 1048/25
1049/1 1053/17
1053/17 1054/1
1054/4 1054/8
1060/19 1060/19
1060/20 1060/21
1060/24 1063/2
1063/2 1064/7
1067/20 1067/20
1070/18
Lefty's [2] 1029/23
 1054/17
legal [2] 951/4 955/1
legalese [1] 909/1
legally [2] 934/11

lend [1] 1063/2
length [1] 987/20
less [3] 976/15
 1037/14 1047/5
let [37] 904/10 905/8
 905/13 906/21
 907/10 907/17 908/1
 913/5 915/24 917/19
 918/21 924/8 924/11
 928/13 935/24 938/5
 938/17 939/4 939/21
 942/9 953/11 962/8
 965/2 966/12 967/16
 978/17 997/1 1006/9
 1024/4 1026/6
 1033/10 1043/4
 1049/14 1050/18
 1051/17 1059/8
 1065/14
let's [74] 909/12
 921/12 922/21
 930/25 931/18
 932/23 948/23
 948/24 949/9 950/7
 955/15 958/13
 958/21 963/16
 963/16 968/2 970/21
 972/24 973/3 973/7
 976/13 980/5 981/10
 981/22 981/23 982/7
 984/5 984/8 984/14

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 108 of 175

let's... [45]  984/16
984/21 986/3 986/15
986/25 986/25 991/5
991/11 991/16
993/16 996/2 997/6
1001/8 1004/7
1007/14 1007/15
1012/5 1014/5
1015/7 1024/6
1024/7 1024/9
1025/4 1026/7
1026/7 1026/25
1030/10 1035/13
1037/13 1038/3
1046/19 1047/8
1047/9 1049/13
1051/11 1053/14
1054/11 1057/8
1057/21 1057/23
1059/13 1063/22
1064/3 1067/8
1069/7
letter [9]  957/25
963/2 963/3 963/4
1040/13 1040/15
1041/2 1041/8
1044/2
letters [1]  1019/20
letting [1]  993/13
level [4]  962/15
967/10 1025/11

liability [4]  941/22
942/7 943/19 944/5
liar [1]  1032/22
liar's [1]  1013/8
liars [2]  1032/8
1032/9
lie [18]  963/4
1043/12 1043/12
1043/13 1043/15
1051/15 1055/12
1064/25 1065/4
1065/7 1065/14
1065/15 1066/2
1066/16 1067/2
1068/22 1070/15
1070/17
lied [17]  1032/10
1036/14 1036/14
1036/15 1036/15
1036/16 1036/21
1036/22 1037/2
1037/3 1037/4
1037/7 1038/10
1039/15 1039/16
1039/16 1039/18
lies [9]  1022/6
1062/5 1065/3
1065/5 1065/11
1065/20 1065/23
1066/20 1067/7
life [13]  908/9

1014/11 1016/15
1037/13 1040/8
1040/9 1064/8
1064/16 1064/24
1067/10 1069/4
light [4]  976/18
976/20 985/8 987/4
lighter [1]  1066/17
like [85]  924/12
925/22 943/9 944/12
955/7 956/2 956/15
957/2 958/17 960/19
961/20 962/9 963/14
963/15 964/12
965/19 966/21
967/21 968/11 970/1
971/13 971/16
971/24 973/19
973/24 974/9 975/6
975/24 978/16 981/7
985/4 985/9 986/6
986/7 987/4 987/8
987/10 987/21
995/25 1001/3
1009/7 1009/24
1010/1 1013/13
1013/13 1013/13
1013/14 1014/17
1015/2 1015/6
1015/20 1016/16
1023/3 1023/4

lines [7] 914/25 929/5 973/18 1028/22 1053/22 1069/9 1071/21

like... [31] 1023/5 1023/6 1029/4 1032/22 1034/16 1039/9 1040/6 1044/5 1049/3 1049/25 1050/11 1050/12 1052/22 1056/15 1056/16 1056/17 1057/19 1059/16 1064/13 1064/20 1066/12 1066/15 1068/19 1068/25 1069/11 1069/11 1069/14 1069/15 1070/4 1072/8 1072/13

liked [1] 973/4
likelihood [1] 920/14
likely [1] 993/5
lily [1] 941/13
limited [1] 960/21
limits [1] 923/19
line [14] 932/1 932/13 965/23 975/6 986/21 986/21 986/22 987/9 987/10 987/13 987/23 987/23 1056/16 1068/17
lined [1] 1068/3

list [6] 989/8 989/16 990/4 990/5 1018/1 1028/10
listed [1] 990/7
listen [6] 952/14 955/20 973/15 1039/15 1044/19 1047/24
listened [1] 978/21
listening [1] 1042/22
lists [1] 1028/20
lit [1] 978/21
little [15] 921/9 971/20 982/7 987/11 992/1 992/20 994/7 1018/25 1021/6 1026/18 1034/11 1053/15 1068/3 1069/22 1070/2
lived [1] 1009/4
liver [1] 981/2
lives [7] 1016/17 1044/18 1058/13 1062/9 1063/9 1066/13 1069/17
LLP [1] 902/22
loaded [3] 975/19

local [7] 934/6 934/17 936/3 938/9 944/7 944/16 945/5
location [4] 971/1 980/9 1009/1 1009/12
logical [1] 914/14
long [17] 908/24 950/8 955/13 984/1 984/9 986/22 987/14 988/16 992/12 999/9 1000/6 1000/19 1001/15 1003/10 1033/13 1047/9 1073/1
longer [4] 950/9 1001/16 1017/9 1036/16
look [102] 907/10 915/23 915/24 924/8 937/6 938/18 939/3 939/5 956/11 956/14 956/14 956/15 956/20 957/10 957/13 957/17 957/22 957/23 958/2 958/7 958/20 959/16 960/2 960/7 962/2 962/25 963/8 965/11 969/13 973/3 973/14 974/3 974/11 974/12

**L**

look... [68] 982/10
982/22 983/12
983/18 984/8 984/20
985/1 986/8 986/10
986/10 986/11
986/11 986/15
986/16 987/5 987/6
987/9 987/15 987/18
989/16 989/19
989/23 989/24
993/16 1003/24
1004/1 1004/7
1004/24 1005/3
1006/4 1006/4
1010/1 1010/7
1012/1 1012/2
1013/24 1015/6
1023/3 1023/4
1023/4 1025/18
1028/20 1029/13
1032/22 1039/8
1039/9 1039/16
1044/10 1044/24
1045/9 1048/12
1051/25 1052/1
1052/6 1052/10
1052/11 1052/24
1052/25 1053/9
1053/14 1054/22
1058/15 1059/6
1063/19 1064/3

1068/16 1068/24
1069/7
looked [4] 916/1
988/18 1010/1
1026/19
looking [11] 907/24
956/8 968/10 984/7
1013/17 1023/17
1023/19 1023/23
1023/24 1024/1
1048/23
looks [10] 944/11
973/24 982/17 985/9
987/10 1029/4
1057/5 1070/15
1071/7 1072/8
Lopez [16] 917/23
924/14 926/21 928/2
961/2 1006/8
1016/10 1016/16
1023/14 1032/8
1032/16 1033/5
1033/12 1038/7
1044/16 1045/21
Lopez's [1] 1044/10
lose [2] 963/4 963/5
losing [1] 977/4
lost [2] 936/18
1033/14
lot [28] 942/3
964/14 973/15
974/17 974/18 983/6

983/8 983/95 983/17
984/23 984/23 985/7
985/12 985/22
1007/18 1013/24
1014/22 1014/24
1015/22 1018/24
1018/25 1044/19
1053/12 1057/7
1058/1 1061/15
1072/13 1072/18
lots [2] 929/13
1060/13
Lou [3] 1028/17
1028/22 1030/10
Louie [1] 1016/9
love [3] 1045/15
1045/22 1045/24
loved [2] 1045/17
1045/18
low [6] 1023/8
1024/22 1025/2
1026/22 1026/23
1048/19
lower [2] 981/1
1064/10
loyalty [5] 964/13
968/18 968/18
1051/12 1051/15
luck [1] 1057/2
Luis [1] 961/1
lunch [7] 950/12
1001/9 1001/9

## L

lunch... [4] 1001/10
1036/10 1073/25
1074/2
Luncheon [1]
1001/21
lunches [1] 1073/24
lung [1] 981/2
lying [15] 1033/9
1033/9 1035/11
1037/5 1040/13
1041/14 1041/19
1062/4 1067/17
1068/5 1068/11
1069/5 1069/14
1069/23 1070/2

## M

ma'am [2] 933/2
939/12
MACEDONIO [8]
902/20 902/21
938/19 1003/12
1011/8 1021/12
1046/1 1069/19
made [28] 905/22
915/15 931/4 941/14
953/14 961/5 963/25
965/11 967/20
967/21 973/9 978/8
978/14 978/22
981/24 995/22

1008/13 1008/19
1015/24 1020/16
1043/17 1048/17
1052/9 1053/16
1058/1 1059/4
1061/21 1062/18
made-up [1]
1015/24
magical [1] 1072/22
main [6] 959/10
966/15 967/18 969/9
978/15 980/10
maintain [2] 941/3
1060/8
maintaining [1]
998/24
major [2] 966/6
1036/9
make [54] 905/19
909/16 911/13 914/6
914/21 914/22
928/22 929/12 931/5
943/20 947/14
947/15 947/16
947/22 948/10
948/10 948/24
952/21 957/8 957/14
960/8 963/11 971/8
972/2 983/23
1002/25 1016/11
1016/11 1018/6
1019/20 1019/20

1019/21 1019/21
1021/5 1021/21
1023/13 1027/14
1032/22 1037/23
1043/1 1043/12
1047/19 1047/23
1047/25 1051/14
1055/25 1059/8
1068/2 1070/4
1071/21 1071/22
1072/13 1072/15
1072/17
makes [7] 921/10
1012/5 1019/3
1030/1 1047/7
1057/22 1059/12
making [14] 957/5
957/7 957/16 964/21
1013/18 1020/23
1027/3 1052/4
1052/5 1061/23
1061/24 1066/3
1071/8 1071/9
man [38] 954/13
958/4 974/13 976/17
976/19 977/4 982/14
982/16 983/11
983/12 983/19
983/21 984/1 984/4
984/8 985/5 985/11
985/18 986/1 986/17
987/7 987/24 991/10

man... [15]  995/19
995/22 995/25
1003/14 1004/16
1008/3 1008/7
1009/9 1022/16
1027/16 1051/19
1055/23 1057/5
1071/6 1072/7
man's [2]  976/19
976/25
mandatory [3]
1037/14 1064/5
1064/6
Manhattan [4]
953/6 965/23 977/3
1073/3
manipulative [1]
1061/17
many [23]  915/14
947/13 947/13
956/14 956/16 963/8
989/24 1006/9
1006/11 1006/23
1018/1 1025/16
1036/12 1036/15
1036/17 1038/10
1038/20 1040/7
1040/7 1042/11
1042/12 1042/16
1044/1
Mapes [2]  968/4

maps [1]  1007/23
marbles [1]  1039/5
March [7]  1025/8
1032/2 1033/16
1069/11 1069/12
1069/14 1069/15
Marcos [4]  981/8
1007/8 1007/11
1007/12
marijuana [7]
944/15 965/16 972/6
977/18 977/19
979/14 1042/1
marked [3]  965/6
965/7 989/1
market [1]  944/15
mask [1]  918/3
Masks [1]  934/2
match [5]  914/3
1030/21 1058/5
1058/8 1065/3
matched [1]  1068/3
material [1]  922/14
matter [25]  938/21
949/17 999/2 1000/1
1000/2 1006/5
1006/9 1013/20
1017/25 1025/16
1026/10 1026/11
1032/19 1033/23
1033/24 1034/7

1042/11 1042/12
1044/1 1047/6
1057/2 1060/2
1073/15
mattered [2]  993/10
1000/1
matters [5]  951/4
980/10 1032/19
1033/23 1059/20
maximum [4]  908/7
908/9 911/8 912/8
may [29]  902/8
913/17 914/24
915/22 920/9 922/6
923/7 923/14 924/2
924/4 928/18 931/1
934/20 936/5 937/3
938/6 945/7 1003/23
1003/24 1005/2
1013/16 1013/16
1013/18 1026/4
1026/12 1047/8
1051/9 1062/14
1074/7
maybe [11]  1003/25
1018/14 1027/14
1030/6 1030/6
1042/5 1045/9
1066/2 1066/17
1066/17 1068/19
me [72]  903/2 903/7

**M**

me... [70]  903/9
904/10 904/11
904/17 904/21 905/8
905/13 905/23
906/21 907/10
907/12 907/17 908/1
909/1 909/8 912/14
913/5 914/14 914/20
915/22 915/24 917/6
917/19 917/21
918/21 922/2 922/11
924/8 925/24 928/13
928/20 929/11
935/24 936/23 937/2
937/9 937/25 938/5
938/17 939/4 939/21
939/23 942/9 946/6
962/8 969/17 981/15
997/1 1006/10
1008/1 1008/3
1009/16 1017/8
1018/13 1019/8
1019/21 1022/24
1023/7 1023/11
1024/4 1026/6
1033/10 1035/23
1046/6 1046/7
1049/14 1050/18
1051/17 1059/8
1065/14
mean [15]  908/10

912/18 962/10
1013/18 1017/1
1017/2 1026/13
1026/13 1033/18
1051/10 1054/14
1068/4 1069/5
1069/23 1070/2
meaning [9]  960/10
960/12 964/10 994/9
1006/22 1025/7
1039/21 1044/22
1044/22
means [27]  957/11
958/1 958/1 959/11
959/12 959/23
959/23 959/25 978/1
992/24 995/8 997/20
998/22 999/21
1004/14 1005/16
1006/15 1017/7
1025/8 1033/7
1033/8 1033/8
1036/5 1037/7
1044/23 1050/22
1050/24
meant [7]  967/18
969/4 970/7 995/8
1049/11 1054/12
1054/16
media [6]  960/7
962/2 967/8 973/3
988/11 1072/4

medical [4]  980/24
1008/4 1008/10
1022/21
meet [3]  979/10
1032/15 1038/16
meetings [2]  1018/5
1018/16
meets [1]  980/9
member [29]  941/5
943/6 953/11 954/1
954/14 955/8 956/3
961/10 963/23
975/13 977/9 979/7
979/8 1005/25
1016/5 1017/5
1017/18 1019/4
1019/7 1049/22
1049/23 1050/20
1050/21 1052/8
1053/11 1056/6
1062/1 1070/23
1073/2
members [47]
934/19 943/2 943/3
943/8 957/4 959/1
959/17 959/25 960/6
960/16 960/23 961/3
964/9 965/1 967/9
967/16 968/3 968/6
968/7 969/25 970/16
975/13 976/9 977/25
979/9 979/18 989/17

**members...** **[20]**
995/3 995/6 996/21
999/15 1016/12
1019/5 1020/3
1047/15 1049/11
1051/7 1051/8
1051/24 1055/11
1055/12 1055/16
1057/1 1061/6
1062/7 1063/6
1066/10
**membership** **[6]**
934/20 956/11
956/19 979/9 980/3
1071/4
**memory** **[3]** 1069/6
1069/16 1069/24
**men** **[21]** 961/6
961/13 962/7 969/24
969/25 970/23
982/12 983/18 984/7
984/11 984/16
984/16 984/20
989/25 990/1 990/2
1000/8 1013/17
1062/15 1062/19
1064/24
**mentality** **[1]** 1042/4
**mentioned** **[3]**
929/16 933/19
1068/9

**mess** **[1]** 1065/10
**messages** **[2]** 958/21
958/22
**met** **[3]** 944/4
1047/22 1072/20
**Miami** **[2]** 977/6
1063/4
**middle** **[12]** 957/6
957/17 958/7 964/17
985/13 988/25 989/2
1000/15 1017/23
1021/24 1022/3
1054/10
**midmorning** **[1]**
1073/23
**might** **[5]** 945/18
960/21 994/13
996/10 1055/4
**mile** **[1]** 983/7
**miles** **[1]** 1036/9
**millimeter** **[3]**
974/25 975/19
975/20
**millions** **[1]** 1013/18
**Milton** **[46]** 915/12
915/15 919/11
920/25 942/19
956/24 960/7 963/20
963/23 966/12 967/2
967/3 968/17 972/13
989/10 993/19
993/19 993/22

993/25 994/4 995/2
995/16 995/16
996/18 996/20
1007/6 1011/4
1011/12 1015/14
1017/17 1020/16
1020/18 1020/19
1022/11 1023/14
1030/3 1030/4
1030/4 1030/5
1030/8 1050/4
1050/11 1060/18
1067/16
**Milton's** **[2]** 996/19
996/19
**mince** **[1]** 964/5
**mind** **[13]** 938/7
952/21 997/22
1055/7 1055/21
1058/3 1058/23
1062/20 1063/7
1066/6 1066/22
1071/17 1072/21
**Mine's** **[1]** 935/20
**minimum** **[3]**
1037/14 1064/5
1064/6
**minute** **[6]** 961/7
972/18 978/4 986/3
1008/14 1046/19
**minutes** **[10]** 948/23

Case 1:18-cr-00319-SHS Document 441-2 Filed 05/20/22 Page 116 of 175

minutes... [9]
948/25 949/3 983/4
983/7 1046/22
1047/5 1047/8
1047/17 1071/20
misleading [1]
930/22
misled [1] 930/17
miss [1] 978/24
missed [1] 923/3
missing [5] 940/19
978/23 1011/19
1013/9 1030/14
mistake [1] 978/8
Mobbin [1] 957/14
Moe [6] 968/4
989/10 995/5 1021/7
1021/7 1022/8
Moe's [2] 1011/10
1011/12
moment [20] 905/6
907/10 916/2 917/19
919/6 920/10 922/10
923/12 925/9 926/16
928/13 935/2 935/24
937/2 942/15 943/11
1007/15 1054/5
1057/9 1063/22
money [12] 971/2
971/21 971/22 972/2
977/15 1005/18

1018/15 1019/11
1019/12 1019/19
monsters [1]
1061/17
month [7] 956/21
972/11 988/13
1043/4 1043/5
1068/20 1069/1
months [9] 957/19
958/25 960/3 986/9
986/12 1025/9
1025/12 1027/2
1069/5
morality [1]
1035/22
more [36] 936/24
940/22 952/5 959/10
968/11 972/2 972/18
972/20 973/3 979/5
982/7 986/25 988/21
989/14 990/3 992/8
997/3 999/6 1000/23
1003/1 1003/2
1003/3 1009/22
1027/5 1030/7
1030/8 1030/9
1034/4 1037/1
1038/18 1040/12
1043/13 1047/17
1060/12 1064/13
1067/21

951/3 1049/14
1074/6
most [8] 961/22
972/23 985/25
1041/3 1042/21
1042/23 1063/10
1073/11
mother [1] 1038/13
motion [1] 949/19
motions [5] 947/15
949/10 949/10
949/11 950/6
motive [8] 1010/20
1010/24 1010/25
1011/7 1011/7
1011/9 1011/10
1060/2
motives [2] 1011/13
1011/16
Motown [1] 1013/13
mountain [1]
1048/14
mouth [3] 973/5
1014/3 1014/7
move [3] 936/14
951/19 974/8
moved [5] 917/17
918/19 919/10
968/22 997/13
moves [1] 1006/14
moving [2] 951/18

