1076

M5bWpab1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------x
 3   UNITED STATES OF AMERICA,
 4           v.                    18 Cr. 319 (SHS)
 5   CHRISTIAN PABON,
 6           Defendant.
 7   ------------------------------x          Trial
 8                                New York, N.Y.
 9                                May 11, 2022
                                  9:15 a.m.
10
11   Before:
12              HON. SIDNEY H. STEIN,
13                    District Judge
                                 and a Jury
14
15              APPEARANCES
16   DAMIAN WILLIAMS
            United States Attorney for the
17          Southern District of New York
     BY:  ADAM S. HOBSON
18       RUSHMI BHASKARAN
         ELIZABETH A. ESPINOSA
19       Assistant United States Attorneys
20   ELIZABETH E. MACEDONIO, P.C.
            Attorneys for Defendant
21   BY:  ELIZABETH E. MACEDONIO
22   ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
            Attorneys for Defendant
23   BY:  JEREMY SCHNEIDER
24
     Also Present:  Emily Abrams, Paralegal Specialist, USAO
25               Dylan Schneider, Defense Paralegal
```

---

1077

M5bWpab1   Charge

```
 1              (Trial resumed; jury not present)
 2       THE COURT:   Good morning.  Everyone is here, including
 3   the defendant.  Bring the jury in.  We have an excellent jury,
 4   in terms of their timeliness.
 5              (Jury present)
 6       THE COURT:   Please be seated in the courtroom.
 7       Good morning, ladies and gentlemen.
 8       I'm going to read the charge to you now.  I've had my
 9   clerk hand out copies to each of you.  You can follow along if
10   you wish.  You don't have to; you can just listen to me.  What
11   I used to do is I purposely did not hand out copies of the
12   charge because I thought you were more likely to listen to what
13   I was saying and absorb it if you didn't have it in front of
14   you, because sometimes people just read and don't think about
15   what they're reading.  I've changed my mind over the years, and
16   now I hand out a copy to everybody.  So you can follow it along
17   if you wish, or you can just listen to me.  Whatever you like.
18       I'm going to tell you what the law is, and you have to
19   apply that law to the facts here.  You'll determine the facts
20   in accordance with these instructions on the law.  You know
21   that, and I'm going to be telling you some things that you
22   know.  I want to reinforce them in your mind.
23       You know what my role is and you know what your role
24   is.  You have to decide whether or not the guilt of Mr. Pabon
25   has been proved beyond a reasonable doubt.  You decide what the
```

---

1078

M5bWpab1   Charge

```
 1   facts are in this case.  I don't decide the facts.  You are the
 2   sole and exclusive judges of the facts, and that's going to be
 3   one of the themes of my charge to you.  You decide the facts.
 4   I don't care what the lawyers have said are the facts.  You
 5   decide what the facts are.  You pass on the weight of the
 6   evidence, and you determine the credibility of the witnesses,
 7   and you resolve any conflicts that there may be in the
 8   testimony, and you draw whatever reasonable inferences you
 9   decide to draw from the facts as you've determined them.  It's
10   a very great responsibility, ladies and gentlemen, and you must
11   exercise that responsibility with complete fairness and
12   impartiality.  You know that as well.  Your decision has to be
13   based solely on the facts -- that is, the evidence or the lack
14   of evidence.  You cannot be influenced in your determinations
15   by bias, prejudice, or sympathy.
16       Don't substitute your concept of what the law should
17   be for what I tell you the law is.  Just as you alone decide
18   what the facts are, ladies and gentlemen, I determine what the
19   law is, and you must accept the law as I state it to you.  As
20   you know, if any attorney in their closing argument stated any
21   legal principle that's different from what I'm going to tell
22   you right now, it's what I tell you that you must follow.
23       Also, and this is important, ladies and gentlemen of
24   the jury.  Don't single out any one instruction or any one word
25   or any one phrase in the instructions as alone stating the law.
```

---

1079

M5bWpab1   Charge

```
 1   Consider these instructions as a whole.  And you'll have these
 2   instructions, a copy of these instructions.  Each of you will
 3   have a copy of the instructions.  In other words, you'll be
 4   able to bring those into the jury deliberation room, so you can
 5   always refer to them.  But again, don't single out any single
 6   phrase or word as alone stating the law; it's about the
 7   instructions as a whole.
 8       You find the facts.  You accept the law as I state it
 9   to you.  You apply that law to the facts as you find them, and
10   your result is going to be the verdict.
11       Now, in addition to a copy of these instructions,
12   there will be a copy of the verdict form as well, and the
13   foreperson will have the verdict form.  The verdict form will
14   help guide your deliberations.  It's quite simple.  You'll do
15   Count One, racketeering conspiracy.  As to Count One, how do
16   you find defendant?  You check either guilty or not guilty, and
17   then there are some specific what are called special
18   interrogatories about Count One.  But those are rather
19   straightforward as well.
20       Then you go on to Count Two, murder in aid of
21   racketeering.  As to Count Two, how do you find the defendant?
22   Guilty or not guilty.  It's a very simple guide to guide your
23   deliberations, and you'll have that in the jury room.
24       I'm going to give you some general principles.  I then
25   will explain the burden of proof in this case.  Then I'll tell
```

**M5bWpab1**          Charge          1080

1  you about the charges and explain the substantive law that
2  applies to those charges, and then I'll give you some
3  concluding instructions.
4           I remind you that in reaching your determination, you
5  must perform your duty of finding the facts without bias or
6  prejudice as to any party.  All parties in this case -- the
7  government and Mr. Pabon -- stand as equals before juries in
8  the courts of the United States.  You must disregard any
9  feelings you may have about Mr. Pabon's race, religion,
10 national origin, sex, or age.  You cannot consider any personal
11 feelings you may have about the race, religion, national
12 origin, sex, or age of any witness or anyone else involved in
13 this case.  And you cannot allow any feelings you might have
14 about the nature of the crimes charged to interfere with your
15 decision-making.
16          The fact that the government is a party and the
17 prosecution is brought in the name of the United States does
18 not entitle the government or its witnesses to any greater
19 consideration than that given to any other party.  By the same
20 token, you cannot give it any less consideration.  The
21 government and Mr. Pabon stand on equal footing before you.
22 Your verdict must be based solely on the evidence or lack of
23 evidence.
24          You'll see in these charges, one of the themes is your
25 decision has to be based solely on the evidence, or lack of

**M5bWpab1**          Charge          1081

1  evidence.  Another of the themes is it cannot be based on any
2  bias, conjecture, or anything of that nature.
3           The personalities and the conduct of counsel are not
4  in any way at issue.  If you formed opinions of any kind as to
5  any of the lawyers here -- and I'm sure you did; we all have --
6  whether it's favorable or unfavorable, whether you approved or
7  disapproved of their behavior, any such opinion must not enter
8  into your deliberations.
9           Although I have already instructed you to disregard
10 any bias you may have regarding the parties or their conduct.
11 I also wish to instruct you to set aside any implicit bias you
12 may have.  Everyone has feelings and assumptions and is
13 susceptible to biases, generalizations, prejudices, and
14 stereotypes that that person may not even be aware of.  These
15 are implicit biases and may concern race, gender, national
16 origin, sexual orientation, class, education, and other issues.
17 Put aside any such biases, for everyone in this trial is
18 entitled to a level playing field.
19          Under your oaths as jurors, remember, you are not to
20 be swayed by bias or sympathy.  You decide whether the
21 government has proven that Mr. Pabon is guilty of the two
22 crimes charged against him solely on the basis of the evidence
23 that you've heard and subject to the law as I have instructed
24 you.  It must be clear that once you let prejudice, bias, or
25 sympathy interfere with your thinking, there's a risk you will

**M5bWpab1**          Charge          1082

1  not arrive at a just verdict.  I instruct you not to let any
2  prejudice, bias, or sympathy to interfere with your thinking.
3           Now, I'm going to tell you something else that you
4  already know.
5           Although the defendant has been indicted by a grand
6  jury, an indictment is simply an accusation.  It is not
7  evidence.  Mr. Pabon has pled not guilty to the indictment.
8           You'll have copies of the indictment as well, and I'm
9  going to read you parts of the indictment during these
10 instructions.
11          Now, as a result of Mr. Pabon entering a plea of not
12 guilty to the two charges in this indictment, the burden is on
13 the government to prove his guilt beyond a reasonable doubt.
14 That burden never shifts to the defendant for the simple reason
15 that the law never imposes upon a defendant in a criminal case
16 the burden or duty of calling any witness or producing any
17 evidence.
18          The law presumes Mr. Pabon to be innocent of each of
19 the two charges against him.  I therefore instruct you, ladies
20 and gentlemen of the jury, that you are to presume Mr. Pabon is
21 innocent throughout your deliberations until such time, if
22 ever, you, as a jury, are satisfied that the government has
23 proven him guilty beyond a reasonable doubt.
24          The defendant begins the trial here with a clean
25 slate.  This presumption of innocence alone is sufficient to

**M5bWpab1**          Charge          1083

1  acquit him unless you, as jurors, are unanimously convinced
2  beyond a reasonable doubt of his guilt, after carefully and
3  impartially considering all of the evidence in the case.  If
4  the government fails to sustain its burden, you must find
5  Mr. Pabon not guilty.
6           This presumption of innocence was with Mr. Pabon when
7  the trial began and it remains with him even now as I speak to
8  you, and it will continue with him into your deliberations
9  unless you are convinced that the government has proven his
10 guilt beyond a reasonable doubt.
11          Now, I've been using the term "reasonable doubt."  The
12 question arises, obviously, what's a reasonable doubt?  The
13 words almost define themselves.  It is a doubt based upon
14 reason and common sense.  It is a doubt that a reasonable
15 person has after carefully weighing all the evidence.  It's a
16 doubt that would cause a reasonable person to hesitate to act
17 in a matter of importance in his or her personal life.  Proof
18 beyond a reasonable doubt must, therefore, be proof of such a
19 convincing character that a reasonable person would not
20 hesitate to rely and act upon it in the most important of his
21 or her own affairs.  A reasonable doubt is not a caprice or a
22 whim.  It's not speculation or suspicion.  It's not an excuse
23 to avoid the performance of an unpleasant duty.  And, it is not
24 sympathy.
25          In a criminal case, as you know, the burden is at all

## M5bWpab1          Charge                                    1084

1   times on the government to prove the defendant's guilt beyond a
2   reasonable doubt, but the law does not require the government
3   to prove his guilt beyond all possible doubt ; proof beyond a
4   reasonable doubt is sufficient to convict.  This burden, as you
5   know, never shifts to Mr. Pabon, which means it's always the
6   government's burden to prove each elements of the crimes
7   charged beyond a reasonable doubt.  And in these instructions
8   I'll set forth what the elements of each of the two counts is.
9   If, after fair and impartial consideration of all of the
10  evidence, you have a reasonable doubt about the guilt of
11  Mr. Pabon, it's your duty to acquit him.  On the other hand,
12  if, after fair and impartial consideration of all of the
13  evidence, you are satisfied of Mr. Pabon's guilt beyond a
14  reasonable doubt, you should vote to convict him.
15          All right.  What's evidence?
16          You know what evidence is because I told you what it
17  was at the beginning of the case.  It's the testimony of
18  witnesses.  It's the exhibits that have been received, which
19  are documents and other things.  And you know there are two
20  types of evidence: direct evidence and circumstantial evidence.
21          You know that direct evidence is evidence that
22  somebody gives you of what they heard, saw, or did, and you
23  know that circumstantial evidence is evidence that tends to
24  prove a disputed fact indirectly by proof of other facts.
25          You remember the example I gave you last Monday.  A

## M5bWpab1          Charge                                    1085

1   person walks in the back with a wet umbrella.  You have direct
2   evidence the umbrella's wet.  You're entitled to infer from
3   that a fact that you can't see -- that it's raining outside.
4   It's really a logical inference that you're entitled to draw
5   from the fact of seeing the wet umbrella.  I also pointed out
6   that it may be true that the person put the umbrella under a
7   faucet here in the courthouse.  Nonetheless, it's certainly a
8   reasonable inference for you to draw from the fact of the wet
9   umbrella the conclusion that it's raining outside.  That's all
10  there is to circumstantial evidence.  You infer on the basis of
11  reason and experience and common sense from an established fact
12  the existence or nonexistence of some other fact.
13          An inference is simply a deduction or conclusion that
14  reason and common sense  prompt a reasonable mind to draw from
15  facts that have been proven by the evidence.  Not all logically
16  possible conclusions are legitimate or fair inferences.  Only
17  those inferences to which the mind is reasonable led or
18  directed are fair inferences from direct or circumstantial
19  evidence in the case.
20          As I told you before, the law does not give any
21  particular weight to direct evidence versus circumstantial
22  evidence.  You decide how much proof, if any, to put on any
23  piece of evidence, whether it's circumstantial evidence or
24  direct evidence.  You decide what to accept, what not to
25  accept, and if you do accept a piece of evidence, how much

## M5bWpab1          Charge                                    1086

1   weight to put on it, because those are issues of fact.  Those
2   are all issues for you, the jury, to decide.
3          I've told you what is evidence.  What is not evidence?
4          Some of what you've heard here in the past week plus
5   two days is not evidence.  You know the indictment is not
6   evidence.  It's only an accusation.
7          You know the statements of the lawyers are not
8   evidence.  Listen to the lawyers, but you decide what the
9   evidence is.
10         Remember that questions put to witnesses are not
11  evidence.  Remember I gave you that example last Monday?  OK.
12  The questions aren't evidence.  The answers from that witness
13  box are the evidence.
14         Don't draw any inference or conclusion for or against
15  any party by reason of a lawyer's objections to questions or,
16  for that matter, my rulings on the objection.  Any rulings I've
17  made are simply issues of law, and that's not within your ken.
18  Your ken is to decide issues of fact.  Don't worry about my
19  legal determinations.  And don't hold it against the lawyers
20  that they objected.  They not only have the right to object,
21  but indeed, they have an obligation to object .  If they think a
22  question is not legally permissible, they should object, and
23  then I make the decision as to whether or not I'm going to
24  allow that question to be answered.  So don't hold it against
25  lawyers for making objections.  It's what they're supposed to

## M5bWpab1          Charge                                    1087

1   do.  You also know they're supposed to do it if they believe a
2   question is improper.
3          You know nothing I say is evidence.  Don't concern
4   yourself with what was said at sidebars.  We had a few
5   sidebars -- indeed, probably more than I would have liked, but
6   that doesn't matter.  When a legal issue came up during the
7   course of the evidence  -- and if it was a legal issue, it
8   wasn't for the jury, so I heard the lawyers at sidebar.  Don't
9   concern yourself with what was said or done at sidebar.  Those,
10  again, had to do with rulings of law.
11         Now, sometimes I may have questioned a witness.  I
12  didn't do it very often, but sometimes I did.  And normally, it
13  would be to help bring out something that I thought may have
14  been unclear to the jury.  But I have no view of the facts
15  here, I can assure you of that.  That's for you.  I have no
16  view of the credibility of any witness.  I have no view of the
17  weight that you should put on any  piece of evidence or how you
18  should decide any of the fact issues before you.
19         Now, you've heard evidence.  Remember, you heard the
20  witness testimony.  You heard me admit exhibits, which were
21  often documents, but they were also physical things as well as
22  documents.
23         You also heard that third type of evidence I told you
24  about on Monday, which is stipulations.  There were a number of
25  them here.  There were stipulations of fact and stipulations of

**M5bWpab1                Charge**

1  testimony.  A stipulation of fact is an agreement among the
2  parties that a certain fact is true, and you must regard those
3  stipulated facts as true.  You've also heard stipulations of
4  testimony, which are agreements among the parties that, if
5  called, a witness would have given certain testimony, and you
6  must accept as true that that witness would have given that
7  testimony.  But of course, you determine the effect to be given
8  that testimony -- that is, the weight to be given to that
9  testimony.
10        Now, you have had the opportunity to observe each and
11  every one of the witnesses, and I know you've been paying
12  attention, because I've been watching you, as have the lawyers.
13  You now have to decide who to believe and who not to believe
14  and, of those you believe, what parts of their testimony to
15  believe.  A witness could believe that that witness was being
16  truthful yet could be mistaken and not able to recall facts
17  accurately.  And for that matter, a witness could take the oath
18  and intentionally testify falsely.
19        You will remember also that I told you you have to
20  consider at the end of the trial, and now is the end of the
21  trial, what witnesses told the truth and whether they knew what
22  they were talking about.
23        I told you also that there are no real rules that I
24  can give you about how to determine who's telling the truth and
25  who's not.  It's really a matter of using your common sense,

**M5bWpab1                Charge**

1  your good judgment, and your life's experience.
2        Consider, as I told you, whatever rules you use in
3  deciding every single day of your experiences who to believe
4  and who not to believe.  I assure you, ladies and gentlemen,
5  every day you employ those rules.  You decide who among
6  salespeople to believe, who to believe among your children.  I
7  have a four-year-old grandson, and I always tend to believe
8  him.  And I'm always astonished how sometimes that belief is
9  misplaced.  But he is only four.  But you know from your
10  dealings with your family, with your coworkers, with any bosses
11  you may have, with any employees who report to you, just in
12  life, you decide who to believe and who not to believe.
13        So when you're thinking about who to believe here,
14  think about such things as how good an opportunity the witness
15  had to observe or hear what the testimony was about.  The
16  person could have been honest but mistaken.  How did the
17  witness appear?  Did you think the witness was being honest,
18  candid?  Were the witness's answers direct?  Were they evasive?
19  What was the demeanor of the witness?  What was the strength
20  and accuracy of the testimony?  Do you think any outside
21  factors may have affected a witness's ability to perceive
22  events.  Consider the substance of the testimony.  Did you
23  think the witness was being straightforward?  Do you think the
24  witness was attempting to conceal something?  How did the
25  witness's testimony compare with other proof in the case?  Was

**M5bWpab1                Charge**

1  it corroborated by that other proof?  Was it contradicted by
2  that other proof?
3        If a witness made statements in the past that are
4  inconsistent with his testimony during the trial concerning the
5  facts that are at issue here, you can consider that fact in
6  deciding how much, if any, of the testimony of that witness to
7  believe.  Consider whether you think the witness purposely made
8  a false statement, or do you think it was an innocent mistake?
9  Does the inconsistency, if any, concern an important fact, or
10  did it have to do with a small detail?  Do you think the
11  witness had an explanation for the inconsistency?  And if so,
12  did that explanation appeal to your common sense and your
13  life's experience?
14        Consider whether any witness, consider whether every
15  witness had a possible bias or any relationship to a party or
16  any motive to testify falsely or any interest in the outcome of
17  the case.  Such a bias or relationship does not necessarily
18  make the witness unworthy of belief, but these are factors that
19  you certainly may wish to consider in determining who to
20  believe and who not to believe.
21        Take into account any evidence that the witness who
22  testified may benefit in some way from the outcome of the case.
23  Such an interest in the outcome creates a motive to testify
24  falsely and may sway that witness to testify in a way that
25  advances that witness's own interest.  If you find that any

**M5bWpab1                Charge**

1  witness's testimony you are considering may have an interest in
2  the outcome of this trial, then bear that factor in mind when
3  evaluating that witness's testimony and accept it with great
4  care.
5        But I don't mean to suggest that every witness who has
6  an interest in the outcome of the case will testify falsely.
7  It's for you, ladies and gentlemen, to decide to what extent,
8  if any, the witness's interest has affected or colored that
9  witness's testimony.
10        Remember, you decide the credibility of the witnesses
11  who appeared here and the weight that their testimony deserves.
12        You also heard evidence during the trial that
13  witnesses have discussed the facts of the case and their
14  testimony with the lawyers before the witnesses appeared in
15  court.
16        Although you may consider that fact when you are
17  evaluating a witness's credibility, there's nothing either
18  unusual or improper about a witness meeting with the lawyers
19  before testifying so that the witness can be aware of the
20  subjects he'll be questioned about, to focus on those subjects,
21  and to have the opportunity to review relevant exhibits before
22  being questioned in open court.  Such consultation helps
23  conserve your time and the Court's time.  In fact, it would be
24  unusual for a lawyer to call a witness without such
25  consultations.

1    Again, the weight to be given to the fact of the
2 witness's -- of the nature of the witness's preparation or his
3 testimony and what inferences you draw from such preparation
4 are matters completely within your discretion.
5    You've also heard testimony of law enforcement
6 officers. The fact that a witness may be employed by the
7 federal government as a law enforcement official or by the city
8 of New York as a law enforcement official does not mean that
9 his or her testimony is necessarily deserving of more
10 consideration or less consideration or greater or lesser weight
11 than that of an ordinary witness.
12    At the same time, it's quite legitimate for defense
13 counsel to try to attack the credibility of a law enforcement
14 witness on the grounds that that witness's testimony may be
15 colored by a professional interest or personal interest in the
16 outcome of the case.
17    It's your decision, after reviewing all the evidence,
18 whether to accept the testimony of any law enforcement witness
19 you are considering and to give that testimony whatever weight,
20 if any, you find it deserves.
21    Now, you've heard testimony of law enforcement
22 officers. You've also heard testimony of two experts.
23 Remember, I declared them to be experts simply for the purpose
24 of allowing them to answer opinion questions in their area of
25 expertise. I permitted Dr. Christopher Borck, a forensic

1 pathology expert, and Salvatore LaCova, a ballistics expert, to
2 express their opinions about the matters within their areas of
3 expertise.
4    A witness may be permitted to give an opinion on those
5 matters about which he has special knowledge, skill,
6 experience, and training. That testimony was presented to you
7 on the theory that someone who is experienced in a particular
8 field can assist you in understanding the evidence or in
9 reaching an independent decision on the facts. And Det. LaCova
10 was talking about ballistics evidence and Dr. Borck was talking
11 about pathology evidence.
12    In weighing this evidence, you should consider the
13 witness's qualification, opinions, reasons for testifying, and
14 all the other considerations that apply when you decide whether
15 or not to believe a witness's testimony. Give the opinion
16 testimony whatever weight, if any, you believe it deserves in
17 light of the evidence of the case. But don't accept opinion
18 testimony merely because I permitted the witness to testify
19 concerning his opinion. Nor should you substitute it for your
20 own reason, judgment, and common sense. Again, one of the
21 recurring themes here are matters of fact are for you. Matters
22 of law are for me.
23    Now, you've also heard the testimony of three
24 cooperating witnesses, and the lawyers, in their summations,
25 commented on the testimony of these witnesses. Those three

1 witnesses pled guilty to charges arising out of the facts that
2 are related to the issues in this case. You are instructed,
3 ladies and gentlemen, that you must draw no conclusions or
4 inferences of any kind concerning the guilt of Mr. Pabon from
5 the fact that a prosecution witness pled guilty to a similar
6 charge. The decision of each of those cooperating witnesses to
7 plead guilty was a personal decision that that witness made
8 about his own guilt, and you may not use that determination in
9 any way as evidence against or unfavorable to Mr. Pabon. That
10 was a determination by each of them to plead guilty.
11    There's nothing improper in the government's use of a
12 cooperating witness. Don't concern yourself with how you
13 personally feel about the use of a government cooperating
14 witness. Your concern is to decide whether the government has
15 proven the guilt of Mr. Pabon beyond a reasonable doubt
16 regardless of whether evidence was obtained by use of a
17 cooperating witness. It is the law in federal courts that the
18 testimony of a cooperating witness may be enough in itself for
19 conviction if you find that the testimony establishes the
20 defendant's guilt beyond a reasonable doubt.
21    Where a cooperating witness does testify -- and again,
22 you saw three cooperating witnesses testify; you all remember
23 that -- that testimony should be examined with greater scrutiny
24 than the testimony of an ordinary witness. Consider whether
25 the cooperating witness received any benefits or promise s from

1 the government or otherwise benefitted from his cooperation
2 with the government that would motivate that witness to testify
3 falsely against Mr. Pabon.
4    I'm not going to repeat all the instructions I've
5 given you in regard to how you determine the credibility of
6 witnesses, but I will focus on a few things about the
7 cooperating witnesses.
8    Ask yourselves whether these cooperating witnesses
9 would benefit more by lying or more by telling the truth. Was
10 their testimony made up in any way because they believed or
11 hoped they would somehow receive favorable treatment by lying?
12 Or did they believe that their interests would be best served
13 by being truthful? If you believe that the witness was
14 motivated by hope of personal gain, was that motivation one
15 that would cause him to lie? Or on the other hand, was it one
16 that would cause him to tell the truth? Do you think the
17 motivation colored his testimony in any way?
18    As with any witness, let me emphasize that the issue
19 of credibility does not have to be decided in an all-or-nothing
20 way. Even if you find a witness testified falsely in one
21 regard, you can still accept his testimony in other parts. Or
22 you can disregard all of it. Or you can accept all of it.
23 Again, the theme -- issues of fact are for you.
24    Look at all the evidence in deciding what credibility
25 and what weight, if any, you wish to give each of the

1  cooperating witnesses.
2         Now, there were audio and video recordings of
3  telephone calls that have been admitted into evidence here, and
4  you were provided with transcripts of those calls.  But
5  remember -- I think it was on day 1, at the beginning of the
6  testimony -- I handed out transcripts or the parties handed out
7  transcripts, and I told you the transcripts were simply aids,
8  as it was the recording that was the evidence.  But the
9  transcript was there to help you understand what was on the
10  recording.  Whether you approve or disapprove of the recording
11  or the interception of the conversations may not enter into
12  your deliberations.  I instruct you that the recordings were
13  made in a lawful manner, and no one's rights were violated.
14  The government's use of the recorded testimony here -- the
15  recordings here is entirely lawful, and it was properly
16  admitted into evidence at this trial.
17         Therefore, regardless of any personal opinions, give
18  this evidence full consideration, along with all the other
19  evidence in the case, in your goal, which is to determine
20  whether the government has proven the guilt of Mr. Pabon beyond
21  a reasonable doubt.
22         If you do wish to hear any of the recordings again or
23  see any of the transcripts, or for that matter, review any of
24  the exhibits, you'll be able to do it.  Normally, we would hand
25  those transcripts back into the jury deliberation room, but due

1  to Covid protocols that we now have in place, and they're
2  changing almost on a daily basis as the pandemic wanes and
3  sometimes waxes, what we're going to do today is we're going to
4  provide you with a flash drive.  I think it's called a flash
5  drive; I know it's something that you put into a computer, and
6  you'll be able to call up any of the exhibits.  The physical
7  exhibits are a little different.  Those we will send in to you,
8  but the other exhibits are all on a flash drive, and you can
9  review them.  So all the evidence will be available to you.
10         Now, you've heard testimony about certain evidence
11  that was seized in searches of places, vehicles, and electronic
12  devices.  Evidence from those searches was properly admitted
13  and may be considered by you.  Whether you approve or
14  disapprove of how that evidence was obtained must not enter
15  into your deliberations.  I instruct you, ladies and gentlemen
16  of this jury, that the government's use of this evidence is
17  entirely lawful.
18         You've also heard evidence concerning an individual's
19  location based on the location of cellular phones.  Evidence
20  obtained in this manner was properly admitted and may be
21  considered by you.  Whether you approve or disapprove of how
22  the evidence was obtained should not enter into your
23  deliberations.  I instruct you the government's use of this
24  evidence is entirely lawful.
25         Regardless of any personal opinions you may have, give

1  this evidence consideration along with all the other evidence
2  in deciding whether or not Mr. Pabon has been proven guilty
3  beyond a reasonable doubt.
4         Now, you also heard testimony of witnesses and
5  arguments of counsel that the government did not utilize
6  specific investigative techniques.  You can consider that in
7  deciding whether the government has met its burden of proof,
8  because you have to look to all the evidence or lack of
9  evidence here in making your determination.  But I also
10  instruct you that there is no legal requirement for the
11  government to use any specific investigative technique in
12  proving its case.  Law enforcement techniques are not your
13  concern.  Your concern, as you know, is to determine whether or
14  not Mr. Pabon's guilt has been proven beyond a reasonable
15  doubt.
16         Mr. Pabon did not testify here.  You know that too,
17  and you also know that under our Constitution, Mr. Pabon has no
18  obligation to testify or to present any evidence, because,
19  again -- it's another theme -- it's the prosecution's burden to
20  prove a defendant in a criminal case guilty beyond a reasonable
21  doubt.  And you know also that burden remains with the
22  government throughout the entire trial and never shifts to
23  Mr. Pabon.  Mr. Pabon and no trial, no defendant in federal
24  court in a criminal case is ever required to prove he is
25  innocent.  It's always the obligation and burden of the

1  government to prove his guilt beyond a reasonable doubt.
2         You cannot attach any significance to the fact that
3  Mr. Pabon did not testify.  No adverse inference can be drawn
4  against him by you on the grounds that he did not take the
5  witness stand.  You may not consider that fact against him in
6  any way in your deliberations in the jury room.
7         You may not draw any inference, favorable or
8  unfavorable, toward the government or Mr. Pabon from the fact
9  that any person other than Mr. Pabon is not on trial here.  You
10  may not speculate as to the reason why any other person is not
11  on trial.  Those matters are entirely outside of your concern
12  and have no bearing on your function as a jury.  Your concern
13  is simply whether or not the government has proven Mr. Pabon to
14  be guilty beyond a reasonable doubt.  You're not to consider
15  and your concern is not why other people are not on trial here.
16         Now, the government has also presented evidence in the
17  form of charts and summaries.  I've admitted those in addition
18  to the underlying documents that they represent in order to
19  save everyone's time and avoid inconvenience.  You can consider
20  the charts and summaries as you would any other evidence.  You
21  decide whether they presented the information correctly in the
22  testimony and documents on which they're based.  You can
23  consider the charts and summaries if you find they are of
24  assistance to you in analyzing the evidence and understanding
25  the evidence.

**1100**

M5bWpab1                    Charge

1   Now, there are people whose names you heard during the
2   course of this trial who did not testify.  I instruct you,
3   ladies and gentlemen, that each of the parties here -- the
4   government and Mr. Pabon -- had an equal opportunity or lack of
5   opportunity to call any of the witnesses, any of the persons
6   whose names you heard during the course of the trial but who
7   did not testify.  Therefore, do not draw any inference or reach
8   any conclusion as to what they would have testified to had they
9   been called.  Their absence from this trial must not affect
10  your judgment in any way.
11          However, remember my instruction that the law does not
12  impose a defendant in a criminal case the burden of calling
13  any witness or producing any evidence.  The burden is with the
14  government at all times to prove the guilt of Mr. Pabon beyond
15  a reasonable doubt -- again, that theme.
16          Those are the general instructions.  I now want to
17  turn to the indictment itself.  OK?  Because we've been talking
18  about how the trial is conducted and what your obligations are ,
19  but now I'm going to direct your attention to the indictment.
20          As you know, the indictment here contains two counts,
21  or charges -- sometimes I call them counts; sometimes I call
22  them charges -- against Mr. Pabon.  And I told you each of you
23  would be given a copy of the indictment.  You know the
24  indictment is not evidence.  It's simply a description of the
25  charges.  It's an accusation.  You can't use it as evidence.

**1101**

M5bWpab1                    Charge

1   Mr. Pabon is charged simply with two crimes.  He's not
2   charged with committing any other crime than the two crimes
3   contained in this indictment.
4           With every different criminal charge -- and there are
5   two here -- there are certain basic facts the government must
6   prove beyond a reasonable doubt before you could find a
7   defendant guilty.  Those basic, necessary facts are called the
8   elements of the charge, and I'm going to speak to you and
9   explain to you, first in general terms and then in detail, what
10  the indictment charges and what each of the elements of each of
11  those charges are.
12          Each count is a different crime.  You have to consider
13  each count separately.  All right?  Consider, first, Count One
14  and return a verdict of guilty or not guilty on Count One, and
15  then turn to Count Two.  And whether you find Mr. Pabon guilty
16  or not guilty as to one offense should not affect your verdict
17  as to the other offense.  Do each count separately.
18          Count One charges  that from approximately 2014 up to
19  approximately September of 2018, Christian Pabon conspired with
20  others to conduct and participate, directly and indirectly, in
21  the conduct of the affairs of an enterprise -- that is, the
22  street gang "the 200" -- through a pattern of racketeering
23  activity.
24          Count Two charges that on approximately October 2,
25  2014, Christian Pabon murdered Orlando Rivera in the vicinity

**1102**

M5bWpab1          Charge

1   of 1653 St. Nicholas Avenue, at least in part, to maintain or
2   increase his position in the 200, and that he aided and abetted
3   that murder.
4           Now, you've heard the term "aiding and abetting."  I
5   just used it and you heard it in the summations of the lawyers.
6   In connection with Count Two, the defendant is charged with
7   committing murder in aid of racketeering.  As to this crime,
8   Count Two, he can be convicted if he committed the crime
9   himself -- that is, if he murdered Mr. Orlando Rivera
10  himself -- or if he aided and abetted that murder by one or
11  more people.  It's not necessary for the government to show
12  that Mr. Pabon himself physically committed the murder in order
13  for you to find him guilty.  If you do not find beyond a
14  reasonable doubt that he physically committed that crime, you
15  may, under certain circumstances, still find him guilty of
16  Count Two as an aider and abettor.
17          Aiding and abetting liability is its own theory of
18  criminal liability.  In effect, it is a theory of liability
19  that permits a defendant to be convicted of a specific crime if
20  that defendant, while not himself committing the crime,
21  assisted somebody else in committing the crime.  I will
22  instruct you on both the federal and New York State aiding and
23  abetting law, because the indictment alleges aiding and
24  abetting violations of both New York and federal statutes.
25          Under the federal aiding and abetting statute, whoever

**1103**

M5bWpab1          Charge

1   "aids, abets, counsels, commands, induces or procures" the
2   commission of an offense is punishable as a principal.  In
3   other words, a person who aids and abets another to commit an
4   offense is just as guilty as if he committed it  himself.
5   Accordingly, you may find Mr. Pabon guilty of Count Two if you
6   find that the government has proven beyond a reasonable doubt
7   that somebody else actually committed the murder in aid of
8   racketeering and that the defendant aided and abetted that
9   person in committing the murder.
10          As you can see, the first requirement of aiding and
11  abetting liability is that somebody else committed the crime
12  charged.  No one can be convicted of aiding and abetting the
13  criminal acts of somebody else if no crime is committed by that
14  other person.  That's logical.  But if you do find that a crime
15  is committed, then you have to consider whether the defendant
16  aided or abetted the commission of that crime.
17          To aid or abet another to commit a crime, it is
18  necessary that the defendant knowingly associated himself in
19  some way with the crime charged, and he knowing ly committed
20  some act to contribute to the success of the crime.  A person
21  acts knowingly if he acts voluntarily and deliberately and not
22  because of mistake or accident, mere negligence, or some other
23  innocent reason.  The government must prove that Mr. Pabon
24  engaged in some affirmative conduct for the specific purpose of
25  bringing about the crime.  The mere presence of a defendant

1 where a crime is committed, even coupled with knowledge by the
2 defendant that a crime was being committed, or the mere
3 acquiescence by a defendant in the criminal conduct of somebody
4 else, even with guilty knowledge, is not sufficient to
5 establish aiding and abetting.
6       The government must prove that an aider and abettor
7 took some conscious action that furthered the commission of the
8 crime and that he did so with the intent to bring about the
9 crime. To determine whether Mr. Pabon aided and abetted a
10 crime, ask yourself, did he participate in the crime charged as
11 something he wished to bring about? Did he associate himself
12 with the criminal venture knowingly? Did he seek by his
13 actions to make the criminal venture succeed? If so, then the
14 defendant is an aider and abettor and, therefore, guilty of the
15 offense. If not, then the defendant is not an aider and
16 abettor and, therefore, not guilty under an aiding and abetting
17 theory.
