ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

August 4, 2022

**By ECF & EMAIL**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Fertides et al.,
      Including CHRISTIAN PABON
      18 Cr. 319 (SHS)

Dear Judge Stein:

Elizabeth Macedonio and I are the attorneys for Christian Pabon, the defendant in the above-named matter. Mr. Pabon is scheduled to be sentenced on August 18, 2022. This letter is respectfully submitted without objection from the government, by AUSA Adam Hobson, to request an adjournment of sentencing. An adjournment is needed because we are still gathering letters and records that are important to Mr. Pabon's sentencing submission. This is Mr. Pabon's first request for an adjournment of sentence.

In light of the fact that I am scheduled to begin a trial before the Hon. Jesse M. Furman on September 12, 2022, and with the upcoming Jewish holidays in early October, I respectfully request that Mr. Pabon's sentencing be adjourned to October 13, 2022 at 12:00 p.m., a date and time that I understand is convenient for the Court.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   All counsel (by ECF & Email)

**The sentencing is adjourned to October 13, 2022, at 12:00 p.m. The defense submissions are due by September 22, the government submissions are due by September 29.**

Dated: New York, New York
       August 4, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.