UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-319 (SHS) |
| -against- | : | |
| | | ORDER |
| CHRISTIAN PABON, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

At the request of defendant,

IT IS HEREBY ORDERED that the sentencing is adjourned to November 2, 2022, at 4:00 p.m.

Dated: New York, New York
       October 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.