UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,           :     18-Cr-319 (SHS)

       -against-                              :
                                                               ORDER
CHRISTIAN PABON,                    :

               Defendant.            :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that the sentencing date is adjourned to November 9, 2022, at 5:00 p.m.

Dated: New York, New York
        November 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.