## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

November 21, 2023

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Christian Pabon
          18 Cr. 319 (SHS)

Dear Judge Stein:

    I represented Mr. Christian Pabon in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 23.6 hours, nunc pro tunc to August 14, 2020, assisting me in this matter. Much of that time involved legal research and writing.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $125.00 for associate time spent representing Mr. Pabon in this matter. Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc

Dated: New York, New York
      November 21, 2023

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.