UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTIAN PABON,

Defendant.

18-cr-319 (SHS)
25-cv-9574 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Defendant Christian Pabon moves *pro se* for reconsideration of this Court's March 26, 2026 Opinion & Order, *see United States v. Pabon*, No. 18-cr-319, 2026 WL 835867 (S.D.N.Y. Mar. 26, 2026), denying his motion pursuant to 28 U.S.C. § 2255 to vacate his conviction of murder in aid of racketeering. (*See* Dkt. No. 704.) Pabon's motion for reconsideration is premised on a belief that this Court overlooked important factual matters in ruling on his motion to vacate—namely, a memorandum submitted by Pabon replying to the Government's opposition papers. (*See id.* at 2.) Pabon is incorrect. Pabon's reply memorandum was made available on the electronic docket on March 18, 2026. (*See* Dkt. No. 680.) The memorandum was thoroughly considered by this Court at the time the Court denied Pabon's motion to vacate. Accordingly, the Court denies Pabon's motion for reconsideration.

Because Pabon has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); *Lucidore v. N.Y. State Div. of Parole*, 209 F.3d 107, 111–13 (2d Cir. 2000). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this Order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 445–46 (1962). The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Christian Pabon [76566-067], FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, CA 92301.

Dated:  New York, New York
        May 18, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.