**M**

moving... [1] 1055/2
Mr [4] 938/14
 1030/17 1038/4
 1043/21
Mr. [69] 906/2
 906/15 906/25
 907/15 913/7 914/15
 915/17 915/18 916/6
 917/13 917/23 918/9
 918/14 919/2 921/5
 921/10 921/13
 924/14 925/10
 925/14 925/24 926/6
 926/21 927/8 928/1
 928/2 928/8 929/6
 929/7 929/16 929/18
 933/19 942/2 942/4
 942/19 942/21 944/9
 946/13 952/24
 952/25 981/24
 1001/7 1001/15
 1001/17 1002/5
 1002/22 1004/5
 1006/5 1006/12
 1018/1 1018/9
 1025/13 1025/16
 1026/10 1026/11
 1027/16 1028/18
 1029/25 1032/12
 1035/5 1035/16
 1038/4 1046/4

 1047/18 1049/13
 1050/1 1061/15
Mr. Chardon [10]
 915/17 915/18
 917/13 918/9 918/14
 919/2 921/10 921/13
 927/8 928/8
Mr. Christian [1]
 1028/18
Mr. Hobson [19]
 944/9 952/24 952/25
 1001/7 1001/17
 1004/5 1006/5
 1006/12 1018/1
 1018/9 1025/13
 1025/16 1026/10
 1026/11 1032/12
 1035/16 1038/4
 1049/13 1050/1
Mr. Lopez [4]
 917/23 924/14
 926/21 928/2
Mr. Pabon [7]
 926/6 929/6 929/7
 929/16 933/19 942/2
 946/13
Mr. Piazza [1]
 981/24
Mr. Rivera [6]
 929/18 942/4 942/19
 942/21 1046/4

Mr. Schneider [19]
 906/2 906/15 906/25
 907/15 913/7 914/15
 916/6 921/5 925/10
 925/14 925/24 928/1
 1001/15 1002/5
 1002/22 1035/5
 1046/17 1047/18
 1061/15
Mr. Sykes [2]
 1027/16 1029/25
Ms [2] 1047/13
 1073/13
Ms. [15] 903/11
 911/11 913/18
 913/22 938/19
 1003/12 1011/8
 1021/12 1046/1
 1053/21 1054/21
 1068/14 1069/8
 1069/18 1069/19
Ms. Abrams [4]
 1053/21 1054/21
 1068/14 1069/8
Ms. Bhaskaran [4]
 903/11 911/11
 913/18 913/22
Ms. Espinosa [1]
 1069/18
Ms. Macedonio [6]
 938/19 1003/12

**M**

Ms. Macedonio... [4]
  1011/8 1021/12
  1046/1 1069/19
much [9]  979/5
  981/25 984/17
  1019/25 1023/2
  1032/19 1058/1
  1062/18 1062/22
Mula [45]  959/6
  959/23 961/2 961/3
  962/3 963/10 964/9
  968/8 968/10 968/13
  969/16 970/2 970/5
  970/22 971/11 973/3
  975/4 975/10 976/21
  976/24 977/17
  977/18 988/7 995/15
  995/15 996/20
  1011/6 1020/10
  1022/8 1024/14
  1024/18 1028/10
  1028/12 1029/11
  1038/7 1041/23
  1061/10 1063/1
  1064/7 1065/7
  1065/10 1067/14
  1067/14 1067/16
  1070/18
Mula's [1]  1029/23
multicolored [8]
  982/15 983/13

983/21 984/4 984/8
  984/10 985/25 986/2
multiple [2]  991/7
  1041/12
multiplied [1]
  968/14
murder [141]  904/4
  907/7 908/3 908/9
  908/19 909/8 909/17
  910/7 910/18 910/20
  910/21 910/24
  910/24 911/2 912/7
  912/22 912/22 913/9
  913/11 913/20
  920/18 928/15
  928/19 929/5 929/17
  939/8 941/1 941/6
  950/5 953/13 953/16
  954/2 955/5 955/5
  955/9 955/10 956/22
  957/19 960/15 968/9
  968/17 968/20
  972/20 976/6 978/4
  979/23 980/1 980/2
  980/5 981/23 982/9
  985/6 986/10 987/18
  988/5 988/10 991/6
  991/8 991/21 991/25
  992/7 992/17 992/23
  992/25 993/3 993/12
  993/16 994/25
  994/25 995/2 995/14

996/2 996/9 996/12
  996/16 996/17
  996/19 996/21
  996/22 997/16
  998/10 998/15
  998/16 998/19
  998/21 999/16
  1000/22 1003/14
  1003/17 1004/11
  1005/18 1006/2
  1007/10 1008/20
  1010/20 1014/18
  1015/1 1016/2
  1021/14 1021/16
  1022/9 1022/11
  1023/2 1023/20
  1024/15 1024/19
  1027/8 1027/8
  1027/25 1029/19
  1030/21 1031/5
  1031/8 1035/14
  1046/2 1046/3
  1046/11 1046/12
  1048/22 1055/8
  1055/12 1055/16
  1056/20 1056/24
  1057/18 1057/19
  1060/5 1060/6
  1060/10 1060/13
  1060/15 1060/17
  1060/20 1061/4
  1061/7 1061/9

Case 1:18-cr-00319-SHS Document 341-20 Filed 05/20/22 Page 118 of 175

## M

murder... [5]  1062/2
1063/20 1065/1
1067/15 1071/20
murdered [6]
912/21 939/17 940/1
953/24 998/22
1073/7
murderer [3]
1002/25 1004/10
1005/24
murdering [2]
939/18 940/2
murders [8]  910/23
911/4 911/5 970/20
978/3 978/3 997/17
997/17
mushy [1]  1034/16
music [1]  1013/19
must [16]  912/10
929/7 939/16 939/25
940/12 989/4 1004/3
1006/6 1006/7
1012/1 1015/18
1030/12 1036/15
1053/19 1055/23
1068/11
Mustang [1]  972/14
muzzle [1]  983/2
my [45]  903/2
905/21 907/20 915/3
917/10 928/13

930/23 934/20
931/20 936/16
936/21 937/16 938/7
938/25 939/3 939/4
948/14 958/6 959/2
959/4 959/17 974/5
1000/14 1001/19
1006/3 1013/11
1013/13 1014/17
1015/15 1016/13
1016/19 1022/18
1027/14 1029/13
1029/13 1029/18
1029/18 1029/18
1034/12 1034/12
1035/20 1040/22
1061/13 1073/20
1073/25
myself [1]  1035/23
mysterious [1]
1072/21

## N

N.Y [1]  902/8
Nagle [3]  965/5
1016/19 1018/23
naked [1]  1063/4
name [36]  933/4
933/20 956/11
956/12 956/14
956/16 959/8 962/5
989/24 990/4 990/5
1010/18 1017/13

1024/9 1024/10
1024/12 1028/5
1028/16 1028/17
1028/21 1029/23
1029/23 1029/24
1029/24 1030/3
1030/9 1032/10
1034/18 1039/10
1040/16 1049/1
1049/1 1049/2
1059/22
named [6]  954/13
966/21 1017/16
1018/8 1030/7
1030/8
names [13]  956/15
960/16 968/3 989/9
989/10 989/17
1015/25 1027/20
1028/10 1028/23
1034/23 1034/25
1059/11
narcotics [16]
919/21 921/1 928/16
929/14 930/7 930/12
934/6 934/17 934/19
935/5 936/1 936/2
936/3 945/4 945/5
945/5
nature [1]  969/6
near [4]  954/10

Case 1:18-cr-00319-SHS Document 744 Filed 05/20/22 Page 119 of 175

near... [3]  975/19
978/11 989/2
nearby [2]  977/24
999/15
nearly [1]  972/5
necessarily [2]
911/7 942/21
necessary [1]  999/7
Necio [7]  957/4
968/4 989/10 989/17
995/5 1021/8 1054/5
neck [7]  956/25
958/5 960/9 1038/23
1044/10 1052/4
1065/8
need [24]  907/9
909/23 916/3 932/2
935/19 959/1 959/17
968/23 979/24
981/19 1003/1
1003/2 1003/2
1003/2 1003/3
1006/4 1019/8
1058/23 1058/24
1059/1 1059/2
1060/3 1060/4
1071/24
needed [12]  953/17
967/19 967/19
967/25 974/18
974/19 974/19

974/20 974/21
975/14 977/24
1061/4
needs [1]  979/3
neglected [1]  936/16
neighborhood [18]
953/2 953/4 953/6
956/19 964/1 964/3
964/4 964/6 964/7
975/18 1004/19
1015/6 1015/9
1017/15 1017/21
1018/7 1027/19
1027/20
neighborhoods [4]
964/4 1003/21
1035/16 1073/3
neighboring [1]
965/22
neutral [1]  964/10
never [15]  906/19
928/19 929/5 1014/7
1014/8 1014/9
1020/14 1024/14
1034/24 1039/1
1040/1 1040/2
1050/14 1065/25
1067/23
new [16]  902/1
902/8 902/17 909/8
911/2 914/24 914/24
924/5 939/19 940/3

963/24 963/25
967/16 997/18
1003/18 1037/21
New York [4]  909/8
911/2 914/24 914/24
news [1]  978/21
next [14]  940/22
941/17 950/16 951/7
954/15 958/20
985/18 990/19
1005/10 1012/9
1027/11 1038/2
1046/18 1052/3
nice [4]  1034/13
1034/15 1034/16
1040/15
Nicholas [3]  980/8
980/9 1054/20
nickname [4]
974/12 1010/19
1018/23 1071/6
nifty [1]  938/12
night [2]  1009/6
1019/19
nightmare [1]
1003/18
Nine [2]  929/4
966/20
no [152]  905/25
907/8 912/9 915/3
921/14 921/16
921/18 922/18

# N

no... [144] 927/15
929/9 931/13 931/15
932/17 935/20
935/20 937/19
938/20 941/21
943/20 943/21 946/4
946/8 946/22 948/20
948/22 951/12
951/18 951/22 952/2
952/5 952/11 953/20
961/14 961/25 967/8
969/13 969/19
972/22 976/15
978/22 990/15
991/12 996/23 998/1
1006/5 1006/8
1006/9 1007/18
1008/17 1008/17
1008/19 1008/21
1008/23 1009/18
1010/2 1010/14
1010/15 1010/17
1010/24 1015/17
1015/20 1017/2
1017/2 1017/3
1017/3 1017/9
1017/25 1018/3
1018/3 1018/4
1018/4 1018/4
1018/5 1018/5
1018/5 1018/5

1019/13 1019/13
1020/20 1020/24
1020/24 1021/11
1022/2 1023/17
1023/20 1025/16
1026/10 1026/10
1027/3 1028/25
1029/1 1029/2
1029/3 1029/3
1029/5 1029/6
1029/12 1029/16
1030/1 1030/20
1031/3 1031/5
1031/6 1031/7
1031/22 1031/22
1031/23 1033/8
1034/17 1035/21
1035/21 1035/22
1036/16 1038/19
1038/23 1040/12
1041/2 1041/12
1041/20 1042/10
1042/12 1043/7
1043/10 1043/17
1044/1 1044/11
1047/20 1048/12
1049/19 1049/20
1049/21 1049/23
1052/11 1052/19
1055/9 1058/4
1058/7 1058/16

1063/9 1063/10
1064/23 1065/8
1066/4 1066/11
1069/23 1071/17
1071/19 1075/2
nobody [13] 927/16
953/20 954/9 954/11
954/12 955/1 959/20
961/15 962/9 992/15
1009/5 1020/19
1026/16
Nobody's [1] 1010/3
nods [1] 973/17
non [1] 1019/7
non-gang [1] 1019/7
none [6] 920/18
970/10 1019/11
1026/9 1029/14
1058/4
nonreality [1]
1051/25
nonsense [1] 1024/7
normal [1] 918/15
normally [1] 918/9
northern [2] 953/6
1073/3
not [296]
note [3] 942/12
942/23 945/17
nothing [21] 913/19
914/18 932/21

Case 1:18-cr-00319-SHS Document 544 Filed 02/05/22 Page 121 of 175

**nothing... [18]**
941/18 959/21
962/23 981/15
1008/8 1009/9
1010/19 1015/2
1017/25 1018/6
1018/6 1018/20
1031/15 1040/3
1051/1 1051/3
1051/3 1072/21

**notice [17]** 903/19
903/21 903/22
903/24 906/17
906/23 907/22 908/6
909/3 910/8 911/15
911/25 913/15
914/13 979/22
983/25 986/19

**notion [1]** 1003/20

**November [5]**
956/21 988/13
1032/23 1068/19
1069/1

**now [130]** 905/16
908/14 913/1 917/5
921/16 927/25 928/4
936/19 938/3 938/17
939/4 943/19 944/7
945/9 945/11 945/13
946/20 947/13
947/25 948/8 949/10

951/10 951/11 952/5
952/23 955/13
956/22 956/22 959/5
960/13 960/19 964/9
965/9 968/12 968/23
970/6 970/10 972/24
976/2 979/2 980/1
980/5 980/6 981/8
981/12 981/17 982/4
982/12 982/19
983/13 983/20
983/22 983/25 984/6
984/15 985/2 985/21
987/15 991/5 992/16
992/20 993/16 996/2
997/1 999/1 1000/5
1002/20 1003/6
1003/9 1004/5
1004/17 1005/16
1006/16 1006/25
1009/11 1009/18
1010/20 1011/12
1011/18 1012/11
1013/11 1013/14
1015/5 1015/7
1015/23 1016/8
1016/9 1016/15
1017/25 1019/12
1021/2 1022/8
1024/9 1025/13
1026/20 1027/22
1028/9 1030/16

1033/2 1034/11
1034/17 1036/1
1036/12 1037/11
1038/24 1039/21
1043/6 1044/24
1044/25 1046/7
1047/12 1049/5
1050/18 1050/20
1050/20 1050/25
1051/17 1051/18
1054/11 1058/12
1060/1 1061/18
1061/23 1069/17
1069/25 1070/1
1070/1 1070/19

**number [17]** 958/5
989/1 990/7 990/8
1007/20 1022/12
1022/14 1022/14
1022/15 1028/7
1028/15 1029/8
1029/9 1029/11
1029/14 1030/3
1059/21

**numbers [5]** 968/13
989/21 989/23
1028/8 1059/18

**nuns [1]** 1035/9

**nuts [1]** 1066/11

object [7]  918/23
919/1 919/8 921/15
921/17 921/18
941/24
objecting [1]  927/23
objection [9]  932/17
936/19 941/11 946/3
946/4 951/22 951/24
1034/20 1048/5
objections [7]  931/3
931/7 931/14 931/19
931/22 932/9 936/21
objectives [1]  941/7
obligation [6]
946/23 951/12
951/13 1003/7
1009/15 1012/1
obvious [2]  1006/14
1040/9
obviously [4]  914/21
918/12 997/4 1035/8
occasion [1]  1043/2
occasionally [1]
1021/3
occasions [1]
1041/13
occur [1]  944/24
occurred [1]  923/15
October [9]  953/10
954/10 980/6 987/17
988/12 1000/12

1004/14 1058/12
1073/4
OED [4]  966/15
966/15 966/19
994/16
OED's [1]  980/12
off [18]  924/11
953/11 957/3 966/24
968/5 977/19 978/17
985/14 995/22
1000/19 1013/18
1013/22 1014/10
1022/25 1027/11
1056/19 1058/1
1069/4
offense [3]  908/9
909/7 998/5
offers [1]  928/6
officer [1]  1049/21
officers [4]  1036/22
1036/23 1036/23
1039/5
official [4]  961/3
1049/7 1049/9
1049/24
often [5]  1020/1
1026/10 1036/16
1051/8 1060/22
oh [22]  932/4 938/17
969/19 1002/9
1016/7 1016/8
1016/19 1016/20

1023/12 1025/25
1027/13 1029/6
1029/6 1029/8
1029/12 1029/18
1030/9 1042/15
1043/7 1053/6
1059/4 1066/6
OK [28]  921/4
922/25 924/19
926/15 929/19
931/13 933/12 947/6
947/13 948/7 948/8
1003/11 1004/20
1004/22 1005/12
1005/21 1005/22
1006/4 1007/18
1008/21 1009/2
1009/17 1011/1
1011/4 1011/7
1011/13 1011/21
1012/5
okay [38]  906/9
912/18 913/1 913/5
914/4 984/13 1013/4
1013/8 1013/12
1013/12 1013/15
1014/2 1014/4
1014/5 1014/9
1014/18 1015/5
1016/9 1016/20
1020/24 1022/12
1028/2 1028/19

**O**

okay... [15]  1028/24 1031/3 1031/10 1033/16 1033/18 1033/25 1034/7 1034/8 1035/15 1037/7 1039/3 1039/9 1041/19 1042/13 1045/16
old [4]  904/3 988/18 1013/12 1014/17
omitted [2]  911/22 939/14
once [6]  969/7 978/12 1000/21 1038/13 1041/18 1056/24
one [204]
one's [3]  1063/7 1063/9 1063/11
one-sided [1]  914/22
ones [3]  935/10 1057/25 1064/19
online [4]  973/6 1000/24 1051/21 1051/23
only [38]  909/5 910/16 910/20 910/23 912/20 914/14 914/22 923/24 924/19 925/11 929/14 932/3

964/11 967/15 973/13 978/5 981/13 981/15 981/19 986/6 993/15 1004/9 1008/10 1019/6 1025/8 1025/12 1025/14 1027/11 1028/2 1036/24 1038/12 1042/22 1043/7 1059/20 1064/1
open [4]  917/17 918/19 925/20 985/2
opened [2]  978/14 1073/6
opening [5]  952/23 1003/13 1069/18 1069/19 1069/20
operated [3]  970/9 971/23 1051/4
operation [1]  977/22
operations [1]  941/6
operative [1]  905/20
opinion [4]  980/20 1013/20 1035/20 1048/6
opportunity [4]  923/16 961/7 1058/19 1058/19
opposing [5]  918/13

opposite [1]  1051/6
orange [5]  982/14 984/22 984/25 985/4 985/18
order [4]  952/10 965/17 982/3 1006/8
ordering [1]  1036/10
orders [2]  1042/25 1073/25
ordinary [2]  908/8 927/11
organization [2]  1016/5 1049/17
organizational [1]  1050/10
organizations [1]  1005/21
original [13]  903/18 904/2 904/20 919/19 920/16 925/22 930/6 931/4 937/6 939/22 959/24 959/25 960/6
Original200Steppa [1]  959/22
Original200Steppas [1]  960/3
originally [6] 917/14 918/16 919/2 921/17 924/10

originally... [1] 924/15

Orlando [44] 907/7 908/19 909/18 910/19 910/24 912/7 912/22 913/9 939/18 939/19 940/1 940/2 953/12 953/14 953/24 954/11 960/15 968/17 978/4 979/23 981/5 981/20 982/24 988/16 992/18 992/22 993/1 993/8 995/13 998/15 998/22 999/3 1000/14 1000/15 1056/11 1059/25 1062/2 1065/1 1070/10 1071/12 1071/15 1072/2 1072/5 1073/8