18       The pattern of racketeering activity charged in Count
19 One, which I'll explain in a few moments, is alleged to have
20 included the aiding and abetting of crimes under New York Penal
21 Law. New York Penal Law Section 20.00 applies to aiding and
22 abetting and provides as follows: "When one person engages in
23 conduct which constitutes an offense, another person is
24 criminally liable for such conduct when, acting with the mental
25 culpability required for the commission thereof, he solicits,

1 requests, commands, importunes or intentionally aids such
2 person to engage in such conduct. " Under that definition, mere
3 presence at the scene of a crime, even with knowledge that the
4 crime is taking place, or mere association with a perpetrator
5 of a crime, does not by itself make a defendant criminally
6 liable for that crime. For the defendant to be held criminally
7 liable for the conduct of another that constitutes an offense,
8 you must find beyond a reasonable doubt : First, that the
9 defendant solicited, requested, commanded, importuned or
10 intentionally aided that person to engage in the conduct; and
11 second, that the defendant did so with the state of mind
12 required for the commission of that offense.
13       Now, Count One charges Mr. Pabon in a conspiracy to
14 violate the federal racketeering statute, also known as the
15 RICO statute. Let me give you some general instructions on the
16 federal law of conspiracy.
17       A conspiracy is a type of criminal partnership.
18 Conspiracy is simply an agreement by two or more people to join
19 together to accomplish some unlawful end. Conspiracy simply
20 means agreeing. The crime of conspiracy -- that is, the crime
21 of agreeing -- to violate a federal law is itself an offense.
22 It's separate and distinct from the actual violation of any
23 specific federal law. The violation of any specific federal
24 law is a substantive crime. You may find the defendant guilty
25 of the crime of conspiracy even if you find that the

1 substantive crimes that were the object s of the conspiracy were
2 never actually committed. Congress has deemed it appropriate
3 to make conspiracy -- that is, agreeing to violate the law --
4 standing by itself a separate crime, even if the conspiracy did
5 not turn out to be successful.
6       To sustain its burden of proof with respect to the
7 RICO conspiracy that's alleged in Count One, the government has
8 to prove beyond a reasonable doubt two elements:
9       One, that the charged conspiracy actually existed --
10 that is, the existence of an agreement to commit the unlawful
11 objects of such conspiracy; and
12       Two, that Mr. Pabon knowingly became a member of the
13 conspiracy, with the intent to achieve the illegal objects of
14 the charged conspiracy.
15       To prove the existence of a conspiracy, the government
16 is not required to show that two or more people sat around a
17 table and entered into a solemn pact, orally or in writing,
18 stating that they had formed a conspiracy to violate the law
19 and spelling out all the details of the conspiracy. Common
20 sense tells you that when people agree to enter into a
21 conspiracy to commit crimes, much is left to an unexpressed
22 understanding. It's rare, ladies and gentlemen, that a
23 conspiracy can be proven by direct evidence of an explicit
24 agreement. That makes sense, right?
25       To show that a conspiracy existed, the evidence must

1 show that two or more people, in some way or manner, either
2 explicitly or implicitly, came to an understanding to violate
3 the law and to accomplish an unlawful plan.
4       In determining whether there's been an unlawful
5 agreement, as alleged in the indictment, you may consider the
6 actions of all the alleged coconspirators that were taken to
7 carry out the apparent criminal purpose. It may be that the
8 only evidence that's available with respect to the existence
9 of a conspiracy is that of disconnected acts on the part of the
10 alleged individual coconspirators. When taken all together and
11 considered as a whole, however, you may conclude -- or may not;
12 it's up to you -- that the conduct warrants the inference by
13 you that a conspiracy existed, just as easily as more direct
14 proof, such as the evidence of an express written agreement
15 which, as I told you, seldom exists.
16       (Continued on next page)
17
18
19
20
21
22
23
24
25

THE COURT: The object of a conspiracy is the illegal goal that the conspirators agreed or hoped to achieve. And I will tell you more about what the object of a conspiracy is in a moment.

If you conclude the government has proven during this trial beyond a reasonable doubt that the conspiracy you are considering existed and that the conspiracy had as its objects at least one of the illegal purposes charged in the indictment, then you must next determine whether Mr. Pabon intentionally participated in that conspiracy with knowledge of its unlawful purposes and with the intent to further its unlawful objectives.

The government must prove beyond a reasonable doubt that the defendant knowingly and intentionally entered into the conspiracy with criminal intent, that is, with a purpose to violate the law, and that he agreed to take part in the conspiracy to promote and cooperate in its unlawful objectives. Unlawfully simply means contrary to law. The defendant does not need to have known that he was breaking any particular law, but he must have been aware of the generally unlawful nature of his acts.

The term "knowingly and intentionally" means that to find the defendant joined the conspiracy you must conclude beyond a reasonable doubt that in doing so he knew what he was doing, in other words, that he took the actions in question

deliberately and voluntarily. An act is done knowingly and intentionally if it is done deliberately and purposely, that is, the defendant's acts must have been the product of that defendant's conscious objective rather than the product of mistake or accident or mere negligence or some other innocent reason.

Science has not yet devised a manner of looking into someone's mind and knowing what that person is thinking. The government has introduced certain acts and conversations alleged to have taken place with Mr. Pabon or in his presence. The government contends that these acts and conversations show beyond a reasonable doubt Mr. Pabon's knowledge of the unlawful purposes of the conspiracy. You know that Mr. Pabon has denied that he was a member of the conspiracy. He entered a plea of not guilty to Count One and Count Two.

It is not necessary for the government to show that Mr. Pabon was fully informed as to all of the details of the conspiracy in order for you to infer knowledge on his part. To have guilty knowledge, you need not know the full extent of the conspiracy or all of the activities or all of its participants. It is not necessary for him to know every other member of the conspiracy. In fact, he may know only one other member of the conspiracy and still be deemed a coconspirator by you. It is not necessary for a defendant to receive any monetary benefit from his participating in a conspiracy or to have a financial

stake in the outcome. It is enough if he participated as a conspirator unlawfully, intentionally, and knowingly, as I have defined those terms to you.

The duration and extent of Mr. Pabon's participation, if any, has no bearing on the issue of his guilt. He need not have joined the conspiracy at the outset. With regard to liability for conspiracy, although not for substantive offenses, the defendant may have joined the conspiracy at any time in its progress and still will be held responsible for all that was done before he joined it if those acts were reasonably foreseeable and within the scope of the defendant's agreement and for all that was done during the conspiracy's existence while he was a member. Each member of a conspiracy may perform separate and distinct acts. Some conspirators play major roles; others play minor roles. An equal role is not required by the law. Even a single act may be sufficient to draw a defendant within the scope of a conspiracy. I caution you, however, that someone's mere association with a member of the conspiracy does not by itself make that person a member of the conspiracy, even if the association is coupled with knowledge that a conspiracy is taking place. For example, mere presence at the scene of a crime, even coupled with knowledge that a crime was taking place --

MR. SCHNEIDER: Your Honor, I think you just misread that. You said "mere knowledge" twice instead of "presence."

THE COURT: All right. I'm sorry if I did. I don't know if I misspoke, but let me repeat it.

An equal role is not what the law requires. In fact, even a single act may be sufficient to draw a defendant within the scope of the conspiracy. I wish to caution you, however, that someone's mere association with a member of the conspiracy does not make that person a member of the conspiracy, even when that association is coupled with knowledge that a conspiracy is taking place. For example, mere presence at the scene of a crime, even coupled with knowledge that a crime is taking place, is not sufficient to support a conviction for conspiracy. In other words, knowledge without agreement and participation is not sufficient. What is necessary is that the defendant has participated in the conspiracy with knowledge of its unlawful purposes and with an intent to aid in the accomplishment of its unlawful objectives. A person may know, or be friendly with, a conspirator without being a conspirator himself. Mere similarity of conduct or the fact that persons may have assembled together and discussed common aims and interests does not necessarily establish membership in a conspiracy. I also want to caution you that mere knowledge of or acquiescence in the unlawful plan without participation in it is not sufficient.

Moreover, the fact that the acts of the defendant without knowledge merely happened to further the purposes or

1  objectives of the conspiracy does not make the defendant a
2  member.  More is required under the law.  The defendant must
3  have participated with knowledge of at least some of the
4  purposes or objectives of the conspiracy and with the intention
5  of aiding in the accomplishments of those unlawful ends.
6          In sum, if you find beyond a reasonable doubt that
7  Mr. Pabon, with an understanding of the unlawful nature of the
8  conspiracy, intentionally engaged, advised, or assisted in the
9  conspiracy for the purpose of furthering an illegal
10 undertaking.  Let me repeat that because I'm not sure that I
11 read it correctly.
12         In sum, you must find that a reason -- beyond a
13 reasonable doubt that Mr. Pabon, with an understanding of the
14 unlawful nature of the conspiracy, intentionally engaged,
15 advised, or assisted in the conspiracy for the purpose of
16 furthering an illegal undertaking.  The defendant thereby
17 becomes a knowing and willing participant in the unlawful
18 agreement, that is to say, a conspirator.  A conspiracy, once
19 formed, is presumed to continue until either its objective is
20 accomplished or there is some affirmative act of termination by
21 its members.  Similarly, once a person is found to be a member
22 of a conspiracy, he is presumed to continue his membership in
23 the venture until its termination.  It is not essential that
24 the government prove that a particular conspiracy alleged in
25 the indictment started or ended on any of the specific dates

1  described for that conspiracy.  It is sufficient if you find
2  that the conspiracy was formed and that it existed for some
3  time around or within the dates set forth in the indictment.
4  You may consider as evidence against the defendant the acts and
5  statements of those who were coconspirators of the defendant.
6  The reason for this rule has to do with the nature of the crime
7  of conspiracy.  A conspiracy is often referred to as a
8  partnership in crime.  Thus, as in other types of partnerships,
9  when people enter into a conspiracy to accomplish an unlawful
10 end, each member becomes an agent for the other conspirators in
11 carrying out the conspiracy.  Accordingly, the reasonably
12 foreseeable acts, declarations, statements, and omissions of
13 any member of the conspiracy in furtherance of the common
14 purpose of the conspiracy are deemed, under the law, to be the
15 acts of all the members, and all the members are responsible
16 for such acts, declarations, statements, and omissions.
17         If you find beyond a reasonable doubt that Mr. Pabon
18 was a member of the charged conspiracy, then any acts done or
19 statements made in furtherance of that conspiracy by persons
20 also found by you to have been members of that conspiracy may
21 be considered by you.  This is so even if the acts were done or
22 statements made in Mr. Pabon's absence and without his
23 knowledge.  But before you may consider the statements or acts
24 of a coconspirator in deciding the issue of Mr. Pabon's guilt,
25 you must first determine that the acts and statements were made

1  during the existence and in furtherance of the unlawful scheme
2  that's the conspiracy.  If the acts were done or the statements
3  were made by someone whom you do not find to have been a member
4  of the conspiracy, or if they were not said or done in
5  furtherance of the conspiracy, they may not be considered by
6  you as evidence against Mr. Pabon.
7          Okay.  Let's now turn specifically to Count One.
8          (Pause)
9          THE COURT:  In order to meet its burden of proof on
10 Count One, the government must establish beyond a reasonable
11 doubt each of the following four elements:
12         One, the enterprise alleged in the indictment existed ;
13         Two, the enterprise affected interstate or foreign
14 commerce;
15         Three, that Mr. Pabon was employed by or associated
16 with the enterprise;
17         Fourth, that Mr. Pabon knowingly agreed with at least
18 one other person that either he or a coconspirator would
19 participate, either directly or indirectly, in the conduct of
20 the affairs of the enterprise through a pattern of racketeering
21 activity as described in the indictment, that is, that either
22 Mr. Pabon or a coconspirator did or would commit at least two
23 acts of racketeering activity.
24         The first element that the government must prove
25 beyond a reasonable doubt is the enterprise that's alleged in

1  the indictment in fact existed.  And you know that the
2  enterprise that's alleged in this indictment is the 200.  Under
3  the RICO statute, an enterprise may be a group of people
4  informally associated together for a common purpose of engaging
5  in a course of conduct.  This group may be organized for a
6  legitimate and lawful purpose or it may be organized for an
7  unlawful purpose.  In addition to having a common purpose, this
8  group must have a core of personnel who function as a
9  continuing unit.  The enterprise does not have to be a commonly
10 recognized legal entity, such as a corporation or a
11 partnership, something similar.  The RICO statute makes clear
12 that an enterprise may be a group of individuals who are
13 associated in fact, although not a legal entity.  The
14 enterprise must continue to exist in substantially similar
15 forth through the period charged.  And you know the period
16 charged is from 2014 to approximately September of 2018.  This
17 doesn't mean that the membership must remain exactly the same
18 through the period, but the enterprise must have a recognizable
19 core of individual members that continues during a substantial
20 period within the time frame of 2014 to September 2018.
21         The enterprise alleged, as you know, is comprised of
22 members and associated of the 200 gang that is alleged to have
23 existed from 2014 until approximately September 2018.
24         If the government proves beyond a reasonable doubt
25 that there was in fact a group of people characterized by a

M5b2Pab2        Charge        1116

common purpose or purposes, an ongoing formal or informal organization or structure, and core personnel who functioned as a continuing unit during a substantial period within the 2014 to 2018 time period, then an enterprise existed.

All right? So the first element of Count One is did the enterprise exist.

The second element of Count One that the government must prove beyond a reasonable doubt is that the enterprise was engaged in, or had an effect upon, interstate or foreign commerce. Interstate commerce includes the movement of goods, services, money, and individuals between states. The effect on interstate commerce could have occurred in essentially any way and it need only have been a minimal effect. The government must prove that the enterprise engaged in interstate commerce or that its activities affected interstate commerce. The enterprise or the racketeering activities of its members must have affected interstate or foreign commerce in some minimal way. The effect need not be substantial; even a minimal effect is enough. Nor is it necessary that the effect on interstate commerce had been adverse. It is not necessary to prove that the acts of Mr. Pabon affected interstate commerce, as long as the acts of the 200 enterprise itself had such an effect, if indeed you find that the 200 was an enterprise. It is sufficient, for example, if, in the course of the racketeering activities, members of the enterprise used weapons that had

M5b2Pab2        Charge        1117

traveled in interstate commerce, trafficked in narcotics, traveled interstate themselves, or used telephone facilities interstate. All narcotics activity, even purely local activity, has an effect on interstate commerce. So if you find that members of the enterprise trafficked in narcotics as part of their membership in the enterprise, you may find this element has been satisfied.

Finally, the government is not required to prove that Mr. Pabon knew he was affecting interstate commerce. All that's necessary is that you find beyond a reasonable doubt that the activities of the enterprise affected interstate or foreign commerce in some minimal way.

Now, what's the third element of Count One? The third element is that the government has to prove beyond a reasonable doubt that the defendant was associated with or employed by the enterprise. All right? The first element is the existence of the enterprise; the second element is there had to be an effect on interstate commerce, however minimal; and the third element is that Mr. Pabon was associated with or was employed by the enterprise, and each of those elements has to be proven by the government beyond a reasonable doubt.

It is not required that Mr. Pabon was associated with or was employed by the enterprise for the entire time that the enterprise existed. It is required that the government prove beyond a reasonable doubt that at some time during the period

M5b2Pab2        Charge        1118

charged Mr. Pabon was associated with it.

A defendant cannot be associated with an enterprise if he does not know of the enterprise's existence or the nature of activities. The government must prove that Mr. Pabon knew of the existence of the 200 enterprise and the general nature of activities, and was connected to the enterprise in some meaningful way.

All right. Count One, first element is existence, the second element is effect on interstate commerce, the third element is was Mr. Pabon associated with it, and the fourth element the government must prove beyond a reasonable doubt is that Mr. Pabon knowingly and intentionally agreed to participate, either directly or indirectly, in the affairs of the enterprise through a pattern of racketeering activity .

The government must prove that he participated in some manner in the overall affairs of the enterprise and objectives of the enterprise and that he did so with the intent that he or some other member of the conspiracy would commit at least two acts of racketeering of the types specified in the indictment as part of a pattern of racketeering activities, and the types specified in the indictment are narcotics trafficking, robberies, and murders.

I have previously defined what "knowingly" and "intentionally" mean, and apply those definitions here. You should also apply all my earlier instructions on conspiracy.

M5b2Pab2        Charge        1119

So let's now talk about a pattern of racketeering activity, because you do have to find that there was a pattern of racketeering activity here.

A pattern of racketeering activity requires at least two acts of racketeering within ten years of each other, excluding any period of imprisonment after the commission of a prior act of racketeering. To establish an agreement to commit a pattern of racketeering activity, the government must prove three elements beyond a reasonable doubt:

First, that Mr. Pabon agreed that a conspirator, which could include him or any other member of the conspiracy, would intentionally commit or cause or aid or abet the commission of two or more of the racketeering acts of the types alleged in the indictment.

Second, that the racketeering acts had a nexus to the enterprise, that the racketeering acts are related to one another. A racketeering act has a nexus to the enterprise if it has a meaningful connection to the enterprise. To be related, the racketeering acts must have the same or similar purpose, results, participants, victim , or methods of commission, or be otherwise interrelated by distinguishing characteristics and not be merely isolated events. Two racketeering acts may be related even though they are dissimilar or not directly related to each other, provided that the racketeering acts are related to the same enterprise. For

**M5b2Pab2**     Charge     1120

example, for both nexus and relatedness purposes, the requisite
relationship between the RICO enterprise and a predicate
racketeering act may be established by evidence that Mr. Pabon
was enabled to commit the racketeering act solely by virtue of
his position in the enterprise or involvement in or control
over its affairs, or by evidence that his position in the
enterprise facilitated his commission of the racketeering act,
or by evidence that the racketeering act benefited the
enterprise, or by evidence that the racketeering act was
authorized by the enterprise, or by evidence that the
racketeering act promoted or furthered the purposes of the
enterprise.

The third element is to establish a pattern of
racketeering activity. The government must prove that the
racketeering acts themselves either extended over a substantial
period of time or posed or would pose a threat of continued
criminal activity. The government need not prove such a threat
of continuity by any mathematical formula or by any particular
method of proof but, rather, may prove it—that is, the
continuity—in a variety of ways. The threat of continued
unlawful activity may be established if the evidence shows that
the racketeering acts are part of a long-term association that
exists for criminal purposes or when the racketeering acts are
shown to be the regular way of conducting the affairs of the
enterprise. Similarly, in determining whether the government

**M5b2Pab2**     Charge     1121

has proven the threat of continued unlawful activity, you are
not limited to consideration of the specific racketeering acts
that the defendant himself is alleged to have committed;
rather, in addition to considering such acts, you may also
consider the nature of the enterprise, and other unlawful
activities of the enterprise and its members viewed in their
entirety, including both charged and uncharged unlawful
activities.

For the government to meet its burden of proof under
Count One, the government must prove beyond a reasonable doubt
that Mr. Pabon intended to further an endeavor which, if
completed, would have satisfied all of the elements of a
substantive racketeering offense. The government is not
required to prove Mr. Pabon personally committed or agreed to
commit any act of racketeering, nor is it required to prove
that any acts of racketeering actually occurred in fact.
Rather, the government must prove Mr. Pabon agreed to
participate in the enterprise with the knowledge and intent
that at least one member of the racketeering conspiracy, which
could be Mr. Pabon himself, would commit at least two
racketeering acts in the conduct of the affairs of the
enterprise and that those acts would constitute a pattern of
racketeering activity as I have defined it to you.

An enterprise is not the same thing as a pattern of
racketeering activity. All right? The government has to prove

**M5b2Pab2**     Charge     1122

both that there was an enterprise, remember, the charges that
the enterprise was the 200 gang, not only must the government
prove that that enterprise existed, but the government must
also prove that the enterprise's affairs were conducted through
a pattern of racketeering activity. The enterprise is alleged
to be a group of individuals who associated together as the 200
gang for the common purpose of engaging in a course of illegal
activity. A pattern of racketeering activity, on the other
hand, is a series of criminal acts.

The existence of the enterprise is proved by evidence
of an ongoing organization, either formal or informal, with a
common purpose and by evidence that various core personnel of
the group functioned as a continuing unit.

The pattern of racketeering activity, on the other
hand, is proved by existence of a minimum of two acts of
racketeering, that the participants in the enterprise committed
or aided and abetted. The proof used to establish those
separate elements may be the same or overlapping. For example,
if you find that an ongoing enterprise existed, the existence
of this enterprise may help establish that the separate
racketeering acts were part of a pattern of continuing criminal
activity. Nonetheless, bear in mind that proof of an
enterprise does not necessarily establish proof of a pattern of
racketeering activity, and vice versa. The enterprise is a
separate element that must be proven by the government.

**M5b2Pab2**     Charge     1123

Finally, although you need not decide whether
Mr. Pabon agreed to the commission of any particular
racketeering act in order to convict him of Count One, you must
be unanimous as to which type or types of predicate
racketeering acts the defendant agreed would be committed, for
example, at least two acts of murder or attempted murder, or
two acts of robbery or attempted robbery, or two acts of drug
trafficking, or any combination thereof. It could be two acts
of robbery and one act of drug trafficking, or one act of
murder and one act of robbery. All right? Is that clear? It
could be any combination, but there have to be at least two
acts, and you have to be unanimous on that, as to which type
of racketeering activity the defendant agreed would be
committed.

The government is not required to prove either that
Mr. Pabon agreed to commit two racketeering acts himself or
that he actually committed two such acts, although you may
consider evidence that he agreed to commit or actually did
commit such acts in determining whether he agreed to
participate in the conduct of the enterprise through a pattern
of racketeering activity. In other words, what you are being
asked to decide in Count Two is simply did the defendant know.

MR. SCHNEIDER: It's Count One. I think you said
Count Two.

THE COURT: I'm sorry. Thank you, sir. I'm glad you

1 are reading it carefully. I appreciate that.

2     Mr. Schneider is correct.

3     In other words, what you are being asked to decide in

4 Count One—we have only been talking about Count One, right, the

5 alleged RICO conspiracy—is simply: Did Mr. Pabon know about

6 the activities of the other members of the conspiracy and

7 unlawfully, knowingly, and willfully join in and participate

8 and contribute in some fashion to the goals of the conspiracy,

9 knowing that he or any of his coconspirators would commit two

10 or more charged acts of racketeering as part of the conspiracy?

11     All right. Now I am going to turn to the specific

12 alleged racketeering acts, but I think -- it is 11:00. It's

13 been an hour and a half that I have been doing this. Why don't

14 we take just a short stretch break. I know it will help me.

15 Let's just stand in our places and stretch. Okay? Take a

16 break, if you will, enable me not to make the silly errors I

17 have been making in reading it.

18     (Pause)

19     THE COURT: All right. Please be seated. You can

20 also see I am mostly through with the charges.

21     For purposes of Count One, the indictment alleges that

22 the following categories of criminal violations were committed

23 or intended to be committed as part of the RICO conspiracy, and

24 I have already told you about it.

25     One is acts involving murder, including attempted

---

1 murder and conspiracy to commit murder, in violation of New

2 York State law.

3     Two is the same. It is acts involving robbery,

4 including attempted robbery and conspiracy to commit robbery,

5 in violation of New York and federal law -- New York or federal

6 law.

7     And three is acts involving distributing and

8 possessing with intent to distribute controlled substances,

9 including heroin, cocaine, marijuana, and oxycodone, in

10 violation of federal law.

11     The government has to prove, within a ten-year period,

12 excluding any period of incarceration, two acts and offenses in

13 violation of these statutes were in fact committed or were

14 intended to be committed by Mr. Pabon or by a coconspirator as

15 part of the charged RICO conspiracy. The government doesn't

16 have to prove that Mr. Pabon himself committed or agreed to

17 commit any of those acts as long as the government proves that

18 Mr. Pabon participated in some manner in the overall objective

19 of the conspiracy.

20     You will also note that for each of the charged

21 categories of predicate offenses, the indictment charges a

22 violation of more than one specific law. I instruct you that,

23 in order to find a given predicate offense was in fact an

24 object of the charged RICO conspiracy, you need not find that

25 the object of the conspiracy involved violations of both

---

1 federal and state statutes or multiple state statutes. Rather,

2 you need only find that the object of the conspiracy involved

3 the violation of at least one of the specified statutes, but

4 you must be unanimous as to which one or ones. All right?

5 Does that make sense? You don't have to find there is a

6 violation of both a federal and state statute, but you have to

7 be unanimous as to which one, or both for that matter, the

8 violation -- the act was a violation of.

9     Now, one of the categories of crimes alleged here to

10 be committed as part of the 200 enterprise and the RICO

11 conspiracy were acts involving murder under New York State law.

12 In order for you to find a person committed murder under New

13 York State law, the government must prove beyond a reasonable

14 doubt—and this, by the way, includes attempted murder and

15 conspiracy to commit murder—first , that the individual caused

16 the death of the victim or aided and abetted the same; second,

17 that the individual did so with the intent to cause the death

18 of the victim or someone else.

19     A person intends to cause the death of someone when

20 his conscious objective is to cause the death of that person.

21 To prove an individual caused the victim's death, the

22 government must prove that the individual's conduct was a

23 sufficiently direct cause of the death of the victim or a

24 reasonably foreseeable result of that conduct. Intent does not

25 require premeditation or advance planning, but the intent to

---

1 cause death must exist at the time the individual engages in

2 the acts that caused death. In addition, there is no

3 requirement under the murder statute that the person who is

4 murdered be the same person who was intended to be murdered.

5 Thus, the intent element is satisfied when the perpetrator

6 intends to kill one person, but instead kills another person.

7     In determining whether Mr. Pabon agreed as part of the

8 alleged RICO conspiracy that he or someone else would commit or

9 attempt to commit acts involving murder, you may apply the

10 instructions on aiding and abetting I already gave you. Thus,

11 you may find that the RICO conspiracy involved acts involving

12 murder either because you find that Mr. Pabon agreed that he or

13 a coconspirator would commit or attempt to commit an act

14 constituting murder or because you find that he agreed that he

15 or a coconspirator would assist a third person in doing so.

16     New York Penal Law Section 110 provides that a person

17 is guilty of an attempt to commit a crime—here that crime is

18 murder—when, with intent to commit that crime, he engages in

19 conduct which tends to effect the commission of such crime.

20 The elements of attempted murder are , first, the perpetrator

21 intended to kill someone; second, that he attempted to cause

22 the death of that person, that is, he engaged in conduct which

23 intended to effect the death of someone else.

24     One is not guilty of an attempt to commit murder until

25 that person is on the verge of committing it. Mere preparation

1  is not sufficient for a conviction for attempt to commit
2  murder.  The acts committed by the defendant or those he is
3  aiding and abetting are required to carry the project forward
4  within dangerous proximity of the murder.
5           The defendant is also charged, as a predicate
6  racketeering act, with conspiracy to commit murder under
7  New York Penal Law 105.15.  For the government to prove beyond
8  a reasonable doubt that someone conspired to commit murder, the
9  government has to shown, first, that that person agreed with
10  other -- one or more other people to engage in or cause a
11  murder; two, that the defendant did so with the intent to
12  murder; and, third, that the individual or somebody he agreed
13  with committed an overt act in furtherance of the conspiracy.
14          A person acts with intent that a murder be performed
15  when his conscious objective or purpose is that the murder
16  should take place.  The agreement to engage in or cause the
17  performance of a crime is not an overt act.  The overt act must
18  be an independent act that tends to carry out the conspiracy.
19  The overt act can be, but need not be, the commission of the
20  crime that was the object of the conspiracy.  Under New York
21  law, it is no defense to charge of conspiracy that one or more
22  of the individual's coconspirators could not be guilty of
23  conspiracy or the object crime, whether because of criminal
24  irresponsibility or other legal incapacity or exemption;
25  unawareness of the criminal nature of the agreement or the

1  object conduct or the defendant's criminal purpose; or other
2  factors precluding the mental state required for the commission
3  of a conspiracy or the object crime.  In other words, a person
4  may be guilty of conspiracy even though one or more or all of
5  the other parties to the agreement are not guilty of the
6  conspiracy or the murder because of some legal insufficiency or
7  defense.
8           So one of the racketeering predicates was acts
9  involving murder under New York law.  Another racketeering
10  predicate that's alleged, as you know, is acts involving
11  robbery under New York law.
12          Acts involving robbery, conspiracy to commit robbery,
13  or attempted robbery in violation of New York State Penal Law
14  Sections 160, 160.05, 160.10, 160.15, 105.05, 105.10 and 110
15  are alleged by the indictment.  So the indictment -- let me
16  state that more directly.
17          The indictment alleges that one of the categories of
18  criminal violations that were committed or were intended to be
19  committed as part of the RICO conspiracy were acts involving
20  robberies, conspiracy to commit robbery, and attempted robbery
21  in violation of those sections that I said.
22          In order for you to find a person committed robbery,
23  you must prove beyond a reasonable doubt that the individual
24  wrongfully took or obtained or withheld property from the
25  person who owned the property.  You also have to find beyond a

1  reasonable doubt that the individual took the property with the
2  intent to deprive somebody else of the property.  And you have
3  to find that, in taking the property, he threatened or used the
4  immediate use of physical force upon someone else for the
5  purpose of overcoming resistance to the taking of the property
6  or preventing resistance.
7           In determining whether Mr. Pabon agreed as part of a
8  RICO conspiracy that he or someone else would commit acts
9  involving robbery in violation of New York law, apply the
10  instructions on aiding and abetting and conspiracy I gave you
11  earlier.  Thus, you can find that the RICO conspiracy involved
12  the acts involving robbery either because you find Mr. Pabon
13  agreed that either he or a coconspirator would personally
14  conspire to commit, commit, or attempt to commit an act of
15  robbery under New York law or because you find that he agreed
16  that he or a coconspirator would assist somebody else in
17  committing that robbery.
18          Now, I just did acts involving robbery under New York
19  law.  Now I will simply do acts involving robbery under federal
20  law.
21          The indictment alleges that a category of criminal
22  violations that were committed as part of the RICO conspiracy
23  were acts involving robbery, conspiracy to commit robbery, or
24  attempted robbery in violation of 18 United States Code § 1951
25  and 2, which provides, "Whoever, in any way or degree

1  obstructs, delays, or affects commerce or the movement of any
2  article or commodity in commerce, by robbery or extortion or
3  attempts to conspire so to do, or commits or threatens physical
4  violence to any person or property in furtherance of a plan or
5  purpose to do anything in violation of this section shall be
6  guilty of a crime."
7           Federal robbery has four elements:
8           One, that the defendant obtained or took the property
9  of somebody else.  "Property" includes money and other tangible
10  or intangible things of value which are capable of being
11  transferred from one person to another.
12          Two, that a defendant did so against the victim's
13  will, by actual or threatened force, violence, or fear of
14  injury, whether immediate or in the future.
15          Third, that a defendant's actions actually or
16  potentially, in any way or degree, obstructed, delayed, or
17  affected interstate commerce.  Now here, too, ladies and
18  gentlemen, only a minimal burden of proving a connection to
19  interstate commerce is required and is satisfied that commerce
20  that -- by conduct that affects commerce in any way or degree.
21  Even a potential or subtle effect on commerce will suffice.
22  The commerce affected does not have to be lawful.  With respect
23  to narcotics, Congress has determined that all narcotics
24  activity, even purely local narcotics activity, has a
25  substantial effect on interstate commerce.  If you find that

1  Mr. Pabon robbed a drug dealer of drugs or drug proceeds, you
2  can find the interstate element satisfied.
3          Fourth, that a defendant acted unlawfully and
4  knowingly.
5          In determining whether Mr. Pabon agreed as part of the
6  RICO conspiracy that he or a coconspirator would commit acts
7  involving robbery in violation of federal law, apply the
8  instructions on aiding and abetting and conspiracy that I gave
9  you earlier on federal law.
10         So we talked about two groups of alleged predicate
11 acts—murder, robberies—and now we are going to talk about
12 narcotics distribution.  Those are the three groups of alleged
13 predicate offenses.  This third group is acts involving the
14 distribution of controlled substances, including heroin,
15 cocaine, marijuana, and oxycodone, in violation of federal law.
16         21 United States Code § 846 makes it a crime for an
17 individual to agree with others to violate the narcotics laws
18 of the United States.  The government has to prove beyond a
19 reasonable doubt here:
20         First, that the narcotics conspiracy actually existed,
21 that is, there was an agreement to violate the law that makes
22 it illegal to distribute or possess narcotics -- I'm sorry, to
23 distribute narcotics or to possess narcotics intend ing to
24 distribute them.
25         The second element the government must prove beyond a

1  reasonable doubt is somebody intentionally and knowingly became
2  a member of the narcotics conspiracy, that is, he knowingly
3  associated himself with the narcotics conspiracy and
4  participated in the conspiracy to distribute or possess with
5  intent to distribute narcotics.
6          Under Title 21, Section 1841, it is unlawful for
7  anyone knowingly or intentionally to manufacture, distribute,
8  or dispense, or possess with intent to manufacture, distribute,
9  or dispense, a controlled substance.  Heroin, cocaine,
10 marijuana, and oxycodone are all controlled substances under
11 the statute.
12         The elements of distributing or possessing with intent
13 to distribute narcotics are: first, that Mr. Pabon or a
14 coconspirator distributed the controlled substance or possessed
15 a controlled substance with the intent to distribute it ;
16 secondly, that he did so knowingly and intentionally; and,
17 thirdly, that the substance was in fact a controlled substance.
18         In determining whether Mr. Pabon agreed , as part of
19 the alleged RICO conspiracy, that he or a coconspirator would
20 commit acts involving the distribution of a controlled
21 substance, you may apply the aiding and abetting instructions I
22 gave you earlier.  You can find that the RICO conspiracy
23 involved the distribution of controlled substances because you
24 find that he agreed that either he or a coconspirator would
25 personally distribute drugs or possess them with intent to

1  distribute, or because you find that he agreed that he or a
2  coconspirator would assist somebody else in doing so.
3          The legal concept of possession may differ from our
4  ordinary use of that term.  When we think of possession, we
5  normally think of actual possession.  I possess this pen.  If
6  you find that Mr. Pabon or a coconspirator actually possessed
7  the controlled substance in that way, that is, they had it in
8  their possession, you may find that he had possession of it.
9  But somebody doesn't have to have actual physical possession in
10 order to be in legal possession of an object.  If somebody has
11 the ability to exercise control over an object, even if he does
12 not have the object in his physical custody, and that person
13 has the intent to exercise that control, then that person is in
14 possession of the article.
15         More than one person can have control of the same
16 narcotics.  In addition, possession and ownership are not the
17 same.  Somebody can possess narcotics and not be the owner of
18 the narcotics.
19         Possession with intent to distribute simply means the
20 possession of a controlled substance with the intent or purpose
21 to distribute it to somebody else.  To distribute means to
22 deliver, pass, or hand over something to somebody else or cause
23 something to be delivered, passed on, or handed over.
24 Distribution does not require a sale.
25         Use knowingly and intentionally here, as I have

1  already distributed -- as I have already defined them .
2          Now, I mentioned earlier when I was talking about the
3  verdict form that you are going to have, you are going to have
4  what are called special interrogatories.  It is part of the
5  verdict form.  It is a very simple, straight-forward verdict
6  form.  So, ladies and gentlemen, if, and only if, you find
7  Mr. Pabon guilty of Count One , you must then answer another
8  question about the scope of his agreement to violate the
9  racketeering laws.  So, again, the verdict form says, as to
10 Count One, how you find the defendant?  And it says guilty or
11 not guilty.  And when you unanimously agree one or the other,
12 the foreperson will check that.
13         Then it goes on:  If, and only if, you find the
14 defendant guilty of Count One, which types of racketeering
15 crimes do you find were involved in the offense.  Those are
16 what we call the special interrogatories, and it will go down ,
17 acts involving murder under New York law , and then if you
18 unanimously agree it is proven, you check "proven."  If you
19 unanimously agree the government hasn't proven that beyond a
20 reasonable doubt, then you check "not proven."
21         And then you go on acts involving robbery under
22 New York law, same thing.
23         Acts involving robbery under federal law, same thing.
24         Acts involving narcotics trafficking under federal
25 law.  Okay?

## 1136

M5b2Pab2        Charge

1  And then the last special interrogatory is:  If, and
2  only if, you find the defendant guilty of Count One, did the
3  pattern of racketeering activity that the defendant agreed
4  would be committed involve the murder of Orlando Rivera.