Orlando's [4] 980/1 980/2 980/25 981/1

other [89] 903/17 903/18 903/19 904/12 917/8 924/14 928/15 930/2 930/24 932/9 932/24 940/12 943/2 943/3 943/8 943/17 944/25 952/17 955/24 956/1 957/4 963/8 963/18 963/22 964/4 964/9 964/11 964/22 964/24 965/6 966/15 968/3 969/19 970/14 971/14 975/13 976/9 978/23 979/18 984/11 993/7 994/25 995/1 995/3 996/14 996/21 997/9 999/11 999/12 999/19 1005/14 1006/18 1006/19 1009/13 1016/13 1017/20 1018/6 1019/5 1023/11 1024/21 1029/19 1030/13 1031/17 1031/18 1031/20 1031/21 1033/10 1034/14 1042/24 1043/1 1043/3 1043/5 1055/11 1058/10 1058/20 1059/8 1059/10 1059/10 1059/18 1062/11 1065/6 1065/6 1065/14 1065/24 1066/4 1066/21 1069/7 1070/15 1070/22

other's [2] 1027/20

others [7] 965/2 972/7 975/5 976/7 976/11 979/20 994/21

otherwise [5] 914/25 921/11 969/22 1040/18 1065/14

ounces [1] 1039/6

our [18] 904/5 907/3 908/5 915/10 915/17 931/4 934/4 935/9 937/6 940/19 940/23 940/24 941/11 949/14 949/16 983/21 1017/12 1048/10

ourselves [1] 914/2

out [101] 903/5 904/12 904/15 904/25 905/1 905/3 905/4 905/11 905/12 906/9 906/11 914/11 914/13 924/17 927/11 929/8 932/2 936/1 937/24 938/5 939/4 941/12 949/8 951/11 957/24 962/5 964/24 966/1 966/12 969/9 969/10 969/17 970/16 973/18 976/5

**O**

out... [66] 976/18
978/1 978/22 978/22
979/10 982/5 983/9
983/18 983/23
984/17 987/7 989/3
989/6 990/1 990/13
993/24 998/4 998/8
999/16 1000/3
1001/2 1004/19
1004/20 1005/17
1005/17 1005/23
1009/24 1014/1
1015/9 1015/11
1016/7 1016/19
1017/13 1017/14
1017/21 1018/7
1019/1 1021/3
1021/6 1021/21
1025/12 1029/16
1035/19 1035/24
1036/8 1036/20
1037/1 1037/10
1037/10 1037/19
1038/3 1038/5
1038/15 1040/10
1040/10 1040/25
1042/7 1045/14
1051/22 1053/4
1053/5 1054/19
1055/14 1061/18
1073/6 1074/1

outcome [1] 944/25
outright [2] 1022/7
1068/22
outside [5] 953/9
976/25 978/10
1018/10 1018/11
outweighed [1]
930/22
over [34] 905/21
915/9 953/13 956/9
956/10 964/6 968/7
968/12 972/17
977/19 980/15 981/6
982/16 983/15
983/24 984/9 985/24
993/22 994/23
994/23 1003/24
1011/10 1017/11
1037/17 1039/25
1040/21 1044/17
1051/16 1056/24
1056/24 1056/24
1057/13 1060/20
1069/2
overall [1] 943/14
overlapped [1]
971/12
overwhelming [1]
991/1
own [13] 956/8
962/21 966/16
1011/14 1021/5

outcome [1] 1028/15
1035/18 1035/19
1044/10 1059/3
1069/4 1069/17
owned [1] 966/8
oxycodone [1] 972/7

**P**

P Mula [1] 959/6
P-Mula [44] 959/23
961/2 961/3 962/3
963/10 964/9 968/8
968/10 968/13
969/16 970/2 970/5
970/22 971/11 973/3
975/4 975/10 976/21
976/24 977/17
977/18 988/7 995/15
995/15 996/20
1011/6 1020/10
1022/8 1024/14
1024/18 1028/10
1028/12 1029/11
1038/7 1041/23
1061/10 1063/1
1064/7 1065/7
1065/10 1067/14
1067/14 1067/16
1070/18
P-Mula's [1]
1029/23
P.C [1] 902/20
p.m [6] 980/7

**P**

p.m... [5]  1001/10
1001/10 1001/14
1001/20 1002/2
PABON [44]  902/5
904/3 904/22 905/13
905/17 905/24
906/10 926/6 929/6
929/7 929/16 933/4
933/5 933/15 933/19
933/20 942/2 943/15
946/13 953/10
1003/24 1010/7
1015/16 1015/17
1015/21 1019/16
1021/8 1024/4
1024/15 1025/15
1025/21 1026/21
1028/18 1029/1
1030/17 1031/20
1032/2 1033/1
1038/4 1039/22
1040/4 1043/8
1043/21 1044/24
Pabon's [3]  1020/18
1024/12 1029/14
page [35]  904/17
906/17 910/15
912/16 912/17
912/24 931/21
931/24 932/10
932/25 933/1 933/5

933/9 933/19 933/22
934/3 934/25 935/16
935/18 939/7 939/10
940/22 944/12
950/16 954/15
990/19 1012/9
1021/20 1021/22
1028/21 1028/22
1053/21 1068/14
1068/16 1069/8
pages [4]  904/6
932/19 932/21
1002/14
pair [1]  1072/9
panicked [1]  980/13
pant [3]  983/13
985/8 1027/5
pants [25]  982/15
983/21 984/4 984/8
984/10 986/1 986/2
986/3 986/5 986/6
986/7 986/10 986/13
990/17 991/12 996/5
1001/3 1010/6
1025/20 1026/20
1026/24 1027/1
1027/12 1056/22
1072/9
paragraph [16]
904/18 905/5 905/18
905/24 906/17 913/4
914/11 914/12 932/1

932/11 933/17 934/5
934/14 940/5 940/24
941/12
Paralegal [2]  902/24
902/25
parcel [1]  913/20
parents [1]  1013/13
parked [1]  1054/23
parking [7]  983/6
983/17 984/23
984/23 985/7 985/12
985/22
parole [1]  1036/23
part [47]  904/7
911/16 912/23 913/9
913/12 913/20
913/20 922/9 922/10
922/11 922/17
922/18 926/18
931/10 934/19
936/23 938/23
938/24 941/25 942/1
944/16 953/23 956/2
956/7 961/5 961/16
961/17 965/23
966/19 975/23
979/21 979/25 980/2
990/2 991/6 995/17
998/24 999/18
1004/14 1015/4
1017/7 1017/9
1021/7 1051/1

1073/18

**P**

part... [3] 1051/2
1051/5 1060/11
participate [6]
976/3 997/9 998/1
1004/13 1004/15
1072/3
participated [9]
904/4 955/9 968/20
977/12 979/19
979/25 996/2 998/16
1020/7
participating [2]
1061/7 1062/2
participation [1]
913/11
particular [9]
927/13 963/14
966/19 1008/22
1008/22 1013/12
1013/19 1028/2
1057/12
particularly [3]
1003/10 1003/10
1005/1
parties [10] 903/7
905/10 905/12
906/11 907/12
909/10 913/14 915/5
930/12 952/11
partner [1] 999/23
parts [2] 936/20

party [8] 918/13
921/11 921/25 922/6
924/20 977/3
1033/11 1058/19
pass [1] 982/12
passed [2] 977/19
1009/4
passenger [2]
1031/3 1031/6
passes [1] 983/4
past [15] 953/13
1003/15 1003/16
1003/17 1003/20
1003/22 1003/25
1004/24 1005/2
1005/3 1005/5
1026/25 1045/9
1045/10 1045/11
path [1] 980/25
patiently [1] 948/24
pattern [9] 908/18
910/17 912/6 912/23
913/12 930/8 949/25
950/3 997/11
Pause [4] 905/15
906/22 907/18 913/6
pavement [2] 989/7
1056/9
pay [5] 982/5
1003/21 1019/25
1068/12 1073/24

payment [1] 1049/8
payment-due [1]
1049/8
penalty [1] 908/7
penny [2] 1020/10
1020/12
people [67] 943/17
955/23 955/25 956/9
956/22 959/19
961/19 963/25
967/11 970/23
973/11 973/20 979/4
980/7 980/13 982/25
983/9 992/8 994/25
999/6 1000/9
1000/12 1003/14
1003/19 1003/21
1005/14 1005/19
1005/23 1007/4
1007/19 1008/13
1008/20 1010/1
1015/25 1017/20
1018/16 1020/5
1021/3 1023/9
1026/14 1029/3
1030/4 1030/6
1034/19 1035/17
1036/18 1037/20
1037/22 1038/10
1043/11 1044/13
1048/22 1049/16
1049/18 1050/15

Case 1:18-cr-00319-SHS Document 142-4 Filed 05/20/22 Page 128 of 175

people... [12] 1051/6
1053/13 1060/14
1061/10 1061/22
1062/21 1062/23
1063/5 1063/17
1064/20 1064/21
1073/7
people's [2] 1036/7
1052/20
percent [1] 1068/3
Percocet [2] 971/17
979/14
perfect [1] 1010/11
perfectly [4] 917/22
948/15 1047/23
1065/3
performed [1]
980/24
perhaps [2] 908/17
943/17
period [2] 924/4
961/12
permission [1]
1019/9
person [34] 925/11
925/12 930/20 956/3
959/14 975/1 988/20
989/12 991/24 997/9
998/23 999/9
1000/24 1010/8
1010/8 1017/9

1019/19 1020/4
1022/18 1025/20
1026/9 1028/3
1030/7 1030/8
1030/9 1036/12
1038/9 1041/9
1042/4 1043/19
1045/18 1045/22
1054/3 1055/9
person's [1] 1022/19
personal [1] 1063/9
personality [1]
1051/21
personally [7] 943/5
971/9 976/5 977/12
978/20 1006/22
1035/18
personnel [1] 967/1
perspective [1]
1015/8
Peter [1] 961/2
pharmacy [1]
971/16
phase [1] 1036/6
phone [69] 977/10
988/23 988/24 989/8
989/12 989/14
989/15 989/22
989/23 990/8 990/9
990/10 990/10
990/11 990/17
991/14 993/22

996/12 1007/4
1008/18 1008/19
1009/19 1009/21
1013/9 1027/17
1027/22 1027/24
1027/25 1028/2
1028/3 1028/5
1028/6 1028/7
1028/9 1028/11
1028/11 1028/12
1028/13 1028/14
1028/18 1028/23
1028/25 1029/1
1029/3 1029/4
1029/13 1029/13
1029/14 1029/19
1029/21 1029/22
1029/22 1030/2
1030/2 1030/5
1030/12 1043/18
1056/8 1058/25
1059/9 1059/10
1059/11 1059/12
1059/18 1059/20
1059/21 1059/23
1071/18 1072/5
phone's [2] 990/4
990/5
phones [4] 989/24
1007/25 1027/21
1042/10
photo [1] 949/2

**photograph [4]**
1010/15 1010/17
1023/21 1023/21
**photographs [4]**
963/14 1007/23
1023/3 1031/21
**photos [3]** 1007/24
1031/19 1058/14
**phrase [2]** 1038/7
1044/18
**phrases [2]** 959/5
959/16
**physically [1]** 999/8
**Piazza [1]** 981/24
**pick [1]** 1045/14
**picked [1]** 993/24
**picture [23]** 956/9
956/9 956/23 957/14
965/12 974/3 974/4
984/23 985/13
985/14 985/15 986/8
987/12 987/17
987/21 991/13
1001/3 1016/18
1023/15 1024/3
1027/4 1027/7
1039/7
**pictures [10]** 956/20
987/5 988/18 989/11
1001/4 1015/14
1018/12 1027/12

**piece [12]** 982/6
982/6 1001/2 1001/2
1009/10 1031/13
1031/14 1053/2
1053/4 1053/4
1053/6 1053/6
**pieces [7]** 963/8
980/18 982/2 1053/3
1053/8 1053/9
1071/22
**pimping [1]** 1037/18
**Pinkerton [7]**
941/22 942/7 942/24
943/22 943/24 944/4
944/6
**pipe [2]** 982/17
985/6
**pistol [1]** 1037/19
**pistol-whipping [1]**
1037/19
**place [6]** 972/17
986/6 1007/4 1019/8
1021/5 1040/1
**plan [6]** 971/8
999/16 1001/19
1064/13 1066/10
1066/24
**planned [2]** 995/10
1000/3
**planning [2]** 999/12
1042/5

1034/13 1034/15
1050/23
**played [7]** 958/15
973/8 973/22 982/8
1054/24 1055/1
1055/3
**playground [1]**
978/14
**playing [3]** 974/14
975/5 1051/20
**plea [9]** 919/9
919/13 919/15
926/14 928/6 928/6
930/5 930/6 930/15
**plead [7]** 920/4
928/16 929/13
947/20 947/20
994/13 1040/19
**pleading [2]** 918/17
1005/12
**pleas [2]** 963/6
1037/9
**please [14]** 903/8
909/12 949/5 951/2
951/7 1001/14
1002/17 1033/20
1034/6 1046/2
1047/11 1058/3
1072/21 1074/3
**pled [17]** 908/11
915/19 915/20

**P**

pled... [14]  917/15
917/25 919/3 919/12
919/18 920/16
924/16 975/22
994/12 1007/8
1022/14 1022/15
1031/10 1040/7
pledges [1]  1050/17
plenty [1]  941/15
plus [1]  1002/14
point [30]  910/14
911/14 929/12
941/14 942/22
943/20 955/1 974/8
979/17 982/5 994/12
994/14 1020/21
1022/23 1024/23
1032/6 1032/7
1032/18 1038/17
1040/25 1045/14
1047/19 1048/18
1048/25 1059/4
1059/8 1059/9
1059/20 1063/7
1070/4
pointed [3]  976/18
987/10 1069/7
pointing [2]  957/1
1014/16
points [3]  924/17
1058/2 1062/8

police [7]  975/18
985/3 989/1 994/5
1023/23 1039/5
1039/6
pool [1]  1072/6
pooled [1]  972/1
popped [1]  989/6
Porsche [1]  977/9
portion [1]  923/3
position [22]  904/5
905/2 907/2 907/3
913/15 934/10
936/11 938/25
940/17 941/3 941/14
942/2 942/5 949/14
949/16 956/4 967/12
969/3 969/4 998/25
1027/24 1060/9
positive [2]  949/1
949/2
possessed [1]
1031/16
possesses [1]  944/22
possession [5]
944/18 944/23
975/23 1031/10
1031/11
possessions [1]
1063/10
possibility [1]
905/20
possible [5]  915/10

possibly... [7]  975/18
1058/5 1058/8
possibly [6]  904/9
924/5 968/12
1022/15 1022/17
1026/16
post [15]  956/21
957/23 958/2 958/3
960/2 965/13 987/16
988/12 988/13
1018/22 1027/12
1028/17 1028/22
1030/10 1056/3
posted [6]  957/18
973/6 973/14 974/4
986/9 1027/4
posts [17]  956/20
957/13 958/11
958/20 973/13 974/3
1004/22 1004/23
1007/24 1014/13
1050/3 1050/17
1051/18 1051/24
1071/3 1071/8
1072/4
posture [2]  927/25
928/9
pot [1]  1019/13
potential [3]  927/4
927/5 971/7
pounds [1]  977/18
powder [1]  966/24

**power** [10]  944/16
949/18 967/1 967/1
967/17 967/17
1000/23 1013/5
1013/6 1064/24
**powerful** [3]  969/20
981/18 981/18
**powerfully** [1]
1071/16
**PowerPoint** [3]
1003/4 1006/20
1018/1
**practice** [2]  971/18
971/18
**precedence** [1]
934/8
**precisely** [1]
1063/17
**predicate** [1]  935/13
**predicates** [1]  911/4
**prefer** [2]  949/7
1035/8
**preferred** [1]
1049/1
**prejudice** [1]  930/22
**preparation** [2]
1016/22 1025/23
**prepare** [1]  1016/24
**prepared** [5]  903/22
920/23 920/24
1027/17 1030/1

903/1 903/15 943/5
951/1 1001/13
1002/16 1008/16
1008/25 1020/20
1035/14 1046/21
1047/10 1074/4
**presentation** [3]
1003/4 1004/5
1006/20
**presented** [6]  949/2
1006/19 1007/16
1007/16 1012/3
1012/3
**prestige** [3]  941/4
1060/9 1061/9
**presume** [1]  948/8
**presumption** [3]
932/11 1044/20
1045/18
**pretend** [2]  971/19
971/21
**pretending** [1]
1051/20
**pretends** [1]  973/19
**Prettiest** [1]
1013/11
**PrettiestGangsta200**
[2]  956/12 1071/2
**pretty** [6]  915/21
938/12 1013/11
1013/20 1027/22

**previously** [3]
919/21 920/25
936/21
**priests** [1]  1035/9
**primo** [4]  1028/16
1028/21 1030/9
1059/15
**print** [2]  939/4
1029/5
**printed** [1]  937/8
**prior** [11]  922/14
924/6 925/25 926/8
927/6 929/22 929/24
930/1 935/10 935/25
949/15
**prison** [2]  963/21
1067/2
**private** [2]  958/21
958/22
**prized** [1]  1063/10
**probably** [4]  959/5
980/21 986/18
1044/4
**probation** [1]
1036/22
**probative** [1]
930/21
**problem** [3]  1028/6
1029/22 1063/4
**problems** [1]  1036/1
**proceeds** [3]  936/5

# P

proceeds... [2]  945/7
1019/10
production [2]
944/18 944/23
professional [1]
1006/19
proffer [2]  923/10
1041/14
prominent [2]
986/19 987/22
promise [2]  927/10
1036/25
promised [1]
1036/23
promises [1]
1040/12
promoter [2]  977/3
1033/11
promoting [2]
956/10 964/8
proof [6]  947/1
951/14 952/13
1013/4 1047/20
1072/23
properly [2]  919/22
928/3
property [3]  1009/8
1038/8 1041/24
proposed [5]  931/20
934/4 935/9 937/6
940/24

proposing [1]
904/25
proposition [1]
938/9
prosecutors [5]
1011/20 1037/2
1037/3 1037/4
1042/1
protect [7]  941/6
977/25 981/6 999/22
1017/12 1017/21
1061/20
protected [1]
1020/23
protecting [1]
977/22
proud [4]  960/3
973/5 991/7 1073/8
prove [16]  939/16
939/25 946/25 947/2
947/3 951/13 951/14
1004/3 1004/11
1006/23 1008/6
1012/7 1013/2
1013/5 1018/18
1020/5
proved [3]  1007/3
1007/5 1007/7
proven [8]  910/14
910/14 914/5 932/6
992/5 998/12
1030/13 1046/15

proven/not [1]
910/14
proves [5]  953/23
954/7 1032/7
1048/15 1057/15
provide [3]  903/8
976/9 993/6
provided [2]  903/7
962/15
proving [1]  1006/25
provision [8]  903/23
903/24 905/12
906/12 907/23
907/25 908/6 937/1
provisions [2]
903/20 903/21
public [2]  978/10
978/10
puff [1]  1024/17
puffing [1]  1025/2
pull [4]  973/19
1053/20 1053/21
1068/14
pulled [9]  976/18
976/23 982/16 983/8
984/2 986/23 987/15
987/19 1054/22
pun [1]  965/14
punching [1]
1064/20
punctured [1]  981/2
purely [5]  934/6