5  Again, if you find that is proven unanimously, find it was
6  proven beyond a reasonable doubt, you check "proven."
7  Otherwise, you check "not proven."
8      Those are the special interrogatories, Count One.
9      The government has alleged that the pattern of
10  racketeering activity that Mr. Pabon agreed would be committed
11  included the October 2, 2014, murder of Orlando Rivera.  If you
12  conclude unanimously that the pattern of racketeering activity
13  that the defendant agreed would be committed involved the
14  murder of Orlando Rivera, check "proven" in response to that
15  question on the verdict form.  If you are unable to conclude
16  unanimously that the government has proven that the pattern of
17  racketeering activity that the defendant agreed would be
18  committed included the murder of Orlando Rivera, check "not
19  proven" in response to that question on the verdict form.
20      Now let's go to Count Two, murder in aid of
21  racketeering.
22      Count Two charges Mr. Pabon with the murder of Orlando
23  Rivera or aiding and abetting another person in doing so, at
24  least in part for the purpose of maintaining or increasing his
25  position in a racketeering enterprise, in violation of a law

## 1137

M5b2Pab2        Charge

1  known as Section 1959(a)(1) of Title 18.
2      That provision makes it a crime for any person, for
3  the purpose of gaining entrance to or maintaining or increasing
4  position in an enterprise engaged in racketeering activity, to
5  murder any individual in violation of the laws of any state.
6      In order to meet its burden of proof with respect to
7  Count Two, the government must prove beyond a reasonable doubt
8  each of the following elements:
9      First, that the enterprise charged in Count One
10  existed, that it engaged in racketeering activity, and that it
11  engaged in or its activities affected interstate or foreign
12  commerce, as I have already explained those concepts to you;
13      Second, that the defendant committed a murder, or
14  aided and abetted another to commit a murder, in violation of
15  New York State law; and
16      Third, that the defendant's general purpose in doing
17  so was to gain a position, or maintain or increase his existing
18  position, in the enterprise.
19      The second element the government must prove beyond a
20  reasonable doubt in connection with Count Two is that Mr. Pabon
21  murdered Mr. Rivera or aided and abetted someone else in
22  murdering Mr. Rivera in violation of New York law.
23      If you find beyond a reasonable doubt that the 200
24  gang did exist, affected interstate commerce, and engaged in
25  racketeering activity as described in Count One, then you must

## 1138

M5b2Pab2        Charge

1  go on to consider the other elements of the charges in Count
2  Two.
3      The last element the government must prove beyond a
4  reasonable doubt with respect to Count Two is that Mr. Pabon's
5  purpose in committing the murder or aiding and abetting the
6  commission of the murder, was to gain entrance to, or maintain
7  his position in, or to increase his position in the 200
8  enterprise.
9      Your focus here is on the general purpose of the
10  defendant.  The government does not need to prove that gaining
11  or maintaining or increasing his position in the enterprise was
12  his sole or principal motive as long as it was a substantial
13  motivating factor in his decision to participate in the murder.
14      Now, ladies and gentlemen, I am almost done here.
15  There is another method by which you may evaluate the possible
16  guilt of the defendant of Count Two.  Even if you do not find
17  that the defendant has satisfied its burden -- I'm sorry.  Let
18  me start that again.
19      There is another method by which you may evaluate the
20  possible guilt of Mr. Pabon on Count Two, even if you find that
21  the government has satisfied its burden.  Again, I guess I'm
22  getting tired.  Let me start again.
23      There is another method by which you may evaluate the
24  possible guilt of Mr. Pabon of Count Two even if you do not
25  find that the government has satisfied its burden that

## 1139

M5b2Pab2        Charge

1  Mr. Pabon personally committed or aided and abetted the
2  commission of that offense.
3      If you find beyond a reasonable doubt that Mr. Pabon
4  was a conspirator and therefore guilty of the RICO conspiracy
5  on Count One, then you may also, but you are not required to,
6  find him guilty of a substantive offense committed by a
7  coconspirator, provided that the government has proven the
8  following elements beyond a reasonable doubt:
9      First, that the crime charged in Count Two was
10  committed;
11      Second, that the person or persons you find actually
12  committed the crime were members of the RICO conspiracy you
13  found to have existed under Count One;
14      Third, that the substantive crime in Count Two was
15  committed pursuant to the common plan and understanding you
16  found to exist among the conspirators;
17      Fourth, that the defendant was a member of the RICO
18  conspiracy at the time the crime charged in Count Two was
19  committed; and
20      Fifth that the defendant could reasonably have
21  foreseen that the crime charged in Count Two might be committed
22  by his coconspirators.
23      If you find all five of these elements to exist beyond
24  a reasonable doubt, then you may find Mr. Pabon guilty of the
25  substantive crime charged against him in Count Two, even if he

**1140**

M5b2Pab2          Charge

1  did not personally participate in the acts constituting the
2  crime and even if he did not have actual knowledge of it.
3         However, if you are not satisfied as to the existence
4  of any of these five elements, then you may not find him guilty
5  of the crime charged in Count Two unless the government proves
6  beyond a reasonable doubt that he personally committed or aided
7  and abetted the commission of that crime.
8         Now, ladies and gentlemen, I have been talking a great
9  deal about the government's burden of proof being beyond -- to
10 prove each element beyond a reasonable doubt.  In addition to
11 the elements I have been talking about, you have to consider
12 whether the crime charged or any act in furtherance of the
13 crime charged occurred within the Southern District of New
14 York, which includes Manhattan, the Bronx, Westchester,
15 Rockland, Putnam, Sullivan, Orange, and Dutchess Counties.
16        (Continued on next page)
17
18
19
20
21
22
23
24
25

**1141**

M5b2Pab2          Charge

1         THE COURT:  But on the issue of venue, which is the
2  issue of whether the crime charged or any act in furtherance of
3  it occurred within the Southern District of New York, the
4  government's burden of proof is only by a preponderance of the
5  evidence.  In other words, the government has the burden of
6  proving simply that it's more likely than not that the crime
7  you're considering occurred in the Southern District of New
8  York; it doesn't have to prove venue beyond a reasonable doubt.
9         If you find the government has failed to prove that
10 the crime or an act has occurred within the Southern District
11 of New York by a preponderance of the evidence, your obligation
12 is to acquit Mr. Pabon.
13        It does not matter if the evidence you heard at trial
14 indicates that a particular act occurred on a different date.
15 The law requires only a substantial similarity between the
16 dates alleged in the indictment and the dates established by
17 the evidence.
18        Now, you know, ladies and gentlemen, your sworn duty
19 is to determine whether Mr. Pabon is guilty or not guilty
20 solely on the basis of the evidence or lack of evidence  and
21 these instructions on the law.
22        You can't be influenced by sympathy or bias or your
23 feelings about the nature of the charges or your view of the
24 relative seriousness or lack of seriousness of the charges.
25        Ladies and gentlemen, under your oath as jurors, you

**1142**

M5bWpab3          Charge

1  must not consider the issue of punishment, if any, that may be
2  imposed on Mr. Pabon if he is convicted.  The duty of imposing
3  a sentence in the event of conviction rests exclusively upon
4  me, the Court.  Your function is to weigh the evidence, and you
5  must not consider the issue of punishment here.
6         Each juror is entitled to his or her own opinion, but
7  you are required to exchange views with your fellow jurors.
8  That is the very essence of jury deliberation.  It is your duty
9  to discuss the evidence.  If you have a point of view and after
10 reasoning with other jurors it appears that your own judgment
11 is open to question, then, of course, you should not hesitate
12 in yielding your original point of view if you are convinced
13 that the opposite point of view is really one that satisfies
14 your judgment and your conscience.  However, you are not to
15 give up a point of view if you conscientiously, if the point of
16 view -- sorry.  However, you are not to give up a point of view
17 that you conscientiously believe in simply because you are
18 outnumbered or outweighed.  Vote with the others only if you
19 are convinced on the evidence and the facts and the law that
20 that is the correct way to decide the issue.
21        You can ask for the read back of any testimony that
22 you wish.  If you do wish testimony, the foreperson should send
23 me a note.  You should time it, date it.  You should say,
24 Judge, we'd like to hear the testimony of this person.  Be
25 patient if you send that note out because we have to locate

**1143**

M5bWpab3          Charge

1  that testimony, and in fact, if you ask for all the testimony
2  of somebody, it's going to take a substantial amount of time to
3  read that back.  Be aware of that as well.  So be as specific
4  as you can.  If you want testimony in regard to a particular
5  matter by a particular person, try to be as specific as you
6  can.
7         Similarly, if you want to locate evidence, you can
8  find it on that flash drive.
9         At the end, when you've filled out the verdict form
10 and you've reached a unanimous decision -- I'm sorry.  Let me
11 go back.
12        When you've reached unanimous decision, fill out the
13 verdict form.  Every one of you should sign it, and then I want
14 the foreperson to send me a note.  Time it and date it and say,
15 Judge, the jury has reached a verdict.  Do not tell me what the
16 verdict is in that note.  OK?  I don't want to know what the
17 verdict is, because I'll then have you come out here.  The
18 foreperson will have the verdict in an envelope, and in a
19 formal proceeding, I'll take the verdict.  OK?  So when you
20 reach a verdict, the note you should send me should simply say
21 we've reached a verdict.  I'll bring you out here, and then in
22 open court, you'll announce the verdict, but it will be in a
23 proceeding in open court.
24        Your verdict must be unanimous, by all of you.
25        Counsel, sidebar.

1    (At sidebar)
2         THE COURT:  Are there any objections?
3         Thank you, Mr. Schneider, for your tight reading.  I
4    appreciate it.  I was getting tired by the end.
5         All right.  Any additions or objections?
6         MR. HOBSON:  Your Honor, the Court skipped instruction
7    No. 26, which is the general instruction on racketeering
8    conspiracy.
9         MR. SCHNEIDER:  It's on page 42, your Honor.
10        THE COURT:  I skipped it?
11        MR. HOBSON:  You did.  It might have been intentional,
12   because as a substantive matter, I think it's covered by all of
13   the subsequent specific instructions.  So I think this was just
14   intended to be a general overview.  But I defer to the Court
15   and the defense whether you want to read that or not.
16        MR. SCHNEIDER:  I agree.  I believe that you did
17   unintentionally skip page 42.  However, I think it has been
18   covered specifically in the other charges, so I think to
19   highlight it now would be unnecessary.
20        THE COURT:  All right.  Fine.  It looks like
21   everybody's agreed.
22        Anything else?
23        MR. SCHNEIDER:  Yes.  On page -- give me a second.
24   I'm sorry, your Honor.
25        On page 26, at one point, on the fifth line, you

1    said --
2         THE COURT:  Yes, sir.
3         MR. SCHNEIDER:  The fourth line, which reads, in here,
4    "look to all of the evidence or lack of evidence in
5    deciding" -- I'm sorry.  It's the last line.  I apologize.  On
6    page 26, it says, "Your concern, as I have said, is to
7    determine whether or not" -- you left out "on the evidence or
8    lack of evidence."  So what you read to them was, "Your concern
9    as I have said, is to determine whether or not Mr. Pabon's
10   guilt has been proven beyond a reasonable doubt."
11        I think this particular sentence, in this paragraph,
12   which talks about law enforcement investigative techniques, it
13   is critical -- in this particular point -- to indicate "on the
14   evidence or lack of evidence."
15        THE COURT:  What's the position of -- do you want me
16   to read that again?
17        MR. HOBSON:  I think it's been covered by the earlier
18   sentences in that same instruction, where you say, "look to all
19   of the evidence or lack of evidence in deciding whether the
20   defendant is guilty."  I don't recall whether the Court did, in
21   fact, modify the last sentence, as Mr. Schneider is saying, but
22   I will assume that's correct.
23        THE COURT:  Mr. Schneider.
24        MR. SCHNEIDER:  What?
25        THE COURT:  He's saying I have "evidence or lack of

1    evidence" in there above, so it's not necessary to put it in.
2         MR. SCHNEIDER:  I guess it's probably -- I don't want
3    you to reread the whole thing, so if your intention is to
4    reread the whole thing, then I'd ask you not to.
5         THE COURT:  OK.  Next point.  What else do you have?
6         MR. SCHNEIDER:  On page --
7         THE COURT:  I understand your point.  Just so the
8    record is clear, I was indeed going to read the whole thing,
9    and I can understand why you wouldn't want me to.
10        Let's move on.
11        MR. SCHNEIDER:  On page 31, the last line of the first
12   paragraph, you omitted completely:  "You did not read in
13   reaching a determination of whether the government has proved
14   the defendant guilty beyond a reasonable doubt, you may
15   consider only the evidence introduced or lack of evidence."
16   You did not read that.
17        THE COURT:  Government.
18        MR. HOBSON:  I would say I don't recall whether that
19   was read or not, but I think that point was covered
20   exhaustively in the Court's instructions.
21        THE COURT:  I think so.
22        MR. SCHNEIDER:  I'm sorry.  The answer is yes, it has.
23   I guess my concern, your Honor, is that the jurors are going to
24   be taking much of what you said -- during portions of your
25   charge, you have said words were appropriate, but not in

1    the charge here.
2         THE COURT:  Right.
3         MR. SCHNEIDER:  Nothing you said was inappropriate.  I
4    want that to be clear.
5         My concern is the jurors are now going to be taking
6    this copy of the charge in, which did vary from what your Honor
7    spoke to them about.  So I guess I'm not sure how to handle
8    that except possibly not to have the jurors take the charge in
9    with them, and if they have any questions about the charge to
10   ask you specifically questions about it.
11        THE COURT:  All right.
12        What's the view of the government?
13        MR. HOBSON:  I think the fact that this is a sentence
14   that has been said by the Court multiple times in your oral
15   instructions covers any concerns the defense has.
16        THE COURT:  This is what I'm going to do.  I'm going
17   to let them take it in, but I'm not averse to telling them --
18   well, let's see what else you have.  What else do you have?
19        MR. SCHNEIDER:  Thank you.
20        On page 35, there's just a typo.
21        THE COURT:  Are you sure I didn't leave out an article
22   or a noun somewhere?
23        MR. SCHNEIDER:  I'm sure you did, but I'm not being
24   that picky.
25        THE COURT:  What's they typo?

1   MR. SCHNEIDER:  I'm trying to be respectful.

2   THE COURT:  You're always respectful, sir.

3   MR. SCHNEIDER:  Forget about page 35. I'll move on.

4   Let's see. 37 -- forget about 37. I apologize.

5   THE COURT:  Now we're making progress.

6   MR. SCHNEIDER:  Yes.

7   Page 56, I think, which is talking about New York

8   State law. I don't know if your Honor did it intentionally or

9   not, but virtually every time the written charge talks about

10  "in violation of New York State law," you did not read that,

11  which would be specifically lines 2 to 3. You said in

12  violation of New York State law.

13  THE COURT:  Yes, but what I was talking about in that

14  section is New York law, and they're going to have this in

15  front of them.

16  MR. SCHNEIDER:  I understand. I'm just pointing it

17  out. I don't know if anybody has any concerns about that,

18  because as you know, it's two separate issues.

19  THE COURT:  Yes, but they know that.

20  MR. SCHNEIDER:  OK.

21  THE COURT:  Because I told them.

22  MR. SCHNEIDER:  OK. That's fine. I understand.

23  Page 58, the second paragraph, the written words say,

24  "in order for you to find that a person committed robbery under

25  New York State law, the government must prove beyond a

1   reasonable doubt," you did not read that line at all to the

2   jurors. You just went from reciting the specific penal law

3   sections to the word "first."

4   THE COURT:  What do you want? What are you asking

5   for?

6   MR. SCHNEIDER:  I don't know.

7   THE COURT:  All right. Let's move on then.

8   MR. SCHNEIDER:  Well, I guess, your Honor, when you

9   were talking about the racketeering acts and the special

10  interrogatory form, you did say that they had to check it

11  unanimously. However, you never really mentioned to them that

12  their verdict must be unanimous as to each of the counts,

13  except I think --

14  THE COURT:  Oh, I did several times, but I will

15  restate that, because it's important. Just a moment --

16  MR. SCHNEIDER:  Your Honor, I'm done here, so we can

17  go back if you want.

18  THE COURT:  All right. Anything else?

19  Government, anything else?

20  MR. HOBSON:  Your Honor, a small thing.

21  THE COURT:  We're only doing small things.

22  MR. HOBSON:  It's a nonsubstantive thing, which is

23  while you described the duties of a foreperson, I think you

24  skipped the paragraph about who will be the foreperson, and

25  that might just be helpful for them to know.

1   THE COURT:  I thought I had taken that out. OK. I

2   must say, I was going to take that out and I did not. It's

3   unfortunate we have this because I've observed that juror No. 1

4   has not been paying close attention. But it's here, so we'll

5   put it in. You were expecting it.

6   MR. HOBSON:  If the Court wants a different procedure,

7   we don't object. We just noted that they haven't been told how

8   to pick a foreperson.

9   MR. SCHNEIDER:  We don't object either. If you want

10  to tell the jurors a different manner of doing it and to ignore

11  that, that's fine.

12  THE COURT:  OK. Then since you both agree, what I

13  will do is I will say -- what I was going to do, they should

14  pick their own foreperson and I don't want any fuss about it;

15  if they can't, I'll pick it. But I and my deputy have

16  noticed -- I don't know about you -- juror No. 1 hasn't been

17  following all of the evidence. Let's put it like that.

18  So fine, by consent, here's what I'm going to do.

19  MR. HOBSON:  I should say for the record we have not

20  noticed that, but we defer to the Court on that.

21  THE COURT:  This is what I'm going to do to take care

22  of Mr. Schneider's point. I'm going to tell them how to choose

23  a foreperson. I'm going to tell them that they should all sign

24  the form when it's done and to remind them that their verdict

25  must be unanimous as to each count and must be based on the

1   evidence or lack of evidence. That's the way I'm going to

2   handle that.

3   Any objection?

4   MR. SCHNEIDER:  None whatsoever.

5   MR. HOBSON:  No, your Honor.

6   (In open court)

7   THE COURT:  All right. Ladies and gentlemen, the

8   normal procedure that I now use -- I used to use a different

9   one, but the normal procedure I now use is that you decide who

10  your foreperson should be. I leave it up to you. I don't want

11  there to be any dispute about it. If you can't agree, just

12  send me a note. Juror No. 1 should send me a note and we

13  can't agree on the foreperson. But if you can agree on the

14  foreperson, then you should choose your own foreperson.

15  I also want to remind you that at the end of the case,

16  at the end of your deliberations, you have to sign the verdict

17  form -- every one of you -- and your verdict must be unanimous

18  on each count, and it must be based solely on the evidence or

19  lack of evidence you have heard in this case.

20  Oh, I'm sorry.

21  Counsel, quickly.

22  (At sidebar)

23  THE COURT:  The government has provided me copies of

24  the government exhibit list. I've never done that before, but

25  I've never been handed copies of the government exhibit list.

1152

M5bWpab3

1  I have no objection to it going back.
2           You just had two exhibits, so there's no real issue.
3  Any objection?
4           MR. SCHNEIDER:  No.
5           MS. MACEDONIO:  Your Honor, what is the Court's
6  procedure with respect to the alternates at this time?
7           THE COURT:  I hold them back.  I thank them very much ,
8  and I specifically do not discharge them in case I need them
9  back.
10          MS. MACEDONIO:  OK.
11          (In open court)
12          THE COURT:  All right.  Now I'm going to give copies
13  of the indictment to my deputy and a list of government
14  exhibits.  There were two defense exhibits, so you don't need a
15  specific list of those.  You all have the instructions.  I'm
16  going to ask --
17          MR. SCHNEIDER:  Your Honor, I'm sorry.  Can we step up
18  for a second, please?
19          THE COURT:  All right.  Counsel, sidebar.
20          (At sidebar)
21          THE COURT:  This is getting sloppy.
22  Yes.
23          MR. SCHNEIDER:  I'm sorry, your Honor.
24          I was under the impression that the exhibit list
25  includes the defense exhibits also  on it.  If that's not the

1153

M5bWpab3

1  case, then I don't --
2           THE COURT:  I don't believe it is.
3           MR. HOBSON:  It's not the case.
4           THE COURT:  Just the government's exhibit list.
5           MR. SCHNEIDER:  OK.  Then I do object.  We should put
6  the defense exhibits on the back of it then, somewhere.  It
7  shouldn't just be the government exhibits.  I thought you meant
8  all the exhibits and that the government had included our two
9  exhibits.  I'm sorry about that.
10          MS. MACEDONIO:  We can quickly get that together and
11  send in in.
12          THE COURT:  All right.  Fine.  Send in a list of two
13  exhibits.
14          MR. SCHNEIDER:  Thank you.
15          (In open court)
16          THE COURT:  All right.  Let's do it again.  I'm giving
17  to my deputy a list of the government exhibits.  We'll send in
18  shortly a list of the two defense exhibits just so you have
19  that as well.  I'm going to give my deputy one copy of the
20  verdict form that everyone will fill out.  I'm giving her
21  copies of the indictment.
22          I think that's everything.  If you need anything else,
23  let me know.
24          I'm going to ask everybody except the last two jurors
25  now to begin their deliberations.  But first I'm going to ask

1154

M5bWpab3

1  the marshal to come forward.
2           (Marshal sworn)
3           THE COURT:  Ladies and gentlemen, you're going to be
4  having your deliberations and your breaks and your meals in a
5  different courtroom, because we want everyone to be spaced out
6  when you're talking and don't have your masks on.  My deputy
7  will take you there now.
8           Ladies and gentlemen, I direct you now to begin your
9  deliberations.  We're here as long as you wish.
10          (At 11:55 a.m., the jury retired to deliberate upon a
11  verdict).
12          MS. MACEDONIO:  Your Honor --
13          THE COURT:  Yes.
14          MS. MACEDONIO:  -- I'm sorry.
15          MR. HOBSON:  The two alternate jurors are here.
16          THE COURT:  Tell Ms. Blakely that we need the last
17  two.
18          (Alternate juror present)
19          THE COURT:  You are No. 15, sir?
20          JUROR:  Yes.
21          THE COURT:  Thank you.
22          You may be seated in the courtroom.
23          And you may be seated, sir.
24          (Alternate jurors present)
25          THE COURT:  Please be seated anywhere in the jury box,

1155

M5bWpab3

1  ma'am.  Jurors No. 13 and 15 --
2           JUROR:  I'm 14.
3           THE COURT:  14.  I'm sorry.  14 and 15.  Thank you.  I
4  appreciate that.  That's what I mean, jurors No. 14 and 15.
5           There are only 12 jurors who deliberate.  Right now,
6  there's no need for you to participate in deliberations, and in
7  fact, you're not permitted to participate in deliberations.  I
8  am not going to formally excuse you for the following reason:
9           If, for any reason, during deliberations one or more
10  of the jurors, deliberating jurors, cannot continue, I have the
11  authority to bring back jurors who have heard all of the
12  testimony.  I can tell you that so far in my judicial career I
13  have not had to do that, but there's always that possibility.
14  And especially during Covid, one never knows what's going to
15  happen.
16          So I am not going to formally excuse you.  However,
17  what I can tell you is that everyone very much appreciates your
18  having been here and being available to be on jury duty.  You
19  should simply go about your business.  In other words, you
20  don't have to report to anybody or anything like that.  My
21  deputy will reach out to you in the next day or two if we need
22  you to come in.  Again, it's highly unlikely.
23          I would appreciate it if you would not discuss this
24  case right now with anybody, because again, there's a slight
25  chance that you may have to be put into the deliberating jury.

**M5bWpab3**                                                                 1156

1   Is that clear?
2          All right.  Again, it is really very much appreciated
3   that you were here.  If you would hand your notebooks to my
4   deputy and anything else.
5          Thank you.  You're excused.  I'm not excusing you from
6   the jury, but you're excused for the day.  Thank you, both.
7          And Ms. Blakely, if you could take these two jurors
8   out, I'd appreciate it.
9          (Alternate jurors not present)
10         THE COURT:  All right.  Thank you.  Stay close.  Make
11  sure my deputy knows where you are.  I want you to be in the
12  building and reachable by however she's going to reach you.
13         Thank you, all.
14         MR. SCHNEIDER:  Your Honor, how long do you expect in
15  terms of do you stop at five?  Do you continue?
16         THE COURT:  It's up to the jury.  It's up to the jury.
17  I'll stay here as long as they want.  It's very unusual that a
18  jury will want to stay much past five or 5:30, but it's
19  entirely up to them.  I'll stay as long as they want.
20         MR. SCHNEIDER:  Thank you, your Honor.
21         THE COURT:  And for as many days as they want.
22         MR. SCHNEIDER:  Thank you, your Honor.
23         THE COURT:  Thank you.
24         (Recess pending verdict)
25

**M5bWpab3**                                                                 1157

1          AFTERNOON SESSION
2             3:00 p.m.
3          (Jury not present)
4          THE COURT:  Please be seated.
5          Go ahead and assemble the jury.
6          As I said before, counsel, I thought this case was
7   quite well tried by both sides.  The Court appreciates it.
8          (Jury present)
9          THE COURT:  Please be seated in the courtroom.
10         I have jury note No. 1, timed at 12:25 p.m., which
11  states that juror No. 5 will be the foreperson, and it asks for
12  a copy of the exhibit list, which I had my deputy do.
13         We now have note No. 2, which is Court Exhibit No. 2,
14  timed at 2:45 p.m.  It states, "We have reached a verdict."
15         Ms. Foreperson, has the jury reached a verdict?
16         THE FOREPERSON:  Yes, we have, your Honor.
17         THE COURT:  Oh, I'm sorry.  Yes.
18         Madam foreperson, pass the jury verdict form to my
19  deputy, please.
20         You may be seated.
21         I'm going to inspect the jury verdict form for
22  regularity.
23         THE DEPUTY CLERK:  Please answer to your presence when
24  your number is called.
25         (Jury roll called; all jurors present)

**M5bWpab3**                                                                 1158

1          THE COURT:  All right.  Madam foreperson, please rise
2   again.
3          I'm now returning the verdict form to my deputy, who
4   is returning it to the foreperson.
5          THE DEPUTY CLERK:  In the matter of United States of
6   America v. Christian Pabon, 18 Cr. 319.
7          "Count One:  Racketeering conspiracy.
8          "As to Count One, how do you find the defendant?
9          "Guilty or not guilty."
10         THE FOREPERSON:  We find the defendant guilty.
11         THE DEPUTY CLERK:  "Acts involving murder under New
12  York law.
13         "Proven or not proven."
14         THE FOREPERSON:  Proven.
15         THE DEPUTY CLERK:  "Acts involving robbery under New
16  York law.
17         "Proven or not proven."
18         THE FOREPERSON:  Proven.
19         THE DEPUTY CLERK:  "Acts involving robbery under
20  federal law.
21         "Proven or not proven."
22         THE FOREPERSON:  Proven.
23         THE DEPUTY CLERK:  "Acts involving narcotics
24  trafficking under federal law.
25         "Proven or not proven."

**M5bWpab3**                                                                 1159

1          THE FOREPERSON:  Proven.
2          THE DEPUTY CLERK:  "Did the pattern of racketeering
3   activity that the defendant agreed would be committed involve
4   the murder of Orlando Rivera?
5          "Proven or not proven."
6          THE FOREPERSON:  Proven.
7          THE DEPUTY CLERK:  "As to Count Two, how do you find
8   the defendant?
9          "Guilty or not guilty."
10         THE FOREPERSON:  Guilty.
11         THE DEPUTY CLERK:  Thank you.
12         THE COURT:  Ladies and gentlemen of the jury, please
13  listen to your verdict as it stands recorded.
14         THE DEPUTY CLERK:  As to Count One, racketeering
15  conspiracy, you find the defendant guilty.
16         THE COURT:  As to acts involving murder under New York
17  law.
18         THE DEPUTY CLERK:  Proven.
19         As to acts involving robbery under New York law,
20  proven.
21         As to acts involving robbery under federal law,
22  proven.
23         As to acts involving narcotics trafficking under
24  federal law, proven.
25         Did the pattern of racketeering activity that the

M5bWpab3

1  defendant agreed would be committed involve the murder of
2  Orlando Rivera?  Proven.
3       As to Count Two, you find the defendant guilty of
4  murder in aid of racketeering.
5       Juror No. 1, is that your verdict?
6       JUROR:  Yes.
7  THE DEPUTY CLERK:  Juror No. 2, is that your verdict ?
8       JUROR:  Yes.
9  THE DEPUTY CLERK:  Juror No. 3, is that your verdict ?
10      JUROR:  Yes.
11 THE DEPUTY CLERK:  Juror No. 4, is that your verdict ?
12      JUROR:  Yes.
13 THE DEPUTY CLERK:  Juror No. 5, is that your verdict ?
14      JUROR:  Yes.
15 THE DEPUTY CLERK:  Juror No. 6, is that your verdict ?
16      JUROR:  Yes.
17 THE DEPUTY CLERK:  Juror No. 7, is that your verdict ?
18      JUROR:  Yes.
19 THE DEPUTY CLERK:  Juror No. 8, is that your verdict ?
20      JUROR:  Yes.
21 THE DEPUTY CLERK:  Juror No. 9, is that your verdict?
22      JUROR:  Yes.
23 THE DEPUTY CLERK:  Juror No. 10, is that your verdict?
24      JUROR:  Yes.
25 THE DEPUTY CLERK:  Juror No. 11, is that your verdict?

M5bWpab3

1       JUROR:  Yes.
2  THE DEPUTY CLERK:  Juror No. 12, is that your verdict?
3       JUROR:  Yes.
4  THE DEPUTY CLERK:  Jury polled.  Verdict unanimous .
5       THE COURT:  Thank you.
6       I now have the verdict form from the foreperson, and
7  I'm going to hand it to my deputy.  I'm directing my deputy to
8  file and record the verdict.
9       Ladies and gentlemen of the jury, I and my staff, the
10 lawyers, the parties, everyone, appreciates the fact that you
11 have been available to serve as jurors, and everyone
12 appreciates the fact that over the past week and a half, we
13 could tell that you were quite closely following the evidence.
14 It's very much appreciated.
15      Ladies and gentlemen, this jury is discharged.
16      Please follow my deputy.
17      (Jury discharged)
18      THE COURT:  Please be seated in the courtroom.
19      I'm hereby setting the sentencing date as August 18 at
20 11 a.m. in my regular courtroom, courtroom 23A.
21      Is there anything else I can do for the parties at
22 this time?
23      Government.
24      MR. HOBSON:  No, your Honor.
25      THE COURT:  Defense.

M5bWpab3
1162

1       MS. MACEDONIO:  Your Honor, we'd like to be able to
2  file posttrial motions in writing.
3       THE COURT:  Yes, ma'am.
4       MS. MACEDONIO:  We would ask that that time period be
5  extended for a one-month period because I have a trial coming
6  up immediately after this.
7       THE COURT:  One month from today motions are due.
8       MS. MACEDONIO:  Thank you.
9       THE COURT:  If I remember correctly, Mr. Pabon said
10 that he has been incarcerated for 57 months.  I think that's
11 what he said.  Is that correct?
12      He's been incarcerated for a considerable period of
13 time.
14      MS. MACEDONIO:  Yes, that's true.
15      THE COURT:  All right.  What I'd like is to have the
16 sentencing brought on expeditiously so that he can be
17 transferred to a BOP facility that has more programming
18 available, has more outdoor activities available, that has the
19 ability to be outside more than here at the MDC, especially
20 given the recent events at the MDC.  So I don't want the
21 sentencing delayed.  Have your motions in one month from today.
22      Government, respond as quickly as you can to that , and
23 then I'll decide the motions.  Assuming the verdict is not
24 overturned, I want the sentencing then proceed on time.
25      Mr. Kaufman, I'm going to handle you in a few minutes.

M5bWpab3
1163

1       MR. KAUFMAN:  Thank you.
2       THE COURT:  Not right now.
3       MR. SCHNEIDER:  Your Honor, what time on the 18th ,
4  please?
5       THE COURT:  11 a.m.
6       MR. SCHNEIDER:  I have a doctor's appointment in the
7  morning.  Could it be later that day?
8       THE COURT:  You name it, sir.  What time?
9       MR. SCHNEIDER:  Could we do 2:00, please, your Honor ?
10      THE COURT:  2 p.m., August 18.
11      MR. SCHNEIDER:  Thank you.
12      THE COURT:  All right.  Thank you.
13      Mr. Kaufman, do you have an order for me?
14      MR. KAUFMAN:  I do not.
15      THE COURT:  The trial is now over.  There was a
16 material witness who I held in contempt and had incarcerated
17 until the end of the trial.  The trial is now over.  Let's wait
18 until Ms. Blakely come back.  If nobody has a proposed order, I
19 will get you a proposed order now.  I take it that's what your
20 application is.
21      MR. KAUFMAN:  That is, your Honor.
22      THE COURT:  All right.  Everyone should just relax.
23 Ms. Blakely will be right back.
24      Ms. Blakely, the parties will dictate an order that
25 they want me to sign, and I will decide whether or not to sign

**Page 1164**

1  it.
2        What would you like it to say, in sum or substance?
3        MR. KAUFMAN:   Just that the Court releases Thomas
4  Johnson and his registered number from custody no long er being
5  held in civil contempt in this matter.  I understand there's a
6  fine.
7        THE COURT:  Ms. Blakely, we'll put it on the caption
8  of this case.
9        It is hereby ordered that a verdict having been
10  reached in this matter --
11        The name of your client.
12        MR. KAUFMAN:   Thomas Johnson, your Honor.
13        THE COURT:  Thomas Johnson, registered number.
14        MS. ESPINOSA:   99790-509.
15        THE COURT:   -- is to be released from the custody of
16  the Bureau of Prisons.
17        MR. KAUFMAN:  Your Honor, I think I would ask further
18  if the Court would consider , now that there is no more coercive
19  effect, releasing the fine from Mr. Johnson as well.
20        THE COURT:  What's the position of the government?
21        MS. ESPINOSA:   One moment, your Honor?
22        THE COURT:   Yes.
23        I must say I'm not inclined to do so.
24        MS. ESPINOSA:  Your Honor, the government is opposed
25  to releasing the fine at this point because we think that ,

**Page 1165**

1  particularly as a deterrent effect going forward, if the fine
2  is not real, it's not meaningful.
3        THE COURT:   That's my view as well.
4        I'm not going to add anything in there about that.
5        MR. KAUFMAN:   Just to briefly respond to that?
6        THE COURT:   Of course.
7        MR. KAUFMAN:   Obviously, as this is not a criminal
8  charge and it's not governed by 3553, the subsection in 3553 on
9  deterrence would not -- doesn't seem that it would necessarily
10  apply to a civil contempt.
11        THE COURT:   I think the way I would phrase it in
12  support of your position is that civil contempt is only
13  supposed to be coercive and not punitive.
14        MR. KAUFMAN:   Correct.
15        THE COURT:   And there's nothing to coerce him into
16  doing now, because he can't testify.
17        MR. KAUFMAN:   That is my point, your Honor.
18        THE COURT:   I understand that.  Nonetheless, I really
19  don't want people to think that all they have to do is wait a
20  couple of days and everything's removed.  I really doubt the
21  government's going to be coming after him for the fine, but
22  that's not up to me.  I'm not going to put anything in the
23  order specifically releasing it.  People have to treat immunity
24  orders with seriousness, but I understand your position.
25        MR. KAUFMAN:   Thank you, your Honor.

**Page 1166**

1        THE COURT:   I should state that I just spoke to the
2  jury, as I almost always do, and they expressed some lingering
3  concern for their safety.  I said that was not a concern and
4  there had never been any such issue in my 28 years of being a
5  judge.  Nonetheless, somehow, you may want to get that message
6  through to your client.
7        MR. KAUFMAN:   Yes, your Honor.
8        THE COURT:   For the record, I think your client was
9  more scared than these jurors.
10        MR. KAUFMAN:   Correct.  That's why we are where we
11  are.