**P**

purely... [4] 934/17
936/3 944/16 945/5
purpose [21] 908/2
908/6 908/15 908/16
910/23 930/11
930/18 955/23 964/6
979/4 995/7 998/24
1050/6 1050/7
1060/5 1060/10
1060/12 1060/13
1060/15 1060/17
1061/4
purposes [5] 923/1
923/9 924/3 945/11
1060/12
pursuant [2] 949/15
949/19
put [29] 908/6
913/11 914/23
923/20 936/8 936/15
943/22 945/23
946/23 951/16
951/16 962/20
983/15 983/19
1010/13 1010/20
1018/1 1019/12
1019/19 1024/4
1039/19 1042/2
1045/14 1045/15
1053/8 1064/22
1065/14 1067/12

puts [1] 957/7
putting [5] 945/3
969/4 985/14
1007/15 1037/6
puzzle [6] 1053/2
1053/3 1053/4
1053/8 1053/8
1071/22

**Q**

quantity [1] 971/19
Queens [1] 1033/13
question [21]
903/12 910/14 911/3
926/25 927/2 931/2
931/7 961/25 962/20
972/22 998/1
1004/25 1054/6
1054/12 1057/14
1057/14 1057/16
1057/19 1063/13
1063/18 1069/25
questioned [2]
917/23 924/14
questioner [1]
962/19
questions [12]
917/22 918/16
921/15 927/16
927/24 947/15
955/14 962/17
962/18 962/21

quick [4] 921/7
1030/10 1046/20
1048/17
quiet [2] 1019/18
1019/20
quite [3] 933/7
936/24 943/21
quote [2] 993/20
1017/19

**R**

rabbis [1] 1035/9
rabbit [1] 977/19
racketeering [43]
907/6 908/3 908/18
909/6 909/17 910/17
912/6 912/23 913/12
913/21 929/16 930/8
930/10 930/20
934/15 935/12 939/9
940/8 940/11 944/3
949/25 950/2 950/3
950/4 950/5 954/1
954/2 955/6 955/18
955/22 979/25 997/7
997/11 997/15
997/23 997/25 998/5
998/6 998/12 998/14
998/19 998/22
1003/17
Raich [2] 944/14
944/22

**R**

raise [1]  931/11
raised [3]  1034/12
 1061/9 1068/8
rampant [1]
 1003/21
ran [2]  990/9 1022/4
ranking [1]  941/5
ranks [1]  968/22
rap [7]  973/14
 1013/14 1013/14
 1013/17 1052/16
 1052/16 1071/7
rat [1]  962/4
rather [3]  919/19
 933/4 949/8
rational [1]  1066/11
rats [1]  1034/18
Raymito [95]
 960/24 962/3 963/9
 963/19 963/20
 963/22 964/5 964/12
 964/13 964/19
 965/25 966/4 966/9
 967/2 967/11 967/15
 967/21 968/5 968/18
 969/3 969/5 969/9
 969/16 969/16 970/2
 970/5 970/22 971/2
 971/8 971/10 971/24
 972/10 972/13
 974/13 974/16

974/21 974/24
975/10 975/21
976/21 977/2 977/10
977/23 978/7 978/19
978/20 988/9 993/16
993/17 993/21
993/23 993/24
993/25 994/7 994/8
994/11 994/14
994/16 994/17 995/4
995/6 995/11 995/25
996/16 996/18
996/22 1006/23
1020/10 1024/13
1024/19 1024/24
1025/4 1029/11
1032/14 1032/15
1050/11 1051/11
1051/13 1051/14
1060/16 1060/16
1060/17 1060/24
1063/4 1064/6
1065/8 1065/9
1067/8 1067/10
1067/12 1068/9
1068/10 1068/23
1069/14 1070/18
Raymito's [3]
962/24 1029/24
1067/11
Raymond [3]  957/5
960/24 1038/5

razor [1]  973/4
973/9 1014/3 1014/7
re [1]  934/9
re-added [1]  934/9
read [15]  905/14
 905/16 906/21
 907/17 917/3 925/7
 939/15 939/23 940/4
 940/4 1014/24
 1014/25 1045/4
 1053/23 1073/21
reaffirmed [1]
 944/15
real [13]  959/7
 971/20 977/15
 1004/9 1014/11
 1014/15 1014/16
 1018/3 1023/6
 1024/12 1029/21
 1049/1 1049/6
really [27]  926/5
 929/21 930/4 953/3
 955/7 955/10 969/16
 971/20 984/4 986/25
 1002/7 1005/3
 1006/1 1006/1
 1011/2 1018/3
 1019/6 1027/14
 1031/12 1032/19
 1033/23 1033/24
 1034/1 1043/23
 1045/13 1049/4

Case 1:18-cr-00319-SHS Document 341 Filed 05/20/22 Page 135 of 175

really... [1]  1058/21
rear [1]  1031/1
reason [8]  905/25
928/1 941/2 943/25
988/10 1052/15
1060/7 1070/19
reasonable [16]
939/25 940/9 947/2
949/24 951/15
990/15 996/23
1025/19 1044/18
1045/12 1045/17
1048/16 1057/16
1071/25 1072/19
1072/22
reasonably [1]
943/3
reasons [3]  1044/14
1044/15 1044/15
rebuttal [2]  1047/1
1047/12
received [2]  951/25
1075/2
recess [3]  949/4
1001/21 1046/23
recognize [5]  989/10
992/15 1022/24
1026/5 1026/9
recommending [1]
909/13
record [7]  914/11

942/13 945/17
1023/18 1032/1
records [5]  1008/19
1013/10 1028/25
1029/2 1062/23
recovered [7]
975/18 1007/25
1008/17 1009/8
1009/19 1009/21
1058/9
red [7]  965/6 965/7
976/18 983/7 983/14
983/19 985/23
redacted [1]  915/18
reduced [3]  917/25
918/17 924/16
refer [2]  972/1
1053/24
reference [4]  960/14
960/14 965/16
1014/16
references [1]  960/4
referred [1]  956/16
referring [1]  904/21
reflect [2]  914/7
914/11
reflected [4]  910/3
910/10 910/13
913/13
Refresh [1]  948/25
refuse [3]  945/19

refused [2]  960/19
994/5
regard [2]  941/21
942/5
regarding [1]
1060/5
regardless [2]
923/15 993/8
registered [1]
1049/9
regular [2]  993/18
1036/12
regulate [3]  944/15
944/16 944/22
regulatory [1]  945/2
relate [1]  905/19
related [9]  903/18
924/7 1015/21
1050/18 1060/10
1060/11 1060/22
1060/22 1061/4
relevance [1]
1030/19
relevant [5]  904/6
925/11 929/20
1004/25 1052/19
reliability [1]  927/3
reliable [4]  949/16
1003/2 1003/8
1013/6
relied [2]  974/22

Case 1:18-cr-00319-SHS Document 142-4 Filed 03/40/22 Page 354 of 199

relied... [1]  974/23

rely [2]  1006/17
1045/24

relying [1]  1006/16

remain [2]  907/4
947/7

remaining [1]
1000/14

remains [1]  908/24

remarks [1]  925/14

remember [27]
952/8 952/15 957/24
961/25 975/20 979/3
988/24 991/23
993/17 1007/17
1010/21 1014/20
1017/13 1024/9
1025/4 1034/3
1035/13 1038/22
1044/9 1050/16
1051/12 1054/2
1067/1 1067/22
1069/17 1069/22
1071/1

remembered [1]
992/11

remembering [1]
1035/18

remembers [1]
915/13

remove [4]  903/21

removed [3]  903/17
909/2 912/12

renew [1]  936/18

rent [1]  1019/9

reported [1]  978/20

reporting [1]  978/18

represent [2]  953/2
964/3

reputation [7]
953/14 974/14 980/4
980/4 993/12 995/24
1024/17

reputations [1]
995/22

request [2]  914/12
935/4

requested [3]  931/8
936/14 951/23

requests [3]  931/4
931/9 940/19

required [5]  911/21
912/4 970/11 1012/3
1057/11

requirement [5]
907/21 1049/19
1049/21 1049/23
1060/4

requirements [1]
979/9

requires [1]  908/3

requisite [1]  911/8

943/23 943/24
943/24

residents [1]
1000/11

resolved [1]  908/17

respect [15]  903/12
907/5 910/7 932/18
935/5 936/1 941/4
945/4 967/7 967/10
968/21 975/6 992/4
992/8 1013/23

respected [1]  967/21

respecting [1]  992/2

respond [3]  1046/8
1047/25 1048/1

responded [1]
962/17

response [1]  925/4

responsibility [6]
1005/11 1005/13
1007/12 1021/3
1031/9 1072/14

rest [11]  919/22
945/17 946/1 946/15
949/7 951/11 952/5
953/16 970/4 971/20
1061/13

rests [3]  949/9 951/8
952/3

result [3]  968/21
970/3 980/5

**R**

resumed [1]  903/1
retaliation [1]
 1011/4
return [1]  999/23
returned [1]  993/7
review [1]  996/3
revised [1]  945/10
rib [1]  981/2
RICO [1]  943/6
rid [1]  1026/25
ridge [1]  987/4
riding [2]  963/6
 975/18
right [155]  904/10
 907/17 908/23 909/3
 909/10 909/12 911/3
 911/6 913/7 913/24
 914/10 914/10
 914/17 914/20 916/1
 918/21 920/22
 922/22 924/8 924/21
 925/17 926/12
 927/25 928/12 929/7
 930/25 931/18
 932/23 933/18
 934/13 936/13
 936/22 937/24 938/3
 938/17 938/17 939/4
 939/21 939/22
 939/23 940/20
 941/20 942/9 944/9

945/9 945/13 945/20
945/23 946/5 946/10
946/11 946/13
946/20 947/7 948/15
948/23 949/18
949/22 950/11 951/9
951/16 951/23 952/4
956/12 957/7 959/3
959/18 965/9 965/11
965/12 966/23 967/2
975/19 980/8 980/11
982/10 982/22
984/24 985/7 985/14
985/24 987/6 988/25
989/6 990/13 990/16
991/19 996/9 996/13
1001/7 1001/9
1001/18 1002/3
1002/7 1002/10
1002/18 1003/7
1004/4 1005/6
1005/15 1005/16
1007/17 1008/20
1008/20 1009/14
1012/2 1013/2
1013/5 1013/21
1014/14 1014/22
1015/13 1015/15
1015/20 1016/25
1017/23 1021/9
1021/17 1021/21
1021/22 1022/2

1022/17 1023/10
1024/2 1027/8
1027/23 1028/3
1029/4 1030/15
1032/15 1032/17
1033/12 1033/14
1034/13 1034/14
1034/16 1034/21
1035/7 1035/22
1038/8 1044/24
1045/12 1047/6
1047/8 1048/9
1050/11 1052/14
1055/22 1056/10
1058/25 1059/24
1061/13 1065/7
1068/16 1074/5
Rikers [1]  1024/5
rings [1]  1063/10
rip [7]  1041/18
 1041/19 1041/21
 1042/13 1042/17
 1043/9 1043/25
ripped [4]  984/25
 985/1 1041/20
 1041/21
rise [1]  946/13
risk [1]  943/24
ritual [1]  1049/25
rituals [1]  1018/5
rival [8]  953/11
 966/15 974/20 977/8

Case 1:18-cr-00319-SHS Document 573-8 Filed 05/20/22 Page 138 of 175

rival... [4]  977/25
978/8 978/25
1060/18
rival's [2]  966/3
977/9
rivalries [4]  965/21
965/25 966/4 966/6
rivals [13]  953/7
953/19 972/4 972/9
972/10 972/11
978/12 979/17
980/10 991/9 993/20
994/2 995/21
Rivera [42]  907/7
908/19 909/18
910/19 910/21
910/24 912/7 912/22
913/9 913/12 913/20
929/18 939/18
939/19 940/1 940/2
942/4 942/19 942/21
953/12 953/14
953/24 954/11
960/15 968/17 978/4
979/23 981/20
998/15 998/23
1000/15 1046/4
1046/12 1056/11
1059/25 1062/2
1065/2 1070/10
1071/12 1072/2

rob [7]  953/18
961/18 971/8 972/5
976/21 976/25
1000/8
robbed [7]  936/4
945/7 953/5 970/23
970/24 971/13
1065/9
robberies [38]  966/5
966/5 969/5 970/19
970/21 970/21
970/22 971/3 971/5
971/9 971/13 976/13
976/14 976/14
976/16 977/11
979/15 979/16
997/18 997/21
1029/7 1029/10
1032/12 1032/13
1036/2 1037/18
1039/2 1040/20
1050/8 1063/1
1063/15 1067/9
1067/10 1067/11
1067/13 1067/21
1068/12 1073/3
robbery [17]  935/13
974/20 975/12
975/12 976/5 977/5
977/9 997/17 997/19
998/10 998/11

1067/25 1068/8
1068/9 1069/9
robbing [2]  973/20
997/20
role [5]  942/25
957/3 972/24 973/1
1055/16
Rolex [2]  976/19
1032/18
room [4]  1001/10
1045/7 1073/16
1073/16
rose [1]  1000/23
ROTHMAN [1]
902/22
routine [1]  917/22
rule [6]  925/6
925/20 925/20 928/7
949/15 949/20
rules [7]  958/25
968/24 968/25 969/8
1049/19 1050/12
1050/13
ruling [1]  930/23
run [3]  973/16 974/1
982/20
running [9]  978/17
985/18 989/6
1000/16 1010/8
1010/8 1019/8
1058/13 1058/16

**R**

runs [3]  960/11
960/12 983/1
RUSHMI [1]
902/18

**S**

S.Ct [4]  938/10
938/18 944/12
944/13
S1 [3]  904/11 905/18
905/25
safe [2]  1000/19
1000/20
said [80]  906/2
915/3 920/23 921/17
922/25 922/25
942/19 946/16
958/19 967/25 975/2
975/25 977/17
979/22 991/3 991/23
992/1 992/14 993/19
994/4 994/8 994/10
994/15 995/2 995/16
995/17 995/18 997/1
1003/13 1006/13
1006/14 1006/15
1006/23 1006/24
1011/9 1014/7
1015/25 1017/2
1017/3 1017/20
1020/1 1020/21

1020/23 1020/25
1020/25 1021/9
1021/22 1021/24
1022/11 1024/8
1024/14 1025/16
1026/15 1027/18
1030/24 1032/23
1033/6 1033/6
1033/15 1034/3
1034/3 1035/19
1036/5 1036/9
1036/10 1038/8
1038/9 1038/14
1038/22 1041/18
1043/20 1044/4
1044/9 1053/17
1053/17 1054/4
1054/8 1067/4
1069/21 1070/7
Saint [2]  980/8
980/9
Saint Nicholas [1]
980/9
sake [1]  1015/15
Salameh [1]  943/23
saliva [1]  1008/24
same [57]  924/13
929/15 929/21 935/9
956/9 975/2 984/23
984/25 984/25
984/25 985/24
986/12 986/17 987/7

987/13 987/19
987/19 987/20
987/24 988/3 988/19
990/1 993/4 993/9
994/3 994/22 996/5
996/6 996/14 1023/9
1027/4 1027/12
1027/12 1030/2
1030/3 1030/4
1030/5 1030/20
1048/20 1048/21
1049/23 1051/1
1051/2 1051/5
1056/13 1056/14
1056/16 1056/16
1056/22 1058/13
1065/2 1069/25
1071/14 1072/8
1072/8 1072/9
1072/9
sanctioned [1]  941/6
Sand [1]  943/24
sat [1]  1048/2
satisfied [5]  934/21
936/6 941/1 945/8
1060/6
satisfies [1]  1061/12
satisfy [1]  1061/8
save [1]  981/21
saved [1]  1059/21
saw [35]  962/1
964/19 967/7 975/2

# S

saw... [31]  975/3
976/17 980/23 981/7
984/11 985/3 988/5
989/2 992/12 995/11
995/11 995/12
1009/6 1009/6
1015/15 1015/25
1015/25 1021/9
1022/3 1025/25
1029/4 1030/24
1050/2 1050/3
1052/13 1055/9
1055/10 1058/14
1071/7 1071/8
1071/9
say [93]  903/24
908/4 911/13 927/16
932/15 933/5 933/8
945/11 945/15 947/7
949/7 949/9 952/7
952/11 952/15
952/16 955/19
964/23 969/19 997/3
1003/24 1004/2
1005/3 1006/12
1006/23 1008/12
1009/5 1009/15
1010/5 1010/6
1012/4 1013/3
1013/4 1013/12
1013/24 1015/2

1015/23 1016/6
1020/8 1021/19
1022/17 1022/20
1022/20 1022/21
1022/21 1022/22
1022/23 1023/1
1023/11 1024/21
1025/19 1025/25
1027/13 1028/17
1029/18 1031/15
1032/11 1033/5
1034/7 1035/11
1036/15 1036/19
1037/5 1037/13
1038/3 1038/10
1040/19 1042/22
1042/23 1043/3
1043/11 1043/15
1043/17 1044/1
1044/5 1044/8
1045/20 1045/22
1046/10 1046/11
1046/14 1049/22
1050/4 1050/19
1052/16 1053/4
1053/6 1053/18
1057/21 1067/5
1067/18 1067/22
1070/14
saying [27]  904/12
913/18 924/9 925/3
925/10 926/5 933/4

959/11 959/15
959/18 959/21
973/18 981/15
981/16 991/21
991/23 1008/13
1021/21 1026/5
1029/1 1033/16
1044/5 1044/6
1044/6 1044/12
1045/7 1063/20
sayings [1]  965/11
says [44]  904/18
904/22 909/5 914/22
917/9 921/21 922/11
924/1 945/3 952/18
955/19 959/2 959/17
959/24 960/12 962/9
997/4 997/4 1002/25
1004/3 1005/6
1006/5 1006/9
1026/10 1026/11
1027/25 1028/1
1028/1 1028/4
1029/6 1029/12
1029/16 1029/16
1032/1 1033/7
1039/17 1040/10
1041/20 1042/11
1042/12 1042/16
1051/2 1068/4
1068/25
scalpel [2]  977/7