12        MS. ESPINOSA:  Could I just add, your Honor, having
13  spoken to the United States Marshals Service, if it could say
14  as well that he's released from the Bureau of Prisons or the
15  United States Marshals Service.  I believe he's technically in
16  the custody of the United States Marshals Service at the
17  moment.
18        THE COURT:   Do you simply want it to say the marshals?
19        THE MARSHAL:   That's fine.  Yes, your Honor.
20        THE COURT:   Just the marshals, with one L.  From the
21  custody of the U.S. Marshals.
22        I thought when you turn him over to the MDC that he's
23  then in the custody of the BOP.
24        THE MARSHAL:   Yes, but he's housed at Essex County,
25  which is a contract jail, your Honor.

**Page 1167**

1        THE COURT:   All right.  Thank you, all.
2        MR. HOBSON:   Thank you, your Honor.
3        MS. BHASKARAN:   Thank you, your Honor.
4        MR. KAUFMAN:   Would it be possible if I could have a
5  copy of that?
6        THE DEPUTY CLERK:   I made you a copy.
7        (Adjourned)

JUROR: [14] 1154/20 1155/2 1160/6 1160/8 1160/10 1160/12 1160/14 1160/16 1160/18 1160/20 1160/22 1160/24 1161/1 1161/3

MR. HOBSON: [14] 1144/6 1144/11 1145/17 1146/18 1147/13 1149/20 1149/22 1150/6 1150/19 1151/5 1153/3 1154/15 1161/24 1167/2

MR. KAUFMAN: [14] 1163/1 1163/14 1163/21 1164/3 1164/12 1164/17 1165/5 1165/7 1165/14 1165/17 1165/25 1166/7 1166/10 1167/4

MR. SCHNEIDER: [37] 1110/24 1123/23 1144/9 1144/16 1144/23 1145/3 1145/24 1146/2 1146/6 1146/11 1146/22

1147/3 1147/6 1147/19 1147/23 1148/1 1148/3 1148/6 1148/16 1148/20 1148/22 1149/6 1149/8 1149/16 1150/9 1151/4 1152/4 1152/17 1152/23 1153/5 1153/14 1156/14 1156/20 1156/22 1163/3 1163/6 1163/9 1163/11

MS. BHASKARAN: [1] 1167/3

MS. ESPINOSA: [4] 1164/14 1164/21 1164/24 1166/12

MS. MACEDONIO: [9] 1152/5 1152/10 1153/10 1154/12 1154/14 1162/1 1162/4 1162/8 1162/14

THE COURT: [93]

THE DEPUTY CLERK: [24] 1157/23 1158/5 1158/11 1158/15 1158/19 1158/23

1159/2 1159/7 1159/11 1159/14 1159/18 1160/7 1160/9 1160/11 1160/13 1160/15 1160/17 1160/19 1160/21 1160/23 1160/25 1161/2 1161/4 1167/6

THE FOREPERSON: [8] 1157/16 1158/10 1158/14 1158/18 1158/22 1159/1 1159/6 1159/10

THE MARSHAL: [2] 1166/19 1166/24

-

--------------------------------

----x [2] 1076/2 1076/7

**1**

10 [1] 1160/23
105.05 [1] 1129/14
105.10 [1] 1129/14
105.15 [1] 1128/7
11 [4] 1076/8 1160/25 1161/20 1163/5
110 [2] 1127/16 1129/14

# 1

11:00 [1] 1124/12
11:55 [1] 1154/10
12 [2] 1155/5 1161/2
12:25 [1] 1157/10
13 [1] 1155/1
14 [4] 1155/2 1155/3
 1155/3 1155/4
15 [4] 1154/19
 1155/1 1155/3
 1155/4
160 [1] 1129/14
160.05 [1] 1129/14
160.10 [1] 1129/14
160.15 [1] 1129/14
1653 [1] 1102/1
18 [6] 1076/4
 1130/24 1137/1
 1158/6 1161/19
 1163/10
1841 [1] 1133/6
18th [1] 1163/3
1951 [1] 1130/24
1959 [1] 1137/1

# 2

20.00 [1] 1104/21
200 [13] 1101/22
 1102/2 1115/2
 1115/22 1116/22
 1116/23 1118/5
 1120/11 1122/2

 1137/23 1138/7
2014 [7] 1101/18
 1101/25 1115/16
 1115/20 1115/23
 1116/3 1136/11
2018 [5] 1101/19
 1115/16 1115/20
 1115/23 1116/4
2022 [1] 1076/8
21 [2] 1132/16
 1133/6
23A [1] 1161/20
26 [3] 1144/7
 1144/25 1145/6
28 [1] 1166/4
2:00 [1] 1163/9
2:45 [1] 1157/14

# 3

31 [1] 1146/11
319 [2] 1076/4
 1158/6
35 [2] 1147/20
 1148/3
3553 [2] 1165/8
 1165/8
37 [2] 1148/4 1148/4
3:00 [1] 1157/2

# 4

42 [2] 1144/9
 1144/17

# 5

509 [1] 1164/14
56 [1] 1148/7
57 [1] 1162/10
58 [1] 1148/23
5:30 [1] 1156/18

# 8

846 [1] 1132/16

# 9

99790-509 [1]
 1164/14
9:15 [1] 1076/9

# A

a.m [4] 1076/9
 1154/10 1161/20
 1163/5
abet [2] 1103/17
 1119/12
abets [2] 1103/1
 1103/3
abetted [11] 1102/2
 1102/10 1103/8
 1103/16 1104/9
 1122/17 1126/16
 1137/14 1137/21
 1139/1 1140/7
abetting [18] 1102/4
 1102/17 1102/23
 1102/24 1102/25
 1103/11 1103/12

**A**

abetting... [11]
1104/5 1104/16
1104/20 1104/22
1127/10 1128/3
1130/10 1132/8
1133/21 1136/23
1138/5

abettor [4] 1102/16
1104/6 1104/14
1104/16

ability [3] 1089/21
1134/11 1162/19

able [5] 1079/4
1088/16 1096/24
1097/6 1162/1

about [59] 1077/14
1079/6 1079/18
1080/1 1080/9
1080/11 1080/14
1084/10 1086/18
1087/24 1088/22
1088/24 1089/13
1089/14 1089/15
1091/18 1091/20
1093/2 1093/5
1093/10 1093/11
1094/8 1094/13
1095/6 1097/10
1100/18 1103/25
1104/8 1104/11
1108/3 1119/1

1124/4 1124/5
1124/24 1132/10
1132/11 1135/2
1135/8 1140/9
1140/11 1141/23
1145/12 1147/7
1147/9 1147/10
1148/3 1148/4
1148/7 1148/9
1148/13 1148/17
1149/9 1149/24
1150/14 1150/16
1151/11 1153/9
1155/19 1165/4

above [1] 1146/1

Abrams [1] 1076/24

absence [2] 1100/9
1113/22

absorb [1] 1077/13

accept [11] 1078/19
1079/8 1085/24
1085/25 1085/25
1088/6 1091/3
1092/18 1093/17
1095/21 1095/22

accident [2] 1103/22
1109/5

accomplish [3]
1105/19 1107/3
1113/9

accomplished [1]
1112/20

accomplishment [1]
1111/16

accomplishments [1]
1112/5

accordance [1]
1077/20

Accordingly [2]
1103/5 1113/11

account [1] 1090/21

accuracy [1]
1089/20

accurately [1]
1088/17

accusation [3]
1082/6 1086/6
1100/25

achieve [2] 1106/13
1108/2

acquiescence [2]
1104/3 1111/22

acquit [3] 1083/1
1084/11 1141/12

act [34] 1083/16
1083/20 1103/20
1109/1 1110/16
1111/4 1112/20
1119/7 1119/17
1120/3 1120/4
1120/7 1120/8
1120/9 1120/11
1121/15 1123/3
1123/8 1123/9

Case 1:18-cr-00319-SHS Document 542 Filed 05/20/22 Page 67 of 123

act... [15]  1123/9
 1123/10 1126/8
 1127/13 1128/6
 1128/13 1128/17
 1128/17 1128/18
 1128/19 1130/14
 1140/12 1141/2
 1141/10 1141/14
acted [1]  1132/3
acting [1]  1104/24
action [1]  1104/7
actions [4]  1104/13
 1107/6 1108/25
 1131/15
activities [13]
 1109/20 1116/15
 1116/16 1116/25
 1117/11 1118/4
 1118/6 1118/20
 1121/6 1121/8
 1124/6 1137/11
 1162/18
activity [36]
 1101/23 1104/18
 1114/21 1114/23
 1117/3 1117/4
 1118/14 1119/2
 1119/3 1119/4
 1119/8 1120/14
 1120/17 1120/21
 1121/1 1121/23

 1121/25 1122/5
 1122/8 1122/8
 1122/14 1122/22
 1122/24 1123/13
 1123/21 1131/24
 1131/24 1136/3
 1136/10 1136/12
 1136/17 1137/4
 1137/10 1137/25
 1159/3 1159/25
acts [90]  1103/13
 1103/21 1103/21
 1107/9 1108/21
 1109/3 1109/9
 1109/11 1110/10
 1110/14 1111/24
 1113/4 1113/12
 1113/15 1113/16
 1113/18 1113/21
 1113/23 1113/25
 1114/2 1114/23
 1116/21 1116/22
 1118/19 1119/5
 1119/13 1119/15
 1119/16 1119/19
 1119/23 1119/25
 1120/15 1120/22
 1120/23 1121/2
 1121/4 1121/16
 1121/21 1121/22
 1122/9 1122/15
 1122/21 1123/5

 1123/7 1123/12
 1123/16 1123/17
 1123/19 1124/10
 1124/12 1124/25
 1125/3 1125/7
 1125/12 1125/17
 1126/11 1127/2
 1127/9 1127/11
 1128/2 1128/14
 1129/8 1129/10
 1129/12 1129/19
 1130/8 1130/12
 1130/18 1130/19
 1130/23 1132/6
 1132/11 1132/13
 1133/20 1135/17
 1135/21 1135/23
 1135/24 1140/1
 1149/9 1158/11
 1158/15 1158/19
 1158/23 1159/16
 1159/19 1159/21
 1159/23
actual [5]  1105/22
 1131/13 1134/5
 1134/9 1140/2
actually [10]  1103/7
 1106/2 1106/9
 1121/16 1123/17
 1123/18 1131/15
 1132/20 1134/6

Case 1:18-cr-00319-SHS Document 309 Filed 05/20/22 Page 28 of 104

**actually... [1]**
1139/11
**ADAM [1]** 1076/17
**add [2]** 1165/4
1166/12
**addition [7]** 1079/11
1099/17 1115/7
1121/4 1127/2
1134/16 1140/10
**additions [1]** 1144/5
**Adjourned [1]**
1167/7
**admit [1]** 1087/20
**admitted [5]** 1096/3
1096/16 1097/12
1097/20 1099/17
**advance [1]** 1126/25
**advances [1]**
1090/25
**adverse [2]** 1099/3
1116/20
**advised [2]** 1112/8
1112/15
**affairs [9]** 1083/21
1101/21 1114/20
1118/13 1118/16
1120/6 1120/24
1121/21 1122/4
**affect [2]** 1100/9
1101/16
**affected [11]**

1089/21 1091/8
1114/13 1116/15
1116/17 1116/21
1117/11 1131/17
1131/22 1137/11
1137/24
**affecting [1]** 1117/9
**affects [2]** 1131/1
1131/20
**affirmative [2]**
1103/24 1112/20
**after [9]** 1083/2
1083/15 1084/9
1084/12 1092/17
1119/6 1142/9
1162/6 1165/21
**AFTERNOON [1]**
1156/25
**again [20]** 1079/5
1087/10 1092/1
1093/20 1094/21
1095/23 1096/22
1098/19 1100/15
1135/9 1136/5
1138/18 1138/21
1138/22 1145/16
1153/16 1155/22
1155/24 1156/2
1158/2
**against [14]** 1081/22
1082/19 1086/14
1086/19 1086/24

1094/9 1095/3
1099/4 1099/5
1100/22 1113/4
1114/6 1131/12
1139/25
**age [2]** 1080/10
1080/12
**agent [1]** 1113/10
**agree [10]** 1106/20
1132/17 1135/11
1135/18 1135/19
1144/16 1150/12
1151/11 1151/13
1151/13
**agreed [33]** 1108/2
1108/16 1114/17
1118/12 1119/10
1121/14 1121/17
1123/2 1123/5
1123/13 1123/16
1123/18 1123/19
1125/16 1127/7
1127/12 1127/14
1128/9 1128/12
1130/7 1130/13
1130/15 1132/5
1133/18 1133/24
1134/1 1136/3
1136/10 1136/13
1136/17 1144/21
1159/3 1160/1
**agreeing [3]**

agreeing... [3] 1105/20 1105/21 1106/3

agreement [15] 1088/1 1105/18 1106/10 1106/24 1107/5 1107/14 1110/11 1111/12 1112/18 1119/7 1128/16 1128/25 1129/5 1132/21 1135/8

agreements [1] 1088/4

ahead [1] 1157/5

aid [8] 1079/20 1102/7 1103/7 1103/17 1111/15 1119/12 1136/20 1160/4

aided [12] 1102/2 1102/10 1103/8 1103/16 1104/9 1105/10 1122/17 1126/16 1137/14 1137/21 1139/1 1140/6

aider [4] 1102/16 1104/6 1104/14 1104/15

aiding [19] 1102/4 1102/17 1102/22 1102/23 1102/25 1103/10 1103/12 1104/5 1104/16 1104/20 1104/21 1112/5 1127/10 1128/3 1130/10 1132/8 1133/21 1136/23 1138/5

aids [4] 1096/7 1103/1 1103/3 1105/1

aims [1] 1111/19

all [86] 1080/6 1081/5 1083/3 1083/15 1083/25 1084/3 1084/9 1084/12 1084/15 1085/9 1085/15 1086/2 1092/17 1093/14 1094/22 1095/4 1095/19 1095/22 1095/22 1095/24 1096/18 1097/8 1097/9 1098/1 1098/8 1100/14 1101/13 1106/19 1107/6 1107/10 1109/17 1109/20 1109/20 1110/9 1110/12 1111/1 1113/15 1113/15 1116/5 1117/3 1117/9 1117/16 1118/8 1118/25 1121/12 1121/25 1123/10 1124/11 1124/19 1126/4 1129/4 1131/23 1133/10 1139/23 1143/1 1143/24 1144/5 1144/12 1144/20 1145/4 1145/18 1147/11 1149/1 1149/7 1149/18 1150/17 1150/23 1151/7 1152/12 1152/15 1152/19 1153/8 1153/12 1153/16 1155/11 1156/2 1156/10 1156/13 1157/25 1158/1 1162/15 1163/12 1163/22 1165/19 1167/1 1167/1

alleged [26] 1104/19 1106/7 1107/5 1107/6 1107/10 1109/10 1112/24 1114/12 1114/25 1115/2 1115/21 1115/22 1119/13

Case 1:18-cr-00319-SHS Document 508-7 Filed 05/20/22 Page 30 of 104

**1087/2 1087/23 1076/3 1158/6**

alleged... [13]
1121/3 1122/5
1124/5 1124/12
1126/9 1127/8
1129/10 1129/15
1132/10 1132/12
1133/19 1136/9
1141/16

alleges [4] 1102/23
1124/21 1129/17
1130/21

allow [2] 1080/13
1086/24

allowing [1]
1092/24

almost [4] 1083/13
1097/2 1138/14
1166/2

alone [4] 1078/17
1078/25 1079/6
1082/25

along [4] 1077/9
1077/16 1096/18
1098/1

already [7] 1081/9
1082/4 1124/24
1127/10 1135/1
1135/1 1137/12

also [33] 1076/24
1078/23 1081/11
1085/5 1087/1

1088/3 1088/19
1088/23 1091/12
1092/5 1092/22
1093/23 1097/18
1098/4 1098/9
1098/17 1098/21
1099/16 1105/14
1111/21 1113/20
1118/25 1121/4
1122/4 1124/20
1125/20 1128/5
1129/25 1139/5
1151/15 1152/25

alternate [4]
1154/15 1154/18
1154/24 1156/9

alternates [1]
1152/6

although [7] 1081/9
1082/5 1091/16
1110/7 1115/13
1123/1 1123/17

always [8] 1079/5
1084/5 1089/7
1089/8 1098/25
1148/2 1155/13
1166/2

am [5] 1124/11
1124/20 1138/14
1155/8 1155/16

AMERICA [2]

among [5] 1088/1
1088/4 1089/5
1089/6 1139/16

amount [1] 1143/2

analyzing [1]
1099/24

announce [1]
1143/22

another [16] 1081/1
1098/19 1103/3
1103/17 1104/23
1105/7 1119/17
1127/6 1129/9
1131/11 1135/7
1136/23 1137/14
1138/15 1138/19
1138/23

answer [4] 1092/24
1135/7 1146/22
1157/23

answered [1]
1086/24

answers [2] 1086/12
1089/18

any [125]

anybody [3]
1148/17 1155/20
1155/24

anyone [2] 1080/12
1133/7

anything [11]

Case 1:18-cr-00319-SHS Document 465 Filed 05/20/22 Page 31 of 104

anything... [11] 1081/2 1131/5 1144/22 1149/18 1149/19 1153/22 1155/20 1156/4 1161/21 1165/4 1165/22

anywhere [1] 1154/25

apologize [2] 1145/5 1148/4

apparent [1] 1107/7

appeal [1] 1090/12

appear [1] 1089/17

APPEARANCES [1] 1076/15

appeared [2] 1091/11 1091/14

appears [1] 1142/10

application [1] 1163/20

applies [2] 1080/2 1104/21

apply [10] 1077/19 1079/9 1093/14 1118/24 1118/25 1127/9 1130/9 1132/7 1133/21 1165/10

appointment [1] 1163/6

appreciate [5] 1124/1 1144/4 1155/4 1155/23 1156/8

appreciated [2] 1156/2 1161/14

appreciates [4] 1155/17 1157/7 1161/10 1161/12

appropriate [2] 1106/2 1146/25

approve [3] 1096/10 1097/13 1097/21

approved [1] 1081/6

approximately [5] 1101/18 1101/19 1101/24 1115/16 1115/23

are [104]

area [1] 1092/24

areas [1] 1093/2

aren't [1] 1086/12

argument [1] 1078/20

arguments [1] 1098/5

arises [1] 1083/12

arising [1] 1094/1

around [2] 1106/16 1113/3

arrive [1] 1082/1

article [3] 1131/2

as [156]

aside [2] 1081/11 1081/17

ask [11] 1095/8 1104/10 1142/21 1143/1 1146/4 1147/10 1152/16 1153/24 1153/25 1162/4 1164/17

asked [2] 1123/22 1124/3

asking [1] 1149/4

asks [1] 1157/11

assemble [1] 1157/5

assembled [1] 1111/19

assist [4] 1093/8 1127/15 1130/16 1134/2

assistance [1] 1099/24

Assistant [1] 1076/19

assisted [3] 1102/21 1112/8 1112/15

associate [1] 1104/11

associated [13] 1103/18 1114/15 1115/4 1115/13 1115/22 1117/15

**A**

associated... [7] 1117/19 1117/22 1118/1 1118/2 1118/10 1122/6 1133/3
association [6] 1105/4 1110/18 1110/20 1111/6 1111/8 1120/22
assume [1] 1145/22
Assuming [1] 1162/23
assumptions [1] 1081/12
assure [2] 1087/15 1089/4
astonished [1] 1089/8
attach [1] 1099/2
attack [1] 1092/13
attempt [6] 1127/9 1127/13 1127/17 1127/24 1128/1 1130/14
attempted [10] 1123/6 1123/7 1124/25 1125/4 1126/14 1127/20 1127/21 1129/13 1129/20 1130/24
attempting [1]

attempts [1] 1131/3
attention [3] 1088/12 1100/19 1150/4
attorney [2] 1076/16 1078/20
Attorneys [3] 1076/19 1076/20 1076/22
audio [1] 1096/2
August [2] 1161/19 1163/10
authority [1] 1155/11
authorized [1] 1120/10
available [6] 1097/9 1107/8 1155/18 1161/11 1162/18 1162/18
Avenue [1] 1102/1
averse [1] 1147/17
avoid [2] 1083/23 1099/19
aware [4] 1081/14 1091/19 1108/20 1143/3

**B**

back [13] 1085/1 1096/25 1142/21 1143/3 1143/11

1149/17 1152/1 1152/7 1152/9 1153/6 1155/11 1163/18 1163/23
ballistics [2] 1093/1 1093/10
based [9] 1078/13 1080/22 1080/25 1081/1 1083/13 1097/19 1099/22 1150/25 1151/18
basic [2] 1101/5 1101/7
basis [4] 1081/22 1085/10 1097/2 1141/20
be [162]
bear [2] 1091/2 1122/22
bearing [2] 1099/12 1110/5
became [2] 1106/12 1133/1
because [35] 1077/12 1077/14 1084/16 1086/1 1088/12 1093/18 1095/10 1098/8 1098/18 1100/17 1102/23 1103/22 1112/10 1119/2 1127/12 1127/14

**B**

because... [19]
1128/23 1129/6
1130/12 1130/15
1133/23 1134/1
1142/17 1142/25
1143/17 1144/12
1148/18 1148/21
1149/15 1150/3
1154/5 1155/24
1162/5 1164/25
1165/16
becomes [2]
1112/17 1113/10
been [43]  1077/25
1082/5 1083/11
1084/18 1085/15
1087/14 1088/11
1088/12 1089/16
1096/3 1098/2
1098/14 1100/9
1100/17 1107/4
1108/20 1109/3
1113/20 1114/3
1116/13 1116/20
1117/7 1124/4
1124/13 1124/13
1124/17 1140/8
1140/11 1144/11
1144/17 1145/10
1145/17 1147/14
1150/4 1150/7

1150/16 1151/25
1155/18 1161/11
1162/10 1162/12
1164/9 1166/4
before [13]  1076/10
1080/7 1080/21
1085/20 1087/18
1091/14 1091/19
1091/21 1101/6
1110/10 1113/23
1151/24 1157/6
began [1]  1083/7
begin [2]  1153/25
1154/8
beginning [2]
1084/17 1096/5
begins [1]  1082/24
behavior [1]  1081/7
being [15]  1088/15
1089/17 1089/23
1091/22 1095/13
1104/2 1111/17
1123/21 1124/3
1131/10 1140/9
1147/23 1155/18
1164/4 1166/4
belief [2]  1089/8
1090/18
believe [25]  1087/1
1088/13 1088/13
1088/14 1088/15
1088/15 1089/3

1089/6 1089/7
1089/12 1089/12
1089/13 1090/7
1090/20 1090/20
1093/15 1093/16
1095/12 1095/13
1142/17 1144/16
1153/2 1166/15
believed [1]  1095/10
benefit [3]  1090/22
1095/9 1109/24
benefited [1]  1120/8
benefits [1]  1094/25
benefitted [1]
1095/1
best [1]  1095/12
between [3]  1116/11
1120/2 1141/15
beyond [65]
1077/25 1082/13
1082/23 1083/2
1083/10 1083/18
1084/1 1084/3
1084/3 1084/7
1084/13 1094/15
1094/20 1096/20
1098/3 1098/14
1098/20 1099/1
1099/14 1100/14
1101/6 1102/13
1103/6 1105/8

Case 1:18-cr-00319-SHS   Document 508   Filed 05/20/22   Page 34 of 104

**beyond... [41]**
1106/8 1108/6
1108/13 1108/24
1109/12 1112/6
1112/12 1113/17
1114/10 1114/25
1115/24 1116/8
1117/10 1117/14
1117/21 1117/25
1118/11 1119/9
1121/10 1126/13
1128/7 1129/23
1129/25 1132/18
1132/25 1135/19
1136/6 1137/7
1137/19 1137/23
1138/3 1139/3
1139/8 1139/23
1140/6 1140/9
1140/10 1141/8
1145/10 1146/14
1148/25
**BHASKARAN [1]**
1076/18
**bias [11]**  1078/15
1080/5 1081/2
1081/10 1081/11
1081/20 1081/24
1082/2 1090/15
1090/17 1141/22
**biases [3]**  1081/13

**Blakely [6]**  1154/16
1156/7 1163/18
1163/23 1163/24
1164/7
**BOP [2]**  1162/17
1166/23
**Borck [2]**  1092/25
1093/10
**bosses [1]**  1089/10
**both [11]**  1102/22
1102/24 1120/1
1121/7 1122/1
1125/25 1126/6
1126/7 1150/12
1156/6 1157/7
**box [2]**  1086/13
1154/25
**break [2]**  1124/14
1124/16
**breaking [1]**
1108/19
**breaks [1]**  1154/4
**briefly [1]**  1165/5
**bring [7]**  1077/3
1079/4 1087/13
1104/8 1104/11
1143/21 1155/11
**bringing [1]**
1103/25
**Bronx [1]**  1140/14
**brought [2]**  1080/17

**building [1]**  1156/12
**burden [25]**
1079/25 1082/12
1082/14 1082/16
1083/4 1083/25
1084/4 1084/6
1098/7 1098/19
1098/21 1098/25
1100/12 1100/13
1106/6 1114/9
1121/9 1131/18
1137/6 1138/17
1138/21 1138/25
1140/9 1141/4
1141/5
**Bureau [2]**  1164/16
1166/14
**business [1]**  1155/19

**C**

**call [6]**  1091/24
1097/6 1100/5
1100/21 1100/21
1135/16
**called [8]**  1079/17
1088/5 1097/4
1100/9 1101/7
1135/4 1157/24
1157/25
**calling [2]**  1082/16
1100/12
**calls [2]**  1096/3

Case 1:18-cr-00319-SHS Document 508-1 Filed 05/20/22 Page 35 of 104

**[1080/10 1080/13 categories [1]**

calls... [1] 1096/4
came [2] 1087/6
1107/2
can [43] 1077/9
1077/10 1077/16
1077/17 1079/4
1087/15 1088/24
1090/5 1091/19
1093/8 1095/21
1095/22 1095/22
1097/8 1098/6
1099/3 1099/19
1099/22 1102/8
1103/10 1103/12
1106/23 1124/19
1128/19 1130/11
1132/2 1133/22
1134/15 1134/17
1142/21 1143/4
1143/6 1143/7
1146/9 1149/16
1151/13 1152/17
1153/10 1155/12
1155/17 1161/21
1162/16 1162/22
can't [7] 1085/3
1100/25 1141/22
1150/15 1151/11
1151/13 1165/16
candid [1] 1089/18
cannot [8] 1078/14

**1080/10 1080/13**
1080/20 1081/1
1099/2 1118/2
1155/10
capable [1] 1131/10
caprice [1] 1083/21
caption [1] 1164/7
care [3] 1078/4
1091/4 1150/21
career [1] 1155/12
carefully [3] 1083/2
1083/15 1124/1
carry [3] 1107/7
1128/3 1128/18
carrying [1]
1113/11
case [30] 1078/1
1079/25 1080/6
1080/13 1082/15
1083/3 1083/25
1084/17 1085/19
1089/25 1090/17
1090/22 1091/6
1091/13 1092/16
1093/17 1094/2
1096/19 1098/12
1098/20 1098/24
1100/12 1151/15
1151/19 1152/8
1153/1 1153/3
1155/24 1157/6
1164/8

**categories [1]**
1124/22 1125/21
1126/9 1129/17
category [1]
1130/21
cause [13] 1083/16
1095/15 1095/16
1119/12 1126/17
1126/19 1126/20
1126/23 1127/1
1127/21 1128/10
1128/16 1134/22
caused [3] 1126/15
1126/21 1127/2
caution [3] 1110/17
1111/5 1111/21
cellular [1] 1097/19
certain [6] 1088/2
1088/5 1097/10
1101/5 1102/15
1109/9
certainly [2] 1085/7
1090/19
chance [1] 1155/25
changed [1] 1077/15
changing [1] 1097/2
character [1]
1083/19
characteristics [1]
1119/22
characterized [1]
1115/25

Case 1:18-cr-00319-SHS Document 540 Filed 05/20/22 Page 36 of 104

**charge [14]** 1077/8
1077/12 1078/3
1094/6 1101/4
1101/8 1128/21
1146/25 1147/1
1147/6 1147/8
1147/9 1148/9
1165/8
**charged [32]**
1080/14 1081/22
1084/7 1101/1
1101/2 1102/6
1103/12 1103/19
1104/10 1104/18
1106/9 1106/14
1108/8 1113/18
1115/15 1115/16
1118/1 1121/7
1124/10 1125/15
1125/20 1125/24
1128/5 1137/9
1139/9 1139/18
1139/21 1139/25
1140/5 1140/12
1140/13 1141/2
**charges [22]** 1080/1
1080/2 1080/24
1082/12 1082/19
1094/1 1100/21
1100/22 1100/25
1101/10 1101/11

1105/13 1122/1
1124/20 1125/21
1136/22 1138/1
1141/23 1141/24
1144/18
**charts [3]** 1099/17
1099/20 1099/23
**check [9]** 1079/16
1135/12 1135/18
1135/20 1136/6
1136/7 1136/14
1136/18 1149/10
**children [1]** 1089/6
**choose [2]** 1150/22
1151/14
**CHRISTIAN [4]**
1076/5 1101/19
1101/25 1158/6
**Christopher [1]**
1092/25
**circumstances [1]**
1102/15
**circumstantial [6]**
1084/20 1084/23
1085/10 1085/18
1085/21 1085/23
**city [1]** 1092/7
**civil [3]** 1164/5
1165/10 1165/12
**class [1]** 1081/16
**clean [1]** 1082/24

1115/11 1123/10
1146/8 1147/4
1156/1
**clerk [1]** 1077/9
**client [3]** 1164/11
1166/6 1166/8
**close [2]** 1150/4
1156/10
**closely [1]** 1161/13
**closing [1]** 1078/20
**cocaine [3]** 1125/9
1132/15 1133/9
**coconspirator [16]**
1109/23 1113/24
1114/18 1114/22
1125/14 1127/13
1127/15 1130/13
1130/16 1132/6
1133/14 1133/19
1133/24 1134/2
1134/6 1139/7
**coconspirators [6]**
1107/6 1107/10
1113/5 1124/9
1128/22 1139/22
**Code [2]** 1130/24
1132/16
**coerce [1]** 1165/15
**coercive [2]** 1164/18
1165/13
**colored [3]** 1091/8

**colored...** [2]
1092/15 1095/17
**combination** [2]
1123/8 1123/11
**come** [4] 1143/17
1154/1 1155/22
1163/18
**coming** [2] 1162/5
1165/21
**commanded** [1]
1105/9
**commands** [2]
1103/1 1105/1
**commented** [1]
1093/25
**commerce** [26]
1114/14 1116/10
1116/10 1116/12
1116/14 1116/15
1116/17 1116/20
1116/21 1117/1
1117/4 1117/9
1117/12 1117/18
1118/9 1131/1
1131/2 1131/17
1131/19 1131/19
1131/20 1131/21
1131/22 1131/25
1137/12 1137/24
**commission** [16]
1103/2 1103/16

1104/7 1104/25
1105/12 1119/6
1119/12 1119/21
1120/7 1123/2
1127/19 1128/19
1129/2 1138/6
1139/2 1140/7
**commit** [39] 1103/3
1103/17 1106/10
1106/21 1114/22
1118/18 1119/7
1119/12 1120/4
1121/15 1121/20
1123/16 1123/18
1123/19 1124/9
1125/1 1125/4
1125/17 1126/15
1127/8 1127/9
1127/13 1127/13
1127/17 1127/18
1127/24 1128/1
1128/6 1128/8
1129/12 1129/20
1130/8 1130/14
1130/14 1130/14
1130/23 1132/6
1133/20 1137/14
**commits** [1] 1131/3
**committed** [47]
1102/8 1102/12
1102/14 1103/4
1103/7 1103/11

1103/13 1103/15
1103/19 1104/1
1104/2 1106/2
1121/3 1121/14
1122/16 1123/5
1123/14 1123/17
1124/22 1124/23
1125/13 1125/14
1125/16 1126/10
1126/12 1128/2
1128/13 1129/18
1129/19 1129/22
1130/22 1136/4
1136/10 1136/13
1136/18 1137/13
1139/1 1139/6
1139/10 1139/12
1139/15 1139/19
1139/21 1140/6
1148/24 1159/3
1160/1
**committing** [8]
1101/2 1102/7
1102/20 1102/21
1103/9 1127/25
1130/17 1138/5
**commodity** [1]
1131/2
**common** [15]
1083/14 1085/11
1085/14 1088/25
1090/12 1093/20

**C**

Case 1:18-cr-00319-SHS Document 54-15 Filed 05/20/22 Page 2 of 12

common... [9]
1106/19 1111/19
1113/13 1115/4
1115/7 1116/1
1122/7 1122/12
1139/15
commonly [1]
1115/9
compare [1]
1089/25
complete [1]
1078/11
completed [1]
1121/12
completely [2]
1092/4 1146/12
comprised [1]
1115/21
computer [1]
1097/5
conceal [1] 1089/24
concept [2] 1078/16
1134/3
concepts [1]
1137/12
concern [17]
1081/15 1087/3
1087/9 1090/9
1094/12 1094/14
1098/13 1098/13
1099/11 1099/12

1099/15 1145/6
1145/8 1146/23
1147/5 1166/3
1166/3
concerning [4]
1090/4 1093/19
1094/4 1097/18
concerns [2]
1147/15 1148/17
conclude [5]
1107/11 1108/5
1108/23 1136/12
1136/15
concluding [1]
1080/3
conclusion [4]
1085/9 1085/13
1086/14 1100/8
conclusions [2]
1085/16 1094/3
conduct [23] 1081/3
1081/10 1101/20
1101/21 1103/24
1104/3 1104/23
1104/24 1105/2
1105/7 1105/10
1107/12 1111/18
1114/19 1115/5
1121/21 1123/20
1126/22 1126/24
1127/19 1127/22
1129/1 1131/20

conducted [2]
1100/18 1122/4
conducting [1]
1120/24
conflicts [1] 1078/7
Congress [2] 1106/2
1131/23
conjecture [1]
1081/2
connected [1]
1118/6
connection [4]
1102/6 1119/18
1131/18 1137/20
conscience [1]
1142/14
conscientiously [2]
1142/15 1142/17
conscious [4] 1104/7
1109/4 1126/20
1128/15
consent [1] 1150/18
conserve [1]
1091/23
consider [32]
1079/1 1080/10
1088/20 1089/2
1089/22 1090/5
1090/7 1090/14
1090/14 1090/19
1091/16 1093/12
1094/24 1098/6

Case 1:18-cr-00319-SHS Document 546 Filed 05/20/22 Page 39 of 104

**consider... [18]**
1099/5 1099/14
1099/19 1099/23
1101/12 1101/13
1103/15 1107/5
1113/4 1113/23
1121/5 1123/18
1138/1 1140/11
1142/1 1142/5
1146/15 1164/18
**considerable [1]**
1162/12
**consideration [9]**
1080/19 1080/20
1084/9 1084/12
1092/10 1092/10
1096/18 1098/1
1121/2
**considerations [1]**
1093/14
**considered [5]**
1097/13 1097/21
1107/11 1113/21
1114/5
**considering [6]**
1083/3 1091/1
1092/19 1108/7
1121/4 1141/7
**conspiracy [128]**
**conspiracy's [1]**
1110/12

Conspirator [6]
1110/2 1111/17
1111/17 1112/18
1119/10 1139/4
**conspirators [4]**
1108/2 1110/14
1113/10 1139/16
**conspire [2]**
1130/14 1131/3