Case 1:18-cr-00319-SHS Document 434 Filed 05/20/22 Page 141 of 175

scalpel... [1]  977/8

scared [2]  974/23
988/1

scene [32]  957/14
980/15 980/17
982/11 984/11
984/24 985/6 985/21
988/23 988/25
989/13 990/11
990/18 991/14 993/4
996/12 1001/5
1009/21 1011/10
1027/22 1029/19
1029/22 1030/2
1054/21 1058/2
1058/6 1058/9
1058/25 1059/9
1059/12 1059/21
1071/18

scheme [1]  945/2

SCHNEIDER [22]
902/22 902/23
902/25 906/2 906/15
906/25 907/15 913/7
914/15 916/6 921/5
925/10 925/14
925/24 928/1
1001/15 1002/5
1002/22 1035/5
1046/17 1047/18
1061/15

schooler [4]  978/10
978/11 1013/12
1015/10

schoolyard [2]
978/10 1000/9

scientific [1]
1031/14

scientifically [2]
1008/6 1022/18

scientists [1]
1022/20

score [2]  993/21
993/22

screaming [1]
1007/20

screen [2]  1053/23
1054/23

scrutinize [1]
1047/24

sealed [1]  904/11

searched [3]  985/3
989/8 989/15

seat [4]  1031/3
1045/14 1045/15
1045/15

seated [5]  949/5
951/2 1002/17
1031/1 1047/11

second [45]  922/18
932/1 932/1 932/13
933/14 934/5 934/14
934/15 935/11

937/14 939/16
939/24 940/4 940/24
955/3 955/11 958/21
962/22 982/22 984/1
985/17 986/1 987/9
990/15 1007/21
1016/18 1018/18
1019/6 1020/24
1024/4 1036/6
1036/11 1042/15
1046/7 1056/3
1056/12 1056/14
1056/15 1059/7
1059/13 1059/17
1064/18 1067/4
1069/9 1072/7

seconds [1]  982/12

secret [2]  962/23
979/8

section [3]  904/22
908/7 913/18

sections [1]  911/22

security [12]  955/12
980/22 981/22
984/18 987/2 987/8
987/21 988/19
1025/11 1059/2
1059/3 1071/19

see [90]  909/22
909/23 911/10
911/10 923/12
923/22 955/12 956/6

**S**

see... [82]  956/8
958/12 958/13 961/7
965/13 966/22 970/6
982/10 982/12
982/17 983/2 983/2
983/2 983/9 983/14
983/15 983/17
983/19 983/24
983/25 984/1 984/3
984/5 984/10 985/12
985/19 985/24
985/25 986/12
986/19 986/20
986/21 986/22 987/4
987/9 987/22 987/22
987/23 989/9 989/25
990/1 992/21 994/21
998/4 1001/1
1007/14 1007/15
1010/7 1010/9
1014/14 1014/15
1014/16 1014/16
1014/18 1014/19
1015/13 1020/24
1022/25 1024/2
1026/8 1026/8
1028/21 1028/23
1029/13 1032/4
1038/16 1047/8
1047/9 1047/25
1052/23 1053/10

1053/10 1054/20
1054/22 1055/2
1055/17 1057/22
1059/3 1062/6
1064/10 1068/25
1073/20
seeing [3]  968/11
1014/7 1048/3
seek [1]  905/23
seeking [4]  906/23
912/20 912/24
913/10
seem [1]  1023/12
seemed [1]  999/25
seems [14]  905/23
909/1 909/8 914/14
915/21 917/21
922/11 943/20
992/18 1017/8
1019/7 1023/7
1050/25 1059/10
seen [29]  951/10
952/5 964/16 964/25
964/25 965/10
969/11 972/25 973/1
974/24 975/15
975/21 979/5 980/14
980/14 980/22 986/6
986/7 988/17 989/11
991/12 995/5 1010/2
1014/8 1014/8
1014/9 1015/13

sees [1]  914/14
selfish [4]  1062/15
1062/17 1062/20
1063/25
sell [3]  971/19
977/14 979/13
selling [4]  972/2
972/4 977/24
1017/23
send [2]  911/19
911/20
sends [1]  958/21
sense [26]  926/22
943/20 963/11
978/14 999/20
1012/5 1012/5
1016/11 1016/11
1019/3 1023/13
1027/15 1030/2
1035/22 1036/13
1047/7 1047/25
1052/6 1055/18
1056/1 1057/3
1057/23 1063/19
1070/3 1070/12
1073/12
senseless [1]
1000/15
sent [1]  1009/8
sentence [22]
905/20 905/23

Case 1:18-cr-00319-SHS Document 1026 Filed 05/20/20 Page 143 of 175

sentence... [20]
915/21 917/16
917/17 918/18 924/5
930/6 930/15 933/16
934/4 934/16 935/10
939/13 940/15
940/19 945/3
1064/11 1064/24
1066/3 1066/9
1066/17
sentenced [2]
918/19 1064/8
sentences [3] 940/25
1064/5 1064/6
sentencing [15]
906/18 906/19
906/24 907/21
907/22 909/4 910/8
911/15 911/25
913/16 914/8 914/13
914/15 919/10 963/2
separate [3] 912/20
924/6 976/15
separation [1]
1042/25
seps [1] 1042/25
September [1]
975/17
serious [9] 961/15
961/19 961/25 962/8
972/23 979/12

serious... [2] 993/23
1064/5
seriously [6] 954/9
954/9 954/11 954/12
1045/16 1061/11
SESSION [1]
1002/1
sessions [1] 1041/15
set [8] 931/7 941/13
952/11 976/22
1032/14 1032/14
1049/17 1054/14
set-up [1] 1032/14
sets [1] 908/3
seven [1] 1066/10
seven-step [1]
1066/10
Seventh [1] 1065/23
several [1] 914/20
Sex [3] 1005/17
1015/1 1016/2
shadow [6] 987/5
1007/1 1007/3
1007/5 1007/7
1032/7
share [1] 1019/10
sharing [2] 1020/12
1030/5
sharp [2] 986/20
987/10
shaved [3] 988/6
988/8 988/10

she... [2] 952/18
1021/12
she's [1] 939/5
sheer [1] 1056/8
sheet [3] 903/8
903/9 903/11
shell [7] 980/14
980/16 989/1 990/13
1056/10 1057/24
1072/6
Sherman [5] 965/7
965/8 1018/22
1018/24 1018/24
shift [1] 1023/6
shifts [1] 971/25
shirt [3] 965/12
982/25 1023/16
shit [7] 959/3 959/4
959/11 959/17
973/15 1014/22
1014/25
shoes [3] 982/14
985/4 985/18
shoot [13] 953/19
961/18 967/19 972/9
974/23 983/3 994/1
995/12 995/21
1022/13 1022/19
1051/14 1063/3
shooter [46] 942/4
943/1 943/7 943/18
953/15 955/4 955/11

shooter... [39]
959/24 960/1 960/6
967/12 967/14
967/18 973/2 975/9
980/4 981/16 982/22
984/21 985/17 986/1
986/15 987/3 987/10
988/22 989/2 990/15
992/8 996/5 996/6
996/7 996/14
1039/23 1039/23
1052/12 1052/15
1056/3 1056/12
1056/14 1056/15
1056/22 1059/7
1061/6 1071/5
1072/7 1073/5
shooters [30] 954/12
954/13 959/10 967/6
968/2 974/17 978/15
980/23 981/8 981/11
983/1 984/17 989/4
990/9 991/4 991/8
996/4 996/13 996/24
999/21 999/22
1050/11 1055/10
1056/10 1058/16
1059/1 1059/24
1070/10 1072/1
1073/7
shooting [43] 942/3
943/16 954/10
954/12 972/13
972/14 972/15
972/18 982/19
982/20 984/12
984/24 985/16
985/21 986/18
988/25 989/13
989/25 992/10
994/16 995/1 995/4
995/7 995/10 995/17
995/23 996/14
999/12 1000/3
1000/13 1000/17
1003/18 1007/18
1010/23 1022/5
1025/14 1026/14
1036/8 1039/5
1039/24 1055/19
1064/21 1072/4
shootings [14] 966/5
969/6 972/12 972/20
972/21 978/5 978/16
995/25 1007/20
1038/11 1040/2
1050/8 1063/16
1073/4
shoots [1] 974/11
short [2] 992/13
993/12
shortage [3] 953/20
1040/1 1040/2
shortly [3] 982/9
1056/19 1057/18
shot [35] 953/9
953/9 955/3 955/4
967/19 974/22 978/6
980/7 980/7 981/6
981/20 982/25 983/8
986/18 987/21
988/16 989/5 989/6
991/9 993/10 994/2
1000/10 1003/15
1003/19 1007/4
1014/14 1021/24
1022/6 1022/18
1031/15 1044/14
1054/9 1058/12
1058/16 1059/24
shots [10] 953/11
978/17 979/1 984/3
984/14 985/6 985/7
985/20 986/4 999/21
should [36] 905/3
907/4 908/4 914/11
918/14 919/22
920/21 929/25 933/8
939/14 939/14
940/15 942/12 948/4
950/13 955/20 962/9
963/8 998/11 998/20
1002/9 1009/16
1011/13 1011/17
1025/14 1030/18

**S**

should... [10]   1041/8
 1044/5 1044/6
 1044/7 1055/21
 1057/17 1057/22
 1060/2 1065/13
 1066/9
shoulder [5]   983/16
 983/24 984/9 985/24
 987/15
shoulders [2]
 986/23 987/20
shouldn't [2]   962/10
 1016/11
show [21]   930/8
 930/14 954/5 964/14
 964/24 965/1 999/8
 1008/19 1008/21
 1009/1 1013/8
 1018/2 1018/10
 1018/17 1020/12
 1023/22 1026/2
 1026/7 1031/14
 1050/13 1059/4
showed [21]   952/18
 952/19 952/21
 967/21 968/18 973/9
 977/25 999/15
 1007/23 1007/23
 1010/4 1010/5
 1014/21 1014/24
 1018/10 1018/11

1027/7 1031/19
 1069/13
showing [7]   957/3
 1013/22 1014/10
 1026/5 1026/19
 1059/5 1072/7
shown [8]   968/18
 1010/16 1010/17
 1015/18 1025/23
 1030/22 1030/23
 1030/23
shows [13]   987/3
 989/4 990/12 990/14
 995/9 996/9 1013/7
 1025/14 1026/14
 1050/2 1050/5
 1050/9 1059/23
SHS [1]   902/4
Sickles [3]   965/6
 965/8 1018/24
side [7]   984/20
 984/20 986/11
 986/12 987/21
 988/18 988/19
sided [2]   914/22
 914/22
sidewalk [1]   1022/5
SIDNEY [1]   902/11
sift [1]   1004/24
sign [9]   957/5 958/8
 958/18 964/17

1064/9 1066/12
signal [1]   957/16
signals [1]   964/14
signature [1]   974/8
signatures [1]
 914/25
signed [5]   920/3
 1040/5 1040/6
 1041/17 1064/4
significant [1]
 1004/18
significantly [1]
 1008/23
signs [14]   957/10
 957/23 958/13
 958/16 958/17
 958/18 964/23 970/9
 979/8 1050/22
 1052/4 1052/9
 1056/6 1071/3
silent [2]   947/7
 970/1
silly [1]   968/9
similar [1]   936/10
Similarly [2]   934/25
 936/9
simpler [1]   1066/15
simply [7]   920/2
 920/5 920/21 927/22
 930/7 942/7 1049/16
since [2]   938/23

since... [1] 1072/24
sincerity [1] 1026/12
single [9] 944/25 946/17 976/5 976/5 976/6 1020/15 1039/6 1042/8 1055/9
singling [1] 1051/22
sinister [1] 962/24
sink [4] 1067/6 1067/11 1067/17 1067/24
sir [12] 906/21 916/1 923/10 923/23 946/14 946/19 946/22 947/6 947/18 948/16 1034/22 1035/6
sit [9] 914/3 926/20 1000/5 1034/6 1041/11 1045/1 1045/20 1046/6 1072/10
site [2] 1008/18 1029/2
sitting [7] 975/20 987/6 1001/1 1020/9 1037/2 1042/1 1045/22
situation [3] 928/9

six [6] 977/18 1028/22 1069/2 1069/3 1069/4 1069/25
Sixth [1] 1065/20
skin [1] 1008/24
Skrilla [1] 1039/17
slap [1] 924/11
slice [1] 1014/9
sliced [1] 985/2
slightest [1] 1067/2
slow [2] 918/5 1026/7
small [2] 962/19 968/5
smart [2] 1042/5 1042/6
SMM [3] 1005/17 1015/1 1015/23
smoking [1] 1042/9
snatch [6] 973/17 973/17 973/25 973/25 1052/17 1052/17
snatched [1] 1052/20
sneakers [4] 984/22 984/23 984/25 985/25
snitch [5] 969/17 970/5 979/7 1000/21

snitched [2] 966/10 970/6
snitches [1] 1034/18
snitching [3] 960/17 969/10 969/12
so [152] 903/16 903/22 904/8 906/20 906/23 908/13 908/13 908/16 908/23 908/24 909/3 909/8 909/15 910/5 910/12 911/21 911/24 915/17 917/21 918/11 918/14 920/5 921/12 922/21 923/12 924/4 924/25 927/5 927/7 928/7 929/24 930/21 931/5 931/20 932/15 933/4 934/8 934/18 936/18 939/4 943/19 944/3 949/2 950/4 950/5 955/15 959/12 959/24 963/16 966/12 967/8 969/16 970/1 970/7 973/5 976/22 977/10 977/18 979/5 979/22 980/5 981/20 982/7 984/6 984/14 988/1 992/2 992/15 994/5

Case 1:18-cr-00319-SHS Document 166-2 Filed 05/20/22 Page 147 of 175

**S** 1055/4 1056/2 989/9 989/16 989/20

**so...** [83] 998/23
1003/1 1003/15
1005/11 1005/22
1006/14 1006/15
1007/12 1007/14
1009/13 1015/7
1016/1 1016/1
1016/25 1016/25
1017/4 1017/18
1018/17 1018/24
1021/11 1021/15
1021/25 1022/5
1022/22 1023/2
1023/10 1024/1
1024/6 1024/15
1025/8 1025/9
1027/2 1028/17
1028/23 1028/25
1028/25 1029/21
1030/10 1030/10
1033/2 1033/6
1034/6 1035/11
1036/16 1038/1
1038/18 1039/16
1039/18 1041/24
1041/24 1042/2
1042/6 1043/15
1046/9 1047/16
1049/3 1051/9
1053/16 1053/19
1054/1 1054/11

1057/8 1057/21
1057/25 1058/20
1058/22 1061/6
1061/22 1062/2
1063/2 1063/22
1064/3 1065/3
1066/7 1066/18
1066/25 1067/17
1070/7 1071/20
1072/10 1074/1
**social** [6] 960/7
962/2 967/8 973/3
988/11 1072/3
**soft** [1] 937/14
**sold** [7] 956/18
965/15 971/14 972/5
977/19 997/13
1050/9
**solely** [1] 928/5
**solidified** [1] 995/24
**SOLOWAY** [1]
902/22
**some** [67] 903/19
948/8 956/20 956/22
958/21 959/5 959/10
961/22 964/10
964/11 967/22 968/3
968/5 971/2 971/5
972/11 972/20
972/23 973/3 982/5
983/3 983/23 984/14

994/16 996/3
1003/21 1004/5
1004/8 1004/19
1013/7 1013/13
1013/14 1013/18
1013/23 1015/14
1019/9 1021/2
1023/15 1024/23
1030/16 1033/13
1047/17 1047/25
1049/8 1049/17
1049/24 1051/17
1051/25 1052/7
1052/18 1053/4
1053/5 1053/7
1057/21 1060/1
1060/11 1060/14
1062/5 1066/20
1067/7 1067/9
1068/21 1068/21
1069/13
**somebody** [25]
930/9 943/16 967/19
967/19 974/22
1004/12 1004/15
1017/14 1019/4
1020/8 1020/19
1021/15 1022/17
1022/22 1022/24
1027/10 1031/2
1031/3 1035/4

Case 1:18-cr-00319-SHS Document 116 Filed 05/20/22 Page 148 of 175

somebody... [6]
1036/15 1037/24
1041/10 1045/15
1045/15 1045/17
somebody's [1]
1039/19
somehow [2]  1025/2
1059/11
someone [29]
938/16 943/1 953/18
958/4 959/12 959/13
962/3 966/10 971/4
972/21 973/12
981/13 992/25
997/24 1001/5
1005/25 1016/16
1019/7 1028/9
1031/2 1036/13
1045/24 1055/5
1055/14 1063/3
1069/2 1069/3
1069/25 1070/8
something [30]
915/2 920/17 929/4
933/13 939/7 962/16
974/21 975/7 993/23
1003/25 1009/2
1009/2 1015/20
1016/21 1018/17
1019/22 1020/25
1025/4 1033/19

1034/9 1034/15
1037/7 1040/24
1053/17 1057/19
1064/13 1066/14
1067/15 1069/3
1070/15
sometime [2]
1068/19 1068/25
sometimes [8]
961/24 966/20
970/25 971/12
971/15 971/17
979/15 1021/4
somewhere [1]
986/7
song [1]  1052/18
soon [1]  1038/6
sorry [17]  905/7
923/2 928/18 928/20
929/2 931/16 933/7
933/9 933/14 933/24
939/10 947/8 966/7
1002/6 1030/23
1042/14 1042/15
sort [3]  936/17
1049/17 1066/8
sorts [3]  974/24
998/2 1063/18
sought [1]  930/2
sound [3]  921/10
927/7 1021/5
sounds [3]  924/11

south [1]  966/7
SOUTHERN [2]
902/1 902/17
speak [3]  1003/5
1003/6 1010/24
speaking [3]
1024/17 1024/18
1031/18
special [30]  904/2
904/22 905/13
905/17 905/18
905/24 906/10
906/17 906/24 907/5
907/21 907/22
908/24 908/25 909/4
910/2 910/6 910/8
911/1 911/15 911/25
912/7 912/10 912/13
912/14 913/13
913/16 914/1 914/13
1013/3
Specialist [1]  902/24
specific [11]  929/17
937/1 938/6 942/13
968/24 970/18
984/14 985/1 998/7
1011/24 1044/15
specifically [6]
921/21 1009/25
1020/9 1021/13
1032/9 1032/10

Case 1:18-cr-00319-SHS Document 344 Filed 04/20/20 Page 149 of 175

speculate [2]  920/15
920/17
speculation [2]
1030/11 1045/10
spell [1]  957/24
spelling [1]  957/25
spend [3]  1000/14
1061/13 1070/18
spent [4]  1023/2
1056/10 1057/7
1061/15
spewing [1]  990/13
spoils [1]  1020/14
spoke [8]  915/9
994/7 1003/5
1024/14 1026/16
1031/19 1036/6
1043/5
spoken [1]  1029/8
spot [2]  965/9
1017/15
spotless [1]  1062/23
spots [2]  971/23
986/11
spotted [1]  978/12
sprayed [1]  972/17
sprung [1]  978/12
St [1]  1054/20
stable [1]  1009/5
stake [1]  1066/13
stamps [1]  983/4

stand [13]  921/14
927/8 927/24 936/21
938/25 945/13
960/17 964/19
1024/12 1025/25
1062/4 1065/10
1065/21
standard [8]  934/7
936/23 936/24
936/25 1072/18
1072/19 1072/20
1072/20
standing [11]
943/15 953/9 956/23
980/7 982/24 989/3
990/13 996/13
1052/3 1054/23
1059/23
standpoint [3]
912/19 926/2 930/18
start [17]  955/15
956/7 962/14 970/21
976/13 981/22 982/7
982/12 984/21
991/16 997/6
1002/14 1045/7
1047/7 1049/13
1063/23 1064/16
started [3]  966/9
968/5 1061/10
starting [2]  1017/11
1068/17

starts [1]  932/11
stash [2]  1018/15
1042/3
state [3]  944/25
998/10 1007/9
statement [16]
921/25 922/6 922/20
922/20 922/23 923/6
923/15 924/1 924/6
924/20 925/25 926/9
930/1 1020/18
1069/19 1069/20
statements [19]
915/14 917/7 918/12
920/6 921/12 922/12
922/13 922/15
923/11 923/18
923/21 926/2 928/3
928/10 929/22
929/24 1008/12
1043/17 1069/18
STATES [9]  902/1
902/3 902/16 902/19
929/23 937/7 938/10
944/11 946/25
status [3]  999/17
1055/17 1061/7
statute [1]  907/22
statutory [4]  908/7
908/9 911/8 912/8
stay [2]  966/13
1033/5