**conspired [2]**
1101/19 1128/8
**constitute [1]**
1121/22
**constitutes [2]**
1104/23 1105/7
**constituting [2]**
1127/14 1140/1
**Constitution [1]**
1098/17
**consultation [1]**
1091/22
**consultations [1]**
1091/25
**contained [1]**
1101/3
**contains [1] 1100/20**
**contempt [4]**
1163/16 1164/5
1165/10 1165/12
**contends [1]**
1109/11
**continue [6] 1083/8**

1115/14 1155/10
1156/15
**continued [5]**
1107/16 1120/16
1120/20 1121/1
1140/16
**continues [1]**
1115/19
**continuing [4]**
1115/9 1116/3
1122/13 1122/21
**continuity [2]**
1120/18 1120/20
**contract [1] 1166/25**
**contradicted [1]**
1090/1
**contrary [1]**
1108/18
**contribute [2]**
1103/20 1124/8
**control [4] 1120/5**
1134/11 1134/13
1134/15
**controlled [11]**
1125/8 1132/14
1133/9 1133/10
1133/14 1133/15
1133/17 1133/20
1133/23 1134/7
1134/20
**conversations [3]**

Case 1:18-cr-00319-SHS Document 546-7 Filed 06/20/22 Page 40 of 105

conversations... [3]
1096/11 1109/9
1109/11
convict [3] 1084/4
1084/14 1123/3
convicted [4] 1102/8
1102/19 1103/12
1142/2
conviction [4]
1094/19 1111/11
1128/1 1142/3
convinced [4]
1083/1 1083/9
1142/12 1142/19
convincing [1]
1083/19
cooperate [1]
1108/17
cooperating [12]
1093/24 1094/6
1094/12 1094/13
1094/17 1094/18
1094/21 1094/22
1094/25 1095/7
1095/8 1096/1
cooperation [1]
1095/1
copies [7] 1077/9
1077/11 1082/8
1151/23 1151/25
1152/12 1153/21

copy [1] 1077/16
1079/2 1079/3
1079/11 1079/12
1100/23 1147/6
1153/19 1157/12
1167/5 1167/6
core [4] 1115/8
1115/19 1116/2
1122/12
corporation [1]
1115/10
correct [6] 1124/2
1142/20 1145/22
1162/11 1165/14
1166/10
correctly [3]
1099/21 1112/11
1162/9
corroborated [1]
1090/1
could [19] 1088/15
1088/16 1088/17
1089/16 1101/6
1116/12 1119/11
1121/20 1123/8
1123/11 1128/22
1139/20 1156/7
1161/13 1163/7
1163/9 1166/12
1166/13 1167/4
counsel [7] 1081/3
1092/13 1098/5

1152/19 1157/6
counsels [1] 1103/1
count [67] 1079/15
1079/15 1079/18
1079/20 1079/21
1101/12 1101/13
1101/13 1101/14
1101/15 1101/17
1101/18 1101/24
1102/6 1102/8
1102/16 1103/5
1104/18 1105/13
1106/7 1109/15
1109/15 1114/7
1114/10 1116/5
1116/7 1117/13
1118/8 1121/10
1123/3 1123/22
1123/23 1123/24
1124/4 1124/4
1124/21 1135/7
1135/10 1135/14
1136/2 1136/8
1136/20 1136/22
1137/7 1137/9
1137/20 1137/25
1138/1 1138/4
1138/16 1138/20
1138/24 1139/5
1139/9 1139/13
1139/14 1139/18

Case 1:18-cr-00319-SHS Document 550 Filed 05/20/22 Page 41 of 104

**count... [10]**
1139/21 1139/25
1140/5 1150/25
1151/18 1158/7
1158/8 1159/7
1159/14 1160/3
**Count One [6]**
1116/5 1118/8
1123/23 1124/21
1135/10 1137/9
**Counties [1]**
1140/15
**counts [4] 1084/8**
1100/20 1100/21
1149/12
**County [1] 1166/24**
**couple [1] 1165/20**
**coupled [5] 1104/1**
1110/20 1110/22
1111/8 1111/10
**course [9] 1087/7**
1088/7 1100/2
1100/6 1115/5
1116/24 1122/7
1142/11 1165/6
**court [20] 1076/1**
1091/15 1091/22
1098/24 1142/4
1143/22 1143/23
1144/6 1144/14
1145/20 1147/14

1150/6 1150/20
1151/6 1152/11
1153/15 1157/7
1157/13 1164/3
1164/18
**Court's [3] 1091/23**
1146/20 1152/5
**courthouse [1]**
1085/7
**courtroom [7]**
1077/6 1154/5
1154/22 1157/9
1161/18 1161/20
1161/20
**courts [2] 1080/8**
1094/17
**covered [4] 1144/12**
1144/18 1145/17
1146/19
**covers [1] 1147/15**
**Covid [2] 1097/1**
1155/14
**coworkers [1]**
1089/10
**Cr [2] 1076/4**
1158/6
**creates [1] 1090/23**
**credibility [8]**
1078/6 1087/16
1091/10 1091/17
1092/13 1095/5
1095/19 1095/24

**crime [6] 1101/2**
1101/12 1102/7
1102/8 1102/14
1102/19 1102/20
1102/21 1103/9
1103/11 1103/13
1103/14 1103/16
1103/17 1103/19
1103/20 1103/25
1104/1 1104/2
1104/8 1104/9
1104/10 1104/10
1105/3 1105/4
1105/5 1105/6
1105/20 1105/20
1105/24 1105/25
1106/4 1110/22
1110/23 1111/10
1111/10 1113/6
1113/8 1127/17
1127/17 1127/18
1127/19 1128/17
1128/20 1128/23
1129/3 1131/6
1132/16 1137/2
1139/9 1139/12
1139/14 1139/18
1139/21 1139/25
1140/2 1140/5
1140/7 1140/12
1140/13 1141/2
1141/6 1141/10

**C**

crimes [10]  1080/14
1081/22 1084/6
1101/1 1101/2
1104/20 1106/1
1106/21 1126/9
1135/15
criminal [25]
1082/15 1083/25
1098/20 1098/24
1100/12 1101/4
1102/18 1103/13
1104/3 1104/12
1104/13 1105/17
1107/7 1108/15
1120/17 1120/23
1122/9 1122/21
1124/22 1128/23
1128/25 1129/1
1129/18 1130/21
1165/7
criminally [3]
1104/24 1105/5
1105/6
critical [1]  1145/13
culpability [1]
1104/25
custody [6]  1134/12
1164/4 1164/15
1166/16 1166/21
1166/23

**D**

daily [1]  1097/2
DAMIAN [1]
1076/16
dangerous [1]
1128/4
date [4]  1141/14
1142/23 1143/14
1161/19
dates [4]  1112/25
1113/3 1141/16
1141/16
day [6]  1089/3
1089/5 1096/5
1155/21 1156/6
1163/7
days [3]  1086/5
1156/21 1165/20
deal [1]  1140/9
dealer [1]  1132/1
dealings [1]  1089/10
death [10]  1126/16
1126/17 1126/19
1126/20 1126/21
1126/23 1127/1
1127/2 1127/22
1127/23
decide [29]  1077/24
1077/25 1078/1
1078/3 1078/5
1078/9 1078/17
1081/20 1085/22

1085/24 1086/2
1086/8 1086/18
1087/18 1088/13
1089/5 1089/12
1091/7 1091/10
1093/14 1094/14
1099/21 1123/1
1123/22 1124/3
1142/20 1151/9
1162/23 1163/25
decided [1]  1095/19
deciding [8]  1089/3
1090/6 1095/24
1098/2 1098/7
1113/24 1145/5
1145/19
decision [11]
1078/12 1080/15
1080/25 1086/23
1092/17 1093/9
1094/6 1094/7
1138/13 1143/10
1143/12
decision-making [1]
1080/15
declarations [2]
1113/12 1113/16
declared [1]
1092/23
deduction [1]
1085/13
deemed [3]  1106/2

deemed... [2]
1109/23 1113/14
defendant [77]
1076/6 1076/20
1076/22 1077/3
1079/16 1079/21
1082/5 1082/14
1082/15 1082/24
1098/20 1098/23
1100/12 1101/7
1102/6 1102/19
1102/20 1103/8
1103/15 1103/18
1103/25 1104/2
1104/3 1104/14
1104/15 1105/5
1105/6 1105/9
1105/11 1105/24
1108/14 1108/18
1108/23 1109/24
1110/8 1110/17
1111/4 1111/14
1111/24 1112/1
1112/2 1112/16
1113/4 1113/5
1117/15 1118/2
1121/3 1123/5
1123/13 1123/22
1128/2 1128/5
1128/11 1131/8
1131/12 1132/3

1136/2 1136/3
1136/13 1136/17
1137/13 1138/10
1138/16 1138/17
1139/17 1139/20
1145/20 1146/14
1158/8 1158/10
1159/3 1159/8
1159/15 1160/1
1160/3
defendant's [8]
1084/1 1094/20
1109/3 1109/4
1110/11 1129/1
1131/15 1137/16
defense [11]
1076/25 1092/12
1128/21 1129/7
1144/15 1147/15
1152/14 1152/25
1153/6 1153/18
1161/25
defer [2] 1144/14
1150/20
define [1] 1083/13
defined [4] 1110/3
1118/23 1121/23
1135/1
definition [1]
1105/2
definitions [1]

degree [3] 1130/25
1131/16 1131/20
delayed [2] 1131/16
1162/21
delays [1] 1131/1
deliberate [2]
1154/10 1155/5
deliberately [3]
1103/21 1109/1
1109/2
deliberating [2]
1155/10 1155/25
deliberation [3]
1079/4 1096/25
1142/8
deliberations [16]
1079/14 1079/23
1081/8 1082/21
1083/8 1096/12
1097/15 1097/23
1099/6 1151/16
1153/25 1154/4
1154/9 1155/6
1155/7 1155/9
deliver [1] 1134/22
delivered [1]
1134/23
demeanor [1]
1089/19
denied [1] 1109/13
deprive [1] 1130/2

**D**

deputy [14]  1150/15
 1152/13 1153/17
 1153/19 1154/6
 1155/21 1156/4
 1156/11 1157/12
 1157/19 1158/3
 1161/7 1161/7
 1161/16
described [4]
 1113/1 1114/21
 1137/25 1149/23
description [1]
 1100/24
deserves [3]
 1091/11 1092/20
 1093/16
deserving [1]
 1092/9
Det [1]  1093/9
detail [2]  1090/10
 1101/9
details [2]  1106/19
 1109/17
determination [5]
 1080/4 1094/8
 1094/10 1098/9
 1146/13
determinations [2]
 1078/14 1086/19
determine [14]
 1077/19 1078/6

1078/18 1088/7
 1088/24 1095/5
 1096/19 1098/13
 1104/9 1108/9
 1113/25 1141/19
 1145/7 1145/9
determined [2]
 1078/9 1131/23
determining [8]
 1090/19 1107/4
 1120/25 1123/19
 1127/7 1130/7
 1132/5 1133/18
deterrence [1]
 1165/9
deterrent [1]  1165/1
devices [1]  1097/12
devised [1]  1109/7
dictate [1]  1163/24
did [54]  1077/11
 1081/5 1084/22
 1087/12 1089/16
 1089/17 1089/22
 1089/24 1090/10
 1090/12 1095/12
 1098/5 1098/16
 1099/3 1099/4
 1100/2 1100/7
 1104/8 1104/10
 1104/11 1104/12
 1105/11 1106/4
 1111/1 1114/22

1116/5 1118/17
 1123/18 1123/22
 1124/5 1126/17
 1128/11 1130/18
 1131/12 1133/16
 1136/2 1137/24
 1140/1 1140/2
 1144/11 1144/16
 1145/20 1146/12
 1146/16 1147/6
 1147/23 1148/8
 1148/10 1149/1
 1149/10 1149/14
 1150/2 1159/2
 1159/25
didn't [3]  1077/13
 1087/12 1147/21
differ [1]  1134/3
different [9]
 1078/21 1097/7
 1101/4 1101/12
 1141/14 1150/6
 1150/10 1151/8
 1154/5
direct [12]  1084/20
 1084/21 1085/1
 1085/18 1085/21
 1085/24 1089/18
 1100/19 1106/23
 1107/13 1126/23
 1154/8
directed [1]  1085/18

**D**

directing [1] 1161/7
directly [5] 1101/20
1114/19 1118/13
1119/24 1129/16
disapprove [3]
1096/10 1097/14
1097/21
disapproved [1]
1081/7
discharge [1]
1152/8
discharged [2]
1161/15 1161/17
disconnected [1]
1107/9
discretion [1]
1092/4
discuss [2] 1142/9
1155/23
discussed [2]
1091/13 1111/19
dispense [2] 1133/8
1133/9
dispute [1] 1151/11
disputed [1]
1084/24
disregard [3]
1080/8 1081/9
1095/22
dissimilar [1]
1119/24

distinct [2] 1105/22
1110/14
distinguishing [1]
1119/21
distribute [15]
1125/8 1132/22
1132/23 1132/24
1133/4 1133/5
1133/7 1133/8
1133/13 1133/15
1133/25 1134/1
1134/19 1134/21
1134/21
distributed [2]
1133/14 1135/1
distributing [2]
1125/7 1133/12
distribution [5]
1132/12 1132/14
1133/20 1133/23
1134/24
DISTRICT [8]
1076/1 1076/1
1076/12 1076/17
1140/13 1141/3
1141/7 1141/10
do [60] 1077/11
1079/14 1079/15
1079/21 1085/25
1087/1 1087/1
1087/10 1087/12
1089/20 1089/23

distinct [2] 1105/22 1090/8 1090/10
1090/10 1095/16
1096/22 1096/24
1097/3 1100/7
1101/17 1102/13
1103/14 1113/6
1114/3 1119/2
1130/19 1131/3
1131/5 1135/15
1138/16 1138/24
1142/22 1143/15
1145/15 1146/5
1147/16 1147/18
1149/4 1150/13
1150/13 1150/18
1150/21 1152/8
1153/5 1153/16
1155/13 1156/14
1156/15 1156/15
1157/12 1158/8
1159/7 1161/21
1163/9 1163/13
1163/14 1164/23
1165/19 1166/2
1166/18
doctor's [1] 1163/6
documents [5]
1084/19 1087/21
1087/22 1099/18
1099/22
does [25] 1080/17
1084/2 1085/20

Case 1:18-cr-00319-SHS   Document 126-5   Filed 05/20/22   Page 46 of 102

**does... [22]  1090/9**
1090/17 1092/8
1094/21 1095/19
1100/11 1105/5
1108/18 1110/19
1111/7 1111/20
1112/1 1115/9
1118/3 1122/23
1126/5 1126/24
1131/22 1134/11
1134/24 1138/10
1141/13
**doesn't [6]  1087/6**
1115/17 1125/15
1134/9 1141/8
1165/9
**doing [10]  1108/24**
1108/25 1124/13
1127/15 1134/2
1136/23 1137/16
1149/21 1150/10
1165/16
**don't [38]  1077/10**
1077/14 1078/1
1078/4 1078/16
1078/24 1079/5
1086/14 1086/18
1086/19 1086/24
1087/3 1087/8
1091/5 1093/17
1094/12 1111/1

1124/13 1126/5
1143/16 1145/20
1146/2 1146/18
1148/8 1148/17
1149/6 1150/7
1150/9 1150/14
1150/16 1151/10
1152/14 1153/1
1153/2 1154/6
1155/20 1162/20
1165/19
**done [13]  1087/9**
1109/1 1109/2
1110/10 1110/12
1113/18 1113/21
1114/2 1114/4
1138/14 1149/16
1150/24 1151/24
**doubt [72]  1077/25**
1082/13 1082/23
1083/2 1083/10
1083/11 1083/12
1083/13 1083/14
1083/16 1083/18
1083/21 1084/2
1084/3 1084/4
1084/7 1084/10
1084/14 1094/15
1094/20 1096/21
1098/3 1098/15
1098/21 1099/1
1099/14 1100/15

1101/6 1102/14
1103/6 1105/8
1106/8 1108/6
1108/13 1108/24
1109/12 1112/6
1112/13 1113/17
1114/11 1114/25
1115/24 1116/8
1117/10 1117/15
1117/21 1117/25
1118/11 1119/9
1121/10 1126/14
1128/8 1129/23
1130/1 1132/19
1133/1 1135/20
1136/6 1137/7
1137/20 1137/23
1138/4 1139/3
1139/8 1139/24
1140/6 1140/10
1141/8 1145/10
1146/14 1149/1
1165/20
**down [1]  1135/16**
**Dr. [2]  1092/25**
1093/10
**Dr. Borck [1]**
1093/10
**Dr. Christopher [1]**
1092/25
**draw [12]  1078/8**
1078/9 1085/4

# D

**draw...** [9] 1085/8
1085/14 1086/14
1092/3 1094/3
1099/7 1100/7
1110/16 1111/4
**drawn** [1] 1099/3
**drive** [4] 1097/4
1097/5 1097/8
1143/8
**drug** [4] 1123/7
1123/9 1132/1
1132/1
**drugs** [2] 1132/1
1133/25
**due** [2] 1096/25
1162/7
**duration** [1] 1110/4
**during** [15] 1082/9
1087/6 1090/4
1091/12 1100/1
1100/6 1108/5
1110/12 1114/1
1115/19 1116/3
1117/25 1146/24
1155/9 1155/14
**Dutchess** [1]
1140/15
**duties** [1] 1149/23
**duty** [8] 1080/5
1082/16 1083/23
1084/11 1141/18

1142/3 1142/8
1155/18
**Dylan** [1] 1076/25

# E

**each** [29] 1077/9
1079/2 1082/18
1084/6 1084/8
1088/10 1094/6
1094/10 1095/25
1100/3 1100/22
1101/10 1101/10
1101/12 1101/13
1101/17 1110/13
1113/10 1114/11
1117/20 1119/5
1119/24 1125/20
1137/8 1140/10
1142/6 1149/12
1150/25 1151/18
**earlier** [6] 1118/25
1130/11 1132/9
1133/22 1135/2
1145/17
**easily** [1] 1107/13
**education** [1]
1081/16
**effect** [18] 1088/7
1102/18 1116/9
1116/11 1116/13
1116/18 1116/18
1116/19 1116/22
1117/4 1117/17

1118/9 1127/21
1127/23 1131/21
1131/25 1164/19
1165/1
**either** [16] 1079/16
1091/17 1107/1
1112/19 1114/18
1114/19 1114/21
1118/13 1120/15
1122/11 1123/15
1127/12 1130/12
1130/13 1133/24
1150/9
**electronic** [1]
1097/11
**element** [21]
1114/24 1116/5
1116/7 1117/7
1117/13 1117/14
1117/16 1117/17
1117/18 1118/8
1118/9 1118/10
1118/11 1120/13
1122/25 1127/5
1132/2 1132/25
1137/19 1138/3
1140/10
**elements** [19]
1084/6 1084/8
1101/8 1101/10
1106/8 1114/11
1117/20 1119/9

Case 1:18-cr-00319-SHS Document 546-7 Filed 05/20/22 Page 48 of 104

elements... [11]
1121/12 1122/18
1127/20 1131/7
1133/12 1137/8
1138/1 1139/8
1139/23 1140/4
1140/11
ELIZABETH [3]
1076/18 1076/20
1076/21
else [28] 1080/12
1082/3 1102/21
1103/7 1103/11
1103/13 1104/4
1126/18 1127/8
1127/23 1130/2
1130/4 1130/8
1130/16 1131/9
1134/2 1134/21
1134/22 1137/21
1144/22 1146/5
1147/18 1147/18
1149/18 1149/19
1153/22 1156/4
1161/21
Emily [1] 1076/24
emphasize [1]
1095/18
employ [1] 1089/5
employed [5]
1092/6 1114/15

1117/23
employees [1]
1089/11
enable [1] 1124/16
enabled [1] 1120/4
end [9] 1088/20
1088/20 1105/19
1113/10 1143/9
1144/4 1151/15
1151/16 1163/17
endeavor [1]
1121/11
ended [1] 1112/25
ends [1] 1112/5
enforcement [8]
1092/5 1092/7
1092/8 1092/13
1092/18 1092/21
1098/12 1145/12
engage [4] 1105/2
1105/10 1128/10
1128/16
engaged [10]
1103/24 1112/8
1112/14 1116/9
1116/14 1127/22
1137/4 1137/10
1137/11 1137/24
engages [3] 1104/22
1127/1 1127/18
engaging [2] 1115/4

enough [3] 1094/18
1110/1 1116/19
enter [6] 1081/7
1096/11 1097/14
1097/22 1106/20
1113/9
entered [3] 1106/17
1108/14 1109/14
entering [1] 1082/11
enterprise [69]
1101/21 1114/12
1114/13 1114/16
1114/20 1114/25
1115/2 1115/3
1115/9 1115/12
1115/14 1115/18
1115/21 1116/4
1116/6 1116/8
1116/14 1116/16
1116/22 1116/23
1116/25 1117/5
1117/6 1117/11
1117/16 1117/17
1117/20 1117/23
1117/24 1118/2
1118/5 1118/6
1118/14 1118/16
1118/17 1119/16
1119/17 1119/18
1119/25 1120/2
1120/5 1120/7

# E

**enterprise... [27]**
1120/9 1120/10
1120/12 1120/25
1121/5 1121/6
1121/18 1121/22
1121/24 1122/1
1122/2 1122/3
1122/5 1122/10
1122/16 1122/19
1122/20 1122/23
1122/24 1123/20
1126/10 1136/25
1137/4 1137/9
1137/18 1138/8
1138/11
**enterprise's [2]**
1118/3 1122/4
**entire [2]** 1098/22
1117/23
**entirely [5]** 1096/15
1097/17 1097/24
1099/11 1156/19
**entirety [1]** 1121/7
**entitle [1]** 1080/18
**entitled [4]** 1081/18
1085/2 1085/4
1142/6
**entity [2]** 1115/10
1115/13
**entrance [2]** 1137/3
1138/6

**envelope [1]**
1143/18
**equal [4]** 1080/21
1100/4 1110/15
1111/3
**equals [1]** 1080/7
**errors [1]** 1124/16
**especially [2]**
1155/14 1162/19
**ESPINOSA [1]**
1076/18
**essence [1]** 1142/8
**essential [1]**
1112/23
**essentially [1]**
1116/12
**Essex [1]** 1166/24
**establish [8]** 1104/5
1111/20 1114/10
1119/7 1120/13
1122/17 1122/20
1122/23
**established [4]**
1085/11 1120/3
1120/21 1141/16
**establishes [1]**
1094/19
**evaluate [3]** 1138/15
1138/19 1138/23
**evaluating [2]**
1091/3 1091/17
**evasive [1]** 1089/18

**event [27]** 1081/14
1083/7 1095/20
1104/1 1104/4
1105/3 1105/25
1106/4 1110/16
1110/20 1110/22
1111/4 1111/7
1111/10 1113/21
1116/18 1117/3
1119/23 1129/4
1131/21 1131/24
1134/11 1138/16
1138/20 1138/24
1139/25 1140/2
**event [1]** 1142/3
**events [3]** 1089/22
1119/22 1162/20
**ever [2]** 1082/22
1098/24
**every [10]** 1088/11
1089/3 1089/5
1090/14 1091/5
1101/4 1109/21
1143/13 1148/9
1151/17
**everybody [2]**
1077/16 1153/24
**everybody's [1]**
1144/21
**everyone [9]** 1077/2
1081/12 1081/17
1153/20 1154/5

**E**

everyone... [4] 1155/17 1161/10 1161/11 1163/22
everyone's [1] 1099/19
everything [1] 1153/22
everything's [1] 1165/20
evidence [127]
exactly [1] 1115/17
examined [1] 1094/23
example [8] 1084/25 1086/11 1110/21 1111/9 1116/24 1120/1 1122/18 1123/6
excellent [1] 1077/3
except [3] 1147/8 1149/13 1153/24
exchange [1] 1142/7
excluding [2] 1119/6 1125/12
exclusive [1] 1078/2
exclusively [1] 1142/3
excuse [3] 1083/22 1155/8 1155/16
excused [2] 1156/5 1156/6

excusing [1] 1156/5
exemption [1] 1128/24
exercise [3] 1078/11 1134/11 1134/13
exhaustively [1] 1146/20
exhibit [6] 1151/24 1151/25 1152/24 1153/4 1157/12 1157/13
exhibits [18] 1084/18 1087/20 1091/21 1096/24 1097/6 1097/7 1097/8 1152/2 1152/14 1152/14 1152/25 1153/6 1153/7 1153/8 1153/9 1153/13 1153/17 1153/18
exist [6] 1115/14 1116/6 1127/1 1137/24 1139/16 1139/23
existed [15] 1106/9 1106/25 1107/13 1108/7 1113/2 1114/12 1115/1 1115/23 1116/4 1117/24 1122/3 1122/19 1132/20

existence [14] 1085/12 1106/10 1106/15 1107/8 1110/12 1114/1 1117/16 1118/3 1118/5 1118/8 1122/10 1122/15 1122/19 1140/3
existing [1] 1137/17
exists [2] 1107/15 1120/23
expect [1] 1156/14
expecting [1] 1150/5
expeditiously [1] 1162/16
experience [4] 1085/11 1089/1 1090/13 1093/6
experienced [1] 1093/7
experiences [1] 1089/3
expert [2] 1093/1 1093/1
expertise [2] 1092/25 1093/3
experts [2] 1092/22 1092/23
explain [4] 1079/25 1080/1 1101/9 1104/19

**E**

explained [1] 1137/12
explanation [2] 1090/11 1090/12
explicit [1] 1106/23
explicitly [1] 1107/2
express [2] 1093/2 1107/14
expressed [1] 1166/2
extended [2] 1120/15 1162/5
extent [3] 1091/7 1109/19 1110/4
extortion [1] 1131/2

**F**

facilitated [1] 1120/7
facilities [1] 1117/2
facility [1] 1162/17
fact [42] 1080/16 1084/24 1085/3 1085/5 1085/8 1085/11 1085/12 1086/1 1086/18 1087/18 1087/25 1088/1 1088/2 1090/5 1090/9 1091/16 1091/23 1092/1 1092/6

1093/21 1094/5 1095/23 1099/2 1099/5 1099/8 1109/22 1111/3 1111/18 1111/24 1115/1 1115/13 1115/25 1121/16 1125/13 1125/23 1133/17 1143/1 1145/21 1147/13 1155/7 1161/10 1161/12
factor [2] 1091/2 1138/13
factors [3] 1089/21 1090/18 1129/2
facts [26] 1077/19 1077/19 1078/1 1078/1 1078/2 1078/3 1078/4 1078/5 1078/9 1078/13 1078/18 1079/8 1079/9 1080/5 1084/24 1085/15 1087/14 1088/3 1088/16 1090/5 1091/13 1093/9 1094/1 1101/5 1101/7 1142/19
failed [1] 1141/9
fails [1] 1083/4

fair [1] 1084/9 1084/12 1085/16 1085/18
fairness [1] 1078/11
false [1] 1090/8
falsely [6] 1088/18 1090/16 1090/24 1091/6 1095/3 1095/20
family [1] 1089/10
far [1] 1155/12
fashion [1] 1124/8
faucet [1] 1085/7
favorable [3] 1081/6 1095/11 1099/7
fear [1] 1131/13
federal [27] 1092/7 1094/17 1098/23 1102/22 1102/24 1102/25 1105/14 1105/16 1105/21 1105/23 1105/23 1125/5 1125/5 1125/10 1126/1 1126/6 1130/19 1131/7 1132/7 1132/9 1132/15 1135/23 1135/24 1158/20 1158/24 1159/21 1159/24
feel [1] 1094/13
feelings [5] 1080/9

Case 1:18-cr-00319-SHS Document 546 Filed 05/20/22 Page 52 of 105

feelings... [4]
 1080/11 1080/13
 1081/12 1141/23
fellow [1]  1142/7
few [4]  1087/4
 1095/6 1104/19
 1162/25
field [2]  1081/18
 1093/8
fifth [2]  1139/20
 1144/25
file [2]  1161/8
 1162/2
fill [2]  1143/12
 1153/20
filled [1]  1143/9
Finally [2]  1117/8
 1123/1
financial [1]
 1109/25
find [79]  1079/8
 1079/9 1079/16
 1079/21 1083/4
 1090/25 1092/20
 1094/19 1095/20
 1099/23 1101/6
 1101/15 1102/13
 1102/13 1102/15
 1103/5 1103/6
 1103/14 1105/8
 1105/24 1105/25
 1112/12 1113/1
 1113/17 1114/3
 1116/23 1117/4
 1117/6 1117/10
 1119/2 1122/19
 1125/23 1125/24
 1126/2 1126/5
 1126/12 1127/11
 1127/12 1127/14
 1129/22 1129/25
 1130/3 1130/11
 1130/12 1130/15
 1131/25 1132/2
 1133/22 1133/24
 1134/1 1134/6
 1134/8 1135/6
 1135/10 1135/13
 1135/15 1136/2
 1136/5 1136/5
 1137/23 1138/16
 1138/20 1138/25
 1139/3 1139/6
 1139/11 1139/23
 1139/24 1140/4
 1141/9 1143/8
 1148/24 1158/8
 1158/10 1159/7
 1159/15 1160/3
finding [1]  1080/5
fine [11]  1144/20
 1148/22 1150/11
 1164/6 1164/19
 1164/25 1165/1
 1165/21 1166/19
first [20]  1101/9
 1101/13 1103/10
 1105/8 1113/25
 1114/24 1116/5
 1117/16 1118/8
 1119/10 1126/15
 1127/20 1128/9
 1132/20 1133/13
 1137/9 1139/9
 1146/11 1149/3
 1153/25
five [4]  1139/23
 1140/4 1156/15
 1156/18
flash [4]  1097/4
 1097/4 1097/8
 1143/8
focus [3]  1091/20
 1095/6 1138/9
follow [4]  1077/9
 1077/16 1078/22
 1161/16
following [7]
 1114/11 1124/22
 1137/8 1139/8
 1150/17 1155/8
 1161/13
follows [1]  1104/22

**F**

footing [1]  1080/21
force [2]  1130/4
 1131/13
foreign [5]  1114/13
 1116/9 1116/17
 1117/12 1137/11
forensic [1]  1092/25
foreperson [20]
 1079/13 1135/12
 1142/22 1143/14
 1143/18 1149/23
 1149/24 1150/8
 1150/14 1150/23
 1151/10 1151/13
 1151/14 1151/14
 1157/11 1157/15
 1157/18 1158/1
 1158/4 1161/6
foreseeable [3]
 1110/11 1113/12
 1126/24
foreseen [1]  1139/21
forget [2]  1148/3
 1148/4
form [20]  1079/12
 1079/13 1079/13
 1099/17 1135/3
 1135/5 1135/6
 1135/9 1136/15
 1136/19 1143/9
 1143/13 1149/10

 1150/24 1151/15
 1153/20 1157/18
 1157/21 1158/3
 1161/6
formal [3]  1116/1
 1122/11 1143/19
formally [2]  1155/8
 1155/16
formed [4]  1081/4
 1106/18 1112/19
 1113/2
formula [1]  1120/18
forth [3]  1084/8
 1113/3 1115/15
forward [4]  1128/3
 1135/5 1154/1
 1165/1
found [4]  1112/21
 1113/20 1139/13
 1139/16
four [4]  1089/7
 1089/9 1114/11
 1131/7
four-year-old [1]
 1089/7
fourth [5]  1114/17
 1118/10 1132/3
 1139/17 1145/3
frame [1]  1115/20
friendly [1]  1111/17
front [2]  1077/13
 1148/15

full [2]  1096/18
 1109/19
fully [1]  1109/17
function [3]  1099/12
 1115/8 1142/4
functioned [2]
 1116/2 1122/13
further [4]  1108/11
 1111/25 1121/11
 1164/17
furtherance [8]
 1113/13 1113/19
 1114/1 1114/5
 1128/13 1131/4
 1140/12 1141/2
furthered [2]
 1104/7 1120/11
furthering [2]
 1112/9 1112/16
fuss [1]  1150/14
future [1]  1131/14

**G**

gain [3]  1095/14
 1137/17 1138/6
gaining [2]  1137/3
 1138/10
gang [5]  1101/22
 1115/22 1122/2
 1122/7 1137/24
gave [6]  1084/25
 1086/11 1127/10
 1130/10 1132/8

gave... [1] 1133/22
gender [1] 1081/15
general [9] 1079/24
1100/16 1101/9
1105/15 1118/5
1137/16 1138/9
1144/7 1144/14
generalizations [1]
1081/13
generally [1]
1108/20
gentlemen [23]
1077/7 1078/10
1078/18 1078/23
1082/20 1089/4
1091/7 1094/3
1097/15 1100/3
1106/22 1131/18
1135/6 1138/14
1140/8 1141/18
1141/25 1151/7
1154/3 1154/8
1159/12 1161/9
1161/15
get [3] 1153/10
1163/19 1166/5
getting [3] 1138/22
1144/4 1152/21
give [17] 1079/24
1080/2 1080/20
1085/20 1088/24

1092/19 1093/4
1093/15 1095/25
1096/17 1097/25
1105/15 1142/15
1142/16 1144/23
1152/12 1153/19
given [10] 1080/19
1088/5 1088/6
1088/7 1088/8
1092/1 1095/5
1100/23 1125/23
1162/20
gives [1] 1084/22
giving [2] 1153/16
1153/20
glad [1] 1123/25
go [9] 1079/20
1135/16 1135/21
1136/20 1138/1
1143/11 1149/17
1155/19 1157/5
goal [2] 1096/19
1108/2
goals [1] 1124/8
goes [1] 1135/13
going [51] 1077/8
1077/18 1077/21
1078/2 1078/21
1079/10 1079/24
1082/3 1082/9
1086/23 1095/4
1097/3 1097/3

1124/11 1132/11
1135/3 1135/3
1143/2 1146/8
1146/23 1147/5
1147/16 1147/16
1148/14 1150/2
1150/13 1150/18
1150/21 1150/22
1150/23 1151/1
1152/1 1152/12
1152/16 1153/19
1153/24 1153/25
1154/3 1155/8
1155/14 1155/16
1156/12 1157/21
1161/7 1162/25
1165/1 1165/4
1165/21 1165/22
good [4] 1077/2
1077/7 1089/1
1089/14
goods [1] 1116/10
governed [1] 1165/8
government [103]
government's [9]
1084/6 1094/11
1096/14 1097/16
1097/23 1140/9
1141/4 1153/4
1165/21
grand [1] 1082/5

**G**

grandson [1]  1089/7
great [3]  1078/10
 1091/3 1140/8
greater [3]  1080/18
 1092/10 1094/23
grounds [2]  1092/14
 1099/4
group [8]  1115/3
 1115/5 1115/8
 1115/12 1115/25
 1122/6 1122/13
 1132/13
groups [2]  1132/10
 1132/12
guess [5]  1138/21
 1146/2 1146/23
 1147/7 1149/8
guide [3]  1079/14
 1079/22 1079/22
guilt [22]  1077/24
 1082/13 1083/2
 1083/10 1084/1
 1084/3 1084/10
 1084/13 1094/4
 1094/8 1094/15
 1094/20 1096/20
 1098/14 1099/1
 1100/14 1110/5
 1113/24 1138/16
 1138/20 1138/24
 1145/10

guilty [58]  1079/16
1079/16 1079/22
1079/22 1081/21
1082/7 1082/12
1082/23 1083/5
1094/1 1094/5
1094/7 1094/10
1098/2 1098/20
1099/14 1101/7
1101/14 1101/14
1101/15 1101/16
1102/13 1102/15
1103/4 1103/5
1104/4 1104/14
1104/16 1105/24
1109/15 1109/19
1127/17 1127/24
1128/22 1129/4
1129/5 1131/6
1135/7 1135/10
1135/11 1135/14
1136/2 1139/4
1139/6 1139/24
1140/4 1141/19
1141/19 1145/20
1146/14 1158/9
1158/9 1158/10
1159/9 1159/9
1159/10 1159/15
1160/3

**H**

had [27]  1077/8