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 151 of 003/18

staying [1] 970/1
steal [1] 977/8
stealing [1] 971/16
STEIN [11] 902/11
955/2 955/18 955/21
976/3 997/2 997/4
999/3 1049/22
1057/10 1058/17
step [4] 954/3 954/4
991/11 1066/10
steppa [2] 959/23
959/25
STERN [1] 902/22
Stewart [1] 929/23
sticking [1] 1058/14
still [23] 925/12
929/21 931/9 945/14
963/5 964/9 983/14
983/19 984/11
984/19 985/16
985/18 985/23
987/22 992/11
993/17 994/12
1010/4 1018/18
1027/2 1044/2
1054/25 1074/2
stipulate [5] 919/4
919/11 919/20
920/23 920/25
stipulated [1]
975/16

stipulation [2]
915/10 1030/17
stipulations [1]
936/25
stole [1] 976/19
stomach [1] 1039/19
stood [4] 966/15
1056/10 1059/1
1059/24
stop [4] 959/3
959/15 959/17
1010/9
stopped [3] 976/17
976/20 1010/5
stories [1] 1068/2
story [5] 960/10
993/25 994/23
1036/13 1051/13
straight [3] 939/20
1065/7 1071/7
street [48] 953/3
953/8 954/10 956/2
960/12 964/1 964/2
965/4 965/10 965/24
966/17 966/18
966/20 966/23
968/11 970/23
971/15 978/11
978/18 980/9 980/11
980/13 982/18 984/6
984/16 989/2 989/22
990/5 990/8 990/10

1010/23 1021/3
1021/14 1021/25
1022/3 1022/6
1022/23 1025/9
1025/12 1037/5
1038/3 1038/15
1053/14 1054/10
1054/20 1073/6
streets [5] 953/4
965/22 965/23
991/17 1038/6
strength [1] 1050/14
stressful [1] 1026/6
strict [1] 1049/20
strike [3] 932/7
947/8 1061/5
strip [1] 1063/3
striped [1] 982/25
strong [2] 920/14
1052/11
stronger [1] 980/5
struck [1] 994/2
structure [5] 966/25
968/2 970/8 1049/17
1050/10
stuck [2] 963/5
1050/15
stuff [10] 1006/18
1006/19 1007/7
1015/3 1016/9
1017/24 1029/19

**stuff...** [3] 1030/14 1030/15 1051/22
**stupid** [7] 1004/21 1004/22 1005/22 1013/16 1013/25 1018/12 1051/19
**stupidity** [1] 1014/5
**subdivisions** [1] 1018/25
**submit** [1] 1063/16
**submitted** [1] 949/15
**subscriber** [1] 1029/2
**substance** [2] 919/15 1043/7
**substances** [2] 944/19 944/24
**substantial** [3] 936/3 944/17 945/6
**substantially** [2] 930/21 944/20
**substantive** [1] 944/1
**substitute** [2] 905/11 906/12
**subway** [2] 964/2 1039/8
**succeeded** [1] 953/10
**such** [3] 907/23

**sudden** [4] 1017/6 1030/3 1030/4 1030/5
**sufficient** [4] 1003/8 1013/6 1045/25 1046/14
**suggest** [12] 962/12 1006/17 1008/9 1009/15 1009/19 1015/23 1021/6 1021/19 1025/18 1029/21 1035/20 1046/13
**suggesting** [2] 925/22 1018/2
**suggestion** [2] 1066/20 1068/10
**suggestions** [1] 1058/6
**summarize** [1] 1049/15
**summarizes** [1] 989/20
**summary** [1] 989/19
**summation** [9] 937/18 937/19 938/24 954/3 1006/12 1014/23 1047/2 1047/13 1072/12
**summations** [1]

**summer** [1] 978/7
**super's** [1] 1039/4
**superseding** [1] 904/11
**support** [7] 936/22 937/1 937/14 938/1 938/5 938/6 959/1
**supported** [2] 922/25 924/2
**supporting** [1] 959/14
**suppose** [1] 938/22
**supposed** [4] 960/18 1016/13 1035/24 1057/1
**supposedly** [15] 1009/22 1017/20 1019/1 1019/23 1020/17 1021/8 1021/13 1022/8 1023/8 1023/14 1024/19 1026/22 1032/16 1033/12 1033/13
**Supreme** [4] 934/8 938/19 938/22 944/11
**sure** [20] 903/20 911/13 928/22 936/24 962/16 1019/20 1019/20

**S**

sure... [13] 1019/21
1019/21 1020/23
1021/21 1027/3
1028/25 1043/1
1044/17 1066/25
1068/2 1068/20
1068/24 1069/1
surprise [2] 967/8
980/22
surprised [1] 927/7
surrounded [1]
1056/9
survived [1]
1000/13
sustain [1] 949/17
Sustained [1]
1034/21
swab [1] 1009/12
swearing [1] 1037/6
sweat [1] 1008/24
sweater [2] 983/12
985/10
sweatshirt [9]
982/15 983/15
983/21 983/24 984/8
984/10 985/22
985/23 985/24
sweatshirts [1]
984/18
switch [1] 958/21
switched [1] 985/23

sworn [1] 1033/19
Sykes [2] 1027/16
1029/25
sympathy [2]
1003/23 1045/11
system [4] 1024/5
1040/18 1049/8
1073/24

**T**

table [1] 1037/3
take [43] 904/12
904/15 904/25 905/1
906/9 906/11 914/3
914/11 931/18 932/2
937/24 938/18 939/3
939/5 948/23 949/3
962/25 964/6 980/2
984/20 1006/3
1017/11 1021/3
1025/10 1026/7
1029/13 1032/25
1034/22 1036/17
1039/7 1039/18
1046/20 1048/14
1053/3 1053/5
1054/22 1056/23
1058/14 1061/10
1065/5 1068/16
1070/25 1073/25
taken [5] 908/13
909/9 914/13 932/4
987/17

takes [1] 915/25
taking [6] 985/14
1005/13 1018/12
1019/16 1019/22
1055/5
talk [43] 909/10
916/3 928/13 954/5
954/8 958/22 961/6
961/23 963/16
963/16 969/21 970/6
970/18 972/18 978/4
981/10 986/25
992/20 994/10
994/11 999/1
1008/14 1012/5
1014/21 1016/23
1018/9 1023/11
1024/24 1034/11
1036/21 1037/20
1037/24 1043/1
1043/2 1043/3
1043/6 1053/14
1054/11 1055/20
1057/8 1057/21
1057/23 1063/22
talked [22] 962/1
970/7 981/12 991/25
994/24 994/25 995/2
1004/6 1006/18
1014/6 1017/10
1017/11 1018/20
1026/20 1032/15

**T**

talked... [7]  1033/11
1035/16 1035/16
1042/6 1043/8
1066/21 1072/18
talking [28]  903/25
904/17 904/19
912/14 933/24
933/25 937/14
955/15 958/25
959/10 969/15
1011/18 1013/15
1016/19 1021/8
1021/13 1024/19
1025/1 1029/11
1029/20 1039/21
1042/1 1042/24
1054/5 1054/9
1057/7 1061/1
1061/14
talks [4]  924/5
1032/12 1045/2
1046/6
tank [1]  957/25
target [3]  978/24
993/6 999/22
tased [1]  1039/7
tases [1]  1039/8
tasings [1]  1036/7
taste [1]  1013/12
tattoo [7]  956/25
1015/16 1015/18

1038/23 1065/8
tattooed [3]  958/5
1007/6 1052/4
tattoos [6]  960/8
1015/12 1015/14
1015/15 1015/19
1050/4
Taylor [2]  938/10
944/10
teach [2]  1034/13
1034/13
team [1]  971/7
technical [1]
1044/21
technique [2]
1057/12 1057/13
techniques [1]
1011/25
tell [47]  914/5 914/5
928/20 929/11
936/23 938/8 946/21
955/21 958/4 961/20
962/11 968/19 976/4
994/5 999/7 1004/17
1006/10 1007/21
1008/1 1008/4
1008/18 1011/7
1011/24 1016/24
1024/12 1025/15
1025/19 1028/16
1032/7 1037/7

1044/20 1044/23
1045/13 1060/15
1060/16 1060/19
1063/14 1064/1
1064/18 1066/15
1066/16 1066/16
1067/14 1067/15
1068/5
telling [25]  946/6
958/9 959/13 960/9
962/3 962/11 963/6
969/12 969/21
991/15 991/20
1006/16 1033/8
1033/21 1040/12
1042/8 1054/2
1062/17 1063/23
1068/6 1070/14
1070/16 1070/17
1070/20 1071/23
tells [16]  917/6
963/1 981/13 989/12
989/24 990/1 990/3
999/20 1003/1
1036/13 1043/2
1051/4 1055/18
1057/3 1057/4
1070/12
ten [5]  968/6 1001/8
1028/21 1046/19
1046/22

**T**

ten-minute [1] 1046/19
tens [2] 1067/10 1067/10
term [2] 1044/21 1072/22
terms [2] 904/8 1033/19
terrible [4] 1057/2 1064/22 1065/16 1069/13
terrifying [1] 976/20
territory [20] 965/3 965/20 966/1 966/2 966/3 966/7 966/8 966/17 966/23 972/17 976/1 978/9 980/12 980/12 994/1 995/4 995/21 999/13 1017/13 1052/14
terrorize [1] 953/3
terrorized [2] 1000/11 1073/2
terrorizing [3] 1035/16 1038/4 1038/5
test [4] 949/2 1009/20 1009/20 1020/24
tested [1] 949/1

testified [24] 915/10 917/13 918/15 921/22 923/9 924/4 924/14 1006/7 1007/3 1008/4 1009/3 1009/5 1011/2 1011/3 1016/3 1020/15 1027/16 1036/18 1045/23 1062/8 1068/23 1070/23 1071/5 1071/11
testify [16] 945/18 945/19 945/20 945/21 946/7 946/9 946/21 946/23 947/9 947/21 948/3 948/4 948/14 1021/2 1026/3 1065/19
testifying [7] 918/10 921/13 962/4 962/7 1043/8 1062/13 1069/14
testimony [41] 910/22 915/16 926/23 927/13 930/3 941/15 942/3 942/5 942/13 942/17 944/2 952/5 961/11 963/10 981/17 1010/14 1010/15 1010/17 1011/16 1015/17

1021/10 1021/10 1024/11 1030/16 1030/21 1031/13 1039/24 1041/7 1050/4 1053/20 1054/17 1059/1 1060/25 1063/19 1066/22 1068/13 1068/25 1069/8 1070/20 1070/21 1071/16 1071/25
texts [1] 1007/24
than [26] 919/19 933/4 936/24 949/8 950/9 953/21 961/9 969/13 972/20 975/4 976/15 990/3 1001/17 1003/1 1003/3 1003/3 1018/6 1030/7 1030/8 1030/9 1031/17 1031/18 1031/21 1040/12 1060/12 1067/22
thank [22] 904/10 906/16 928/24 929/19 931/11 932/8 939/2 948/16 948/22 949/21 949/22 951/9 952/2 953/1 1000/6 1001/7 1001/20 1002/23 1046/16

**T**

thank... [3]  1046/17
1073/13 1074/5
that [1260]
that's [124]  906/8
907/7 907/16 908/20
908/21 908/23
909/20 910/10
912/23 912/25
913/10 913/23 917/9
917/10 918/18 921/2
921/3 922/2 922/3
922/18 923/12
923/21 923/22
923/24 924/17
925/15 926/11 927/4
927/14 929/20 930/4
930/10 930/23
931/20 932/18
934/11 938/12
940/14 940/18 944/1
945/9 948/1 952/16
958/19 961/16
964/15 968/25
970/15 972/18
973/13 974/1 975/20
978/5 979/20 979/23
984/13 985/2 985/13
985/15 986/14
987/17 988/11 990/5
993/23 995/15
996/24 996/25

998/12 1001/19
1002/15 1005/22
1006/21 1007/13
1013/20 1013/25
1013/25 1014/22
1015/3 1016/19
1018/19 1019/6
1021/17 1022/12
1023/1 1024/3
1024/3 1025/15
1025/16 1025/16
1025/17 1025/17
1026/1 1026/10
1028/14 1029/7
1029/9 1029/9
1030/14 1032/15
1032/25 1034/1
1037/24 1037/24
1039/13 1043/22
1044/14 1044/21
1049/18 1051/8
1052/14 1053/4
1053/6 1053/7
1054/23 1055/9
1055/14 1055/17
1056/7 1058/20
1059/5 1065/7
1066/7 1066/25
1069/6
TheBronx [1]
1015/7
their [103]  915/14

920/19 925/5 934/20
948/9 953/2 953/5
956/10 956/15
956/16 956/18
961/11 961/20
962/12 962/13
962/14 962/14
962/15 962/19
962/21 962/22 963/6
963/10 964/3 964/4
965/11 965/20
966/13 966/17
966/21 966/21 968/3
968/13 970/15
970/16 972/2 972/10
972/12 972/14 977/3
978/13 978/16
978/18 978/24
979/17 983/23
983/23 984/19
989/24 991/19 993/5
995/21 995/22
999/20 1000/13
1010/13 1010/13
1011/5 1011/14
1013/2 1014/17
1016/17 1016/21
1016/23 1019/2
1019/15 1020/15
1021/5 1022/25
1022/25 1025/23
1025/23 1028/15

**T**

their... [30] 1035/9
1041/7 1041/13
1041/14 1041/15
1043/21 1043/23
1052/20 1058/13
1061/19 1062/8
1062/9 1062/10
1062/11 1062/12
1062/13 1063/15
1063/16 1063/16
1063/19 1064/4
1064/19 1065/3
1065/20 1065/23
1066/13 1066/22
1068/2 1070/20
1070/25
them [96] 904/7
905/14 906/1 913/17
913/19 914/5 914/6
915/15 920/15
920/18 920/19
920/21 920/21
931/11 956/5 958/13
961/5 962/2 962/5
962/6 962/10 962/21
963/6 963/21 965/22
967/4 967/12 967/24
968/5 968/11 968/11
970/6 972/5 975/11
981/15 983/22
986/11 988/8 988/18

1006/18 1007/15
1011/7 1016/18
1016/24 1017/1
1020/18 1021/12
1026/2 1027/2
1032/11 1032/13
1033/6 1034/5
1034/13 1034/13
1034/23 1035/14
1035/21 1036/6
1036/21 1037/20
1038/21 1039/20
1040/6 1040/8
1040/11 1041/19
1042/6 1042/23
1043/2 1043/6
1043/15 1043/18
1043/22 1043/24
1043/25 1044/6
1044/7 1044/8
1048/2 1050/12
1054/19 1061/10
1061/22 1061/25
1061/25 1064/5
1064/10 1064/15
1065/18 1066/3
1070/15 1070/23
theme [1] 943/14
themselves [9]
966/21 970/10
1020/22 1020/23

1063/25 1064/1
1070/7
then [78] 904/17
909/1 911/24 912/1
912/2 914/24 922/25
924/2 924/5 924/16
925/21 930/17
931/11 932/23
936/13 937/25
940/12 945/23 946/1
949/9 952/12 952/12
954/5 957/25 958/6
959/20 960/2 960/11
967/2 968/9 968/15
969/18 971/7 971/10
971/14 973/9 976/22
977/13 978/17
978/21 982/5 983/3
983/6 985/5 985/11
987/14 988/8 989/6
989/19 990/17
993/25 994/13
998/21 1000/21
1003/6 1004/21
1005/4 1005/5
1009/1 1017/7
1017/7 1018/8
1019/5 1023/16
1024/2 1026/6
1026/23 1027/13
1033/11 1038/10

**T**

then... [8]  1038/10
1041/25 1046/20
1048/19 1050/22
1054/6 1054/8
1064/4
theory [5]  942/1
944/5 1024/16
1026/19 1028/5
there [232]
there's [29]  924/5
932/2 937/19 940/19
941/14 944/2 949/23
998/1 1003/25
1008/17 1008/21
1009/17 1009/18
1010/14 1010/15
1010/17 1018/4
1049/19 1049/20
1049/21 1049/23
1051/1 1051/3
1051/3 1053/10
1054/21 1059/14
1066/20 1072/21
therefore [8]  905/23
931/13 943/2 944/21
945/3 949/18
1023/16 1028/4
these [92]  905/18
927/9 927/10 927/16
927/24 941/7 958/22
960/4 961/6 961/7

961/13 962/7 962/9
962/15 962/17 962/20
962/24 963/1 963/16
964/23 965/25 966/4
967/25 968/4 968/4
971/5 975/12 976/15
985/6 985/7 987/5
989/10 989/21
991/11 998/2 998/6
1006/7 1011/1
1011/20 1014/13
1014/13 1014/15
1016/4 1016/12
1017/10 1018/25
1019/1 1020/6
1020/21 1023/9
1025/9 1025/10
1025/11 1026/20
1027/19 1027/20
1033/4 1034/19
1035/10 1035/10
1035/11 1035/13
1035/15 1035/20
1036/5 1036/18
1037/2 1037/3
1042/22 1042/24
1043/11 1044/5
1048/3 1048/10
1058/12 1061/11
1062/15 1062/15
1062/19 1062/19
1062/21 1063/5
1063/5 1063/8

1063/9 1063/11
1063/13 1063/17
1064/9 1064/24
1065/5 1065/6
1066/20 1068/4
1068/5
they [505]
they'd [1]  995/5
they'll [4]  941/15
1065/4 1065/14
1065/17
they're [24]  918/12
924/7 924/25 925/12
925/13 943/15
943/16 943/18
991/15 993/7 1000/4
1000/10 1011/21
1048/7 1052/4
1053/19 1061/24
1063/23 1065/15
1066/21 1067/2
1068/5 1068/6
1070/17
they've [2]  1061/21
1065/25
thing [35]  928/18
938/14 940/22
952/17 970/14 975/2
988/3 994/3 997/22
1004/4 1005/6
1012/6 1013/3
1015/12 1034/14

**T**

thing... [20] 1034/16
1037/5 1037/21
1039/6 1041/3
1042/21 1042/24
1045/13 1046/10
1055/8 1055/21
1055/22 1060/25
1063/24 1064/1
1068/1 1068/12
1070/6 1071/14
1071/24
things [32] 927/10
928/15 929/13
929/17 952/9 952/15
954/8 962/12 963/3
963/3 963/14 966/16
968/10 969/6 969/7
970/11 982/5 986/19
997/5 1011/19
1011/19 1018/1
1021/4 1038/20
1040/13 1040/14
1052/25 1053/1
1065/16 1069/22
1070/1 1070/13
think [111] 904/8
905/8 906/18 908/16
908/23 908/24
909/15 909/21
910/25 911/7 913/3
913/5 914/2 914/2

917/19 917/23 918/8
919/21 923/19
923/19 923/24 925/5
925/9 926/8 927/12
927/14 928/17
929/20 930/16
930/16 930/17 932/2
932/18 934/11 936/9
936/19 939/21
939/22 940/14
940/14 942/4 942/11
942/23 943/13 944/4
962/12 962/14
963/10 966/11 989/3
995/8 999/25
1003/24 1004/4
1006/6 1006/11
1006/24 1008/16
1009/23 1009/24
1011/13 1014/22
1016/15 1016/16
1016/24 1016/25
1019/5 1019/17
1019/18 1021/18
1021/20 1023/5
1025/22 1029/17
1029/20 1036/5
1036/5 1036/20
1037/15 1038/3
1038/5 1038/7
1038/22 1039/13