 1087/4 1087/10
 1088/10 1089/15
 1090/11 1090/15
 1100/4 1100/8
 1106/18 1108/7
 1116/9 1116/20
 1116/22 1116/25
 1117/17 1119/15
 1134/7 1134/8
 1149/10 1150/1
 1152/2 1153/8
 1155/13 1157/12
 1163/16 1166/4
half [2]  1124/13
 1161/12
hand [11]  1077/9
 1077/11 1077/16
 1084/11 1095/15
 1096/24 1122/9
 1122/15 1134/22
 1156/3 1161/7
handed [4]  1096/6
 1096/6 1134/23
 1151/25
handle [3]  1147/7
 1151/2 1162/25
happen [1]  1155/15
happened [1]
 1111/25
has [72]  1077/25

Case 1:18-cr-00319-SHS Document 641-8 Filed 05/20/22 Page 57 of 102

has... [71]  1078/12
1080/25 1081/12
1081/21 1082/5
1082/7 1082/22
1083/9 1083/15
1091/5 1091/8
1093/5 1094/14
1096/20 1098/2
1098/7 1098/14
1098/17 1099/13
1099/16 1103/6
1106/2 1106/7
1108/5 1109/7
1109/9 1109/13
1110/5 1111/14
1113/6 1117/4
1117/7 1117/14
1117/20 1119/17
1119/18 1121/1
1121/25 1125/11
1128/9 1131/7
1131/23 1131/24
1132/18 1134/10
1134/13 1136/9
1136/16 1138/17
1138/21 1138/25
1139/7 1141/5
1141/9 1141/10
1143/15 1144/17
1145/10 1146/13
1146/22 1147/14

1147/15 1148/16
1150/4 1151/23
1157/15 1162/10
1162/17 1162/18
1162/18 1163/18
hasn't [2]  1135/19
1150/16
have [152]
haven't [1]  1150/7
having [5]  1115/7
1154/4 1155/18
1164/9 1166/12
he [75]  1089/9
1093/5 1098/24
1099/4 1102/2
1102/8 1102/8
1102/9 1102/10
1102/14 1103/4
1103/19 1103/21
1104/8 1104/10
1104/11 1104/11
1104/12 1104/25
1108/16 1108/19
1108/20 1108/24
1108/24 1108/25
1109/14 1109/14
1109/22 1110/1
1110/5 1110/10
1110/13 1112/22
1114/18 1117/9
1118/3 1118/15
1118/17 1118/17

1123/17 1123/18
1123/19 1124/9
1127/8 1127/12
1127/14 1127/14
1127/18 1127/21
1127/22 1128/2
1128/12 1130/3
1130/8 1130/13
1130/15 1130/16
1132/6 1133/2
1133/16 1133/19
1133/24 1133/24
1134/1 1134/1
1134/8 1134/11
1139/25 1140/2
1140/6 1142/2
1162/10 1162/11
1162/16 1165/16
he'll [1]  1091/20
he's [7]  1101/1
1145/25 1162/12
1166/14 1166/15
1166/22 1166/24
hear [3]  1089/15
1096/22 1142/24
heard [24]  1081/23
1084/22 1086/4
1087/8 1087/19
1087/19 1087/20
1087/23 1088/3
1091/12 1092/5
1092/21 1092/22

# H

heard... [11]
 1093/23 1097/10
 1097/18 1098/4
 1100/1 1100/6
 1102/4 1102/5
 1141/13 1151/19
 1155/11
held [4]  1105/6
 1110/9 1163/16
 1164/5
help [5]  1079/14
 1087/13 1096/9
 1122/20 1124/14
helpful [1]  1149/25
helps [1]  1091/22
her [5]  1083/17
 1083/21 1092/9
 1142/6 1153/20
here [44]  1077/2
 1077/19 1081/5
 1082/24 1085/7
 1086/4 1087/15
 1087/25 1089/13
 1090/5 1091/11
 1093/21 1096/3
 1096/14 1096/15
 1098/9 1098/16
 1099/9 1099/15
 1100/3 1100/20
 1101/5 1118/24
 1119/3 1126/9
 1132/19 1134/25
 1138/9 1138/14
 1142/5 1143/17
 1143/21 1145/3
 1147/1 1149/16
 1150/4 1154/9
 1154/15 1155/18
 1156/3 1156/17
 1162/19
here's [1]  1150/18
hereby [2]  1161/19
 1164/9
heroin [3]  1125/9
 1132/14 1133/9
hesitate [3]  1083/16
 1083/20 1142/11
highlight [1]
 1144/19
highly [1]  1155/22
him [24]  1081/22
 1082/19 1082/23
 1083/1 1083/7
 1083/8 1084/11
 1084/14 1089/8
 1095/15 1095/16
 1099/4 1099/5
 1102/13 1102/15
 1109/21 1119/11
 1123/3 1139/6
 1139/25 1140/4
 1165/15 1165/21
himself [13]  1102/9
 1102/10 1102/12
 1102/20 1103/4
 1103/18 1104/11
 1111/18 1121/3
 1121/20 1123/16
 1125/16 1133/3
his [42]  1082/13
 1083/2 1083/9
 1083/17 1083/20
 1084/3 1090/4
 1092/2 1092/9
 1093/19 1094/8
 1095/1 1095/17
 1095/21 1099/1
 1102/2 1104/12
 1108/21 1109/10
 1109/18 1109/25
 1110/5 1112/22
 1113/22 1120/5
 1120/6 1120/7
 1124/9 1126/20
 1128/15 1134/12
 1135/8 1136/24
 1137/17 1138/7
 1138/7 1138/11
 1138/12 1138/13
 1139/22 1142/6
 1164/4
HOBSON [1]
 1076/17

**H**

hold [3]  1086/19
1086/24 1152/7
HON [1]  1076/11
honest [2]  1089/16
1089/17
Honor [36]  1110/24
1144/6 1144/9
1144/24 1146/23
1147/6 1148/8
1149/8 1149/16
1149/20 1151/5
1152/5 1152/17
1152/23 1154/12
1156/14 1156/20
1156/22 1157/16
1161/24 1162/1
1163/3 1163/9
1163/21 1164/12
1164/17 1164/21
1164/24 1165/17
1165/25 1166/7
1166/12 1166/19
1166/25 1167/2
1167/3
hope [1]  1095/14
hoped [2]  1095/11
1108/2
hour [1]  1124/13
housed [1]  1166/24
how [23]  1079/15
1079/21 1085/22

1085/25 1087/17
1088/24 1089/8
1089/14 1089/16
1089/24 1090/6
1094/12 1095/5
1097/14 1097/21
1100/18 1135/10
1147/7 1150/7
1150/22 1156/14
1158/8 1159/7
however [12]
1100/11 1107/11
1110/18 1111/5
1117/18 1140/3
1142/14 1142/16
1144/17 1149/11
1155/16 1156/12

**I**

I'd [3]  1146/4
1156/8 1162/15
I'll [12]  1079/25
1080/2 1084/8
1104/19 1143/17
1143/19 1143/21
1148/3 1150/15
1156/17 1156/19
1162/23
I'm [63]  1077/8
1077/18 1077/21
1078/21 1079/24
1081/5 1082/3
1082/8 1086/23

1089/8 1095/4
1100/19 1101/8
1111/1 1112/10
1123/25 1123/25
1132/22 1138/17
1138/21 1143/10
1144/24 1145/5
1146/22 1147/7
1147/16 1147/16
1147/17 1147/23
1147/23 1148/1
1148/16 1149/16
1150/18 1150/21
1150/22 1150/23
1151/1 1151/20
1152/12 1152/15
1152/17 1152/23
1153/9 1153/16
1153/19 1153/20
1153/24 1153/25
1154/14 1155/2
1155/3 1156/5
1157/17 1157/21
1158/3 1161/7
1161/7 1161/19
1162/25 1164/23
1165/4 1165/22
I've [11]  1077/8
1077/15 1083/11
1086/3 1086/16
1088/12 1095/4
1099/17 1150/3

**I**

I've... [2]  1151/24
1151/25
ignore [1]  1150/10
illegal [7]  1106/13
1108/1 1108/8
1112/9 1112/16
1122/7 1132/22
immediate [2]
1130/4 1131/14
immediately [1]
1162/6
immunity [1]
1165/23
impartial [2]  1084/9
1084/12
impartiality [1]
1078/12
impartially [1]
1083/3
implicit [2]  1081/11
1081/15
implicitly [1]  1107/2
importance [1]
1083/17
important [4]
1078/23 1083/20
1090/9 1149/15
importuned [1]
1105/9
importunes [1]
1105/1

impose [15]  1100/15
imposed [1]  1142/2
imposes [1]  1082/15
imposing [1]  1142/2
impression [1]
1152/24
imprisonment [1]
1119/6
improper [3]  1087/2
1091/18 1094/11
inappropriate [1]
1147/3
incapacity [1]
1128/24
incarcerated [3]
1162/10 1162/12
1163/16
incarceration [1]
1125/12
inclined [1]  1164/23
include [1]  1119/11
included [4]
1104/20 1136/11
1136/18 1153/8
includes [5]  1116/10
1126/14 1131/9
1140/14 1152/25
including [6]  1077/2
1121/7 1124/25
1125/4 1125/9
1132/14
inconsistency [2]

inconsistent [1]
1090/4
inconvenience [1]
1099/19
increase [3]  1102/2
1137/17 1138/7
increasing [3]
1136/24 1137/3
1138/11
indeed [4]  1086/21
1087/5 1116/23
1146/8
independent [2]
1093/9 1128/18
indicate [1]  1145/13
indicates [1]
1141/14
indicted [1]  1082/5
indictment [34]
1082/6 1082/7
1082/8 1082/9
1082/12 1086/5
1100/17 1100/19
1100/20 1100/23
1100/24 1101/3
1101/10 1102/23
1107/5 1108/8
1112/25 1113/3
1114/12 1114/21
1115/1 1115/2
1118/19 1118/21

Case 1:18-cr-00319-SHS Document 61 Filed 05/20/21 Page 60 of 104

**indictment... [10]**
1119/14 1124/21
1125/21 1129/15
1129/15 1129/17
1130/21 1141/16
1152/13 1153/21
**indirectly [4]**
1084/24 1101/20
1114/19 1118/13
**individual [11]**
1107/10 1115/19
1126/15 1126/17
1126/21 1127/1
1128/12 1129/23
1130/1 1132/17
1137/5
**individual's [3]**
1097/18 1126/22
1128/22
**individuals [3]**
1115/12 1116/11
1122/6
**induces [1]** 1103/1
**infer [3]** 1085/2
1085/10 1109/18
**inference [8]** 1085/4
1085/8 1085/13
1086/14 1099/3
1099/7 1100/7
1107/12
**inferences [6]**
1078/8 1085/16
1085/17 1085/18
1092/3 1094/4
**influenced [2]**
1078/14 1141/22
**informal [2]** 1116/1
1122/11
**informally [1]**
1115/4
**information [1]**
1099/21
**informed [1]**
1109/17
**injury [1]** 1131/14
**innocence [2]**
1082/25 1083/6
**innocent [6]**
1082/18 1082/21
1090/8 1098/25
1103/23 1109/5
**inspect [1]** 1157/21
**instead [2]** 1110/25
1127/6
**instruct [10]**
1081/11 1082/1
1082/19 1096/12
1097/15 1097/23
1098/10 1100/2
1102/22 1125/22
**instructed [3]**
1081/9 1081/23
1094/2
**instruction [6]**
1078/24 1078/25
1100/11 1144/6
1144/7 1145/18
**instructions [23]**
1077/20 1079/1
1079/2 1079/2
1079/3 1079/7
1079/11 1080/3
1082/10 1084/7
1095/4 1100/16
1105/15 1118/25
1127/10 1130/10
1132/8 1133/21
1141/21 1144/13
1146/20 1147/15
1152/15
**insufficiency [1]**
1129/6
**intangible [1]**
1131/10
**intended [8]**
1121/11 1124/23
1125/14 1127/4
1127/21 1127/23
1129/18 1144/14
**intending [1]**
1132/23
**intends [2]** 1126/19
1127/6
**intent [24]** 1104/8
1106/13 1108/11

# I

**intent... [21]**
1108/15 1111/15
1118/17 1121/18
1125/8 1126/17
1126/24 1126/25
1127/5 1127/18
1128/11 1128/14
1130/2 1133/5
1133/8 1133/12
1133/15 1133/25
1134/13 1134/19
1134/20
**intention [2]** 1112/4
1146/3
**intentional [1]**
1144/11
**intentionally [18]**
1088/18 1105/1
1105/10 1108/9
1108/14 1108/22
1109/2 1110/2
1112/8 1112/14
1118/12 1118/24
1119/12 1133/1
1133/7 1133/16
1134/25 1148/8
**interception [1]**
1096/11
**interest [8]** 1090/16
1090/23 1090/25
1091/1 1091/6

1091/8 1092/15
1092/15
**interests [2]**
1095/12 1111/20
**interfere [3]**
1080/14 1081/25
1082/2
**interrelated [1]**
1119/21
**interrogatories [4]**
1079/18 1135/4
1135/16 1136/8
**interrogatory [2]**
1136/1 1149/10
**interstate [23]**
1114/13 1116/9
1116/10 1116/12
1116/14 1116/15
1116/17 1116/19
1116/21 1117/1
1117/2 1117/3
1117/4 1117/9
1117/11 1117/18
1118/9 1131/17
1131/19 1131/25
1132/2 1137/11
1137/24
**introduced [2]**
1109/9 1146/15
**investigative [3]**
1098/6 1098/11
1145/12

**involve [3]** 1104/
1159/3 1160/1
**involved [8]**
1080/12 1125/25
1126/2 1127/11
1130/11 1133/23
1135/15 1136/13
**involvement [1]**
1120/5
**involving [30]**
1124/25 1125/3
1125/7 1126/11
1127/9 1127/11
1129/9 1129/10
1129/12 1129/19
1130/9 1130/12
1130/18 1130/19
1130/23 1132/7
1132/13 1133/20
1135/17 1135/21
1135/23 1135/24
1158/11 1158/15
1158/19 1158/23
1159/16 1159/19
1159/21 1159/23
**irresponsibility [1]**
1128/24
**is [292]**
**isolated [1]** 1119/22
**issue [14]** 1081/4
1087/6 1087/7
1090/5 1095/18

**I**

issue... [9]  1110/5
1113/24 1141/1
1141/2 1142/1
1142/5 1142/20
1152/2 1166/4
issues [9]  1081/16
1086/1 1086/2
1086/17 1086/18
1087/18 1094/2
1095/23 1148/18
it [168]
it's [60]  1078/9
1078/22 1079/6
1079/14 1079/22
1081/6 1083/15
1083/22 1083/22
1084/5 1084/11
1084/17 1084/18
1085/3 1085/4
1085/7 1085/9
1085/23 1086/6
1086/25 1088/25
1091/7 1092/12
1092/17 1097/4
1097/5 1098/19
1098/19 1098/25
1100/24 1100/25
1102/11 1105/22
1106/22 1107/12
1123/23 1124/12
1141/6 1143/2

1145/5 1145/17
1146/1 1146/2
1148/18 1149/15
1149/22 1150/2
1150/4 1150/24
1153/3 1155/22
1156/16 1156/16
1156/17 1156/18
1161/14 1165/2
1165/8
its [28]  1080/18
1083/4 1098/7
1098/12 1102/17
1106/6 1108/7
1108/10 1108/11
1108/17 1109/20
1110/9 1111/15
1111/16 1112/19
1112/21 1112/23
1114/9 1116/15
1116/16 1120/6
1121/6 1121/9
1137/6 1137/11
1138/17 1138/21
1138/25
itself [7]  1094/18
1100/17 1105/5
1105/21 1106/4
1110/19 1116/22

**J**

jail [1]  1166/25
JEREMY [1]
1076/23
Johnson [4]  1164/4
1164/12 1164/13
1164/19
join [2]  1105/18
1124/7
joined [4]  1108/23
1110/6 1110/8
1110/10
judge [4]  1076/12
1142/24 1143/15
1166/5
judges [1]  1078/2
judgment [5]
1089/1 1093/20
1100/10 1142/10
1142/14
judicial [1]  1155/12
juries [1]  1080/7
juror [18]  1142/6
1150/3 1150/16
1151/12 1154/18
1157/11 1160/5
1160/7 1160/9
1160/11 1160/13
1160/15 1160/17
1160/19 1160/21
1160/23 1160/25
1161/2

**J**

jurors [24]  1081/19
1083/1 1141/25
1142/7 1142/10
1146/23 1147/5
1147/8 1149/2
1150/10 1153/24
1154/15 1154/24
1155/1 1155/4
1155/5 1155/10
1155/10 1155/11
1156/7 1156/9
1157/25 1161/11
1166/9

jury [42]  1076/13
1077/1 1077/3
1077/3 1077/5
1078/24 1079/4
1079/23 1082/6
1082/20 1082/22
1086/2 1087/8
1087/14 1096/25
1097/16 1099/6
1099/12 1142/8
1143/15 1154/10
1154/25 1155/18
1155/25 1156/6
1156/16 1156/16
1156/18 1157/3
1157/5 1157/8
1157/10 1157/15
1157/18 1157/21

1157/25 1159/10
1161/4 1161/9
1161/15 1161/17
1166/2

just [32]  1077/10
1077/14 1077/17
1078/17 1082/1
1089/11 1102/5
1103/4 1107/13
1110/24 1124/14
1124/15 1130/18
1144/13 1146/7
1147/20 1148/16
1149/2 1149/15
1149/25 1150/7
1151/11 1152/2
1153/4 1153/7
1153/18 1163/22
1164/3 1165/5
1166/1 1166/12
1166/20

**K**

Kaufman [2]
1162/25 1163/13
ken [2]  1086/17
1086/18
kill [2]  1127/6
1127/21
kills [1]  1127/6
kind [2]  1081/4
1094/4
knew [4]  1088/21

1118/4
know [50]  1077/20
1077/22 1077/23
1077/23 1078/12
1078/20 1082/4
1083/25 1084/5
1084/16 1084/19
1084/21 1084/23
1086/5 1086/7
1087/1 1087/3
1088/11 1089/9
1097/5 1098/13
1098/16 1098/17
1098/21 1100/20
1100/23 1109/13
1109/19 1109/21
1109/22 1111/2
1111/16 1115/1
1115/15 1115/21
1118/3 1123/22
1124/5 1124/14
1129/10 1141/18
1143/16 1148/8
1148/17 1148/18
1148/19 1149/6
1149/25 1150/16
1153/23
knowing [3]  1109/8
1112/17 1124/9
knowingly [19]
1103/18 1103/19

**K**

knowingly... [17]
1103/21 1104/12
1106/12 1108/14
1108/22 1109/1
1110/2 1114/17
1118/12 1118/23
1124/7 1132/4
1133/1 1133/2
1133/7 1133/16
1134/25
knowledge [22]
1093/5 1104/1
1104/4 1105/3
1108/10 1109/12
1109/18 1109/19
1110/20 1110/21
1110/22 1110/25
1111/8 1111/10
1111/12 1111/14
1111/21 1111/25
1112/3 1113/23
1121/18 1140/2
known [3]  1105/14
1108/19 1137/1
knows [2]  1155/14
1156/11

**L**

lack [15]  1078/13
1080/22 1080/25
1098/8 1100/4

1141/20 1141/24
1145/4 1145/8
1145/14 1145/19
1145/25 1146/15
1151/1 1151/19
LaCova [2]  1093/1
1093/9
ladies [23]  1077/7
1078/10 1078/18
1078/23 1082/19
1089/4 1091/7
1094/3 1097/15
1100/3 1106/22
1131/17 1135/6
1138/14 1140/8
1141/18 1141/25
1151/7 1154/3
1154/8 1159/12
1161/9 1161/15
last [9]  1084/25
1086/11 1136/1
1138/3 1145/5
1145/21 1146/11
1153/24 1154/16
later [1]  1163/7
law [92]  1077/18
1077/19 1077/20
1078/16 1078/17
1078/19 1078/19
1078/25 1079/6
1079/8 1079/9
1080/1 1081/23

1082/15 1082/18
1084/2 1085/20
1086/17 1087/10
1092/5 1092/7
1092/8 1092/13
1092/18 1092/21
1093/22 1094/17
1098/12 1100/11
1102/23 1104/21
1104/21 1105/16
1105/21 1105/23
1105/24 1106/3
1106/18 1107/3
1108/16 1108/18
1108/19 1110/16
1111/3 1112/2
1113/14 1125/2
1125/5 1125/6
1125/10 1125/22
1126/11 1126/13
1127/16 1128/7
1128/21 1129/9
1129/11 1129/13
1130/9 1130/15
1130/19 1130/20
1132/7 1132/9
1132/15 1132/21
1135/17 1135/22
1135/23 1135/25
1136/25 1137/15
1137/22 1141/15
1141/21 1142/19

# L

**law...** [15]  1145/12
 1148/8 1148/10
 1148/12 1148/14
 1148/25 1149/2
 1158/12 1158/16
 1158/20 1158/24
 1159/17 1159/19
 1159/21 1159/24
**lawful** [6]  1096/13
 1096/15 1097/17
 1097/24 1115/6
 1131/22
**laws** [3]  1132/17
 1135/9 1137/5
**lawyer** [1]  1091/24
**lawyer's** [1]  1086/15
**lawyers** [13]  1078/4
 1081/5 1086/7
 1086/8 1086/19
 1086/25 1087/8
 1088/12 1091/14
 1091/18 1093/24
 1102/5 1161/10
**least** [13]  1102/1
 1108/8 1112/3
 1114/17 1114/22
 1118/18 1119/4
 1121/19 1121/20
 1123/6 1123/11
 1126/3 1136/24
**leave** [2]  1147/21

**led** [1]  1085/17
**left** [2]  1106/21
 1145/7
**legal** [11]  1078/21
 1086/19 1087/6
 1087/7 1098/10
 1115/10 1115/13
 1128/24 1129/6
 1134/3 1134/10
**legally** [1]  1086/22
**legitimate** [3]
 1085/16 1092/12
 1115/6
**less** [2]  1080/20
 1092/10
**lesser** [1]  1092/10
**let** [12]  1081/24
 1082/1 1095/18
 1105/15 1111/2
 1112/10 1129/15
 1138/17 1138/22
 1143/10 1147/17
 1153/23
**let's** [11]  1114/7
 1119/1 1124/15
 1136/20 1146/10
 1147/18 1148/4
 1149/7 1150/17
 1153/16 1163/17
**level** [1]  1081/18
**liability** [5]  1102/17

 1102/18 1102/18
 1103/11 1110/7
**liable** [3]  1104/24
 1105/6 1105/7
**lie** [1]  1095/15
**life** [2]  1083/17
 1089/12
**life's** [2]  1089/1
 1090/13
**light** [1]  1093/17
**like** [8]  1077/17
 1142/24 1144/20
 1150/17 1155/20
 1162/1 1162/15
 1164/2
**liked** [1]  1087/5
**likely** [2]  1077/12
 1141/6
**limited** [1]  1121/2
**line** [5]  1144/25
 1145/3 1145/5
 1146/11 1149/1
**lines** [1]  1148/11
**lingering** [1]  1166/2
**list** [10]  1151/24
 1151/25 1152/13
 1152/15 1152/24
 1153/4 1153/12
 1153/17 1153/18
 1157/12
**listen** [5]  1077/10
 1077/12 1077/17

# L

listen... [2] 1086/8 1159/13
little [1] 1097/7
LLP [1] 1076/22
local [2] 1117/3 1131/24
locate [2] 1142/25 1143/7
location [2] 1097/19 1097/19
logical [2] 1085/4 1103/14
logically [1] 1085/15
long [8] 1116/21 1120/22 1125/17 1138/12 1154/9 1156/14 1156/17 1156/19
long-term [1] 1120/22
longer [1] 1164/4
look [4] 1095/24 1098/8 1145/4 1145/18
looking [1] 1109/7
looks [1] 1144/20
lying [2] 1095/9 1095/11

# M

ma'am [2] 1155/1

MACEDONIO [2] 1076/20 1076/21
Madam [2] 1157/18 1158/1
made [11] 1086/17 1090/3 1090/7 1094/7 1095/10 1096/13 1113/19 1113/22 1113/25 1114/3 1167/6
maintain [3] 1102/1 1137/17 1138/6
maintaining [3] 1136/24 1137/3 1138/11
major [1] 1110/14
make [11] 1086/23 1090/18 1104/13 1105/5 1106/3 1110/19 1111/7 1112/1 1124/16 1126/5 1156/10
makes [5] 1106/24 1115/11 1132/16 1132/21 1137/2
making [5] 1080/15 1086/25 1098/9 1124/17 1148/5
Manhattan [1] 1140/14
manner [7] 1096/13

1109/7 1118/16 1125/18 1150/10
manufacture [2] 1133/7 1133/8
many [1] 1156/21
marijuana [3] 1125/9 1132/15 1133/10
marshal [2] 1154/1 1154/2
marshals [6] 1166/13 1166/15 1166/16 1166/18 1166/20 1166/21
masks [1] 1154/6
material [1] 1163/16
mathematical [1] 1120/18
matter [13] 1083/17 1086/16 1087/6 1088/17 1088/25 1096/23 1126/7 1141/13 1143/5 1144/12 1158/5 1164/5 1164/10
matters [6] 1092/4 1093/2 1093/5 1093/21 1093/21 1099/11
may [80] 1076/8

**may... [79] 1078/7**
1080/9 1080/11
1081/10 1081/12
1081/14 1081/15
1085/6 1087/11
1087/13 1089/11
1089/21 1090/19
1090/22 1090/24
1091/1 1091/16
1092/6 1092/14
1093/4 1094/8
1094/18 1096/11
1097/13 1097/20
1097/25 1099/5
1099/7 1099/10
1102/15 1103/5
1105/24 1107/5
1107/7 1107/11
1107/11 1109/22
1110/8 1110/13
1110/16 1111/4
1111/16 1111/19
1113/4 1113/20
1113/23 1114/5
1115/3 1115/5
1115/6 1115/12
1117/6 1119/23
1120/3 1120/19
1120/21 1121/4
1122/18 1122/20
1123/17 1127/9

1133/21 1134/3
1134/8 1138/15
1138/19 1138/23
1139/5 1139/24
1140/4 1142/1
1146/14 1154/22
1154/23 1155/25
1157/20 1166/5
**MDC [3] 1162/19**
1162/20 1166/22
**me [29] 1077/10**
1077/17 1087/20
1093/22 1095/18
1105/15 1111/2
1112/10 1124/14
1124/16 1129/15
1138/18 1138/22
1142/4 1142/23
1143/10 1143/14
1143/15 1143/20
1144/23 1145/15
1146/9 1151/12
1151/12 1151/23
1153/23 1163/13
1163/25 1165/22
**meals [1] 1154/4**
**mean [5] 1091/5**
1092/8 1115/17
1118/24 1155/4
**meaningful [3]**
1118/7 1119/18

**means [6] 1084/5**
1105/20 1108/18
1108/22 1134/19
1134/21
**meant [1] 1153/7**
**meet [3] 1114/9**
1121/9 1137/6
**meeting [1] 1091/18**
**member [21]**
1106/12 1109/14
1109/21 1109/22
1110/13 1110/13
1110/18 1110/19
1111/6 1111/7
1112/2 1112/21
1113/10 1113/13
1113/18 1114/3
1118/18 1119/11
1121/19 1133/2
1139/17
**members [12]**
1112/21 1113/15
1113/15 1113/20
1115/19 1115/22
1116/16 1116/25
1117/5 1121/6
1124/6 1139/12
**membership [4]**
1111/20 1112/22
1115/17 1117/6
**mental [2] 1104/24**

Case 1:18-cr-00319-SHS Document 546 Filed 05/20/22 Page 86 of 104

mental... [1] 1129/2
mentioned [2]
 1135/2 1149/11
mere [14] 1103/22
 1103/25 1104/2
 1105/2 1105/4
 1109/5 1110/18
 1110/21 1110/25
 1111/6 1111/9
 1111/18 1111/21
 1127/25
merely [3] 1093/18
 1111/25 1119/22
message [1] 1166/5
met [1] 1098/7
method [4] 1120/19
 1138/15 1138/19
 1138/23
methods [1]
 1119/20
might [4] 1080/13
 1139/21 1144/11
 1149/25
mind [8] 1077/15
 1077/22 1085/14
 1085/17 1091/2
 1105/11 1109/8
 1122/22
minimal [6] 1116/13
 1116/17 1116/18
 1117/12 1117/18

minimum [1]
 1122/15
minor [1] 1110/15
minutes [1] 1162/25
misplaced [1]
 1089/9
misread [1] 1110/24
misspoke [1] 1111/2
mistake [3] 1090/8
 1103/22 1109/5
mistaken [2]
 1088/16 1089/16
modify [1] 1145/21
moment [4] 1108/4
 1149/15 1164/21
 1166/17
moments [1]
 1104/19
Monday [3] 1084/25
 1086/11 1087/24
monetary [1]
 1109/24
money [2] 1116/11
 1131/9
month [3] 1162/5
 1162/7 1162/21
months [1] 1162/10
more [27] 1077/12
 1087/5 1092/9
 1095/9 1095/9
 1102/11 1105/18

 1107/13 1108/3
 1112/2 1119/13
 1124/10 1125/22
 1128/10 1128/21
 1129/4 1129/16
 1134/15 1141/6
 1155/9 1162/17
 1162/18 1162/19
 1164/18 1166/9
Moreover [1]
 1111/24
morning [3] 1077/2
 1077/7 1163/7
most [1] 1083/20
mostly [1] 1124/20
motions [4] 1162/2
 1162/7 1162/21
 1162/23
motivate [1] 1095/2
motivated [1]
 1095/14
motivating [1]
 1138/13
motivation [2]
 1095/14 1095/17
motive [3] 1090/16
 1090/23 1138/12
move [3] 1146/10
 1148/3 1149/7
movement [2]
 1116/10 1131/1

**M**

**Mr [30]** 1108/9
1109/10 1109/12
1109/13 1109/17
1110/4 1112/7
1112/13 1113/17
1113/22 1113/24
1114/6 1114/15
1114/17 1114/22
1116/21 1117/9
1117/19 1117/22
1118/1 1118/4
1118/10 1118/12
1119/10 1120/3
1121/11 1121/14
1121/17 1121/20
1123/16
**Mr. [80]** 1077/24
1080/7 1080/9
1080/21 1081/21
1082/7 1082/11
1082/18 1082/20
1083/5 1083/6
1084/5 1084/11
1084/13 1094/4
1094/9 1094/15
1095/3 1096/20
1098/2 1098/14
1098/16 1098/17
1098/23 1098/23
1099/3 1099/8
1099/9 1099/13

1100/4 1100/14
1100/22 1101/1
1101/15 1102/9
1102/12 1103/5
1103/23 1104/9
1105/13 1106/12
1123/2 1124/2
1124/5 1125/14
1125/16 1125/18
1127/7 1127/12
1130/7 1130/12
1132/1 1132/5
1133/13 1133/18
1134/6 1135/7
1136/10 1136/22
1137/20 1137/21
1137/22 1138/4
1138/20 1138/24
1139/1 1139/3
1139/24 1141/12
1141/19 1142/2
1144/3 1145/9
1145/21 1145/23
1150/22 1162/9
1162/25 1163/13
1164/19
**Mr. Johnson [1]**
1164/19
**Mr. Kaufman [2]**
1162/25 1163/13
**Mr. Orlando [1]**
1102/9

**Mr. Pabon [64]**
1077/24 1080/7
1080/21 1081/21
1082/7 1082/11
1082/18 1082/20
1083/5 1083/6
1084/5 1084/11
1094/4 1094/9
1094/15 1095/3
1096/20 1098/2
1098/16 1098/17
1098/23 1098/23
1099/3 1099/8
1099/9 1099/13
1100/4 1100/14
1100/22 1101/1
1101/15 1102/12
1103/5 1103/23
1104/9 1105/13
1106/12 1123/2
1124/5 1125/14
1125/16 1125/18
1127/7 1127/12
1130/7 1130/12
1132/1 1132/5
1133/13 1133/18
1134/6 1135/7
1136/10 1136/22
1137/20 1138/20
1138/24 1139/1
1139/3 1139/24
1141/12 1141/19

**Mr. Pabon... [2]**
1142/2 1162/9
**Mr. Pabon's [5]**
1080/9 1084/13
1098/14 1138/4
1145/9
**Mr. Rivera [2]**
1137/21 1137/22
**Mr. Schneider [4]**
1124/2 1144/3
1145/21 1145/23
**Mr. Schneider's [1]**
1150/22
**Ms. [7]** 1154/16
1156/7 1157/15
1163/18 1163/23
1163/24 1164/7
**Ms. Blakely [6]**
1154/16 1156/7
1163/18 1163/23
1163/24 1164/7
**Ms. Foreperson [1]**
1157/15
**much [10]** 1085/22
1085/25 1090/6
1106/21 1146/24
1152/7 1155/17
1156/2 1156/18
1161/14
**multiple [2]** 1126/1
1147/14

**murder [52]**
1079/20 1102/3
1102/7 1102/10
1102/12 1103/7
1123/6 1123/6
1123/10 1124/25
1125/1 1125/1
1126/11 1126/12
1126/14 1126/15
1127/3 1127/9
1127/12 1127/14
1127/18 1127/20
1127/24 1128/2
1128/4 1128/6
1128/8 1128/11
1128/12 1128/14
1128/15 1129/6
1129/9 1132/11
1135/17 1136/4
1136/11 1136/14
1136/18 1136/20
1136/22 1137/5
1137/13 1137/14
1138/5 1138/6
1138/13 1158/11
1159/4 1159/16
1160/1 1160/4
**murdered [5]**
1101/25 1102/9
1127/4 1127/4
1137/21
**murdering [1]**

**murders [1]**
1118/22
**must [72]** 1078/10
1078/19 1078/22
1080/5 1080/8
1080/22 1081/7
1081/24 1083/4
1083/18 1088/2
1088/6 1094/3
1097/14 1100/9
1101/5 1103/23
1104/6 1105/8
1106/25 1108/9
1108/13 1108/20
1108/23 1109/3
1112/2 1112/12
1113/25 1114/10
1114/24 1115/8
1115/14 1115/17
1115/18 1116/8
1116/14 1116/16
1118/4 1118/11
1118/15 1119/8
1119/19 1120/14
1121/10 1121/17
1122/2 1122/3
1122/25 1123/3
1126/4 1126/13
1126/22 1127/1
1128/17 1129/23
1132/25 1135/7

## M

must... [15]  1137/7
1137/19 1137/25
1138/3 1142/1
1142/5 1143/24
1148/25 1149/12
1150/2 1150/25
1150/25 1151/17
1151/18 1164/23
my [30]  1077/8
1077/15 1077/23
1078/3 1086/16
1086/18 1100/11
1118/25 1146/23
1147/5 1150/15
1152/13 1153/17
1153/19 1154/6
1155/12 1155/20
1156/3 1156/11
1157/12 1157/18
1158/3 1161/7
1161/7 1161/9
1161/16 1161/20
1165/3 1165/17
1166/4

## N

N.Y [1]  1076/8
name [3]  1080/17
1163/8 1164/11
names [2]  1100/1
1100/6

narcotics [23]
1117/1 1117/3
1117/5 1118/21
1131/23 1131/23
1131/24 1132/12
1132/17 1132/20
1132/22 1132/23
1132/23 1133/2
1133/3 1133/5
1133/13 1134/16
1134/17 1134/18
1135/24 1158/23
1159/23
national [3]  1080/10
1080/11 1081/15
nature [12]  1080/14
1081/2 1092/2
1108/20 1112/7
1112/14 1113/6
1118/3 1118/5
1121/5 1128/25
1141/23
necessarily [5]
1090/17 1092/9
1111/20 1122/23
1165/9
necessary [11]
1101/7 1102/11
1103/18 1109/16
1109/21 1109/24
1111/13 1116/19
1116/20 1117/10

need [17]  1108/19
1109/19 1110/5
1116/13 1116/18
1120/17 1123/1
1125/24 1126/2
1128/19 1138/10
1152/8 1152/14
1153/22 1154/16
1155/6 1155/21
negligence [2]
1103/22 1109/5
never [10]  1082/14
1082/15 1084/5
1098/22 1106/2
1149/11 1151/24
1151/25 1155/14
1166/4
NEW [39]  1076/1
1076/8 1076/17
1092/8 1102/22
1102/24 1104/20
1104/21 1125/1