1041/9 1041/23
1042/3 1042/4
1045/12 1046/10
1046/13 1047/7
1049/6 1050/21
1051/21 1053/2
1053/2 1055/24
1059/13 1060/2
1062/11 1062/12
1064/13 1067/4
1067/8 1069/17
thinking [1] 908/20
thinks [2] 920/12
1037/23
third [6] 933/17
935/11 985/11
995/14 1031/11
1064/25
Thirteen [1] 929/4
this [252]
those [91] 903/18
903/21 904/6 917/22
920/4 922/14 923/1
923/8 924/3 929/4
929/17 931/6 932/14
944/24 947/15 959/5
959/17 961/22
969/24 969/24
970/10 970/25
971/14 971/14
971/17 972/10

# T

**those... [65]   972/11**
972/21 973/18 976/7
976/10 977/11
977/24 979/10
979/18 979/19
981/17 982/13
983/13 984/10
984/11 984/21
984/22 984/25 985/8
985/25 986/3 986/5
986/10 986/12
986/25 990/1 990/13
995/6 995/10 998/6
1005/2 1005/19
1005/21 1006/15
1006/16 1008/24
1010/1 1011/15
1016/16 1022/4
1026/23 1027/1
1028/10 1028/20
1028/23 1029/10
1034/23 1034/25
1040/2 1041/12
1042/25 1045/23
1047/24 1047/24
1058/6 1059/6
1059/18 1059/24
1063/18 1066/4
1066/6 1067/13
1068/11 1070/8
1070/9

**thought [4]   920/21**
1005/8 1039/17
1056/6
**thought [15]   924/1**
929/12 932/4 943/21
968/8 969/11 995/13
999/16 1000/18
1000/19 1000/20
1000/21 1038/21
1060/20 1073/9
**thought-out [1]**
999/16
**thoughts [1]**
1072/11
**thousands [1]**
1008/5
**three [33]   951/4**
960/22 961/6 961/7
961/11 962/1 962/12
966/20 967/3 969/20
969/24 970/18 975/8
975/12 980/7 981/16
981/17 985/19
991/11 1006/7
1007/3 1009/4
1022/15 1035/11
1035/13 1035/14
1041/12 1042/10
1043/18 1044/13
1045/23 1062/7
1069/5
**three-way [2]**

**through [20]   905/8**
915/14 931/21
932/24 932/24 954/4
960/11 967/24
971/17 977/3 981/1
981/3 982/4 997/11
1004/24 1048/2
1049/14 1050/1
1050/14 1053/22
**throw [3]   1050/22**
1056/5 1067/24
**throwing [4]   972/16**
1036/8 1037/19
1071/3
**Thursday [1]**
1038/2
**Thus [2]   936/4**
945/6
**tie [1]   1038/12**
**tied [2]   1038/13**
1038/13
**tile [1]   964/2**
**till [2]   958/6**
1019/13
**time [62]   914/8**
914/8 917/16 921/8
933/19 943/6 950/6
963/22 975/3 976/17
976/21 976/24 977/2
977/6 977/16 978/6
983/3 983/4 993/9

**T**

**time... [43]  993/12**
995/9 1000/6
1000/14 1006/15
1009/1 1010/24
1014/25 1018/12
1020/15 1023/2
1023/9 1026/6
1026/7 1027/14
1028/12 1031/17
1033/4 1034/10
1035/15 1036/2
1036/3 1037/16
1038/6 1040/1
1042/15 1046/13
1048/20 1049/23
1051/1 1051/3
1051/5 1051/13
1052/18 1056/14
1057/7 1061/13
1061/15 1065/2
1069/11 1070/14
1070/15 1073/10
**times [25]  959/9**
972/11 975/11 991/6
1006/9 1006/11
1006/23 1008/5
1015/18 1018/1
1025/16 1028/11
1028/12 1036/12
1036/15 1036/17
1037/8 1038/20

**1042/1 1042/12**
1042/16 1044/2
1058/4 1070/8
1070/9
**title [1]  967/4**
**Tito [5]  957/4**
957/15 968/4 989/10
989/17
**today [6]  920/18**
1002/8 1010/3
1011/23 1041/11
1045/20
**together [23]  954/5**
955/23 961/18 971/6
971/11 971/25 972/8
979/4 979/12 979/13
979/15 979/16 982/2
993/4 1000/3 1000/4
1015/10 1015/10
1050/8 1050/15
1053/8 1053/9
1071/23
**told [104]  914/8**
919/5 948/1 952/10
955/2 957/6 959/7
959/23 961/13
963/10 963/13
963/17 963/19
963/22 964/5 964/10
964/12 964/13 965/3
965/14 965/20 966/4
966/9 967/6 967/11

**968/5 968/8 968/10**
968/13 968/18 969/3
969/5 969/9 970/22
971/8 971/11 971/24
972/1 972/3 972/13
972/15 973/4 974/13
974/16 974/21 975/2
975/8 975/11 977/23
978/7 980/19 981/3
981/5 984/13 988/2
988/4 988/5 988/7
988/9 988/9 991/16
991/24 992/7 992/16
993/17 993/25 994/4
994/11 994/14
994/15 994/17 995/4
995/6 995/11 995/25
996/15 996/16
996/18 996/20
996/22 999/1
1008/12 1021/7
1021/15 1021/15
1022/8 1023/14
1023/14 1024/23
1038/10 1038/20
1046/1 1051/7
1051/13 1053/18
1054/2 1060/17
1060/20 1064/3
1064/10 1067/8
1067/16 1067/20
1069/2

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 161 of 175

**tomorrow [6]**
1011/23 1073/17
1073/20 1073/23
1074/3 1074/5
**tone [4]** 962/14
983/12 1026/11
1036/3
**toned [1]** 985/9
**too [18]** 905/8
925/14 950/4 958/11
967/15 967/17 970/4
972/19 975/4 977/5
981/25 986/7 994/25
996/2 998/20
1039/19 1061/12
1066/7
**took [7]** 905/21
936/1 978/13
1007/12 1037/8
1062/4 1073/6
**top [15]** 912/17
912/24 955/2 957/11
960/10 960/25 967/2
983/14 983/19
985/10 985/23
986/23 987/19
1050/11 1056/22
**TopGoonz [1]**
957/11
**torso [1]** 981/4
**torture [2]** 1039/20

**tortured [2]** 970/25
1070/8
**touch [2]** 1009/2
1010/9
**touched [3]** 1009/2
1009/23 1009/24
**tough [5]** 1005/9
1005/9 1013/17
1013/17 1053/14
**tougher [1]** 975/4
**toward [1]** 1027/16
**towards [1]** 982/13
**tracked [1]** 986/17
**traffic [3]** 976/20
977/4 1033/14
**trafficked [1]**
934/19
**tragedies [1]** 1046/3
**tragedy [4]** 1003/16
1044/14 1046/2
1046/3
**tragic [3]** 1003/13
1046/3 1046/4
**transcript [3]**
1053/22 1068/15
1068/16
**translated [1]** 959/7
**traveled [1]** 981/1
**treated [3]** 925/7
926/7 930/9
**treating [3]** 920/5

**treatment [1]**
930/19
**trial [36]** 902/7
903/1 903/12 903/16
907/4 909/22 910/7
911/25 913/4 914/18
924/15 955/2 959/6
959/9 961/13 969/18
986/7 1000/7 1000/7
1011/21 1011/21
1011/22 1011/24
1012/4 1016/21
1019/24 1020/9
1022/10 1030/19
1030/19 1048/3
1065/18 1070/22
1072/24 1073/1
1073/18
**tricked [1]** 1032/21
**tried [7]** 972/5
1015/2 1034/13
1034/13 1039/3
1039/4 1072/12
**trigger [1]** 973/19
**Trini [1]** 1016/8
**Trinitario [1]**
1016/7
**Trinitarios [6]**
963/23 1005/18
1015/22 1016/1
1016/9 1016/10

trouble [1] 1035/24
true [16] 923/24
 923/25 926/11
 963/14 968/4 981/17
 988/11 995/5
 1021/17 1040/16
 1043/23 1055/23
 1055/25 1057/3
 1057/4 1070/7
truly [2] 976/20
 1057/2
trust [9] 1038/23
 1044/11 1063/8
 1063/9 1063/13
 1065/6 1065/8
 1065/8 1065/9
truth [23] 962/11
 963/1 963/7 969/21
 991/15 1033/8
 1036/18 1037/7
 1037/15 1040/12
 1044/8 1044/9
 1062/17 1063/23
 1064/2 1064/10
 1066/15 1066/16
 1066/17 1068/6
 1070/14 1070/20
 1071/23
truthful [7] 1038/9
 1041/4 1041/5
 1041/5 1041/6

try [11] 950/11
 983/22 984/17
 1009/11 1009/12
 1009/13 1017/1
 1032/17 1037/20
 1039/12 1041/24
trying [32] 933/14
 972/9 976/25 979/17
 981/6 1005/8 1005/9
 1005/23 1013/22
 1013/22 1014/1
 1023/6 1025/2
 1026/22 1032/21
 1032/21 1048/18
 1048/19 1048/21
 1052/23 1053/14
 1058/15 1058/17
 1062/5 1063/25
 1067/6 1067/11
 1067/12 1067/17
 1067/24 1068/1
 1070/5
turn [6] 972/24
 980/5 991/5 997/1
 1046/2 1063/17
turncoats [1]
 1034/18
turned [2] 953/6
 1061/6
turns [2] 1017/14
 1041/23

 1050/24 1051/20
twice [2] 993/5
 1038/13
two [89] 903/22
 908/2 911/13 912/21
 914/23 924/6 933/5
 936/20 939/8 939/17
 940/1 940/13 950/5
 952/15 953/25
 954/12 955/10 957/2
 957/4 957/6 957/6
 957/8 957/14 957/16
 957/16 958/7 958/7
 958/7 959/10 964/17
 964/17 964/20
 964/23 965/4 966/6
 966/15 967/11 969/9
 976/7 978/15 980/21
 980/23 981/8 983/2
 983/12 985/9 986/9
 986/12 987/18
 992/22 993/5 996/24
 997/2 997/25 998/21
 999/20 999/22
 1000/12 1001/9
 1003/14 1005/14
 1007/1 1009/4
 1009/5 1010/10
 1011/12 1022/14
 1022/16 1026/14
 1027/7 1028/8

# T

two... [18]  1032/12
1032/12 1033/4
1034/12 1034/12
1046/3 1049/23
1051/1 1051/2
1051/5 1055/10
1055/11 1057/18
1059/10 1060/5
1067/25 1073/18
1073/19
two-tone [1]  983/12
two-toned [1]  985/9
type [6]  935/9
943/19 963/22 974/5
998/11 1013/19
types [4]  909/6
997/15 998/5 998/6

# U

U.S [1]  944/12
ultimate [1]  1004/25
ultimately [7]
917/15 917/25
920/16 924/16
1058/21 1059/19
1060/23
unanimous [1]
909/19
unbelievable [1]
1055/24
under [22]  909/8

911/2 913/13 915/15
915/21 920/4 920/13
925/20 928/7 928/17
935/13 946/22
946/24 950/5 951/12
997/18 997/19
998/13 1033/17
1037/4 1037/7
1037/10
underlying [1]
981/25
underneath [2]
987/5 1050/12
understand [23]
906/5 911/10 911/13
913/17 920/8 920/22
921/19 921/20 922/8
925/3 926/4 928/12
947/4 947/5 947/6
947/11 947/12
947/17 947/23
947/24 948/11
948/12 1003/4
understanding [3]
905/21 908/5 917/10
understatement [1]
1035/12
unfairly [2]  926/6
930/9
unique [3]  986/5
1026/23 1026/24
united [11]  902/1

902/3 902/16 902/19
929/23 937/7 938/10
944/11 946/25 964/3
1050/5
unless [5]  932/15
1040/17 1040/23
1040/24 1040/24
unluckiest [2]
1055/23 1057/5
unnecessary [2]
904/8 936/19
unreasonable [1]
917/21
unrelated [1]
1031/18
until [9]  932/14
932/15 933/23
958/10 971/1 971/4
1025/6 1038/2
1039/1
unusual [3]  918/8
927/11 1021/6
up [113]  903/11
909/12 914/4 920/3
930/10 932/23
932/24 933/10
949/23 952/21 957/6
957/16 958/7 960/15
963/17 963/25
964/17 964/19
965/22 966/18
967/19 968/22 970/1

# U

up... [90]  971/1
971/4 971/5 971/7
973/16 974/1 974/4
976/22 977/8 977/10
977/25 978/6 978/17
978/21 982/18
982/19 983/3 986/16
987/2 989/5 991/13
993/19 993/24
999/15 1000/10
1004/6 1004/6
1007/2 1015/6
1015/10 1015/24
1019/12 1021/9
1021/11 1021/17
1021/23 1022/4
1022/6 1024/5
1024/21 1025/6
1025/8 1025/17
1031/12 1032/14
1032/14 1033/21
1038/12 1038/13
1038/25 1039/18
1041/18 1041/19
1041/20 1041/21
1041/22 1042/13
1042/17 1043/9
1043/25 1045/2
1045/6 1045/14
1046/8 1047/17
1047/23 1050/22

1053/20 1053/21
1053/23 1054/3
1054/12 1054/22
1061/8 1062/5
1062/6 1063/3
1064/24 1065/3
1065/10 1065/10
1065/11 1066/12
1067/6 1068/3
1068/3 1068/14
1071/3 1071/21
1073/5
updates [1]  993/18
upheld [1]  968/20
uphill [1]  965/24
upholding [1]
 960/16
upon [6]  903/9
 903/10 909/4 974/22
 1065/21 1067/10
upper [1]  981/3
uptown [1]  1015/5
us [6]  903/20 918/11
 939/23 983/9
 1017/22 1034/6
USAO [1]  902/24
use [10]  973/16
 1013/3 1014/8
 1017/22 1037/23
 1039/2 1042/18
 1052/5 1057/11
 1073/11

used [26]  927/12
 970/9 976/10 977/8
 1007/1 1007/5
 1013/13 1016/17
 1017/13 1018/4
 1019/14 1021/13
 1021/16 1031/15
 1031/16 1038/7
 1059/18
username [1]
 1052/2
uses [1]  957/23
using [9]  924/5
 965/13 971/3
 1036/12 1037/20
 1037/21 1042/10
 1043/18 1063/18
usually [1]  965/8

# V

value [1]  930/21
van [39]  982/10
 983/7 983/10 983/20
 984/17 989/15
 989/23 990/1 990/4
 999/15 1007/5
 1007/10 1007/11
 1009/8 1009/22
 1009/23 1021/9
 1021/10 1021/13
 1021/16 1021/22
 1022/5 1028/3
 1028/3 1028/5

**van... [14]** 1028/10
1028/11 1028/12
1028/13 1028/23
1030/2 1053/18
1054/3 1054/7
1054/9 1054/11
1054/13 1054/14
1054/15
**vantage [1]** 1062/8
**variation [1]** 943/13
**verdict [21]** 903/7
903/9 903/10 907/11
908/17 908/21
908/25 909/4 909/24
910/3 910/13 912/2
912/11 913/14 914/7
914/21 998/4 1005/6
1040/14 1041/2
1046/13
**version [2]** 945/10
994/22
**versions [1]** 903/22
**very [32]** 910/14
918/3 924/1 935/18
943/2 948/24 966/7
968/15 985/1 986/12
987/11 994/22
1003/11 1003/12
1006/19 1007/17
1011/5 1011/13
1011/13 1011/18

1014/6 1020/21
1022/16 1024/7
1026/23 1030/10
1033/14 1036/3
1040/15 1044/15
1061/10 1067/16
**vest [2]** 985/9
985/15
**victim [6]** 994/17
1009/4 1010/16
1010/18 1026/4
1071/12
**victims [8]** 971/5
971/7 971/8 1000/8
1009/4 1040/2
1040/3 1058/11
**video [54]** 958/15
963/15 973/6 973/6
973/8 973/10 973/13
973/14 973/21
973/22 974/10
980/14 981/7 981/24
982/8 984/13 986/15
988/21 989/3 989/25
990/16 996/7 996/10
996/11 1007/25
1010/1 1010/3
1010/4 1013/23
1014/20 1014/24
1021/10 1021/18
1022/4 1025/13
1025/20 1025/23

1025/25 1026/5
1026/7 1026/8
1026/14 1026/20
1027/10 1052/16
1052/16 1054/24
1055/1 1055/3
1055/10 1056/12
1058/14 1071/7
1072/7
**videos [8]** 958/11
1007/24 1013/15
1014/13 1031/22
1059/5 1059/5
1059/6
**view [9]** 918/21
983/17 983/22 984/5
1048/7 1048/10
1051/7 1054/19
1064/12
**views [2]** 982/2
983/11
**violate [2]** 1042/16
1044/2
**violated [1]** 1041/13
**violates [1]** 1041/10
**violating [3]**
1041/17 1042/7
1042/23
**violation [5]** 908/8
939/19 940/2 1042/8
1042/19
**violence [18]** 943/1

**V**

violence... [17]
943/4 943/8 953/20
964/8 966/1 967/7
972/9 973/1 973/14
974/18 975/10
979/17 992/4
1000/16 1000/23
1017/22 1038/25
violent [9] 961/15
965/21 966/4 966/5
973/20 979/16
1062/15 1062/17
1062/19
vis [2] 930/9 930/9
vis-à-vis [1] 930/9
voice [1] 1026/12
vote [2] 903/22
907/9

**W**

wait [11] 912/3
919/16 921/23 923/6
925/9 999/15
1018/18 1019/6
1020/24 1024/4
1027/11
waited [1] 976/24
waiting [3] 948/24
966/24 969/17
walk [4] 954/3
982/13 984/7 1045/6

walked [2] 1050/1
1073/5
walking [5] 953/8
960/8 1038/6
1038/15 1042/7
wanna [1] 959/20
want [48] 909/14
911/13 915/7 915/22
924/21 928/22 929/8
947/25 948/7 952/14
952/17 954/8 959/2
959/19 959/22 961/6
962/25 982/1 984/4
988/17 993/22 997/4
1000/5 1000/13
1002/7 1006/11
1008/16 1011/18
1012/6 1013/2
1019/21 1021/4
1021/5 1021/21
1024/24 1026/21
1034/11 1038/1
1040/9 1042/17
1047/19 1051/18
1051/21 1061/16
1061/18 1068/2
1070/6 1072/10
wanted [10] 903/20
929/12 939/23
953/18 963/24 965/1
965/2 976/21 977/17
993/10

wanting [1] 994/21
wants [6] 960/5
970/4 973/11 973/11
974/11 1024/16
war [2] 953/7
966/13
warned [1] 945/1
was [454]
Washington [2]
1007/4 1015/5
wasn't [15] 921/19
964/15 965/15 969/7
974/23 979/8 994/18
994/24 1030/22
1030/23 1030/23
1039/11 1055/8
1056/6 1068/24
watch [9] 958/13
976/19 977/11
981/23 981/25 995/4
999/16 1055/11
1063/11
watched [2] 974/10
995/1
watching [3] 943/16
973/10 995/7
water [1] 971/4
way [51] 904/18
908/1 913/11 914/2
920/7 924/13 924/19
924/25 941/7 941/16
961/9 964/15 964/23