1125/5 1125/5
1126/11 1126/12
1127/16 1128/7
1128/20 1129/9
1129/11 1129/13
1130/9 1130/15
1130/18 1135/17
1135/22 1137/15
1137/22 1140/13

Case 1:18-cr-00319-SHS Document 545 Filed 05/20/21 Page 72 of 104

**NEW... [12]** 1141/3
1141/7 1141/11
1148/7 1148/10
1148/12 1148/14
1148/25 1158/11
1158/15 1159/16
1159/19
**New York [13]**
1125/5 1125/5
1127/16 1128/7
1128/20 1129/9
1129/11 1130/9
1130/15 1130/18
1135/17 1135/22
1137/22
**next [5]** 1107/16
1108/9 1140/16
1146/5 1155/21
**nexus [3]** 1119/15
1119/17 1120/1
**Nicholas [1]** 1102/1
**no [48]** 1087/14
1087/15 1087/16
1088/23 1094/3
1096/13 1098/10
1098/17 1098/23
1098/23 1099/3
1099/12 1103/12
1103/13 1110/5
1127/2 1128/21
1144/7 1150/3

1150/16 1151/5
1151/12 1152/1
1152/2 1152/4
1154/19 1155/1
1155/4 1155/6
1157/10 1157/11
1157/13 1157/13
1160/5 1160/7
1160/9 1160/11
1160/13 1160/15
1160/17 1160/19
1160/21 1160/23
1160/25 1161/2
1161/24 1164/4
1164/18
**nobody [1]** 1163/18
**None [1]** 1151/4
**Nonetheless [4]**
1085/7 1122/22
1165/18 1166/5
**nonexistence [1]**
1085/12
**nonsubstantive [1]**
1149/22
**normal [2]** 1151/8
1151/9
**normally [3]**
1087/12 1096/24
1134/5
**not [214]**
**note [10]** 1125/20
1142/23 1142/25

1143/20 1151/12
1151/12 1157/10
1157/13
**notebooks [1]**
1156/3
**noted [1]** 1150/7
**nothing [6]** 1087/3
1091/17 1094/11
1095/19 1147/3
1165/15
**noticed [2]** 1150/16
1150/20
**noun [1]** 1147/22
**now [59]** 1077/8
1077/16 1078/22
1079/11 1082/3
1082/11 1083/7
1083/11 1087/11
1087/19 1088/10
1088/13 1088/20
1092/21 1093/23
1096/2 1097/1
1097/10 1098/4
1099/16 1100/1
1100/16 1100/19
1102/4 1105/13
1114/7 1117/13
1119/1 1124/11
1126/9 1130/18
1130/19 1131/17
1132/11 1135/2

**N**

now... [24] 1136/20
1138/14 1140/8
1141/18 1144/19
1147/5 1148/5
1151/8 1151/9
1152/12 1153/25
1154/7 1154/8
1155/5 1155/24
1157/13 1158/3
1161/6 1163/2
1163/15 1163/17
1163/19 1164/18
1165/16
number [4] 1087/24
1157/24 1164/4
1164/13

**O**

oath [2] 1088/17
1141/25
oaths [1] 1081/19
object [18] 1086/20
1086/21 1086/22
1108/1 1108/3
1125/24 1125/25
1126/2 1128/20
1128/23 1129/1
1129/3 1134/10
1134/11 1134/12
1150/7 1150/9
1153/5

objected [1]
1086/20
objection [4]
1086/16 1151/3
1152/1 1152/3
objections [4]
1086/15 1086/25
1144/2 1144/5
objective [5] 1109/4
1112/19 1125/18
1126/20 1128/15
objectives [6]
1108/12 1108/17
1111/16 1112/1
1112/4 1118/16
objects [4] 1106/1
1106/11 1106/13
1108/7
obligation [4]
1086/21 1098/18
1098/25 1141/11
obligations [1]
1100/18
observe [2] 1088/10
1089/15
observed [1] 1150/3
obstructed [1]
1131/16
obstructs [1] 1131/1
obtained [6]
1094/16 1097/14
1097/20 1097/22

obviously [2]
1083/12 1165/7
occurred [7]
1116/12 1121/16
1140/13 1141/3
1141/7 1141/10
1141/14
October [2] 1101/24
1136/11
offense [14] 1101/16
1101/17 1103/2
1103/4 1104/15
1104/23 1105/7
1105/12 1105/21
1121/13 1125/23
1135/15 1139/2
1139/6
offenses [4] 1110/8
1125/12 1125/21
1132/13
officers [2] 1092/6
1092/22
official [2] 1092/7
1092/8
often [3] 1087/12
1087/21 1113/7
Oh [3] 1149/14
1151/20 1157/17
OK [11] 1086/11
1100/17 1143/16
1143/19 1146/5

**O**

OK... [6]  1148/20
1148/22 1150/1
1150/12 1152/10
1153/5
Okay [3]  1114/7
1124/15 1135/25
old [1]  1089/7
omissions [2]
1113/12 1113/16
omitted [1]  1146/12
once [3]  1081/24
1112/18 1112/21
one [89]  1078/3
1078/24 1078/24
1078/25 1079/15
1079/15 1079/18
1080/24 1088/11
1093/20 1095/14
1095/15 1095/20
1101/13 1101/14
1101/16 1101/18
1102/10 1103/12
1104/19 1104/22
1105/13 1106/7
1106/9 1108/8
1109/15 1109/22
1114/7 1114/10
1114/12 1114/18
1116/5 1116/7
1117/13 1118/8
1119/16 1121/10

1121/19 1122/3
1123/8 1123/9
1123/9 1123/10
1123/23 1124/4
1124/4 1124/21
1124/25 1125/22
1126/3 1126/4
1126/7 1126/9
1127/6 1127/24
1128/10 1128/21
1129/4 1129/8
1129/17 1131/8
1131/11 1134/15
1135/7 1135/10
1135/11 1135/14
1136/2 1136/8
1137/9 1137/25
1139/5 1139/13
1142/13 1143/13
1144/25 1151/9
1151/17 1153/19
1155/9 1155/14
1158/7 1158/8
1159/14 1162/5
1162/7 1162/21
1164/21 1166/20
one's [1]  1096/13
one-month [1]
1162/5
ones [1]  1126/4
ongoing [3]  1116/1
1122/11 1122/19

only [21]  1085/16
1086/6 1086/20
1089/9 1107/8
1109/22 1116/13
1122/2 1124/4
1126/2 1131/18
1135/6 1135/13
1136/2 1141/4
1141/15 1142/18
1146/15 1149/21
1155/5 1165/12
open [7]  1091/22
1142/11 1143/22
1143/23 1151/6
1152/11 1153/15
opinion [7]  1081/7
1092/24 1093/4
1093/15 1093/17
1093/19 1142/6
opinions [5]  1081/4
1093/2 1093/13
1096/17 1097/25
opportunity [5]
1088/10 1089/14
1091/21 1100/4
1100/5
opposed [1]  1164/24
opposite [1]  1142/13
oral [1]  1147/14
orally [1]  1106/17
Orange [1]  1140/15
order [16]  1099/18

Case 1:18-cr-00319-SHS Document 568-4 Filed 05/20/22 Page 75 of 104

order... [15]
1102/12 1109/18
1114/9 1123/3
1125/23 1126/12
1129/22 1134/10
1137/6 1148/24
1163/13 1163/18
1163/19 1163/24
1165/23
ordered [1] 1164/9
orders [1] 1165/24
ordinary [3]
1092/11 1094/24
1134/4
organization [2]
1116/2 1122/11
organized [2]
1115/5 1115/6
orientation [1]
1081/16
origin [3] 1080/10
1080/12 1081/16
original [1] 1142/12
Orlando [9]
1101/25 1102/9
1136/4 1136/11
1136/14 1136/18
1136/22 1159/4
1160/2
other [56] 1079/3
1080/19 1081/16

1084/11 1084/19
1084/24 1085/12
1089/25 1090/1
1090/2 1093/14
1095/15 1095/21
1096/18 1097/8
1098/1 1099/9
1099/10 1099/15
1099/20 1101/2
1101/17 1103/3
1103/14 1103/22
1108/25 1109/5
1109/21 1109/22
1111/12 1113/8
1113/10 1114/18
1118/18 1119/5
1119/11 1119/24
1121/5 1122/8
1122/14 1123/21
1124/3 1124/6
1128/10 1128/10
1128/24 1129/1
1129/3 1129/5
1131/9 1135/11
1138/1 1141/5
1142/10 1144/18
1155/19
others [4] 1101/20
1110/15 1132/17
1142/18
otherwise [3]
1095/1 1119/21

our [4] 1098/17
1124/15 1134/3
1153/8
out [29] 1077/9
1077/11 1077/16
1078/24 1079/5
1085/5 1087/13
1094/1 1096/6
1096/6 1106/5
1106/19 1107/7
1113/11 1128/18
1142/25 1143/9
1143/12 1143/17
1143/21 1145/7
1147/21 1148/17
1150/1 1150/2
1153/20 1154/5
1155/21 1156/8
outcome [7]
1090/16 1090/22
1090/23 1091/2
1091/6 1092/16
1110/1
outdoor [1] 1162/18
outnumbered [1]
1142/18
outset [1] 1110/6
outside [5] 1085/3
1085/9 1089/20
1099/11 1162/19
outweighed [1]

**O**

outweighed... [1] 1142/18
over [10] 1077/15 1120/6 1120/15 1134/11 1134/22 1134/23 1161/12 1163/15 1163/17 1166/22
overall [2] 1118/16 1125/18
overcoming [1] 1130/5
overlapping [1] 1122/18
overt [4] 1128/13 1128/17 1128/17 1128/19
overturned [1] 1162/24
overview [1] 1144/14
own [9] 1083/21 1090/25 1093/20 1094/8 1102/17 1142/6 1142/10 1150/14 1151/14
owned [1] 1129/25
owner [1] 1134/17
ownership [1] 1134/16
oxycodone [3]

1125/9 1132/15 1133/10

**P**

P.C [1] 1076/20
p.m [4] 1157/2 1157/10 1157/14 1163/10
PABON [94]
Pabon's [9] 1080/9 1084/13 1098/14 1109/12 1110/4 1113/22 1113/24 1138/4 1145/9
pact [1] 1106/17
page [13] 1107/16 1140/16 1144/9 1144/17 1144/23 1144/25 1145/6 1146/6 1146/11 1147/20 1148/3 1148/7 1148/23
pandemic [1] 1097/2
paragraph [4] 1145/11 1146/12 1148/23 1149/24
Paralegal [2] 1076/24 1076/25
part [20] 1102/1 1107/9 1108/16 1109/18 1117/5 1118/20 1120/22

1124/23 1125/15 1126/10 1127/7 1129/19 1130/7 1130/22 1132/5 1133/18 1135/4 1136/24
participant [1] 1112/17
participants [3] 1109/20 1119/20 1122/16
participate [11] 1101/20 1104/10 1114/19 1118/13 1121/18 1123/20 1124/7 1138/13 1140/1 1155/6 1155/7
participated [7] 1108/10 1110/1 1111/14 1112/3 1118/15 1125/18 1133/4
participating [1] 1109/25
participation [3] 1110/4 1111/13 1111/22
particular [11] 1085/21 1093/7 1108/19 1112/24

# P

**particular... [7]**
1120/18 1123/2
1141/14 1143/4
1143/5 1145/11
1145/13
**particularly [1]**
1165/1
**parties [10]** 1080/6
1081/10 1088/2
1088/4 1096/6
1100/3 1129/5
1161/10 1161/21
1163/24
**partnership [3]**
1105/17 1113/8
1115/11
**partnerships [1]**
1113/8
**parts [3]** 1082/9
1088/14 1095/21
**party [5]** 1080/6
1080/16 1080/19
1086/15 1090/15
**pass [3]** 1078/5
1134/22 1157/18
**passed [1]** 1134/23
**past [4]** 1086/4
1090/3 1156/18
1161/12
**pathology [2]**
1093/1 1093/11

**patient... [5]** 1142/25
**pattern [24]**
1101/22 1104/18
1114/20 1118/14
1118/20 1119/1
1119/2 1119/4
1119/8 1120/13
1121/22 1121/24
1122/5 1122/8
1122/14 1122/21
1122/23 1123/20
1136/3 1136/9
1136/12 1136/16
1159/2 1159/25
**Pause [2]** 1114/8
1124/18
**paying [2]** 1088/11
1150/4
**pen [1]** 1134/5
**penal [6]** 1104/20
1104/21 1127/16
1128/7 1129/13
1149/2
**pending [1]** 1156/24
**people [14]** 1077/14
1099/15 1100/1
1102/11 1105/18
1106/16 1106/20
1107/1 1113/9
1115/3 1115/25
1128/10 1165/19
1165/23

**perceive [1]** 1089/21
**perform [2]** 1080/5
1110/13
**performance [2]**
1083/23 1128/17
**performed [1]**
1128/14
**period [14]** 1115/15
1115/15 1115/18
1115/20 1116/3
1116/4 1117/25
1119/6 1120/16
1125/11 1125/12
1162/4 1162/5
1162/12
**permissible [1]**
1086/22
**permits [1]** 1102/19
**permitted [4]**
1092/25 1093/4
1093/18 1155/7
**perpetrator [3]**
1105/4 1127/5
1127/20
**person [50]** 1081/14
1083/15 1083/16
1083/19 1085/1
1085/6 1089/16
1099/9 1099/10
1103/3 1103/9
1103/14 1103/20
1104/22 1104/23

# P

**person...** [35]
1105/2 1105/10
1109/8 1110/19
1111/7 1111/16
1112/21 1114/18
1126/12 1126/19
1126/20 1127/3
1127/4 1127/6
1127/6 1127/15
1127/16 1127/22
1127/25 1128/9
1128/14 1129/3
1129/22 1129/25
1131/4 1131/11
1134/12 1134/13
1134/15 1136/23
1137/2 1139/11
1142/24 1143/5
1148/24
**personal** [7]
1080/10 1083/17
1092/15 1094/7
1095/14 1096/17
1097/25
**personalities** [1]
1081/3
**personally** [7]
1094/13 1121/14
1130/13 1133/25
1139/1 1140/1
1140/6

**personnel** [3]
1115/8 1116/2
1122/12
**persons** [4] 1100/5
1111/18 1113/19
1139/11
**phones** [1] 1097/19
**phrase** [3] 1078/25
1079/6 1165/11
**physical** [6] 1087/21
1097/6 1130/4
1131/3 1134/9
1134/12
**physically** [2]
1102/12 1102/14
**pick** [3] 1150/8
1150/14 1150/15
**picky** [1] 1147/24
**piece** [3] 1085/23
1085/25 1087/17
**place** [8] 1097/1
1105/4 1109/10
1110/21 1110/23
1111/9 1111/11
1128/16
**places** [2] 1097/11
1124/15
**plan** [4] 1107/3
1111/22 1131/4
1139/15
**planning** [1]
1126/25

**play** [2] 1110/14
1110/15
**playing** [1] 1081/18
**plea** [2] 1082/11
1109/14
**plead** [2] 1094/7
1094/10
**please** [14] 1077/6
1124/19 1152/18
1154/25 1157/4
1157/9 1157/19
1157/23 1158/1
1159/12 1161/16
1161/18 1163/4
1163/9
**pled** [3] 1082/7
1094/1 1094/5
**plus** [1] 1086/4
**point** [14] 1142/9
1142/12 1142/13
1142/15 1142/15
1142/16 1144/25
1145/13 1146/5
1146/7 1146/19
1150/22 1164/25
1165/17
**pointed** [1] 1085/5
**pointing** [1] 1148/16
**polled** [1] 1161/4
**portions** [1] 1146/24
**pose** [1] 1120/16
**posed** [1] 1120/16

**P**

position [14] 1102/2
1120/5 1120/6
1136/25 1137/4
1137/17 1137/18
1138/7 1138/7
1138/11 1145/15
1164/20 1165/12
1165/24
possess [7] 1132/22
1132/23 1133/4
1133/8 1133/25
1134/5 1134/17
possessed [2]
1133/14 1134/6
possessing [2]
1125/8 1133/12
possession [11]
1134/3 1134/4
1134/5 1134/8
1134/8 1134/9
1134/10 1134/14
1134/16 1134/19
1134/20
possibility [1]
1155/13
possible [7] 1084/3
1085/16 1090/15
1138/15 1138/20
1138/24 1167/4
possibly [1] 1147/8
posttrial [1] 1162/2

potential [1]
1131/21
potentially [1]
1131/16
precluding [1]
1129/2
predicate [8] 1120/2
1123/4 1125/21
1125/23 1128/5
1129/10 1132/10
1132/13
predicates [1]
1129/8
prejudice [4]
1078/15 1080/6
1081/24 1082/2
prejudices [1]
1081/13
premeditation [1]
1126/25
preparation [3]
1092/2 1092/3
1127/25
preponderance [2]
1141/4 1141/11
presence [6]
1103/25 1105/3
1109/10 1110/25
1111/9 1157/23
present [10]
1076/24 1077/1
1077/5 1098/18

1104/18 1154/24
1156/9 1157/3
1157/8 1157/25
presented [3]
1093/6 1099/16
1099/21
presume [1]
1082/20
presumed [2]
1112/19 1112/22
presumes [1]
1082/18
presumption [2]
1082/25 1083/6
preventing [1]
1130/6
previously [1]
1118/23
principal [2] 1103/2
1138/12
principle [1]
1078/21
principles [1]
1079/24
prior [1] 1119/7
Prisons [2] 1164/16
1166/14
probably [2] 1087/5
1146/2
procedure [4]
1150/6 1151/8
1151/9 1152/6

P

proceed [1] 1162/24
proceeding [2] 1143/19 1143/23
proceeds [1] 1132/1
procures [1] 1103/1
producing [2] 1082/16 1100/13
product [2] 1109/3 1109/4
professional [1] 1092/15
programming [1] 1162/17
progress [2] 1110/9 1148/5
project [1] 1128/3
promises [1] 1094/25
promote [1] 1108/17
promoted [1] 1120/11
prompt [1] 1085/14
proof [21] 1079/25 1083/17 1083/18 1084/3 1084/24 1085/22 1089/25 1090/1 1090/2 1098/7 1106/6 1107/14 1114/9 1120/19 1121/9

1122/17 1122/20 1122/23 1137/6 1140/9 1141/4
properly [3] 1096/15 1097/12 1097/20
property [9] 1129/24 1129/25 1130/1 1130/2 1130/3 1130/5 1131/4 1131/8 1131/9
proposed [2] 1163/18 1163/19
prosecution [2] 1080/17 1094/5
prosecution's [1] 1098/19
protocols [1] 1097/1
prove [55] 1082/13 1084/1 1084/3 1084/6 1084/24 1098/20 1098/24 1099/1 1100/14 1101/6 1103/23 1104/6 1106/8 1106/15 1108/13 1112/24 1114/24 1116/8 1116/14 1116/20 1117/8 1117/14 1117/24 1118/4 1118/11

1118/15 1119/8 1120/14 1120/17 1120/19 1121/10 1121/14 1121/15 1121/17 1121/25 1122/3 1122/4 1123/15 1125/11 1125/16 1126/13 1126/21 1126/22 1128/7 1129/23 1132/18 1132/25 1137/7 1137/19 1138/3 1138/10 1140/10 1141/8 1141/9 1148/25
proved [4] 1077/25 1122/10 1122/15 1146/13
proven [48] 1081/21 1082/23 1083/9 1085/15 1094/15 1096/20 1098/2 1098/14 1099/13 1103/6 1106/23 1108/5 1117/20 1121/1 1122/25 1135/18 1135/18 1135/19 1135/20 1136/5 1136/6 1136/6 1136/7 1136/14 1136/16 1136/19 1139/7

**P**

proven... [21]
1145/10 1158/13
1158/13 1158/14
1158/17 1158/17
1158/18 1158/21
1158/21 1158/22
1158/25 1158/25
1159/1 1159/5
1159/5 1159/6
1159/18 1159/20
1159/22 1159/24
1160/2
proves [3] 1115/24
1125/17 1140/5
provide [1] 1097/4
provided [4] 1096/4
1119/24 1139/7
1151/23
provides [3]
1104/22 1127/16
1130/25
proving [3] 1098/12
1131/18 1141/6
provision [1] 1137/2
proximity [1]
1128/4
punishable [1]
1103/2
punishment [2]
1142/1 1142/5
punitive [1] 1165/13

purely [2] 1117/3
1131/24
purpose [25]
1092/23 1103/24
1107/7 1108/15
1112/9 1112/15
1113/14 1115/4
1115/6 1115/7
1115/7 1116/1
1119/20 1122/7
1122/12 1128/15
1129/1 1130/5
1131/5 1134/20
1136/24 1137/3
1137/16 1138/5
1138/9
purposely [3]
1077/11 1090/7
1109/2
purposes [11]
1108/8 1108/11
1109/13 1111/15
1111/25 1112/4
1116/1 1120/1
1120/11 1120/23
1124/21
pursuant [1]
1139/15
put [14] 1081/17
1085/6 1085/22
1086/1 1086/10
1087/17 1097/5

1146/11 1150/5
1150/17 1153/5
1155/25 1164/7
1165/22
Putnam [1] 1140/15

**Q**

qualification [1]
1093/13
question [9]
1083/12 1086/22
1086/24 1087/2
1108/25 1135/8
1136/15 1136/19
1142/11
questioned [3]
1087/11 1091/20
1091/22
questions [6]
1086/10 1086/12
1086/15 1092/24
1147/9 1147/10
quickly [3] 1151/21
1153/10 1162/22
quite [4] 1079/14
1092/12 1157/7
1161/13

**R**

race [3] 1080/9
1080/11 1081/15
racketeering [79]
1079/15 1079/21

**R**

**racketeering... [77]**
1101/22 1102/7
1103/8 1104/18
1105/14 1114/20
1114/23 1116/16
1116/24 1118/14
1118/19 1118/20
1119/1 1119/3
1119/4 1119/5
1119/7 1119/8
1119/13 1119/15
1119/16 1119/17
1119/19 1119/23
1119/25 1120/3
1120/4 1120/7
1120/8 1120/9
1120/11 1120/14
1120/15 1120/22
1120/23 1121/2
1121/13 1121/15
1121/16 1121/19
1121/21 1121/23
1121/25 1122/5
1122/8 1122/14
1122/16 1122/21
1122/24 1123/3
1123/5 1123/13
1123/16 1123/21
1124/10 1124/12
1128/6 1129/8
1129/9 1135/9

1135/14 1136/6
1136/10 1136/12
1136/17 1136/21
1136/25 1137/4
1137/10 1137/25
1144/7 1149/9
1158/7 1159/2
1159/14 1159/25
1160/4
**raining [2]** 1085/3
1085/9
**rare [1]** 1106/22
**rather [6]** 1079/18
1109/4 1120/19
1121/4 1121/17
1126/1
**reach [4]** 1100/7
1143/20 1155/21
1156/12
**reachable [1]**
1156/12
**reached [7]** 1143/10
1143/12 1143/15
1143/21 1157/14
1157/15 1164/10
**reaching [3]** 1080/4
1093/9 1146/13
**read [15]** 1077/8
1077/14 1082/9
1112/11 1142/21
1143/3 1144/15
1145/8 1145/16

1146/8 1146/12
1146/16 1146/19
1148/10 1149/1
**reading [4]** 1077/15
1124/1 1124/17
1144/3
**reads [1]** 1145/3
**real [3]** 1088/23
1152/2 1165/2
**really [7]** 1085/4
1088/25 1142/13
1149/11 1156/2
1165/18 1165/20
**reason [13]** 1082/14
1083/14 1085/11
1085/14 1086/15
1093/20 1099/10
1103/23 1109/6
1112/12 1113/6
1155/8 1155/9
**reasonable [74]**
1077/25 1078/8
1082/13 1082/23
1083/2 1083/10
1083/11 1083/12
1083/14 1083/16
1083/18 1083/19
1083/21 1084/2
1084/4 1084/7
1084/10 1084/14
1085/8 1085/14
1085/17 1094/15

**R**

reasonable... [52]
1094/20 1096/21
1098/3 1098/14
1098/20 1099/1
1099/14 1100/15
1101/6 1102/14
1103/6 1105/8
1106/8 1108/6
1108/13 1108/24
1109/12 1112/6
1112/13 1113/17
1114/10 1114/25
1115/24 1116/8
1117/10 1117/14
1117/21 1117/25
1118/11 1119/9
1121/10 1126/13
1128/8 1129/23
1130/1 1132/19
1133/1 1135/20
1136/6 1137/7
1137/20 1137/23
1138/4 1139/3
1139/8 1139/24
1140/6 1140/10
1141/8 1145/10
1146/14 1149/1
reasonably [4]
1110/10 1113/11
1126/24 1139/20
reasoning [1]

reasons [1] 1093/13
recall [3] 1088/16
1145/20 1146/18
receive [2] 1095/11
1109/24
received [2] 1084/18
1094/25
recent [1] 1162/20
Recess [1] 1156/24
reciting [1] 1149/2
recognizable [1]
1115/18
recognized [1]
1115/10
record [4] 1146/8
1150/19 1161/8
1166/8
recorded [2]
1096/14 1159/13
recording [3]
1096/8 1096/10
1096/10
recordings [4]
1096/2 1096/12
1096/15 1096/22
recurring [1]
1093/21
refer [1] 1079/5
referred [1] 1113/7
regard [5] 1088/2
1095/5 1095/21

regarding [1]
1081/10
regardless [3]
1094/16 1096/17
1097/25
registered [2]
1164/4 1164/13
regular [2] 1120/24
1161/20
regularity [1]
1157/22
reinforce [1]
1077/22
related [6] 1094/2
1119/16 1119/19
1119/23 1119/24
1119/25
relatedness [1]
1120/1
relationship [3]
1090/15 1090/17
1120/2
relative [1] 1141/24
relax [1] 1163/22
released [2] 1164/15
1166/14
releases [1] 1164/3
releasing [3]
1164/19 1164/25
1165/23
relevant [1] 1091/21

religion [2] 1080/9
1080/11
rely [1] 1083/20
remain [1] 1115/17
remains [2] 1083/7
1098/21
remember [13]
1081/19 1084/25
1086/10 1086/11
1087/19 1088/19
1091/10 1092/23
1094/22 1096/5
1100/11 1122/1
1162/9
remind [3] 1080/4
1150/24 1151/15
removed [1]
1165/20
repeat [3] 1095/4
1111/2 1112/10
report [2] 1089/11
1155/20
represent [1]
1099/18
requested [1]
1105/9
requests [1] 1105/1
require [3] 1084/2
1126/25 1134/24
required [17]
1098/24 1104/25

1110/15 1112/2
1117/8 1117/22
1117/24 1121/14
1121/15 1123/15
1128/3 1129/2
1131/19 1139/5
1142/7
requirement [3]
1098/10 1103/10
1127/3
requires [3] 1111/3
1119/4 1141/15
requisite [1] 1120/1
reread [2] 1146/3
1146/4
resistance [2]
1130/5 1130/6
resolve [1] 1078/7
respect [6] 1106/6
1107/8 1131/22
1137/6 1138/4
1152/6
respectful [2]
1148/1 1148/2
respond [2] 1162/22
1165/5
response [2]
1136/14 1136/19
responsibility [2]
1078/10 1078/11
responsible [2]

restate [1] 1149/15
rests [1] 1142/3
result [3] 1079/10
1082/11 1126/24
results [1] 1119/20
resumed [1] 1077/1
retired [1] 1154/10
return [1] 1101/14
returning [2]
1158/3 1158/4
review [3] 1091/21
1096/23 1097/9
reviewing [1]
1092/17
RICO [22] 1105/15
1106/7 1115/3
1115/11 1120/2
1124/5 1124/23
1125/15 1125/24
1126/10 1127/8
1127/11 1129/19
1130/8 1130/11
1130/22 1132/6
1133/19 1133/22
1139/4 1139/12
1139/17
right [37] 1078/22
1084/15 1086/20
1101/13 1106/24
1111/1 1116/5
1117/16 1118/8

**R**

right... [28] 1121/25 1123/10 1124/4 1124/11 1124/19 1126/4 1144/5 1144/20 1147/2 1147/11 1149/7 1149/18 1151/7 1152/12 1152/19 1153/12 1153/16 1155/5 1155/24 1156/2 1156/10 1158/1 1162/15 1163/2 1163/12 1163/22 1163/23 1167/1

rights [1] 1096/13
rise [1] 1158/1
risk [1] 1081/25
Rivera [11] 1101/25 1102/9 1136/4 1136/11 1136/14 1136/18 1136/23 1137/21 1137/22 1159/4 1160/2
robbed [1] 1132/1
robberies [3] 1118/22 1129/20 1132/11
robbery [33] 1123/7 1123/7 1123/9 1123/10 1125/3

1125/4 1125/4 1129/11 1129/12 1129/12 1129/13 1129/20 1129/20 1129/22 1130/9 1130/12 1130/15 1130/17 1130/18 1130/19 1130/23 1130/23 1130/24 1131/2 1131/7 1132/7 1135/21 1135/23 1148/24 1158/15 1158/19 1159/19 1159/21
Rockland [1] 1140/15
role [4] 1077/23 1077/23 1110/15 1111/3
roles [2] 1110/15 1110/15
roll [1] 1157/25
room [4] 1079/4 1079/23 1096/25 1099/6
ROTHMAN [1] 1076/22
rule [1] 1113/6
rules [3] 1088/23 1089/2 1089/5
rulings [3] 1086/16 1086/16 1087/10

RUSHMI [1] 1076/18

**S**

safety [1] 1166/3
said [19] 1078/4 1087/4 1087/9 1110/25 1114/4 1123/23 1129/21 1145/1 1145/6 1145/9 1146/24 1146/25 1147/3 1147/14 1148/11 1157/6 1162/9 1162/11 1166/3
sale [1] 1134/24
salespeople [1] 1089/6
Salvatore [1] 1093/1
same [15] 1080/19 1092/12 1115/17 1119/19 1119/25 1121/24 1122/18 1125/3 1126/16 1127/4 1134/15 1134/17 1135/22 1135/23 1145/18
sat [1] 1106/16
satisfied [11] 1082/22 1084/13 1117/7 1121/12 1127/5 1131/19 1132/2 1138/17

**S**

satisfied... [3]
1138/21 1138/25
1140/3
satisfies [1] 1142/13
save [1] 1099/19
saw [2] 1084/22
1094/22
say [17] 1087/3
1112/18 1142/23
1143/14 1143/20
1145/18 1146/18
1148/23 1149/10
1150/2 1150/13
1150/19 1151/12
1164/2 1164/23
1166/13 1166/18
saying [3] 1077/13
1145/21 1145/25
says [3] 1135/9
1135/10 1145/6
scared [1] 1166/9
scene [3] 1105/3
1110/22 1111/9
scheme [1] 1114/1
SCHNEIDER [7]
1076/22 1076/23
1076/25 1124/2
1144/3 1145/21
1145/23
Schneider's [1]
1150/22

Science [1] 1109/5
scope [4] 1110/11
1110/17 1111/5
1135/8
scrutiny [1] 1094/23
searches [2]
1097/11 1097/12
seated [9] 1077/6
1124/19 1154/22
1154/23 1154/25
1157/4 1157/9
1157/20 1161/18
second [14] 1105/11
1116/7 1117/17
1118/9 1119/15
1126/16 1127/21
1132/25 1137/13
1137/19 1139/11
1144/23 1148/23
1152/18
secondly [1]
1133/16
section [6] 1104/21
1127/16 1131/5
1133/6 1137/1
1148/14
sections [3] 1129/14
1129/21 1149/3
see [7] 1080/24
1085/3 1096/23
1103/10 1124/20
1147/18 1148/4

seeing [1] 1085/5
seek [1] 1104/12
seem [1] 1165/9
seized [1] 1097/11
seldom [1] 1107/15
send [10] 1097/7
1142/22 1142/25
1143/14 1143/20
1151/12 1151/12
1153/11 1153/12
1153/17
sense [9] 1083/14
1085/11 1085/14
1088/25 1090/12
1093/20 1106/20
1106/24 1126/5
sentence [4] 1142/3
1145/11 1145/21
1147/13
sentences [1]
1145/18
sentencing [4]
1161/19 1162/16
1162/21 1162/24
separate [7]
1105/22 1106/4
1110/14 1122/18
1122/20 1122/25
1148/18
separately [2]
1101/13 1101/17
September [4]

Case 1:18-cr-00319-SHS Document 169 Filed 05/20/22 Page 87 of 104

**September... [4]**
1101/19 1115/16
1115/20 1115/23
**series [1]** 1122/9
**seriousness [3]**
1141/24 1141/24
1165/24
**serve [1]** 1161/11
**served [1]** 1095/12
**Service [3]** 1166/13
1166/15 1166/16
**services [1]** 1116/11
**SESSION [1]**
1157/1
**set [3]** 1081/11
1084/8 1113/3
**setting [1]** 1161/19
**several [1]** 1149/14
**sex [2]** 1080/10
1080/12
**sexual [1]** 1081/16
**shall [1]** 1131/5
**she's [1]** 1156/12
**shifts [3]** 1082/14
1084/5 1098/22
**short [1]** 1124/14
**shortly [1]** 1153/18
**should [29]** 1078/16
1084/14 1086/22
1087/17 1087/18
1093/12 1093/19

1094/23 1097/22
1101/16 1118/25
1128/16 1142/11
1142/22 1142/23
1142/23 1143/13
1143/20 1143/20
1150/13 1150/19
1150/23 1151/10
1151/12 1151/14
1153/5 1155/19
1163/22 1166/1
**shouldn't [1]** 1153/7
**show [6]** 1102/11
1106/16 1106/25
1107/1 1109/11
1109/16
**shown [2]** 1120/24
1128/9
**shows [1]** 1120/21
**SHS [1]** 1076/4
**sidebar [7]** 1087/8
1087/9 1143/25
1144/1 1151/22
1152/19 1152/20
**sidebars [2]** 1087/4
1087/5
**sides [1]** 1157/7
**SIDNEY [1]**
1076/11
**sign [5]** 1143/13
1150/23 1151/16
1163/25 1163/25

**significance [1]**
1099/2
**silly [1]** 1124/16
**similar [4]** 1094/5
1115/11 1115/14
1119/19
**similarity [2]**
1111/18 1141/15
**Similarly [3]**
1112/21 1120/25
1143/7
**simple [4]** 1079/14
1079/22 1082/14
1135/5
**simply [20]** 1082/6
1085/13 1086/17
1092/23 1096/7
1099/13 1100/24
1101/1 1105/18
1105/19 1108/18
1123/22 1124/5
1130/19 1134/19
1141/6 1142/17
1143/20 1155/19
1166/18
**since [1]** 1150/12
**single [6]** 1078/24
1079/5 1079/5
1089/3 1110/16
1111/4
**sir [6]** 1123/25
1145/2 1148/2

Case 1:18-cr-00319-SHS Document 547-7 Filed 05/20/21 Page 88 of 104

sir... [3]  1154/19
 1154/23 1163/8
skill [1]  1093/5
skip [1]  1144/17
skipped [3]  1144/6
 1144/10 1149/24
slate [1]  1082/25
slight [1]  1155/24
sloppy [1]  1152/21
small [3]  1090/10
 1149/20 1149/21
so [52]  1077/16
 1079/4 1086/24
 1087/8 1089/13
 1090/11 1091/19
 1097/9 1104/8
 1104/13 1105/11
 1108/24 1113/21
 1116/5 1117/4
 1118/17 1119/1
 1126/17 1127/15
 1128/11 1129/8
 1129/15 1131/3
 1131/12 1132/10
 1133/16 1134/2
 1135/6 1135/9
 1136/23 1137/17
 1143/3 1143/19