Case 1:18-cr-00319-SHS Document 544 Filed 05/20/22 Page 163 of 175

way... [38]  968/25
977/13 985/1 986/14
986/17 987/19
988/22 992/4 1009/9
1009/13 1009/25
1014/1 1018/21
1021/19 1026/25
1028/7 1029/12
1029/17 1030/12
1030/24 1033/5
1035/13 1039/9
1042/10 1043/18
1045/13 1051/4
1051/8 1052/25
1054/17 1060/23
1060/24 1062/10
1064/1 1069/6
1069/16 1069/23
1070/12
ways [10]  969/9
970/12 979/7 981/10
996/3 1025/3
1030/13 1043/15
1070/6 1070/13
we [147]  903/5
903/10 903/11
903/12 903/16
903/17 903/20
903/22 905/1 906/9
906/11 906/18
907/24 909/3 911/9

912/11 912/11 913/3
913/4 914/2 915/8
915/9 915/15 915/19
917/13 917/24
918/11 918/11
918/15 919/4 919/4
919/8 919/10 919/14
919/20 921/7 925/6
925/22 927/8 930/4
930/4 930/24 931/1
931/4 931/5 932/4
933/9 933/13 934/5
934/7 934/8 935/4
935/10 936/9 936/17
937/5 938/23 939/6
940/18 941/11
942/23 944/25 945/9
945/13 951/3 951/11
951/19 952/23
959/10 961/13 970/7
970/18 972/18
974/10 974/21
974/22 978/3 981/12
982/5 982/6 983/6
983/22 984/2 984/4
984/5 984/13 984/19
985/5 985/11 985/17
986/17 994/10
998/21 1002/14
1002/20 1003/5
1004/4 1017/12

1017/21 1017/22
1020/1 1022/10
1022/12 1022/19
1024/24 1026/15
1027/18 1029/8
1030/20 1030/21
1030/25 1031/24
1033/2 1037/16
1038/2 1041/11
1041/11 1041/19
1041/21 1042/13
1042/17 1042/17
1042/17 1042/18
1042/23 1043/7
1044/5 1044/5
1044/6 1044/13
1046/18 1046/20
1047/9 1047/21
1047/21 1051/21
1053/20 1053/23
1057/10 1059/4
1060/2 1072/19
1072/20
we'll [6]  929/9
936/14 946/1 950/11
1001/11 1008/13
we're [10]  921/9
921/10 928/9 929/9
945/25 952/8
1002/11 1047/15
1059/5 1073/15

Case 1:18-cr-00319-SHS Document 142-4 Filed 05/20/22 Page 168 of 175

**We've [3]** 995/1
997/12 997/14
**weak [1]** 969/10
**weapon [2]** 975/23
1031/11
**weapons [1]** 1042/9
**wearing [16]** 965/12
970/24 982/13
984/18 984/21
984/22 985/8 985/8
985/9 985/16 985/22
996/5 996/6 1010/2
1010/3 1027/5
**wedding [1]**
1063/10
**weeds [1]** 921/9
**week [3]** 992/12
1046/1 1069/18
**weekend [2]** 915/9
951/5
**weeks [4]** 987/18
988/4 1027/7
1027/13
**weird [1]** 1016/3
**welcome [1]** 948/17
**well [44]** 906/12
922/18 925/6 931/18
938/17 940/19 968/7
972/19 1003/15
1006/12 1008/13
1008/17 1016/6

1018/14 1020/4
1021/12 1022/1
1022/12 1023/17
1024/15 1025/13
1027/25 1028/4
1032/25 1033/8
1033/10 1033/22
1034/7 1037/5
1037/24 1042/19
1042/22 1043/6
1043/11 1043/22
1047/6 1048/20
1048/25 1049/1
1053/18 1059/13
1062/14 1066/8
1068/6
**went [11]** 966/17
972/16 975/14 993/4
995/3 995/7 995/21
1015/9 1049/14
1061/8 1071/6
**were [129]** 903/20
909/6 917/24 917/24
924/15 925/6 925/8
925/12 925/18
926/19 927/23
927/24 930/7 931/19
933/9 936/21 938/22
943/4 943/5 951/4
952/24 953/7 953/7
953/19 954/12 956/6
960/18 961/16

961/23 963/21
963/21 964/7 964/10
964/10 964/11
964/23 965/1 965/2
965/22 965/25 966/4
966/20 967/4 967/5
967/5 967/6 967/11
968/1 968/3 968/12
969/7 970/15 972/4
972/12 972/20
972/22 974/17
976/11 976/15
977/22 977/24 978/2
978/15 979/10 980/7
980/7 980/15 980/23
981/5 981/8 990/2
993/2 994/16 995/3
995/22 996/14 998/5
999/10 1000/11
1000/12 1003/15
1007/1 1007/4
1007/19 1007/20
1008/13 1008/17
1009/4 1010/2
1014/17 1017/10
1018/4 1021/8
1022/5 1023/17
1023/23 1023/24
1024/1 1025/5
1025/6 1026/19
1035/11 1035/14
1035/15 1036/10

were... [24]  1040/8
1040/17 1044/14
1050/5 1051/7
1055/10 1055/16
1058/12 1058/12
1058/13 1058/14
1058/15 1058/16
1058/16 1058/17
1059/18 1059/18
1060/14 1061/1
1061/11 1063/5
1067/5 1068/1
1069/4
weren't [5]  921/17
959/5 961/3 962/16
968/4
what [238]
what's [27]  903/4
908/12 908/14
909/24 912/1 912/2
925/4 925/11 936/11
937/18 940/17 970/3
990/7 990/8 1012/2
1012/3 1013/9
1018/13 1030/19
1031/12 1032/6
1038/16 1038/17
1039/11 1066/14
1066/18 1070/16
whatever [11]  927/4
948/9 1005/16

1032/18 1032/18
1036/19 1036/19
1037/9 1037/9
whatsoever [1]
1040/3
when [102]  903/24
908/2 909/22 914/22
917/23 917/24
918/19 922/23 923/6
923/15 924/17 930/7
944/24 945/14
945/16 953/10
953/17 953/18
953/19 959/24
962/16 964/22 966/1
966/2 966/9 966/12
967/10 967/25
969/21 971/13 972/4
977/16 977/24 978/8
978/22 979/1 985/16
988/16 989/6 991/25
992/16 992/21
993/23 1000/16
1001/11 1003/23
1004/3 1007/10
1007/11 1008/1
1008/4 1009/25
1010/21 1014/11
1014/17 1016/12
1017/10 1017/13
1019/7 1021/12

1029/8 1032/20
1032/21 1033/18
1033/24 1034/10
1034/12 1035/15
1035/21 1036/1
1036/23 1037/21
1038/25 1039/1
1042/2 1043/17
1045/1 1045/2
1045/4 1045/6
1046/13 1047/9
1051/13 1052/5
1052/6 1053/9
1053/24 1055/12
1056/10 1058/24
1059/2 1059/24
1061/4 1062/14
1063/19 1066/13
1068/18 1069/10
1073/19 1073/25
where [51]  904/18
907/19 907/21 913/1
929/23 930/2 933/5
935/7 935/11 936/22
945/13 956/18 958/2
965/15 966/22 970/9
971/18 972/12
972/13 972/16
975/18 975/19
977/14 980/8 981/13
989/2 996/13

**where... [24]**
1003/18 1005/10
1008/18 1008/18
1019/1 1021/22
1026/19 1026/19
1031/1 1032/14
1032/17 1037/22
1050/17 1051/15
1052/2 1052/4
1052/16 1056/10
1057/24 1059/1
1059/24 1071/3
1071/7 1071/8

**whether [49]** 903/20
906/6 907/6 908/18
909/17 909/22
909/25 913/19
923/16 924/25
925/10 932/5 943/5
946/20 947/9 947/20
947/21 948/2 948/3
951/11 955/3 955/7
955/11 962/17
963/11 979/25
992/22 993/1 999/2
1004/10 1004/10
1004/25 1006/21
1007/21 1012/7
1013/23 1020/16
1020/17 1037/8
1040/15 1041/2

1041/7 1057/12
1057/14 1057/17
1058/3 1060/23
1063/13 1071/12

**which [42]** 905/16
907/19 908/18 909/6
911/4 912/15 913/13
918/14 920/2 920/7
924/5 924/11 929/16
935/18 937/7 938/10
939/8 949/24 955/6
956/17 964/1 965/17
966/3 969/14 978/10
997/6 997/10 997/16
997/18 997/19
1005/4 1010/4
1021/18 1023/21
1026/16 1026/17
1028/4 1028/5
1028/17 1030/1
1032/1 1070/5

**while [9]** 939/5
943/16 976/19 977/9
981/6 989/5 996/13
1053/23 1058/18

**whipping [1]**
1037/19

**white [8]** 982/15
983/14 983/21
983/24 984/10
985/22 985/23
986/11

where [25] 1924/14
930/9 933/24 937/10
942/20 943/1 945/18
954/13 955/3 955/12
955/23 955/25
956/23 958/4 959/8
960/14 960/15
961/19 964/14
964/15 964/24
964/24 965/1 967/1
967/9 967/11 967/16
968/19 971/14
974/11 974/16
974/18 974/19
977/17 979/4 979/7
979/7 980/24 981/8
983/19 984/17
984/21 985/5 989/12
993/10 993/15 994/5
994/24 995/1 995/3
998/7 1000/1
1000/11 1000/12
1006/1 1006/7
1010/5 1012/7
1013/14 1013/21
1014/6 1015/9
1015/9 1015/10
1015/10 1016/3
1017/5 1017/21
1018/16 1019/4
1019/10 1020/9
1020/20 1022/16

Case 1:18-cr-00319-SHS Document 314 Filed 05/20/22 Page 171 of 175

who... [51]  1023/1
1025/19 1026/4
1026/8 1027/16
1027/17 1027/25
1028/1 1028/1
1028/17 1029/6
1029/12 1029/16
1029/16 1030/6
1034/19 1036/18
1036/21 1037/23
1038/12 1038/19
1039/1 1039/13
1039/15 1040/16
1040/19 1040/23
1043/8 1045/15
1045/16 1045/17
1045/18 1045/22
1046/25 1048/23
1051/6 1051/15
1055/11 1058/13
1059/6 1059/6
1060/14 1061/11
1061/17 1062/17
1064/23 1065/9
1070/10 1071/12
1072/7 1073/7
who's [2]  996/20
1008/4
whoa [3]  1013/24
1024/2 1024/2
Whoever [1]  944/9

whole [13]  940/4
958/12 960/12
973/15 1011/21
1014/21 1014/24
1048/13 1052/1
1052/6 1053/1
1053/10 1063/19
whom [1]  921/25
whose [3]  993/8
995/13 1008/13
why [40]  908/14
912/23 920/15
920/17 936/13
940/15 961/16
969/22 969/23
974/13 974/16
975/23 980/9 988/15
992/3 992/13 994/11
994/11 995/25 999/2
1006/10 1011/7
1011/8 1011/14
1023/25 1024/9
1028/7 1030/18
1032/4 1046/19
1048/19 1049/5
1052/15 1053/19
1061/23 1063/22
1064/8 1067/12
1067/18 1067/24
will [60]  903/11
904/12 904/15 907/4
909/3 909/23 912/4

wills [9]  913/15 913/19
914/7 930/17 930/17
931/3 931/11 939/4
939/5 943/25 946/1
946/3 946/16 951/11
955/18 955/21
958/13 959/10 976/3
978/3 979/22 986/19
989/9 998/9 998/13
999/4 1002/20
1003/5 1003/6
1004/14 1019/4
1025/7 1031/24
1036/19 1036/20
1037/16 1038/2
1039/6 1040/13
1040/14 1040/19
1042/3 1044/20
1044/23 1045/12
1046/20 1047/12
1057/11 1058/17
1065/7 1073/22
1073/25
WILLIAMS [1]
902/16
willing [3]  919/4
919/11 919/20
wins [1]  1022/10
wish [3]  927/17
927/19 930/13
wishes [1]  948/19
within [8]  930/11

# W

**within...** [7] 930/13
941/4 944/25
1049/18 1057/18
1060/9 1071/20
**without** [6] 951/24
1006/18 1007/3
1007/7 1007/14
1020/11
**witness** [45] 917/9
918/9 920/1 920/3
920/7 921/11 921/14
922/5 923/9 923/17
924/4 924/14 924/25
925/1 925/7 925/18
927/8 927/15 927/24
945/17 951/7 951/17
963/1 981/14 988/2
995/14 1009/3
1010/14 1010/18
1011/14 1014/6
1020/2 1021/15
1021/16 1024/7
1024/12 1025/25
1026/4 1026/5
1029/12 1029/16
1030/22 1030/23
1058/20 1062/11
**witness's** [1]
1010/13
**witnessed** [1]
1055/13

**witnesses** [13]
915/14 947/14 959/6
961/7 961/23 962/9
963/16 965/3 965/19
975/8 991/7 995/11
1006/5 1011/15
1013/10 1014/6
1016/23 1019/15
1021/2 1034/25
1035/10 1035/19
1041/12 1042/24
1043/1 1043/21
1043/21 1043/24
1046/15 1058/20
1061/16 1066/23
1070/13
**women** [1] 1060/22
**won't** [7] 1002/13
1042/14 1042/15
1042/18 1065/9
1065/20 1066/2
**word** [14] 927/16
932/13 935/21
935/22 957/24
960/13 979/22
1006/3 1013/8
1016/17 1046/9
1052/2 1059/11
1070/25
**words** [11] 932/24
955/24 956/1 964/5
973/15 981/14

**1006/7** 1006/15
1042/7 1044/10
1072/17
**work** [8] 963/1
969/4 971/6 971/25
978/18 1052/25
1063/14 1070/13
**worked** [10] 961/4
961/8 961/9 969/3
972/8 979/12 979/13
979/15 979/16
1051/9
**working** [2] 938/14
971/11
**works** [4] 1053/7
1069/6 1069/16
1069/24
**world** [8] 960/12
1005/16 1014/10
1015/12 1019/3
1035/20 1055/24
1057/5
**worried** [5] 996/9
1027/9 1027/9
1027/10 1038/4
**worry** [1] 1006/21
**worthwhile** [1]
1066/3
**would** [155] 903/21
905/19 910/18 911/8
913/3 915/19 917/8
917/13 917/22

**W**

**would... [146]**
918/10 918/13
918/14 918/15
918/23 919/1 919/4
919/8 919/10 919/20
920/1 920/7 920/7
920/13 920/14
920/19 920/24
921/14 921/15
921/16 921/18 923/1
923/8 923/10 923/20
924/3 925/1 925/6
927/9 927/10 927/16
927/16 927/23
932/14 932/15 933/3
933/4 934/9 935/4
937/25 938/23 941/3
941/9 942/12 942/17
942/23 943/2 943/4
943/7 943/8 945/1
946/13 949/7 963/24
963/25 964/2 964/3
966/1 966/2 966/22
967/10 967/20 968/1
969/8 969/22 971/6
971/7 971/14 971/17
971/19 971/20
971/21 971/25
971/25 972/2 975/6
976/7 977/14 984/14
997/25 1001/5

1008/3 1008/7
1008/16 1008/16
1009/19 1012/6
1012/6 1015/23
1019/8 1019/9
1019/9 1019/10
1019/17 1019/17
1019/18 1019/19
1019/19 1024/9
1025/10 1025/11
1025/22 1025/23
1025/24 1029/8
1029/18 1029/20
1031/2 1032/4
1034/24 1035/8
1035/12 1036/21
1039/15 1039/16
1039/18 1040/16
1040/18 1040/23
1043/12 1043/12
1045/16 1045/17
1045/24 1046/4
1046/10 1048/19
1048/23 1055/8
1055/14 1055/25
1056/2 1056/5
1057/24 1060/8
1062/21 1063/17
1064/10 1064/16
1064/18 1066/1
1066/3 1066/12
1068/2 1069/21

**wouldn't [16]**
918/11 927/8 927/11
1009/20 1009/21
1022/1 1024/17
1024/18 1026/23
1026/25 1027/4
1027/5 1027/8
1067/12 1067/18
1067/24
**wound [1]** 981/4
**wounds [1]** 981/5
**Wow [1]** 1027/22
**wrap [1]** 909/12
**wrist [1]** 924/11
**Writ [1]** 927/1
**write [4]** 1019/20
1041/8 1044/2
1069/21
**writes [2]** 958/2
963/2
**wrong [13]** 962/20
1004/21 1005/23
1018/17 1020/25
1021/18 1022/7
1022/12 1035/22
1039/14 1046/5
1068/12 1073/10
**wrote [2]** 958/5
1070/1

Case 1:18-cr-00319-SHS Document 572-1 Filed 10/22/19 Page 174 of 175

**yeah [12]** 969/17
994/10 1016/6
1016/7 1016/19
1016/20 1023/1
1025/25 1029/6
1029/6 1029/8
1029/12
**year [1]** 969/15
**years [16]** 904/3
908/8 956/10 961/4
1000/18 1007/9
1014/17 1057/18
1064/6 1064/7
1064/7 1069/2
1069/3 1069/4
1070/1 1070/1
**yes [68]** 903/3
903/14 904/1 904/24
906/4 907/1 907/14
907/16 910/9 910/11
910/23 911/3 911/18
913/23 915/4 915/6
915/8 915/25 917/2
917/12 918/7 920/11
923/4 924/22 926/17
926/20 926/24
928/24 931/10
931/23 931/25 932/4
932/12 933/2 933/18
935/3 935/15 935/17
935/21 935/22 936/7

936/9 937/4 937/10
938/2 939/11 939/12
939/21 940/18
941/21 941/23
943/12 946/12
946/19 947/5 947/12
948/6 948/12 949/12
950/15 955/14
1016/1 1021/14
1030/9 1035/6
1038/10 1048/8
1062/15
**yesterday [3]**
931/20 951/6 1025/6
**yet [4]** 938/7 994/12
1024/23 1029/25
**yield [1]** 938/19
**yielding [1]** 938/22
**YORK [10]** 902/1
902/8 902/17 909/8
911/2 914/24 914/24
939/19 940/3 997/18
**Yorker's [1]**
1003/18
**you [944]**
**you'd [1]** 1001/1
**you'll [10]** 992/21
992/24 994/15 997/5
998/3 1004/4
1054/20 1062/6
1062/10 1062/12
**you're [26]** 917/8

917/12 925/3 926/4
926/5 926/22 926/24
927/2 936/8 938/14
939/21 939/22 946/6
946/22 948/3 948/17
950/14 1003/22
1049/21 1053/24
1062/16 1069/5
1069/23 1070/2
1073/20 1074/2
**you've [6]** 949/6
953/13 953/16
1010/2 1048/2
1058/3
**young [8]** 1003/14
1003/14 1004/15
1010/1 1013/17
1022/16 1027/16
1051/19
**your [175]**
**yours [2]** 947/21
947/22
**yourself [13]** 963/11
963/11 963/12 967/8
1004/2 1012/4
1027/12 1030/18
1032/4 1038/9
1045/13 1055/4
1061/23
**yourselves [3]**
948/25 1009/15
1011/14

**Z**

**zero [5]**  957/7
964/18 1031/4
1066/23 1066/23
**zeros [2]**  957/17
958/8
**zone [1]**  953/7
**Zoom [2]**  982/20
983/1