 1144/13 1144/18
 1145/8 1146/1
 1146/3 1146/7

 1146/23 1147/7
 1149/16 1150/4
 1150/18 1152/2
 1152/14 1153/18
 1155/12 1155/16
 1162/16 1162/20
 1164/23
sole [2]  1078/2
 1138/12
solely [7]  1078/13
 1080/22 1080/25
 1081/22 1120/4
 1141/20 1151/18
solemn [1]  1106/17
solicited [1]  1105/9
solicits [1]  1104/25
SOLOWAY [1]
 1076/22
some [30]  1077/21
 1079/17 1079/24
 1080/2 1085/12
 1086/4 1090/22
 1103/19 1103/20
 1103/22 1103/24
 1104/7 1105/15
 1105/19 1107/1
 1109/5 1110/14
 1112/3 1112/20
 1113/2 1116/17
 1117/12 1117/25
 1118/6 1118/15
 1118/18 1124/8

 1125/18 1129/6
 1166/2
somebody [18]
 1084/22 1102/21
 1103/7 1103/11
 1103/13 1104/3
 1128/12 1130/2
 1130/16 1131/9
 1133/1 1134/2
 1134/9 1134/10
 1134/17 1134/21
 1134/22 1143/2
somehow [2]
 1095/11 1166/5
someone [11]
 1093/7 1114/3
 1126/18 1126/19
 1127/8 1127/21
 1127/23 1128/8
 1130/4 1130/8
 1137/21
someone's [3]
 1109/8 1110/18
 1111/6
something [8]
 1082/3 1087/13
 1089/24 1097/5
 1104/11 1115/11
 1134/22 1134/23
sometimes [7]
 1077/14 1087/11
 1087/12 1089/8

Case 1:18-cr-00319-SHS Document 546 Filed 05/20/22 Page 89 of 102

sometimes... [3]
1097/3 1100/21
1100/21
somewhere [2]
1147/22 1153/6
sorry [16] 1111/1
1123/25 1132/22
1138/17 1142/16
1143/10 1144/24
1145/5 1146/22
1151/20 1152/17
1152/23 1153/9
1154/14 1155/3
1157/17
SOUTHERN [6]
1076/1 1076/17
1140/13 1141/3
1141/7 1141/10
spaced [1] 1154/5
speak [2] 1083/7
1101/8
special [7] 1079/17
1093/5 1135/4
1135/16 1136/1
1136/8 1149/9
Specialist [1]
1076/24
specific [16]
1079/17 1098/6
1098/11 1102/19
1103/24 1105/23

1121/2 1124/11
1125/22 1143/3
1143/5 1144/13
1149/2 1152/15
specifically [6]
1114/7 1144/18
1147/10 1148/11
1152/8 1165/23
specified [3]
1118/19 1118/21
1126/3
speculate [1]
1099/10
speculation [1]
1083/22
spelling [1] 1106/19
spoke [2] 1147/7
1166/1
spoken [1] 1166/13
St [1] 1102/1
staff [1] 1161/9
stake [1] 1110/1
stand [4] 1080/7
1080/21 1099/5
1124/15
standing [1] 1106/4
stands [1] 1159/13
start [2] 1138/18
1138/22
started [1] 1112/25
state [20] 1078/19

1105/11 1125/2
1126/1 1126/1
1126/6 1126/11
1126/13 1129/2
1129/13 1129/16
1137/5 1137/15
1148/8 1148/10
1148/12 1148/25
1166/1
stated [1] 1078/20
statement [1]
1090/8
statements [10]
1086/7 1090/3
1113/5 1113/12
1113/16 1113/19
1113/22 1113/23
1113/25 1114/2
states [16] 1076/1
1076/3 1076/16
1076/19 1080/8
1080/17 1116/11
1130/24 1132/16
1132/18 1157/11
1157/14 1158/5
1166/13 1166/15
1166/16
stating [3] 1078/25
1079/6 1106/18
statute [8] 1102/25
1105/14 1105/15

Case 1:18-cr-00319-SHS Document 546 Filed 09/19/22 Page 90 of 104

**statute... [5]** 1115/3 1115/11 1126/6 1127/3 1133/11
**statutes [5]** 1102/24 1125/13 1126/1 1126/1 1126/3
**stay [4]** 1156/10 1156/17 1156/18 1156/19
**STEIN [1]** 1076/11
**step [1]** 1152/17
**stereotypes [1]** 1081/14
**STERN [1]** 1076/22
**still [4]** 1095/21 1102/15 1109/23 1110/9
**stipulated [1]** 1088/3
**stipulation [1]** 1088/1
**stipulations [4]** 1087/24 1087/25 1087/25 1088/3
**stop [1]** 1156/15
**straight [1]** 1135/5
**straight-forward [1]** 1135/5
**straightforward [2]** 1079/19 1089/23
**street [1]** 1101/22

**stretch [2]** 1124/14 1124/15
**structure [1]** 1116/2
**subject [1]** 1081/23
**subjects [2]** 1091/20 1091/20
**subsection [1]** 1165/8
**subsequent [1]** 1144/13
**substance [10]** 1089/22 1133/9 1133/14 1133/15 1133/17 1133/17 1133/21 1134/7 1134/20 1164/2
**substances [4]** 1125/8 1132/14 1133/10 1133/23
**substantial [8]** 1115/19 1116/3 1116/18 1120/15 1131/25 1138/12 1141/15 1143/2
**substantially [1]** 1115/14
**substantive [9]** 1080/1 1105/24 1106/1 1110/7 1121/13 1139/6 1139/14 1139/25

**substitute [2]** 1078/16 1093/19
**subtle [1]** 1131/21
**succeed [1]** 1104/13
**success [1]** 1103/20
**successful [1]** 1106/5
**such [24]** 1081/7 1081/17 1082/21 1083/18 1089/14 1090/17 1090/23 1091/22 1091/24 1092/3 1104/24 1105/1 1105/2 1106/11 1107/14 1113/16 1115/10 1116/22 1120/17 1121/4 1123/17 1123/19 1127/19 1166/4
**suffice [1]** 1131/21
**sufficient [11]** 1082/25 1084/4 1104/4 1110/16 1111/4 1111/11 1111/13 1111/23 1113/1 1116/24 1128/1
**sufficiently [1]** 1126/23
**suggest [1]** 1091/5

## S

Sullivan [1]  1140/15
sum [3]  1112/6
  1112/12 1164/2
summaries [3]
  1099/17 1099/20
  1099/23
summations [2]
  1093/24 1102/5
support [2]  1111/11
  1165/12
supposed [3]
  1086/25 1087/1
  1165/13
sure [6]  1081/5
  1112/10 1147/7
  1147/21 1147/23
  1156/11
susceptible [1]
  1081/13
suspicion [1]
  1083/22
sustain [2]  1083/4
  1106/6
sway [1]  1090/24
swayed [1]  1081/20
sworn [2]  1141/18
  1154/2
sympathy [6]
  1078/15 1081/20
  1081/25 1082/2
  1083/24 1141/22

## T

table [1]  1106/17
take [16]  1088/17
  1090/21 1099/4
  1108/16 1124/14
  1124/15 1128/16
  1143/2 1143/19
  1147/8 1147/17
  1150/2 1150/21
  1154/7 1156/7
  1163/19
taken [4]  1107/6
  1107/10 1109/10
  1150/1
taking [9]  1105/4
  1110/21 1110/23
  1111/9 1111/10
  1130/3 1130/5
  1146/24 1147/5
talk [2]  1119/1
  1132/11
talked [1]  1132/10
talking [12]  1088/22
  1093/10 1093/10
  1100/17 1124/4
  1135/2 1140/8
  1140/11 1148/7
  1148/13 1149/9
  1154/6
talks [2]  1145/12
  1148/9
tangible [1]  1131/9

technically [1]
  1166/15
technique [1]
  1098/11
techniques [3]
  1098/6 1098/12
  1145/12
telephone [2]
  1096/3 1117/2
tell [16]  1077/18
  1078/17 1078/21
  1078/22 1079/25
  1082/3 1095/16
  1108/3 1143/15
  1150/10 1150/22
  1150/23 1154/16
  1155/12 1155/17
  1161/13
telling [4]  1077/21
  1088/24 1095/9
  1147/17
tells [1]  1106/20
ten [2]  1119/5
  1125/11
ten-year [1]  1125/11
tend [1]  1089/7
tends [3]  1084/23
  1127/19 1128/18
term [5]  1083/11
  1102/4 1108/22
  1120/22 1134/4
termination [2]

Case 1:18-cr-00319-SHS Document 509 Filed 05/20/22 Page 92 of 167

termination... [2]
1112/20 1112/23
terms [4] 1077/4
1101/9 1110/3
1156/15
testified [3] 1090/22
1095/20 1100/8
testify [15] 1088/18
1090/16 1090/23
1090/24 1091/6
1093/18 1094/21
1094/22 1095/2
1098/16 1098/18
1099/3 1100/2
1100/7 1165/16
testifying [2]
1091/19 1093/13
testimony [54]
1078/8 1084/17
1087/20 1088/1
1088/4 1088/5
1088/7 1088/8
1088/9 1088/14
1089/15 1089/20
1089/22 1089/25
1090/4 1090/6
1091/1 1091/3
1091/9 1091/11
1091/14 1092/3
1092/5 1092/9
1092/14 1092/18

1092/19 1092/21
1092/22 1093/6
1093/15 1093/16
1093/18 1093/23
1093/25 1094/18
1094/19 1094/23
1094/24 1095/10
1095/17 1095/21
1096/6 1096/14
1097/10 1098/4
1099/22 1142/21
1142/22 1142/24
1143/1 1143/1
1143/4 1155/12
than [12] 1080/19
1087/5 1092/11
1094/24 1099/9
1101/2 1109/4
1125/22 1134/15
1141/6 1162/19
1166/9
thank [24] 1123/25
1144/3 1147/19
1152/7 1153/14
1154/21 1155/3
1156/5 1156/6
1156/10 1156/13
1156/20 1156/22
1156/23 1159/11
1161/5 1162/8
1163/1 1163/11
1163/12 1165/25

1167/3
that [564]
that's [27] 1078/2
1078/21 1085/9
1086/17 1087/15
1103/14 1106/7
1107/8 1114/2
1114/25 1115/2
1117/10 1129/10
1145/22 1148/22
1150/11 1151/1
1152/25 1153/22
1155/4 1162/10
1162/14 1163/19
1165/3 1165/22
1166/10 1166/19
their [22] 1077/4
1078/20 1081/7
1081/10 1088/14
1091/11 1091/13
1092/24 1093/2
1093/2 1093/24
1095/10 1095/12
1100/9 1117/6
1121/6 1134/8
1149/12 1150/14
1150/24 1153/25
1166/3
them [31] 1077/22
1078/9 1079/5
1079/9 1087/25

Case 1:18-cr-00319-SHS Document 546-5 Filed 05/20/22 Page 93 of 104

them... [26]  1092/23
1092/24 1094/10
1097/9 1100/21
1100/22 1132/24
1133/25 1135/1
1145/8 1147/7
1147/9 1147/17
1147/17 1148/15
1148/21 1149/11
1149/25 1150/22
1150/23 1150/24
1152/7 1152/7
1152/8 1152/8
1156/19
theme [3]  1095/23
1098/19 1100/15
themes [4]  1078/3
1080/24 1081/1
1093/21
themselves [3]
1083/13 1117/2
1120/15
then [40]  1079/17
1079/20 1079/24
1079/25 1080/2
1086/23 1091/2
1101/9 1101/15
1103/15 1104/13
1104/15 1108/9
1113/18 1116/4
1134/13 1135/7

1135/20 1135/21
1136/1 1137/25
1139/5 1139/24
1140/4 1142/11
1143/13 1143/17
1143/21 1146/4
1149/7 1150/12
1151/14 1153/1
1153/5 1153/6
1162/23 1162/24
1166/23
theory [4]  1093/7
1102/17 1102/18
1104/17
there [37]  1078/7
1079/12 1079/17
1084/19 1085/10
1087/24 1087/25
1088/23 1096/2
1096/9 1098/10
1100/1 1101/4
1101/5 1112/20
1115/25 1117/17
1119/2 1122/1
1123/11 1126/5
1127/2 1132/21
1138/15 1138/19
1138/23 1144/2
1146/1 1151/11
1152/14 1154/7
1155/5 1161/21

1165/4 1166/4
there's [11]  1081/25
1091/17 1094/11
1107/4 1147/20
1152/2 1155/6
1155/13 1155/24
1164/5 1165/15
thereby [1]  1112/16
therefore [7]
1082/19 1083/18
1096/17 1100/7
1104/14 1104/16
1139/4
thereof [2]  1104/25
1123/8
these [19]  1077/20
1079/1 1079/1
1079/2 1079/11
1080/24 1081/14
1082/9 1084/7
1090/18 1093/25
1095/8 1109/11
1125/13 1139/23
1140/4 1141/21
1156/7 1166/9
they [38]  1084/22
1086/20 1086/20
1086/21 1086/21
1086/22 1087/1
1087/21 1088/21
1088/22 1089/18

they... [27]  1095/10
1095/11 1095/12
1099/18 1099/21
1099/23 1100/8
1100/8 1106/18
1114/4 1114/5
1119/23 1134/7
1147/9 1147/25
1148/19 1149/10
1150/7 1150/13
1150/15 1150/23
1156/17 1156/19
1156/21 1163/25
1165/19 1166/2
they're [6]  1077/15
1086/25 1087/1
1097/1 1099/22
1148/14
thing [8]  1121/24
1135/22 1135/23
1146/3 1146/4
1146/8 1149/20
1149/22
things [7]  1077/21
1084/19 1087/21
1089/14 1095/6
1131/10 1149/21
think [37]  1077/14
1086/21 1089/14
1089/17 1089/20
1089/23 1089/23

1090/7 1090/8
1090/10 1095/16
1096/5 1097/4
1110/24 1123/23
1124/12 1134/4
1134/5 1144/12
1144/13 1144/17
1144/18 1145/11
1145/17 1146/19
1146/21 1147/13
1148/7 1149/13
1149/23 1153/22
1162/10 1164/17
1164/25 1165/11
1165/19 1166/8
thinking [4]
1081/25 1082/2
1089/13 1109/8
third [12]  1087/23
1117/13 1117/13
1117/18 1118/9
1120/13 1127/15
1128/12 1131/15
1132/13 1137/16
1139/14
thirdly [1]  1133/17
this [62]  1078/1
1078/23 1079/25
1080/6 1080/13
1081/17 1082/12
1082/25 1083/6
1084/4 1091/2

1093/12 1094/2
1096/16 1096/18
1097/16 1097/16
1097/20 1097/23
1098/1 1100/2
1100/9 1101/3
1102/7 1108/5
1113/6 1113/21
1115/2 1115/5
1115/7 1115/16
1117/6 1122/20
1124/13 1126/14
1131/5 1132/13
1134/5 1142/24
1144/13 1145/11
1145/11 1145/13
1147/6 1147/13
1147/16 1148/14
1150/3 1150/21
1151/19 1152/6
1152/21 1155/23
1157/6 1161/15
1161/22 1162/6
1164/5 1164/8
1164/10 1164/25
1165/7
Thomas [3]  1164/3
1164/12 1164/13
those [39]  1079/4
1079/18 1080/2
1085/17 1086/1
1086/1 1087/9

those... [32] 1088/2
1088/14 1089/5
1091/20 1093/4
1093/25 1094/6
1096/4 1096/25
1097/7 1097/12
1099/11 1099/17
1100/16 1101/7
1101/11 1110/3
1110/10 1112/5
1113/5 1117/20
1118/24 1121/22
1122/17 1125/17
1128/2 1129/21
1132/12 1135/15
1136/8 1137/12
1152/15
though [2] 1119/23
1129/4
thought [6] 1077/12
1087/13 1150/1
1153/7 1157/6
1166/22
threat [4] 1120/16
1120/17 1120/20
1121/1
threatened [2]
1130/3 1131/13
threatens [1] 1131/3
three [7] 1093/23
1093/25 1094/22

1125/7 1132/12
through [9] 1101/22
1114/20 1115/15
1115/18 1118/14
1122/4 1123/20
1124/20 1166/6
throughout [2]
1082/21 1098/22
Thus [4] 1113/8
1127/5 1127/10
1130/11
tight [1] 1144/3
time [25] 1082/21
1091/23 1091/23
1092/12 1099/19
1110/9 1113/3
1115/20 1116/4
1117/23 1117/25
1120/16 1127/1
1139/18 1142/23
1143/2 1143/14
1148/9 1152/6
1161/22 1162/4
1162/13 1162/24
1163/3 1163/8
timed [2] 1157/10
1157/14
timeliness [1]
1077/4
times [4] 1084/1
1100/14 1147/14

tired [2] 1138/22
1144/4
Title [2] 1133/6
1137/1
today [3] 1097/3
1162/7 1162/21
together [6] 1105/19
1107/10 1111/19
1115/4 1122/6
1153/10
token [1] 1080/20
told [14] 1084/16
1085/20 1086/3
1087/23 1088/19
1088/21 1088/23
1089/2 1096/7
1100/22 1107/15
1124/24 1148/21
1150/7
too [2] 1098/16
1131/17
took [5] 1104/7
1108/25 1129/24
1130/1 1131/8
toward [1] 1099/8
trafficked [2]
1117/1 1117/5
trafficking [6]
1118/21 1123/8
1123/9 1135/24
1158/24 1159/23

Case 1:18-cr-00319-SHS Document 562 Filed 05/20/22 Page 96 of 123

**T**

training [1] 1093/6
transcript [1] 1096/9
transcripts [6] 1096/4 1096/6 1096/7 1096/7 1096/23 1096/25
transferred [2] 1131/11 1162/17
traveled [2] 1117/1 1117/2
treat [1] 1165/23
treatment [1] 1095/11
trial [26] 1076/7 1077/1 1081/17 1082/24 1083/7 1088/20 1088/21 1090/4 1091/2 1091/12 1096/16 1098/22 1098/23 1099/9 1099/11 1099/15 1100/2 1100/6 1100/9 1100/18 1108/6 1141/13 1162/5 1163/15 1163/17 1163/17
tried [1] 1157/7
true [5] 1085/6 1088/2 1088/3

truth [4] 1088/21 1088/24 1095/9 1095/16
truthful [2] 1088/16 1095/13
try [2] 1092/13 1143/5
trying [1] 1148/1
turn [6] 1100/17 1101/15 1106/5 1114/7 1124/11 1166/22
twice [1] 1110/25
two [75] 1079/20 1079/21 1081/21 1082/12 1082/19 1084/8 1084/19 1086/5 1092/22 1100/20 1101/1 1101/2 1101/5 1101/15 1101/24 1102/6 1102/8 1102/16 1103/5 1105/18 1106/8 1106/12 1106/16 1107/1 1109/15 1114/13 1114/22 1118/18 1119/5 1119/13 1119/22 1121/20 1122/15 1123/6 1123/7

1123/16 1123/17 1123/22 1123/24 1124/9 1125/3 1125/12 1128/11 1131/12 1132/10 1136/20 1136/22 1137/7 1137/20 1138/2 1138/4 1138/16 1138/20 1138/24 1139/9 1139/14 1139/18 1139/21 1139/25 1140/5 1148/18 1152/2 1152/14 1153/8 1153/12 1153/18 1153/24 1154/15 1154/17 1155/21 1156/7 1159/7 1160/3
type [4] 1087/23 1105/17 1123/4 1123/12
types [7] 1084/20 1113/8 1118/19 1118/20 1119/13 1123/4 1135/14
typo [2] 1147/20 1147/25

**U**

U.S [1] 1166/21
umbrella [4] 1085/1

Case 1:18-cr-00319-SHS Document 528-20 Filed 05/20/22 Page 97 of 104

**U**

umbrella... [3]
1085/5 1085/6
1085/9
umbrella's [1]
1085/2
unable [1]  1136/15
unanimous [11]
1123/4 1123/12
1126/4 1126/7
1143/10 1143/12
1143/24 1149/12
1150/25 1151/17
1161/4
unanimously [8]
1083/1 1135/11
1135/18 1135/19
1136/5 1136/12
1136/16 1149/11
unawareness [1]
1128/25
uncharged [1]
1121/7
unclear [1]  1087/14
under [40]  1081/19
1085/6 1098/17
1102/15 1102/25
1104/16 1104/20
1105/2 1112/2
1113/14 1115/2
1121/9 1126/11
1126/12 1127/3

1128/6 1128/20
1129/9 1129/11
1130/15 1130/18
1130/19 1133/6
1133/10 1135/17
1135/21 1135/23
1135/24 1139/13
1141/25 1148/24
1152/24 1158/11
1158/15 1158/19
1158/24 1159/16
1159/19 1159/21
1159/23
underlying [1]
1099/18
understand [8]
1096/9 1146/7
1146/9 1148/16
1148/22 1164/5
1165/18 1165/24
understanding [7]
1093/8 1099/24
1106/22 1107/2
1112/7 1112/13
1139/15
undertaking [2]
1112/10 1112/16
unexpressed [1]
1106/21
unfavorable [3]
1081/6 1094/9
1099/8

unfortunate [1]
1150/3
unintentionally [1]
1144/17
unit [3]  1115/9
1116/3 1122/13
UNITED [13]
1076/1 1076/3
1076/16 1076/19
1080/8 1080/17
1130/24 1132/16
1132/18 1158/5
1166/13 1166/15
1166/16
unlawful [24]
1105/19 1106/10
1107/3 1107/4
1108/10 1108/11
1108/17 1108/20
1109/12 1111/15
1111/16 1111/22
1112/5 1112/7
1112/14 1112/17
1113/9 1114/1
1115/7 1120/21
1121/1 1121/5
1121/7 1133/6
unlawfully [4]
1108/18 1110/2
1124/7 1132/3
unless [3]  1083/1
1083/9 1140/5

**U**

unlikely [1] 1155/22
unnecessary [1] 1144/19
unpleasant [1] 1083/23
until [7] 1082/21 1112/19 1112/23 1115/23 1127/24 1163/17 1163/18
unusual [3] 1091/18 1091/24 1156/17
unworthy [1] 1090/18
up [14] 1087/6 1095/10 1097/6 1101/18 1107/12 1142/15 1142/16 1151/10 1152/17 1156/16 1156/16 1156/19 1162/6 1165/22
upon [7] 1082/15 1083/13 1083/20 1116/9 1130/4 1142/3 1154/10
USAO [1] 1076/24
use [16] 1089/2 1094/8 1094/11 1094/13 1094/16 1096/14 1097/16 1097/23 1098/11

1100/25 1130/4 1134/4 1134/25 1151/8 1151/8 1151/9
used [7] 1077/11 1102/5 1116/25 1117/2 1122/17 1130/3 1151/8
using [2] 1083/11 1088/25
utilize [1] 1098/5

**V**

value [1] 1131/10
variety [1] 1120/20
various [1] 1122/12
vary [1] 1147/6
vehicles [1] 1097/11
venture [3] 1104/12 1104/13 1112/23
venue [2] 1141/1 1141/8
verdict [55] 1079/10 1079/12 1079/13 1079/13 1080/22 1082/1 1101/14 1101/16 1135/3 1135/5 1135/5 1135/9 1136/15 1136/19 1143/9 1143/13 1143/15 1143/16 1143/17 1143/18 1143/19

1143/20 1143/21 1143/22 1143/24 1149/12 1150/24 1151/16 1151/17 1153/20 1154/11 1156/24 1157/14 1157/15 1157/18 1157/21 1158/3 1159/13 1160/5 1160/7 1160/9 1160/11 1160/13 1160/15 1160/17 1160/19 1160/21 1160/23 1160/25 1161/2 1161/4 1161/6 1161/8 1162/23 1164/9
verge [1] 1127/25
versa [1] 1122/24
versus [1] 1085/21
very [10] 1078/10 1079/22 1087/12 1135/5 1142/8 1152/7 1155/17 1156/2 1156/17 1161/14
vice [1] 1122/24
vicinity [1] 1101/25
victim [4] 1119/20 1126/16 1126/18 1126/23
victim's [2] 1126/21

## V

victim's... [1] 1131/12
video [1] 1096/2
view [12] 1087/14
1087/16 1087/16
1141/23 1142/9
1142/12 1142/13
1142/15 1142/16
1142/16 1147/12
1165/3
viewed [1] 1121/6
views [1] 1142/7
violate [9] 1105/14
1105/21 1106/3
1106/18 1107/2
1108/16 1132/17
1132/21 1135/8
violated [1] 1096/13
violation [24]
1105/22 1105/23
1125/1 1125/5
1125/10 1125/13
1125/22 1126/3
1126/6 1126/8
1126/8 1129/13
1129/21 1130/9
1130/24 1131/5
1132/7 1132/15
1136/25 1137/5
1137/14 1137/22
1148/10 1148/12

violations [5]
1102/24 1124/22
1125/25 1129/18
1130/22
violence [2] 1131/4
1131/13
virtually [1] 1148/9
virtue [1] 1120/4
voluntarily [2]
1103/21 1109/1
vote [2] 1084/14
1142/18

## W

wait [2] 1163/17
1165/19
walks [1] 1085/1
wanes [1] 1097/2
want [30] 1077/22
1100/16 1111/21
1143/4 1143/7
1143/13 1143/16
1144/15 1145/15
1146/2 1146/9
1147/4 1149/4
1149/17 1150/9
1150/14 1151/10
1151/15 1154/5
1156/11 1156/17
1156/18 1156/19
1156/21 1162/20
1162/24 1163/25
1165/19 1166/5

wants [1] 1150/6
warrants [1]
1107/12
was [100]
wasn't [1] 1087/8
watching [1]
1088/12
waxes [1] 1097/3
way [24] 1081/4
1090/22 1090/24
1094/9 1095/10
1095/17 1095/20
1099/6 1100/10
1103/19 1107/1
1116/12 1116/18
1117/12 1118/7
1120/24 1126/14
1130/25 1131/16
1131/20 1134/7
1142/20 1151/1
1165/11
ways [1] 1120/20
we [38] 1077/3
1081/5 1087/4
1096/24 1097/1
1097/7 1124/4
1124/14 1132/10
1132/11 1134/4
1134/4 1135/16
1142/25 1149/16
1150/3 1150/7

Case 1:18-cr-00319-SHS Document 184-2 Filed 05/20/24 Page 100 of 104

**W**

**we... [21]** 1150/7
1150/9 1150/19
1150/20 1151/12
1152/17 1153/5
1153/10 1154/5
1154/16 1155/21
1157/13 1157/14
1157/16 1158/10
1161/12 1162/4
1163/9 1164/25
1166/10 1166/10
**we'd [2]** 1142/24
1162/1
**we'll [3]** 1150/4
1153/17 1164/7
**we're [5]** 1097/3
1097/3 1148/5
1149/21 1154/9
**we've [2]** 1100/17
1143/21
**weapons [1]**
1116/25
**week [2]** 1086/4
1161/12
**weigh [1]** 1142/4
**weighing [2]**
1083/15 1093/12
**weight [11]** 1078/5
1085/21 1086/1
1087/17 1088/8
1091/11 1092/1

1092/10 1092/19
1093/16 1095/25
**well [13]** 1078/12
1079/12 1079/19
1082/8 1087/21
1143/3 1147/18
1149/8 1153/19
1157/7 1164/19
1165/3 1166/14
**went [1]** 1149/2
**were [42]** 1077/12
1087/20 1087/21
1087/24 1087/25
1088/22 1089/18
1089/18 1096/2
1096/4 1096/7
1096/12 1096/13
1106/1 1106/1
1107/6 1110/10
1113/5 1113/21
1113/25 1114/2
1114/3 1114/4
1122/4 1122/21
1124/22 1125/13
1125/13 1126/11
1129/18 1129/18
1129/19 1130/22
1130/23 1135/15
1139/12 1146/25
1149/9 1150/5
1152/14 1156/3
1161/13

**Westchester [1]**
1140/14
**wet [4]** 1085/1
1085/2 1085/5
1085/8
**what [81]** 1077/10
1077/12 1077/15
1077/18 1077/23
1077/23 1077/25
1078/4 1078/5
1078/16 1078/17
1078/18 1078/18
1078/21 1078/22
1079/17 1084/8
1084/16 1084/16
1084/22 1085/24
1085/24 1086/3
1086/3 1086/4
1086/8 1086/25
1087/4 1087/9
1088/14 1088/21
1088/21 1089/15
1089/19 1089/19
1091/7 1092/3
1095/24 1095/25
1096/9 1097/3
1100/8 1100/18
1101/9 1101/10
1108/3 1108/24
1109/8 1111/3
1111/13 1118/23
1123/21 1124/3

**W**

what... [28]  1135/4
1135/16 1143/15
1143/16 1145/8
1145/24 1146/5
1146/24 1147/6
1147/16 1147/18
1147/18 1148/13
1149/4 1149/4
1150/12 1150/13
1150/18 1150/21
1152/5 1155/4
1155/17 1162/11
1162/15 1163/3
1163/8 1163/19
1164/2
what's [8]  1083/12
1084/15 1117/13
1145/15 1147/12
1147/25 1155/14
1164/20
whatever [5]
1077/17 1078/8
1089/2 1092/19
1093/16
whatsoever [1]
1151/4
when [28]  1083/6
1087/6 1089/13
1091/2 1091/16
1093/14 1104/22
1104/24 1106/20

1107/10 1111/5
1113/9 1120/23
1126/19 1127/5
1127/18 1128/15
1134/4 1135/2
1135/11 1143/9
1143/12 1143/19
1149/8 1150/24
1154/6 1157/23
1166/22
where [5]  1094/21
1104/1 1145/18
1156/11 1166/10
whether [50]
1077/24 1081/6
1081/6 1081/20
1085/23 1086/23
1088/21 1090/7
1090/14 1090/14
1092/18 1093/14
1094/14 1094/16
1094/24 1095/8
1096/10 1096/20
1097/13 1097/21
1098/2 1098/7
1098/13 1099/13
1099/21 1101/15
1103/15 1104/9
1107/4 1108/9
1120/25 1123/1
1123/19 1127/7
1128/23 1130/7

1131/14 1132/5
1133/18 1140/12
1141/2 1141/19
1144/15 1145/7
1145/9 1145/19
1145/20 1146/13
1146/18 1163/25
which [41]  1084/5
1084/18 1085/17
1087/20 1087/24
1088/4 1093/5
1096/19 1099/22
1104/19 1104/23
1107/15 1119/10
1121/11 1121/19
1123/4 1123/12
1126/4 1126/7
1127/19 1127/22
1130/25 1131/10
1135/14 1138/15
1138/19 1138/23
1140/14 1141/1
1144/7 1145/3
1145/12 1146/25
1147/6 1148/7
1148/11 1149/22
1157/10 1157/12
1157/13 1166/25
while [3]  1102/20
1110/13 1149/23
whim [1]  1083/22
who [33]  1088/13

who... [32]  1088/13
1089/3 1089/4
1089/5 1089/6
1089/11 1089/12
1089/12 1089/13
1090/19 1090/20
1090/21 1091/5
1091/11 1093/7
1100/2 1100/6
1103/3 1113/5
1115/8 1115/12
1116/2 1122/6
1127/3 1127/4
1129/25 1149/24
1151/9 1155/5
1155/11 1158/3
1163/16
who's [2]  1088/24
1088/25
whoever [2]
1102/25 1130/25
whole [6]  1079/1
1079/7 1107/11
1146/3 1146/4
1146/8
whom [1]  1114/3
whose [2]  1100/1
1100/6
why [5]  1099/10
1099/15 1124/13
1146/9 1166/10

1079/12 1079/13
1079/13 1079/25
1081/25 1083/8
1088/19 1091/6
1095/6 1097/7
1097/9 1102/21
1108/3 1110/9
1124/14 1124/16
1125/20 1130/19
1131/13 1131/21
1135/12 1135/16
1143/18 1143/22
1145/22 1149/14
1149/24 1150/13
1150/13 1153/20
1154/7 1155/21
1156/18 1157/11
1163/19 1163/23
1163/24 1163/25
willfully [1]  1124/7
WILLIAMS [1]
1076/16
willing [1]  1112/17
wish [10]  1077/10
1077/17 1081/11
1090/19 1095/25
1096/22 1111/5
1142/22 1142/22
1154/9
wished [1]  1104/11
withheld [1]

within [15]  1086/17
1092/4 1093/2
1110/11 1110/17
1111/4 1113/3
1115/20 1116/3
1119/5 1125/11
1128/4 1140/13
1141/3 1141/10
without [7]  1080/5
1091/24 1111/12
1111/17 1111/22
1111/25 1113/22
witness [52]
1080/12 1082/16
1086/12 1087/11
1087/16 1087/20
1088/5 1088/6
1088/15 1088/15
1088/17 1089/14
1089/17 1089/17
1089/19 1089/23
1089/24 1090/3
1090/6 1090/7
1090/11 1090/14
1090/15 1090/18
1090/21 1090/24
1091/5 1091/18
1091/19 1091/24
1092/6 1092/11
1092/14 1092/18
1093/4 1093/18

# W

witness... [16]
1094/5 1094/7
1094/12 1094/14
1094/17 1094/18
1094/21 1094/24
1094/25 1095/2
1095/13 1095/18
1095/20 1099/5
1100/13 1163/16
witness's [14]
1089/18 1089/21
1089/25 1090/25
1091/1 1091/3
1091/8 1091/9
1091/17 1092/2
1092/2 1092/14
1093/13 1093/15
witnesses [20]
1078/6 1080/18
1084/18 1086/10
1088/11 1088/21
1091/10 1091/13
1091/14 1093/24
1093/25 1094/1
1094/6 1094/22
1095/6 1095/7
1095/8 1096/1
1098/4 1100/5
word [3] 1078/24
1079/6 1149/3
words [12] 1079/3

1083/13 1103/13
1108/25 1111/12
1123/21 1124/3
1129/3 1141/5
1146/25 1148/23
1155/19
worry [1] 1086/18
would [58] 1083/16
1083/19 1087/5
1087/13 1088/5
1088/6 1091/23
1095/2 1095/9
1095/11 1095/12
1095/15 1095/16
1096/24 1099/20
1100/8 1100/23
1114/18 1114/22
1118/18 1119/11
1120/16 1121/12
1121/20 1121/22
1123/5 1123/13
1124/9 1127/8
1127/13 1127/15
1130/8 1130/13
1130/16 1132/6
1133/19 1133/24
1134/2 1136/4
1136/10 1136/13
1136/17 1144/19
1146/18 1148/11
1155/23 1155/23
1156/3 1159/3

1160/1 1162/4
1164/2 1164/17
1164/18 1165/9
1165/9 1165/11
1167/4
wouldn't [1] 1146/9
writing [2] 1106/17
1162/2
written [3] 1107/14
1148/9 1148/23
wrongfully [1]
1129/24

# Y

year [2] 1089/7
1125/11
years [3] 1077/15
1119/5 1166/4
yes [29] 1144/23
1145/2 1146/22
1148/6 1148/13
1148/19 1152/22
1154/13 1154/20
1157/16 1157/17
1160/6 1160/8
1160/10 1160/12
1160/14 1160/16
1160/18 1160/20
1160/22 1160/24
1161/1 1161/3
1162/3 1162/14
1164/22 1166/7
1166/19 1166/24

# Y

yet [2]  1088/16 1109/7
yielding [1]  1142/12
YORK [39]  1076/1 1076/8 1076/17 1092/8 1102/22 1102/24 1104/20 1104/21 1125/2 1125/5 1125/5 1126/11 1126/13 1127/16 1128/7 1128/20 1129/9 1129/11 1129/13 1130/9 1130/15 1130/18 1135/17 1135/22 1137/15 1137/22 1140/14 1141/3 1141/8 1141/11 1148/7 1148/10 1148/12 1148/14 1148/25 1158/12 1158/16 1159/16 1159/19
you [540]
you'll [10]  1077/19 1079/1 1079/3 1079/14 1079/23 1080/24 1082/8 1096/24 1097/6 1143/22
you're [11]  1085/2 1085/4 1089/13 1099/14 1141/7 1148/2 1154/3 1154/6 1155/7 1156/5 1156/6
you've [16]  1078/9 1081/23 1086/4 1087/19 1088/3 1088/11 1092/5 1092/21 1092/22 1093/23 1097/10 1097/18 1102/4 1143/9 1143/10 1143/12
your [144]
yourself [4]  1087/4 1087/9 1094/12 1104/10
yourselves [1] 1095/8